**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Proposed Lead Plaintiff DeKalb County Employees Retirement System and New Orleans Employees' Retirement System and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, on behalf of itself and all others similarly situated,<br><br>                   Plaintiff,<br><br>          v.<br><br>MATTEL, INC. AND JOSEPH J. EUTENEUER,<br><br>                   Defendants. | Case No. 2:19-cv-10860-AB-PLA<br><br>CLASS ACTION<br><br>**DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF THE MOTION OF DEKALB COUNTY EMPLOYEES RETIREMENT SYSTEM AND NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: March 27, 2020<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7B<br>Judge: André Birotte Jr. |

*Caption continued on next page.*

DECLARATION OF JONATHAN D. USLANER
ISO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 2:19-cv-10860-AB-PLA

| | |
|---|---|
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., MARGARET H. GEORGIADIS, YNON KREIZ, JOSEPH J. EUTENEUER, and PRICEWATERHOUSECOOPERS LLP, <br><br> Defendants. | Case No. 2:20-cv-01056-AB-PLA <br><br> <u>CLASS ACTION</u> |

I, Jonathan D. Uslaner, declare as follows:

I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), proposed Lead Counsel for the Class.  I submit this Declaration in support of the motion of DeKalb County Employees Retirement System ("DeKalb") and New Orleans Employees' Retirement System ("New Orleans") for entry of an order: (1) appointing DeKalb and New Orleans as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving their selection of Bernstein Litowitz to serve as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any such further relief as the Court may deem just and proper.

1.     Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:    Sworn Certifications of DeKalb and New Orleans;

EXHIBIT B:    Charts of DeKalb and New Orleans' transactions and losses in Mattel, Inc. common stock during the Class Period;

EXHIBIT C:    Joint Declaration of Edmund J. Wall and Jesse Evans, Jr. on behalf of DeKalb County Employees Retirement System and New Orleans Employees' Retirement System in Support of Their Motion for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel and Consolidation of Related Actions;

EXHIBIT D:   Notice of pendency of *Houston Municipal Employees Pension System v. Mattel, Inc.*, No. 2:19-cv-10860-AB-PLA,  published on December 24, 2019;

EXHIBIT E:   Notice of pendency of *New Orleans Employees' Retirement System v. Mattel, Inc.,* No. 2:20-cv-01056-AB-PLA,  published on January 31, 2020; and

EXHIBIT F:   Firm résumé of Bernstein Litowitz.


I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


Dated: February 24, 2020                    Respectfully submitted,


                                        By:  */s/ Jonathan D. Uslaner*
                                             Jonathan D. Uslaner


DECLARATION OF JONATHAN D. USLANER
ISO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 2:19-cv-10860-AB-PLA                                           2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 24, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

DECLARATION OF JONATHAN D. USLANER
ISO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 2:19-cv-10860-AB-PLA