# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Edmund J. Wall, on behalf of DeKalb County Employees Retirement System ("DeKalb"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of the Pension Board of DeKalb. I have reviewed a complaint filed in this matter. DeKalb has authorized the filing of this motion for appointment as lead plaintiff.

2. DeKalb did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. DeKalb is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. DeKalb fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. DeKalb's transactions in the Mattel, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. DeKalb has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *In re Allergan plc Securities Litigation.*, No 18-cv-12089 (S.D.N.Y.)
   *In re General Electric Securities Litigation.*, No. 19-cv-1013 (S.D.N.Y.)

6. DeKalb is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *Harper v. 2U, Inc.*, No. 19-cv-3455 (D. Md.)

7. DeKalb will not accept any payment for serving as a representative party on behalf of the Class beyond DeKalb's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __3 day of February, 2020.

Edmund J. Wall
Chairman of the Pension Board
*DeKalb County Employees Retirement System*

**DeKalb County Employees Retirement System**
**Transactions in Mattel, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/26/2017 | 7,500 | 13.0000 |
| Purchase | 10/27/2017 | 1,000 | 13.1564 |
| Purchase | 10/27/2017 | 14,000 | 12.9355 |
| Purchase | 10/27/2017 | 38,000 | 12.9360 |
| Purchase | 10/27/2017 | 90,000 | 13.3641 |
| Purchase | 10/30/2017 | 1,400 | 13.8968 |
| Purchase | 10/31/2017 | 1,520 | 14.1657 |
| Purchase | 10/31/2017 | 2,800 | 14.1338 |
| Purchase | 10/31/2017 | 5,600 | 14.1594 |
| Purchase | 11/8/2017 | 1,500 | 13.1435 |
| Purchase | 11/8/2017 | 1,500 | 13.0500 |
| Purchase | 9/12/2018 | 900 | 15.9825 |
| Purchase | 9/24/2018 | 4,500 | 15.9913 |
| Purchase | 9/24/2018 | 6,300 | 15.9731 |
| Purchase | 9/24/2018 | 12,600 | 15.9655 |
| Purchase | 9/25/2018 | 6,300 | 16.0460 |
| Purchase | 9/26/2018 | 4,500 | 16.0024 |
| Purchase | 9/26/2018 | 900 | 16.0150 |
| Purchase | 9/27/2018 | 6,147 | 15.9875 |
| Purchase | 10/12/2018 | 13,998 | 14.2000 |
| Purchase | 10/12/2018 | 994 | 14.3150 |
| Purchase | 10/12/2018 | 11,437 | 14.3090 |
| Purchase | 12/17/2018 | 28,000 | 11.1354 |
| Purchase | 12/17/2018 | 4,000 | 10.9534 |
| Purchase | 12/18/2018 | 33,000 | 10.9690 |
| Purchase | 12/18/2018 | 2,076 | 11.0750 |
| Purchase | 12/18/2018 | 7,000 | 10.9827 |
| Purchase | 12/18/2018 | 5,000 | 10.9700 |
| Sale | 2/12/2019 | (2,700) | 16.7735 |
| Sale | 2/12/2019 | (37,800) | 16.7111 |
| Sale | 2/12/2019 | (18,000) | 16.7241 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Jesse Evans, Jr., on behalf the New Orleans Employees' Retirement System ("New Orleans"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Director of New Orleans. I have reviewed a complaint and authorize its filing in this matter.

2. New Orleans did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. New Orleans is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. New Orleans's transactions in the Mattel, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. New Orleans has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. New Orleans will not accept any payment for serving as a representative party on behalf of the Class beyond New Orleans's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31 day of January, 2020.

Jesse Evans, Jr.
Director
*New Orleans Employees' Retirement System*

**New Orleans Employees' Retirement System**
**Transactions in Mattel, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 9/26/2017 | 5,200 | $14.9588 |
| Purchase | 9/26/2017 | 1,300 | $14.9487 |
| Purchase | 9/27/2017 | 2,600 | $14.9733 |
| Purchase | 9/28/2017 | 1,500 | $14.9873 |
| Purchase | 10/5/2017 | 1,300 | $15.4904 |
| Purchase | 10/6/2017 | 1,300 | $15.4772 |
| Purchase | 10/10/2017 | 5,000 | $15.4450 |
| Purchase | 10/12/2017 | 1,000 | $15.5000 |
| Purchase | 10/17/2017 | 19,500 | $15.5500 |
| Purchase | 10/23/2017 | 17,194 | $15.4044 |
| Purchase | 10/23/2017 | 4,333 | $15.3906 |
| Purchase | 10/25/2017 | 5,200 | $15.2844 |
| Purchase | 10/26/2017 | 1,500 | $13.0000 |
| Purchase | 10/27/2017 | 3,000 | $12.9355 |
| Purchase | 10/27/2017 | 1,000 | $13.1564 |
| Purchase | 10/27/2017 | 13,000 | $13.3641 |
| Purchase | 10/27/2017 | 1,000 | $13.5600 |
| Purchase | 10/27/2017 | 6,000 | $12.9360 |
| Purchase | 10/31/2017 | 1,400 | $14.1594 |
| Purchase | 10/31/2017 | 1,067 | $14.1657 |
| Purchase | 9/24/2018 | 900 | $15.9731 |
| Purchase | 9/24/2018 | 1,800 | $15.9913 |
| Purchase | 9/24/2018 | 5,400 | $15.9655 |
| Purchase | 9/25/2018 | 2,700 | $16.0460 |
| Purchase | 9/26/2018 | 2,700 | $16.0024 |
| Purchase | 9/27/2018 | 3,704 | $15.9875 |
| Purchase | 10/12/2018 | 2,769 | $14.2000 |
| Purchase | 10/12/2018 | 2,262 | $14.3090 |
| Purchase | 10/12/2018 | 197 | $14.3150 |
| Purchase | 12/17/2018 | 5,000 | $11.1354 |
| Purchase | 12/17/2018 | 1,000 | $10.9534 |
| Purchase | 12/18/2018 | 7,000 | $10.9690 |
| Purchase | 12/18/2018 | 1,000 | $11.0750 |
| Purchase | 12/18/2018 | 1,346 | $10.9700 |
| Sale | 2/12/2019 | (1,800) | $16.7241 |
| Sale | 2/12/2019 | (900) | $16.7735 |
| Sale | 2/12/2019 | (9,000) | $16.7111 |