# EXHIBIT B

**DeKalb**

Loss in Mattel, Inc.

Class Period: 08/02/17 - 08/08/19

CUSIP: 577081102

Retained share price: $10.8527 (08/09/19 - 11/06/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/26/2017 | 16,900 | 14.9588 | $252,803.72 | | | | | |
| Purchase | 9/26/2017 | 3,900 | 14.9957 | $58,483.23 | | | | | |
| Purchase | 9/26/2017 | 15,600 | 14.9487 | $233,199.72 | | | | | |
| Purchase | 9/27/2017 | 16,900 | 14.9733 | $253,048.77 | | | | | |
| Purchase | 9/28/2017 | 8,500 | 14.9873 | $127,392.05 | | | | | |
| Purchase | 10/2/2017 | 1,300 | 14.9777 | $19,471.01 | | | | | |
| Purchase | 10/5/2017 | 3,900 | 15.4904 | $60,412.56 | | | | | |
| Purchase | 10/5/2017 | 1,300 | 15.5150 | $20,169.50 | | | | | |
| Purchase | 10/6/2017 | 10,400 | 15.4772 | $160,962.88 | | | | | |
| Purchase | 10/9/2017 | 2,600 | 15.4941 | $40,284.66 | | | | | |
| Purchase | 10/10/2017 | 2,000 | 15.4525 | $30,905.00 | | | | | |
| Purchase | 10/10/2017 | 27,000 | 15.4450 | $417,015.00 | | | | | |
| Purchase | 10/12/2017 | 4,000 | 15.5000 | $62,000.00 | | | | | |
| Purchase | 10/12/2017 | 1,000 | 15.4921 | $15,492.10 | | | | | |
| Purchase | 10/17/2017 | 114,400 | 15.5500 | $1,778,920.00 | | | | | |
| Purchase | 10/23/2017 | 96,414 | 15.4044 | $1,485,199.82 | | | | | |
| Purchase | 10/23/2017 | 24,295 | 15.3906 | $373,914.63 | | | | | |
| Purchase | 10/24/2017 | 2,600 | 15.2487 | $39,646.62 | | | | | |
| Purchase | 10/25/2017 | 2,600 | 15.2400 | $39,624.00 | | | | | |
| Purchase | 10/25/2017 | 24,700 | 15.2844 | $377,524.68 | | | | | |
| Purchase | 10/26/2017 | 7,500 | 13.0000 | $97,500.00 | | | | | |
| Purchase | 10/27/2017 | 38,000 | 12.9360 | $491,568.00 | | | | | |
| Purchase | 10/27/2017 | 90,000 | 13.3641 | $1,202,769.00 | | | | | |
| Purchase | 10/27/2017 | 1,000 | 13.1564 | $13,156.40 | | | | | |
| Purchase | 10/27/2017 | 14,000 | 12.9355 | $181,097.00 | | | | | |
| Purchase | 10/30/2017 | 1,400 | 13.8968 | $19,455.52 | | | | | |
| Purchase | 10/31/2017 | 1,520 | 14.1657 | $21,531.86 | | | | | |
| Purchase | 10/31/2017 | 5,600 | 14.1594 | $79,292.64 | | | | | |
| Purchase | 10/31/2017 | 2,800 | 14.1338 | $39,574.64 | | | | | |
| Purchase | 11/8/2017 | 1,500 | 13.1435 | $19,715.25 | | | | | |
| Purchase | 11/8/2017 | 1,500 | 13.0500 | $19,575.00 | | | | | |
| Purchase | 9/12/2018 | 900 | 15.9825 | $14,384.25 | | | | | |
| Purchase | 9/24/2018 | 4,500 | 15.9913 | $71,960.85 | | | | | |
| Purchase | 9/24/2018 | 12,600 | 15.9655 | $201,165.30 | | | | | |
| Purchase | 9/24/2018 | 6,300 | 15.9731 | $100,630.53 | | | | | |
| Purchase | 9/25/2018 | 6,300 | 16.0460 | $101,089.80 | | | | | |
| Purchase | 9/26/2018 | 4,500 | 16.0024 | $72,010.80 | | | | | |

**DeKalb**

Loss in Mattel, Inc.
Class Period: 08/02/17 - 08/08/19
CUSIP: 577081102
Retained share price: $10.8527 (08/09/19 - 11/06/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/26/2018 | 900 | 16.0150 | $14,413.50 | | | | | |
| Purchase | 9/27/2018 | 6,147 | 15.9875 | $98,275.16 | | | | | |
| Purchase | 10/12/2018 | 11,437 | 14.3090 | $163,652.03 | | | | | |
| Purchase | 10/12/2018 | 994 | 14.3150 | $14,229.11 | | | | | |
| Purchase | 10/12/2018 | 13,998 | 14.2000 | $198,771.60 | | | | | |
| Purchase | 12/17/2018 | 28,000 | 11.1354 | $311,791.20 | | | | | |
| Purchase | 12/17/2018 | 4,000 | 10.9534 | $43,813.60 | Sale | 2/12/2019 | (18,000) | 16.7241 | ($301,033.80) |
| Purchase | 12/18/2018 | 5,000 | 10.9700 | $54,850.00 | Sale | 2/12/2019 | (37,800) | 16.7111 | ($631,679.58) |
| Purchase | 12/18/2018 | 2,076 | 11.0750 | $22,991.70 | Sale | 2/12/2019 | (2,700) | 16.7735 | ($45,288.45) |
| Purchase | 12/18/2018 | 33,000 | 10.9690 | $361,977.00 | | | | | |
| Purchase | 12/18/2018 | 7,000 | 10.9827 | $76,878.90 | Retained | | (634,281) | 10.8527 | ($6,883,660.40) |
| | | 692,781 | | $9,954,590.60 | | | (692,781) | | ($7,861,662.23) |

