# EXHIBIT D

download
Wire: Market News Publishing (CMN) Date: Dec 24 2019  13:26:30
MAT US: Block & Leviton Announces The Filing Of An Investor Cl

MATTEL INC ("MAT-Q")
- Block & Leviton Announces The Filing Of An Investor Class
- Action Lawsuit Against Mattel, Inc. And Its CFO For Defrauding
- Investors

     Block & Leviton LLP (www.blockesq.com), a securities litigation firm
representing investors and whistleblowers nationwide, informs investors
that it has filed a class action lawsuit against Mattel, Inc. (NASDAQ: MAT)
and its Chief Financial Officer, Joseph Euteneuer, alleging violations of
the federal securities laws. Class members interested in serving as lead
plaintiff are required to move for appointment by February 24, 2020 and are
encouraged to contact Block & Leviton LLP to learn more.

     The class action complaint alleges that the company misled investors
regarding its financial accounting in the last two quarters of 2017, as
well as the efficacy of its internal controls. A copy of the complaint is
available on Block & Leviton's website.

     The truth would emerge on August 8, 2019, when Mattel announced that
its outside auditor had received a whistleblower letter alleging certain
improprieties in the company's accounting practices--resulting in the
sudden termination Mattel's scheduled Senior Note Offering. As a result,
Mattel's common stock dropped $2.12 per share or almost 12% in a single day
of trading.

     On October 29, 2019, the company reported the results of its
investigation into the whistleblower allegations. Among other things,
Mattel acknowledged that it had committed certain accounting errors and
amended the Company's 2018 Form 10-K to restate the last two quarters of
2017. Mattel also admitted to weaknesses in its internal controls and
violations of auditor independence rules.

     If you purchased or otherwise acquired Mattel securities between
October 26, 2017 and August 8, 2019 and have questions about your legal
rights, or possess information relevant to this matter, you are encouraged
to contact attorney Mark Delaney at (617) 398-5600, by email at
mdelaney@blockesq.com, or by visiting https://shareholder.law/mattel.

     If you wish to serve as Lead Plaintiff for the Class, you must file a
motion with the Court no later than February 24, 2020, which is the first
business day on which the U.S. District Court for the Central District of
California is open that is 60 days after the date that this notice
regarding the action was first published on December 24, 2019. Any member
of the proposed Class may move the Court to serve as Lead Plaintiff through
counsel of their choice. Members may also choose to do nothing and remain

download
part of the proposed Class.

The action was filed by Block & Leviton on behalf of the Houston Municipal Employees Pension System, and the case is captioned Houston Municipal Employees Pension System v. Mattel, Inc., et al., No. 2:19-cv-10860, in the U.S. District Court for the Central District of California.

ABOUT BLOCK & LEVITON

Block & Leviton LLP was ranked 4th among securities litigation firms by ISS for recoveries in 2017. The firm represents many of the nation's largest institutional investors and numerous individual investors in securities litigation throughout the country. Indeed, its lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

 CONTACT:

 BLOCK & LEVITON LLP
 Mark Delaney
 (617) 398-5600 phone
 260 Franklin Street, Suite 1860
 Boston, MA 02110
 mark@blockesq.com

Tel   : 310-252-2550    MATTEL INC
Fax   : 310-252-2567

                  _____

        _____

      04766515CTL1935700508-10243420191224


    _____
      (c)2019 Market News Publishing Inc.  All rights reserved.
 Toronto:(416)366-8881   Vancouver:(604)689-1101   Fax:(604)689-1106

Provider ID: 04766515
-0- Dec/24/2019 18:26 GMT

-------------------------------=========================-----------------------------
                          Copyright (c) 2020

############################## END OF STORY 1 ##############################