# EXHIBIT E

download
Wire: PR Newswire (PRN) Date: Jan 31 2020  20:44:19
Shareholder Alert: Bernstein Litowitz Berger & Grossmann Announces the Filing of
Securities Class Action Lawsuit against Mattel

Shareholder Alert: Bernstein Litowitz Berger & Grossmann Announces the Filing
of Securities Class Action Lawsuit against Mattel, Inc., Certain of Its Senior
                 Executives, and PricewaterhouseCoopers LLP

PR Newswire

NEW YORK, Jan. 31, 2020

NEW YORK, Jan. 31, 2020 /PRNewswire/ -- Today, prominent investor rights law
firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action
lawsuit for violations of the federal securities laws in the U.S. District
Court for the Central District of California against Mattel, Inc. ("Mattel" or
the "Company"), certain of the Company's former and current senior executives,
and its auditor, PricewaterhouseCoopers LLP (collectively, "Defendants"), on
behalf of investors in Mattel common stock between August 2, 2017 and August
8, 2019 (the "Class Period").

Mattel is one of the world's largest toy companies. The claims alleged in this
case arise from recent disclosures revealing that the Company engaged in a
deliberate accounting fraud by improperly valuing $109 million in tax expenses
and then working with the Company's auditor, PricewaterhouseCoopers LLP
("PwC"), to conceal this misstatement and avoid both restating the Company's
previously reported financial results and admitting a weakness in internal
controls.  As described by a whistleblower cited in a recent report by The
Wall Street Journal, the Company's senior accounting executives—including
Mattel's former CFO—engaged in this "coverup" because disclosing the truth and
revealing a material weakness in internal controls would have been a "kiss of
death."

Ultimately, in response to a second whistleblower complaint disclosed on
August 8, 2019, the Company was forced to admit to serious deficiencies in
internal controls, restate its previously reported financial results, fire its
CFO, and concede that "lapses in judgment by management contributed to these
failures."  As a result of the disclosures of the whistleblower allegations
concerning this misconduct, Mattel shares plummeted in value, causing Mattel
investors to suffer significant losses and damages.

The complaint is based on an extensive investigation and a careful evaluation
of the merits of this case.  A copy of the complaint is available on BLB&G's
website by clicking here. BLB&G filed this action on behalf of the New Orleans
Employees' Retirement System, and the case is captioned New Orleans Employees'
Retirement System v. Mattel, Inc., No. 2:20-cv-01056 (C.D. Cal.).  This case
is related to a previously-filed securities class action pending against
Mattel: Houston Municipal Employees Pension System v. Mattel, Inc., No.

download
2:19-cv-10860 (C.D. Cal.).

Pursuant to the December 24, 2019, notice published in connection with the
Houston action, under the Private Securities Litigation Reform Act of 1995,
investors who purchased Mattel common stock during the Class Period may, no
later than February 24, 2020, seek to be appointed as Lead Plaintiff for the
Class.

If you wish to discuss this action or have any questions concerning this
notice or your rights or interests, please contact Michael D. Blatchley of
BLB&G at 212-554-1281, or via e-mail at michaelb@blbglaw.com.

About BLB&G
BLB&G is widely recognized worldwide as a leading law firm advising
institutional investors on issues related to corporate governance, shareholder
rights, and securities litigation. Since its founding in 1983, BLB&G has built
an international reputation for excellence and integrity and pioneered the use
of the litigation process to achieve precedent-setting governance reforms.
Unique among its peers, BLB&G has obtained several of the largest and most
significant securities recoveries in history, recovering over $33 billion on
behalf of defrauded investors. More information about the firm can be found
online at www.blbglaw.com.

CONTACT:
Michael D. Blatchley
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1281
MichaelB@blbglaw.com

Cision View original
content:http://www.prnewswire.com/news-releases/shareholder-alert-bernstein-litowitz
-berger--grossmann-announces-the-filing-of-securities-class-action-lawsuit-against-m
attel-inc-certain-of-its-senior-executives-and-pricewaterhousecoopers-llp-300997247.
html

SOURCE Bernstein Litowitz Berger & Grossmann LLP

Website: http://www.blbglaw.com
-0- Feb/01/2020 01:44 GMT

-----------------------------===========================-----------------------------
                            Copyright (c) 2020

############################## END OF STORY 1 ##############################