| | |
|---|---|
| 1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 2 | JONATHAN D. USLANER (Bar No. 256898) |
| 3 | (jonathanu@blbglaw.com) 2121 Avenue of the Stars, Suite 2575 |
| 4 | Los Angeles, CA 90067 Tel:   (310) 819-3470 |
| 5 | *Counsel for Proposed Lead Plaintiff* |
| 6 | *DeKalb County Employees Retirement System and New Orleans Employees'* |
| 7 | *Retirement System and Proposed Lead Counsel for the Class* |
| 8 | |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION |

| | | |
|---|---|---|
| 11 | HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, on behalf of itself and all others similarly situated, | Case No. 2:19-cv-10860-AB-PLA |
| 12 | | CLASS ACTION |
| 13 | | |
| 14 | Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| 15 | | |
| 16 | v. | Date: March 27, 2020 Time: 10:00 a.m. |
| 17 | MATTEL, INC. AND JOSEPH J. EUTENEUER, | Dept.: Courtroom 7B Judge: André Birotte Jr. |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

*Caption continued on next page.*

---

CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1
CASE NO. 2:19-cv-10860-AB-PLA

| | |
|---|---|
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., MARGARET H. GEORGIADIS, YNON KREIZ, JOSEPH J. EUTENEUER, and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No. 2:20-cv-01056-AB-PLA<br><br>CLASS ACTION |

The undersigned, counsel of record for Lead Plaintiff Movant DeKalb County Employees Retirement System and New Orleans Employees' Retirement System, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

    DeKalb County Employees Retirement System, Lead Plaintiff Movant;

    New Orleans Employees' Retirement System, Lead Plaintiff Movant;

    Mattel, Inc., Defendant;

    Margaret H. Georgiadis, Defendant;

    Ynon Kreiz, Defendant;

    Joseph J. Euteneuer, Defendant; and

    PricewaterhouseCoopers LLP, Defendant.

Dated:  February 24, 2020

                                              */s/ Jonathan D. Uslaner*
ATTORNEY OF RECORD FOR LEAD PLAINTIFF MOVANT DEKALB COUNTY EMPLOYEES RETIREMENT SYSTEM AND NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

 */s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470