| | |
|---|---|
| 1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 2 | JONATHAN D. USLANER (Bar No. 256898) |
| 3 | (jonathanu@blbglaw.com) 2121 Avenue of the Stars, Suite 2575 |
| 4 | Los Angeles, CA 90067 Tel:   (310) 819-3470 |
| 5 | *Counsel for Proposed Lead Plaintiff* |
| 6 | *DeKalb County Employees Retirement System and New Orleans Employees'* |
| 7 | *Retirement System and Proposed Lead Counsel for the Class* |
| 8 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. AND JOSEPH J. EUTENEUER,<br><br>Defendants. | Case No. 2:19-cv-10860-AB-PLA<br><br>CLASS ACTION<br><br>**DEKALB COUNTY EMPLOYEES RETIREMENT SYSTEM AND NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: March 27, 2020<br>Time: 10:00 a.m.<br>Dept.: Courtroom 7B<br>Judge: André Birotte Jr. |

*Caption continued on next page.*

| | |
|---|---|
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., MARGARET H. GEORGIADIS, YNON KREIZ, JOSEPH J. EUTENEUER, and PRICEWATERHOUSECOOPERS LLP,<br><br>Defendants. | Case No. 2:20-cv-01056-AB-PLA<br><br><u>CLASS ACTION</u> |

On February 24, 2020, DeKalb and New Orleans filed a timely motion for appointment as Lead Plaintiff, approval of their selection of Bernstein Litowitz as Lead Counsel, and consolidation of the related Actions (the "Motion").[1]  ECF No. 17.  No competing motions seeking appointment as Lead Plaintiff were filed.

Because there is no opposition to DeKalb and New Orleans' Motion, and because, as demonstrated in their Motion and supporting brief, DeKalb and New Orleans meet all of the PSLRA's lead plaintiff requirements, DeKalb and New Orleans respectfully request that they be appointed Lead Plaintiff and that their selection of Bernstein Litowitz as Lead Counsel be approved.  For the reasons discussed in their Motion and supporting brief, DeKalb and New Orleans further request that the related Actions be consolidated.

Dated:  March 6, 2020

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER  & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

-and-

AVI JOSEFSON
(avi@blbglaw.com)
MICHAEL D. BLATCHLEY
(michaelb@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Proposed Lead Plaintiff DeKalb County Employees Retirement System and New Orleans Employees' Retirement System and Proposed Lead Counsel for the Class*

---

[1] All capitalized terms are defined in DeKalb and New Orleans' prior brief, unless otherwise indicated.  *See* ECF No. 18.

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470