# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

In re Mattel, Inc. Securities Litigation

Case No. 2:19-cv-10860-AB-PLA

**[PROPOSED] ORDER GRANTING DEFENDANT PRICEWATERHOUSECOOPERS LLP'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

The Court having read and considered Defendant PricewaterhouseCoopers LLP's ("PwC") Motion to Dismiss Plaintiffs' Amended Class Action Complaint, and good cause appearing therefore, makes the following Order:

It is hereby ORDERED that PwC's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), the Securities Exchange Act of 1934, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*, is granted for failure to state a claim as a matter of law and for failure to meet the governing pleading standards.  Plaintiffs' Amended Class Action Complaint is hereby DISMISSED with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED: _____          _____

HON. ANDRE BIROTTE
UNITED STATES DISTRICT JUDGE

-1-