UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re Mattel, Inc. Securities Litigation | Case No. 2:19-CV-10860-AB (PLA) |
|  | **[PROPOSED] ORDER GRANTING DEFENDANT JOSHUA ABRAHAMS'S MOTION TO DISMISS LEAD PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
|  | Judge:   André Birotte, Jr. |
|  | Hearing Date:   December 4, 2020<br>Hearing Time:   10:00 a.m.<br>Courtroom:   7B |
|  | Trial Date:   None Set |

Pending before the Court is Defendant Joshua Abrahams's Joinder and Notice of Motion to Dismiss and Motion to Dismiss Plaintiffs' Amended Class Action Complaint.  (ECF No. 34.)  Having considered all papers filed in support of and in opposition to the Motion, oral argument of counsel, and all other pleadings and papers on file in this action, the Court rules as follows:

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. Defendant Joshua Abrahams's Motion to Dismiss is **GRANTED**; and

2. All claims for relief against Defendant Joshua Abrahams are hereby **DISMISSED** in their entirety with prejudice.

DATED:  _____, 2020    By:_____
                                                          The Honorable André Birotte, Jr.
                                                          United States District Court Judge

- 2 -