
JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
LAUREN C. BARNETT (SBN 304301)
lauren.barnett@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for MATTEL, INC.,
MARGARET H. GEORGIADIS,
JOSEPH J. EUTENEUER,
and KEVIN FARR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE MATTEL, INC. SECURITIES LITIGATION | Case No. 19-CV-10860-AB (PLAx) <br> **DECLARATION OF LAUREN C. BARNETT** <br> Filed Concurrently: <br> - Notice of Motion & Motion to Dismiss <br> - Memorandum of Points & Authorities <br> - Request for Judicial Notice <br> - [Proposed] Order <br> Date: December 4, 2020 <br> Time: 10:00 a.m. <br> Ctrm: 7B <br> Judge: Hon. André Birotte Jr. |
|---|---|

DECLARATION OF LAUREN C. BARNETT

# DECLARATION OF LAUREN C. BARNETT

I, Lauren C. Barnett, declare:

1. I am counsel for Defendants Mattel, Inc., Margaret H. Georgiadis, Joseph J. Euteneuer, and Kevin Farr. I make this declaration in support of these Defendants' Request for Judicial Notice, and to Consider Incorporated Documents, in Support of Motion to Dismiss Amended Class Action Complaint.

2. Attached as **Exhibit 1** is a true and correct copy of Mattel, Inc., Form 10-K filed with the Securities and Exchange Commission ("SEC") for the fiscal year ended December 31, 2017 (Feb. 27, 2018) (exhibits omitted).

3. Attached as **Exhibit 2** is a true and correct copy of Mattel, Inc., Form 10-K filed with the SEC for the fiscal year ended December 31, 2018 (Feb. 22, 2019) (exhibits omitted).

4. Attached as **Exhibit 3** is a true and correct copy of Mattel, Inc., Form 4 for reporting person Joseph J. Euteneuer filed with the SEC (Feb. 25, 2019).

5. Attached as **Exhibit 4** is a true and correct copy of Mattel, Inc., Form 8-K filed with the SEC (Aug. 8, 2019).

6. Attached as **Exhibit 5** is a true and correct copy of Mattel, Inc., Form 8-K filed with the SEC (Oct. 29, 2019).

7. Attached as **Exhibit 6** is a true and correct copy of Mattel, Inc., Form 10-K/A filed with the SEC for the fiscal year ended December 31, 2018 (Nov. 12, 2019) (exhibits omitted).

8. Attached as **Exhibit 7** is a true and correct copy of "Mattel shares sink on whistleblower letter" (AP, Aug. 9, 2019), available at https://apnews.com/cd3b7fa1783b4f5aa06adf9ab6fcd618.[1]

9. Attached as **Exhibit 8** is a true and correct copy of "Mattel stock craters after pulling bond sale over anonymous whistleblower letter" (CNBC, Aug.

---

[1] All websites were last accessed on July 28, 2020, unless otherwise noted.

9, 2019), available at https://www.cnbc.com/2019/08/09/mattel-stock-tumbles-after-pulling-bond-sale-over-whistleblower-letter.html.

10. Attached as **Exhibit 9** is a true and correct copy of "Mattel Sinks After Yanking Bond Sale on Whistleblower Letter" (Bloomberg, Aug. 9, 2019), available at https://www.bloomberg.com/news/articles/2019-08-08/mattel-plunges-after-pulling-bond-sale-on-whistleblower-letter.

11. Attached as **Exhibit 10** is a true and correct copy of "Thesis Update: Debt Deal Terminated Due to Whistleblower Letter" (Jefferies LLC, Aug. 8, 2019).

12. Attached as **Exhibit 11** is a true and correct copy of "Thoughts on Bond Termination" (UBS Securities LLC, Aug. 9, 2019).

13. Attached as **Exhibit 12** is a true and correct copy of "MAT: Pulls Bond Deal Amid Revealed Whistleblower Letter" (Wells Fargo Securities, LLC, Aug. 9, 2019).

14. Attached as **Exhibit 13** is a true and correct copy of "We Wait…" (Barclays, Aug. 14, 2019).

15. Attached as **Exhibit 14** is a true and correct copy of "Mattel 3Q19 Quick Take" (BMO Capital Markets, Oct. 29, 2019).

16. Attached as **Exhibit 15** is a true and correct copy of "3Q Defies Tariff Concerns/W'blower saga Resolved. PT to $13" (SunTrust Robinson Humphrey, Inc., Oct. 29, 2019).

17. Attached as **Exhibit 16** is a true and correct copy of "Too Soon to Declare Victory" (Barclays, Oct. 30, 2019).

18. Attached as **Exhibit 17** is a true and correct copy of "Lowering 4Q19E EBITDA by 19%; Maintaining $11.50 PT" (D.A. Davidson & Co., Oct. 30, 2019).

19. Attached as **Exhibit 18** is a true and correct copy of "Model Update: Whistleblower Resolved; Progress on Sales & Costs But Q4 Giveback" (Jefferies LLC, Oct. 30, 2019).

20. Attached as **Exhibit 19** is a true and correct copy of "Making Progress Towards Profit Restoration; Whistleblower Resolution Removes Big Overhang" (MKM Partners LLC, Oct. 30, 2019).

21. Attached as **Exhibit 20** is a true and correct copy of "MAT: 3Q19 Recap; Reiterate SW Rating" (KeyBanc Capital Markets Inc., Nov. 12, 2019).

22. Attached as **Exhibit 21** is a true and correct copy of a table of daily share price data for Mattel, Inc. (MAT) from July 3, 2017 to December 30, 2019, as retrieved on June 12, 2020 from http://finance.yahoo.com.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 28, 2020, at Los Angeles, California.

_____
LAUREN C. BARNETT