# EXHIBIT 7

**NewsRoom**

8/9/19 AP Bus. News 13:58:03

AP Business News
Copyright (c) 2019 AP

August 9, 2019

Mattel shares sink on whistleblower letter

NEW YORK

NEW YORK (AP) — Shares in Mattel tumbled more than 10% in morning trading after the toymaker pulled a debt offering upon learning of a letter from an anonymous whistleblower.

The details of the complaint were not revealed, but the company said late Thursday it was made aware of the letter on Tuesday.

Mattel terminated the offering of notes due in 2027 which was scheduled to close Thursday. Mattel said it planned to refinance other senior notes due October 2020.

The El Segundo, California, company has about $2.86 billion in long-term debt, according to a regulatory filing last month.

Sometimes public companies issue bonds to raise money rather than getting a loan from a bank because the rates are usually lower and terms less restrictive.

Mattel Inc. shares fell to $12.05 in early trading.


**---- Index References ----**

Company: MATTEL INC

News Subject: (Bond Instruments (1BO92); Bond Issues (1BO94); Funding Instruments (1FU41))

Industry: (Banking (1BA20); Bonds (1BO97); Consumer Products & Services (1CO62); Entertainment (1EN08); Financial Services (1FI37); Fixed Income Investments (1FI12); Games & Toys (1GA85); Investment Management (1IN34); Loans (1LO12); Retail Banking Services (1RE38); Securities Investment (1SE57))

Region: (Americas (1AM92); New York (1NE72); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Word Count: 134

**End of Document**                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

 © 2020 Thomson Reuters. No claim to original U.S. Government Works.                    1

Ex. 7 - 424