# EXHIBIT 12

August 9, 2019 | Equity Research



# Flash Comment

Toys

# MAT: Pulls Bond Deal Amid Revealed Whistleblower Letter

**Timothy Conder, CPA, Senior Analyst (314) 875-2041**
**Marc Torrente, CFA, Associate Analyst (314) 875-2557**
**Karen Tan, Associate Analyst (314) 875-2556**

**Sector Rating: Toys, Overweight**

Post-close August 8th MAT announced the termination of its $250MM bond deal scheduled to close the same day, taking a cautionary approach with investigation into a whistleblower letter received on August 6th. Obviously without any further detail, there is wide range of speculation as to what the claim entails. We believe management will provide additional color as soon as possible. MAT intends to come back to market with the deal subsequent to the conclusion of the planned expedient investigation.

The bond deal, originally announced August 1st, was for $250MM aggregate principal amount of 6.00% Senior Notes due 2027. The proceeds of the deal were to be used to refinance all of its 4.35% Senior Notes due October 2020. The company still intends to refinance the 2020 Notes prior to maturity.

**Mattel, Inc. (MAT)/Outperform (1)**
**Price as of 8/8/2019: $13.43**
FY 19 EPS: $-0.55
FY 20 EPS: $0.19
Shares Out.: 345.9 MM
Market Cap.: $4,645.44 MM

**Rating Basis Information:**
**MAT Thesis:** Correcting the process of executing the monetization of Mattel's portfolio of diversified owned brands and key licensed brands should drive a turnaround in sales and profitability. Key is more focus on core brands and new product introductions with more favorable ROIC profiles which should drive earnings recovery over the next 2-3 years.

Please see page 2 for rating definitions, important disclosures and required analyst certifications.
All estimates/forecasts are as of 08/09/19 unless otherwise stated. 08/09/19 04:51:17 ET

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

<span style="color:red">DISCLOSURE APPENDIX</span>
**Required Disclosures**



Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
▼ Rating Downgrade
▲ Rating Upgrade
● Price Target/Val Range Change

◆ Initiation, Resumption, Drop or Suspend
■ Analyst Change
◻ Split Adjustment

**Rating Code Key**
1  Outperform/Buy        SR  Suspended
2  Market Perform/Hold   NR  Not Rated
3  Underperform/Sell     NE  No Estimate

---

# Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Ex. 12 - 451

An affiliate of Wells Fargo Securities, LLC has received compensation for products or services other than investment banking services from Mattel, Inc. in the past 12 months.

Mattel, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Mattel, Inc..

Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from Mattel, Inc. in the past 12 months.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Mattel, Inc. in the next three months.

Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for Mattel, Inc. within the past 12 months.

Wells Fargo Securities, LLC maintains a market in the common stock of Mattel, Inc..

**MAT:** Price target risks: (1) weaker than expected consumer toy spending, (2) Unsuccessful turnaround execution, (3) loss of key license relationships, (4) loss of a major customer, (5) significant decline in Barbie, Fisher-Price or Hot Wheels, (6) significant input cost inflation, and (7) significant strengthening of the US$.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## STOCK RATING

**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY

**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD

**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

## SECTOR RATING

**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

## VOLATILITY RATING

**V=**A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

**As of: August 9, 2019**

49% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform.

Wells Fargo Securities, LLC has provided investment banking services for 34% of its Outperform-rated companies.

49% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform.

Wells Fargo Securities, LLC has provided investment banking services for 27% of its Market Perform-rated companies.

2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform.

Wells Fargo Securities, LLC has provided investment banking services for 12% of its Underperform-rated companies.

**Ex. 12 - 452**

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), a subsidiary of Wells Fargo & Co. and an investment adviser registered with the SEC. If research payments are made separately from commission payments, this report is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**

**EEA** - The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL, an authorized person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** - Wells Fargo Securities, LLC is exempt from the requirements to hold an  Australian financial services license in respect of the financial services it  provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated  under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

**Canada** - This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry  Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** - This report is issued and distributed in Hong Kong by Wells Fargo  Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9  regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be  sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** - This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing  of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered  rating agencies. These group companies may include Moody's Investors Services Inc.,  Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in  securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the  credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks.

Copyright © 2019 Wells Fargo Securities, LLC

SECURITIES NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE