# EXHIBIT 13


**BARCLAYS**

# Mattel, Inc.

# We Wait…

**We are updating our model following 2Q19 earnings on 7/25. Since then, the company filed an 8K on 8/8 terminating a bond deal due to an anonymous whistleblower letter. Once we have more details, we will comment further.**

**As a point of background, MAT reported better than expected 2Q19 earnings driven by higher revenues and better cost savings.** In addition, the company increased its Structural Simplification cost savings goal by $200mn, bringing the overall savings target to $854mn. MAT shares appreciated 13% the next day (S&P500 1%), reflecting the market's renewed optimism in the company's turn-around. Further, the bond offering, announced on 8/1 ($250mn Senior Notes due 2027), would strengthen the balance sheet as the new debt would replace $250mn of 4.35% Senior Notes due 10/1/20. While competitive challenges lie ahead in 2H19 (lapping a normalized (ex TRU) retail environment, HAS' Frozen 2 and Star Wars, tariffs), many of MAT's brands have yet to gain traction, and free cash flow remains anemic, the 2Q19 results plus the balance sheet activity were a positive. However, the 8/8 8K now adds a further level of uncertainty to a story that is already highly scrutinized.

**On 8/8, MAT pulled its bond deal (the same day the deal was set to close), citing an anonymous whistleblower letter in an 8K.** MAT said it needed time to investigate the contents of the letter, but provided no details. The 8K did state that the 4.35% Notes will be refinanced prior to maturity. Given the continued lack of information, the stock is down 14% (S&P 500 flat) following the announcement, or 8% below where it was prior to 2Q19 earnings (inclusive of tariff-driven stock and market declines).

**What to do?** We are not sure there is anything to do; there are too many unknowns. The list of hypotheticals ranges from the benign to the extreme. We also note this is certainly not the first time a high yield bond deal has been terminated. According to our HY Research team, there have been almost a dozen such transactions over the past 25 years where a high yield deal has been canceled after pricing but before settlement. In most cases, however, the rationale was immediately disclosed in an 8K.

## MAT: Quarterly and Annual EPS (USD)

| | 2018 | 2019 | | | 2020 | | | Change y/y | |
|---|---|---|---|---|---|---|---|---|---|
| FY Dec | Actual | Old | New | Cons | Old | New | Cons | 2019 | 2020 |
| Q1 | -0.60A | -0.44A | -0.44A | -0.44A | -0.11E | -0.20E | -0.30E | 27% | 55% |
| Q2 | -0.51A | -0.45E | -0.25A | -0.25A | -0.21E | -0.04E | -0.17E | 51% | 84% |
| Q3 | 0.18A | 0.25E | 0.21E | 0.15E | 0.25E | 0.34E | 0.35E | 17% | 62% |
| Q4 | 0.04A | 0.19E | 0.04E | 0.09E | 0.20E | 0.16E | 0.26E | 0% | 300% |
| Year | -0.89A | -0.45E | -0.45E | -0.45E | 0.12E | 0.26E | 0.15E | 49% | 158% |
| P/E | N/A | | N/A | | | 44.3 | | | |

Source: Barclays Research.
Consensus numbers are from Refinitiv received on 13-Aug-2019; 13:35 GMT

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 8.

## Equity Research

Retail | U.S. Leisure
14 August 2019

| | |
|---|---|
| Stock Rating | **UNDERWEIGHT** |
| | Unchanged |
| Industry View | **NEUTRAL** |
| | Unchanged |
| Price Target | **USD 10.00** |
| | Unchanged |

| | |
|---|---|
| Price (13-Aug-2019) | USD 11.51 |
| Potential Upside/Downside | -13.1% |
| Tickers | MAT |

| | |
|---|---|
| Market Cap (USD mn) | 3977 |
| Shares Outstanding (mn) | 345.54 |
| Free Float (%) | 99.67 |
| 52 Wk Avg Daily Volume (mn) | 5.9 |
| 52 Wk Avg Daily Value (USD mn) | N/A |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -49.17 |
| Current BVPS (USD) | 1.22 |

Source: Refinitiv

| | |
|---|---|
| Price Performance | Exchange-NYSE |
| 52 Week range | USD 17.27-9.09 |



*Link to Barclays Live for interactive charting*

**U.S. Leisure**
**Felicia R. Hendrix**
+1 212 526 5562
felicia.hendrix@barclays.com
BCI, US

Edward Wendel, CFA
+1 212 526 3592
edward.wendel@barclays.com
BCI, US

Completed: 14-Aug-19, 03:40 GMT    Released: 14-Aug-19, 04:10 GMT    Restricted - External

Ex. 13 - 456

Barclays | Mattel, Inc.

| U.S. Leisure | Industry View: NEUTRAL |
|---|---|

| **Mattel, Inc. (MAT)** | **Stock Rating: UNDERWEIGHT** |
|---|---|

| Income statement ($mn) | 2018A | 2019E | 2020E | 2021E | CAGR |
|---|---|---|---|---|---|
| Revenue | 4,511 | 4,506 | 4,481 | 4,547 | 0.3% |
| EBITDA | 35 | 320 | 551 | 561 | 153.3% |
| EBIT | -236 | 52 | 296 | 316 | N/A |
| Pre-tax income | -419 | -133 | 114 | 146 | N/A |
| Net income | -531 | -205 | 90 | 116 | N/A |
| EPS (adj) ($) | -0.89 | -0.45 | 0.26 | 0.33 | N/A |
| EPS (reported) ($) | -1.54 | -0.59 | 0.26 | 0.33 | N/A |
| Diluted shares (mn) | 345.1 | 345.9 | 345.9 | 345.9 | 0.1% |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | N/A |

