# EXHIBIT 15

Ex. 15 - 475



**CHANGING ESTIMATES**
October 29, 2019

# Mattel, Inc. (MAT)

**SUNTRUST ROBINSON HUMPHREY**

# 3Q Defies Tariff Concerns/W'blower saga Resolved. PT to $13

## Hold

**Price Target: $13.00**
*Prior: $12.00*

| | |
|---|---|
| Price (Oct. 29, 2019) | $10.56 |
| 52-Wk Range | $17.07-$9.20 |
| Market Cap ($M) | $3,680 |
| ADTV | 3,159,275 |
| Shares Out (M) | 348.5 |
| Short Interest Ratio/% Of Float | 20.6% |
| Dividend/Yield | $0.60/5.7% |
| TR to Target | 28.8% |
| Enterprise Value ($M) | $6,548.7 |

| | |
|---|---|
| Cash And Equivalents ($M) | $218.3 |
| Total Debt ($M) | $3,086.8 |
| Debt/TTM EBITDA | 6.4x |
| Long-Term Debt/Total Cap | 52% |
| FCF/Share | NM |
| FCF Yield | NM |

### What's Incremental To Our View

3Q was another step forward as revenue/EBITDA came in well ahead of expectations, '19 guidance was raised and the whistleblower case was resolved. We remain encouraged with the turnaround, but remain on the sideline given N-T risks. We are raising our 2019-2021 EBITDA estimates and PT to $13 (vs. $12). Maintain Hold.

**The Quarter - MAT posted solid 3Q19 results including adj. EBITDA of $248mm on revenue of $1.48B. Each were above our Street-matching $217mm and $1.43B estimates, respectively.** Adj. EPS of $0.26 also exceeded our $0.21 estimate and the Street's $0.16.

**Relatively broad-based revenue growth in 3Q** - 3Q (net) sales increased 3% YoY (or +4% excl. FX). This was ahead of STRH/Consensus of -1% YoY. By segment, MAT saw impressive double-digit growth in both Vehicles (+15% gross ex. FX) and Action Figures/Building Sets/Games (+13%) as well as a 7% gain in Dolls (Barbie sales +12%). This was partially offset by a 10% decline in Infant/Toddler as MAT continues to rationalize its F-P Friends portfolio and executes behind strategic changes to its Thomas business. Importantly, **during the quarter Mattel benefited from an INCREASE in direct-import (DI) businesses. On a YoY basis, this shifted ~1-2% of revenue into 3Q vs. 4Q** (revenue recognition occurs at point of shipment rather than destination). This comes in stark contrast to Hasbro's recent 3Q report, where it saw a sizeable reduction in DI business during the Sept. quarter.

**Accelerated cost savings accentuate GM** - For the quarter, adj. gross margin of 46.9% expanded 390bps YoY and came in +360bps vs. STRH's estimate. The primary drivers of the YoY improvement were savings under MAT's "Structural Simplification" program and, to a lesser extent, product mix. During 3Q, Mattel achieved an incremental $110mm in GROSS cost efficiencies, bringing YTD savings to $246mm. What's more, MAT now expects to achieve >$300mm in cost reductions during 2019 (implying $57mm in 4Q), up from its prior expectation of $270mm. To be clear, the incremental $33mm in savings were originally anticipated to be harvested in 2020; meaning this is more of a pull-forward in savings, rather than incremental opportunities identified during the quarter. That said, management remains comfortable that it can execute beyond the $850mm in run rate savings it had previously earmarked exiting '19.

