# EXHIBIT 16

CORE



**BARCLAYS**

Equity Research

Retail | U.S. Leisure

30 October 2019

Mattel, Inc.

# Too Soon to Declare Victory

**It is hard for us to provide a definitive takeaway following MAT's results.** Accelerated Direct Import sales benefited sales growth of 3% by 100-200bps, continued pull forward of the Structural Simplification program boosted 2019 EBITDA guidance by roughly $30 million and Int'l shipments benefited from easy comps in China. While we do credit MAT for what seems like solid momentum behind brands that have languished for years, we will not know the actual traction until we see the 4Q19 results. As such, we would view significant share price appreciation as premature.

**Now that MAT's whistleblower issue is in the past, we expect the company to return to the bond market to raise $250mn; we assume these results could bolster the traction of a future offering.** Separately, we gleaned that the CFO transition is not due to the accounting errors, but is a function of the company nearing the end of its restructuring program. Joe Euteneuer was hired for his turnaround capabilities and will move on after a transition; MAT will search for a CFO who can drive growth and leverage the company's IP. We have enjoyed working with Joe and wish him the best.

**How do we now view HAS' 3Q19 results? While tempting to make lateral connections, we would not.** MAT certainly managed its supply chain better than HAS by accelerating its direct import sales to avoid disruptions in the quarter. HAS didn't manage the tariff-related uncertainty as well and unfortunately ran into an issue with a new domestic distribution center that couldn't handle the sudden influx of shipments. As we've mentioned previously, HAS was more vulnerable to disruption in 3Q given the sheer volume of new initiatives that needed to ship. While HAS' global POS declined MSD (vs MAT's LSD), Hasbro's NA POS declined slightly while MAT's was down MSD.

**3Q19 revs grew 3%, better than our 0.2% est and consensus of -0.6%.** Structural simplification benefited Adj gross margins of 47% compared to our 43.3% and consensus of 42.6%. Barbie was +12% (vs our 10% est), Fisher Price/Thomas was -2% (vs our -4%), Hot Wheels +27% (vs our 6%) and American Girl -14% (vs our -20%).

## MAT: Quarterly and Annual EPS (USD)

| FY Dec | 2018 Actual | 2019 Old | 2019 New | 2019 Cons | 2020 Old | 2020 New | 2020 Cons | Change y/y 2019 | Change y/y 2020 |
|--------|-------------|----------|----------|-----------|----------|----------|-----------|-------|-------|
| Q1 | -0.84A | -0.44A | -0.42A | -0.44A | -0.20E | -0.19E | -0.30E | 50% | 55% |
| Q2 | -0.51A | -0.25A | -0.25A | -0.25A | -0.04E | -0.04E | -0.13E | 51% | 84% |
| Q3 | 0.18A | 0.21E | 0.26A | 0.19E | 0.34E | 0.39E | 0.35E | 44% | 50% |
| Q4 | 0.03A | 0.04E | -0.02E | 0.10E | 0.16E | 0.15E | 0.26E | N/A | 850% |
| Year | -1.14A | -0.45E | -0.43E | -0.41E | 0.26E | 0.30E | 0.16E | 62% | 170% |
| P/E | N/A | | N/A | | | 34.6 | | | |

Source: Barclays Research.

Consensus numbers are from Bloomberg received on 29-Oct-2019; 14:50 GMT

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 10.

---

| | |
|---|---|
| Stock Rating | **UNDERWEIGHT** |
| | Unchanged |
| Industry View | **NEUTRAL** |
| | Unchanged |
| Price Target | **USD 10.00** |
| | Unchanged |

| | |
|---|---|
| Price (29-Oct-2019) | USD 10.56 |
| Potential Upside/Downside | -5.3% |
| Tickers | MAT |

| | |
|---|---|
| Market Cap (USD mn) | 3649 |
| Shares Outstanding (mn) | 345.54 |
| Free Float (%) | 99.67 |
| 52 Wk Avg Daily Volume (mn) | 5.9 |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -49.85 |
| Current BVPS (USD) | 1.22 |

Source: Bloomberg

| | |
|---|---|
| Price Performance | Exchange-NYSE |
| 52 Week range | USD 17.27-9.06 |




*Link to Barclays Live for interactive charting*

---

**U.S. Leisure**

**Felicia R. Hendrix**
+1 212 526 5562
felicia.hendrix@barclays.com
BCI, US

**Edward Wendel, CFA**
+1 212 526 3592
edward.wendel@barclays.com
BCI, US

Completed: 30-Oct-19, 05:45 GMT    Released: 30-Oct-19, 10:00 GMT    Restricted - External

**Ex. 16 - 485**

Barclays | Mattel, Inc.

| **U.S. Leisure** | **Industry View: NEUTRAL** |
|---|---|

| **Mattel, Inc. (MAT)** | **Stock Rating: UNDERWEIGHT** |
|---|---|

| Income statement ($mn) | 2018A | 2019E | 2020E | 2021E | CAGR |
|---|---|---|---|---|---|
| Revenue | 4,515 | 4,516 | 4,561 | 4,626 | 0.8% |
| EBITDA | 37 | 311 | 572 | 581 | 151.6% |
| EBIT | -237 | 48 | 317 | 336 | N/A |
| Pre-tax income | -419 | -139 | 135 | 167 | N/A |
| Net income | -532 | -220 | 106 | 132 | N/A |
| EPS (adj) ($) | -1.14 | -0.43 | 0.30 | 0.38 | N/A |
| EPS (reported) ($) | -1.54 | -0.63 | 0.30 | 0.38 | N/A |
| Diluted shares (mn) | 345.1 | 347.2 | 348.5 | 348.5 | 0.3% |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | N/A |

| Margin and return data | | | | | Average |
|---|---|---|---|---|---|
| EBITDA margin (%) | 0.8 | 6.9 | 12.5 | 12.6 | 8.2 |
| EBIT margin (%) | -5.2 | 1.1 | 6.9 | 7.3 | 2.5 |
| Pre-tax margin (%) | -9.3 | -3.1 | 2.9 | 3.6 | -1.5 |
| Net margin (%) | -11.8 | -4.9 | 2.3 | 2.9 | -2.9 |
| ROIC (%) | -9.6 | 2.5 | 7.9 | 8.5 | 2.3 |
| ROE (%) | -55.1 | -28.5 | 11.3 | 12.1 | -15.1 |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Cash and equivalents | 595 | 636 | 475 | 342 | -16.8% |
| Total assets | 5,244 | 5,778 | 5,580 | 5,410 | 1.0% |
| Short and long-term debt | 2,852 | 2,959 | 2,617 | 2,274 | -7.3% |
| Other long-term liabilities | 470 | 470 | 470 | 470 | 0.0% |
| Total liabilities | 4,574 | 4,905 | 4,574 | 4,232 | -2.6% |
| Net debt/(funds) | 2,257 | 2,323 | 2,141 | 1,932 | -5.1% |
| Shareholders' equity | 669 | 873 | 1,006 | 1,178 | 20.7% |
| Change in working capital | 18 | -22 | -13 | 5 | -33.8% |
| Cash flow from operations | -27 | 93 | 349 | 382 | N/A |
| Capital expenditure | -152 | -155 | -160 | -165 | N/A |
| Free cash flow | -167 | -81 | 117 | 152 | N/A |

