# EXHIBIT 18

# Jefferies

## Mattel, Inc.

## Model Update: Whistleblower Resolved; Progress on Sales & Costs But Q4 Giveback

October 30, 2019

### Key Takeaway

**We expect a relief rally that whistleblower claims of accounting errors & weak internal controls have been disclosed & addressed. Results were modestly better, with a 1-2ppt sales pull forward pre-tariffs, Hot Wheels (+27%) on distrib. into impulse channels, and early recovery of $35M of cost cuts planned for 2020. Sales guide inched up for the year; adj-EBITDA moved $50M for cost recovery shift. POS down LSD vs. shipments +LSD; Q4 implied lower. PT to $11.**

**What We Liked About The Quarter:** 1) Whistleblower resolution - revealed accounting errors in tax reporting, material weakness in internal controls, and questioned indep of external auditor. With this hurdle cleared, we expect a revisit to the $250M debt refinancing; 2) sales +DD for HW (+27% CC), Barbie (+12% CC), and int'l (+13% CC); 3) FY sales growth guide inched up from "flat" to "up slightly" with the main delta being Hot Wheels distribution gains; 4) adj-GM +390bps to 46.9%, albeit based on mix and cuts would have been modestly higher - directional trend still positive; 5) cost program size maintained ($854M) with ~$35M of savings pulled forward from 2020; and 6) FY adj-EBITDA guide raised $50M by the pull forward ($35M) & modestly better core results ($15M). Directionally, the company is making real progress on its cost structure and stable sales is an improvement from 5 years of declines. Q4 is modeled down and its still too early to assess 2020.

**What We Didn't Like About The Quarter:** 1) The gap between shipments and POS continues to widen; POS needs to accelerate in Q4 to reconcile but we see growing headwinds to dolls that we will monitor more closely; 2) net savings were lighter than initially modeled given higher investment back into the P&L for marketing and incentive comp (bonuses are based on cost program size and savings, which is being achieved); 3) sales growth vs. model was tied to impulse driven channels and int'l markets with higher trade allowances; 4) recovery in Am. Girl and FP was deferred; 5) balance sheet had some irregularities; capex was $20M lower than modeled (-76% Y/Y) and cash growth of $24M Q/Q implies less cash progress than P&L improvement would imply.

**CFO Departure; What's Next:** CFO departure/transition signals cost cut phase is coming to a close. We have discounted a fully cap lite model, as we survey the market for dolls and wheels, MAT is among the largest and most efficient manuf. A full exit is unlikely but partial capacity reconciliation is possible.

**PT and Model Revisions:** Next up, debt refi and holiday season. Our model inchies higher with gross sales "slightly up" in CC (down LSD reported); adj-EBITDA guided $400M-$425M (vs. $350M-$400M prior) and we're at upper end. The guidance implies Q4 sales - LSD reported and adj-EBITDA -25% Y/Y. Q4 is important for toy cos.; competitive intensity is higher in dolls this year vs. PY & we have fewer days for shopping; but we are past the TRU bankruptcy and Barbie & HW are healthier. Our PT moves to $11 based on 11x FY20 Adj-EBITDA; above the historical average of 9x.

---

### Target | Estimate Change

USA | Consumer Products

| | |
|---|---|
| RATING | HOLD |
| PRICE | $10.56^ |
| MARKET CAP | $3.6B |
| PRICE TARGET (PT) | $11.00 (FROM $10.50) |
| UPSIDE SCENARIO PT | $16.00 |
| DOWNSIDE SCENARIO PT | $7.00 |

^Prior trading day's closing price unless otherwise noted.

| FY Dec | 2017A | 2018A | 2019E | 2020E |
|---|---|---|---|---|
| EPS ($) | (1.08) | (0.94) | ⬆ (0.44) | ⬆ (0.14) |
| Previous | | | (0.71) | (0.30) |

Adjusted figures now exclude add back of acquisition amortization.

Stephanie Wissink *
Equity Analyst
(212) 284-1713
swissink@jefferies.com

Ashley Helgans *
Equity Associate
(212) 336-7413
ahelgans@jefferies.com

Sebastian Barbero *
Equity Associate
(212) 323-7683
sbarbero@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 5 to 10 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

## MATTEL, INC. (MAT)

| Estimates | | | | |
|---|---|---|---|---|
| $ | 2017A | 2018A | 2019E | 2020E |
| Rev. (MM) | 4,925.0 | 4,511.0 | ↑ 4,496.0 | ↑ 4,563.0 |
| *Previous* | | | 4,384.0 | 4,412.0 |
| EBITDA (MM) | 165.0 | 278.0 | ↑ 425.0 | ↑ 560.0 |
| *Previous* | | | 368.0 | 518.0 |
| EPS | | | | |
| Q1 | (0.32) | (0.60) | (0.44)A | ↓ (0.42) |
| *Previous* | | | | (0.37) |
| Q2 | (0.14) | (0.56) | (0.25)A | ↓ (0.21) |
| *Previous* | | | | (0.16) |
| Q3 | 0.09 | 0.18 | ↑ 0.26A | ↓ (0.16) |
| *Previous* | | | (0.16) | 0.05 |
| Q4 | (0.72) | 0.04 | ↓ 0.00 | ↓ 0.15 |
| *Previous* | | | 0.14 | 0.18 |
| FY Dec | (1.08) | (0.94) | ↑ (0.44) | ↑ (0.14) |
| *Previous* | | | (0.71) | (0.30) |

| Valuation | | | | |
|---|---|---|---|---|
| | 2017A | 2018A | 2019E | 2020E |
| P/Rev | 0.7x | 0.8x | 0.8x | 0.8x |

Adjusted figures now exclude add back of acquisition amortization.

| Market Data | |
|---|---|
| 52-Week Range: | $17.27 - $9.06 |
| Total Entprs. Value | $6.3B |
| Avg. Daily Value MM (USD) | 35.12 |
| Float (%) | 100.4% |

| Financial Summary | |
|---|---|
| Book Value/Share | 1.22 |
| Long-Term Debt (MM) | $2,855.0 |
| Cash & ST Invest. (MM) | $194.0 |

