# EXHIBIT 19

Ex. 19 - 520

# MKM PARTNERS

*Your Vision. Our Focus.*

**Eric Handler**, Managing Director
(203) 987-4015  ehandler@mkmpartners.com

Earnings Review

Entertainment: Toys

# Mattel, Inc. (MAT, Neutral, $14.00)

## Making Progress Towards Profit Restoration; Whistleblower Resolution Removes Big Overhang

**October 30, 2019**

### Key Data

| | |
|---|---|
| Rating | Neutral |
| Fair Value Estimate | $14.00 |
| Current Price | $10.56 |
| 52-Wk Range | $17.27 - $9.06 |
| Avg. Vol. (3m) | 5,888 |
| Shares Out (mn) | 348.5 |
| Market Cap (mn) | 3,680.2 |
| Enterprise Value (mn) | $6,629.3 |
| Total Cash (mn) | $218.3 |
| Total Debt (mn) | $2,856.8 |
| Total Debt/Cap | 0.7% |
| Fiscal Year End | Dec. |

### Profitability & Valuation

| | 2018A | 2019E | 2020E |
|---|---|---|---|
| Operating Income (mn) | (122.3) | 120.4 | 320.5 |

### Price Performance



Source: Factset

**3Q outperformance, whistleblower resolution are significant positives steps.** Mattel continues to make progress as it continues to make significant strides towards restoring profitability and regaining top line momentum. The better than expected 3Q results were made notable as revenue increased for a second consecutive quarter for the first time in six years and EPS saw y/y improvement for a fifth consecutive quarter. The company's recovery efforts are taking hold in 2019 and we are becoming more comfortable with a return to positive EPS in 2020. However, we remain concerned about the ability to achieve consistent revenue growth (especially for Fisher Price to turn the corner and grow), the slope of Mattel's EPS growth curve over the next two years and our FCF expectations will remain negative in 2020. Our fair value estimate remains $14, which is based on a steep 22x our 2021E EPS.

**3Q results exceed projections.** Revenue and EPS of $1.482bn (+3%) and $0.26 (+43%), beat our/consensus estimates of $1.436bn/$1.429bn and $0.18/$0.16, respectively. Management noted it pulled forward 100bps-200bps of direct import revenue from 4Q as it worked with customers to address potential tariff issues. Revenue growth occurred in three out of the four business segments, with each of the positive growth categories exceeding projections. Barbie and Hot Wheels remained the most significant growth drivers with revenue up 10% and 25% on a reported basis, respectively, which helped offset a 3% decline with Fisher Price/Thomas & Friends and a 14% decrease with American Girl. Domestic gross revenue fell 1% while International gross revenue increased 10% (+13% in constant currency) with gains in EMEA (+10%), Latin America (+7%) and Asia Pacific (+14%). Gross margin improved to 46.9% (ahead of our 42.5% estimate) from 43.0% last year, aided by savings from the Structural Simplification initiative plus a favorable product mix. Operating margin of 11.7% was up 100bps y/y and topped our outlook of 10.1% as the revenue and gross margin outperformance helped offset higher than expected operating expenses (as a $28mn benefit from Structural Simplificaton efforts was negated by higher incentive compensation plus higher fulfillment and legal fees).

**2019 moving higher on 3Q outperformance, partially offset by modestly lower 4Q expectations.** Fueled by the 3Q upside we are raising our 2019 revenue and EPS to $4.516bn (flat) and a loss of $0.39, respectively, from $4.498bn and a loss of $0.43. That said, we did lower our 4Q revenue and EPS to $1.485bn and $0.04, respectively, from $1.513bn and $0.07. The modest decrease in revenue reflects the direct import revenue which was pulled forward into 3Q as well as increased FX headwinds and management's cautionary statements about having fewer holiday shopping days versus last year and a more competitive marketplace.

**Whistleblower issue is settled, which removes a major overhang.** In our opinion, last night's 20% increase in Mattel's shares in after-hours trading was a direct result of the company resolving its outstanding whistleblower complaint. Management revealed its whistleblower letter pertained to material weakness in Mattel's internal controls over financial reporting. Specifically, income tax expense was overstated in 3Q17 by $109mn and then understated by the same amount in 4Q17. Bulls were relieved the issue was far less severe than feared and the financial impact is non-cash. Although the company did not draw a direct link, we believe news that CFO, Joe Euteneuer will be stepping down after a transition period of up to 6-months is the most significant fallout from the complaint.

