UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTEL, INC.<br>SECURITIES LITIGATION | Case No. 19-CV-10860-AB (PLAx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

Upon the motion dated July 28, 2020 filed by Mattel, Inc., Margaret H. Georgiadis, Joseph J. Euteneuer, and Kevin Farr to dismiss the Amended Class Action Complaint ("AC"), the Court, having considered the papers submitted, the documents incorporated by reference in the AC and/or subject to judicial notice, and the argument presented by counsel, rules as follows:

The AC fails to satisfy the pleading requirements of Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. Count I is dismissed because Plaintiffs fail to plead with particularity the elements of scienter and loss causation. *See, e.g.*, *Nguyen v. Endologix, Inc.*, 962 F.3d 405, 413-14 (9th Cir. 2020); *Webb v. SolarCity Corp.*, 884 F.3d 844, 855-57 (9th Cir. 2018); *Or. Pub. Emps. Ret. Fund v. Apollo Grp. Inc.*, 774 F.3d 598, 607-08 (9th Cir. 2014); *Loos v. Immersion Corp.*, 762 F.3d 880, 890 (9th Cir. 2014). Count II is dismissed because Plaintiffs fail to plead a primary violation of the securities laws. Accordingly, Counts I and II are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. André Birotte Jr.
United States District Judge