**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John Rizio-Hamilton
johnr@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

*Lead Counsel for Lead Plaintiffs and the Class*

**BLOCK & LEVITON LLP**
Jacob A. Walker (Bar No. 271217)
260 Franklin Street Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600

*Additional Counsel for Additional Named Plaintiff Houston Municipal Employees Pension System*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 19-CV-10860-AB (PLAx) <br><br> **JOINT STIPULATION REGARDING PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> [PROPOSED ORDER FILED CONCURRENTLY] <br><br> Ctrm: 7B <br> Judge: Hon. Andre Birotte Jr. |

Court-appointed Lead Plaintiffs, DeKalb County Employees Retirement System, New Orleans Employees' Retirement System, and additional named plaintiff Houston Municipal Employees Pension System ("Plaintiffs") and Defendants Mattel, Inc. ("Mattel"), Joseph J. Euteneuer, Margaret Georgiadis, Kevin Farr, PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), and Joshua Abrahams (together, "Defendants") respectfully submit this joint stipulation and proposed order regarding Plaintiffs' motion in opposition to Defendants' motions to dismiss.

WHEREAS, on May 29, 2020, Plaintiffs filed an Amended Class Action Complaint (the "Complaint") in this Action, ECF No. 34;

WHEREAS, on July 28, 2020, Defendants Mattel, Euteneuer, Georgiadis, and Farr together filed a motion to dismiss the Complaint (ECF No. 41); Defendant PricewaterhouseCoopers filed a motion to dismiss the Complaint (ECF No. 39); and Defendant Abrahams filed a notice of joinder as to PricewaterhouseCoopers' motion to dismiss and a supplemental motion to dismiss the Complaint (ECF No. 40);

WHEREAS, Defendants' three motions to dismiss the Complaint together total 51 pages of briefing and 471 pages of declarations and accompanying exhibits;

WHEREAS, pursuant to this Court's Order on Joint Stipulation Regarding Time to File Consolidated Amended Complaint and Motions to Dismiss (ECF No. 31), Plaintiffs must file their motions in opposition to Defendants' motions to dismiss on or before September 25, 2020;

WHEREAS, Plaintiffs have determined that in the interest of efficiency and the preservation of judicial resources, as well as the interests of the Class, Plaintiffs will file an omnibus motion in opposition to Defendants' three motions to dismiss;

WHEREAS, Plaintiffs and Defendants have met and conferred, and agree that Plaintiffs may file one omnibus motion in opposition to Defendants' motions to dismiss of no more than 51 pages;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

Plaintiffs may file one omnibus motion in opposition to Defendants' motions to dismiss of no more than 51 pages.

1  Dated: August 31, 2020

2  /s/ *John W. Spiegel*
John W. Spiegel (Bar No. 78935)
3  John M. Gildersleeve (Bar No. 284618)
Lauren C. Barnett (Bar No. 304301)
4  **MUGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
5  Los Angeles, California 90071
Telephone: (213) 683-9100
6  Facsimile: (213) 687-3702
john.spiegel@mto.com
7  john.gildersleeve@mto.com
lauren.barnett@mto.com
8
*Counsel for Defendants Mattel,*
9  *Margaret Georgiadis, Joseph*
*Euteneuer, and Kevin Farr*
10
/s/ *Jenny Pelaez*
11 Jenny Pelaez (Bar No. 326765)
Joshua Vittor (Bar No. 326221)
12 **WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
13 350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
14 Telephone: (213) 443-5300
Facsimile: (213) 443-5400
15 Jenny.pelaez@wilmerhale.com
Joshua.vittor@wilmerhale.com
16
Timothy J. Perla (admitted *pro hac*
17 *vice*)
**WILMER CUTLER PICKERING**
18 **HALE AND DORR LLP**
60 State Street
19 Boston, Massachusetts 02109
Telephone: (617) 526-6000
20 Facsimile: (617) 526-5000
timothy.perla@wilmerhale.com
21
*Counsel for Defendant*
22 *PricewaterhouseCoopers LLP*

23
/s/ *Thomas A. Zaccaro*
24 Thomas A. Zaccaro (Bar No. 183241)
**PAUL HASTINGS LLP**
25 515 South Flower Street, 25th Floor
Los Angeles, California 90071
26 Telephone: (213) 683-6000
Facsimile: (213) 627-0705
27 thomaszaccaro@paulhastings.com

28 *Counsel for Defendant Joshua Abrahams*

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton (admitted *pro hac vice*)
Brenna D. Nelinson (admitted *pro hac vice*)
Matthew Traylor (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448
johnr@blbglaw.com

Jonathan D. Uslaner (Bar No. 256898)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

*Lead Counsel for Lead Plaintiffs and the Class*

Jacob A. Walker (Bar No. 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jake@blockesq.com

*Additional Counsel for Additional Named Plaintiff Houston Municipal Employees Pension System*

Pursuant to L.R. 5-4.3.4, I, John Rizio-Hamilton, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its consent.

By: /s/ *John Rizio-Hamilton*
John Rizio-Hamilton