JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
LAUREN C. BARNETT (SBN 304301)
lauren.barnett@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for MATTEL, INC.,
MARGARET H. GEORGIADIS,
JOSEPH J. EUTENEUER,
and KEVIN FARR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE MATTEL, INC. SECURITIES LITIGATION | Case No. 19-CV-10860-MCS (PLAx) |
|---|---|
| | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SURREPLY** |
| | Date:   January 25, 2021<br>Time:   9:00 a.m.<br>Ctrm:   7C<br>Judge:  Hon. Mark C. Scarsi |

Defendants do not oppose Plaintiffs filing a brief surreply that addresses *In re BofI Holding, Inc. Securities Litigation*, __ F.3d __, 2020 WL 5951150 (9th Cir. 2020), because it is controlling authority issued after Plaintiffs filed their opposition.

The proposed surreply, however, does more than address *BofI*.  It repeatedly discusses *Mineworkers Pension Scheme v. First Solar Inc.*, 881 F.3d 750 (9th Cir. 2018), a decision to which Plaintiffs already devoted nine pages of their opposition. And it tacks on arguments about *Smilovits v. First Solar Inc.*, 119 F. Supp. 3d 978 (D. Ariz. 2015), calling it "new authority" (Mot. 1) even though it was the district court's decision in *First Solar* and was decided several years ago.

Defendants respectfully submit that (1) the Court should consider Plaintiffs' proposed surreply only to the extent it addresses *BofI*, and (2) because Defendants are the moving parties, the Court should consider Defendants' two-page proposed response, attached as Exhibit A.

Dated:  November 2, 2020

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: _____*/s/ John W. Spiegel*_____
JOHN W. SPIEGEL

Attorneys for MATTEL, INC.,
MARGARET H. GEORGIADIS,
JOSEPH J. EUTENEUER,
and KEVIN FARR

Dated:  November 2, 2020

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: _____*/s/ Timothy J. Perla*_____
TIMOTHY J. PERLA

Attorneys for
PRICEWATERHOUSECOOPERS LLP

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SURREPLY

Dated:  November 2, 2020         PAUL HASTINGS LLP

By:   ___/s/ Thomas A. Zaccaro___
         THOMAS A. ZACCARO

Attorneys for JOSHUA ABRAHAMS

I, John W. Spiegel, hereby attest, pursuant to Local Civil Rule 5-4.3.4, that the above signatories concur in the content of this document and have authorized its filing.

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SURREPLY