**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John Rizio-Hamilton
johnr@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Jonathan D. Uslaner (Bar No. 256898)<br>jonathanu@blbglaw.com<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>Telephone: (310) 819-3472<br><br>*Lead Counsel for Lead Plaintiffs and the Class* | **BLOCK & LEVITON LLP**<br>Jacob A. Walker (Bar No. 271217)<br>jake@blockesq.com<br>260 Franklin Street Suite 1860<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br><br>*Additional Counsel for Additional Named Plaintiff Houston Municipal Employees Pension System* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-CV-10860-MCS (PLAx)<br><br>**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SURREPLY**<br><br>Date: January 25, 2021<br>Time: 9:00 a.m.<br>Ctrm: 7C<br>Judge: Hon. Mark C. Scarsi |

In their Response to Plaintiffs' Motion for Leave, Defendants acknowledge that Plaintiffs should be afforded an opportunity to address *In re BofI Holding, Inc. Sec. Litig*., 977 F. 3d 781 (9th Cir. 2020), but object to Plaintiffs' proposed surreply to the extent it also addresses *Smilovits v. First Solar Inc*., 119 F. Supp. 3d 978 (D. Ariz. 2015). *See* ECF No. 68. Defendants cited *Smilovits* (and relied on it extensively) for the first time in their reply briefs. Plaintiffs should receive an opportunity to respond to this newly-cited authority.

Further, while attacking the propriety of Plaintiffs' proposed surreply, Defendants do not even attempt to establish good cause for filing their proposed additional briefing. It appears Defendants simply want to have the "last word," though they have already had a chance to address case law that they themselves raised in their replies. Contrary to Defendants' suggestion, the well-established standard for additional briefing is not whether a party is the "moving party," but whether the party has shown good cause for such briefing. *See* ECF No. 67 (collecting authority). Defendants have not.

Although Plaintiffs believe it would be improper to consider the arguments in Defendants' Proposed Response to Plaintiffs' Surreply for failure to establish good cause, those arguments, even if considered, are incorrect for two fundamental reasons. First, as explained in Plaintiffs' proposed surreply, *BofI* does not purport to establish what must be shown to plead loss causation in all cases. Second, the Ninth Circuit's decision in *Mineworkers' Pension Scheme v. First Solar Inc*., 881 F.3d 750 (9th Cir. 2018), holds that it is <u>not</u> necessary for the truth to be disclosed for loss causation to be adequately alleged. *Id*. at 753 ("Disclosure of the fraud is not a sine qua non of loss causation, which may be shown even where the alleged fraud is not necessarily revealed prior to the economic loss."). *First Solar* further holds that the plaintiff need only satisfy "the familiar test for proximate cause." *Id*. Plaintiffs have clearly done so here. *See* ECF No. 54, pp. 41-49; ECF No. 67, Exhibit A.

Plaintiffs' Motion for Leave to File Proposed Surreply should be granted, and Defendants' Motions to Dismiss should be denied.

Dated: November 5, 2020

/s/ *John Rizio-Hamilton*

John Rizio-Hamilton (admitted *pro hac vice*)
Brenna D. Nelinson (admitted *pro hac vice*)
Matthew Traylor (admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnr@blbglaw.com

Jonathan D. Uslaner (SBN 256898)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

*Lead Counsel for Lead Plaintiffs and the Class*

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street
Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jake@blockleviton.com

*Additional Counsel for Additional Named Plaintiff Houston Municipal Employees Pension System*

2

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES**

I HEREBY CERTIFY that, on November 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2020.


*/s/ John Rizio-Hamilton*
John Rizio-Hamilton