Jenny Pelaez (Bar No. 326765)
jenny.pelaez@wilmerhale.com
Joshua Vittor (Bar No. 326221)
joshua.vittor@wilmerhale.com
Wilmer Cutler Pickering Hale and
Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
(213) 443-5300 Telephone
(213) 443-5400 Facsimile

Matthew T. Martens (*pro hac vice*)
Wilmer Cutler Pickering Hale and
Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6921 Telephone
(202) 663-6363 Facsimile
matthew.martens@wilmerhale.com

Timothy J. Perla (*pro hac vice*)
timothy.perla@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 Telephone
(617) 526-5000 Facsimile


Counsel for Defendant PricewaterhouseCoopers LLP

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| In re Mattel, Inc. Securities Litigation | Case No. 19-CV-10860-AB (PLAx)<br><br>**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |

Defendant PricewaterhouseCoopers LLP ("PwC") hereby submits this Answer to Plaintiffs' Amended Class Action Complaint, filed on May 29, 2020 (ECF No. 34) (the "Complaint").

PwC denies all allegations contained in headings and unnumbered paragraphs. PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of allegations in the Complaint relating to Defendants Mattel, Inc. ("Mattel" or the "Company"), Margaret H. Georgiadis ("Georgiadis"), Joseph J. Euteneuer ("Euteneuer"), or Kevin Farr ("Farr") (collectively, the Mattel Defendants), and on that basis denies each and every one of them unless specifically admitted below. With respect to the numbered paragraphs of the Complaint, PwC responds as follows:

## I.    INTRODUCTION

1.    PwC admits that the Complaint purports to bring a securities class action and admits that PwC serves as Mattel's independent accountant, and that its responsibilities include auditing Mattel's financial statements and internal control over financial reporting, but denies this allegation to the extent it suggests that PwC was responsible for Mattel's financial statements and internal control over financial reporting. PwC denies the remaining allegations in Paragraph 1 of the Complaint.

2.    PwC denies the allegations in Paragraph 2 of the Complaint.

3.    PwC admits that Brett Whitaker ("Whitaker") was employed by Mattel in its tax department between approximately May 2017 and approximately March 2018, but denies this allegation to the extent it suggests that Whitaker was employed at Mattel throughout the Class Period. PwC denies that internal control deficiencies at Mattel were "severe, open, obvious, and repeatedly discussed with Mattel executives," lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 3 of the Complaint, and on that basis denies them.

4.     PwC admits that Mattel evaluated and recorded an allowance for its deferred tax assets for the third quarter of 2017, but denies the allegations in paragraph 4 of the Complaint to the extent they suggest that the valuation was "very significant" or a "critical financial item."  PwC admits that Defendant Joshua Abrahams ("Abrahams") was the lead audit partner for Mattel at the time Mattel was closing its books for the third quarter of 2017, but denies that Mattel's analysis of its valuation allowance occurred "under the supervision" of Abrahams.  PwC denies the remaining allegations in Paragraph 4 of the Complaint.

5.     PwC admits that Mattel recorded an allowance against the value of its deferred tax assets for the third quarter of 2017.  PwC denies the remaining allegations in Paragraph 5 of the Complaint.

6.     PwC denies the allegations in Paragraph 6 of the Complaint.

7.     PwC admits that Mattel recorded an allowance against the value of its deferred tax assets for the third quarter of 2017.  PwC denies the remaining allegations in Paragraph 7 of the Complaint.

8.     PwC denies that it was "privy to the wild downward swings in the Company's third quarter income," for the third quarter of 2017, and denies that such swings existed. PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 8 of the Complaint, and on that basis denies them.

9.     PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 on October 26, 2017, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 9 of the Complaint.

10.     PwC admits that, on November 12, 2019, Mattel filed a restatement of its historical financial results, but denies any characterization of these documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 10 of the Complaint.

11.      PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 11 of the Complaint, and on that basis denies them.

12.      PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 of the Complaint, and on that basis denies them.

13.      PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 13 of the Complaint, and on that basis denies them.

14.      PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 14 of the Complaint, and on that basis denies them.

15.      PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 15 of the Complaint, and on that basis denies them.

16.      PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 of the Complaint, and on that basis denies them.

17.      PwC admits that, in January 2018, as part of its audit of Mattel's financial statements and internal control over financial reporting, PwC's audit team discussed with Mattel the treatment of the HiT IP as an indefinite-lived intangible asset, but denies the allegations in Paragraph 17 of the Complaint that purport to characterize those meetings or what was said in those meetings.  PwC denies the remaining allegations in Paragraph 17 of the Complaint.

18.      PwC admits that, in January 2018, as part of its audit of Mattel's financial statements and internal control over financial reporting, PwC's audit team discussed with Mattel the treatment of the HiT IP as an indefinite-lived intangible asset, but denies the allegations in Paragraph 18 of the Complaint that purport to

characterize those meetings. PwC also denies that it "concocted" a "plan" regarding the life of the HiT IP. PwC lacks information or knowledge sufficient to form a belief as to what Mattel employees said to each other, and denies the remaining allegations in Paragraph 18 of the Complaint.

19. PwC denies that it and Mattel decided to "bury" or otherwise misstate any aspect of Mattel's third quarter financial results or statements about Mattel's internal controls, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 19 of the Complaint, and on that basis denies them.

20. PwC denies the allegations in Paragraph 20 of the Complaint.

21. PwC denies that Mattel filed its 2017 Form 10-K with the SEC on February 28, 2018, but admits that Mattel filed its 2017 Form 10-K on February 27, 2018. PwC denies any characterization of that document, which speaks for itself. PwC admits that it issued an audit report, which was included in Mattel's 2017 Form 10-K, but denies any characterization of that document, which speaks for itself. PwC denies the remaining allegations in Paragraph 21 of the Complaint.

22. PwC denies that it and Mattel concealed misconduct. PwC admits that, on August 8, 2019, Mattel issued a Form 8-K with the SEC that disclosed that the Company had received a whistleblower letter, was conducting an investigation into the matters raised by the letter, and was cancelling a bond offering scheduled to close the same day. PwC denies any characterization of the Form 8-K, which speaks for itself, and denies the remaining allegations in Paragraph 22 of the Complaint. PwC admits that the price of Mattel stock decreased by approximately 16% on August 9, 2019 by the close of the next trading day, but denies any allegation as to the cause.

23. PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, but denies any characterization of that document, which speaks for itself. PwC denies the remaining allegations in Paragraph 23 of the Complaint.

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

24.     PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC pertaining to its financial results for the third and fourth quarters of 2017, but denies any characterization of that document, which speaks for itself.  PwC also admits that Abrahams was placed on leave in November 2019, but denies the allegations in Paragraph 24 to the extent they suggest a causal connection between Mattel's October 29, 2019 Form 8-K and the decision to place Abrahams on leave.  PwC denies the remaining allegations in Paragraph 24 of the Complaint.

25.     PwC admits that, on November 12, 2019, Mattel issued a restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 25 of the Complaint.

26.     PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26 of the Complaint, and on that basis denies them.

## II.     JURISDICTION AND VENUE

27.     PwC admits that the Complaint purports to assert claims under Sections 10(b) and 20(a) of the Exchange Act, but denies the allegations of Paragraph 27 of the Complaint to the extent they suggest that such claims are adequately alleged or otherwise meritorious.

28.     The allegations in Paragraph 28 of the Complaint state legal conclusions to which no response is required.  To the extent a response is required, PwC admits that the Court has subject matter jurisdiction over this action under the Exchange Act and 28 U.S.C. § 1331 and 1337, and denies the remaining allegations in Paragraph 28 of the Complaint.

29.     The allegations in Paragraph 29 of the Complaint state legal conclusions to which no response is required.  To the extent a response is required, PwC admits that venue is proper in this District, lacks information or knowledge

sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 29 of the Complaint, and on that basis denies them.

30.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 30 of the Complaint, and on that basis denies them.

## III.    THE PARTIES

### 1.    Lead Plaintiffs and the Additional Named Plaintiff

31.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 of the Complaint, and on that basis denies them.

32.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32 of the Complaint, and on that basis denies them.

33.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33 of the Complaint, and on that basis denies them.

### 2.    Defendants

34.    PwC admits that Mattel is a Delaware corporation that manufactures toys with its headquarters located in El Segundo, California.  PwC also admits that Mattel common stock trades on the NASDAQ under the ticker symbol MAT.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 34 of the Complaint, and on that basis denies them.

35.    PwC admits that Euteneuer previously served as Chief Financial Officer of Mattel beginning in approximately September 2017.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 35 of the Complaint, and on that basis denies them.

36. PwC admits that Georgiadis served as Chief Executive Officer of Mattel between approximately February 2017 and approximately April 19, 2018. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 36 of the Complaint, and on that basis denies them.

37. PwC admits that Farr served as Chief Financial Officer of Mattel between approximately February 2000 and approximately September 2017. PwC also admits that Farr was previously employed at PwC. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 37 of the Complaint, and on that basis denies them.

38. PwC admits that it has served as Mattel's independent accountants since 1974 PwC admits that its responsibilities in that capacity include auditing Mattel's financial statements and internal control over financial reporting, and admits that it issued audit reports for Mattel's 2017 and 2018 year-end financial statements and internal control over financial reporting, and admits that it consented to the incorporation by reference of those reports in Mattel's Forms 10-K for 2017 and 2018, but denies any characterization of its audit reports, which speak for themselves. PwC denies the remaining allegations in Paragraph 38 of the Complaint.

39. PwC admits that Abrahams was previously an audit partner at PwC, and admits that Abrahams was the engagement partner on Mattel during the Class Period. PwC also admits that Abrahams is no longer affiliated with PwC. PwC denies the remaining allegations in Paragraph 39 of the Complaint.

40. PwC without any admission will for purposes of the Answer adopt the term "Executive Defendants," otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40 of the Complaint, and on that basis denies them.

41.     PwC without admission will for purposes of the answer adopt the term "Mattel Defendants".

42.     PwC without admission will for purposes of the answer adopt the term "Defendants".

IV.   **SUMMARY OF THE FRAUD**

A.     **Mattel's Business Faltered in 2017, Causing Investor Concern**

43.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43 of the Complaint, and on that basis denies them.

44.     PwC admits the existence of an article in Business Insider dated March 15, 2017, but denies any characterization of that document, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 44 of the Complaint, and on that basis denies them.

