1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| *In re Mattel, Inc. Securities Litigation* | Case No. 19-cv-10860-MCS (PLAx) |
|---|---|
| | **ORDER RE STIPULATED PROTECTIVE ORDER** |

1       Having considered the papers, and finding that good cause exists, the Parties'

2  Stipulated Protective Order is **granted**.

3      **IT IS SO ORDERED.**

4

5  DATED: April 30, 2021

                                      _____

6                                   HON. PAUL L. ABRAMS

7                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28