Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448

*Lead Counsel for Lead Plaintiffs and the Class*

Jacob A. Walker (Bar No. 271217)
jake@blockleviton.com
**BLOCK & LEVITON LLP**
260 Franklin Street Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600

*Additional Counsel for Additional Named Plaintiff Houston Municipal Employees Pension System*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 19-CV-10860-MCS (PLAx) |
| | **DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | Judge: Hon. Mark C. Scarsi |
| | Courtroom: 7C, 7th Floor, |
| | Date: September 20, 2021 |
| | Time: 9:00 a.m. |

I, John Rizio-Hamilton, declare as follows:

1.    I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), which is the Court appointed Lead Counsel in this matter.  I am a member in good standing in the Bar of the State of New York and am admitted *pro hac vice* before this court.  I have personal knowledge of the matters set forth herein.

2.    I respectfully submit this Declaration, together with the attached Exhibits, in support of Plaintiffs' Notice of Motion and Motion for Class Certification, including the appointment of Class Counsel.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the expert report of Professor S.P. Kothari, Ph.D.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Robbie Robertson in Support of Motion for Class Certification.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Jesse Evans, Jr. in Support of Motion for Class Certification.

6.    Attached hereto as **Exhibit D** is a true and correct copy of Bernstein Litowitz's Firm Resume.

7.    As reflected in the Firm Resume, Bernstein Litowitz is among the most experienced securities class action law firms in the country.  Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion.  Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, No. 09-md-2058 (S.D.N.Y.), a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.), and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.).

RIZIO-HAMILTON DECL. ISO MOTION
FOR CLASS CERTIFICATION
CASE NO. 19-CV-10860 MCS (PLAx)

8. Courts in this District and Circuit have recognized Bernstein Litowitz as adequate and qualified class counsel in securities class actions. Such examples include *In re Allergan, Inc. Proxy Violation Securities Litigation*, No. 14-cv-2004 (C.D. Cal.), in which Bernstein Litowitz recovered $250 million for investors; *In re New Century Securities Litigation*, No. 07-cv-931 (C.D. Cal.) in which Bernstein Litowitz secured recoveries of approximately $125 million for investors; *In re McKesson HBOC, Inc. Securities Litigation*, No. 99-cv-20743 (N.D. Cal.), in which Bernstein Litowitz recovered $1.05 billion for investors, the largest recovery in a securities class action in the Ninth Circuit; *Hefler v. Wells Fargo & Company*, No. 16-cv-5479 (N.D. Cal.), in which Bernstein Litowitz recovered $480 million for investors; and *In re Clarent Corp. Securities Litigation*, No. 01-cv-3361-CRB (N.D. Cal.), in which Bernstein Litowitz conducted a four-week trial and obtained a favorable jury verdict finding the CEO and former auditor of the defendant company violated the federal securities laws, leading to a recovery of millions of dollars for investors.

9. Courts have also recognized Bernstein Litowitz's advocacy. For example, in the *Clarent Corp. Securities Litigation* noted above, the court described Bernstein Litowitz's trial presentation as exhibiting "great civility and the highest professional ethics." *In re Clarent Corp. Sec. Litig.*, Master Case No. C 01-3361, Trial Tr. (Vol. 17) at 2611:19-20 (N.D. Cal. Feb. 17, 2005) (Breyer, J.). Another court has noted that Bernstein Litowitz takes its "responsibilities to the court very seriously" (*In re Openwave Systesm Sec. Litig.*, 07-cv-1309 (DLC), Tr. at 26:22-23 (S.D.N.Y.) (Feb. 27, 2009)); and has described its advocacy as being performed "at every juncture with integrity and competence" (*In re WorldCom, Inc. Sec. Litig.*, 2004 WL 2591402, *17 (S.D.N.Y. Nov. 12, 2004)).

10. Attached hereto as **Exhibit E** is a true and correct copy of an order recently issued by the United States District Court for the Northern District of California in an unrelated action where Bernstein Litowitz has been serving as Lead

RIZIO-HAMILTON DECL. ISO MOTION
FOR CLASS CERTIFICATION
CASE NO. 19-CV-10860 MCS (PLAx)

Counsel for Lead Plaintiff SEB Investment Management AB, and Class Counsel for the certified Class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). As reflected in the order, counsel for an unsuccessful lead plaintiff movant raised questions about Bernstein Litowitz's hiring of a former employee of the Lead Plaintiff. Following discovery and extensive briefing, the court found that the evidence did not establish a *quid pro quo*, and allowed Bernstein Litowitz to continue as Class Counsel. *See id.* at *1-2. The court nevertheless ordered Bernstein Litowitz to bring the order to the attention of any court in which Bernstein Litowitz seeks appointment as class counsel, and also to the decision-maker for the proposed lead plaintiff who is selecting class counsel. *See id.* at *2. Bernstein Litowitz has provided the order to New Orleans and DeKalb and discussed its content and circumstances with them. Both New Orleans and DeKalb have considered the order and reaffirm their selection of Bernstein Litowitz to represent them and serve as Class counsel.

11. Since the inception of this litigation, Bernstein Litowitz has vigorously prosecuted this action for the benefit of Plaintiffs and the Class. Bernstein Litowitz's efforts have included, among other things, (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint; (iii) overcoming Defendants' hard-fought motions to dismiss; (iv) propounding extensive discovery on defendants, including document requests, interrogatories, and requests for admission; and (v) serving document subpoenas to various non-parties who possess relevant information. Lead Counsel is committed to continue to vigorously prosecute the action for the benefit of Plaintiffs and the Class.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of April 2021, in New York, New York.

/s/ John Rizio-Hamilton
John Rizio-Hamilton (admitted *pro hac vice*)

RIZIO-HAMILTON DECL. ISO MOTION
FOR CLASS CERTIFICATION
CASE NO. 19-CV-10860 MCS (PLAx)

3