|  |  |
|---|---|
| **Loss** | **($2,092,928.37)** |

**New Orleans**

Loss in Mattel, Inc.
Class Period: 08/02/17 - 08/08/19
CUSIP: 577081102
Retained share price: $10.8527 (08/09/19 - 11/06/19)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/26/2017 | 5,200 | 14.9588 | $77,785.76 | | | | | |
| Purchase | 9/26/2017 | 1,300 | 14.9487 | $19,433.31 | | | | | |
| Purchase | 9/27/2017 | 2,600 | 14.9733 | $38,930.58 | | | | | |
| Purchase | 9/28/2017 | 1,500 | 14.9873 | $22,480.95 | | | | | |
| Purchase | 10/5/2017 | 1,300 | 15.4904 | $20,137.52 | | | | | |
| Purchase | 10/6/2017 | 1,300 | 15.4772 | $20,120.36 | | | | | |
| Purchase | 10/10/2017 | 5,000 | 15.4450 | $77,225.00 | | | | | |
| Purchase | 10/12/2017 | 1,000 | 15.5000 | $15,500.00 | | | | | |
| Purchase | 10/17/2017 | 19,500 | 15.5500 | $303,225.00 | | | | | |
| Purchase | 10/23/2017 | 17,194 | 15.4044 | $264,863.25 | | | | | |
| Purchase | 10/23/2017 | 4,333 | 15.3906 | $66,687.47 | | | | | |
| Purchase | 10/25/2017 | 5,200 | 15.2844 | $79,478.88 | | | | | |
| Purchase | 10/26/2017 | 1,500 | 13.0000 | $19,500.00 | | | | | |
| Purchase | 10/27/2017 | 3,000 | 12.9355 | $38,806.50 | | | | | |
| Purchase | 10/27/2017 | 1,000 | 13.1564 | $13,156.40 | | | | | |
| Purchase | 10/27/2017 | 13,000 | 13.3641 | $173,733.30 | | | | | |
| Purchase | 10/27/2017 | 1,000 | 13.5600 | $13,560.00 | | | | | |
| Purchase | 10/27/2017 | 6,000 | 12.9360 | $77,616.00 | | | | | |
| Purchase | 10/31/2017 | 1,400 | 14.1594 | $19,823.16 | | | | | |
| Purchase | 10/31/2017 | 1,067 | 14.1657 | $15,114.80 | | | | | |
| Purchase | 9/24/2018 | 900 | 15.9731 | $14,375.79 | | | | | |
| Purchase | 9/24/2018 | 1,800 | 15.9913 | $28,784.34 | | | | | |
| Purchase | 9/24/2018 | 5,400 | 15.9655 | $86,213.70 | | | | | |
| Purchase | 9/25/2018 | 2,700 | 16.0460 | $43,324.20 | | | | | |
| Purchase | 9/26/2018 | 2,700 | 16.0024 | $43,206.48 | | | | | |
| Purchase | 9/27/2018 | 3,704 | 15.9875 | $59,217.70 | | | | | |
| Purchase | 10/12/2018 | 2,769 | 14.2000 | $39,319.80 | | | | | |
| Purchase | 10/12/2018 | 2,262 | 14.3090 | $32,366.96 | | | | | |
| Purchase | 10/12/2018 | 197 | 14.3150 | $2,820.06 | | | | | |
| Purchase | 12/17/2018 | 5,000 | 11.1354 | $55,677.00 | Sale | 2/12/2019 | (1,800) | 16.7241 | ($30,103.38) |
| Purchase | 12/17/2018 | 1,000 | 10.9534 | $10,953.40 | Sale | 2/12/2019 | (900) | 16.7735 | ($15,096.15) |
| Purchase | 12/18/2018 | 7,000 | 10.9690 | $76,783.00 | Sale | 2/12/2019 | (9,000) | 16.7111 | ($150,399.90) |
| Purchase | 12/18/2018 | 1,000 | 11.0750 | $11,075.00 | | | | | |
| Purchase | 12/18/2018 | 1,346 | 10.9700 | $14,765.62 | Sale* | 8/23/2019 | (119,472) | 10.6964 | ($1,277,915.96) |
| | | 131,172 | | $1,896,061.29 | | | (131,172) | | ($1,473,515.39) |
| | | | | | | | | **Loss** | **($422,545.90)** |

*All shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*