| Margin and return data | | | | | Average |
|---|---|---|---|---|---|
| EBITDA margin (%) | 0.8 | 7.1 | 12.3 | 12.3 | 8.1 |
| EBIT margin (%) | -5.2 | 1.2 | 6.6 | 6.9 | 2.4 |
| Pre-tax margin (%) | -9.3 | -2.9 | 2.5 | 3.2 | -1.6 |
| Net margin (%) | -11.8 | -4.6 | 2.0 | 2.5 | -2.9 |
| ROIC (%) | -9.6 | 2.6 | 7.4 | 8.1 | 2.1 |
| ROE (%) | -55.1 | -26.4 | 9.6 | 10.8 | -15.3 |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Cash and equivalents | 595 | 653 | 495 | 345 | -16.6% |
| Total assets | 5,244 | 5,792 | 5,569 | 5,383 | 0.9% |
| Short and long-term debt | 2,852 | 2,959 | 2,617 | 2,274 | -7.3% |
| Other long-term liabilities | 470 | 470 | 470 | 470 | 0.0% |
| Total liabilities | 4,574 | 4,905 | 4,574 | 4,232 | -2.6% |
| Net debt/(funds) | 2,257 | 2,306 | 2,122 | 1,929 | -5.1% |
| Shareholders' equity | 669 | 887 | 995 | 1,151 | 19.8% |
| Change in working capital | 18 | -20 | 7 | 5 | -35.7% |
| Cash flow from operations | -27 | 109 | 352 | 366 | N/A |
| Capital expenditure | -152 | -155 | -160 | -165 | N/A |
| Free cash flow | -168 | -73 | 116 | 131 | N/A |

| Valuation and leverage metrics | | | | | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | N/A | N/A | 44.3 | 34.4 | 39.3 |
| EV/sales (x) | 1.4 | 1.4 | 1.4 | 1.3 | 1.4 |
| EV/EBITDA (x) | 180.8 | 19.7 | 11.1 | 10.5 | 55.5 |
| EV/EBIT (x) | -26.4 | 120.0 | 20.6 | 18.7 | 33.2 |
| P/BV (x) | 5.9 | 4.5 | 4.0 | 3.5 | 4.5 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total debt/capital (%) | 81.0 | 76.9 | 72.5 | 66.4 | 74.2 |
| Net debt/EBITDA (x) | 11.4 | 5.9 | 3.8 | 3.4 | 6.1 |

| Revenue ($mn) | 2018A | 2019E | 2020E | 2021E | CAGR |
|---|---|---|---|---|---|
| Barbie | 1,089 | 1,165 | 1,200 | 1,236 | 4.3% |
| Hot Wheels | 834 | 875 | 901 | 928 | 3.6% |
| Fisher-Price, Thomas & Friends | 1,186 | 1,124 | 1,141 | 1,162 | -0.7% |
| American Girl | 341 | 263 | 246 | 251 | -9.7% |
| - | | | | | |
| Dolls | 1,731 | 1,741 | 1,765 | 1,812 | 1.5% |
| Infant Toddler Preschool | 1,418 | 1,272 | 1,273 | 1,296 | -2.9% |
| Vehicles | 1,065 | 1,062 | 1,078 | 1,107 | 1.3% |
| Action Figures, Building Sets, Games | 861 | 985 | 920 | 893 | 1.2% |

Source: Company data, Barclays Research
Note: FY End Dec

| | |
|---|---|
| Price (13-Aug-2019) | USD 11.51 |
| Price Target | USD 10.00 |

**Why Underweight?** We remain cautious as MAT continues to burn cash to fund its new initiatives and the path to restoring profitability and regaining revenue growth remains challenging particularly given the steep declines in the majority of the company's revenue lines.

| Upside case | USD 19.00 |
|---|---|

Our upside case assumes 20% upside to our 2020 EBITDA estimate and a 1.5 turn higher multiple.

| Downside case | USD 7.00 |
|---|---|

Multiple could contract if new targets are not met or take longer to achieve.

**Upside/Downside scenarios**

Price History Prior 12 months: High 17.27, Low 9.09

Current 11.51

Price Target Next 12 months: Upside 19.00, Downside 7.00

Target 10.00

14 August 2019

2

**Ex. 13 - 457**

Barclays | Mattel, Inc.

## Quarter Review/New Estimates

**On 7/25, MAT reported 2Q19 upside.** Adj EPS came in at -$0.25 (GAAP EPS of -$0.31) versus our -$0.45 estimate and consensus of -$0.40. Net revenues increased 2% (up 5% ex-FX) vs. our and consensus estimates of -4%. Barbie gross sales grew 9% vs. us and consensus estimates of 8%; Hot Wheels grew 5% vs. consensus of 2% and our 0% estimate; and Fisher Price/Thomas fell 6% vs. consensus of -14% and our -22% estimate. American Girl fell 26% vs. our -25% estimate and consensus of -22%. All other brands increased 3% vs. our 2% estimate. Adj gross margins were 39.9% (950 bps y/y) vs our 30.8% estimate and consensus of 35.2%, while adj operating margins were -3.5% vs. our -10.3% estimate and consensus of -25.4%. Adj EBITDA in 2Q19 was $42mn vs. our -$15mn estimate and consensus of -$9mn. Company-owned inventories increased 1% y/y.

**Global POS was up MSD normalized for Toys R Us.** Barbie, Dolls, Vehicles and Hot Wheels grew. Action Figures, Building Sets and Games grew double-digits. North America and International segments grew in all regions, with all categories up except for Infant, Toddler and Preschool. Toy Story 4 continues to be a 2Q19 driver, while Jurassic remains trending above the typical 50-60% declines seen in a non-movie year.