**2019 Guide Moves Higher** - Mattel also elected to raise revenue and EBITDA expectations for the full year. **It now expects FY constant-FX sales to grow "slightly" (vs. flat prior) while adj. EBITDA is expected to approximate $400-425mm, up from $350-400mm prior**. In addition to the modestly better top line outlook, MAT will benefit from faster than expected cost savings (see

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** | | | | | |
| 1Q | ($0.85) | ($0.44)A | ($0.44) | ($0.38) | ($0.36) |
| 2Q | ($0.56) | ($0.25)A | ($0.25) | ($0.20) | ($0.15) |
| 3Q | $0.18 | $0.26A | $0.21 | $0.35 | $0.35 |
| 4Q | $0.04 | ($0.03) | $0.08 | $0.15 | $0.22 |
| CY | ($1.19) | ($0.46) | ($0.40) | ($0.07) | $0.06 |
| P/E | NM | NM | | NM | |
| **Consensus** | | | | | |
| CY | ($1.19) | ($0.42) | | $0.13 | |
| **Revenue ($M)** | | | | | |
| CY | $4,511 | $4,524 | $4,497 | $4,566 | $4,556 |
| EV/Sales | 1.5x | 1.4x | | 1.4x | |
| FYE Dec | | | | | |

**Michael A. Swartz, CFA**
404-926-5082
michael.swartz@suntrust.com

Lucas Servera
404-439-7688
lucas.servera@suntrust.com

**SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION**

Page 1

Ex. 15 - 476

Equity Research



above) as well as slightly better-than-anticipated inflationary costs (+$40mm vs. +$90mm in prior guidance). As a result, GM is expected to come in around 44% (vs. "low-40%'s" prior). These positives will be partially offset by higher ad spending (12-13% of sales) and incremental incentive/compensation expense.

**Whistleblower saga resolved/CFO to depart** - Finally, we were pleased to hear that Mattel has concluded the outstanding whistleblower investigation (originally disclosed 8/19). The claims pertained to potential accounting misstatements and the independence of MAT's outside auditor. MAT indicated that upon examination of its financials it did identify errors in the calculation of income tax expense during 3Q17/4Q17. While the company plans to amend its 2018 10-K, these errors had NO material impact on FY17 numbers and did not affect operating income or EBITDA. Mattel's audit committee also confirmed the independence of its outside auditor. Separately, MAT announced that CFO Joe Euteneuer plans to depart within the next six months (he will remain through a transition period as MAT searches for a replacement). Recall, Mr. Euteneuer joined the company in late 2017 and has been an architect of its multi-year Simplification program.

**Final Thoughts/Raising ests & PT** - The strong 3Q results were further evidence of Mattel's progress under its multiyear stabilization/cost reduction initiatives and provided some relief following the trade/ tariff-related fears that emerged following HAS' 3Q print. The conclusion of the whistleblower case is also likely to be received favorably by investors. We were encouraged with the upward revision to EBITDA guidance; however, this will likely be less of a surprise to investors as Consensus was already above MAT's prior range. Put simply, while believing the worst is behind the company and we do remain positive on the L-T strategy, we also see N-T risks (ultimate realization of NET cost savings, competitive environment in dolls) and would like more comfort that MAT can return to sustainable (and profitable) growth over the next 12-24 months). **We are raising our 2019, 2020 and 2021 adj. EBITDA estimates to $415mm, $525mm and $635mm, respectively (vs. $396mm, $507mm and $615mm previously) and our PT to $13 (vs. $12),** or ~14x '20E EBITDA. Maintain Hold.



**Figure 1: 3Q19 Results vs. STRH and Consensus**

| ($ in millions, excl. per-share data) | YoY | | | STRH | | Consensus | |
|---|---|---|---|---|---|---|---|
| | 3Q19A | 3Q18A | +/- | 3Q19E | +/- | 3Q19E | +/- |
| **Total Revenue** | **$1,481.6** | **$1,437.4** | **3.1%** | **$1,426.1** | **3.9%** | **$1,429.2** | **3.7%** |
| Gross Margin | 46.3% | 42.6% | *369* | 43.3% | 309 | 43.2% | 315 |
| Operating Margin | 10.1% | 8.5% | *166* | 10.9% | -72 | 9.8% | 34 |
| **Adj. EPS** | **$0.26** | **$0.18** | **47.3%** | **$0.21** | **27.2%** | **$0.16** | **63.9%** |
| **Adj. EBITDA** | **$247.7** | **$232.4** | **6.6%** | **$216.8** | **14.3%** | **$217.0** | **14.1%** |
| *Adj. EBITDA %\** | *16.7%* | *16.2%* | *55* | *15.2%* | *152* | *13.2%* | *350* |