| Valuation and leverage metrics | | | | | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | N/A | N/A | 34.6 | 27.9 | 31.3 |
| EV/sales (x) | 1.3 | 1.3 | 1.3 | 1.2 | 1.3 |
| EV/EBITDA (x) | 162.7 | 19.3 | 10.2 | 9.7 | 50.4 |
| EV/EBIT (x) | -25.1 | 124.8 | 18.4 | 16.7 | 33.7 |
| P/BV (x) | 5.4 | 4.2 | 3.7 | 3.1 | 4.1 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total debt/capital (%) | 81.0 | 77.2 | 72.2 | 65.9 | 74.1 |
| Net debt/EBITDA (x) | 11.3 | 5.5 | 3.7 | 3.3 | 6.0 |

| Revenue ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Barbie | 1,089 | 1,165 | 1,200 | 1,236 | 4.3% |
| Hot Wheels | 834 | 917 | 944 | 973 | 5.3% |
| Fisher-Price, Thomas & Friends | 1,186 | 1,131 | 1,158 | 1,179 | -0.2% |
| American Girl | 341 | 280 | 262 | 267 | -7.8% |
| - | | | | | |
| Dolls | 1,731 | 1,756 | 1,780 | 1,827 | 1.8% |
| Infant Toddler Preschool | 1,418 | 1,253 | 1,266 | 1,289 | -3.1% |
| Vehicles | 1,065 | 1,092 | 1,109 | 1,140 | 2.3% |
| Action Figures, Building Sets, Games | 861 | 973 | 973 | 945 | 3.2% |

| Price (29-Oct-2019) | USD 10.56 |
|---|---|
| Price Target | USD 10.00 |

**Why Underweight?** We remain cautious as MAT continues to burn cash to fund its new initiatives and the path to restoring profitability and regaining revenue growth remains challenging particularly given the steep declines in the majority of the company's revenue lines.

| Upside case | USD 19.00 |
|---|---|

Our upside case assumes 20% upside to our 2020 EBITDA estimate and a 1.5 turn higher multiple.

| Downside case | USD 7.00 |
|---|---|

Multiple could contract if new targets are not met or take longer to achieve.

Upside/Downside scenarios

Source: Company data, Bloomberg, Barclays Research
Note: FY End Dec

30 October 2019

**Ex. 16 - 486**

Barclays | Mattel, Inc.

## Too Soon to Declare Victory

**The whistleblower letter is a mystery/overhang no more**. Despite lots of conjecture in the investment community about the contents of the letter, most people put accounting fraud low on the list; the recall of the Fisher Price Rock n Play Sleeper was at the top. At the end of the day, the company had some benign accounting issues in 2017 (and not fraud), which affected neither full year results nor operating income or EBITDA. However, they did call into question whether Mattel's outside auditor was independent. According to yesterday's release, the Audit Committee found that the company's outside auditor can continue as its independent auditor and the company's 2018 10-K will be amended to restate the last two quarters of 2017. In addition to this restatement (and separate from the investigation), Mattel has also elected to revise 2019 and prior periods for certain other immaterial, out-of-period adjustments.

**With the controversy in the past, we would expect MAT to return to the bond market soon**. As a reminder, on August 8, Mattel abruptly cancelled its $250mn bond offering upon receipt of the whistleblower letter. The offering had previously been positively anticipated by the investment community given that it would be used to refinance the $250mn of 4.35% Senior Notes Due 10/1/20 (the next debt maturity) and bolster MAT's free cash flow. While this offering could reduce potential balance sheet risk, we note that until Mattel can generate more meaningful revenue growth, the company's cash conversion will remain low given the high levels of interest expense relative to operating income.

**Separately, MAT also announced that CFO Joe Euteneuer would be leaving the company.** Because the announcement was made in conjunction with the details of the accounting issue, many interpreted that Joe's imminent departure was a consequence of the accounting mishap. Following our conversation with management, this is not the case.  Joe was responsible for implementing and shepherding the Structural Simplification plan, which is near its end. Joe will leave after a six-month transition where he will oversee the bond offering and completion of the savings program. In the meantime, the company will conduct a search for a CFO who can drive growth and leverage the company's IP.

**POS doesn't really tell a story yet.** Mattel's POS results (compared to constant currency sales) were as follows:

- Global POS down LSD (sales up 4%)

- NA POS down MSD (sales down 1%)

- International POS up MSD (sales up 14%)

- Global Dolls up HSD (sales up 7%)

- Global Barbie up DD (sales up 12%)

- Global Vehicles down MSD (sales up 15%)

- Hot Wheels up MSD (sales up 27%)

- Global Infant/Toddler Down DD (sales down 10%)

- Action Figures/Building Sets/Games up HSD (sales up 13%)

**While the company's sales results were better than expected, POS is still mixed and there are several cases where sales outpaced POS.** In dolls, global/infant and toddler and Action Figures/Building Sets/Games, the sales/POS relationship seems to be aligned. However, in the other categories, there is more of a disparity. We went through this with management, who provided the following:

30 October 2019

3

- For NA POS, the difference between sales and shipping was driven by Hot Wheels, which shipped late in the quarter to a large retailer (particularly for Hot Wheels id).

- For Global POS, the company was aligned well in EMEA and Latin America; however, they faced an easy comp in China, which skewed sales growth there. As a reminder, to alleviate inventory issues in China last year, the company curtailed shipping for a period. This quarter, they comped against that shipping lull.

- The imbalance in Global vehicles is skewed by the higher shipments of Hot Wheels

## Positive Guidance Update

**Mattel raised revenue and EBITDA guidance for the full year, reflecting a pass through of the better 3Q19 results and a pull forward of Structural Simplification savings.** Gross sales should now be 'up slightly ex-FX' for the full year (FX has a LSD impact) while Adjusted EBITDA is now expected to be in the '$400 to $425 million' range. Adjusted gross margins are expected to be 43.9% (up 100 bps from YTD levels) vs. 'low 40s' prior given accelerated cost savings and lower than anticipated product cost inflation. Advertising is now expected to reach 12-13% of net sales vs. 'flat from 11.6%' prior driven by strategic investments in digital platforms, which are expected in 4Q19. The company now expects to achieve an additional $30 million in realized savings this year (pulled forward from 2020) vs. prior guidance, and is currently at an $826 million run-rate of cumulative net cost savings. As a reminder, incremental to the cost saving plan is an additional $30 million of cost savings from the capital-light model, where savings should be realized beginning in 2020. *Please see Figure 1 for a full guidance recap.*

See Figure 1 below for a full recap of Mattel's guidance.

Ex. 16 - 488

Barclays | Mattel, Inc.