## The Long View

### | Scenarios

#### Base Case

- Model tension with cost takeouts a positive and lagged sales recovery a concern
- Dolls is key to rebuilding margin profile & competition intensifying in 2H19
- MAT is underexposed to fastest-growing channels; was overexposed to TRU given preschool mix
- Core brand growth at +L/MSD assumes a significant step up from historical trend
- Content events are positive, but still 2+ years away; digital tie-ins underway
- Target Multiple: 11x FY20E EV/ Adj. EBITDA: $560M; PT $11; 10-year historical average FY2 EV/EBITDA is 9x

#### Upside Scenario

- Company successfully breaks out of its sales slump & can cut costs without affecting the top line
- Core sustains MSD growth at improving margin rates; drags from FP, AG stabilize to flat
- Margin mix turns favorable; dolls grow above MSD and lev capacity
- Costs to drive sales decline; currently elevated ad/ promo rates fade as content drivers take hold
- PT 2020E Adj EBITDA: $550M; Target Multiple: 14x; Price Target: $16

#### Downside Scenario

- Core growth continues to lag and costs to compete continue to rise
- Mix headwinds persist; dolls capacity absorption becomes cost issue
- Key content tie-ins fail to scale & inventory issues resurface
- Reshaping of model drags on cash flow
- FP recall investigation and/or legal risk builds and creates further cash, valuation, and risk overhang
- 2020E Adj. EBITDA $420M; Target Multiple: 10x Price Target: $7

### | Investment Thesis / Where We Differ

- Company is in early phases of stabilization; leverage will limit investability in near-term
- We expect revival cycles to take longer; cost cuts are typically narrower and reinvestment higher than initially planned
- IP of MAT brands range between 0.8x-1.5x sales; strategic takeout unlikely (HAS was most obvious); lack of LBO capacity
- Inherent stock value: $8-$10 in IP value, plus $1-$1.50 in property value, minus net debt per share

### | Catalysts

- HQ small group investor meetings in Sept (several planned)
- Clarity around cost-cutting program of $750M and reinvestment levels
- Core brand growth & share gains (i.e. Frozen 2 a dud)
- Content drivers take hold to stimulate sales growth at lower allowance and A&P levels
- Funding $250M of debt coming due in 2020

---

October 30, 2019
Please see important disclosure information on pages 5 - 10 of this report.