| Revenue (mn) | Q1 | Q2 | Q3 | Q4 | Year | Mult | EPS (FD) Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2018A** | 708.4 | 840.6 | 1,437.5 | 1,524.2 | 4,510.9 | 0.8x | **2018A** | ($0.85) | ($0.56) | $0.18 | $0.04 | ($1.19) | NM |
| **2019E** | 689.2A | 860.1A | 1,481.6A | 1,484.8E | 4,515.7E | 0.8x | **2019E** | ($0.44)A | ($0.25)A | $0.26A | $0.04E | ($0.39)E | NM |
| *MKM Prior (E)* | | | | 1,512.6E | 4,498.2E | 0.9x | *MKM Prior (E)* | | | | $0.07E | ($0.43)E | NM |
| **2020E** | — | — | — | | 4,629.5E | 0.8x | **2020E** | — | — | — | | $0.33E | 31.6x |
| *MKM Prior (E)* | | | | | 4,588.7E | 0.8x | *MKM Prior (E)* | | | | | $0.35E | 30.5x |

Headquarters: 300 First Stamford Place, 4th Floor East, Stamford, CT 06902
Member FINRA and SIPC. Additional Information on all of our research calls is available upon request.

**See pages 5-6 for analyst certification and important disclosures.**

**THIS RESEARCH REPORT IS FOR INSTITUTIONAL INVESTORS ONLY**

**MKM** PARTNERS

MAT: Making Progress Towards Profit Restoration; Whistleblower Resolution Removes Big Overhang

**Figure 1: Mattel Quarterly Comparisons (in $millions, except per share data)**

| | 3Q18A | 3Q19A | Growth | 3Q19E | Estimated Growth | Variance | Consensus |
|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | |
| Dolls | $538 | $568 | 5.4% | $543 | 0.9% | 4.4% | $543 |
| Infant/Toddler/Preschool | $483 | $431 | (10.8%) | $433 | (10.4%) | (0.5%) | $433 |
| Vehicles | $307 | $347 | 13.2% | $307 | 0.1% | 13.1% | $311 |
| Action Figures/Building Sets/Games | $278 | $311 | 11.9% | $303 | 9.0% | 2.6% | $292 |
| Gross Sales | $1,607 | $1,657 | 3.1% | $1,587 | (1.2%) | 4.4% | $1,579 |
| Adjustments | ($169) | ($175) | 3.7% | $(151) | ( 10.9)% | 16.3% | ($150) |
| **Total Net Sales** | **$1,438** | **$1,482** | **3.1%** | **$1,436** | **(0.1%)** | 3.1% | **$1,429** |
| | | | | | | | |
| **Adjusted Gross Profit** | **$619** | **$696** | **12.4%** | **$610** | **(1.4%)** | 14.0% | **$617** |
| *Gross Margin* | *43.0%* | *47.0%* | *390 bps* | *42.5%* | *(55 bps)* | *(445 bps)* | *43.2%* |
| | | | | | | | |
| Operating Expenses | ($491) | ($536) | 9.2% | ($475) | (3.2%) | | |
| Adjustments | $26 | $15 | (43.1%) | $10 | (60.8%) | | |
| Total Adjusted Operating Expenses | ($466) | ($522) | 12.1% | ($465) | (0.0%) | (12.1)% | ($477) |
| | | | | | | | |
| **Adjusted Operating Income** | **$153** | **$174** | **13.4%** | **$145** | **(5.3%)** | 19.8% | **$140** |
| *% Margin* | *10.7%* | *11.7%* | *107 bps* | *10.1%* | *(56 bps)* | *(163 bps)* | *9.8%* |
| | | | | | | | |
| **Adjusted EPS - (ex unusual items)** | **$0.18** | **$0.26** | **43.1%** | **$0.18** | **2.2%** | 39.9% | **$0.16** |
| Diluted Shares Outstanding | 346 | 349 | 0.8% | 347 | 0.4% | 0.4% | |
| | | | | | | | |
| **EBITDA & Adjusted EBITDA** | | | | | | | |
| Net (loss) income, as reported | $6 | $71 | 1,020.6% | $57 | 811.4% | 23.0% | |
| Adjustments: | | | | | | | |
| Interest expense | 48 | 48 | (0.9%) | 47 | (2.1%) | 1.2% | |
| (Benefit) provision for income taxes | 66 | 31 | (52.6%) | 31 | (53.4%) | 1.6% | |
| Depreciation | 62 | 53 | (15.2%) | 51 | (18.5%) | 4.1% | |
| Amortization | 10 | 10 | (3.9%) | 10 | (2.8%) | (1.1%) | |
| EBITDA | 193 | 212 | 9.9% | 196 | 1.5% | 8.3% | |
| | | | | | | | |
| Adjustements: | | | | | | | |
| Asset impairments | --- | --- | --- | --- | --- | --- | |
| Share based compensation | 14 | 15 | 7.5% | 16 | 14.8% | (6.3%) | |
| Severance and restructuring | 26 | 17 | (34.1%) | 10 | (60.8%) | 68.0% | |
| Recalls | --- | 4 | --- | --- | --- | --- | |
| Sale of assets | --- | --- | --- | --- | --- | --- | |
| Other | --- | --- | --- | --- | --- | --- | |
| **Adjusted EBITDA** | **$232** | **$248** | **6.6%** | **$222** | **(4.6%)** | 11.7% | **$217** |
| *% Growth* | *---* | *6.6%* | | *(4.6%)* | | | |
| *% Margin* | *16.2%* | *16.7%* | | *15.4%* | | | |