45.     PwC admits that, on or around April 20, 2017, Mattel announced its financial results for the first quarter of 2017, but denies any characterization of that announcement, which speaks for itself.  PwC also admits the existence of a Barclays report regarding Mattel's announcement of its financial results for the first quarter of 2017, but denies any characterization of that document, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 45 of the Complaint, and on that basis denies them.

46.     PwC admits the existence of analyst reports regarding Mattel's announcement of its financial results for the first quarter of 2017, but denies any characterization of those documents, which speak for themselves.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 46 of the Complaint, and on that basis denies them.

47.    PwC admits that, on or around June 14, 2017, Mattel made an announcement regarding its business plan, but denies any characterization of that announcement, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 47 of the Complaint, and on that basis denies them.

48.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48 of the Complaint, and on that basis denies them.

49.    PwC admits that, on or around July 27, 2017, Mattel announced its financial results for the second quarter of 2017, but denies any characterization of that announcement, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 49 of the Complaint, and on that basis denies them.

50.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 50 of the Complaint, and on that basis denies them.

51.    PwC admits that, on or around October 26, 2017, Mattel announced that it was suspending its quarterly dividend, but denies any characterization of that announcement, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the remaining allegations in Paragraph 51 of the Complaint, and on that basis denies them.

52.    PwC admits the existence of a BMO report dated October 30, 2017 that pertained to Mattel, but denies any characterization of that report, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 52 of the Complaint, and on that basis denies them.

53.    PwC admits the existence of a Wall Street Journal article, dated November 11, 2017, that pertained to Mattel and Hasbro, but denies any

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

characterization of that article, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 53 of the Complaint, and on that basis denies them.

54.     PwC admits that, on or around December 9, 2017, Mattel announced that it was seeking to issue approximately $1 billion in unsecured notes, but denies any characterization of this announcement, which speaks for itself.  PwC also lacks information or knowledge sufficient to form a belief as to the truth or falsity of this allegation to the extent it suggests Mattel's purpose or intent for this announcement.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 54 of the Complaint, and on that basis denies them.

55.     PwC admits that the price of Mattel stock decreased to about $12.90 on October 26, 2017, but denies any allegation as to the cause.  PwC denies the remaining allegations in Paragraph 55 of the Complaint.

**B.      <u>Mattel Was Riddled with Severe Deficiencies in Internal Controls that Contributed to a Material Misstatement of Financial Results and Enabled Mattel to Cover Up that Misstatement with PwC</u>**

56.     PwC denies the allegations in Paragraph 56 of the Complaint.

57.     PwC admits that Whitaker was employed as a Director in Mattel's Tax Department, and otherwise denies the allegations in Paragraph 57 of the Complaint.

**1.      Brief Background on Internal Controls**

58.     To the extent the allegations in Paragraph 58 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 58 of the Complaint.

59.     To the extent the allegations in Paragraph 58 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 59 of the Complaint.

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

60.     To the extent the allegations in Paragraph 58 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that Mattel is a public company, and otherwise denies the allegations in Paragraph 60 of the Complaint.

61.     To the extent the allegations in Paragraph 61 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 61 of the Complaint.

62.     To the extent the allegations in Paragraph 62 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 62 of the Complaint.

63.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 63 of the Complaint, and on that basis denies them.

64.     PwC admits that, during the Class Period, it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those reports, which speak for themselves.  PwC denies the remaining allegations in Paragraph 64 of the Complaint.

65.     To the extent the allegations in Paragraph 65 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 65 of the Complaint.

**2.      Unbeknownst to Investors, Mattel's Internal Controls Were Severely Deficient**

66.     PwC admits that Whitaker was employed by Mattel in its tax department between approximately May 2017 and approximately March 2018.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 66 of the Complaint, and on that basis denies them.

67.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67 of the Complaint, and on that basis denies them.

68.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 of the Complaint, and on that basis denies them.

69.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 69 of the Complaint, and on that basis denies them.

70.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 70 of the Complaint, and on that basis denies them.

71.     PwC admits that members of PwC's audit team met with Whitaker during his employment in Mattel's tax department, but denies the characterization of those meetings, and otherwise denies the allegations in Paragraph 71 of the Complaint.

72.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 72 of the Complaint, and on that basis denies them.

73.     PwC denies the allegations in Paragraph 73 of the Complaint.

74.     PwC denies the allegations in Paragraph 74 of the Complaint to the extent they purport to characterize Mattel's internal controls, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 74 of the Complaint, and on that basis denies them.

75.     PwC denies the allegations in Paragraph 75 of the Complaint.

76.     PwC denies that internal control issues were well-known throughout Mattel during the Class Period.  PwC otherwise lacks information or knowledge

sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 76 of the Complaint, and on that basis denies them.

77.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 77 of the Complaint, and on that basis denies them.

78.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 78 of the Complaint, and on that basis denies them.

79.     PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 79 of the Complaint, and on that basis denies them.

**C.    Mattel Materially Understated Its Losses for the Third Quarter 2017**

**1.     Mattel and PwC Initially Decide Not to Record A Reserve Against Mattel's Deferred Tax Assets**

80.     PwC admits that Mattel evaluated an allowance for its deferred tax assets for the third quarter of 2017, but denies the allegations in Paragraph 80 of the Complaint to the extent they suggest that the valuation allowance was significant, material or would have a major impact on Mattel's financial performance.  PwC denies the remaining allegations in Paragraph 80 of the Complaint, except to admit, as a general matter and subject to applicable accounting principles, that increases in deferred tax valuation allowances increases the provision for income taxes and, as a result, will reduce net income or increase net losses.

81.     To the extent the allegations in Paragraph 81 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 81 of the Complaint.

82.     To the extent the allegations in Paragraph 82 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 82 of the Complaint.

83.     To the extent the allegations in Paragraph 83 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 83 of the Complaint.

84.     To the extent the allegations in Paragraph 84 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 84 of the Complaint.

85.     PwC admits that Mattel carried deferred tax assets in its accounting records at the time it was preparing its financial statements for the third quarter of 2017, but denies the allegations in Paragraph 85 of the Complaint to the extent they suggest that any reduction in value of those assets was significant, material or would have a major impact on Mattel's financial performance.  PwC denies the remaining allegations in Paragraph 85 of the Complaint.

86.     PwC admits that Mattel evaluated an allowance for its deferred tax assets for the third quarter of 2017, but denies the allegations in Paragraph 86 of the Complaint to the extent they suggest that the valuation allowance was significant, material or would have a major impact on Mattel's financial performance.  PwC denies the remaining allegations in Paragraph 86 of the Complaint.

87.     PwC admits that members of PwC's audit team met with Whitaker during his employment in Mattel's tax department, but denies the characterization of those meetings, and otherwise denies the allegations in Paragraph 87 of the Complaint.

88.     PwC admits that at the time Mattel was closing its books for the third quarter of 2017, PwC's audit team discussed with Mattel the valuation allowance, but denies allegations that purport to characterize those meetings or what was said

in those meetings.  PwC denies the remaining allegations in Paragraph 88 of the Complaint.

89.    PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 89 of the Complaint, and on that basis denies them.

90.    PwC admits that Mattel evaluated an allowance for its deferred tax assets for the third quarter of 2017, but denies the allegations in Paragraph 90 of the Complaint to the extent they suggest that the valuation allowance was significant, material or would have a major impact on Mattel's financial performance.  PwC denies the remaining allegations in Paragraph 90 of the Complaint.

91.    PwC admits that Mattel evaluated an allowance for its deferred tax assets for the third quarter of 2017, but denies the allegations in Paragraph 91 of the Complaint to the extent they characterize this decision as based on PwC's belief, "uncertainty about the future of the business," or otherwise.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 91 of the Complaint, and on that basis denies them.

> **2.    Mattel and PwC Abruptly Change Course Just Before Mattel Publicly Issued Its Third Quarter 2017 Financial Results**

92.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 92 of the Complaint, and on that basis denies them.

93.    PwC denies that it "suddenly reversed [its] decision" regarding Mattel's valuation allowance for the third quarter of 2017, and denies the allegations in Paragraph 93 of the Complaint to the extent they characterize the Mattel's decision about the valuation allowance as an "abrupt about face."  PwC

lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 93 of the Complaint, and on that basis denies them.

94.    PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 94 of the Complaint, and on that basis denies them.

95.    PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 95 of the Complaint, and on that basis denies them.

96.    PwC admits that members of PwC's audit team met with Whitaker during his employment in Mattel's tax department, but denies the characterization of those meetings, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 96 of the Complaint, and on that basis denies them.

97.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 97 of the Complaint, and on that basis denies them.

98.    PwC admits that members of PwC's audit team met with Whitaker during his employment in Mattel's tax department, but denies the characterization of those meetings, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 98 of the Complaint, and on that basis denies them.

99.    PwC denies the allegations in Paragraph 99 of the Complaint to the extent they purport to characterize Mattel's internal controls.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 99 of the Complaint, and on that basis denies them.

100.   PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 100 of the Complaint, and on that basis denies them.

101.   PwC denies the allegations in Paragraph 101 of the Complaint.

102.   PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 102 of the Complaint.

> **3.      Because of Mattel's Faulty Internal Controls, PwC Finds a Critical Error in the Valuation Allowance Calculation "Days Before" Financials Are Published**

103.   PwC denies the allegations of Paragraph 103.

104.   PwC admits that, before Mattel released its financial statements for the third quarter of 2017, members of PwC's audit team met with Whitaker and other members of Mattel's Tax Department, but denies the characterization of those meetings.  PwC denies the remaining allegations in Paragraph 104 of the Complaint.

105.   To the extent the allegations in Paragraph 105 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that the determination of the value of a deferred tax asset involves the application of Generally Accepted Accounting Principles ("GAAP") and professional judgment, and denies the remaining allegations in Paragraph 105 of the Complaint.

106.   PwC denies this allegation to the extent it suggests that PwC's "conclusion" was based on PwC's belief or a "single spreadsheet," or otherwise characterizes PwC's work.  PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 106 of the Complaint, and on that basis denies them.

107.   PwC denies this allegation to the extent it suggests that actions were taken "at the direction of Abrahams."   PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 107 of the Complaint, and on that basis denies them.

108.   PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 108 of the Complaint, and on that basis denies them.

109.   PwC denies the allegations in Paragraph 109 to the extent they suggest that PwC had the authority to require Mattel to disclose material weaknesses, and denies the allegations in Paragraph 109 to the extent they suggest that such material weaknesses existed as of the end of the third quarter of 2017. PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 109 of the Complaint, and on that basis denies them.

110.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 110 of the Complaint, and on that basis denies them.