**Mattel confirmed most of full year guidance from Toy Fair 2019 following better than expected 2Q19 results.** Adjusted EBITDA is still expected to be in the '$350 to $400 million' range while gross sales should still be 'flat ex-FX' (down 1-3% including FX). The company now expects an additional $200 million of run-rate savings exiting 2019, for a total of $854 million of cumulative net cost savings to be achieved in 2020, with $100 million of that additional run-rate currently achieved to date (the $100 million of run-rate should be achieved by year end, per management). Incremental to the cost saving plan is an additional $30 million of cost savings from the capital-light model, where the company consolidated two Mexico plants during the quarter (closing down the Tijuana plant and consolidating into the company's other plant in Mexico) and should realize these savings beginning in 2020. Despite the upside in the quarter, management remained cautious for the remainder of the year considering that most of the year lies ahead for the company and the many moving parts left in the year (e.g., cost inflation, macro factors, noncash items, strategic investments). *Please see Figure 1 for a full guidance recap.*

**Ex. 13 - 458**

Barclays | Mattel, Inc.

FIGURE 1
**Mattel Guidance Summary**

| Date Provided | Item | Current Guidance | Previous Guide |
|---|---|---|---|
| **2Q19 Earnings** | | | |
| 7/25/19 | 2019 Gross Sales | Flat ex-FX, down 1-3% w/ FX | Flat ex-FX, down 1-3% w/ FX |
| | *Barbie (ex-FX)* | Expected to continue growing | "Confident in Barbie program" |
| | *Hot Wheels (ex-FX)* | Momentum to continue into 2H | "Trending really well" |
| | *Fisher Price, Thomas (ex-FX)* | Fisher Price showing improving trend in 2H | Fisher Price growth comes in 2H |
| | *American Girl (ex-FX)* | New product introductions in 2H | Continued declines, multi-year turnaround |
| | *Other Brands (ex-FX)* | -- | Declines |
| | New Categories | | |
| | *Other Dolls* | Gearing up with Polly Pocket and BTS launch | -- |
| | *Infant, Toddler, Preschool* | Expect more 2H progress (Linkimals, TS4, Frozen) | -- |
| | *Vehicles* | -- | -- |
| | *Action Figures, Building Sets, Games* | TS4 doing very well, Jurassic doing well in 2nd year | -- |
| 7/25/19 | 2019 Sales Adjustments | Flat y/y from 11.1% (as % of sales) | Flat y/y from 11.1% (as % of sales) |
| 7/25/19 | 2019 Gross Margins | Low 40s | Low 40s |
| 7/25/19 | 2019 Advertising | Increase y/y from $526 million | Increase y/y from $526 million |
| 7/25/19 | 2019 Advertising (as % of net sales) | Historical range of 11-13% | Historical range of 11-13% |
| 7/25/19 | 2019 Adj. SG&A | Decrease from $1,395 million | Decrease from $1,395 million |
| 7/25/19 | 2019 Adj. SG&A (% of dollars) | Decrease from 30.9% | Decrease from 30.9% |
| 7/25/19 | 2019 Adj. Operating Income | Slightly positive | Slightly positive |
| 7/25/19 | 2019 Adj. EBITDA | $350 to $400 million | $350 to $400 million |
| 7/25/19 | 2019 Severance & Restructuring | $50 million | $50 million |
| 7/25/19 | 2019 Interest Expense | Marginally higher than 2018 ($182 million) | $190 million (wtd avg rate of 5.5%) |
| 7/25/19 | 2019 Income Taxes | -$75 million to -$100 million | -$75 million to -$100 million |
| 7/25/19 | 2019 Capital Expenditures | Expected to be flat from $152mm y/y | Expected to be flat from $152mm y/y |
| 7/25/19 | 2019 Change in NWC | Neutral | Neutral |
| 7/25/19 | 2019 Operating Cash Flow | Positive | -- |
| 2/15/19 | 2019 Ending Cash Balance | --- | $450 to $500 million |
| | **Structural Simplification** | | |
| 7/25/19 | 'Achieved' savings in 2018 | $372 million | $372 million |
| 7/25/19 | Incremental y/y savings in 2019 | Expect to reach $270 million | On track to exceed $200 million |
| 7/25/19 | Incremental y/y savings in 2020 | Expect to reach $212 million | -- |
| | 2018 Exiting Run-Rate | | |
| 7/25/19 | Gross Profit | $259 million | $224 million |
| 7/25/19 | Advertising | $30 million | $30 million |
| 7/25/19 | SG&A | $232 million | $267 million |
| 7/25/19 | **Total** | **$521 million** | **$521 million** |
| | "Achieved" Run-Rate | as of 2Q19 | as of 1Q19 |
| 7/25/19 | Gross Profit | $424 million | $270 million |
| 7/25/19 | Advertising | $33 million | $32 million |
| 7/25/19 | SG&A | $297 million | $308 million |
| 7/25/19 | **Total** | **$754 million** | **$610 million** |
| | Forecasted Run-Rate Exiting 2019 | | |
| 7/25/19 | Gross Profit | $481 million | $325 million+ |
| 7/25/19 | Advertising | $43 million | $32 million+ |
| 7/25/19 | SG&A | $330 million | $293 million+ |
| 7/25/19 | **Total** | **$854 million** | **$650 million+** |
| | **Strategic Investments** | | |
| 7/25/19 | 2019 re-investment spend | $100 million (90%+ opex mix) | $100 million (90% opex mix) |
| | | '-40% SG&A; 50% Advertising; 10% COGS | '-40% SG&A; 50% Advertising; 10% COGS |
| | **Capital-Light Model** | | |
| 7/25/19 | Gross margin impact | $30 million savings benefit begins in 2020 | -- |
| | | $11 severence in 2Q19.  More to come in 2H19. | |
| | | *Expected to improve in 2020 | *Expected to improve in 2020 |
| | | *Incremental to cost savings program | *Incremental to cost savings program |
| | **Movies** | | |
| 7/25/19 | Toy Story 4 | Doing very well | Shipped to plan in 1Q19, shipping more in 2Q19 |
| 7/25/19 | Jurassic | Performing well in 2nd year. animated series on Netflix in '20 | Great start to year, bucking non-movie year trends |