Source: Company reports, STRH

*YoY change in bps



## Mattel, Inc.

Income Statement

| Share Price as of: | **$10.56** |
|---|---|
| *10/29/19* | |

**Michael A. Swartz, CFA**
*Sector: Recreation & Leisure*
Phone: 404-926-5082
michael.swartz@suntrust.com
Last Updated: 10/29/2019

| ($ in millions, excl. per-share data) | 2017A | 2018A | | | | | 2019E | | | | | 2020E | | | | | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017A Dec-17 | 1QA Mar-18 | 2QA Jun-18 | 3QA Sep-18 | 4QA Dec-18 | 2018A Dec-18 | 1QA Mar-19 | 2QA Jun-19 | 3QA Sep-19 | 4QE Dec-19 | 2019E Dec-19 | 1QE Mar-20 | 2QE Jun-20 | 3QE Sep-20 | 4QE Dec-20 | 2020E Dec-20 | 2021E Dec-21 |
| **Total Revenue** | **$4,882.0** | **$708.4** | **$840.7** | **$1,437.4** | **$1,524.3** | **$4,510.8** | **$689.2** | **$860.1** | **$1,481.6** | **$1,493.1** | **$4,524.0** | **$661.4** | **$861.3** | **$1,507.8** | **$1,535.8** | **$4,566.2** | **$4,788.1** |
| COGS | 3,061.1 | 489.5 | 587.5 | 824.4 | 814.7 | 2,716.1 | 449.5 | 518.7 | 795.1 | 804.8 | 2,568.1 | 391.2 | 500.9 | 790.9 | 813.3 | 2,496.3 | 2,583.4 |
| **Gross Profit** | **$1,820.9** | **$218.9** | **$253.2** | **$613.0** | **$709.6** | **$1,794.7** | **$239.7** | **$341.4** | **$686.5** | **$688.3** | **$1,955.9** | **$270.1** | **$360.4** | **$716.9** | **$722.5** | **$2,069.9** | **$2,204.7** |
| Ad & promo expense | 642.3 | 70.8 | 82.4 | 165.3 | 207.9 | 526.4 | 69.5 | 84.5 | 170.4 | 238.1 | 562.5 | 69.1 | 86.1 | 167.4 | 234.2 | 556.8 | 570.7 |
| Other selling & admin expenses | 1,520.8 | 424.6 | 360.0 | 325.9 | 394.3 | 1,504.8 | 301.3 | 308.3 | 366.0 | 372.5 | 1,348.1 | 281.4 | 285.5 | 340.8 | 357.1 | 1,264.7 | 1,259.5 |
| **Operating Income** | **($342.2)** | **($276.5)** | **($189.2)** | **$121.8** | **$107.4** | **($236.5)** | **($131.1)** | **($51.4)** | **$150.1** | **$77.6** | **$45.2** | **($80.3)** | **($11.2)** | **$208.7** | **$131.2** | **$248.5** | **$374.5** |
| Interest expense, net | 97.6 | 38.0 | 41.8 | 47.4 | 48.4 | 175.6 | 44.7 | 44.7 | 47.7 | 46.3 | 183.4 | 45.2 | 45.8 | 47.9 | 46.8 | 185.7 | 186.7 |
| Other expense (income) | 65.2 | (0.6) | 3.1 | 1.9 | 3.0 | 7.4 | 1.9 | (0.3) | 0.5 | 1.2 | 3.3 | (0.2) | 1.2 | 1.4 | (0.8) | 1.6 | 0.1 |
| **Pre-tax profit** | **($505.0)** | **($313.9)** | **($234.1)** | **$72.5** | **$56.0** | **($419.4)** | **($177.7)** | **($95.8)** | **$101.9** | **$30.1** | **($141.5)** | **($125.3)** | **($58.2)** | **$159.4** | **$85.2** | **$61.2** | **$187.7** |
| Income tax provision | 548.8 | (2.7) | 6.9 | 66.3 | 41.2 | 111.7 | 6.2 | 12.2 | 31.4 | 40.7 | 90.5 | 6.5 | 10.6 | 35.9 | 32.0 | 84.9 | 76.9 |
| **Net Income** | **($1,053.8)** | **($311.2)** | **($241.0)** | **$6.2** | **$14.8** | **($531.1)** | **($183.9)** | **($108.0)** | **$70.5** | **($10.5)** | **($232.0)** | **($131.8)** | **($68.8)** | **$123.6** | **$53.3** | **($23.8)** | **$110.8** |