FIGURE 1

**Mattel Guidance Summary**

| Date Provided | Item | Current Guidance | Previous Guide |
|---|---|---|---|
| **3Q19 Earnings** | | | |
| 10/29/19 | 2019 Gross Sales | **Flat** | Down 1-3% w/ FX |
| 10/29/19 | 2019 Gross Sales (ex-FX) | **Up slightly** | Flat |
| 10/29/19 | 2019 Sales Adjustments | Flat y/y from 11.1% (as % of sales) | Flat y/y from 11.1% (as % of sales) |
| 10/29/19 | 2019 Adj. Gross Margins | **43.9%** (100 bps higher than YTD margin of 42.9%) | Low 40s |
| 10/29/19 | 2019 Advertising | Increase y/y from $526 million | Increase y/y from $526 million |
| 10/29/19 | 2019 Advertising (as % of net sales) | **12-13% of net sales** | Historical range of 11-13% |
| 10/29/19 | 2019 Adj. SG&A | **$1.300-$1.325 billion** | Decrease from $1,395 million |
| 10/29/19 | 2019 Adj. SG&A (% of dollars) | Decrease from 30.9% | Decrease from 30.9% |
| 10/29/19 | 2019 Adj. Operating Income | **Positive** | Slightly positive |
| 10/29/19 | 2019 Adj. EBITDA | **$400 to $425 million** | $350 to $400 million |
| 7/25/19 | 2019 Severance & Restructuring | -- | $50 million |
| 10/29/19 | 2019 Interest Expense | Marginally higher than 2018 ($182 million) | Marginally higher than 2018 ($182 million) |
| 10/29/19 | 2019 Income Taxes | -$75 million to -$100 million | -$75 million to -$100 million |
| 10/29/19 | 2019 Capital Expenditures | Expected to be flat from $152mm y/y | Expected to be flat from $152mm y/y |
| 10/29/19 | 2019 Change in NWC | Neutral | Neutral |
| 10/29/19 | 2019 Operating Cash Flow | **Positive** | Positive |
| 2/15/19 | 2019 Ending Cash Balance | -- | $450 to $500 million |
| | **Structural Simplification** | | |
| 10/29/19 | 'Achieved' savings in 2018 | $372 million | $372 million |
| 10/29/19 | Incremental y/y savings in 2019 | $303 million ($194 COGS, $13 Adver., $96 SG&A) | $270 million ($157 COGS, $13 Adver., $100 SG&A) |
| 10/29/19 | Incremental y/y savings in 2020 | $178 million ($110 COGS, $0 Adver., $69 SG&A) | $212 million ($147 COGS, $0 Adver., $65 SG&A) |
| | **"Achieved" Run-Rate** | as of 3Q19 | as of 2Q19 |
| 10/29/19 | Gross Profit | $468 million | $424 million |
| 10/29/19 | Advertising | $36 million | $33 million |
| 10/29/19 | SG&A | $322 million | $297 million |
| 10/29/19 | **Total** | **$826 million** | **$754 million** |
| | **Forecasted Run-Rate Exiting 2019** | | |
| 10/29/19 | Gross Profit | $481 million | $481 million |
| 10/29/19 | Advertising | $43 million | $43 million |
| 10/29/19 | SG&A | $330 million | $330 million |
| 10/29/19 | **Total** | **$854 million** | **$854 million** |
| | **Strategic Investments** | | |
| 10/29/19 | 2019 re-investment spend | $100 million (70% opex mix) | $100 million (90%+ opex mix) |
| | | '-50% SG&A; 45% Advertising; 5% COGS | '-40% SG&A; 50% Advertising; 10% COGS |
| | **Capital-Light Model** | | |
| 10/29/19 | Gross margin impact | -- | $30 million savings benefit begins in 2020 |
| | | $16 severance in 3Q19.  More to come in 4Q19. | $11 severance in 2Q19.  More to come in 2H19. |
| | | *Expected to improve in 2020 | *Expected to improve in 2020 |
| | | *Incremental to cost savings program | *Incremental to cost savings program |

Source: Barclays Research, company reports

## Noteworthy Estimate Changes

**New guidance implies lower 4Q19 revenues, adj. EBITDA and adj. EPS.** Our 4Q19 sales growth estimate comes down slightly reflecting the pull forward of direct import orders that occurred in 3Q19.  Our margin estimates for 2019 mainly reflect guidance.  We tweak our 2020 revenue estimates up slightly, resulting in our slightly higher EBITDA estimates.  As a reminder, we are not modelling any potential litigation expenses at this time for Rock 'n Play, but do recognize this as a risk; management has not yet taken a reserve for this potential liability. *Our new estimates are summarized below in Figure 2.*

30 October 2019

**Ex. 16 - 489**

Barclays | Mattel, Inc.