**Ex. 18 - 511**

# Jefferies

**EQUITY RESEARCH**
**Mattel, Inc. (MAT)**

## Table 1 - Mattel- Income Statement ($M)

| | FY 2013 | FY 2014 | FY 2015 | Q1 Mar-16 | Q2 Jun-16 | Q3 Sep-16 | Q4 Dec-16 | FY 2016 | Q1 Mar-17 | Q2 Jun-17 | Q3 Sep-17 | Q4 Dec-17 | FY 2017 | Q1 Mar-18 | Q2 Jun-18 | Q3 Sep-18 | Q4 Dec-18 | FY 2018 | Q1 Mar-19 | Q2 Jun-19 | Q3 Sep-19 | Q4E Dec-19 | FYE 2019 | Q1E Mar-20 | Q2E Jun-20 | Q3E Sep-20 | Q4E Dec-20 | FYE 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $6,485 | $6,024 | $5,703 | $869 | $957 | $1,796 | $1,834 | $5,457 | $736 | $975 | $1,561 | $1,611 | $4,882 | $708 | $841 | $1,438 | $1,524 | $4,511 | $689 | $860 | $1,482 | $1,466 | $4,496 | $645 | $853 | $1,516 | $1,524 | $4,538 |
| % Change | 1.0% | -7.1% | -5.3% | -5.8% | -3.1% | 0.2% | -8.3% | -4.3% | -15.4% | 1.8% | -13.1% | -12.2% | -10.5% | -3.7% | -13.7% | -7.9% | -5.4% | -7.6% | -2.7% | 2.3% | 3.1% | -3.8% | -0.3% | -6.4% | -0.9% | 2.3% | 4.0% | 0.9% |
| Cost of Sales | 3,006 | 3,023 | 2,896 | 481 | 524 | 925 | 973 | 2,902 | 457 | 575 | 914 | 1,116 | 3,061 | 490 | 588 | 824 | 815 | 2,716 | 450 | 519 | 795 | 784 | 2,547 | 408 | 497 | 783 | 785 | 2,473 |
| Gross Profit | $3,479 | $3,001 | $2,806 | $389 | $434 | $871 | $861 | $2,554 | $279 | $400 | $647 | $495 | $1,821 | $219 | $253 | $613 | $710 | $1,795 | $240 | $341 | $686 | $681 | $1,949 | $237 | $355 | $733 | $739 | $2,065 |
| % of Revenues | 53.6% | 49.8% | 49.2% | 44.7% | 45.3% | 48.5% | 47.0% | 46.8% | 37.9% | 41.0% | 41.4% | 30.7% | 37.3% | 30.9% | 30.1% | 42.7% | 46.5% | 39.8% | 34.8% | 39.7% | 46.3% | 46.5% | 43.3% | 36.8% | 41.7% | 48.3% | 48.5% | 45.5% |
| Advertising and Promotions | 750 | 733 | 718 | 87 | 95 | 203 | 250 | 635 | 74 | 96 | 180 | 294 | 642 | 71 | 82 | 165 | 208 | 526 | 70 | 85 | 170 | 237 | 562 | 65 | 85 | 179 | 206 | 534 |
| % of Revenues | 11.6% | 12.2% | 12.6% | 10.0% | 9.9% | 11.3% | 13.6% | 11.6% | 10.0% | 9.8% | 11.5% | 18.2% | 13.2% | 10.0% | 9.8% | 11.5% | 13.6% | 11.7% | 10.1% | 9.8% | 11.5% | 16.2% | 12.5% | 10.0% | 10.0% | 11.8% | 13.5% | 11.8% |
| Other Selling and Administrative | 1,561 | 1,614 | 1,548 | 351 | 351 | 351 | 349 | 1,400 | 332 | 353 | 382 | 454 | 1,521 | 424 | 360 | 326 | 394 | 1,505 | 301 | 308 | 366 | 392 | 1,368 | 276 | 297 | 359 | 392 | 1,324 |
| % of Revenues | 24.1% | 26.8% | 27.1% | 40.4% | 36.6% | 19.5% | 19.0% | 25.7% | 45.2% | 36.2% | 24.5% | 28.2% | 31.2% | 59.9% | 42.8% | 22.7% | 25.9% | 33.4% | 43.7% | 35.8% | 24.7% | 26.8% | 30.4% | 42.7% | 34.8% | 23.7% | 25.8% | 29.2% |
| Total Operating, Expenses | $2,311 | $2,347 | $2,265 | $438 | $445 | $553 | $599 | $2,035 | $406 | $448 | $562 | $748 | $2,164 | $495 | $442 | $491 | $602 | $2,031 | $371 | $393 | $536 | $629 | $1,929 | $340 | $382 | $538 | $598 | $1,859 |
| % of Revenues | 35.6% | 39.0% | 39.7% | 50.4% | 46.5% | 30.8% | 32.6% | 37.3% | 55.2% | 46.0% | 36.0% | 46.4% | 44.3% | 69.9% | 52.6% | 34.2% | 39.5% | 45.0% | 53.8% | 45.7% | 36.2% | 43.0% | 42.9% | 52.7% | 44.8% | 35.5% | 39.3% | 41.0% |
| Operating Income | $1,168 | $654 | $541 | ($49) | ($12) | $317 | $263 | $519 | ($127) | ($49) | $86 | ($253) | ($343) | ($276) | ($189) | $122 | $107 | ($236) | ($131) | ($52) | $150 | $52 | $20 | ($103) | ($27) | $194 | $141 | $206 |
| % of Revenues | 18.0% | 10.9% | 9.5% | -5.6% | -1.2% | 17.7% | 14.3% | 9.5% | -17.3% | -5.0% | 5.5% | -15.7% | -7.0% | -39.0% | -22.5% | 8.5% | 7.0% | -5.2% | -19.0% | -6.0% | 10.1% | 3.6% | 0.4% | -15.9% | -3.2% | 12.8% | 9.3% | 4.5% |
| % Change | 0.8% | -44.0% | -17.3% | -9.9% | -2050.0% | 5.5% | -10.7% | -4.0% | 158.7% | 316.2% | -73.0% | -196.2% | -166.0% | 117.5% | 288.7% | 42.2% | -142.5% | -31.0% | -52.6% | -72.8% | 23.1% | -51.5% | -108.3% | -21.6% | -47.6% | 29.7% | 170.9% | 953.4% |
| Adjusted Operating Income | | $765 | $640 | ($36) | $6 | $324 | $269 | $564 | ($122) | ($40) | $160 | ($165) | ($167) | ($160) | ($141) | $153 | $126 | ($23) | ($100) | ($31) | $174 | $57 | $120 | ($83) | $7 | $214 | $161 | $286 |
| % of Revenues | | 12.7% | 11.2% | -4.1% | 0.6% | 18.1% | 14.7% | 10.3% | -16.6% | -4.1% | 10.2% | -10.2% | -3.4% | -22.6% | -16.8% | 10.7% | 8.3% | -0.5% | -14.6% | -3.5% | 11.7% | 5.3% | 2.7% | -12.8% | -0.8% | 14.1% | 10.6% | 6.3% |