*Source: Company reports, MKM Partners estimates*

**Figure 2: Mattel Estimate Revisions ($ millions, except EPS)**

| | OLD 4Q19E | NEW 4Q19E | OLD 2019E | NEW 2019E | OLD 2020E | NEW 2020E |
|---|---|---|---|---|---|---|
| Adj Net Sales | $1,513 | $1,485 | $4,498 | $4,516 | $4,589 | $4,629 |
| Gross profit | $688 | $683 | $1,904 | $1,984 | $2,065 | $2,083 |
| Gross margin % | 45.5% | 46.0% | 42.3% | 43.9% | 45.0% | 45.0% |
| Operating Income | $85.9 | $77.6 | $100.0 | $120.4 | $325.8 | $320.5 |
| Operating Margin % | 5.7% | 5.2% | 2.2% | 2.7% | 7.1% | 6.9% |
| Adjusted EPS | $0.07 | $0.04 | $(0.43) | $(0.39) | $0.35 | $0.33 |

*Source: Company reports, FactSet, MKM Partners*

**Ex. 19 - 522**

**MKM** PARTNERS

MAT: Making Progress Towards Profit Restoration; Whistleblower Resolution Removes Big Overhang

### Figure 3: Mattel Quarterly Income Statement ($ millions, except per-share data)

| | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | $708.4 | $840.6 | $1,437.5 | $1,524.2 | $4,510.7 | $689.2 | $860.1 | $1,481.6 | $1,484.8 | $4,515.7 |
| Y/Y Growth | (3.7)% | (13.7)% | (10.4)% | (5.4)% | (8.4)% | (2.7)% | 2.3% | 3.1% | (2.6)% | 0.1% |
| | | | | | | | | | | |
| Cost of sales | (489.5) | (587.5) | (824.4) | (814.7) | (2,716) | (449.5) | (518.7) | (795.1) | (801.8) | (2,565) |
| Gross profit (as reported) | $218.9 | $253.1 | $613.1 | $709.5 | $1,794.6 | $239.7 | $341.4 | $686.5 | $683.0 | $1,950.6 |
| Adjustments | 3.0 | 2.8 | 5.7 | --- | 11.5 | 21.9 | 2.2 | 9.1 | --- | 33.2 |
| **Adjusted Gross Profit** | $221.9 | $255.9 | $618.8 | $709.5 | $1,806.1 | $261.6 | $343.6 | $695.6 | $683.0 | $1,983.8 |
| | | | | | | | | | | |
| Advertising and promotion expenses | (70.8) | (82.4) | (165.3) | (207.9) | (526.4) | (69.5) | (84.5) | (170.4) | (240.8) | (565.2) |
| Other selling and administrative expenses | (424.6) | (360.0) | (325.9) | (394.3) | (1,504.8) | (301.3) | (308.3) | (366.0) | (374.6) | (1,350.2) |
| Total operating expenses | (495.5) | (442.4) | (491.2) | (602.2) | (2,031.2) | (370.8) | (392.8) | (536.4) | (615.4) | (1,915.4) |
| Adjustments | 26.3 | 45.1 | 25.5 | $5.9 | 102.8 | $8.7 | $18.8 | $14.5 | $10.0 | 52.0 |
| Total adjusted operating expenses | (469.2) | (397.3) | (465.7) | (596.3) | (1,928.4) | (362.1) | (374.0) | (521.9) | (605.4) | (1,863.4) |
| | | | | | | | | | | |
| Operating Income (as reported) | $(276.6) | $(189.3) | $121.9 | $107.3 | $(236.6) | $(131.1) | $(51.4) | $150.1 | $67.6 | $35.2 |
| | | | | | | | | | | |
| **Operating Income (adjusted)** | $( 247.3) | $( 141.4) | $153.1 | $113.2 | $( 122.3) | $( 100.5) | $( 30.4) | $173.7 | $77.6 | $120.4 |
| Y/Y Growth | 104.9% | 252.4% | (4.4)% | (168.0)% | (26.8)% | (59.4)% | (78.5)% | 13.4% | (31.4)% | (198.5)% |
| % Margin | (34.9)% | (16.8)% | 10.7% | 7.4% | (2.7)% | (14.6)% | (3.5)% | 11.7% | 5.2% | 2.7% |
| | | | | | | | | | | |
| Other expense: | | | | | | | | | | |
| Interest expense | (41.1) | (43.5) | (48.2) | (49.2) | (181.9) | (47.0) | (46.2) | (47.7) | (47.1) | (188.1) |
| Interst income | 3.1 | 1.7 | 0.8 | 0.8 | 6.4 | 2.3 | 1.5 | 0.8 | 0.7 | 5.4 |
| Other expense (income): | 0.6 | (3.1) | (1.9) | (3.0) | (7.4) | (1.9) | 0.3 | (1.3) | (3.0) | (5.9) |
| **Income (loss) before taxes** | (313.9) | (234.1) | 72.7 | 55.9 | (419.5) | (177.7) | (95.8) | 101.9 | 18.2 | (153.4) |
| | | | | | | | | | | |
| Income tax (expense) benefit | 2.7 | (6.9) | (66.3) | (41.2) | (111.8) | (6.2) | (12.2) | (31.4) | (10.9) | (60.7) |
| **GAAP Net income (loss)** | $( 311.2) | $( 241.1) | $6.3 | $14.7 | $( 531.2) | $( 183.9) | $( 108.0) | $70.5 | $7.3 | $( 214.1) |
| | | | | | | | | | | |
| Weighted avg. basic common shares outstanding | 344.4 | 344.6 | 345.3 | 345.7 | 345.0 | 345.9 | 345.9 | 346.7 | 347.2 | 346.4 |
| Effect of dilutive securities | --- | --- | 0.4 | 0.1 | 0.1 | --- | --- | 1.8 | 1.8 | 0.9 |
| Weighted avg. diluted common shares outstanding | 344.4 | 344.6 | 345.7 | 345.8 | 345.1 | 345.9 | 345.9 | 348.5 | 349.0 | 347.3 |