111.   PwC denies the allegations in Paragraph 111 to the extent they suggest that PwC had the authority to require Mattel to disclose material weaknesses, and denies the allegations in Paragraph 111 to the extent they suggest that such material weaknesses existed as of the end of the third quarter of 2017. PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 111 of the Complaint, and on that basis denies them.

112.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 112 of the Complaint, and on that basis denies them.

113.   PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself.  To the extent the allegations in Paragraph 113 state legal conclusions, no answer is required.  PwC otherwise denies the remaining allegations in Paragraph 113 of the Complaint.

114.   PwC denies the allegations in Paragraph 114 of the Complaint.

**4.       After Third Quarter 2017 Results are Published, Whitaker Finds Another Material Error Requiring A Restatement**

115.   PwC lacks sufficient information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 115 of the Complaint, and on that basis denies them

116.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 116 of the Complaint, and on that basis denies them.

117.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 117 of the Complaint, and on that basis denies them.

118.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 118 of the Complaint, and on that basis denies them.

119.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 119 of the Complaint, and on that basis denies them.

120.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 120 of the Complaint, and on that basis denies them.

121.   PwC denies the allegations in Paragraph 121 of the Complaint.

122.   PwC denies that Mattel's internal control over financial reporting was "severely deficient," otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 122 of the Complaint, and on that basis denies them.

**D.   <u>After Mattel Concludes that a Restatement Is Required, Mattel and PwC Conspire to Cover Up the Material Misstatement of Mattel's Financial Results and Mattel's Severe Internal Control Deficiencies</u>**

123.   PwC denies the allegations in Paragraph 123 of the Complaint.

124.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 124 of the Complaint, and on that basis denies them.

125.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 125 of the Complaint, and on that basis denies them.

126.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 126 of the Complaint, and on that basis denies them.

127.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 127 of the Complaint, and on that basis denies them.

128.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 128 of the Complaint, and on that basis denies them.

129.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 129 of the Complaint, and on that basis denies them.

130.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 130 of the Complaint, and on that basis denies them.

131.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 131 of the Complaint, and on that basis denies them.

132.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 132 of the Complaint, and on that basis denies them.

133.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 133 of the Complaint, and on that basis denies them.

134.   To the extent the allegations in Paragraph 134 state legal conclusions, no answer is required.  To the extent an answer is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 134 of the Complaint, and on that basis denies them.

135.   To the extent the allegations in Paragraph 135 state legal conclusions, no answer is required. To the extent an answer is required, PwC denies the allegations in Paragraph 135 of the Complaint.

136.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 136 of the Complaint, and on that basis denies them.

137.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 137 of the Complaint, and on that basis denies them.

138.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 138 of the Complaint, and on that basis denies them.

139.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 139 of the Complaint, and on that basis denies them.

140.   PwC admits that, in January 2018, as part of its audit of Mattel's 2017 financial statements and internal control over financial reporting, PwC's audit team discussed with Mattel the treatment of the HiT IP as an indefinite-lived intangible asset , but denies the allegations in Paragraph 140 of the Complaint that purport to characterize those meetings or what was said in those meetings.  PwC denies the remaining allegations in Paragraph 140 of the Complaint.

141.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 141 of the Complaint, and on that basis denies them.

142.   PwC admits that, in January 2018, as part of PwC's audit of Mattel's 2017 year-end finances, Brierley discussed with Mattel employees, including Whitaker, the treatment of the HiT IP as an indefinite-lived intangible asset, but denies the allegations in Paragraph 142 of the Complaint that purport to characterize those meetings or what was said in those meetings, and denies the remaining allegations in Paragraph 142 of the Complaint.

143.   PwC admits that, in January 2018, as part of its audit of Mattel's financial statements and internal control over financial reporting, PwC's audit team discussed with Mattel the treatment of the HiT IP as an indefinite-lived intangible asset, but denies the allegations in Paragraph 143 of the Complaint that purport to characterize those meetings.  PwC also denies that it had a "plan" to "render[] the valuation allowance 'correct'" regarding the deferred tax classification of the HiT IP.  PwC lacks information or knowledge sufficient to form a belief as to what Mattel employees said to each other, and on that basis denies the remaining allegations in Paragraph 143 of the Complaint.  PwC denies the remaining allegations of Paragraph 143.

144.   PwC denies that it and Mattel decided to "bury" or otherwise misstate any aspect of Mattel's third quarter financial results or statements about Mattel's internal controls, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 144 of the Complaint, and on that basis denies them.

145.   PwC denies that the reclassification of the HiT IP was "done as a maneuver to enable Mattel to avoid a required restatement of third quarter results and the disclosure of material weaknesses in Mattel's internal controls." PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 145 of the Complaint, and on that basis denies them.

146.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 146 of the Complaint, and on that basis denies them.

147.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 147 of the Complaint, and on that basis denies them.

148.   PwC admits that, in January 2018, as part of PwC's audit of Mattel's financial statements and internal control over financial reporting, Brierley discussed with Mattel employees, including Whitaker, the treatment of the HiT IP as an indefinite-lived intangible asset, but denies the allegations in Paragraph 148 of the Complaint that purport to characterize those meetings or what was said in those meetings, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 148 of the Complaint, and on that basis denies them.

149.   To the extent the allegations in Paragraph 149 state legal conclusions, no answer is required. To the extent an answer is required, PwC admits that in January 2018, PwC's audit team did not inform Mattel's Audit Committee that

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

Mattel's third quarter 2017 financial statements contained a material misstatement. PwC denies the allegations in Paragraph 149 of the Complaint to the extent they suggest that PwC was acting other than in good faith.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 149 of the Complaint, and on that basis denies them.

150.   To the extent the allegations in Paragraph 150 state legal conclusions, no answer is required. To the extent an answer is required, PwC admits that Mattel filed its 2019 Proxy Statement with the SEC on April 4, 2019, but denies any characterization of that document, which speaks for itself. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 150 of the Complaint, and on that basis denies them.

151.   PwC admits that PwC's audit team met with Mattel's Audit Committee to discuss Mattel's 2017 year-end financial statements, but denies the allegations in Paragraph 151 of the Complaint that purport to characterize those meetings.  PwC admits that, in January 2018, PwC's audit team did not inform Mattel's Audit Committee that Mattel's third quarter 2017 financial statements contained a material misstatement, but denies that not doing so constituted a "failure" or other wrongdoing of any kind.  PwC admits that Mattel filed its 2018 Proxy Statement with the SEC on April 5, 2018, but denies any characterization of that document, which speaks for itself. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 151 of the Complaint, and on that basis denies them.

152.   PwC denies that it and Mattel decided to "execute the plan they had agreed on" or otherwise misstate any aspect of Mattel's third quarter financial results or statements about Mattel's internal controls, and denies that it failed to inform the Audit Committee of any "highly material facts of which [it was] aware." PwC otherwise lacks information or knowledge sufficient to form a belief

as to the truth or falsity of the remaining allegations in Paragraph 152 of the Complaint, and on that basis denies them.

153.    To the extent the allegations in Paragraph 153 state legal conclusions, no answer is required.  To the extent an answer is required, PwC admits it read Mattel's 2017 Form 10-K, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 153 of the Complaint, and on that basis denies them.

154.    PwC denies the allegations in Paragraph 154 of the Complaint.

155.    PwC admits that, at the conclusion of its audit of Mattel's 2017 financial statements and internal control over financial reporting, emails were sent between and among PwC's audit team, including Lightfoot, acknowledging the conclusion of the audit, but denies any characterization of such documents, which speak for themselves.  PwC otherwise denies the allegations in Paragraph 155 of the Complaint.

156.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 156 of the Complaint, and on that basis denies them.

157.    PwC admits that Mattel filed its 2017 Form 10-K with the SEC on February 27, 2018, but denies any characterization of that document, which speaks for itself.  PwC otherwise denies the allegations in Paragraph 157 of the Complaint.

158.    PwC admits that Mattel filed its 2017 Form 10-K with the SEC on February 27, 2018, but denies any characterization of that document, which speaks for itself.  PwC also admits that it issued an audit report, which was included in Mattel's 2017 Form 10-K, but denies any characterization of that document, which speaks for itself.  PwC denies it violated any PCAOB accounting standards, and otherwise denies the remaining allegations in Paragraph 158 of the Complaint.

159.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 159 of the Complaint, and on that basis denies them.

160.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 160 of the Complaint, and on that basis denies them.

**E.      Mattel and PwC Are Forced to Disclose a Whistleblower Letter Concerning the Fraud**

161.   PwC admits that, on August 8, 2019, Mattel issued a Form 8-K with the SEC that disclosed that the Company had received a whistleblower letter, was conducting an investigation into the matters raised by the letter, and was cancelling a bond offering scheduled to close the same day.  PwC denies any characterization of the Form 8-K, which speaks for itself, and denies the remaining allegations in Paragraph 161 of the Complaint.

162.   PwC admits that, on August 8, 2019, Mattel issued a Form 8-K with the SEC that disclosed that the Company had received an anonymous whistleblower letter, was conducting an investigation into the matters raised by the letter, and was cancelling a bond offering scheduled to close the same day.  PwC denies any characterization of the Form 8-K, which speaks for itself, and denies the remaining allegations in Paragraph 162 of the Complaint.

163.   PwC admits the existence of Associated Press and Bloomberg reports regarding Mattel's August 8, 2019 Form 8-K, but denies any characterization of those reports, which speaks for themselves.  PwC otherwise denies the allegations in Paragraph 163 of the Complaint.

164.   PwC admits the existence of Associated Press and CNBC reports regarding Mattel's August 8, 2019 Form 8-K, but denies any characterization of those documents, which speaks for themselves.  PwC otherwise denies the allegations in Paragraph 164 of the Complaint.

165.   PwC admits the existence of a Fox Business article regarding Mattel's August 8, 2019 Form 8-K, but denies any characterization of that document, which speaks for itself.  PwC otherwise denies the allegations in Paragraph 165 of the Complaint.

166.   PwC admits the existence of an L.A. Business Journal article regarding Mattel's August 8, 2019 Form 8-K, but denies any characterization of that document, which speaks for itself.  PwC otherwise denies the allegations in Paragraph 166 of the Complaint.

167.   PwC admits the existence of an International Financing Review article regarding Mattel's August 8, 2019 Form 8-K, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 167 of the Complaint, and on that basis denies them.

168.   PwC admits that the price of Mattel stock decreased by approximately 16% on August 9, 2019, but denies any allegation as to the cause.  PwC denies the remaining allegations in Paragraph 168 of the Complaint.