Source: Barclays Research, company reports

**Our revised estimates reflect these new data points.** We are modelling in the company's revised cost savings target of $854 million (to be achieved by 2020), current savings from capital light initiatives ($30 million in 2020) and a $30 million tailwind from lapping TRU in 2018, partially offset by cost inflation of $90 million in 2019 (per previous guide) which was implied in our prior estimates. We are also modelling an additional $30 million of cost headwinds in 2020 to account for other macro variables that could affect cost savings targets. We are not modelling any potential litigation expenses at this time for Rock 'n Play, but do recognize this as a risk and we estimate a worst case scenario in the $50-$300 million range.   Our cost savings estimates from the Structural Simplification program alone

Ex. 13 - 459

Barclays | Mattel, Inc.

are an incremental $270 million in 2019 and $243 million in 2020 (including $30 million from the asset light initiative somewhat offset by headwinds such as inflation). *Our new estimates are summarized below in Figure 2.*

FIGURE 2

**MAT Estimate Changes** ($ in millions, except per share data)

| | 2Q19 | | 3Q19E | | 4Q19E | | 2019E | | 2020E | | 2021E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Prior | New | Old | New | Old | New | Old | New | Old | New | Old |
| Barbie | $187 | $185 | $409 | $404 | $406 | $430 | $1,165 | $1,182 | $1,200 | $1,218 | $1,236 | $1,254 |
| *Y/Y Growth % - ex-FX* | *13%* | *13%* | *10%* | *10%* | *5%* | *10%* | *9%* | *11%* | *3%* | *3%* | *3%* | *3%* |
| Hot Wheels | 175 | 168 | 247 | 241 | 302 | 301 | 875 | 861 | 901 | 887 | 928 | 913 |
| *Y/Y Growth % - ex-FX* | *9%* | *5%* | *6%* | *5%* | *7%* | *5%* | *7%* | *6%* | *3%* | *3%* | *3%* | *3%* |
| Fisher-Price, Thomas & Friends | 222 | 185 | 389 | 329 | 340 | 307 | 1,124 | 993 | 1,141 | 973 | 1,162 | 992 |
| *Y/Y Growth % - ex-FX* | *-4%* | *-18%* | *-4%* | *-18%* | *-2%* | *-13%* | *-4%* | *-14%* | *1%* | *-2%* | *2%* | *2%* |
| American Girl | 34 | 34 | 51 | 48 | 132 | 124 | 263 | 252 | 246 | 236 | 251 | 240 |
| *Y/Y Growth % - ex-FX* | *-23%* | *-25%* | *-20%* | *-25%* | *-20%* | *-25%* | *-23%* | *-26%* | *-7%* | *-7%* | *2%* | *2%* |
| All Other | 344 | 342 | 515 | 520 | 526 | 555 | 1,633 | 1,665 | 1,548 | 1,573 | 1,532 | 1,610 |
| *Y/Y Growth %* | *2%* | *2%* | *-2%* | *-1%* | *1%* | *7%* | *0%* | *3%* | *-5%* | *-6%* | *-1%* | *2%* |
| Gross Toy Sales | 962 | 913 | 1,611 | 1,542 | 1,707 | 1,717 | 5,060 | 4,953 | 5,036 | 4,885 | 5,109 | 5,009 |
| *Y/Y Growth %* | *1%* | *-4%* | *0%* | *-4%* | *0%* | *0%* | *0%* | *-2%* | *0%* | *-1%* | *1%* | *3%* |
| *Y/Y Growth % - ex-FX* | *4%* | *-1%* | *1%* | *-2%* | *0%* | *0%* | *2%* | *0%* | *0%* | *-1%* | *1%* | *3%* |
| Sales Adjustments | (102) | (104) | (171) | (158) | (190) | (210) | (554) | (563) | (554) | (556) | (563) | (572) |
| **Net Revenues** | **860** | **809** | **1,440** | **1,384** | **1,517** | **1,507** | **4,506** | **4,390** | **4,481** | **4,329** | **4,547** | **4,437** |
| *Y/Y Growth %* | *2.3%* | *-3.7%* | *0.2%* | *-3.7%* | *-0.5%* | *-1.2%* | *-0.1%* | *-2.7%* | *-0.6%* | *-1.4%* | *1.5%* | *2.5%* |
| **Adj. Gross Profit** | **344** | **249** | **623** | **594** | **698** | **701** | **1,927** | **1,806** | **2,057** | **1,876** | **2,096** | **1,933** |
| *Adj. Gross Margin* | *39.9%* | *30.8%* | *43.3%* | *42.9%* | *46.0%* | *46.5%* | *42.8%* | *41.2%* | *45.9%* | *43.3%* | *46.1%* | *43.6%* |
| **Adj. Operating Profit** | **(30)** | **(83)** | **148** | **162** | **87** | **140** | **104** | **118** | **296** | **225** | **316** | **269** |
| *Adj. Operating Margin* | *-3.5%* | *-10.3%* | *10.3%* | *11.7%* | *5.7%* | *9.3%* | *2.3%* | *2.7%* | *6.6%* | *5.2%* | *6.9%* | *6.1%* |
| **Adj. EBITDA** | **42** | **(15)** | **214** | **230** | **162** | **214** | **392** | **403** | **551** | **510** | **561** | **553** |
| *Adj. EBITDA Margin* | *4.9%* | *-1.9%* | *14.9%* | *16.6%* | *10.7%* | *14.2%* | *8.7%* | *9.2%* | *12.3%* | *11.8%* | *12.3%* | *12.5%* |
| **Interest Expense** | **(46)** | **(47)** | **(48)** | **(48)** | **(48)** | **(48)** | **(190)** | **(190)** | **(186)** | **(187)** | **(173)** | **(174)** |
| **Adj. EPS** | **($0.25)** | **($0.45)** | **$0.21** | **$0.25** | **$0.04** | **$0.19** | **($0.45)** | **($0.45)** | **$0.26** | **$0.12** | **$0.33** | **$0.25** |

Source: Barclays Research estimates, company reports

**Valuation Methodology.** Our price target remains $10, but is now based on a 10 multiple (from 11.5x) applied to our 2020E EBITDA of $551 million (previously $510 million), less estimated net debt of $2.1 billion in 2020 (previously $2.3 billion).