| Less: other non-op items | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: non-controlling interest | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Income to common shares** | **($1,053.8)** | **($311.2)** | **($241.0)** | **$6.2** | **$14.8** | **($531.1)** | **($183.9)** | **($108.0)** | **$70.5** | **($10.5)** | **($232.0)** | **($131.8)** | **($68.8)** | **$123.6** | **$53.3** | **($23.8)** | **$110.8** |
| Shares O/S - Basic | 343.6 | 344.4 | 344.6 | 345.3 | 345.7 | 345.0 | 345.9 | 345.9 | 346.7 | 347.5 | 346.5 | 346.2 | 346.4 | 347.2 | 348.0 | 347.0 | 347.7 |
| Shares O/S - Fully Diluted | 343.6 | 344.4 | 344.6 | 345.7 | 345.8 | 345.1 | 345.9 | 345.9 | 348.5 | 349.2 | 347.4 | 346.2 | 346.4 | 349.1 | 349.8 | 347.9 | 348.6 |
| EPS - GAAP | ($3.07) | ($0.90) | ($0.70) | $0.02 | $0.04 | ($1.54) | ($0.53) | ($0.31) | $0.20 | ($0.03) | ($0.67) | ($0.38) | ($0.20) | $0.35 | $0.15 | ($0.07) | $0.32 |
| Non-recurring items/share | $1.84 | $0.05 | $0.14 | $0.16 | $0.00 | $0.35 | $0.09 | $0.06 | $0.06 | $0.00 | $0.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **EPS - Adjusted** | **($1.23)** | **($0.85)** | **($0.56)** | **$0.18** | **$0.04** | **($1.19)** | **($0.44)** | **($0.25)** | **$0.26** | **($0.03)** | **($0.46)** | **($0.38)** | **($0.20)** | **$0.35** | **$0.15** | **($0.07)** | **$0.32** |
| Dividend per share | $0.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Depreciation | 242.1 | 58.5 | 58.9 | 62.2 | 53.2 | 232.8 | 52.1 | 51.5 | 52.7 | 47.5 | 203.8 | 45.4 | 45.0 | 44.8 | 44.0 | 179.2 | 160.5 |
| Amortization | 32.9 | 10.2 | 9.5 | 10.2 | 9.2 | 39.1 | 10.4 | 9.9 | 9.8 | 9.8 | 39.9 | 9.9 | 10.2 | 9.7 | 9.8 | 39.6 | 38.4 |
| **Total D&A** | **$274.9** | **$68.7** | **$68.4** | **$72.4** | **$62.4** | **$271.9** | **$62.5** | **$61.4** | **$62.5** | **$57.3** | **$243.7** | **$55.3** | **$55.2** | **$54.5** | **$53.8** | **$218.8** | **$198.9** |
| Non-cash stock comp. | 67.1 | 14.4 | 8.0 | 13.8 | 12.7 | 48.9 | 11.9 | 12.4 | 14.8 | 16.0 | 55.1 | 11.8 | 10.8 | 17.3 | 18.0 | 57.9 | 61.6 |
| Other Adjustments | 127.3 | 32.0 | 53.6 | 24.4 | 3.8 | 113.8 | 31.1 | 19.4 | 20.3 | 0.0 | 70.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adj. EBITDA** | **$127.1** | **($161.4)** | **($59.2)** | **$232.4** | **$186.3** | **$198.1** | **($25.6)** | **$41.8** | **$247.7** | **$150.9** | **$414.8** | **($13.2)** | **$54.8** | **$280.5** | **$203.0** | **$525.1** | **$635.0** |
| **Ratio Analysis** | **2017A** | **1QA** | **2QA** | **3QA** | **4QA** | **2018A** | **1QA** | **2QA** | **3QA** | **4QE** | **2019E** | **1QE** | **2QE** | **3QE** | **4QE** | **2020E** | **2021E** |