FIGURE 2

**MAT Estimate Changes** ($ in millions, except per share data)

| | 3Q19 | | 4Q19E | | 2019E | | 1Q20E | | 2Q20E | | 3Q20E | | 4Q20E | | 2020E | | 2021E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Prior | New | Old | New | Old | New | Old | New | Old | New | Old | New | Old | New | Old | New | Old |
| Barbie | $413 | $409 | $403 | $406 | $1,165 | $1,165 | $168 | $168 | $192 | $192 | $425 | $421 | $415 | $419 | $1,200 | $1,200 | $1,236 | $1,236 |
| Y/Y Growth % - ex-FX | 12% | 10% | 4% | 5% | 9% | 9% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Fisher-Price, Thomas & Friends | 396 | 389 | 340 | 340 | 1,131 | 1,124 | 172 | 172 | 227 | 225 | 408 | 397 | 350 | 347 | 1,158 | 1,141 | 1,179 | 1,162 |
| Y/Y Growth % - ex-FX | -2% | -4% | -2% | -2% | -3% | -4% | 0% | 0% | 2% | 1% | 3% | 2% | 3% | 2% | 2% | 1% | 2% | 2% |
| Hot Wheels | 293 | 247 | 298 | 302 | 917 | 875 | 155 | 155 | 180 | 180 | 302 | 254 | 307 | 311 | 944 | 901 | 973 | 928 |
| Y/Y Growth % - ex-FX | 27% | 6% | 5% | 7% | 13% | 7% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 3% | 3% | 3% | 3% |
| American Girl | 55 | 51 | 145 | 132 | 280 | 263 | 41 | 41 | 31 | 31 | 52 | 49 | 138 | 126 | 262 | 246 | 267 | 251 |
| Y/Y Growth % - ex-FX | -14% | -20% | -12% | -20% | -18% | -23% | -10% | -10% | -10% | -10% | -5% | -5% | -5% | -5% | -6% | -7% | 2% | 2% |
| **Dolls** | **$568** | **$562** | **$662** | **$653** | **$1,756** | **$1,741** | **$254** | **$254** | **$277** | **$277** | **$579** | **$573** | **$670** | **$661** | **$1,780** | **$1,765** | **$1,827** | **$1,812** |
| Y/Y Growth % - ex-FX | 7% | 5% | 0% | -2% | 4% | 2% | 0% | 0% | 1% | 1% | 2% | 2% | 1% | 1% | 1% | 1% | 3% | 3% |
| Infant/Toddler/Preschool | 431 | 437 | 377 | 390 | 1,253 | 1,272 | 189 | 189 | 252 | 250 | 439 | 440 | 385 | 394 | 1,266 | 1,273 | 1,289 | 1,296 |
| Y/Y Growth % - ex-FX | -10% | -9% | -9% | -6% | -10% | -9% | -2% | -2% | 0% | -1% | 2% | 1% | 2% | 1% | 1% | 0% | 2% | 2% |
| Vehicles | 347 | 304 | 348 | 361 | 1,092 | 1,062 | 185 | 185 | 216 | 216 | 353 | 309 | 356 | 369 | 1,109 | 1,078 | 1,140 | 1,107 |
| Y/Y Growth % - ex-FX | 15% | 0% | -1% | 3% | 5% | 2% | 1% | 1% | 1% | 1% | 2% | 2% | 2% | 2% | 2% | 1% | 3% | 3% |
| Action Figures/Building Sets/Games | 311 | 309 | 289 | 303 | 973 | 985 | 150 | 144 | 223 | 216 | 311 | 290 | 289 | 269 | 973 | 920 | 945 | 893 |
| Y/Y Growth % - ex-FX | 13% | 12% | 7% | 13% | 15% | 16% | 0% | -4% | 0% | -3% | 0% | -6% | 0% | -11% | 0% | -7% | -3% | -3% |
| Gross Toy Sales | 1,657 | 1,611 | 1,676 | 1,707 | 5,075 | 5,060 | 778 | 772 | 967 | 958 | 1,683 | 1,612 | 1,699 | 1,693 | 5,128 | 5,036 | 5,201 | 5,109 |
| Y/Y Growth % | 3% | 0% | -2% | 0% | 0% | 0% | 0% | -1% | 0% | 0% | 2% | 0% | 1% | -1% | 1% | 0% | 1% | 1% |
| Y/Y Growth % - ex-FX | 4% | 1% | -1% | 0% | 2% | 2% | 0% | -1% | 0% | 0% | 2% | 0% | 1% | -1% | 1% | 0% | 1% | 1% |
| Sales Adjustments | (175) | (171) | (191) | (190) | (559) | (554) | (91) | (91) | (103) | (102) | (178) | (171) | (194) | (191) | (567) | (554) | (575) | (563) |
| **Net Revenues** | **1,482** | **1,440** | **1,485** | **1,517** | **4,516** | **4,506** | **687** | **682** | **864** | **856** | **1,505** | **1,441** | **1,505** | **1,502** | **4,561** | **4,481** | **4,626** | **4,547** |
| Y/Y Growth % | 3.1% | 0.2% | -2.6% | -0.5% | 0.1% | -0.1% | -0.3% | -1.1% | 0.4% | -0.5% | 1.6% | 0.1% | 1.4% | -0.9% | 1.0% | -0.6% | 1.4% | 1.5% |
| **Adj. Gross Profit** | **696** | **623** | **682** | **698** | **1,983** | **1,927** | **300** | **302** | **385** | **386** | **738** | **656** | **700** | **712** | **2,123** | **2,057** | **2,162** | **2,096** |
| Adj. Gross Margin | 46.9% | 43.3% | 45.9% | 46.0% | 43.9% | 42.8% | 43.6% | 44.3% | 44.6% | 45.1% | 49.0% | 45.5% | 46.5% | 47.4% | 46.5% | 45.9% | 46.7% | 46.1% |
| **Adj. Operating Profit** | **174** | **148** | **76** | **87** | **123** | **104** | **(39)** | **(43)** | **28** | **28** | **218** | **196** | **110** | **115** | **317** | **296** | **336** | **316** |
| Adj. Operating Margin | 11.7% | 10.3% | 5.2% | 5.7% | 2.7% | 2.3% | -5.7% | -6.3% | 3.3% | 3.3% | 14.5% | 13.6% | 7.3% | 7.7% | 6.9% | 6.6% | 7.3% | 6.9% |
| **Adj. EBITDA** | **248** | **214** | **151** | **162** | **419** | **392** | **25** | **21** | **92** | **92** | **281** | **259** | **174** | **179** | **572** | **551** | **581** | **561** |
| Adj. EBITDA Margin | 16.7% | 14.9% | 10.2% | 10.7% | 9.3% | 8.7% | 3.6% | 3.1% | 10.7% | 10.7% | 18.7% | 18.0% | 11.5% | 11.9% | 12.5% | 12.3% | 12.6% | 12.3% |
| **Interest Expense** | **(48)** | **(48)** | **(48)** | **(48)** | **(189)** | **(190)** | **(47)** | **(47)** | **(46)** | **(46)** | **(48)** | **(48)** | **(45)** | **(45)** | **(186)** | **(186)** | **(173)** | **(173)** |
| **Adj. EPS** | **$0.26** | **$0.21** | **($0.02)** | **$0.04** | **($0.43)** | **($0.45)** | **($0.19)** | **($0.20)** | **($0.04)** | **($0.04)** | **$0.39** | **$0.34** | **$0.15** | **$0.16** | **$0.30** | **$0.26** | **$0.38** | **$0.33** |

Source: Barclays Research estimates, company reports

**Valuation Methodology.** Our price target remains $10, which is based on a 10x multiple (unchanged) applied to our 2020E EBITDA of $572 million (previously $551 million), less estimated net debt of $2.1 billion in 2020 (unchanged).

## Other Highlights from the 3Q19 Earnings Call

*Figure 3 below summarizes Mattel's results and key drivers in the quarter.* In sum, the company reported stronger than expected top line results across all segments, primarily driven by international shipments. Hot Wheels was particularly strong due to new initiatives. Adjusted gross margins came in stronger than expected helped by accelerated cost savings from the company's Structural Simplification program. Global POS remains down, driven by North American POS declines.

**Ex. 16 - 490**

Barclays | Mattel, Inc.