| % Change | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depreciation & Amortization | | $249 | $265 | $66 | $66 | $65 | $65 | $262 | $65 | $68 | $67 | $79 | $275 | $69 | $68 | $72 | $62 | $272 | $63 | $61 | $63 | $62 | $248 | $70 | $70 | $70 | $70 | $280 |
| EBITDA | $1,364 | $902 | $806 | $17 | $54 | $383 | $327 | $767 | ($59) | $16 | $153 | ($231) | ($125) | ($204) | ($122) | $193 | $168 | $35 | ($68) | $12 | $212 | $113 | $268 | ($34) | $42 | $263 | $210 | $480 |
| % Change | 2.4% | -33.9% | -10.6% | 67.6% | -18.8% | 4.2% | -9.6% | -4.9% | -443.4% | -70.9% | -60.0% | -170.7% | -116.3% | 244.3% | -372.3% | 52.1% | -372.9% | -127.7% | -66.6% | -109.6% | 9.7% | -32.6% | 114.6% | -44.7% | 47.8% | 4.4% | 66.8% | 79.0% |
| Adjustments | | | | | | | | 1175 | 0.0% 5 | | 163 | | 5 | 291 | 130 | 56 | 39 | 19 | $163 | 43 | 30 | 36 | 25 | $133 | 20 | 20 | 20 | 20 | $80 |
| Adjusted EBITDA | | | | | | | | 88470.0% | ($54) | $24 | $153 | ($68) | $166 | ($74) | ($66) | $233 | $186 | $198 | ($26) | $42 | $271 | $138 | $425 | ($14) | $62 | $283 | $230 | $560 |
| % Change | | | | | | | | | | | | | -81.3% | 36.8% | -372.3% | 52.1% | -372.9% | 19.6% | -65.5% | -162.8% | 16.6% | -26.0% | 114.6% | -44.7% | 47.8% | 4.4% | 66.8% | 31.8% |
| Interest Expense (net) | 77 | 79 | 85 | 23 | 23 | 25 | 25 | 95 | 22 | 22 | 25 | 37 | 105 | 41 | 41 | 48 | 48 | 182 | 47 | 46 | 48 | 49 | 190 | 49 | 52 | 52 | 52 | 205 |
| Other (Income), net | (8) | (13) | (8) | 22 | (5) | (2) | (1) | 15 | (3) | 3 | (0) | 57 | 57 | (4) | 1 | 2 | 1 | (0) | (0) | (2) | 1 | 1 | (0) | 1 | 1 | 1 | 1 | 6 |
| Total Non-Operating Expenses | 69 | 67 | 77 | 44 | 18 | 23 | 24 | 110 | 19 | 25 | 25 | 94 | 162 | 37 | 45 | 49 | 51 | 183 | 47 | 44 | 48 | 51 | 190 | 50 | 53 | 53 | 53 | 211 |
| Pre-Tax Income | 1,099 | 587 | 464 | (94) | (30) | 294 | 239 | 410 | (146) | (74) | 61 | (347) | (505) | (314) | (234) | 73 | 56 | (419) | (178) | (96) | 102 | 1 | (170) | (153) | (80) | 141 | 88 | (5) |
| Income Taxes (Benefit) | 195 | 88 | 95 | (21) | (11) | 59 | 65 | 93 | (33) | (18) | 665 | (66) | 549 | (3) | 7 | 66 | 41 | 112 | 6 | 12 | 31 | 23 | 73 | 8 | 8 | 42 | 53 | 111 |
| % Tax Rate | 17.8% | 15.0% | 20.4% | 21.9% | 35.9% | 20.1% | 27.2% | 22.7% | 22.3% | 23.9% | 1085.8% | 18.9% | -108.7% | 0.9% | -2.9% | 91.3% | 73.7% | -26.6% | -3.5% | -12.7% | 30.8% | 1873.8% | -42.7% | -5.0% | -10.0% | 30.0% | 60.0% | -2252.3% |
| Net Income - Reported | $904 | $499 | $369 | ($73) | ($19) | $235 | $174 | $317 | ($113) | ($56) | ($603) | ($281) | ($1,054) | ($311) | ($241) | $6 | $15 | ($531) | ($184) | ($108) | $70 | ($22) | ($243) | ($161) | ($88) | $99 | $35 | ($115) |
| Net Income - Adjusted | $904 | $499 | $369 | ($73) | ($19) | $235 | $174 | $317 | ($113) | ($56) | ($603) | ($281) | ($1,054) | ($311) | ($241) | $6 | $15 | ($531) | ($153) | ($87) | $90 | ($22) | ($243) | ($161) | ($88) | $99 | $35 | ($115) |
| % Net Margin | 13.9% | 8.3% | 6.5% | -8.4% | -2.0% | 13.1% | 9.5% | 5.8% | -15.4% | -5.8% | -38.6% | -17.5% | -21.6% | -43.9% | -28.7% | 0.4% | 1.0% | -11.8% | -22.2% | -10.1% | 6.1% | -1.5% | -5.4% | -24.9% | -10.4% | 6.5% | 2.3% | -2.5% |
| % Change | 4.7% | -44.8% | -26.0% | 25.4% | 67.5% | 5.0% | -19.2% | -14.3% | 55.1% | 93.7% | -356.8% | -261.8% | -432.8% | 174.6% | -101.0% | -105.2% | -49.6% | -50.7% | -63.9% | 1328.6% | -54.2% | -52.5% | 9.7% | -260.8% | -52.5% | | | |
| Diluted EPS | $2.60 | $1.45 | $1.08 | ($0.21) | ($0.06) | $0.68 | $0.50 | $0.92 | ($0.33) | ($0.16) | ($1.75) | ($0.82) | ($3.07) | ($0.90) | ($0.70) | $0.02 | $0.04 | ($1.54) | ($0.53) | ($0.31) | $0.20 | ($0.06) | ($0.70) | ($0.46) | ($0.25) | $0.28 | $0.10 | ($0.33) |
| Adjusted Diluted EPS | $2.60 | $1.58 | $1.26 | ($0.13) | ($0.02) | $0.70 | $0.52 | $1.06 | ($0.32) | ($0.14) | $0.09 | ($0.72) | ($1.08) | ($0.60) | ($0.52) | $0.18 | $0.04 | ($0.94) | ($0.44) | ($0.25) | $0.26 | ($0.06) | ($0.70) | ($0.46) | ($0.21) | $0.15 | $0.10 | ($0.14) |
| % Change | 4.3% | -44.3% | -25.3% | 64.2% | -352.3% | -1.5% | -22.2% | -15.5% | 137.3% | 795.4% | -87.7% | -236.8% | -202.3% | 89.0% | 290.4% | 107.9% | -105.9% | -12.8% | -26.5% | -55.1% | 45.7% | -106.9% | -53.5% | -6.1% | -17.8% | 28.2% | -5147.3% | -67.7% |
| Diluted Shares Outstanding | 347 | 340 | 339 | 340 | 341 | 344 | 345 | 343 | 343 | 343 | 344 | 344 | 344 | 344 | 344 | 346 | 346 | 345 | 346 | 346 | 347 | 347 | 346 | 347 | 347 | 347 | 347 | 347 |