| | | | | | | | | | | |
| Basic EPS | $(0.90) | $(0.70) | $0.02 | $0.04 | $(1.54) | $(0.53) | $(0.31) | $0.20 | $0.02 | $(0.62) |
| Diluted EPS (GAAP) | $(0.90) | $(0.70) | $0.02 | $0.04 | $(1.54) | $(0.53) | $(0.31) | $0.20 | $0.02 | $(0.62) |
| **Diluted EPS (adjusted)** | $(0.85) | $(0.56) | $0.18 | $0.04 | $(1.19) | $(0.44) | $(0.25) | $0.26 | $0.04 | $(0.39) |
| Y/Y Growth | 166.9% | 304.7% | 104.3% | (105.9)% | 8.8% | (48.2)% | (56.2)% | 43.1% | (15.0)% | (67.0)% |
| | | | | | | | | | | |
| **EBITDA & Adjusted EBITDA** | | | | | | | | | | |
| Net (loss) income, as reported | (311.3) | (240.9) | 6.3 | 14.9 | (531.0) | (183.7) | (108.0) | 70.6 | 7.3 | (213.8) |
| Adjustments: | | | | | | | | | | |
| Interest expense | 41.1 | 43.5 | 48.2 | 49.2 | 181.9 | 47.0 | 46.2 | 47.7 | 47.1 | 188.1 |
| (Benefit) provision for income taxes | (2.7) | 6.9 | 66.3 | 41.2 | 111.8 | 6.2 | 12.2 | 31.4 | 10.9 | 60.7 |
| Depreciation | 58.5 | 58.9 | 62.2 | 53.2 | 232.8 | 52.1 | 51.5 | 52.7 | 48.8 | 205.1 |
| Amortization | 10.2 | 9.5 | 10.2 | 9.2 | 39.1 | 10.4 | 9.9 | 9.8 | 9.8 | 39.9 |
| EBITDA | (204.1) | (122.1) | 193.1 | 167.7 | 34.6 | (68.0) | 11.9 | 212.2 | 123.9 | 280.0 |
| | | | | | | | | | | |
| Adjustements: | | | | | | | | | | |
| Asset impairments | 4.8 | 7.1 | --- | --- | 11.9 | --- | --- | --- | --- | --- |
| Share based compensation | 14.4 | 8.0 | 13.8 | 12.7 | 48.9 | 11.9 | 12.4 | 14.8 | 14.6 | 53.7 |
| Severance and restructuring | 24.9 | 47.8 | 25.5 | 5.9 | 104.1 | 8.7 | 14.5 | 16.8 | 10.0 | 50.0 |
| Recalls | --- | --- | --- | --- | --- | 21.9 | 3.1 | 3.9 | --- | 28.9 |
| Sale of assets | (1.4) | --- | --- | --- | (1.4) | --- | --- | --- | --- | --- |
| Other | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Adjusted EBITDA** | $(161.4) | $(59.2) | $232.4 | $186.3 | $198.1 | $(25.5) | $41.9 | $247.7 | $148.5 | $412.6 |
| % Growth | --- | --- | --- | --- | --- | (84.2)% | (170.8)% | 6.6% | (20.3)% | 108.2% |
| % Margin | (22.8)% | (7.0)% | 16.2% | 12.2% | 4.4% | (3.7)% | 4.9% | 16.7% | 10.0% | 9.1% |
| | | | | | | | | | | |
| **MARGIN ANALYSIS** | | | | | | | | | | |
| | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E |
| | | | | | | | | | | |
| Gross Margin | 31.3% | 30.4% | 43.0% | 46.5% | 40.0% | 38.0% | 40.0% | 46.9% | 46.0% | 43.9% |
| Advertising & promotion | 10.0% | 9.8% | 11.5% | 13.6% | 11.7% | 10.1% | 10.5% | 11.9% | 15.7% | 12.5% |
| Other selling & administrative | 59.9% | 42.8% | 22.7% | 25.9% | 33.4% | 43.7% | 38.2% | 25.5% | 24.4% | 29.9% |
| OPEX | 66.2% | 47.3% | 32.4% | 39.1% | 42.8% | 52.5% | 46.3% | 36.3% | 39.5% | 41.3% |
| Operating margin | (34.9)% | (16.8)% | 10.7% | 7.4% | (2.7)% | (14.6)% | (3.8)% | 12.1% | 5.1% | 2.7% |
| Income taxes | 0.8% | (3.0)% | 91.3% | 73.7% | (26.6)% | (3.5)% | (12.7)% | 30.8% | 60.0% | (39.6)% |
| Net margin | (43.9)% | (28.7)% | 0.4% | 1.0% | (11.8)% | (26.7)% | (13.4)% | 4.9% | 0.5% | (4.7)% |
| | | | | | | | | | | |
| **GROWTH ANALYSIS (Y/Y % Growth)** | | | | | | | | | | |
| | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E |
| **Revenue** | (3.7)% | (13.7)% | (7.9)% | (5.4)% | (7.6)% | (2.7)% | (4.0)% | (0.1)% | 0.6% | (1.0)% |
| **Gross Profit** | (21.5)% | (36.7)% | (5.3)% | 43.3% | (1.4)% | 9.5% | 34.9% | 12.0% | (3.7)% | 8.7% |
| **Operating Income** | 104.9% | 252.4% | (4.4)% | (168.0)% | (26.8)% | (59.4)% | (78.5)% | 13.4% | (31.4)% | (198.5)% |
| | | | | | | | | | | |
| Expenses: | | | | | | | | | | |
| Cost of sales | 7.1% | 2.2% | (9.8)% | (27.0)% | (11.3)% | (8.2)% | (11.7)% | (3.6)% | (1.6)% | (5.6)% |
| Advertising & promotion | (3.7)% | (13.7)% | (8.0)% | (29.2)% | (18.0)% | (1.9)% | 2.5% | 3.1% | 15.8% | 7.4% |
| Other selling & administrative | 28.4% | 2.0% | (14.5)% | (13.6)% | (1.1)% | (16.0)% | (14.4)% | 12.3% | (5.0)% | (10.3)% |
| | | | | | | | | | | |
| **Total operating expenses** | 17.4% | (9.7)% | (12.1)% | (12.6)% | (6.0)% | (22.8)% | (5.9)% | 12.1% | 1.5% | (3.4)% |