## V.    MATTEL'S POST CLASS PERIOD ADMISSIONS

169.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 169 of the Complaint, and on that basis denies them.

### A.    Mattel Admits That Its Third and Fourth Quarter 2017 Financial Results Were Materially False When Issued, and Announces that the Company Will Issue A Restatement

170.   PwC admits that on October 29, 2019, Mattel issued a Form 8-K with the SEC, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 170 of the Complaint, and on that basis denies them.

171.    PwC admits the existence of BMO Capital Markets and Wells Fargo Securities reports regarding Mattel's October 29, 2019 Form 8-K, but denies any characterization of those documents, which speaks for themselves.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 171 of the Complaint, and on that basis denies them.

172.    PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 172 of the Complaint.

173.    PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 173 of the Complaint, and on that basis denies them.

174.    PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 174 of the Complaint, and on that basis denies them.

175.    PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, with a press release filed as an exhibit, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 175 of the Complaint, and on that basis denies them.

176.    PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, with a press release filed as an exhibit, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 176 of the Complaint, and on that basis denies them.

177. PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, with a press release filed as an exhibit, but denies any characterization of that document, which speaks for itself. PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 177 of the Complaint, and on that basis denies them.

178. PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, with a press release filed as an exhibit, but denies any characterization of that document, which speaks for itself. PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 178 of the Complaint, and on that basis denies them.

179. PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, with a press release filed as an exhibit, but denies any characterization of that document, which speaks for itself. PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 179 of the Complaint, and on that basis denies them.

180. PwC admits the existence of a Forbes report regarding Mattel's October 29, 2019 Form 8-K, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 180 of the Complaint, and on that basis denies them.

181. PwC admits that, on October 29, 2019, Mattel issued a Form 8-K with the SEC, with a press release filed as an exhibit, but denies any characterization of that document, which speaks for itself.  To the extent Paragraph 181 contains allegations not contained in this document, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 181 of the Complaint, and on that basis denies them.

182.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 182 of the Complaint, and on that basis denies them.

183.   PwC admits the existence of a November 6, 2019 Wall Street Journal article, but denies any characterization of that document, which speaks for itself. To the extent Paragraph 183 contains allegations not contained in this document, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 183 of the Complaint, and on that basis denies them.

184.   PwC admits the existence of a November 6, 2019 Wall Street Journal article and November 14, 2019 Bloomberg article, but denies any characterization of those documents, which speak for themselves.  To the extent Paragraph 184 contains allegations not contained in this document, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 184 of the Complaint, and on that basis denies them.

185.   PwC denies any characterizations relating to "ongoing issues with auditor independence."  PwC admits the existence of a November 14, 2019 Bloomberg article, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 185 of the Complaint, and on that basis denies them.

186.   PwC admits the existence of a February 26, 2020 ProMarket article, but denies any characterization of that document, which speaks for itself.  To the extent Paragraph 186 contains allegations not contained in this document, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 186 of the Complaint, and on that basis denies them.

**B.**    **Mattel Files the Restatement**

187.    PwC admits that, on November 12, 2019, Mattel filed a 10-K/A with the SEC regarding its restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 187 of the Complaint.

188.    PwC admits that, on November 12, 2019, Mattel filed a 10-K/A with the SEC regarding its restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 188 of the Complaint.

189.    PwC admits that, on November 12, 2019, Mattel filed a 10-K/A with the SEC regarding its restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 189 of the Complaint.

190.    PwC admits that, on November 12, 2019, Mattel filed a 10-K/A with the SEC regarding its restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  To the extent Paragraph 190 contains allegations not contained in this document, PwC PwC denies the remaining allegations in Paragraph 190 of the Complaint.

191.    PwC admits that it issued an audit report that included its opinion on Mattel's internal control over financial reporting, but denies any characterization of those reports, which speaks for themselves.  PwC denies the remaining allegations in Paragraph 191 of the Complaint.

192.    PwC admits that, on November 12, 2019, Mattel filed a 10-K/A with the SEC regarding its restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC also admits that Mattel's provision for income taxes was understated by $109 million for the third quarter of 2017.  PwC otherwise denies the remaining allegations in Paragraph 192 of the Complaint.

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

193.   PwC admits that Mattel's provision for income taxes was understated by $109 million for the third quarter of 2017.  PwC otherwise denies the remaining allegations in Paragraph 193 of the Complaint.

194.   PwC admits that, on November 12, 2019, Mattel filed a 10-K/A with the SEC regarding its restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 194 of the Complaint.

195.   PwC admits Mattel had a November 15, 2019 call, but denies all "Defendants" participated in that call and denies any further characterization of that call, which speaks for itself.  PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 195 of the Complaint, and on that basis denies them.

196.   PwC admits the existence of a November 15, 2019 Bloomberg article, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 186 of the Complaint, and on that basis denies them.

C.    **The SEC and SDNY Subpoena Mattel**

197.   PwC admits that, on February 25, 2020, Mattel filed its 2019 Form 10-K with the SEC, but denies any characterization of that document, which speaks for itself.  To the extent Paragraph 197 contains allegations not contained in this document, PwC  lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 197 of the Complaint, and on that basis denies them.

198.   PwC admits that, on May 6, 2020, Mattel filed its Form 10-Q for the first quarter of 2020 with the SEC, but denies any characterization of that document, which speaks for itself.  PwC otherwise denies the remaining allegations in Paragraph 198 of the Complaint

## VI. ADDITIONAL SCIENTER ALLEGATIONS

199.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations regarding Mattel and Mattel executives' state of mind, and on that basis denies them. PwC denies the remaining allegations of Paragraph 199 of the Complaint.

200.   PwC denies the allegations of Paragraph 200 of the Complaint.

201.   PwC admits that, in January 2018, as part of its audit of Mattel's financial statements and internal control over financial reporting, PwC's audit team discussed with Mattel the issue whether the HiT IP was appropriately classified for purposes of accounting for its deferred tax, but denies the allegations in Paragraph 201 of the Complaint that purport to characterize those meetings or what was said in those meetings.  PwC denies the remaining allegations in Paragraph 201 of the Complaint.

202.   PwC admits that, in January 2018, as part of its audit of Mattel's financial statements and internal control over financial reporting, PwC's audit team discussed with Mattel the issue whether the HiT IP was appropriately classified for purposes of accounting for its deferred tax, but denies the allegations in Paragraph 202 of the Complaint that purport to characterize those meetings or what was said in those meetings.  PwC denies the remaining allegations in Paragraph 202 of the Complaint.

203.   PwC denies that it and Mattel "conspired to cover up the material misstatement" or otherwise misstate any aspect of Mattel's third quarter financial results or statements about Mattel's internal controls, and denies that it failed to inform the Audit Committee of any "material" misstatements or weaknesses of which it was aware.  PwC denies the remaining allegations in Paragraph 203 of the Complaint.

204.   PwC admits that Mattel filed its 2017 Form 10-K with the SEC on February 27, 2018, but denies any characterization of that document, which speaks

for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 204 of the Complaint, and on that basis denies them.

205.   PwC admits that Mattel filed its 2017 Form 10-K with the SEC on February 27, 2018, but denies any characterization of that document, which speaks for itself.  PwC also admits that it issued an audit report, which was included in Mattel's 2017 Form 10-K, but denies any characterization of that document, which speaks for itself.  PwC otherwise denies the remaining allegations in Paragraph 205 of the Complaint.

206.   PwC denies the allegations in Paragraph 206 of the Complaint.

207.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 207 of the Complaint, and on that basis denies them.

208.   PwC admits that Abrahams was placed on leave in November 2019, but denies the allegations in paragraph 208 to the extent they suggest a causal connection between Mattel's October 29, 2019 Form 8-K and the decision to place Abrahams on leave.  PwC denies the remaining allegations in Paragraph 208 of the Complaint.

209.   PwC denies the allegations in Paragraph 209 of the Complaint.

210.   PwC admits that members of PwC's audit team met with Whitaker during his employment in Mattel's tax department, but denies the characterization of those meetings, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 210 of the Complaint, and on that basis denies them.

211.   PwC lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 211 of the Complaint, and on that basis denies them.

212.   PwC denies the allegations in Paragraph 212 of the Complaint.

213.   PwC admits that Mattel evaluated and recorded an allowance for its deferred tax assets for the third quarter of 2017.  PwC also admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself.  PwC denies the remaining allegations in Paragraph 213 of the Complaint.

214.   PwC denies the allegations in Paragraph 214 of the Complaint.

215.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 215 of the Complaint, and on that basis denies them.

216.   PwC admits that it has served as Mattel's independent accountants since 1974.  PwC admits that its responsibilities in that capacity include auditing Mattel's financial statements and internal control over financial reporting, but denies the allegations in Paragraph 216 of the Complaint to the extent they suggests PwC was responsible for Mattel's financial statements and internal control over financial reporting. PwC denies the remaining allegations in Paragraph 216 of the Complaint.

217.   PwC denies that it and Mattel "conspired to fraudulently avoid issuing a restatement" or otherwise misstate any aspect of Mattel's third quarter financial results or statements about Mattel's internal controls.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 217 of the Complaint, and on that basis denies them.

218.   PwC denies that it and Mattel "cover[ed] up the misstatement" or otherwise misstate any aspect of Mattel's third quarter financial results or statements about Mattel's internal controls, and denies that it failed to inform the Audit Committee of any "material" misstatements or weaknesses of which it was aware.  PwC otherwise lacks information or knowledge sufficient to form a belief

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

as to the truth or falsity of the remaining allegations in Paragraph 218 of the Complaint, and on that basis denies them.

219. To the extent the allegations in Paragraph 219 state legal conclusions, no answer is required. To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 219 of the Complaint, and on that basis denies them.

220. To the extent the allegations in Paragraph 220 state legal conclusions, no answer is required. To the extent a response is required, PwC denies the allegations in Paragraph 220 of the Complaint.

## VII. MATTEL VIOLATED STATUTES, REGULATIONS, AND STANDARDS REQUIRING IT TO ESTABLISH EFFECTIVE INTERNAL CONTROLS, AND CERTIFY THEIR EFFECTIVENESS TO INVESTORS

### A. Laws and Regulations Governing Internal Controls

221. To the extent the allegations in Paragraph 221 state legal conclusions, no answer is required. To the extent a response is required, PwC admits that Mattel is a public company, admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 221 of the Complaint.

222. To the extent the allegations in Paragraph 222 state legal conclusions, no answer is required. To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 222 of the Complaint.