**Ex. 13 - 460**

Barclays | Mattel, Inc.

Please find below our earnings grid that compares actual results to our expectations.

FIGURE 3
**MAT Earnings Grid ($ in millions, except per share data)**

| ($ in Millions, except per-share data) | 2Q18 | 2Q19E | 2Q19 | Estimate | Actual |
|---|---|---|---|---|---|
| | | FY | | | |
| Barbie | $170.7 | $184.8 | $186.5 | 8.2% | 9.2% |
| Hot Wheels | 167.3 | 167.9 | 175.2 | 0.4% | 4.7% |
| Fisher-Price, Thomas & Friends | 236.2 | 184.7 | 222.4 | -21.8% | -5.8% |
| American Girl | 45.3 | 34.0 | 33.5 | -25.0% | -26.1% |
| **All other (excluding** <u>American Girl</u>**)** | **$334.6** | **$341.8** | **$344.7** | 2.2% | 3.0% |
| **Gross Revenues** | **$954.1** | **$913.2** | **$962.3** | -4.3% | 0.9% |
| Sales Adjustment | (113.4) | (103.9) | (102.2) | -8.4% | -9.9% |
| **Net Revenues** | **840.7** | **809.3** | **860.1** | -3.7% | 2.3% |
| Cost of Sales | 587.5 | 559.9 | 518.7 | -4.7% | -11.7% |
| Gross Profit | 253.2 | 249.4 | 341.4 | -1.5% | 34.8% |
| **Adjusted Gross Profit** | **256.0** | **249.4** | **343.5** | -2.6% | 34.2% |
| | | | | | |
| Advertising and Promotion Expenses | 82.4 | 86.3 | 84.5 | 4.8% | 2.5% |
| Reported SG&A | 360.0 | 246.5 | 308.3 | -31.5% | -14.4% |
| **Adjusted SG&A** | **307.9** | **246.5** | **289.5** | -19.9% | -6.0% |
| Operating Profit | (189.2) | (83.5) | (51.4) | N/M | N/M |
| **Adjusted Operating Profit** | **(134.2)** | **(83.5)** | **(30.5)** | N/M | N/M |
| | | | | | |
| Interest Income | 1.7 | 3.0 | 1.5 | 76.5% | -11.8% |
| Interest Expense | (43.5) | (46.5) | (46.2) | 7.0% | 6.2% |
| Other Non Operating Income (Expense) | (3.1) | (2.0) | 0.6 | N/M | N/M |
| Earnings Before Income Taxes | (234.0) | (129.0) | (95.5) | N/M | N/M |
| Income Tax (Provision) Benefit | (6.9) | (27.1) | (12.2) | N/M | N/M |
| Net Income (Loss) | ($240.9) | ($156.1) | ($107.7) | N/M | N/M |
| | | | | | |
| Diluted Shares Outstanding | 344.6 | 345.9 | 345.9 | 0.4% | 0.4% |
| **Diluted EPS (Adjusted)** | **($0.51)** | **($0.45)** | **($0.25)** | N/M | N/M |
| Nonrecurring Charges, Gains | (0.19) | $0.00 | ($0.06) | N/M | N/M |
| Diluted EPS (Reported) | ($0.70) | ($0.45) | ($0.31) | N/M | N/M |
| EBITDA | (122.1) | (15.3) | 11.8 | N/M | N/M |
| **Adjusted EBITDA** | **(59.2)** | **(15.3)** | **41.8** | N/M | N/M |
| **Percentage Analysis** | | | | | |
| Sales Adjustment (as % of Gross Revenue) | 11.9% | 11.4% | 10.6% | -50 bps | -130 bps |
| Gross Profit Margin (as % of Net Revenue) | 30.1% | 30.8% | 39.7% | 70 bps | 960 bps |
| **Adjusted Gross Margin** | **30.5%** | **30.8%** | **39.9%** | **40 bps** | **950 bps** |
| | | | | | |
| Advertising and Promotion Expenses | 9.8% | 10.7% | 9.8% | 90 bps | 0 bps |
| Reported SG&A | 42.8% | 30.5% | 35.8% | -1,240 bps | -700 bps |
| **Adjusted SG&A** | **36.6%** | **30.5%** | **33.7%** | **-620 bps** | **-300 bps** |
| Operating Profit Margin | -22.5% | -10.3% | -6.0% | 1,220 bps | 1,650 bps |
| **Adjusted OP Margin** | **-16.0%** | **-10.3%** | **-3.5%** | **560 bps** | **1,240 bps** |
| | | | | | |
| Pre-tax Margin | -27.8% | -15.9% | -11.1% | 1,190 bps | 1,670 bps |
| Effective Tax Rate | -2.9% | -21.0% | -12.8% | n/m | n/m |
| Net Margin | -28.7% | -19.3% | -12.5% | 940 bps | 1,610 bps |
| EBITDA Margin | -14.5% | 0.0% | 1.4% | 1,450 bps | 1,590 bps |
| **Adjusted EBITDA Margin** | **-7.0%** | **0.0%** | **4.9%** | **700 bps** | **1,190 bps** |
| **Constant Currency Analysis** | | | | | |
| Barbie | 12% | 13% | 13% | | |
| Hot Wheels | 22% | 5% | 9% | | |
| Fisher-Price, Thomas & Friends | -15% | -18% | -4% | | |
| American Girl | -33% | -25% | -26% | | |
| **Gross Revenues** | **-11%** | **-1%** | **4%** | | |
| *FX Impact on Gross Sales* | *0%* | *4%* | *3%* | | |
| *Gross Revenues (as reported)* | *-11%* | *-4%* | *1%* | | |