| **Gross Profit** | **37.3%** | **30.9%** | **30.1%** | **42.6%** | **46.6%** | **39.8%** | **34.8%** | **39.7%** | **46.3%** | **46.1%** | **43.2%** | **40.8%** | **41.8%** | **47.5%** | **47.0%** | **45.3%** | **46.0%** |
| Ad & promo expense | 13.2% | 10.0% | 9.8% | 11.5% | 13.6% | 11.7% | 10.1% | 9.8% | 11.5% | 16.0% | 12.4% | 10.4% | 10.0% | 11.1% | 15.3% | 12.2% | 11.9% |
| Other selling & admin expenses | 31.2% | 59.9% | 42.8% | 22.7% | 25.9% | 33.4% | 43.7% | 35.8% | 24.7% | 25.0% | 29.8% | 42.5% | 33.1% | 22.6% | 23.3% | 27.7% | 26.3% |
| **Adj. EBITDA** | **2.6%** | **-22.8%** | **-7.0%** | **16.2%** | **12.2%** | **4.4%** | **-3.7%** | **4.9%** | **16.7%** | **10.1%** | **9.2%** | **-2.0%** | **6.4%** | **18.6%** | **13.2%** | **11.5%** | **13.3%** |
| Operating Income | -7.0% | -39.0% | -22.5% | 8.5% | 7.0% | -5.2% | -19.0% | -6.0% | 10.1% | 5.2% | 1.0% | -12.1% | -1.3% | 13.8% | 8.5% | 5.4% | 7.8% |
| Tax rate | -108.7% | 0.9% | -2.9% | 91.4% | 73.5% | -26.6% | -3.5% | -12.7% | 30.8% | 135.0% | -64.0% | -5.2% | -18.2% | 22.5% | 37.5% | 138.9% | 41.0% |
| Net Income | -21.6% | -43.9% | -28.7% | 0.4% | 1.0% | -11.8% | -26.7% | -12.6% | 4.8% | -0.7% | -5.1% | -19.9% | -8.0% | 8.2% | 3.5% | -0.5% | 2.3% |
| **Growth (YoY%)** | **2017A** | **1QA** | **2QA** | **3QA** | **4QA** | **2018A** | **1QA** | **2QA** | **3QA** | **4QE** | **2019E** | **1QE** | **2QE** | **3QE** | **4QE** | **2020E** | **2021E** |
| **Total Revenue** | **(10.5%)** | **(3.7%)** | **(13.7%)** | **(7.9%)** | **(5.4%)** | **(7.6%)** | **(2.7%)** | **2.3%** | **3.1%** | **(2.0%)** | **0.3%** | **(4.0%)** | **0.1%** | **1.8%** | **2.9%** | **0.9%** | **4.9%** |
| *Gross Margin (bps)* | *(951)* | *(701)* | *(1,090)* | *119* | *1,581* | *249* | *388* | *957* | *369* | *(45)* | *345* | *606* | *215* | *121* | *94* | *210* | *71* |
| **Adj. EBITDA** | **(84.9%)** | **260.4%** | **(240.3%)** | **17.6%** | **(374.0%)** | **55.9%** | **(84.2%)** | **(170.6%)** | **6.6%** | **(19.0%)** | **109.4%** | **(48.3%)** | **31.1%** | **13.3%** | **34.5%** | **26.6%** | **20.9%** |
| *Adj. EBITDA Margin (bps)* | *(1,284)* | *(1,670)* | *(1,137)* | *351* | *1,644* | *179* | *1,908* | *1,190* | *55* | *(211)* | *478* | *171* | *150* | *189* | *311* | *233* | *176* |
| EPS - GAAP | (430.6%) | 173.8% | 327.7% | (101.0%) | (105.3%) | (49.8%) | (41.2%) | (55.3%) | 1021.4% | (170.4%) | (56.6%) | (28.4%) | (36.4%) | 75.0% | (604.1%) | (89.8%) | (564.7%) |
| **EPS - Adjusted** | **(213.9%)** | **166.8%** | **289.8%** | **(501.0%)** | **(106.0%)** | **(3.1%)** | **(48.3%)** | **(54.9%)** | **47.3%** | **(170.4%)** | **(61.5%)** | **(13.8%)** | **(21.3%)** | **35.0%** | **(604.1%)** | **(85.1%)** | **(564.7%)** |