FIGURE 3

**Key 3Q19 Metrics vs. Barclays and Consensus estimates (pre-earnings)**

| ($ in mm's) | Barclays | | | Consensus | | ACTUAL | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | absolute | y/y | ex-FX | absolute | y/y | absolute | y/y | ex-FX | |
| Barbie | $408.9 | 9.1% | 10% | $386.2 | 3.1% | $412.8 | 10.2% | 12% | • Global POS up DD |
| Fisher-Price, Thomas | 389.0 | -5.0% | (4%) | 388.7 | -5.1% | 396.3 | -3.2% | (2%) | • Global POS down<br>'(-) Fisher Core down less than 1% (product recall = 300 bps impact)<br>(-) Fisher Friends down (right sizing licensing portfolio) |
| Hot Wheels | 246.5 | 4.9% | 6% | 247.1 | 5.1% | 293.3 | 24.8% | 27% | • Global POS up MSD<br>(+) Monster Trucks doing exceptionally well<br>(+) Expanded distribution of digital set "id" (Target, Amazon Prime Day debut, Apple stores) |
| American Girl | 51.1 | -20.0% | (20%) | 51.5 | -19.3% | 54.8 | -14.2% | (14%) | |
| Dolls | $561.5 | 4.3% | 5% | -- | -- | $567.6 | 5.4% | 7% | • Global POS up HSD<br>(+) Barbie<br>(+) Polly Pocket (DD growth)<br>(+) Creatable World, BTS |
| Infant/Toddler/Preschool | 436.6 | -9.7% | (9%) | -- | -- | 431.0 | -10.8% | (10%) | • Global POS down DD<br>(-) Fisher declines. |
| Vehicles | 303.6 | -0.9% | 0% | -- | -- | 346.9 | 13.2% | 15% | • Global POS down MSD<br>(+) Hot Wheels<br>(+) Cars 3, Jurassic World vehicles |
| Action Figures/Sets/Games | 309.0 | 11.1% | 12% | -- | -- | 311.4 | 11.9% | 13% | • Global POS up HSD<br>(+) Card games (Uno, Phase 10) |
| **Gross Revenues** | **$1,611** | 0.3% | 1.1% | **$1,600** | -0.4% | **$1,657** | 3.1% | 4% | •Global POS down LSD |
| Sales Adjustments | (170.6) | 0.8% | -- | (171.1) | 1.1% | (175.4) | 3.7% | -- | ○NA POS down MSD |
| **Net Revenues** | **$1,440** | 0.2% | -- | **$1,429** | -0.6% | **$1,482** | 3.1% | 4% | ○International POS up MSD (shipping up 13%, lapping China issue) |
| **Adj. GM %** | **43.3%** | 20 bps | -- | **42.6%** | -40 bps | **47.0%** | 390 bps | -- | (+) Structural Simplification (560 bps y/y)<br>(+) Mix (more Barbie, less FP)<br>(-) Inflation<br>(-) Currency<br>(-) Obsolescence |
| **Adj. EBITDA $** | **$214.1** | -7.9% | -- | **$209.3** | -10.0% | **$247.6** | 6.5% | -- | (+) Structural Simplification<br>(-) TRU bad debt expense ($32 million)<br>(-) Merit compensation accrual<br>(-) Strategic re-investments |
| **Adj. EBITDA %** | **14.9%** | -130 bps | -- | **14.6%** | -150 bps | **16.7%** | 50 bps | -- | |
| **Adj. EPS** | **$0.21** | 19.5% | -- | **$0.19** | 3.9% | **$0.26** | 47.1% | -- | |

Source: Barclays Research estimates, Consensus Metrix, Bloomberg, company filings.

**No Tariff Impact.** Tariffs have had a *de minims* impact on 3Q19 results according to Mattel, and are not expected to have a material impact for the remainder of the year. In fact, the company pulled forward "100 to 200 bps" of revenue growth from 4Q19 into 3Q19 as retailers increased their mix of direct import sales in the quarter. In contrast, Hasbro had experienced tariff-driven shipping disruptions during the quarter as retailers switched from direct imports to domestic shipments at the last minute and in some cases used that change to cancel orders. Hasbro also ran into an issue with a new domestic distribution center that couldn't handle the sudden influx of shipments. Further, Hasbro was more vulnerable to disruption in the quarter given the sheer volume of new entertainment initiatives that needed to be met.

**Color on Asset-Light Manufacturing Strategy.** The company continues to evaluate its manufacturing footprint and supply chain with an end goal of having a modular, flexible manufacturing model that allows the company to adapt to dynamic conditions. The company not only sees opportunities to reduce costs in its supply chain, but also to drive revenues. According to management, retailers are giving Mattel positive feedback in terms of service levels and performance quality that "hasn't been delivered in years".

Please find below our earnings grid that compares actual results to our expectations.

30 October 2019

**Ex. 16 - 491**

Barclays | Mattel, Inc.

FIGURE 4

## MAT Earnings Grid ($ in millions, except per share data)

| ($ in Millions, except per-share data) | FY 3Q18 | 3Q19E | 3Q19 | Est | Actual | ex-FX |
|---|---|---|---|---|---|---|
| Barbie | $374.7 | $408.9 | $412.8 | 9.1% | 10.2% | 12.0% |
| Fisher-Price, Thomas & Friends | 409.5 | 389.0 | 396.3 | -5.0% | -3.2% | -2.0% |
| Hot Wheels | 235.0 | 246.5 | 293.3 | 4.9% | 24.8% | 27.0% |
| American Girl | 63.9 | 51.1 | 54.8 | -20.0% | -14.2% | -14.0% |
| (all other revenue) | 523.6 | 515.3 | 499.7 | -1.6% | -4.6% | |
| | | | | | | |
| Dolls | $538.5 | $561.5 | $567.6 | 4.3% | 5.4% | 7.0% |
| Infant/Toddler/Preschool | 483.4 | 436.6 | 431.0 | -9.7% | -10.8% | -10.0% |
| Vehicles | 306.5 | 303.6 | 346.9 | -0.9% | 13.2% | 15.0% |
| Action Figures/Building Sets/Games | 278.2 | 309.0 | 311.4 | 11.1% | 11.9% | 13.0% |
| Gross Revenues | 1,606.6 | 1,610.8 | 1,656.9 | 0.3% | 3.1% | 4.0% |
| Sales Adjustment | (169.2) | (170.6) | (175.4) | 0.8% | 3.7% | -- |
| **Net Revenues** | 1,437.4 | 1,440.2 | 1,481.5 | **0.2%** | **3.1%** | 4.0% |
| Cost of Sales | 824.4 | 816.8 | 795.1 | -0.9% | -3.6% | |
| Gross Profit | 613.0 | 623.4 | 686.4 | 1.7% | 12.0% | |
| Adjusted Gross Profit | 618.7 | 623.4 | 695.6 | 0.8% | 12.4% | |
| | | | | | | |
| Advertising and Promotion Expenses | 165.3 | 170.6 | 170.4 | 3.2% | 3.1% | |
| Reported SG&A | 325.9 | 305.0 | 366.0 | -6.4% | 12.3% | |
| Adjusted SG&A | 300.4 | 305.0 | 351.5 | 1.5% | 17.0% | |
| | | | | | | |
| Operating Profit | 121.8 | 147.8 | 150.0 | 21.3% | 23.1% | |
| **Adjusted Operating Profit** | 153.0 | 147.8 | 173.7 | **-3.4%** | **13.5%** | |
| | | | | | | |
| Interest Income | 0.8 | 3.0 | 0.8 | 275.0% | 0.0% | |
| Interest Expense | (48.2) | (48.1) | (47.7) | -0.2% | -1.0% | |
| Other Non Operating Income (Expense) | (1.9) | (2.0) | (1.3) | N/M | N/M | |
| Earnings Before Income Taxes | 72.5 | 100.7 | 101.8 | 38.8% | 40.3% | |
| Income Tax (Provision) Benefit | (66.3) | (27.1) | (31.4) | N/M | N/M | |
| Net Income (Loss) | $6.2 | $73.6 | $70.4 | 1078.6% | 1026.9% | |
| | | | | | | |
| Diluted Shares Outstanding | 345.7 | 345.9 | 348.5 | 0.1% | 0.8% | |
| **Diluted EPS (Adjusted)** | **$0.18** | **$0.21** | **$0.26** | **19.5%** | **47.1%** | |
| Nonrecurring Charges, Gains | (0.16) | - | (0.06) | N/M | N/M | |
| Diluted EPS (Reported) | $0.02 | $0.21 | $0.20 | 1077.9% | 1017.8% | |
| EBITDA | 193.1 | 214.1 | 212.1 | 10.9% | 9.8% | |
| **Adjusted EBITDA** | **$232.4** | **$214.1** | **$247.6** | **-7.9%** | **6.5%** | |
| **Percentage Analysis** | | | | | | |
| Sales Adjustment (as % of Gross Revenue) | 10.5% | 10.6% | 10.6% | 10 bps | 10 bps | |
| Gross Profit Margin (as % of Net Revenue) | 42.6% | 43.3% | 46.3% | 60 bps | 370 bps | |
| **Adjusted Gross Margin** | **43.0%** | **43.3%** | **47.0%** | **20 bps** | **390 bps** | |
| | | | | | | |
| Advertising and Promotion Expenses | 11.5% | 11.8% | 11.5% | 30 bps | 0 bps | |
| Reported SG&A | 22.7% | 21.2% | 24.7% | -150 bps | 200 bps | |
| **Adjusted SG&A** | **20.9%** | **21.2%** | **23.7%** | **30 bps** | **280 bps** | |
| | | | | | | |
| Operating Profit Margin | 8.5% | 10.3% | 10.1% | 180 bps | 160 bps | |
| **Adjusted OP Margin** | **10.6%** | **10.3%** | **11.7%** | **-40 bps** | **110 bps** | |
| | | | | | | |
| Pre-tax Margin | 5.0% | 7.0% | 6.9% | 190 bps | 180 bps | |
| Effective Tax Rate | 91.4% | 26.9% | 30.8% | n/m | n/m | |
| Net Margin | 0.4% | 5.1% | 4.8% | 470 bps | 430 bps | |
| | | | | | | |
| EBITDA Margin | 13.4% | 14.9% | 14.3% | 140 bps | 90 bps | |
| **Adjusted EBITDA Margin** | **16.2%** | **14.9%** | **16.7%** | **-130 bps** | **50 bps** | |