Source: Company Reports; Jefferies

## Table 2 - Mattel - Sales by Division ($M)

| | FY 2015 | FY 2016 | Q1 Mar-17 | Q2 Jun-17 | Q3 Sep-17 | Q4 Dec-17 | FY 2017 | Q1 Mar-18 | Q2 Jun-18 | Q3 Sep-18 | Q4 Dec-18 | FY 2018 | Q1 Mar-19 | Q2 Jun-19 | Q3 Sep-19 | Q4E Dec-19 | FYE 2019 | Q1E Mar-20 | Q2E Jun-20 | Q3E Sep-20 | Q4E Dec-20 | FYE 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Key Revenue Segments** | | | | | | | | | | | | | | | | | | | | | | |
| Barbie | 905.9 | 971.8 | 123.4 | 152.2 | 329.6 | 349.7 | 954.9 | 152.7 | 170.7 | 374.7 | 390.8 | 1,088.9 | 163.5 | 186.5 | 412.8 | 359.5 | 1,122.3 | 143.9 | 177.2 | 425.2 | 370.3 | 1,116.6 |
| % Change | -10.3% | 7.3% | -12.5% | -5.2% | -5.7% | 9.1% | -1.7% | 23.7% | 12.2% | 13.7% | 11.8% | 14.0% | 7.1% | 9.3% | 10.2% | -8.0% | 3.1% | -12.0% | -5.0% | 3.0% | 3.0% | -0.5% |
| Wheels | 831.4 | 885.2 | 139.8 | 138.4 | 250.0 | 263.3 | 791.5 | 144.9 | 167.3 | 235.0 | 286.8 | 834.0 | 150.5 | 175.2 | 293.3 | 278.2 | 897.2 | 144.5 | 178.7 | 299.2 | 283.8 | 906.1 |
| % Change | 10.1% | 6.5% | 3.6% | -14.7% | -11.3% | -14.0% | -10.6% | 3.6% | 20.9% | -6.0% | 8.9% | 5.4% | 3.9% | 4.7% | 24.8% | -3.0% | 7.6% | -4.0% | 2.0% | 2.0% | 2.0% | 1.0% |
| Fisher-Price Brands | 1,852.2 | 1,888.1 | 246.9 | 275.9 | 463.7 | 425.9 | 1,412.4 | 187.8 | 236.2 | 409.5 | 352.2 | 1,185.7 | 172.4 | 222.4 | 396.3 | 341.6 | 1,132.7 | 172.4 | 222.4 | 404.2 | 348.5 | 1,147.5 |
| % Change | 0.5% | 1.9% | -9.4% | -20.3% | -29.9% | -29.9% | -25.2% | -23.9% | -14.4% | -11.7% | -17.3% | -16.1% | -8.2% | -5.8% | -3.2% | -3.0% | -4.5% | 0.0% | 0.0% | 2.0% | 2.0% | 1.3% |
| Other (includes AG) | 2,694.1 | 2,328.6 | 274.9 | 434.8 | 573.1 | 655.5 | 1,938.3 | 314.6 | 379.9 | 523.2 | 519.4 | 1,737.1 | 293.7 | 378.1 | 554.4 | 686.0 | 1,912.2 | 264.3 | 374.3 | 565.5 | 699.8 | 1,903.9 |
| % Change | | -13.6% | -33.5% | 13.3% | -16.0% | -22.8% | -16.8% | 14.4% | -12.6% | -8.7% | -20.8% | -10.4% | -6.6% | -0.5% | 6.0% | 5.0% | 10.1% | -10.0% | -1.0% | 2.0% | 2.0% | -0.4% |
| Gross Sales | 6,283.6 | 6,073.7 | 814.6 | 1,068.5 | 1,710.2 | 1,920.8 | 5,514.0 | 800.0 | 954.1 | 1,606.7 | 1,714.7 | 5,188.1 | 780.1 | 962.2 | 1,656.8 | 1,665.4 | 5,064.5 | 725.1 | 952.6 | 1,694.1 | 1,702.3 | 5,074.1 |
| % Change | -6.5% | -3.3% | -15.3% | 1.5% | -13.4% | -7.8% | -9.2% | -1.8% | -10.7% | -6.1% | -10.7% | -5.9% | -2.5% | 0.8% | 3.1% | -2.9% | -2.4% | -7.1% | -1.0% | 2.2% | 2.2% | 0.2% |
| Trade Discounts | (581.0) | (617.1) | (79.0) | (94.0) | (149.2) | (309.9) | (632.1) | (91.6) | (113.4) | (169.2) | (190.5) | (564.7) | (90.9) | (102.2) | (175.4) | (199.8) | (568.3) | (79.8) | (100.0) | (177.9) | (178.7) | (536.4) |
| % of Gross Sales | -9.2% | -10.2% | -9.7% | -8.8% | -8.7% | -16.1% | -11.5% | -11.5% | -11.9% | -10.5% | -11.1% | -10.9% | -11.7% | -10.6% | -10.6% | -12.0% | -11.2% | -11.0% | -10.5% | -10.5% | -10.5% | -10.6% |
| Net Sales | 5,702.6 | 5,456.7 | 735.6 | 974.5 | 1,561.0 | 1,610.9 | 4,925.0 | 708.4 | 840.7 | 1,437.5 | 1,524.2 | 4,510.7 | 689.2 | 860.0 | 1,481.4 | 1,465.6 | 4,496.2 | 645.3 | 852.6 | 1,516.2 | 1,523.6 | 4,537.7 |
| % Change | -5.3% | -4.3% | -15.4% | 1.8% | -13.1% | -12.2% | -9.7% | -3.7% | -13.7% | -7.9% | -5.4% | -8.4% | -2.7% | 2.3% | 3.1% | -3.8% | -0.3% | -6.4% | -0.9% | 2.3% | 4.0% | 0.9% |
| **Revenues By Region** | | | | | | | | | | | | | | | | | | | | | | |
| **North America** | | | | | | | | | | | | | | | | | | | | | | |
| Barbie | 433.9 | 489.1 | 46.9 | 67.5 | 171.1 | 165.3 | 450.9 | 60.5 | 69.2 | 208.8 | 197.3 | 535.8 | 69.3 | 78.5 | 221.2 | | | | | | | |
| Wheels | 409.9 | 446.0 | 62.5 | 55.5 | 116.6 | 125.2 | 381.7 | 63.5 | 70.8 | 120.7 | 125.2 | 380.2 | 67.1 | 68.6 | 140.8 | | | | | | | |
| Fisher-Price Brands | 1,114.9 | 1,111.9 | 133.1 | 150.9 | 257.4 | 284.7 | 928.8 | 99.8 | 128.5 | 255.2 | 182.4 | 665.9 | 96.6 | 124.6 | 250.9 | | | | | | | |
| American Girl | 572.0 | 568.3 | 82.2 | | | 217 | 451.4 | 65.0 | 44.4 | 63.8 | 165.0 | 338.2 | 45.6 | 33.5 | 54.8 | | | | | | | |
| Power Brands | 2,530.7 | 2,615.3 | 325 | 274 | 545 | 792 | 2,212.8 | 288.8 | 268.5 | 648.5 | 669.9 | 1,875.7 | 232.9 | 271.7 | 612.9 | | | | | | | |
| Total Toy Box/Other | 1,125.2 | 665.2 | 124 | 233 | 294 | 262 | 913.0 | 124.5 | 174.4 | 301.6 | 239.8 | 840.3 | 136.5 | 175.7 | 212.7 | | | | | | | |
| Total North America Gross Sales | 3,656 | 3,604.5 | 448.3 | 574.8 | 839.3 | 1,054.3 | 2,536.7 | 413.3 | 442.9 | 950.1 | 909.7 | 2,716.0 | 369.4 | 447.4 | 825.6 | | | | | | | |
| **International** | | | | | | | | | | | | | | | | | | | | | | |
| Barbie | 472 | 483 | 77 | 85 | 159 | 184 | 504 | 92.2 | 101.6 | 165.9 | 193.6 | 553.3 | 94.2 | 108.1 | 191.6 | | | | | | | |
| Wheels | 421 | 439 | 77 | 83 | 133 | 149 | 465 | 81.5 | 96.5 | 114.2 | 161.6 | 453.8 | 83.5 | 106.6 | 152.5 | | | | | | | |
| Fisher-Price Brands | 737 | 776 | 114 | 125 | 206 | 206 | 748 | 88.0 | 107.7 | 154.3 | 169.8 | 519.8 | 75.8 | 97.8 | 145.4 | | | | | | | |
| Power Brands | 1,631 | 1,698 | 268 | 293 | 498 | 539 | 1,718 | 261.7 | 306.6 | 434.9 | 525.5 | 1,528.7 | 253.5 | 312.5 | 489.5 | | | | | | | |
| Total Toy Box/Other | 973 | 750 | 99 | 201 | 279 | 328 | 786 | 122.6 | 160.1 | 221.5 | 279.4 | 783.6 | 111.7 | 168.1 | 232.1 | | | | | | | |
| Total International Gross Sales | 2,604 | 2,448 | 366 | 494 | 777 | 867 | 2,504 | 384.3 | 466.7 | 656.4 | 804.9 | 2,312.3 | 365.2 | 480.5 | 721.6 | | | | | | | |