*Source: Company reports, MKM Partners estimates*

**Ex. 19 - 523**

**Figure 4: Mattel Annual Income Statement ($ millions, except per-share data)**



| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | $6,420.9 | $6,484.9 | $6,023.8 | $5,702.6 | $5,456.7 | $4,925.0 | $4,510.9 | $4,515.7 | $4,629.5 | $4,803.0 |
| Y/Y Growth | 2.5% | 1.0% | (7.1)% | (5.3)% | (4.3)% | (9.7)% | (8.4)% | 0.1% | 2.5% | 3.7% |
| | | | | | | | | | | |
| Cost of sales | (3,011.7) | (3,006.0) | (3,022.8) | (2,896.2) | (2,902.2) | (3,061.1) | (2,716.1) | (2,565.1) | (2,546.2) | (2,569.6) |
| Gross profit (as reported) | $3,409.2 | $3,478.8 | $3,001.0 | $2,806.4 | $2,554.4 | $1,820.8 | $1,794.6 | $1,950.6 | $2,083.3 | $2,233.4 |
| Adjustments | --- | --- | 15.0 | --- | --- | 20.6 | 11.5 | 33.2 | --- | --- |
| **Adjusted Gross Profit** | $3,409.2 | $3,478.8 | $3,016.0 | $2,806.4 | $2,554.4 | $1,884.4 | $1,806.1 | $1,983.8 | $2,083.3 | $2,233.4 |
| | | | | | | | | | | |
| Advertising and promotion expenses | (717.8) | (750.2) | (733.2) | (717.8) | (634.9) | (642.3) | (526.4) | (565.2) | (570.5) | (587.0) |
| Other selling and administrative expenses | (1,532.5) | (1,560.5) | (1,614.1) | (1,547.6) | (1,400.3) | (1,521.4) | (1,504.8) | (1,350.2) | (1,242.2) | (1,242.2) |
| Total operating expenses | (2,250.3) | (2,310.7) | (2,347.3) | (2,265.4) | (2,035.2) | (2,163.7) | (2,031.2) | (1,915.4) | (1,812.7) | (1,829.2) |
| Adjustments | --- | --- | 96.7 | 91.1 | 44.3 | 112.0 | 102.8 | 52.0 | 50.0 | 50.0 |
| Total adjusted operating expenses | (2,250.3) | (2,310.7) | (2,250.6) | (2,174.3) | (1,990.9) | (2,051.7) | (1,928.4) | (1,863.4) | (1,762.7) | (1,779.2) |
| | | | | | | | | | | |
| Operating Income (as reported) | $1,158.8 | $1,168.1 | $653.7 | $541.0 | $519.2 | $(342.8) | $(236.6) | $35.2 | $270.5 | $404.3 |
| | | | | | | | | | | |
| **Operating Income (adjusted)** | $1,158.8 | $1,168.1 | $765.4 | $632.1 | $563.5 | $(167.2) | $(122.3) | $120.4 | $320.5 | $454.3 |
| Y/Y Growth | 11.3% | 0.8% | (34.5)% | (17.4)% | (10.8)% | (129.7)% | (26.8)% | (198.5)% | 166.2% | 41.7% |
| % Margin | 18.0% | 18.0% | 12.7% | 11.1% | 10.3% | (3.4)% | (2.7)% | 2.7% | 7.0% | 9.6% |
| | | | | | | | | | | |
| **Other expense:** | | | | | | | | | | |
| Interest expense | (88.9) | (78.5) | (79.3) | (85.3) | (95.1) | (105.2) | (181.9) | (188.1) | (174.0) | (174.0) |
| Interst income | 6.9 | 5.6 | 7.4 | 7.3 | 9.2 | 7.8 | 6.4 | 5.4 | 4.0 | 6.0 |
| Other expense (income): | 6.0 | 3.9 | 5.1 | 1.0 | (23.5) | (64.7) | (7.4) | (5.9) | --- | --- |
| **Income (loss) before taxes** | 1,082.9 | 1,099.1 | 586.9 | 463.9 | 409.7 | (505.0) | (419.5) | (153.4) | 150.5 | 286.3 |
| | | | | | | | | | | |