223. To the extent the allegations in Paragraph 223 state legal conclusions, no answer is required. To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 223 of the Complaint.

224. To the extent the allegations in Paragraph 224 state legal conclusions, no answer is required. To the extent a response is required, PwC admits that public

companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 224 of the Complaint.

225.   To the extent the allegations in Paragraph 225 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 225 of the Complaint.

226.   To the extent the allegations in Paragraph 226 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 226 of the Complaint.

227.   To the extent the allegations in Paragraph 227 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 227 of the Complaint.

228.   To the extent the allegations in Paragraph 228 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that the PCAOB defines terms relating to internal controls over financial reporting, and otherwise denies the allegations in Paragraph 228 of the Complaint.

229.   To the extent the allegations in Paragraph 229 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 229 of the Complaint.

230.   To the extent the allegations in Paragraph 230 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 230 of the Complaint.

231.   To the extent the allegations in Paragraph 231 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public

companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 231 of the Complaint.

232.    To the extent the allegations in Paragraph 232 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 232 of the Complaint.

233.    To the extent the allegations in Paragraph 233 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 233 of the Complaint.

234.    To the extent the allegations in Paragraph 234 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 234 of the Complaint.

235.    To the extent the allegations in Paragraph 235 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 235 of the Complaint.

236.    To the extent the allegations in Paragraph 236 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 236 of the Complaint.

237.    To the extent the allegations in Paragraph 237 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that public companies are required to maintain certain internal controls over financial reporting, and otherwise denies the allegations in Paragraph 237 of the Complaint.

**B.** **Mattel Violated Statutes and Regulations Governing Internal Controls**

238.   PwC admits that Mattel filed quarterly and annual SEC filings during the Class Period, admits that PwC issued audit reports for each of Mattel's year-end financial disclosures for 2017 and 2018, which were attached to Mattel's 2017 and 2018 Forms 10-K, respectively, but denies any characterization of these documents, which speak for themselves.  PwC otherwise denies the remaining allegations in Paragraph 238 of the Complaint.

239.   PwC admits that Mattel filed quarterly and annual SEC filings during the Class Period, but denies any characterization of these documents, which speak for themselves.  PwC otherwise denies the remaining allegations in Paragraph 239 of the Complaint.

240.   PwC admits that, as of December 31, 2018, Mattel did not maintain, in all material respects, effective internal control over financial reporting because a material weakness in internal control over financial reporting existed as of that date.  PwC otherwise denies the remaining allegations in Paragraph 240 of the Complaint.

241.   PwC denies the allegations in Paragraph 241 of the Complaint.

242.   PwC denies the allegations in Paragraph 242 of the Complaint.

243.   To the extent the allegations in Paragraph 243 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 243 of the Complaint.

244.   To the extent the allegations in Paragraph 244 state legal conclusions, no answer is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 244, and on that basis denies them.

245.   To the extent the allegations in Paragraph 245 state legal conclusions, no answer is required.  To the extent a response is required, PwC lacks information

or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 245 of the Complaint, and on that basis denies them.

246.    To the extent the allegations in Paragraph 246 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that, on November 12, 2019, Mattel issued a Restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 246 of the Complaint.

## VIII.  MATTEL VIOLATED GAAP

247.    To the extent the allegations in Paragraph 247 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that Mattel was required to prepare its financial statements in conformity with US GAAP issued by the FASB.  PwC denies the remaining allegations in Paragraph 247 of the Complaint.

248.    To the extent the allegations in Paragraph 248 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that that Mattel filed quarterly and annual SEC filings during the Class Period, and admits that, on November 12, 2019, Mattel filed a restatement of its historical financial results, but denies any characterization of these documents, which speak for themselves, and otherwise denies the allegations in Paragraph 248 of the Complaint.

249.    To the extent the allegations in Paragraph 249 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that PwC admits that Mattel filed quarterly and annual SEC filings during the Class Period, but denies any characterization of these documents, which speak for themselves, and otherwise denies the allegations in Paragraph 249 of the Complaint.

## A.      GAAP Accounting for Deferred Tax Assets

250.   To the extent the allegations in Paragraph 250 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that ASC 740 supplies principles relevant to the valuation of deferred tax assets, but denies any characterization of ASC 740, which speaks for itself, and denies the remaining allegations in Paragraph 250 of the Complaint.

251.   PwC admits that Mattel filed 2017 and 2018 Forms 10-K with the SEC, but denies any characterization of those documents, which speak for themselves, and otherwise denies the remaining allegations in Paragraph 251 of the Complaint.

252.   To the extent the allegations in Paragraph 252 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that ASC 740 supplies principles relevant to the valuation of deferred tax assets, but denies any characterization of ASC 740, which speaks for itself, and otherwise denies the remaining allegations in Paragraph 252 of the Complaint.

253.   To the extent the allegations in Paragraph 253 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that ASC 740 supplies principles relevant to the valuation of deferred tax assets, but denies any characterization of ASC 740, which speaks for itself, and otherwise denies the remaining allegations in Paragraph 253 of the Complaint.

254.   To the extent the allegations in Paragraph 254 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that the determination of the value of a deferred tax asset involves the application of GAAP and related professional guidance in making accounting judgments, and otherwise denies the remaining allegations in Paragraph 254 of the Complaint.

255.   To the extent the allegations in Paragraph 255 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that ASC 740 supplies principles relevant to the valuation of deferred tax assets, but

otherwise denies any characterization of ASC 740, which speaks for itself, and otherwise denies the remaining allegations in Paragraph 255 of the Complaint.

256.   PwC admits that Mattel filed a 2017 Form 10-K with the SEC, but denies any characterization of that document, which speaks for itself.  To the extent Paragraph 256 contains allegations not contained in this document, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 256 of the Complaint, and on that basis denies them.

257.   To the extent the allegations in Paragraph 257 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that ASC 740 supplies principles relevant to the valuation of deferred tax assets, but denies any characterization of ASC 740, which speaks for itself, and otherwise denies the remaining allegations in Paragraph 257 of the Complaint.

258.   To the extent the allegations in Paragraph 258 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies any characterization of ASC 350, which speaks for itself, and otherwise denies the remaining allegations in Paragraph 258 of the Complaint.

259.   To the extent the allegations in Paragraph 259 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that ASC 740 supplies principles relevant to the valuation of deferred tax assets, but denies any characterization of ASC 740, which speaks for itself, and otherwise denies the remaining allegations in Paragraph 259 of the Complaint.

**B.**   **GAAP Requires Correction of Material Errors in Previously-Issued Financial Statements Via Restatement**

260.   To the extent the allegations in Paragraph 260 state legal conclusion, no answer is required.  To the extent a response is required, PwC, respectfully refers the Court to the provisions of GAAP for a full and complete recitation of

relevant standards, and otherwise denies the allegations in Paragraph 260 of the Complaint.

261. To the extent the allegations in Paragraph 261 state legal conclusion, no answer is required. To the extent a response is required, PwC denies any characterization of ASC 250, which speaks for itself, and otherwise denies the allegations in Paragraph 261 of the Complaint.

262. To the extent the allegations in Paragraph 262 state legal conclusion, no answer is required. To the extent a response is required, PwC denies any characterization of ASC 250, which speaks for itself, and otherwise denies the allegations in Paragraph 262 of the Complaint.

### C.   **Mattel Violated GAAP By Failing to Issue a Restatement Once It Identified A Material Misstatement in Its Financial Results**

263. PwC admits that Mattel had $580 million in deferred tax assets and $96 million in noncurrent deferred tax assets as of June 30, 2017. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 263, and on that basis denies them.

264. PwC admits that Mattel evaluated an allowance for its deferred tax assets for the third quarter of 2017, admits that members of PwC's audit team discussed with Mattel its evaluation of an allowance for its deferred tax assets for the third quarter of 2017, but denies the allegations in Paragraph 264 of the Complaint to the extent they suggest that the valuation allowance was significant, material or would have a major impact on Mattel's financial performance, and otherwise denies the remaining allegations in Paragraph 264 of the Complaint. PwC otherwise denies the remaining allegations of Paragraph 264.

265. PwC admits that Mattel recorded a $562 million valuation allowance against its domestic deferred tax assets as of September 30, 2017, and otherwise lacks information or knowledge to form a belief as to the truth or falsity of the

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

remaining allegations in Paragraph 265 of the Complaint, and on that basis denies them.

266.    PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge to form a belief as to the truth or falsity of the remaining allegations in Paragraph 266 of the Complaint, and on that basis denies them.

267.    To the extent the allegations in Paragraph 267 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that the determination of the value of a deferred tax asset involves the application of GAAP and related professional guidance in making accounting judgments, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 267 of the Complaint.

268.    PwC denies the allegations in Paragraph 268 of the Complaint.

269.    PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, and that Mattel filed its Form 10-K for 2017 with the SEC on February 27, 2018, but denies any characterization of those documents, which speak for themselves.  PwC otherwise lacks information or knowledge to form a belief as to the truth or falsity of the remaining allegations in Paragraph 269 of the Complaint, and on that basis denies them.

270.    To the extent the allegations in Paragraph 270 state legal conclusions, no answer is required.  To the extent a response is required, PwC admits that ASC 250 supplies principles relevant to the identification and resolution of accounting errors, but denies any characterization of ASC 250, which speaks for itself, and otherwise denies the allegations in Paragraph 270 of the Complaint.

271.    PwC admits that Mattel filed a 2017 Form 10-K with the SEC and, on November 12, 2019, issued a restatement of its historical financial results, but

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

denies any characterization of those documents, which speaks for themselves, and otherwise denies the remaining allegations in Paragraph 271 of the Complaint.

## IX.    PWC FALSELY CERTIFIED THAT IT HAD AUDITED MATTEL'S FINANCIAL STATEMENTS AND INTERNAL CONTROLS FOR 2017 AND 2018 IN ACCORDANCE WITH CONTROLLING AUDITING STANDARDS

272.    To the extent the allegations in Paragraph 272 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 272 of the Complaint.

273.    To the extent the allegations in Paragraph 273 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 273 of the Complaint.

### A.    PCAOB Auditing Standards

274.    To the extent the allegations in Paragraph 274 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the remaining allegations in Paragraph 274 of the Complaint.

275.    To the extent the allegations in Paragraph 275 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors , but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 275 of the Complaint.

276.    To the extent the allegations in Paragraph 276 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, that PCAOB's auditing standards generally define applicable standards for independent auditors , but denies any characterization of those standards, which

speak for themselves, and otherwise denies the allegations in Paragraph 276 of the Complaint.