Source: Barclays Research estimates, company reports

Ex. 13 - 461

## FIGURE 4

## MAT Income Statement ($ in millions)

| ($ in Millions, except per-share data) | 2016 | 2017 | 2018 1Q | 2Q | 3Q | 4Q | 2018 | 2019E 1Q | 2Q | 3QE | 4QE | 2019E | 2020E 1QE | 2QE | 3QE | 4QE | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $5,457.0 | $4,882.0 | $708.4 | $840.7 | $1,437.4 | $1,524.3 | $4,510.8 | $689.2 | $860.1 | $1,440.2 | $1,516.8 | $4,506.3 | $682.0 | $855.9 | $1,441.2 | $1,502.5 | $4,481.5 | $4,546.6 |
| Cost of Sales | 2,902.2 | 3,061.1 | 489.5 | 587.5 | 824.4 | 814.7 | 2,716.1 | 449.5 | 518.7 | 816.8 | 818.7 | 2,603.8 | 379.7 | 469.9 | 784.7 | 790.5 | 2,424.8 | 2,450.8 |
| **Gross Profit** | 2,554.8 | 1,820.9 | 218.9 | 253.2 | 613.0 | 709.6 | 1,794.7 | 239.7 | 341.4 | 623.4 | 698.1 | 1,902.6 | 302.3 | 386.0 | 656.4 | 712.0 | 2,056.7 | 2,095.7 |
| | | | | | | | | | | | | | | | | | | |
| Advertising and Promotion Expenses | 634.9 | 642.3 | 70.8 | 82.4 | 165.3 | 207.9 | 526.4 | 69.5 | 84.5 | 170.6 | 238.2 | 562.7 | 68.8 | 84.1 | 170.7 | 236.7 | 560.2 | 566.8 |
| Reported SG&A | 1,400.4 | 1,518.1 | 424.6 | 360.0 | 325.9 | 394.3 | 1,504.8 | 301.3 | 308.3 | 305.0 | 372.9 | 1,287.5 | 276.2 | 273.7 | 291.0 | 360.0 | 1,200.0 | 1,213.0 |
| Restructuring and Other Charges | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating Profit** | 519.5 | (339.5) | (276.5) | (189.1) | 121.8 | 107.4 | (236.5) | (131.1) | (51.4) | 147.8 | 87.0 | 52.4 | (42.7) | 28.2 | 195.6 | 115.2 | 296.5 | 316.0 |
| | | | | | | | | | | | | | | | | | | |
| Interest Income | 9.2 | 7.7 | 3.1 | 1.7 | 0.8 | 0.8 | 6.4 | 2.3 | 1.5 | 3.0 | 3.0 | 9.8 | 4.0 | 4.0 | 4.0 | 4.0 | 16.0 | 16.0 |
| Interest Expense | (95.1) | (105.3) | (41.1) | (43.5) | (48.2) | (49.2) | (182.0) | (47.0) | (46.2) | (48.1) | (48.5) | (189.8) | (46.7) | (46.3) | (48.2) | (45.2) | (186.4) | (173.5) |
| Other Non-operating Income | (23.7) | (65.3) | 0.6 | (3.1) | (1.9) | (3.0) | (7.4) | (1.7) | 0.6 | (2.0) | (2.0) | (5.1) | (3.0) | (3.0) | (3.0) | (3.0) | (12.0) | (12.0) |
| **Earnings Before Income Taxes** | 409.9 | (502.5) | (313.9) | (233.9) | 72.5 | 56.0 | (419.4) | (177.5) | (95.5) | 100.7 | 39.6 | (132.7) | (88.4) | (17.1) | 148.4 | 71.0 | 114.0 | 146.5 |
| | | | | | | | | | | | | | | | | | | |
| Income Tax (Provision) Benefit | (91.6) | (548.8) | 2.7 | (6.9) | (66.3) | (41.2) | (111.7) | (6.2) | (12.2) | (27.1) | (27.1) | (72.6) | 18.6 | 3.6 | (31.2) | (14.9) | (23.9) | (30.8) |
| Extraordinary Item, Net of Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Discontinued Operations, Net of Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | $318.3 | ($1,051.3) | ($311.2) | ($240.8) | $6.2 | $14.8 | ($531.1) | ($183.7) | ($107.7) | $73.6 | $12.5 | ($205.3) | ($69.8) | ($13.5) | $117.2 | $56.1 | $90.1 | $115.7 |
| | | | | | | | | | | | | | | | | | | |
| **Adjusted EBITDA** | 900.2 | 123.4 | (161.4) | (59.2) | 232.4 | 186.2 | 198.0 | (25.6) | 41.8 | 214.1 | 161.9 | 392.2 | 21.1 | 92.0 | 259.4 | 179.0 | 551.5 | 561.0 |
| | | | | | | | | | | | | | | | | | | |
| Basic Shares Outstanding | 341.5 | 343.6 | 344.4 | 344.6 | 345.3 | 345.8 | 345.0 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 |
| Diluted Shares Outstanding | 344.2 | 343.6 | 344.4 | 344.6 | 345.7 | 345.8 | 345.1 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 | 345.9 |
| Diluted EPS (Adjusted) | $1.06 | ($1.09) | ($0.60) | ($0.51) | $0.18 | $0.04 | ($0.89) | ($0.44) | ($0.25) | $0.21 | $0.04 | ($0.45) | ($0.20) | ($0.04) | $0.34 | $0.16 | $0.26 | $0.33 |
| Non-recurring Items Per Share | (0.14) | (1.97) | (0.30) | (0.19) | (0.16) | - | (0.65) | (0.09) | (0.06) | - | - | (0.15) | - | - | - | - | - | - |
| Diluted EPS (Reported) | $0.92 | ($3.06) | ($0.90) | ($0.70) | $0.02 | $0.04 | ($1.54) | ($0.53) | ($0.31) | $0.21 | $0.04 | ($0.59) | ($0.20) | ($0.04) | $0.34 | $0.16 | $0.26 | $0.33 |
| | | | | | | | | | | | | | | | | | | |
| Cash Dividends Paid | $1.52 | 0.91 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payout Ratio | 142.7% | n/m | | | | | 0.0% | | | | | 0.0% | | | | | 0.0% | 0.0% |
| **Percentage Analysis** | | | | | | | | | | | | | | | | | | |