Sources: Company reports and SunTrust Robinson Humphrey estimates

Ex. 15 - 479



## Company Description

El Segundo, California-based Mattel is one of the world's largest toy companies, generating revenues in excess of $4.5B. Mattel has a portfolio of leading toy brands including Barbie, Hot Wheels, MEGA, American Girl and, through its acquisition of HIT Entertainment, Thomas & Friends. This core franchise represents the majority of revenue (70%) with the remainder coming largely from a strong stable of licensed properties including *Cars, Toy Story, WWE and Batman*. In 2018 Mattel sourced ~50% of sales from outside the U.S. with the majority of that coming from Europe and Latin America.

## Investment Thesis

Our Hold rating reflects, what we believe to be, a more competitive environment for MAT's key dolls franchise (>30% of sales); particularly in light of the lost Disney Princess license in 2016 and deteriorating trends in Monster High. While believing several core brands have stabilized (Barbie, Hot-Wheels), we believe it could take another 12-18 months until we see earnings visibility and consistent growth.

## Valuation and Risks

Our $13 price target is derived from a 14x multiple, inline with MAT's 5 year historical range of 10-18x, on our 2020 EBITDA estimate of $525mm.

**Risks to our rating and price target:**

**Competitive category**—The toy business is highly fragmented with considerable competition for shelf space at retail, which can result in pricing pressure and elevated promotional activities. To a lesser extent, traditional toys are seeing increased competition for children's play time from digital entertainment formats and gaming.

**Input costs**—Rising input and sourcing/manufacturing costs can have a material impact on MAT's profitability. The company sources the majority of its products from China, which has seen an inflationary labor environment and strengthening currency which could further pressure margins.

**Ability to innovate**—Toys typically have a short shelf life (70-80% annual turnover), necessitating strong product development and innovation capabilities. In the event the company is not able to introduce popular products it could lose market share which could alter financial performance.

**International exposure**—Mattel conducts business in 150 countries and derives ~50% of sales from outside the United States. This exposes the company to potential political, economic and currency risks that could impair earnings power. With regards to currency, the company does take actions to mitigate any adverse movements, however short term volatility can have a material impact on quarterly results.

**Retail concentration**—The company's two largest customers account for 34% of annual sales. If the company were to lose distribution at one of these retailers, it would have a meaningful impact on the business.

**Upside to estimates**—Material upside to Street estimates could cause MAT shares to appreciate beyond our price target. This upside could be due to end market acceleration, cost savings benefits, market share gains, etc.

## Companies Mentioned in This Note

**Mattel, Inc.** (MAT, $10.56, Hold, Michael Swartz)

## Analyst Certification

I, Michael A. Swartz , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

Ex. 15 - 480



## Required Disclosures

SunTrust Robinson Humphrey, Inc. makes a market in the following company: MAT-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



**Rating and Price Target History for: Mattel, Inc. (MAT-US) as of 10-29-2019**

Created by: BlueMatrix

## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**BUY (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment **Ex. 15 - 481**



catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 10/29/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 409 | 61.69% | Buy | 113 | 27.63% |
| Hold | 246 | 37.10% | Hold | 41 | 16.67% |
| Sell | 8 | 1.21% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

Ex. 15 - 482



If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070