Source: Barclays Research estimates, company reports

30 October 2019

**Ex. 16 - 492**

Barclays | Mattel, Inc.

## FIGURE 5

**MAT Income Statement** ($ in millions)

| ($ in Millions, except per-share data) | 2016 | 2017 | 2018 1Q | 2Q | 3Q | 4Q | 2018 | 2019E 1Q | 2Q | 3Q | 4QE | 2019E | 2020E 1QE | 2QE | 3QE | 4QE | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $5,457.0 | $4,882.0 | $712.3 | $840.7 | $1,437.4 | $1,524.3 | $4,514.8 | $689.2 | $860.1 | $1,481.6 | $1,484.8 | $4,515.7 | $687.3 | $863.9 | $1,505.1 | $1,504.9 | $4,561.2 | $4,626.2 |
| Cost of Sales | 2,902.2 | 3,061.1 | 489.5 | 587.5 | 824.4 | 814.7 | 2,716.1 | 449.5 | 518.7 | 795.1 | 802.9 | 2,566.2 | 387.4 | 478.9 | 767.3 | 804.4 | 2,438.0 | 2,464.0 |
| **Gross Profit** | 2,554.8 | 1,820.9 | 222.8 | 253.2 | 613.0 | 709.6 | 1,798.7 | 239.7 | 341.4 | 686.5 | 681.9 | 1,949.5 | 300.0 | 384.9 | 737.8 | 700.4 | 2,123.2 | 2,162.2 |
| | | | | | | | | | | | | | | | | | | |
| Advertising and Promotion Expenses | 634.9 | 642.3 | 70.8 | 82.4 | 165.3 | 207.9 | 526.4 | 69.5 | 84.5 | 170.4 | 233.9 | 558.3 | 74.8 | 93.1 | 187.2 | 206.9 | 562.0 | 568.5 |
| Reported SG&A | 1,400.4 | 1,518.1 | 424.6 | 360.0 | 325.9 | $398.3 | 1,508.8 | $297.3 | 308.3 | 366.0 | 371.5 | 1,343.1 | 264.4 | 263.4 | 332.9 | 383.5 | 1,244.2 | 1,257.2 |
| Restructuring and Other Charges | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating Profit** | 519.5 | (339.5) | (272.6) | (189.1) | 121.8 | 103.4 | (236.5) | (127.1) | (51.4) | 150.1 | 76.5 | 48.1 | (39.2) | 28.5 | 217.7 | 110.0 | 317.0 | 336.5 |
| | | | | | | | | | | | | | | | | | | |
| Interest Income | 9.2 | 7.7 | 3.1 | 1.7 | 0.8 | 0.8 | 6.4 | 2.3 | 1.5 | 0.8 | 3.0 | 7.6 | 4.0 | 4.0 | 4.0 | 4.0 | 16.0 | 16.0 |
| Interest Expense | (95.1) | (105.3) | (41.1) | (43.5) | (48.2) | (49.2) | (182.0) | (47.0) | (46.2) | (47.7) | (48.5) | (189.4) | (46.7) | (46.3) | (48.2) | (45.2) | (186.4) | (173.5) |
| Other Non-operating Income | (23.7) | (65.3) | 0.6 | (3.1) | (1.9) | (3.0) | (7.4) | ($2.2) | 0.6 | (1.3) | (2.0) | (4.9) | (3.0) | (3.0) | (3.0) | (3.0) | (12.0) | (12.0) |
| Earnings Before Income Taxes | 409.9 | (502.5) | (310.0) | (233.9) | 72.5 | 52.0 | (419.5) | (174.0) | (95.5) | 101.9 | 29.0 | (138.6) | (84.9) | (16.9) | 170.5 | 65.8 | 134.5 | 167.0 |
| | | | | | | | | | | | | | | | | | | |
| Income Tax (Provision) Benefit | (91.6) | (548.8) | 1.6 | (6.9) | (66.3) | (41.2) | (112.8) | (2.6) | (12.2) | (31.4) | (35.0) | (81.2) | 17.8 | 3.5 | (35.8) | (13.8) | (28.3) | (35.1) |
| Extraordinary Item, Net of Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Discontinued Operations, Net of Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income (Loss)** | $318.3 | ($1,051.3) | ($308.4) | ($240.8) | $6.2 | $10.8 | ($532.3) | ($176.6) | ($107.7) | $70.5 | ($6.0) | ($219.8) | ($67.1) | ($13.3) | $134.7 | $52.0 | $106.3 | $131.9 |
| | | | | | | | | | | | | | | | | | | |
| **Adjusted EBITDA** | 900.2 | 123.4 | (157.4) | (59.2) | 232.4 | 184.2 | 200.0 | (21.6) | 41.8 | 247.6 | 151.3 | 419.1 | 24.6 | 92.2 | 281.4 | 173.8 | 572.0 | 581.5 |
| | | | | | | | | | | | | | | | | | | |
| Basic Shares Outstanding | 341.5 | 343.6 | 344.4 | 344.6 | 345.3 | 345.8 | 345.0 | 345.9 | 345.9 | 346.7 | 346.7 | 346.3 | 348.5 | 348.5 | 348.5 | 348.5 | 348.5 | 348.5 |
| Diluted Shares Outstanding | 344.2 | 343.6 | 344.4 | 344.6 | 345.7 | 345.8 | 345.1 | 345.9 | 345.9 | 348.5 | 348.5 | 347.2 | 348.5 | 348.5 | 348.5 | 348.5 | 348.5 | 348.5 |
| **Diluted EPS (Adjusted)** | $1.06 | ($1.09) | ($0.84) | ($0.51) | $0.18 | $0.03 | ($1.14) | ($0.42) | ($0.25) | $0.26 | ($0.02) | ($0.43) | ($0.19) | ($0.04) | $0.39 | $0.15 | $0.30 | $0.38 |
| Non-recurring Items Per Share | (0.14) | (1.97) | (0.05) | (0.19) | (0.16) | - | (0.40) | (0.09) | (0.06) | (0.06) | - | (0.21) | - | - | - | - | - | - |
| **Diluted EPS (Reported)** | $0.92 | ($3.06) | ($0.90) | ($0.70) | $0.02 | $0.03 | ($1.54) | ($0.51) | ($0.31) | $0.20 | ($0.02) | ($0.63) | ($0.19) | ($0.04) | $0.39 | $0.15 | $0.30 | $0.38 |
| | | | | | | | | | | | | | | | | | | |