Source: Company Reports; Jefferies

## Table 3 - Mattel - Balance Sheet ($M)

| | FY 2015 | FY 2016 | Q1 Mar-17 | Q2 Jun-17 | Q3 Sep-17 | Q4 Dec-17 | FY 2017 | Q1 Mar-18 | Q2 Jun-18 | Q3 Sep-18 | Q4 Dec-18 | FY 2018 | Q1 Mar-19 | Q2 Jun-19 | Q3 Sep-19 | Q4E Dec-19 | FYE 2019 | Q1E Mar-20 | Q2E Jun-20 | Q3E Sep-20 | Q4E Dec-20 | FYE 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Equivalents | 893 | 870 | 382 | 275 | 181 | 1,079 | 1,079 | 527 | 229 | 209 | 595 | 595 | 380 | 194 | 218 | 443 | 443 | 933 | 773 | 660 | 870 | 870 |
| Accounts Receivable | 1,145 | 1,115 | 807 | 918 | 1,506 | 1,129 | 1,129 | 676 | 780 | 1,313 | 970 | 970 | 625 | 756 | 1,291 | 989 | 989 | 623 | 756 | 1,142 | 976 | 976 |
| Total Inventories | 588 | 614 | 770 | 936 | 990 | 601 | 601 | 678 | 715 | 726 | 542 | 542 | 616 | 722 | 702 | 509 | 509 | 576 | 696 | 581 | 519 | 519 |
| Prepaids & Other Assets | 572 | 342 | 363 | 374 | 353 | 303 | 303 | 341 | 327 | 287 | 245 | 245 | 267 | 225 | 226 | 225 | 225 | 267 | 222 | 291 | 295 | 295 |
| Total Current Assets | 3,197 | 2,940 | 2,321 | 2,503 | 3,030 | 3,112 | 3,112 | 2,222 | 2,051 | 2,535 | 2,352 | 2,352 | 1,895 | 1,916 | 2,437 | 2,167 | 2,167 | 2,400 | 2,446 | 2,675 | 2,660 | 2,660 |
| Property, Plant & Equipment | 741 | 771 | 784 | 808 | 821 | 785 | 785 | 757 | 720 | 677 | 658 | 658 | 622 | 596 | 572 | 553 | 553 | 821 | 821 | 821 | 804 | 804 |
| Other Assets | 2,615 | 2,780 | 2,816 | 2,858 | 2,348 | 2,342 | 2,342 | 2,326 | 2,282 | 2,270 | 2,233 | 2,233 | 2,238 | 2,218 | 2,221 | 2,248 | 2,248 | 2,348 | 2,348 | 2,348 | 2,110 | 2,110 |
| Right-of-use Assets | 0 | 0 | | | | | 0 | | | | | 0 | 327 | 317 | 306 | 306 | 306 | 306 | 306 | 306 | 306 | 306 |
| Total Assets | 6,553 | 6,491 | 5,921 | 6,168 | 6,200 | 6,239 | 6,239 | 5,304 | 5,053 | 5,482 | 5,243 | 5,243 | 5,082 | 5,047 | 5,528 | 5,275 | 5,275 | 5,875 | 5,922 | 6,151 | 5,880 | 5,880 |
| Short-term Borrowings | 17 | 192 | 180 | 507 | 733 | 0 | 0 | 0 | 80 | 275 | 4 | 4 | 0 | 45 | 230 | 55 | 55 | 205 | 355 | 505 | 330 | 330 |
| Current Portion of Long-term Liabilities | 300 | 0 | 250 | 250 | 250 | 250 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | 1,310 | 1,294 | 932 | 1,001 | 1,282 | 1,364 | 1,364 | 977 | 1,014 | 1,213 | 1,238 | 1,238 | 987 | 1,007 | 1,245 | 1,146 | 1,146 | 1,282 | 1,282 | 1,282 | 1,113 | 1,113 |
| Income Taxes Payable | 19 | 20 | 9 | 4 | 32 | 10 | 10 | 10 | 3 | 6 | 10 | 10 | 19 | 23 | 49 | 16 | 16 | 32 | 32 | 32 | 16 | 16 |
| Total Current Liabilities | 1,646 | 1,506 | 1,371 | 1,763 | 2,297 | 1,624 | 1,624 | 987 | 1,097 | 1,494 | 1,253 | 1,253 | 1,006 | 1,075 | 1,524 | 1,218 | 1,218 | 1,520 | 1,670 | 1,820 | 1,459 | 1,459 |
| Total Debt | 1,800 | 2,134 | 1,885 | 1,886 | 1,886 | 2,873 | 2,873 | 2,872 | 2,848 | 2,850 | 2,852 | 2,852 | 2,854 | 2,855 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 | 2,857 |
| Noncurrent Lease Liabilities | | | | | | | | | | | | | 295 | 285 | 274 | 274 | 274 | 274 | 274 | 274 | 274 | 274 |
| Other Long-term Liabilities | 474 | 446 | 449 | 452 | 576 | 484 | 484 | 463 | 444 | 472 | 470 | 470 | 409 | 411 | 420 | 420 | 420 | 420 | 420 | 420 | 420 | 420 |
| Total Liabilities | 3,920 | 4,086 | 3,705 | 4,101 | 4,760 | 4,981 | 4,981 | 4,322 | 4,389 | 4,815 | 4,574 | 4,574 | 4,564 | 4,625 | 5,074 | 4,768 | 4,768 | 5,070 | 5,220 | 5,370 | 5,010 | 5,010 |
| **Stockholders Equity** | | | | | | | | | | | | | | | | | | | | | | |
| Total Stockholders Equity | 2,633 | 2,405 | 2,216 | 2,067 | 1,440 | 1,258 | 1,258 | 986 | 664 | 666 | 670 | 670 | 519 | 421 | 454 | 507 | 507 | 805 | 702 | 781 | 870 | 870 |
| Total Liabilities & Equity | 6,553 | 6,491 | 5,921 | 6,168 | 6,200 | 6,239 | 6,239 | 5,304 | 5,053 | 5,482 | 5,243 | 5,243 | 5,082 | 5,047 | 5,528 | 5,275 | 5,275 | 5,875 | 5,922 | 6,151 | 5,880 | 5,880 |

Source: Company Reports; Jefferies

October 30, 2019
Please see important disclosure information on pages 5 - 10 of this report.