| Income tax expense (benefit) | (219.3) | (195.2) | (88.0) | (94.4) | (91.7) | (548.8) | (111.8) | (60.7) | (33.1) | (63.0) |
| **GAAP Net income (loss)** | $863.6 | $903.9 | $498.9 | $369.5 | $318.0 | $(1,053.8) | $(531.2) | $(214.1) | $117.4 | $223.3 |
| | | | | | | | | | | |
| Weighted avg. basic common shares outstanding | 341.6 | 343.4 | 339.0 | 339.2 | 341.5 | 343.5 | 345.0 | 346.4 | 348.4 | 350.4 |
| Effect of dilutive securities | 4.5 | 3.9 | 1.2 | 0.2 | 1.1 | --- | 0.1 | 0.9 | 2.5 | 2.5 |
| Weighted avg. diluted common shares outstanding | 346.2 | 347.3 | 340.2 | 339.4 | 342.6 | 343.6 | 345.1 | 347.3 | 350.9 | 352.9 |
| | | | | | | | | | | |
| Basic EPS | $2.50 | $2.63 | $1.46 | $1.09 | $0.93 | $(3.06) | $(1.54) | $(0.62) | $0.34 | $0.64 |
| Diluted EPS (GAAP) | $2.46 | $2.60 | $1.46 | $1.09 | $0.93 | $(3.06) | $(1.54) | $(0.62) | $0.33 | $0.63 |
| **Diluted EPS (adjusted)** | $2.50 | $2.56 | $1.59 | $1.28 | $1.07 | $(1.09) | $(1.19) | $(0.39) | $0.33 | $0.63 |
| Y/Y Growth | 13.0% | 2.2% | (38.0)% | (19.3)% | (16.3)% | (201.8)% | 8.8% | (67.0)% | (185.4)% | 89.1% |
| | | | | | | | | | | |
| **EBITDA & Adjusted EBITDA** | | | | | | | | | | |
| Net (loss) income, as reported | 863.6 | 903.9 | 498.9 | 369.5 | 318.0 | (1,053.8) | (531.0) | (213.8) | 117.4 | 223.3 |
| Adjustments: | | | | | | | | | | |
| Interest expense | 88.9 | 78.5 | 79.3 | 85.3 | 95.1 | 105.2 | 181.9 | 188.1 | 174.0 | 174.0 |
| (Benefit) provision for income taxes | 219.3 | 195.2 | 88.0 | 94.4 | 91.7 | 548.8 | 111.8 | 60.7 | 33.1 | 63.0 |
| Depreciation | 157.5 | 179.3 | 207.7 | 233.0 | 235.8 | 240.8 | 232.8 | 205.1 | 188.5 | 179.0 |
| Amortization | 16.7 | 17.1 | 41.0 | 32.4 | 26.5 | 33.9 | 39.1 | 39.9 | 39.9 | 39.9 |
| EBITDA | 1,346.0 | 1,374.0 | 914.9 | 814.6 | 767.2 | (125.0) | 34.6 | 280.0 | 553.0 | 679.2 |
| | | | | | | | | | | |
| Adjusements: | | | | | | | | | | |
| Asset impairments | --- | --- | --- | --- | --- | 41.4 | 11.9 | --- | --- | --- |
| Share based compensation | 63.3 | 61.7 | 52.0 | 56.7 | 54.0 | 67.1 | 48.9 | 53.7 | 54.9 | 56.9 |
| Severance and restructuring | --- | --- | 96.7 | 91.1 | 44.3 | 112.0 | 104.1 | 50.0 | 50.0 | 50.0 |
| Recalls | --- | --- | --- | --- | --- | --- | --- | 28.9 | --- | --- |
| Sale of assets | --- | --- | --- | --- | --- | --- | (1.4) | --- | --- | --- |
| Other | --- | --- | --- | --- | --- | 59.0 | --- | --- | --- | --- |
| **Adjusted EBITDA** | $1,409.3 | $1,435.6 | $1,063.6 | $962.4 | $865.4 | $154.5 | $198.1 | $412.6 | $657.8 | $786.1 |
| % Growth | 11.8% | 1.9% | (25.9)% | (9.5)% | (10.1)% | (82.1)% | 28.2% | 108.2% | 59.4% | 19.5% |
| % Margin | 21.9% | 22.1% | 17.7% | 16.9% | 15.9% | 3.1% | 4.4% | 9.1% | 14.2% | 16.4% |