277. To the extent the allegations in Paragraph 277 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 277 of the Complaint.

278. To the extent the allegations in Paragraph 278 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC admits that that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 278 of the Complaint.

279. To the extent the allegations in Paragraph 279 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC admits that that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 279 of the Complaint.

280. To the extent the allegations in Paragraph 280 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 280 of the Complaint.

281. To the extent the allegations in Paragraph 281 of the Complaint state legal conclusions, no response is required. To the extent a response is required,

PwC admits that that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 281 of the Complaint.

### B.   PwC's Violations of the PCAOB Auditing Standards

282.   PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 282 of the Complaint.

283.   PwC denies the allegations in Paragraph 283 of the Complaint.

### 1.   PwC Violated PCAOB Auditing Standards in Failing to Report Material Weaknesses Beginning in the Second Quarter 2017

284.   PwC admits that it has served as Mattel's registered outside auditing firm since 1974, and otherwise denies the allegations in Paragraph 284 of the Complaint.

285.   To the extent the allegations in Paragraph 285 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 285 of the Complaint.

286.   PwC admits that Mattel carried deferred tax assets on its balance sheet at the time it filed its second quarter 2017 financial statements on August 2, 2017, but denies the allegations in Paragraph 286 of the Complaint to the extent they suggest that such assets were material.  PwC otherwise denies the allegations in Paragraph 286 of the Complaint.

287.    PwC admits that it did not "require" Mattel to disclose material weaknesses in its internal controls during the Class Period, but denies the allegations in Paragraph 287 of the Complaint to the extent they suggest that such weaknesses existed or that PwC had the authority to require Mattel to do anything. PwC otherwise denies the allegations of Paragraph 287.

288.    PwC denies the allegations in Paragraph 288 of the Complaint.

289.    PwC denies the allegations in Paragraph 289 of the Complaint.

290.    PwC admits that it did not "require" Mattel to disclose material weaknesses in its internal controls in its Forms 10-Q for the second and third quarter of 2017, but denies the allegations in Paragraph 290 of the Complaint to the extent they suggest that PwC performed an audit of Mattel's financial results for the second and third quarters of 2017, that such weaknesses existed or that PwC had the authority to require Mattel to do anything.  PwC otherwise denies the allegations in Paragraph 290 of the Complaint.

291.    To the extent the allegations in Paragraph 291 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 291 of the Complaint.

292.    To the extent the allegations in Paragraph 292 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 292 of the Complaint.

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

293.   To the extent the allegations in Paragraph 293 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 293 of the Complaint.

294.   To the extent the allegations in Paragraph 294 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 294 of the Complaint.

### 2.    PwC Knowingly Made Materially False and Misleading Statements in Mattel's 2017 and 2018 Forms 10-K

295.   To the extent the allegations in Paragraph 295 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that AS 2201 supplies principles relevant to the audit of internal controls over financial reporting, but denies any characterization of AS 2201, which speaks for itself.  PwC also admits that Mattel filed its 2017 Form 10-K with the SEC on February 27, 2018 and filed its 2018 Form 10-K with the SEC on February 22, 2019, but denies any characterization of those documents, which speak for themselves.  PwC also admits that it issued audit reports, which were included in Mattel's 2017 and 2018 Form 10-K, but denies any characterization of those documents, which speaks for themselves.  PwC otherwise denies the remaining allegations in Paragraph 295 of the Complaint.

296.   PwC denies the allegations in Paragraph 296 of the Complaint.

297.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 297 of the Complaint, and on that basis denies them.

298.   PwC denies the allegations in Paragraph 298 of the Complaint.

299.   To the extent the allegations in Paragraph 299 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 299 of the Complaint.

300.   To the extent the allegations in Paragraph 300 state legal conclusions, no answer is required.  To the extent a response is required, PwC denies the allegations in Paragraph 300 of the Complaint.

301.   PwC denies the allegations in Paragraph 301 of the Complaint.

302.   PwC denies the allegations in Paragraph 302 of the Complaint.

**3.      PwC Violated PCAOB Auditing Standards When It Did Not Require Mattel to Restate its Third Quarter 2017 Form 10-Q**

303.   To the extent the allegations in Paragraph 303 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 303 of the Complaint.

304.   To the extent the allegations in Paragraph 304 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 304 of the Complaint.

305.   To the extent the allegations in Paragraph 305 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 305 of the Complaint.

**4.      In Conspiring to Cover Up A Material Misstatement, PwC Also Violated PCAOB Standards of Independence and Due Care**

306.   To the extent the allegations in Paragraph 306 of the Complaint state legal conclusions, no response is required.  To the extent a response is required,

PwC admits that that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speaks for themselves, and otherwise denies the allegations in Paragraph 306 of the Complaint.

307. To the extent the allegations in Paragraph 307 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves, and otherwise denies the allegations in Paragraph 307 of the Complaint.

308. To the extent the allegations in Paragraph 308 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC denies the allegations in Paragraph 308 of the Complaint.

309. PwC denies the allegations in Paragraph 309 of the Complaint.

310. To the extent the allegations in Paragraph 310 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC denies the allegations in Paragraph 310 of the Complaint.

311. To the extent the allegations in Paragraph 311 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC admits that that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speak for themselves. PwC denies the remaining allegations in Paragraph 311 of the Complaint.

312. To the extent the allegations in Paragraph 312 of the Complaint state legal conclusions, no response is required. To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those

standards, which speaks for themselves, and otherwise denies the allegations in Paragraph 312 of the Complaint.

313.    To the extent the allegations in Paragraph 313 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 313 of the Complaint.

314.    To the extent the allegations in Paragraph 314 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that PCAOB's auditing standards generally define applicable standards for independent auditors, but denies any characterization of those standards, which speaks for themselves, and otherwise denies the remaining allegations in Paragraph 314 of the Complaint.

**C.    Mattel's Relationship with PwC Violated Auditor Independence Requirements**

315.    PwC denies the allegations in Paragraph 315 of the Complaint.

316.    To the extent the allegations in Paragraph 316 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that AS 1005 supplies principles relevant to an outside auditor's obligation to maintain independence from an audited company, but denies any characterization of AS 1005, which speaks for itself, and otherwise denies the allegations in Paragraph 316 of the Complaint.

317.    To the extent the allegations in Paragraph 317 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that, on September 23, 2019, the SEC filed charges against PwC which were resolved.  PwC denies any characterization of those charges, which speak for themselves, and otherwise denies the allegations in Paragraph 317 of the Complaint.

318.    PwC denies the allegations of Paragraph 318 of the Complaint..

319.    PwC denies the allegations in Paragraph 319 of the Complaint.

- 53 -
PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

320.    PwC admits the existence of a December 17, 2019 Wall Street Journal article regarding PwC, but denies any characterization of that article, which speaks for itself, and otherwise denies the allegations in Paragraph 320 of the Complaint.

321.    PwC admits the existence of a December 17, 2019 Wall Street Journal article regarding PwC, but denies any characterization of that article, which speaks for itself, and otherwise denies the allegations in Paragraph 321 of the Complaint.

322.    To the extent the allegations in Paragraph 322 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that Mattel conducted an internal investigation into the allegations from the August 2019 whistleblower letter, but denies any characterization of any written reports issued as a result of that investigation, which speak for themselves. PwC otherwise denies the remaining allegations in Paragraph 322 of the Complaint.

323.    PwC admits that the fees Mattel paid PwC pursuant to their engagement agreement are disclosed in Mattel's proxy statements, denies the characterization of those documents, which speak for themselves, and otherwise denies the remaining allegations in Paragraph 323 of the Complaint.

## X.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS

324.    To the extent the allegations in Paragraph 324 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 324 of the Complaint.

### A.    Materially False And Misleading Statements And Omissions Concerning The Second Quarter 2017

325.    PwC admits that Mattel filed its Form 10-Q for the second quarter of 2017 with the SEC on August 2, 2017, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge

sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 325 of the Complaint, and on that basis denies them.

326.    PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of June 30, 2017, and lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 326 of the Complaint, and on that basis denies them.

327.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 327 of the Complaint, and on that basis denies them.

328.    PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of June 30, 2017 or that such deficiencies existed as of June 30, 2017, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 328, and on that basis denies them.

329.    PwC admits that Mattel filed its Form 10-Q for the second quarter of 2017 on August 2, 2017, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 329 of the Complaint, and on that basis denies them.

330.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 330 of the Complaint, and on that basis denies them.

331.    PwC denies that it "exploited" any deficiencies in disclosure controls and procedures at Mattel, and denies that Mattel's internal controls over financial reporting were "severely deficient," as of June 30, 2017, or that such deficiencies existed as of June 30, 2017, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 331, and on that basis denies them.

B.    **Materially False And Misleading Statements And Omissions Concerning The Third Quarter 2017**

332.    PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 332 of the Complaint, and on that basis denies them.

333.    PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 333 of the Complaint, and on that basis denies them.

334.    PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 334 of the Complaint, and on that basis denies them.

335.    PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, and admits that, on November 12, 2019, Mattel issued a Restatement of its historical financial results, but denies any characterization of those documents, which speaks for themselves, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 335 of the Complaint, and on that basis denies them.

336.    PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, and admits that, on November 12, 2019, Mattel issued a Restatement of its historical financial results, but denies any characterization of those documents, which speak for themselves, and otherwise

lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 336 of the Complaint, and on that basis denies them.

337. PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 337 of the Complaint, and on that basis denies them.

338. PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of September 30, 2017, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 338 of the Complaint, and on that basis denies them.

339. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 339 of the Complaint, and on that basis denies them.

340. PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of September 30, 2017, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 340 of the Complaint, and on that basis denies them.

341. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 341 of the Complaint, and on that basis denies them.

342. PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 342 of the Complaint, and on that basis denies them.

343.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 343 of the Complaint, and on that basis denies them.

344.   PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of September 30, 2017, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 344 of the Complaint, and on that basis denies them.

345.   PwC admits that Mattel filed its Form 10-Q for the third quarter of 2017 with the SEC on October 26, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 345 of the Complaint, and on that basis denies them.

346.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 346 of the Complaint, and on that basis denies them.

347.   PwC admits that Mattel filed a Form 8-K with the SEC on October 26, 2017, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 347 of the Complaint, and on that basis denies them.

C.    **Materially False And Misleading Statements And Omissions Concerning The Fourth Quarter and Full Year 2017**

348.   PwC admits Mattel held a February 1, 2018 earnings call, but denies any characterization of that call, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 348 of the Complaint, and on that basis denies them.