| Net Revenues | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of Sales | 53.2% | 62.7% | 69.1% | 69.9% | 57.4% | 53.4% | 60.2% | 65.2% | 60.3% | 56.7% | 54.0% | 57.8% | 55.7% | 54.9% | 54.5% | 52.6% | 54.1% | 53.9% |
| Gross Profit Margin | 46.8% | 37.3% | 30.9% | 30.1% | 42.6% | 46.6% | 39.8% | 34.8% | 39.7% | 43.3% | 46.0% | 42.2% | 44.3% | 45.1% | 45.5% | 47.4% | 45.9% | 46.1% |
| *Adjusted Gross Profit Margins* | *46.8%* | *37.7%* | *31.3%* | *30.5%* | *43.0%* | *46.6%* | *40.0%* | *38.0%* | *39.9%* | *43.3%* | *46.0%* | *42.8%* | *44.3%* | *45.1%* | *45.5%* | *47.4%* | *45.9%* | *46.1%* |
| | | | | | | | | | | | | | | | | | | |
| Advertising and Promotion Expenses | 11.6% | 13.2% | 10.0% | 9.8% | 11.5% | 13.6% | 11.7% | 10.1% | 9.8% | 11.8% | 15.7% | 12.5% | 10.1% | 9.8% | 11.8% | 15.8% | 12.5% | 12.5% |
| Reported SG&A | 25.7% | 31.1% | 59.9% | 42.8% | 22.7% | 25.9% | 33.4% | 43.7% | 35.8% | 21.2% | 24.6% | 28.6% | 40.5% | 32.0% | 20.1% | 24.0% | 26.8% | 26.7% |
| *Adjusted SG&A* | *24.9%* | *28.8%* | *56.2%* | *36.6%* | *20.9%* | *25.5%* | *30.9%* | *42.5%* | *33.7%* | *21.2%* | *24.6%* | *28.0%* | *40.5%* | *32.0%* | *20.1%* | *24.0%* | *26.8%* | *26.7%* |
| | | | | | | | | | | | | | | | | | | |
| **Operating Profit** | 9.5% | (7.0%) | (39.0%) | (22.5%) | 8.5% | 7.0% | (5.2%) | (19.0%) | (6.0%) | 10.3% | 5.7% | 1.2% | (6.3%) | 3.3% | 13.6% | 7.7% | 6.6% | 6.9% |
| *Adjusted Operating Profit* | *10.3%* | *(4.2%)* | *(34.9%)* | *(16.0%)* | *10.6%* | *7.4%* | *(2.6%)* | *(14.6%)* | *(3.5%)* | *10.3%* | *5.7%* | *2.3%* | *(6.3%)* | *3.3%* | *13.6%* | *7.7%* | *6.6%* | *6.9%* |
| *Adjusted EBITDA* | *15.8%* | *3.4%* | *(22.8%)* | *(7.0%)* | *16.2%* | *12.2%* | *4.4%* | *(3.7%)* | *4.9%* | *14.9%* | *10.7%* | *8.7%* | *3.1%* | *10.7%* | *18.0%* | *11.9%* | *12.3%* | *12.3%* |
| | | | | | | | | | | | | | | | | | | |
| Pre-tax Margin | 7.5% | (10.3%) | (44.3%) | (27.8%) | 5.0% | 3.7% | (9.3%) | (25.8%) | (11.1%) | 7.0% | 2.6% | (2.9%) | (13.0%) | (2.0%) | 10.3% | 4.7% | 2.5% | 3.2% |
| Effective Tax Rate | 22.3% | (109.2%) | 0.9% | (2.9%) | 91.4% | 73.6% | (26.6%) | (3.5%) | (12.8%) | 26.9% | 68.5% | (54.7%) | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net Margin | 5.8% | (21.5%) | (43.9%) | (28.6%) | 0.4% | 1.0% | (11.8%) | (26.7%) | (12.5%) | 5.1% | 0.8% | (4.6%) | (10.2%) | (1.6%) | 8.1% | 3.7% | 2.0% | 2.5% |
| **Growth (year over year)** | | | | | | | | | | | | | | | | | | |
| Net Revenues | (4.3%) | (10.5%) | (3.7%) | (13.7%) | (7.9%) | (5.4%) | (7.6%) | (2.7%) | 2.3% | 0.2% | (0.5%) | (0.1%) | (1.0%) | (0.5%) | 0.1% | (0.9%) | (0.6%) | 1.5% |
| Cost of Sales | 0.2% | 5.5% | 7.2% | 2.2% | (9.8%) | (27.0%) | (11.3%) | (8.2%) | (11.7%) | (0.9%) | 0.5% | (4.1%) | (15.5%) | (9.4%) | (3.9%) | (3.4%) | (6.9%) | 1.1% |
| **Gross Profit** | (9.0%) | (28.7%) | (21.5%) | (36.7%) | (5.3%) | 43.3% | (1.4%) | 9.5% | 34.8% | 1.7% | (1.6%) | 6.0% | 26.1% | 13.1% | 5.3% | 2.0% | 8.1% | 1.9% |
| | | | | | | | | | | | | | | | | | | |
| Advertising and Promotion Expenses | (11.5%) | 1.2% | (3.8%) | (13.7%) | (8.0%) | (29.2%) | (18.0%) | (1.8%) | 2.5% | 3.2% | 14.6% | 6.9% | (1.0%) | (0.5%) | 0.1% | (0.6%) | (0.4%) | 1.2% |
| Reported SG&A | (9.5%) | 8.4% | 28.4% | 2.0% | (14.6%) | (12.9%) | (0.9%) | (29.0%) | (14.4%) | (6.4%) | (5.4%) | (14.4%) | (8.3%) | (11.2%) | (4.9%) | (3.4%) | (6.8%) | 1.1% |
| **Operating Profit** | (4.0%) | (165.4%) | 120.2% | 288.8% | 42.2% | (142.8%) | (30.4%) | (52.6%) | (72.8%) | 21.3% | (18.9%) | (122.2%) | (67.5%) | (155.0%) | 32.3% | 32.4% | 466.0% | 6.6% |
| | | | | | | | | | | | | | | | | | | |
| Interest Expense | 11.5% | 10.7% | 86.8% | 98.6% | 95.1% | 34.1% | 72.8% | 14.4% | 6.2% | (0.2%) | (1.5%) | 4.3% | (0.6%) | 0.3% | 0.2% | (6.8%) | (1.8%) | (6.9%) |
| **Earnings Before Income Taxes** | (11.6%) | (222.6%) | 115.5% | 217.6% | 13.7% | (116.1%) | (16.5%) | (43.5%) | (59.2%) | 38.8% | (29.3%) | (68.4%) | (50.2%) | (82.1%) | 47.3% | 79.6% | (185.9%) | 28.5% |
| | | | | | | | | | | | | | | | | | | |
| Net Income (Loss) | (13.8%) | (430.2%) | n/m | n/m | n/m | n/m | n/m | n/m | n/m | 1078.6% | (15.7%) | n/m | n/m | n/m | 59.2% | 350.6% | n/m | 28.5% |
| EPS | -16.5% | -202.4% | n/m | n/m | 90.9% | n/m | n/m | n/m | n/m | 19.5% | -15.7% | n/m | n/m | n/m | 59.2% | 350.6% | n/m | 28.5% |