| Cash Dividends Paid | $1.52 | 0.91 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payout Ratio | 142.7% | n/m | | | | | 0.0% | | | | | 0.0% | | | | | 0.0% | 0.0% |
| **Percentage Analysis** | | | | | | | | | | | | | | | | | | |
| Net Revenues | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of Sales | 53.2% | 62.7% | 68.7% | 69.9% | 57.4% | 53.4% | 60.2% | 65.2% | 60.3% | 53.7% | 54.1% | 56.8% | 56.4% | 55.4% | 51.0% | 53.5% | 53.5% | 53.3% |
| **Gross Profit Margin** | 46.8% | 37.3% | 31.3% | 30.1% | 42.6% | 46.6% | 39.8% | 34.8% | 39.7% | 46.3% | 45.9% | 43.2% | 43.6% | 44.6% | 49.0% | 46.5% | 46.5% | 46.7% |
| *Adjusted Gross Profit Margins* | 46.8% | 37.7% | 31.7% | 30.5% | 43.0% | 46.6% | 40.1% | 38.0% | 39.9% | 46.9% | 45.9% | 43.9% | 43.6% | 44.6% | 49.0% | 46.5% | 46.5% | 46.7% |
| Advertising and Promotion Expenses | 11.6% | 13.2% | 9.9% | 9.8% | 11.5% | 13.6% | 11.7% | 10.1% | 9.8% | 11.5% | 15.8% | 12.4% | 10.9% | 10.8% | 12.4% | 13.7% | 12.3% | 12.3% |
| Reported SG&A | 25.7% | 31.1% | 59.6% | 42.8% | 22.7% | 26.1% | 33.4% | 43.1% | 35.8% | 24.7% | 25.0% | 29.7% | 38.5% | 30.5% | 22.1% | 25.5% | 27.3% | 27.2% |
| *Adjusted SG&A* | 24.9% | 28.8% | 55.9% | 36.6% | 20.9% | 25.7% | 31.0% | 41.9% | 33.7% | 23.7% | 25.0% | 28.8% | 38.5% | 30.5% | 22.1% | 25.5% | 27.3% | 27.2% |
| **Operating Profit** | 9.5% | (7.0%) | (38.3%) | (22.5%) | 8.5% | 6.8% | (5.2%) | (18.4%) | (6.0%) | 10.1% | 5.2% | 1.1% | (5.7%) | 3.3% | 14.5% | 7.3% | 6.9% | 7.3% |
| *Adjusted Operating Profit* | 10.3% | (4.2%) | (34.2%) | (16.0%) | 10.6% | 7.2% | (2.6%) | (14.0%) | (3.5%) | 11.7% | 5.2% | 2.7% | (5.7%) | 3.3% | 14.5% | 7.3% | 6.9% | 7.3% |
| *Adjusted EBITDA* | 15.8% | 3.4% | (22.1%) | (7.0%) | 16.2% | 12.1% | 4.4% | (3.1%) | 4.9% | 16.7% | 10.2% | 9.3% | 3.6% | 10.7% | 18.7% | 11.5% | 12.5% | 12.6% |
| Pre-tax Margin | 7.5% | (10.3%) | (43.5%) | (27.8%) | 5.0% | 3.4% | (9.3%) | (25.2%) | (11.1%) | 6.9% | 2.0% | (3.1%) | (12.4%) | (2.0%) | 11.3% | 4.4% | 2.9% | 3.6% |
| Effective Tax Rate | 22.3% | (109.2%) | 0.5% | (2.9%) | 91.4% | 79.3% | (26.9%) | (1.5%) | (12.8%) | 30.8% | 120.6% | (58.6%) | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Net Margin | 5.8% | (21.5%) | (43.3%) | (28.6%) | 0.4% | 0.7% | (11.8%) | (25.6%) | (12.5%) | 4.8% | (0.4%) | (4.9%) | (9.8%) | (1.5%) | 8.9% | 3.5% | 2.3% | 2.9% |
| **Growth (year over year)** | | | | | | | | | | | | | | | | | | |
| Net Revenues | (4.3%) | (10.5%) | (3.2%) | (13.7%) | (7.9%) | (5.4%) | (7.5%) | (3.2%) | 2.3% | 3.1% | (2.6%) | 0.0% | (0.3%) | 0.4% | 1.6% | 1.4% | 1.0% | 1.4% |
| Cost of Sales | 0.2% | 5.5% | 7.2% | 2.2% | (9.8%) | (27.0%) | (11.3%) | (8.2%) | (11.7%) | (3.6%) | (1.4%) | (5.5%) | (13.8%) | (7.7%) | (3.5%) | 0.2% | (5.0%) | 1.1% |
| Gross Profit | (9.0%) | (28.7%) | (20.1%) | (36.7%) | (5.3%) | 43.3% | (1.2%) | 7.6% | 34.8% | 12.0% | (3.9%) | 8.4% | 25.1% | 12.8% | 7.5% | 2.7% | 8.9% | 1.8% |
| Advertising and Promotion Expenses | (11.5%) | 1.2% | (3.8%) | (13.7%) | (8.0%) | (29.2%) | (18.0%) | (1.8%) | 2.5% | 3.1% | 12.5% | 6.1% | 7.6% | 10.1% | 9.9% | (11.5%) | 0.7% | 1.2% |
| Reported SG&A | (9.5%) | 8.4% | 28.4% | 2.0% | (14.6%) | (12.0%) | (0.6%) | (30.0%) | (14.4%) | 12.3% | (6.7%) | (11.0%) | (11.1%) | (14.6%) | (9.1%) | 3.2% | (7.4%) | 1.0% |
| Operating Profit | (4.0%) | (165.4%) | 117.0% | 288.8% | 42.2% | (141.2%) | (30.3%) | (53.4%) | (72.8%) | 23.2% | (26.0%) | (120.3%) | (69.2%) | (155.3%) | 45.0% | 43.8% | 558.9% | 6.2% |
| Interest Expense | 11.5% | 10.7% | 86.8% | 98.6% | 95.1% | 34.1% | 72.8% | 14.4% | 6.2% | (1.0%) | (1.5%) | 4.1% | (0.6%) | 0.3% | 1.1% | (6.8%) | (1.6%) | (6.9%) |
| Earnings Before Income Taxes | (11.6%) | (222.6%) | 112.8% | 217.6% | 13.7% | (115.0%) | (16.5%) | (43.9%) | (59.2%) | 40.5% | (44.2%) | (67.0%) | (51.2%) | (82.3%) | 67.3% | 126.8% | (197.1%) | 24.1% |
| Net Income (Loss) | (13.8%) | (430.2%) | n/m | n/m | n/m | n/m | n/m | n/m | n/m | 1028.5% | (155.5%) | n/m | n/m | n/m | 91.0% | n/m | n/m | 24.1% |
| EPS | -16.5% | -202.4% | n/m | n/m | 90.9% | n/m | n/m | n/m | n/m | 47.3% | -155.1% | n/m | n/m | n/m | 47.3% | n/m | n/m | 24.1% |