3

Ex. 18 - 512

# Jefferies

### Table 4 - Mattel- Cash Flow ($M)

| | FY 2014 | FY 2015 | Q1 Mar-16 | Q2 Jun-16 | Q3 Sep-16 | Q4 Dec-16 | FY 2016 | Q1 Mar-17 | Q2 Jun-17 | Q3 Sep-17 | Q4 Dec-17 | FY 2017 | Q1 Mar-18 | Q2 Jun-18 | Q3 Sep-18 | Q4 Dec-18 | FY 2018 | Q1 Mar-19 | Q2 Jun-19 | Q3E Sep-19 | Q4E Dec-19 | FYE 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | 499 | 369 | (73) | (92) | 144 | 318 | 318 | (113) | (169) | (773) | (1,054) | (1,054) | (311) | (552) | (546) | (531) | (531) | (184) | (292) | (202) | (223) | (223) |
| Gain on sale of investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net (gain) loss on sale of PP&E & Asset Impairments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 56 | 56 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 |
| Non-cash restructuring and other charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 562 | 643 | 643 | 84 | 110 | 138 | 152 | 152 | 24 | 38 | 73 | 98 | 98 |
| Depreciation | 208 | 233 | 60 | 119 | 178 | 236 | 236 | 59 | 118 | 180 | 241 | 241 | 59 | 117 | 180 | 233 | 233 | 52 | 104 | 112 | 155 | 155 |
| Amortization | 41 | 32 | 6 | 13 | 20 | 27 | 27 | 5 | 11 | 16 | 34 | 34 | 10 | 20 | 30 | 39 | 39 | 10 | 20 | 20 | 20 | 20 |
| Deferred Income Taxes | 8 | 4 | (35) | (60) | (38) | 1 | 1 | (45) | (71) | 2 | (20) | (20) | (1) | (1) | 1 | 12 | 12 | (0) | 0 | 0 | 0 | 0 |
| Share-based compensation | 31 | 57 | 12 | 26 | 39 | 54 | 54 | 13 | 31 | 48 | 67 | 67 | 14 | 22 | 36 | 49 | 49 | 12 | 24 | 36 | 49 | 49 |
| | | | | | | | | | | | | | | | | | | | | | | |
| Accounts receivable, net | 90 | (136) | 403 | 351 | (390) | (24) | (24) | 324 | 225 | (356) | 14 | 14 | 403 | 274 | (256) | 76 | 76 | 351 | 223 | (313) | (11) | (11) |
| Inventories | 43 | (74) | (96) | (290) | (311) | (37) | (37) | (146) | (303) | (359) | (92) | (92) | (100) | (185) | (210) | (54) | (54) | (95) | (208) | (187) | 5 | 5 |
| Prepaid expenses and other | (25) | (37) | 21 | 8 | 25 | 35 | 35 | (25) | (39) | (19) | 34 | 34 | (40) | (28) | 9 | 56 | 56 | (28) | 0 | 18 | 19 | 19 |
| Accounts payable, accrued expenses and income taxes payal | (35) | 248 | (359) | (311) | 42 | 9 | 9 | (363) | (298) | 10 | 98 | 98 | (367) | (329) | (108) | (55) | (55) | (328) | (308) | (70) | (169) | (169) |
| Other, net | 28 | 38 | (28) | (5) | (40) | (24) | (24) | (18) | (53) | (66) | (49) | (49) | (23) | (6) | (6) | (6) | (6) | (8) | (9) | (3) | (39) | (39) |
| **Net cash provided by (used in) operating activities:** | 889 | 735 | (89) | (241) | (331) | 595 | 595 | (310) | (549) | (740) | (28) | (28) | (274) | (557) | (731) | (27) | (27) | (193) | (401) | (514) | (96) | (96) |
| | | | | | | | | | | | | | | | | | | | | | | |
| Purchases of tools, dies and molds | (147) | (142) | (31) | (69) | (102) | (140) | (140) | (29) | (71) | (101) | (129) | (129) | (21) | (37) | (58) | (75) | (75) | (11) | (21) | (21) | (21) | (21) |
| Purchases of other property, plant and equipment | (113) | (112) | (14) | (42) | (78) | (122) | (122) | (41) | ($78) | ($134) | ($168) | (168) | ($26) | ($41) | ($53) | ($78) | (78) | ($13) | ($27) | ($35) | ($78) | (78) |
| Proceeds from sale of investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments for business acquired | (423) | 0 | (33) | (33) | (33) | (33) | (33) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from sale of other property, plant and equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other, net | (25) | (28) | 23 | 20 | 8 | (17) | (17) | (0) | 43 | 60 | 61 | 61 | 17 | (7) | (4) | (8) | (8) | 5 | 4 | 4 | 4 | 4 |
| **Net cash provided by (used in) investing activities** | (709) | (282) | (55) | (124) | (205) | (312) | (312) | (45) | (106) | (175) | (236) | (236) | (31) | (85) | (115) | (161) | (161) | (19) | (44) | (78) | (95) | (95) |
| | | | | | | | | | | | | | | | | | 0 | | | | | 0 |
| Payments of short-term borrowings | (4) | 0 | (17) | (17) | (84) | (84) | (84) | (192) | (372) | (879) | (1,612) | (1,612) | 0 | 0 | 0 | 0 | 0 | (4) | 0 | 0 | 0 | 0 |
| Proceeds from short-term borrowings | 0 | 17 | 0 | 67 | 67 | 259 | 259 | 180 | 687 | 1,419 | 1,419 | 1,419 | 0 | 80 | 275 | 4 | 4 | 0 | 41 | 226 | 51 | 51 |
| Payments of long-term debt | (45) | 0 | 0 | 0 | 0 | (300) | (300) | 0 | 0 | 0 | 0 | 0 | (250) | (750) | (750) | (750) | (750) | 0 | 0 | 0 | 0 | 0 |
| Proceeds from long-term debt | 495 | 0 | 0 | 0 | 350 | 350 | 350 | 0 | 0 | 0 | 989 | 989 | 0 | 476 | 476 | 472 | 472 | 0 | 0 | 0 | 0 | 0 |
| Purchase of treasury stock | (177) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment of dividends on common stock | (515) | (515) | (129) | (259) | (389) | (519) | (519) | (130) | (260) | (312) | (312) | (312) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from exercise of stock options | 43 | 15 | 12 | 17 | 29 | 34 | 34 | 1 | 2 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other, net | (25) | (17) | (1) | (2) | (16) | (22) | (22) | (2) | (4) | (17) | (28) | (28) | (2) | (4) | (11) | (11) | (11) | (0) | 0 | (0) | (11) | (11) |
| **Net cash provided by (used in) financing activities** | (227) | (500) | (134) | (194) | (43) | (281) | (281) | (143) | 51 | 214 | 458 | 458 | (252) | (198) | (11) | (285) | (285) | (4) | 41 | 216 | 40 | 40 |
| | | | | | | | | | | | | | | | | | 0 | | | | | 0 |
| Foreign Currency effects on cash flow | (20) | (31) | (15) | (16) | (16) | (24) | (24) | 10 | 10 | 13 | 15 | 15 | 4 | (11) | (13) | (12) | (12) | 2 | 3 | 0 | 0 | 0 |
| Increase in cash and cash equivalents | (68) | (79) | (293) | (575) | (596) | (23) | (23) | (488) | (594) | (688) | 210 | 210 | (552) | (851) | (870) | (485) | (485) | (214) | (400) | (376) | (151) | (151) |
| Cash and cash equivalents - beginning of period | 1,369 | 972 | 893 | 893 | 893 | 893 | 893 | 870 | 870 | 870 | 870 | 870 | 1,079 | 1,079 | 1,079 | 1,079 | 1,079 | 594 | 594 | 594 | 594 | 594 |
| **Cash and cash equivalents - end of period** | 972 | 893 | 600 | 318 | 297 | 870 | 870 | 382 | 276 | 182 | 1,079 | 1,079 | 527 | 229 | 209 | 594 | 594 | 380 | 194 | 218 | 443 | 443 |