| **MARGIN ANALYSIS** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
| Gross Margin | 53.1% | 53.6% | 50.1% | 49.2% | 46.8% | 38.3% | 40.0% | 43.9% | 45.0% | 46.5% |
| Advertising & promotion | 11.2% | 11.6% | 12.2% | 12.6% | 11.6% | 13.0% | 11.7% | 12.5% | 12.5% | 12.4% |
| Other selling & administrative | 23.9% | 24.1% | 26.8% | 27.1% | 25.7% | 30.9% | 33.4% | 29.9% | 27.2% | 26.2% |
| OPEX | 35.0% | 35.6% | 37.4% | 38.1% | 36.5% | 41.7% | 42.8% | 41.3% | 39.7% | 38.6% |
| Operating margin | 18.0% | 18.0% | 12.7% | 11.1% | 10.3% | (3.4)% | (2.7)% | 2.7% | 7.0% | 9.6% |
| Income taxes | 20.3% | 17.8% | 15.0% | 20.4% | 22.4% | (108.7)% | (26.6)% | (39.6)% | 22.0% | 22.0% |
| Net margin | 13.4% | 13.9% | 8.3% | 6.5% | 5.8% | (21.4)% | (11.8)% | (4.7)% | 2.6% | 4.7% |

| **GROWTH ANALYSIS (Y/Y % Growth)** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
| **Revenue** | 2.5% | 1.0% | (7.1)% | (5.3)% | (4.3)% | (10.5)% | (7.6)% | (1.0)% | 2.2% | 3.7% |
| **Gross Profit** | 8.4% | 2.0% | (13.7)% | (6.5)% | (9.0)% | (28.7)% | (1.4)% | 8.7% | 6.8% | 7.2% |
| **Operating Income** | 11.3% | 0.8% | (34.5)% | (17.4)% | (10.8)% | (129.7)% | (26.8)% | (198.5)% | 166.2% | 41.7% |
| | | | | | | | | | | |
| **Expenses:** | | | | | | | | | | |
| Cost of sales | (3.5)% | (0.2)% | 0.6% | (4.2)% | 0.2% | 5.5% | (11.3)% | (5.6)% | (0.7)% | 0.9% |
| Advertising & promotion | 2.6% | 4.5% | (2.3)% | (2.1)% | (11.5)% | 1.2% | (18.0)% | 7.4% | 0.9% | 2.9% |
| Other selling & administrative | 9.0% | 1.8% | 3.4% | (4.1)% | (9.5)% | 8.6% | (1.1)% | (10.3)% | (8.0)% | --- |
| Mega Brands Expenses | --- | --- | --- | | | | | | | |
| **Total operating expenses** | 6.9% | 2.7% | (2.6)% | (3.4)% | (8.4)% | 3.1% | (6.0)% | (3.4)% | (5.4)% | 0.9% |

*Source: Company reports, MKM Partners estimates*

**Ex. 19 - 524**

**MKM** PARTNERS

MAT: Making Progress Towards Profit Restoration; Whistleblower Resolution Removes Big Overhang



**Power by: BlueMatrix**

**Valuation Methodology:**

MAT: Our fair value estimate of $14 is based on 22x our 2021E EPS.