349.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 349 of the Complaint, and on that basis denies them.

350. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, and admits that, on February 1, 2018 Mattel issued an earnings release and an investor presentation regarding financial information, but denies any characterization of those documents, which speak for themselves, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 350 of the Complaint.

351. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, and admits that, on February 1, 2018 Mattel issued an earnings release and an investor presentation, but denies any characterization of those documents, which speaks for themselves, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 351 of the Complaint.

352. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, and admits that, on February 1, 2018 Mattel issued an earnings release and an investor presentation, but denies any characterization of those documents, which speaks for themselves. PwC denies that Mattel's internal control over financial reporting was "severely deficient," and otherwise denies the remaining allegations in Paragraph 352 of the Complaint.

353. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 353 of the Complaint.

354. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 354 of the Complaint.

355. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, but denies any characterization of that document, which speaks

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 355 of the Complaint, except denies the existence of any "scheme."

356. PwC admits that on February 1, 2018, Mattel issued an earnings release and an investor presentation, but denies any characterization of those documents, which speaks for themselves, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 356 of the Complaint, and on that basis denies them.

357. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, but denies any characterization of that document, which speaks for itself, and otherwise denies the remaining allegations in Paragraph 357 of the Complaint.

358. PwC admits that on February 1, 2018, Mattel issued an earnings release and an investor presentation, and admits that, on November 12, 2019, Mattel issued a restatement of its historical financial results, but denies any characterization of those documents, which speaks for themselves, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 358 of the Complaint, and on that basis denies them.

359. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 359 of the Complaint.

360. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 360 of the Complaint, and on that basis denies them.

361. PwC denies that Mattel's internal control over financial reporting was "severely deficient" as of December 31, 2017, otherwise lacks information or

knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 361 of the Complaint, and on that basis denies them.

362. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 362 of the Complaint.

363. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 363 of the Complaint, and on that basis denies them.

364. PwC admits that, on November 12, 2019, Mattel issued a restatement of its historical financial results, but denies any characterization of that document, which speaks for itself, denies that Mattel's internal control over financial reporting was "severely deficient" as of December 31, 2017, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 364 of the Complaint, and on that basis denies them.

365. PwC admits that Mattel filed a 2017 Form 10-K with the SEC on February 27, 2017, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 365 of the Complaint.

366. PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of December 31, 2017, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 366 of the Complaint, and on that basis denies them.

367. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 367 of the Complaint, and on that basis denies them.

368. PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of December 31, 2017, and otherwise lacks information or

knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 368 of the Complaint, and on that basis denies them.

369.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 369 of the Complaint, and on that basis denies them.

370.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 370 of the Complaint, and on that basis denies them.

371.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 371 of the Complaint.

372.   PwC admits that it issued audit reports that included an opinion on Mattel's financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 372 of the Complaint.

373.   To the extent the allegations in Paragraph 373 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 373 of the Complaint.

374.   PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 374 of the Complaint.

375.   PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 375 of the Complaint.

376.   PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 376 of the Complaint.

377.   To the extent the allegations in Paragraph 377 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 377 of the Complaint.

378.   To the extent the allegations in Paragraph 378 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 378 of the Complaint.

**D.      Materially False And Misleading Statements And Omissions Concerning The First Quarter 2018**

379.   PwC admits that, on April 5, 2018, Mattel issued a Proxy Statement and Notice of Annual Meeting, and denies the remaining allegations in Paragraph 379 of the Complaint.

380.   PwC denies the allegations in Paragraph 380 of the Complaint.

381.   PwC admits that Mattel filed a Form 10-Q for the first quarter of 2018 on April 26, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 381 of the Complaint.

382.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 382 of the Complaint, and on that basis denies them.

383.   PwC admits that, on November 12, 2019, Mattel issued a Restatement of its historical financial results, but denies any characterization of that document, which speaks for itself.  PwC also denies that Mattel's internal control over financial reporting was "severely deficient," as of March 31, 2018, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity

of the remaining allegations in Paragraph 383 of the Complaint, and on that basis denies them.

384.    PwC admits that Mattel filed a Form 10-Q for the first quarter of 2018 with the SEC on April 26, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 384 of the Complaint.

385.    PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of March 31, 2018, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 385 of the Complaint, and on that basis denies them.

386.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 386 of the Complaint, and on that basis denies them.

387.    PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of September 30, 2017, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 387 of the Complaint, and on that basis denies them.

**E.    <u>Materially False And Misleading Statements And Omissions Concerning The Second Quarter 2018</u>**

388.    PwC admits that Mattel filed its Form 10-Q for the second quarter of 2018 with the SEC on July 25, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 388 of the Complaint, and on that basis denies them.

389.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 389 of the Complaint, and on that basis denies them.

390.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 390 of the Complaint, and on that basis denies them.

391.   PwC admits that Mattel filed its Form 10-Q for the second quarter of 2018 with the SEC on July 25, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 391 of the Complaint, and on that basis denies them.

392.   PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of June 30, 2018, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 392 of the Complaint, and on that basis denies them.

393.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 393 of the Complaint, and on that basis denies them.

394.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 394 of the Complaint, and on that basis denies them.

F.    **Materially False And Misleading Statements And Omissions Concerning The Third Quarter 2018**

395.   PwC admits that Mattel filed its Form 10-Q for the third quarter of 2018 with the SEC on October 25, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 395 of the Complaint, and on that basis denies them.

396.   PwC admits that Mattel filed its Form 10-Q for the third quarter of 2018 with the SEC on October 25, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge

sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 396 of the Complaint, and on that basis denies them.

397. PwC admits that Mattel filed its Form 10-Q for the third quarter of 2018 with the SEC on October 25, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 397 of the Complaint, and on that basis denies them.

398. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 398 of the Complaint, and on that basis denies them.

399. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 399 of the Complaint, and on that basis denies them.

400. PwC admits that Mattel filed its Form 10-Q for the third quarter of 2018 with the SEC on October 25, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 400 of the Complaint, and on that basis denies them.

401. PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of September 30, 2018, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 401 of the Complaint, and on that basis denies them.

402. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 402 of the Complaint, and on that basis denies them.

403. PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 403 of the Complaint, and on that basis denies them.

404. PwC admits that Mattel issued a Form 8-K with the SEC on October 25, 2018, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 404 of the Complaint, and on that basis denies them.

**G.      Materially False And Misleading Statements And Omissions Concerning The Fourth Quarter and Full Year 2018**

405. PwC admits that Mattel filed its 2018 Form 10-K with the SEC on February 22, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 405 of the Complaint, and on that basis denies them.

406. PwC admits that Mattel filed its 2018 Form 10-K with the SEC on February 22, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 406 of the Complaint, and on that basis denies them.

407. PwC admits that Mattel filed its 2018 Form 10-K with the SEC on February 22, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 407 of the Complaint, and on that basis denies them.

408. PwC admits that Mattel filed its 2018 Form 10-K with the SEC on February 22, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 408 of the Complaint, and on that basis denies them.

409.   PwC, denies the allegations in Paragraph 409 of the Complaint to the extent they purport to characterize Mattel's internal control over financial reporting, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 409 of the Complaint, and on that basis denies them.

410.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 410 of the Complaint, and on that basis denies them.

411.   PwC admits that Mattel filed its 2018 Form 10-K with the SEC on February 22, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 411 of the Complaint, and on that basis denies them.

412.   PwC, denies the allegations in Paragraph 412 of the Complaint to the extent they purport to characterize Mattel's internal control over financial reporting, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 412 of the Complaint, and on that basis denies them.

413.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 413 of the Complaint, and on that basis denies them.

414.   PwC admits that Mattel filed its 2018 Form 10-K with the SEC on February 22, 2019, but denies any characterization of that document, which speaks for itself, and otherwise denied the remaining allegations of Paragraph 414 of the Complaint.

415.   PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of

those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 415 of the Complaint.

416.    To the extent the allegations in Paragraph 416 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 416 of the Complaint.

417.    PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 417 of the Complaint.

418.    PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 418 of the Complaint.

419.    PwC admits that it issued audit reports that included an opinion on Mattel's internal control over financial reporting, but denies any characterization of those documents, which speak for themselves.  PwC denies the remaining allegations in Paragraph 419 of the Complaint.

420.    To the extent the allegations in Paragraph 420 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 420 of the Complaint.

421.    To the extent the allegations in Paragraph 421 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 421 of the Complaint.

**H.    Materially False And Misleading Statements And Omissions Concerning The First Quarter 2019**

422.    PwC admits that Mattel filed its Form 10-Q for the first quarter of 2019 with the SEC on April 26, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge

sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 422 of the Complaint, and on that basis denies them.

423.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 423 of the Complaint, and on that basis denies them.

424.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 424 of the Complaint, and on that basis denies them.

425.    PwC admits that Mattel filed its Form 10-Q for the first quarter of 2019 with the SEC on April 26, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 425 of the Complaint, and on that basis denies them.

426.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 426 of the Complaint, and on that basis denies them.

427.    PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of March 31, 2019, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 427 of the Complaint, and on that basis denies them.

I.    **Materially False And Misleading Statements And Omissions Concerning The Second Quarter 2019**

428.    PwC admits that Mattel filed its Form 10-Q for the second quarter of 2019 with the SEC on July 26, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 428 of the Complaint, and on that basis denies them.

429.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 429 of the Complaint, on that basis denies them.

430.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 430 of the Complaint, and on that basis denies them.

431.    PwC admits that Mattel filed its Form 10-Q for the second quarter of 2019 on July 26, 2019, but denies any characterization of that document, which speaks for itself, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 431 of the Complaint, and on that basis denies them.

432.    PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 432 of the Complaint, on that basis denies them.

433.    PwC denies that Mattel's internal control over financial reporting was "severely deficient," as of June 30, 2019, and otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 433 of the Complaint, and on that basis denies them.

## XI.    LOSS CAUSATION

434.    To the extent the allegations in Paragraph 434 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 434 of the Complaint.

435.    PwC admits that, on August 8, 2019, Mattel issued a Form 8-K with the SEC that disclosed that the Company had received a whistleblower letter, was conducting an investigation into the matters raised by the letter, and was cancelling a bond offering scheduled to close the same day.  PwC denies any characterization of the Form 8-K, which speaks for itself, and denies the remaining allegations in Paragraph 435 of the Complaint

436.   PwC admits that, on August 8, 2019, Mattel issued a Form 8-K with the SEC that disclosed that the Company had received a whistleblower letter, was conducting an investigation into the matters raised by the letter, and was cancelling a bond offering scheduled to close the same day.  PwC denies any characterization of the Form 8-K, which speaks for itself, and denies the remaining allegations in Paragraph 436 of the Complaint.