Source: Company reports and Barclays Research estimates

Ex. 13 - 462

Barclays | Mattel, Inc.

**ANALYST(S) CERTIFICATION(S):**

I, Felicia R. Hendrix, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**IMPORTANT DISCLOSURES**

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Primary Stocks (Ticker, Date, Price)**

**Mattel, Inc.** (MAT, 13-Aug-2019, USD 11.51), Underweight/Neutral, CD/CE/J/K/N

Prices are sourced from Refinitiv as of the last available closing price in the relevant trading market, unless another time and source is indicated.

**Disclosure Legend:**

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays PLC is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

14 August 2019                                                                                                                                              8

**Ex. 13 - 463**

Barclays | Mattel, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

**U.S. Leisure**

| | | |
|---|---|---|
| Carnival Corp. (CCL) | Harley-Davidson (HOG) | Hasbro, Inc. (HAS) |
| Mattel, Inc. (MAT) | Norwegian Cruise Line Holdings (NCLH) | Royal Caribbean (RCL) |
| Vail Resorts (MTN) | | |

**Distribution of Ratings:**

Barclays Equity Research has 1513 companies under coverage.

44% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 54% of companies with this rating are investment banking clients of the Firm; 76% of the issuers with this rating have received financial services from the Firm.

39% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 48% of companies with this rating are investment banking clients of the Firm; 68% of the issuers with this rating have received financial services from the Firm.

15% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 35% of

**Ex. 13 - 464**

Barclays | Mattel, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

companies with this rating are investment banking clients of the Firm; 65% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to *https://live.barcap.com/go/research/Recommendations*.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)

Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)

Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India branch (Barclays Bank, India)

Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

**Ex. 13 - 465**

Barclays | Mattel, Inc.

## IMPORTANT DISCLOSURES CONTINUED

### Mattel, Inc. (MAT / MAT)

**USD 11.51 (13-Aug-2019)**

| | Stock Rating | Industry View |
|---|---|---|
| | **UNDERWEIGHT** | **NEUTRAL** |

**Rating and Price Target Chart - USD (as of 13-Aug-2019)**     **Currency=USD**



Closing Price —   ▲ Target Price   ● Rating Change

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 14-Nov-2018 | 13.26 | | 10.00 |
| 19-Jul-2018 | 16.04 | | 11.00 |
| 09-Mar-2018 | 14.84 | Underweight | 13.00 |
| 02-Feb-2018 | 16.53 | | 16.00 |
| 27-Oct-2017 | 14.00 | | 15.00 |
| 31-Jul-2017 | 20.02 | | 19.00 |
| 16-Jun-2017 | 20.72 | | 22.00 |
| 21-Apr-2017 | 21.79 | | 25.00 |
| 26-Jan-2017 | 25.99 | | 30.00 |
| 11-Jan-2017 | 29.51 | | 32.00 |

On 13-Aug-2016, prior to any intra-day change that may have been published, the rating for this security was Equal Weight, and the adjusted price target was 34.00.

Source: Refinitiv, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

Source: IDC, Barclays Research

*Link to Barclays Live for interactive charting*

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Mattel, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Mattel, Inc..

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Mattel, Inc. and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Mattel, Inc. within the past 12 months.

**N:** Mattel, Inc. is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our $10 price target is based on an 10x multiple on our 2020E EBITDA of $551mn, less 2020E net debt of $2.1 billion.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** The company is currently undergoing a transition. Meeting or exceeding reset goals faster than expected is an upside risk to our rating.

**Ex. 13 - 466**

DISCLAIMER:

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been prepared for institutional investors only and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area ("EEA"):** This material is being distributed in the EEA by Barclays Bank PLC. Barclays Bank PLC is not registered in France with the Autorité des marchés financiers or the Autorité de contrôle prudentiel.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

**Japan:** This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

**Asia Pacific (excluding Japan):** Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738; Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by Barclays Bank PLC. None of Barclays Bank PLC, nor any other Barclays group entity, holds an Australian financial services licence and instead relies on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

**Middle East:** Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2019). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.