Source: Company reports and Barclays Research estimates

Ex. 16 - 493

Barclays | Mattel, Inc.

**ANALYST(S) CERTIFICATION(S):**

I, Felicia R. Hendrix, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**IMPORTANT DISCLOSURES**

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

**Primary Stocks (Ticker, Date, Price)**

Mattel, Inc. (MAT, 29-Oct-2019, USD 10.56), Underweight/Neutral, CD/CE/J/K/N

Unless otherwise indicated, prices are sourced from Bloomberg and reflect the closing price in the relevant trading market, which may not be the last available price at the time of publication.

**Disclosure Legend:**

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays PLC is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**GD:** One of the analysts on the fundamental credit coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**GE:** One of the analysts on the fundamental equity coverage team (or a member of his or her household) has a financial interest in the debt or equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

30 October 2019

**Ex. 16 - 494**

Barclays | Mattel, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

**U.S. Leisure**

| | | |
|---|---|---|
| Carnival Corp. (CCL) | Harley-Davidson (HOG) | Hasbro, Inc. (HAS) |
| Mattel, Inc. (MAT) | Norwegian Cruise Line Holdings (NCLH) | Royal Caribbean (RCL) |
| Vail Resorts (MTN) | | |

**Distribution of Ratings:**

Barclays Equity Research has 1571 companies under coverage.

44% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 55% of companies with this rating are investment banking clients of the Firm; 75% of the issuers with this rating have received financial services from the Firm.

39% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 49% of companies with this rating are investment banking clients of the Firm; 68% of the issuers with this rating have received financial services from the

30 October 2019

**Ex. 16 - 495**

Barclays | Mattel, Inc.

**IMPORTANT DISCLOSURES CONTINUED**

Firm.

15% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 34% of companies with this rating are investment banking clients of the Firm; 66% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. Barclays Equity Research publishes "Top Picks" reports every quarter and analysts may also publish intra-quarter changes to their Top Picks, as necessary. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to *https://live.barcap.com/go/research/Recommendations*.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)

Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)

Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India branch (Barclays Bank, India)

Barclays Bank PLC, Singapore branch (Barclays Bank, Singapore)

Barclays Bank PLC, DIFC Branch (Barclays Bank, DIFC)

Ex. 16 - 496

Barclays | Mattel, Inc.

## IMPORTANT DISCLOSURES CONTINUED

### Mattel, Inc. (MAT / MAT)

**USD 10.56 (29-Oct-2019)**

| Stock Rating | Industry View |
|---|---|
| **UNDERWEIGHT** | **NEUTRAL** |

**Rating and Price Target Chart - USD (as of 29-Oct-2019)**



Legend: — Closing Price　▲ Target Price　● Rating Change

Source: IDC, Barclays Research

*Link to Barclays Live for interactive charting*

**Currency=USD**

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 14-Nov-2018 | 13.26 | | 10.00 |
| 19-Jul-2018 | 16.04 | | 11.00 |
| 09-Mar-2018 | 14.84 | Underweight | 13.00 |
| 02-Feb-2018 | 16.53 | | 16.00 |
| 27-Oct-2017 | 14.00 | | 15.00 |
| 31-Jul-2017 | 20.02 | | 19.00 |
| 16-Jun-2017 | 20.72 | | 22.00 |
| 21-Apr-2017 | 21.79 | | 25.00 |
| 26-Jan-2017 | 25.99 | | 30.00 |
| 11-Jan-2017 | 29.51 | | 32.00 |

On 30-Oct-2016, prior to any intra-day change that may have been published, the rating for this security was Equal Weight, and the adjusted price target was 34.00.

Source: Bloomberg, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Mattel, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Mattel, Inc..

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Mattel, Inc. and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from Mattel, Inc. within the past 12 months.

**N:** Mattel, Inc. is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** Our $10 price target is based on an 10x multiple on our 2020E EBITDA of $572mn, less 2020E net debt of $2.1 billion.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** The company is currently undergoing a transition. Meeting or exceeding reset goals faster than expected is an upside risk to our rating.

DISCLAIMER:

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been prepared for institutional investors only and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. The securities and other investments discussed herein may not be suitable for all investors. Barclays is not a fiduciary to any recipient of this publication. Investors must independently evaluate the merits and risks of the investments discussed herein, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area ("EEA"):** This material is being distributed in the EEA by Barclays Bank PLC. Barclays Bank PLC is not registered in France with the Autorité des marchés financiers or the Autorité de contrôle prudentiel.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A.

**Japan:** This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

**Ex. 16 - 498**

**Asia Pacific (excluding Japan):** Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker/Trading and Clearing Member: National Stock Exchange of India Limited (NSE) Capital Market INB231292732, NSE Futures & Options INF231292732, NSE Currency derivatives INE231450334, Bombay Stock Exchange Limited (BSE) Capital Market INB011292738, BSE Futures & Options INF011292738; Depository Participant (DP) with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 2267196000. Fax number: +91 22 67196100. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by Barclays Bank PLC. None of Barclays Bank PLC, nor any other Barclays group entity, holds an Australian financial services licence and instead relies on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001.

**Middle East:** Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2019). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.