Source: Company Reports; Jefferies

October 30, 2019
Please see important disclosure information on pages 5 - 10 of this report.

4

Ex. 18 - 513



## Company Description

**Mattel, Inc.**

Mattel, Inc. is a global designer, manufacturer and distributor of traditional toys and family products. The company reports revenue in four principal brand/product segments: Mattel Girls & Boys, Fisher-Price, American Girl, and Construction and Arts & Crafts. Mattel Girls & Boys includes brands such as Barbie, Monster High, and Hot Wheels. Fisher-Price includes Fisher-Price, Little People, and Thomas & Friends. American Girl includes Truly Me, and Construction and Arts & Crafts includes Mega Bloks. Mattel reports gross sales for three key reporting segments: North America, International and American Girl. Mattel operates in 40 countries and territories worldwide and has more than 31,000 employees. Mattel was founded in 1945 and is headquartered in El Segundo, California.

## Company Valuation/Risks

**Mattel, Inc.**

Our $11 PT is based on 11x FY20 Adj. EBITDA; debatable premium to historical range at 10x. Risks: competition, FX, turnover, COGS variability, brand fatigue, & distribution.

## Analyst Certification:

I, Stephanie Wissink, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Ashley Helgans, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Sebastian Barbero, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Published      October 30, 2019 , 00:10 ET.
Recommendation Distributed      October 30, 2019 , 00:10 ET.

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Mattel, Inc.

**Explanation of Jefferies Ratings**

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.
Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.
Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.
The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

Ex. 18 - 514

# Jefferies

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

## Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



Rating and Price Target History for: Mattel, Inc. (MAT) as of 10-28-2019

| Date | Rating | Date | Rating | Date | Rating | Date | Rating | Date | Rating | Date | Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/26/2017 | BUY:$32.00 | 03/24/2017 | D:BUY:$32.00 | 06/08/2017 | I:HOLD:$22.00 | 06/14/2017 | HOLD:$19.00 | 07/28/2017 | HOLD:$17.00 | 09/21/2017 | HOLD:$14.00 |
| 10/27/2017 | HOLD:$12.50 | 12/01/2017 | HOLD:$16.50 | 12/11/2017 | HOLD:$14.00 | 02/02/2018 | HOLD:$12.50 | 02/26/2018 | UNPF:$13.00 | 03/15/2018 | UNPF:$12.00 |
| 04/11/2018 | HOLD:$13.00 | 08/01/2018 | HOLD:$14.00 | 10/26/2018 | HOLD:$13.00 | 04/03/2019 | HOLD:$12.00 | 08/23/2019 | HOLD:$10.50 | | |

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

October 30, 2019
Please see important disclosure information on pages 5 - 10 of this report.

6

# Jefferies

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1211 | 53.61% | 85 | 7.02% | 13 | 1.07% |
| **HOLD** | 895 | 39.62% | 22 | 2.46% | 3 | 0.34% |
| **UNDERPERFORM** | 153 | 6.77% | 1 | 0.65% | 0 | 0.00% |

October 30, 2019
Please see important disclosure information on pages 5 - 10 of this report.

7

**Ex. 18 - 516**



**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Pty Limited (ACN 623 059 898), which holds an Australian Financial Services License (AFSL 504712) and is located at Level 54, Governor Phillip Tower, 1 Farrer Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

\* \* \*

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

October 30, 2019

Please see important disclosure information on pages 5 - 10 of this report.

8

Ex. 18 - 517

# Jefferies

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report may contain general advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document. This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the

---

October 30, 2019

Please see important disclosure information on pages 5 - 10 of this report.

9

**Ex. 18 - 518**

# Jefferies

use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2019 Jefferies Group LLC

October 30, 2019

Please see important disclosure information on pages 5 - 10 of this report.

10

Ex. 18 - 519