**Risks:**

MAT: There are always risks that the target price for any security will not be realized. In addition to general market and macroeconomic risks, for MAT, these risks include, among other things: (1) Weakness in consumer spending and changes in consumer tastes; (2) Loss of key licensing relationships such as Disney and Warner Bros.; (3) Rising prices for raw materials and labor; (4) Appreciation in the U.S. dollar.

**Explanation of MKM Partners Rating System**

"Buy" Security is expected to appreciate 15% or more on an absolute basis in the next 12 months.

"Neutral" Security is not expected to significantly appreciate or depreciate in value in the next 12 months.

"Sell" Security is expected to depreciate 15% or more on an absolute basis in the next 12 months.

**Investment Risks:** Risks associated with the achievement of revenue and earnings projections and price targets include, but are not limited to, unforeseen macroeconomic and/or industry events that weaken demand for the subject company's products or services, product obsolescence, changes in investor sentiment regarding the company or industry, the company's ability to retain or recruit competent personnel and market conditions. For a complete discussion of risk factors that could affect the market price of the securities, refer to the most recent 10-Q or 10-K filed with the SEC.

| Distribution of Ratings MKM Partners, Equity Research | | | | |
|---|---|---|---|---|
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [ BUY ] | 68 | 56.20 | 1 | 0.83 |
| HOLD [ NEUTRAL ] | 51 | 42.15 | 0 | 0 |
| SELL [ SELL ] | 2 | 1.65 | 0 | 0 |

**Analyst Certification**

I, Eric Handler, certify that the views expressed in this research report about securities and issuers accurately reflect my personal views. I further certify that there has not been, is not, and will not be direct or indirect compensation from MKM Partners LLC or the subject company(ies) related to the specific recommendations or views in this report.

Ex. 19 - 525



**Important Disclosures**

Eric Handler (including his/her/their household) does not have a financial interest in the securities of the subject company(ies). The Firm has not engaged in transactions with issuers identified in the report. MKM Partners LLC does not make a market in the subject company(ies). The subject company(ies) is(are) not currently, nor for the past 12 months was(were), a client(s) of the Firm. The research analyst does not serve as an officer, director or advisory board member of the company(ies) and receives no compensation from it(them).

This report has been prepared by MKM Partners LLC. It does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained in this report may not be suitable for all investors. Although the information contained herein has been obtained from recognized services, issuer reports or communications, or other services and sources believed to be reliable, its accuracy or completeness cannot be guaranteed. This report may contain links to third-party websites, and MKM Partners LLC is not responsible for their content or any linked content contained therein. Such content is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or affiliation with MKM Partners LLC; access to these links is at your own risk.

Any opinions, estimates or projections expressed herein may assume some economic, industry and political considerations and constitute current opinions, at the time of issuance, that are subject to change. Any quoted price is as of the last trading session unless otherwise noted. Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

This information is being furnished to you for informational purposes only, and on the condition that it will not form a primary basis for any investment decision. Investors must make their own determination of the appropriateness of an investment in any securities referred to herein based on the applicable legal, tax and accounting considerations and their own investment strategies. By virtue of this publication, neither the Firm nor any of its employees shall be responsible for any investment decision. This information is intended for institutional clients only.

This communication may involve technical and/or event-driven analysis. Technical analysis solely examines the past trading history of a security to arrive at anticipated market fluctuations. Technical and event-driven analyses do not consider the fundamentals of an underlying security and therefore offer an incomplete picture of the value or potential value of a security. Customers should not rely on technical or event-driven analysis alone in making an investment decision, but should review all publicly available information regarding the security(ies), including, but not limited to, the fundamentals of the underlying security(ies) and other information provided in any filings with the Securities Exchange Commission (SEC).

MKM Partners LLC has multiple analysts, and their views may differ from time to time. We encourage readers to call with any questions. This report may contain a short-term trading idea or recommendation that highlights a specific near-term catalyst or event that is anticipated to have a short-term effect on the equity securities of the subject company(ies). Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects a longer-term total return expectation. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating. Any discussions of legal proceedings or issues are not and do not express any, legal conclusion, opinion or advice; investors should consult their own legal advisers as to issues of law relating to the subject matter of this report.

Regarding the use of instant messages (IMs) and e-mail, you consent to the following: IMs or e-mail sent from or received by MKM Partners LLC employees are presumed to contain confidential or proprietary information and are intended only for the designated recipient(s). If you are not the designated recipient, please inform the sender that you received this e-mail or IM in error and do not use, copy or disseminate its contents. MKM Partners LLC and its analysts may from time to time make informal technical, fundamental and economic comments on IM and e-mail.

Additional information on all of our research calls is available upon request. MKM Partners LLC is a U.S. registered broker-dealer and a member of FINRA and SIPC.

Ex. 19 - 526