437.   PwC admits that the price of Mattel stock decreased by approximately 16% on August 9, 2019, but denies any allegation as to the cause. PwC denies the remaining allegations in Paragraph 437 of the Complaint.

438.   PwC denies the allegations in Paragraph 438 of the Complaint.

439.   PwC denies the allegations in Paragraph 439 of the Complaint.

## XII.   THE INAPPLICABILITY OF THE STATUTORY SAFE HARBOR

440.   To the extent the allegations in Paragraph 440 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 440 of the Complaint.

441.   To the extent the allegations in Paragraph 441 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 441 of the Complaint.

## XIII.  THE PRESUMPTION OF RELIANCE

442.   To the extent the allegations in Paragraph 442 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 442 of the Complaint.

443.   To the extent the allegations in Paragraph 443 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits Mattel was an issuer.  PwC otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 443 of the Complaint, and on that basis denies them.

444.   To the extent the allegations in Paragraph 444 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 444 of the Complaint, and on that basis denies them.

## XIV.  CLASS ACTION ALLEGATIONS

445.   To the extent the allegations in Paragraph 445 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC admits that the Complaint purports to bring a securities class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, otherwise lacks information or knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 445 of the Complaint, and on that basis denies them.

446.   To the extent the allegations in Paragraph 446 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 446 of the Complaint, and on that basis denies them.

447.   To the extent the allegations in Paragraph 447 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 447 of the Complaint, and on that basis denies them.

448.   To the extent the allegations in Paragraph 448 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 448 of the Complaint, and on that basis denies them.

449.   To the extent the allegations in Paragraph 449 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 449 of the Complaint, and on that basis denies them.

450.   To the extent the allegations in Paragraph 450 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 450 of the Complaint, and on that basis denies them.

## XV.   CAUSES OF ACTION

### COUNT I

### VIOLATIONS OF SECTION 10(b) OF THE EXCHANGE ACT AND RULE 10b-5 PROMULGATED THEREUNDER

### (Against The Mattel Defendants)

451.   PwC repeats and re-alleges each and every response to the allegations asserted in the foregoing paragraphs as if fully set forth herein.

452.   PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of allegations relating to Defendants other than PwC, and on that basis denies them, and otherwise denies the allegations in Paragraph 452 of the Complaint.

453.   To the extent the allegations in Paragraph 453 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 453 of the Complaint, and on that basis denies them.

454.   PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 454 of the Complaint, and on that basis denies them.

455.   PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 455 of the Complaint, and on that basis denies them.

456.   To the extent the allegations in Paragraph 456 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 456 of the Complaint, and on that basis denies them.

457.   To the extent the allegations in Paragraph 457 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 457 of the Complaint, and on that basis denies them.

458.   To the extent the allegations in Paragraph 458 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of allegations relating to Defendants other than PwC, and on that basis denies them, and otherwise denies the allegations in Paragraph 458 of the Complaint.

459.   PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 459 of the Complaint, and on that basis denies them.

460.   To the extent the allegations in Paragraph 460 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks sufficient knowledge or information sufficient to form a belief as to the

PWC ANSWER TO AMENDED CLASS ACTION COMPLAINT
Case No. 2:19-cv-10860-MCS-PLA

truth or falsity of allegations relating to Defendants other than PwC, and on that basis denies them, and otherwise denies the remaining allegations in Paragraph 460 of the Complaint.

461.   PwC lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 461 of the Complaint, and on that basis denies them.

**COUNT II**

**VIOLATIONS OF SECTION 20(a) OF THE EXCHANGE ACT**

**(Against the Executive Defendants)**

462.   PwC repeats and re-alleges each and every response to the allegations asserted in the foregoing paragraphs as if fully set forth herein.

463.   To the extent the allegations in Paragraph 463 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 463 of the Complaint, and on that basis denies them.

464.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 464 of the Complaint, and on that basis denies them.

465.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 465 of the Complaint, and on that basis denies them.

466.   To the extent the allegations in Paragraph 466 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 466 of the Complaint, and on that basis denies them.

467.   To the extent the allegations in Paragraph 467 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 467 of the Complaint, and on that basis denies them.

## COUNT III

## VIOLATIONS OF SECTION 10(b) OF THE EXCHANGE ACT AND RULE 10b-5 PROMULGATED THEREUNDER

### (Against PwC)

468.   PwC repeats and re-alleges each and every response to the allegations asserted in the foregoing paragraphs as if fully set forth herein.

469.   PwC denies the allegations in Paragraph 469 of the Complaint.

470.   To the extent the allegations in Paragraph 470 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 470 of the Complaint.

471.   PwC denies the allegations in Paragraph 471 of the Complaint.

472.   PwC denies the allegations in Paragraph 472 of the Complaint.

473.   To the extent the allegations in Paragraph 473 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 473 of the Complaint.

474.   To the extent the allegations in Paragraph 474 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 474 of the Complaint.

475.   PwC lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 475 of the Complaint, and on that basis denies them.

476.   To the extent the allegations in Paragraph 476 of the Complaint state legal conclusions, no response is required.  To the extent a response is required, PwC denies the allegations in Paragraph 476 of the Complaint.

**COUNT IV**

**VIOLATIONS OF SECTION 20(a) OF THE EXCHANGE ACT**

**(Against Abrahams)**

477.   PwC repeats and re-alleges each and every response to the allegations asserted in the foregoing paragraphs as if fully set forth herein.

478.   To the extent the allegations in Paragraph 478 of the Complaint state legal conclusions, no response is necessary.  To the extent a response is necessary, PwC admits that Abrahams was the lead audit partner for Mattel during the Class Period, and otherwise denies the allegations in Paragraph 478 of the Complaint.

479.   PwC denies the allegations in Paragraph 479 of the Complaint.

480.   To the extent the allegations in Paragraph 480 of the Complaint state legal conclusions, no response is necessary.  To the extent a response is necessary, PwC admits that Abrahams was the lead audit partner for Mattel during the Class Period, and otherwise denies the allegations in Paragraph 480 of the Complaint.

481.   To the extent the allegations in Paragraph 481 of the Complaint state legal conclusions, no response is necessary.  To the extent a response is necessary, PwC denies the allegations in Paragraph 481 of the Complaint.

482.   To the extent the allegations in Paragraph 482 of the Complaint state legal conclusions, no response is necessary.  To the extent a response is necessary, PwC denies the allegations in Paragraph 482 of the Complaint

**XVI.  PRAYER FOR RELIEF**

PwC denies each and every allegations not specifically admitted above, and denies that Plaintiffs are entitled to the relief requested.

**XVII. JURY DEMAND**

PwC admits that the Complaint purports to demand a jury.

## AFFIRMATIVE OR OTHER DEFENSES

Without assuming any burden of proof it would not otherwise bear, PwC asserts the following affirmative or other defenses.  PwC reserves the right to assert further defenses as discovery proceeds, including, in the event a class is certified, the right to advance additional defenses pertinent to particular class members.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by their failure to mitigate their alleged damages.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because PwC acted with due diligence, and, at all relevant times, reasonably relied in good faith on information provided by others upon whom PwC was entitled to rely.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs seek relief that is duplicative of relief sought or received in other actions, or from other Defendants.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the claimed monetary relief is speculative and impossible to ascertain.  *See* 15 U.S.C. § 77k(e).

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because PwC's alleged misrepresentations and omissions did not affect Mattel's stock price.  The alleged damages for which Plaintiffs seek to hold PwC responsible arises from depreciation in the share price that was not the result of any material misstatement or omission by PwC.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because PwC did not intentionally or recklessly make any material misstatements or omissions.  At all times, and with respect to all matters referenced herein, PwC acted in good faith, exercised reasonable care, and did not know, and in the exercise of reasonable care could not have known of the purported false or misleading nature of the alleged misstatements and omissions.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have no basis for recovery of costs and expenses, including attorneys' fees and expert fees, included in this action.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because, at all times relevant to the allegations in the Complaint, PwC performed its professional obligations to Mattel within the standards of ordinary care and competence and was not reckless.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because, at all times relevant to the allegations in the Complaint, PwC performed its audits for Mattel in accordance with all applicable professional, regulatory, and legal standards.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs are precluded from recovery because they would be unjustly enriched thereby.

## ELEVENTH AFFIRMATIVE DEFENSE

If PwC is deemed to be liable to Plaintiffs, then PwC is only liable with respect to material misstatements or omissions for PwC's statements in its audit reports attached to Mattel's 2017 and 2018 Forms 10-K.

## TWELFTH AFFIRMATIVE DEFENSE

Any damage, loss or liability sustained by plaintiffs must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than PwC under the principles of equitable allocation, recoupment, set-off, proportionate responsibility, and comparative fault. *See* 15 U.S.C. § 78u-4(f).

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claim against PwC is barred, in whole or in part, to the extent that Plaintiffs failed to exercise due care or otherwise acted recklessly.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claim against PwC is barred, in whole or in part, because Plaintiffs assumed the risks disclosed in the public filings and other public disclosures made by Defendants or others.

## FIFTEENTH AFFIRMATIVE DEFENSE

PwC does not waive any affirmative defenses and reserves the right to raise additional defenses, counterclaims, cross-claims, and third-party claims not asserted that may become apparent through discovery or other investigation.

**WHEREFORE**, PwC respectfully requests that the Court dismiss the Complaint with prejudice, enter judgment in its favor and against Plaintiff, award PwC attorneys' fees, costs, and expenses, and grant it such further relief as is just and equitable.

Dated:  March 11, 2021

Respectfully submitted,

WILMER CUTLER PICKERING HALE

AND DORR LLP

By:  */s/ Timothy J. Perla*
Timothy J. Perla (*pro hac vice*)
timothy.perla@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
Tel:    (617) 526-6000
Fax:    (617) 526-5000

Jenny Pelaez (Bar No. 326765)
jenny.pelaez@wilmerhale.com
Joshua Vittor (Bar No. 326221)
joshua.vittor@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300 Telephone
(213) 443-5400 Facsimile

Matthew T. Martens (*pro hac vice*)
Matthew.martens@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6921 Telephone
(202) 663-6363 Facsimile

*Counsel for Defendant PricewaterhouseCoopers*

*LLP*