# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| Mattel, Inc. Securities Litigation | ) | Case No. 19-CV-10860-MCS (PLAx) |
| | ) | |
| | ) | |
| | ) | |

## EXPERT REPORT OF J.B. HEATON, J.D., M.B.A., PH.D.

**July 12, 2021**

## I.    INTRODUCTION

### A.    Scope

1.      I have been retained by Munger Tolles & Olson LLP in its capacity as counsel for Mattel, Inc. ("Mattel"), Margaret H. Georgiadis, Joseph J. Euteneuer, and Kevin Farr to provide my opinions with respect to whether the alleged misrepresentations at issue in this matter impacted Mattel's stock price.

### B.    Summary of Opinions

2.      Based on my analysis of quantitative and qualitative evidence described in this report, it is my opinion that the alleged misrepresentations did not impact Mattel's stock price. The efficient markets hypothesis on which Plaintiffs rely holds that investors rationally incorporate publicly available information into their price determinations. Those price determinations are driven by expected future cash flows. Here, both quantitative and qualitative "fundamental" analysis of the accounting error and related internal control issues and quantitative analysis of market evidence show that the alleged misrepresentations did not implicate expected future cash flows and did not impact Mattel's stock price.

### C.    Qualifications and Compensation

3.      I have scientific, technical, and specialized knowledge of the analysis and determination of price impacts from alleged misrepresentations. I hold a Ph.D. in business with a finance concentration and an M.B.A. with a concentration in analytic finance, both from the University of Chicago Booth School of Business (previously named the Graduate School of Business). I received my M.B.A. and Ph.D. in June 1999. I received a law degree from the University of Chicago Law School the same month. Prior to receiving my graduate degrees, I received a bachelor's degree with a finance major from the University of Illinois at Urbana-Champaign. From 1999 to 2017, I practiced law (from 2004 to 2017 as a partner) in the law firm

Bartlit Beck LLP (known through that time as Bartlit Beck Herman Palenchar & Scott LLP). I have taught law and finance courses at the law schools of Northwestern University, Duke University, and the University of Chicago.

4. I have published extensively in peer-reviewed finance journals and on finance topics in law journals and law reviews. My research has been cited by courts throughout the country and by scholars throughout the world.[1] My research on business valuation in the context of solvency analysis has been cited by two federal courts of appeals[2] and six federal district courts or bankruptcy courts.[3] My research on market efficiency issues in litigation has been cited by two federal district courts.[4] In addition, my 2015 article (co-authored with Alon Brav, professor of finance at Duke University), Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias, has been cited by two federal courts of appeals[5] and seven

---

[1]  Citations by scholars to my work are available at my Google Scholar site, https://scholar.google.com/citations?user=aQt8zN8AAAAJ&hl=en. Citations to my work by courts can be found on Westlaw and Lexis.

[2] USA Trouser, S.A. de C.V. v. Andrews, 612 F. App'x 158, 161 (4th Cir. 2015); In re CitX Corp., Inc., 448 F.3d 672, 680 (3d Cir. 2006).

[3] In re Oakwood Homes Corp., 340 B.R. 510, 535 (Bankr. D. Del. 2006); Koch Foods, Inc. v. Pate Dawson Co., Inc., No. 3:16-CV-355-DCB-MTP, 2017 WL 4818426, at *5 (S.D. Miss. Oct. 25, 2017); In re James River Coal Co., 360 B.R. 139, 178 (Bankr. E.D. Va. 2007); In re Sage Enterprises, Inc., No. 04 A 03014, 2006 WL 1722582, at *18 (Bankr. N.D. Ill. Apr. 28, 2006); In re Parmalat Sec. Litig., 501 F. Supp. 2d 560, 576 (S.D.N.Y. 2007), aff'd sub nom. Pappas v. Bank of Am. Corp., 309 F. App'x 536 (2d Cir. 2009); In re Teleglobe Commc'ns Corp., 392 B.R. 561, 602 (Bankr. D. Del. 2008).

[4] Teamsters Loc. 445 Freight Div. Pension Fund v. Bombardier, Inc., No. 05 CIV. 1898 (SAS), 2006 WL 2161887, at *5 (S.D.N.Y. Aug. 1, 2006), aff'd, 546 F.3d 196 (2d Cir. 2008); In re Teva Sec. Litig., No. 3:17-CV-558 (SRU), 2021 WL 872156, at *7 (D. Conn. Mar. 9, 2021).

[5] In re Allstate Corp. Sec. Litig., 966 F.3d 595, 613, n.6 (7th Cir. 2020); In re Petrobras Sec., 862 F.3d 250, 278 (2d Cir. 2017).

federal district courts.[6] I am also the co-author of a 2019 article, Bias-Corrected Estimation of Price Impact in Securities Litigation (co-authored with Taylor Dove and Davidson Heath) published in the American Law and Economics Review.[7] A list of all publications I have authored in the previous 10 years is included in my CV attached here as Exhibit A, which also contains a list of testimony I have given in deposition or at trial over the past four years.

5.    I am being compensated at the rate of $1,000 per hour. I have no financial interest in the outcome of this litigation. I was assisted by Cornell/Gerger Consulting. My compensation and the compensation of Cornell/Gerger Consulting is not contingent on the opinions I express or the outcome of this matter.

### D.    Information Considered

6.    In connection with my work on this matter, I have reviewed market data for Mattel's common stock, Mattel's filings with the Securities and Exchange Commission, transcripts of Mattel's earnings calls for the third and fourth quarters of 2017 and the third quarter of 2019 and Mattel's November 15, 2019 conference call, reports by stock analysts who covered Mattel and the toy industry issued during relevant time periods, quarterly

---

[6] In re Chicago Bridge & Iron Co. N.V. Sec. Litig., No. 17 CIV. 01580 (LGS), 2019 WL 5287980, at *16, n.108 (S.D.N.Y. Oct. 18, 2019), report and recommendation adopted in part, No. 17 CIV. 1580 (LGS), 2020 WL 1329354 (S.D.N.Y. Mar. 23, 2020); Monroe Cty. Employees' Ret. Sys. v. S. Co., 332 F.R.D. 370, 394 (N.D. Ga. 2019); Pirnik v. Fiat Chrysler Automobiles, N.V., 327 F.R.D. 38, 46 (S.D.N.Y. 2018); Rooney v. EZCORP, Inc., 330 F.R.D. 439, 450, n.9 (W.D. Tex. 2019), leave to appeal granted sub nom. In re EZCORP, Inc. Sec. Litig., No. 19-90006, 2019 WL 1428008 (5th Cir. Mar. 25, 2019), and appeal dismissed sub nom. In re EZCORP, Inc. Sec. Litig., No. 19-50258, 2019 WL 4667555 (5th Cir. June 6, 2019); Strougo v. Barclays PLC, 312 F.R.D. 307, 322 n.94 (S.D.N.Y. 2016), aff'd but criticized sub nom. Waggoner v. Barclays PLC, 875 F.3d 79 (2d Cir. 2017); Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC, 310 F.R.D. 69, 85 n.100 (S.D.N.Y. 2015); In re Teva Sec. Litig., No. 3:17-CV-558 (SRU), 2021 WL 872156 (D. Conn. Mar. 9, 2021).

[7] 21(1), 184-208 (2019).

commentaries from lead plaintiffs' investment manager, academic literature, and other relevant information. A list of documents and information that I relied upon in forming my opinions set forth in this declaration may be found in Exhibit B.

## II.   BACKGROUND ON MATTEL

7.   "Mattel is a leading global children's entertainment company that specializes in the design and production of quality toys and consumer products. Mattel's products are among the most widely recognized toy products in the world. Mattel's mission is to create innovative products and experiences that inspire, entertain, and develop children through play."[8]

8.   After the market closed on October 26, 2017, Mattel announced its financial results for the third quarter of 2017 and filed its 10-Q for the quarterly period ended September 30, 2017 (the "Third Quarter 2017 10-Q"). For the three months ended September 30, 2017, Mattel reported Operating Income of $85.7 million, Income Before Income Taxes of $61.3 million, and a Net Loss of $603.2 million which included the impact of a $561.9 million noncash tax expense related to a valuation allowance recorded against deferred tax assets.[9]

9.   The valuation allowance against Mattel's deferred tax assets reduced the book value of those assets but did not reduce Mattel's ability to use those assets under applicable tax laws. In relation to the valuation allowance, Mattel disclosed:

> In evaluating the need for a valuation allowance, Mattel considered its recent operating results which resulted in a cumulative net operating loss in the U.S. for the 36-month period ending September 30, 2017. The 36-month cumulative U.S. loss from operations is considered strong negative evidence and outweighs other positive subjective evidence, such as projections of future income. As a result, in the third quarter Mattel established a valuation allowance on its U.S. federal and state deferred tax assets. This results in a discrete charge to the quarter of $561.9 million for the balance of these net deferred tax assets as of December 31, 2016.

---

[8] Mattel's 10-K for the fiscal year ended December 31, 2020, p. 4.

[9] Third Quarter 2017 10-Q, pp. 5 and 22.

4

Further, Mattel has provided zero tax benefit in the year-to-date tax expense for items such as the year-to-date U.S. operating loss and other effects occurring in the current year. The valuation allowance does not impact Mattel's actual ability under applicable tax laws to utilize deferred tax assets such as loss carryforwards and tax credits to reduce future cash tax payments if and when sufficient income is earned prior to the expiration of the deferred tax assets.[10]

10.    Mattel announced its financial results for the fourth quarter and fiscal year ended December 31, 2017 and filed its 10-K for that period (the "2017 10-K") after the market closed on February 1, 2018. For the three months and twelve months ended December 31, 2017, Mattel reported Operating Loss of $252.8 million and $342.8 million, Loss Before Income Taxes of $346.8 million and $505.0 million, and a Net Loss of $281.3 million and $1,053.8 million respectively.[11] In relation to the quarterly net losses and the valuation allowance, Mattel disclosed:

Net losses in the first and second quarters of 2017 included net discrete tax expense of $0.5 million and net discrete tax benefits of $3.2 million, respectively, primarily related to reassessments of prior years' tax liabilities based on the status of audits and tax filings in various jurisdictions around the world, settlements, and enacted law changes. Net loss in the third quarter of 2017 included net discrete tax expense of $561.9 million, primarily related to the establishment of a valuation allowance. Net loss in the fourth quarter of 2017 included a net discrete tax benefit of $104.4 million primarily related to reassessments of prior years' tax liabilities based on the status of audits and tax filings in various jurisdictions around the world, settlements, and enacted law changes.[12]

11.    After the market closed on August 8, 2019, Mattel filed an 8-K which included a Regulation FD Disclosure (the "August 8, 2019 8-K"). The August 8, 2019 8-K stated:

On August 6, 2019, Mattel, Inc. (the "Company") was made aware of an anonymous whistleblower letter. To provide the Company with an opportunity to investigate the matters set forth in the letter, the offering of the Company's 6.00% Senior Notes due 2027 that was scheduled to close on August 8, 2019 has been

[10] Third Quarter 2017 10-Q, p. 22.

[11] Mattel Reports Full Year and Fourth Quarter 2017 Financial Results, Exhibit I, and 2017 10-K, pp. 57 and 106.

[12] Third Quarter 2017 10-Q, p. 22.

terminated. The Company intends to refinance its 4.350% Senior Notes due October 2020 prior to maturity.[13]

12.    On August 9, 2019, Mattel's stock opened at $11.91, a decline of $1.52, from the closing price of $13.43 on August 8th. Its high on August 9 was $12.14 and its low was $11.23. Mattel's closing price on August 9th was $11.31, a 15.8% decline from the prior day's closing price. Plaintiffs allege this disclosure and drop in Mattel's stock price "reduced the amount of inflation in the price of Mattel's publicly traded stock, causing economic injury to Plaintiffs and other members of the Class."[14]

13.    After the August 8th announcement, Mattel engaged in an investigation regarding the whistleblower letter. About three months later, after the market closed on October 29, 2019, Mattel filed an 8-K disclosing the completion of and the results of that investigation as well as its financial results for the quarterly period ended September 30, 2019 (the "October 29, 2019 8-K"). With regard to its investigation of the whistleblower letter, Mattel stated:

> The Letter, which had been sent to Mattel's outside auditors, questioned whether there were accounting errors in historical periods and whether Mattel's outside auditor was independent.
>
> The investigation determined that income tax expense was understated by $109 million in the third quarter of 2017, and overstated by $109 million in the fourth quarter of 2017, with no impact on the full year. The errors were non-cash, did not affect operating income or EBITDA, and had no impact on Mattel's full year financial results for 2017 or subsequent periods. The investigation also determined that Mattel has certain material weaknesses in its internal control over financial reporting.
>
> The Audit Committee concluded that the objectivity and impartiality of Mattel's outside auditor has not been impaired, and that Mattel's outside auditor can continue as its independent auditor. Mattel's outside auditor agrees with this conclusion.

---

[13] August 8, 2019 8-K, Item 7.01 Regulation FD Disclosure.

[14] Amended Complaint, ¶ 435.

> Mattel will undertake a series of remedial actions, including the amendment of the Company's 2018 Form 10-K to restate the last two quarters of 2017, and certain related information, and the strengthening of its internal control over financial reporting.[15]

The October 29, 2019 8-K provided additional information regarding the background of the letter and the internal investigation, as well as the key findings of the investigation and company actions related to and arising from the investigation, including remedial actions related to the material weaknesses uncovered by the investigation.

14.    The $109 million error related to the treatment of a deferred tax liability associated with intellectual property rights Mattel acquired in February 2012 (herein, the deferred tax liability at issue is referred to as the "Thomas DTL" and the related intellectual property rights are referred to as the "Thomas IP").

15.    On October 30, 2019, Mattel's stock opened at $12.75, an increase of $2.19, from the closing price of $10.56 on October 29th. Its high on October 30 was $13.22, and its low was $11.37. Mattel's closing price on October 30th was $12.02, a 13.8% increase from the prior day's closing price.

16.    Consistent with disclosures made in the October 29, 2019 8-K, after the market closed on November 12, 2019, Mattel filed an amended 10-K for the fiscal year ended December 31, 2018 (the "2018 10-K/A") and the 10-Q for the quarterly period ended September 30, 2019. The 2018 10-K/A contained restated quarterly financial statements for the third and fourth quarters of 2017 which corrected the $109 million accounting error previously disclosed in the October 29, 2019 8-K. The 2018 10-K/A also stated the following regarding the material weaknesses disclosed in the October 29, 2019 8-K:

---

[15] October 29, 2018 8-K, Exhibit 99.2.

Subsequent to the evaluation made in connection with the Original Filing and in connection with the restatement and the filing of this Form 10-K/A, Mattel's principal executive officer and principal financial officer re-evaluated the effectiveness of the design and operation of Mattel's disclosure controls and procedures and concluded that, because of the material weakness in Mattel's internal control over financial reporting related to the failure to properly design and operate effective monitoring control activities to properly assess and communicate known financial statement errors and internal control deficiencies in a timely manner to those parties responsible for taking corrective action, including the chief executive officer and the board of directors, as appropriate, Mattel's disclosure controls and procedures were not effective as of December 31, 2018.[16]

17.     The 2018 10-K/A provided information regarding the financial statements included in the 10-K/A, the remediation plan for the identified material weakness, and changes in internal control over financial reporting, including:

Notwithstanding this material weakness, Mattel management, including Mattel's principal executive officer and principal financial officer, has concluded that the consolidated financial statements included in this Form 10-K/A present fairly, in all material respects, Mattel's financial position, results of operations and cash flows for the periods presented in conformity with accounting principles generally accepted in the United States.

…

Remediation Plan for Identified Material Weakness

Management developed and is executing a remediation plan to address the material weakness. Management developed and designed, for the three months ended September 30, 2019, more robust procedures relating to disclosure committee controls and procedures. Management is also developing a policy and more robust procedures relating to the assessment, documentation, and disclosure of accounting errors. Mattel is also supplementing its policy and training with respect to auditor independence.

To remediate the existing material weakness, additional time is required to demonstrate the effectiveness of the remediation efforts. The material weakness cannot be considered remediated until the applicable remedial controls operate for a sufficient period of time and management has concluded, through testing, that these controls are designed and operating effectively.

---

[16] 2018 10-K/A, Item 9A, p. 125.

Changes in Internal Control Over Financial Reporting

In connection with the identification of the above material weakness related to the failure to properly design and operate monitoring control activities, an additional material weakness was identified that existed as of September 30, 2017, where management's control over the review of the income tax valuation allowance analysis was deemed to not be designed and operating effectively as evidenced by the misstatement in the third quarter of 2017 tax valuation allowance calculation. This material weakness was remediated during the three months ended December 31, 2018, after enhancements in the design of the control to include additional reviews around the reconciliation of the deferred income taxes were incorporated in the valuation allowance calculation and the controls were operating effectively for a sufficient period of time as of December 31, 2018.

There were no changes in internal control over financial reporting during the quarter ended December 31, 2018 that have materially affected, or are reasonably likely to materially affect, Mattel's internal control over financial reporting.[17]

18.     On November 13, 2019, Mattel's stock opened at $11.97, a decrease of $0.04 from the closing price of $12.01 on November 12th. Its high on November 13 was $12.03, and its low was $11.80. Mattel's closing price on November 13 was $11.97, a 0.3% decline from the prior day's closing price.

19.     Prior to the market open on November 15, 2019, Mattel hosted a conference call to address accounting questions related to the conclusions of the independent investigation. Given the technical nature of the accounting questions, Mattel had solicited questions ahead of time and prepared pre-recorded answers. As noted by both Mr. Kreiz, Mattel's Executive Chairman and Chief Executive Officer ("CEO"), and Mr. Zbojniewicz, Mattel's VP of Investor Relations, Mattel received very few questions on the conference call.[18]

---

[17] *Id.*, p. 126.

[18] Thomson Reuters Street Events, Edited Transcript, MAT – Mattel Inc to Address Accounting Questions Related to the Conclusions of Independent Investigation – Conference Call, November 15, 2019.

20.    On November 15, 2019, Mattel's stock opened at $12.35, an increase of $0.03 from the closing price of $12.32 on November 14th. Its high on November 15 was $12.39, and its low was $11.74. Mattel's closing price on November 15th was $11.76, a 4.5% decline from the prior day's closing price.

## III.    OVERVIEW OF REPORT

21.    Plaintiffs' Amended Complaint alleges that Mattel's stock price was artificially inflated during the putative class period (August 2, 2017 through August 8, 2019) because alleged misrepresentations concealed (1) that Mattel's quarterly financial statements for third quarter 2017 and fourth quarter 2017 were not in conformity with generally accepted accounting principles as to a valuation allowance on deferred tax assets; and (2) that Mattel's internal controls were inadequate with respect to the accounting for, and oversight of, the accounting for that valuation allowance.

22.    I examine whether the alleged misrepresentations at issue impacted Mattel's stock price from two perspectives. First, I examine, from a quantitative and qualitative "fundamental analysis"[19] perspective, whether the alleged misrepresentations at issue here had implications for investor expectations of future cash flows. Second, I examine quantitative market evidence – that is, the behavior of Mattel's stock and other relevant prices – to determine whether the price of Mattel stock fell when the alleged misrepresentations were revealed as such to the market.

---

[19] The term "fundamental analysis" refers to the use of accounting and financial statement data for valuation purposes. See, for example, Jeffrey S. Abarbanell and Brian J. Bushee, Fundamental Analysis, Future Earnings, and Stock Prices, 35 J. Acctg. Res. 1 (1997); Jeffrey S. Abarbanell and Brian J. Bushee, Abnormal Returns to a Fundamental Analysis Strategy, 73 Acctg. Rev. 19 (1998); Asher Curtis, A Fundamental-Analysis-Based Test for Speculative Prices, 87 Acctg. Rev. 121 (2012).

23.     The two perspectives combine for a powerful test of price impact. If fundamental analysis shows that the alleged misrepresentations had implications for expected future cash flows, then in an efficient market we expect market evidence to demonstrate price impact, since stock prices in efficient markets reflect expected future cash flows. Conversely, if fundamental analysis does not show that the alleged misrepresentations had an effect on expected future cash flows, we expect market evidence will not show a price impact when the alleged misrepresentations were disclosed to investors. Fundamental analysis also helps us spot likely price impacts that are not statistically detectable. The failure to detect a price impact is interpretable as evidence that there was no price impact when fundamental analysis demonstrates no impact to expected future cash flows, while the failure to detect a price impact when fundamental analysis shows an impact on expected future cash flows is interpretable as a measurement problem, that is, failing to detect an effect that is too small to show up statistically.[20]

24.     As shown below, quantitative and qualitative fundamental analysis and quantitative market evidence both demonstrate that the alleged misrepresentations at issue did not affect Mattel's stock price. Quantitative fundamental analysis shows that the alleged misrepresentations implicated only noncash accounting numbers that do not inform expected future cash flows. Qualitative fundamental analysis of earnings calls and analyst reports shows that the alleged misrepresentations did not affect investors' expectations of Mattel's future cash

---

[20] I have stressed this point in my writing on event studies. "[T]o address the problem of confounding effects, courts should allow litigants flexibility to present other evidence to prove that a price impact from misrepresentation or corrective disclosure did or did not occur. Such evidence may include, as it does now, intraday analyses and analyses of other news about the firm that day and quantitative analysis of its potential effect on value[.]" Alon Brav & J.B. Heaton, Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias, 93 Wash. U.L. Rev. 583, 613 (2015).

flows. Three different analyses of market evidence show that there was no detectable price impact from the alleged misrepresentations: (1) an analysis that compares Mattel's stock price immediately before and after the corrective disclosure; (2) an analysis that compares Mattel's stock price in the 60 days before the end of the putative class period with Mattel's stock price 60 days after the corrective disclosure; and (3) an analysis that compares Mattel's stock performance to its close comparable, Hasbro Inc., from the end of the putative class period through the corrective disclosure.

25.     I first report my examination of the cash flow implications of the alleged misrepresentations. I then report my examination of the market evidence. Finally, I discuss the academic literature regarding disclosures regarding material weaknesses in internal controls.

## IV.   FUNDAMENTAL ANALYSIS

### A.   Fundamental Analysis and Efficient Markets

26.     Plaintiffs allege that "Mattel's common stock was actively traded in an efficient market on the NASDAQ."[21] In finance, the efficient markets hypothesis posits that a security's price reflects the rational use by investors of all available public information.[22] This results in the conclusion that stock prices, if traded on an efficient market, are equal to the discounted value of the rationally expected future cash flows available to equity holders as given by the relation,

---

[21] Amended Complaint, ¶ 443(a).

[22] See, for example, Eugene F. Fama, Efficient Capital Markets: II, 46 J. Fin. 1575, 1575 (1991) ("I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information.").

$$P_0 = \sum_{t=1}^{\infty} \frac{CF_t^e}{(1 + r_e)^t}$$

Where:

$P_0$ represents the current stock price,

$CF_t^e$ represents the rationally expected cash flows available to equity holders for period t, and

$r_e$ represents the expected return on equity capital.

27.    For example, as Professor A. Kumar states:

According to the efficient markets view of stock price movements, the stock price at any given instant reflects its fundamental valuation (i.e., discounted present value of the optimal forecasts of future cash flows) accurately, and movements in stock prices result either from revisions in the fundamental values induced by the release of new information or from changes in the discount rates.[23]

28.    Consistent with Professor Kumar's statement, a company-specific event that does not impact expected future cash flows will not impact prices in an efficient market.[24] Professor Kumar's statement is consistent with a widely-accepted and quite large literature showing among other things that "firm-level stock returns are mainly driven by cash-flow news."[25] Furthermore, to impact prices in an efficient market, "cash-flow news" must change

---

[23] Alok Kumar, Dynamic Style Preferences of Individual Investors and Stock Returns, 44 J. Fin. Quant. Analysis 607, 610 (2009).

[24] It is also theoretically possible for the discount rate to change and for price to move in response. However, a change in the discount rate requires that the covariance of the firm's cash flows change with respect to risk factors, for example, the market risk premium. See John H. Cochrane, Presidential Address: Discount Rates, Journal of Finance, 66(4), 1047-1108 (2011). Here, the alleged misrepresentations concern only Mattel-specific facts that could not impact its systematic risk and therefore could not affect the discount rate.

[25] Tuomo Vuolteenaho, What Drives Firm-Level Stock Returns?, 57 J. Fin. 233, 233 (2002).

**Ex. 1**
**16**

13

investor expectations of future cash flows.  Here, none of the alleged misrepresentations have consequences for cash flows or investor expectations of future cash flows.

29.    I first consider the lack of cash flow consequences for the deferred tax asset and liability accounting at issue. I then turn to the lack of cash flow consequences for the failure to disclose internal control weaknesses.

### B.    Fundamental    Analysis    Shows    That    the    Alleged Misrepresentations Had No Price Impact in an Efficient Market

#### 1.    Deferred Taxes - GAAP vs Cash

30.    This matter concerns an instance of incorrect application of generally accepted accounting principles ("GAAP"). GAAP is useful to investors, but only to the extent that investors can use GAAP-compliant financial statements to forecast expected future cash flows. Much of the apparatus of modern accounting is focused on making that easier, but some parts are not. One area where GAAP accounting is often more of a burden than a help for business valuation is financial accounting for taxes. This is because companies usually account for taxes on a GAAP or "book" basis that, due to differences between GAAP and the Internal Revenue Code and foreign tax codes, can differ materially from true, cash taxes paid by the company. But investors care about taxes on a cash-flow basis, not a book basis.

31.    For this reason, valuation texts spend considerable space on the estimation of "cash" taxes instead of simply using "book" taxes presented in financial statements. This includes making adjustments to cash flow forecasts to address deferred taxes and liabilities. As a leading valuation text states: "[d]eferred-tax accounts represent past differences between investor and government accounting and not an estimation of the value of future cash flows."[26]

---

[26] Tim Koller, Marc Goedhart, and David Wessels, Valuation: Measuring and Managing the Value of Companies 6th Ed. 373 (2015)

14

32. So long as the information necessary to estimate cash flows is contained in the financial statements, and so long as investors can estimate cash flows based on accurate information about cash flows, vagaries of GAAP accounting that do not impact cash flow estimation are unimportant from a valuation perspective.

33. GAAP based deferred tax accounts, assets and liabilities can arise from differences in the timing of taxes owed and the payment of those taxes; as disclosed by Mattel:

> Certain income and expense items are accounted for differently for financial reporting and income tax purposes. As a result, the income tax expense reflected in Mattel's consolidated statements of operations is different than that reported in Mattel's tax returns filed with the taxing authorities. Some of these differences are permanent, such as expenses that are not deductible in Mattel's tax return, and some differences reverse over time, such as depreciation expense. These timing differences create deferred income tax assets and liabilities. Deferred income tax assets generally represent items that can be used as a tax deduction or credit in Mattel's tax returns in future years for which Mattel has already recorded a tax benefit in its consolidated statements of operations.[27]

34. However, deferred tax liabilities frequently arise, as is the case for the Thomas DTL at issue in this matter, from acquisition accounting and may not, as is the case for the Thomas DTL, represent an expected tax payment. Specifically, under Accounting Standards Codification (ASC) 805 (Business Combinations), identifiable acquired assets and liabilities are recorded on the acquiring entity's balance sheet at their acquisition date fair value,[28] but, depending on the structure of the transaction, the tax basis of those same assets may remain unchanged. Going forward, cash taxes will be determined using the tax basis, but a firm's financial statements will reflect the book basis.

---

[27] 2017 10-K, p. 48.

[28] ASC 805-20-30-1.

35.      In cases where the resulting book basis is greater than the tax basis, a deferred tax liability is recorded under GAAP to reflect the difference between the two bases.[29] This deferred tax liability is a result of GAAP accounting and does not impact the firm's cash taxes. For amortizable assets, the difference between the two bases is reduced over time based on the asset's amortization schedule. For nonamortizable assets, that is, assets with indefinite lives, there is no GAAP-based amortization and the difference between the tax basis and the book basis remains indefinitely. However, under GAAP indefinite lived assets are routinely tested for impairment and if impaired their book value may be reduced; in that case, the deferred tax liability associated with the asset is also reduced to reflect the reduction in the difference between the book value and tax basis[30]  Again, although accounting for the reduction in the deferred tax liability impacts "book" tax expense, it does not affect cash taxes.

### 2.      The Thomas Deferred Tax Liability

36.      The Thomas DTL at issue in this matter dates back to February 2012, when Mattel acquired the Thomas IP in connection with the acquisition of Helium Holdings 1A Ltd. ("HIT Entertainment").[31] The HIT Entertainment acquisition was a stock purchase transaction where Mattel indirectly acquired 100% of the outstanding stock of HIT Entertainment.[32] The acquisition did not include an Internal Revenue Code Section 338 election, which meant the

---

[29] ASC 805-740-25-2 and ASC 805-740-25-3.

[30] ASC 350-20-35-1, ASC 350-30-35-11, ASC 350-30-35-18, and ASC 350-30-35-19.

[31] Form 8-K filed by Mattel on October 24, 2011, Exhibit 2.1, Stock Purchase Agreement, dated as of October 23, 2011, by and among Mattel Entertainment Holdings Limited, Helium Holdings 1A Ltd, HIT Entertainment Scottish Limited Partnership, and solely with respect to Section 11.12, Mattel, Inc. (the "Stock Purchase Agreement").

[32] Form 8-K filed by Mattel on October 24, 2011, Item 1.01. Entry into a Material Definitive Agreement.

tax basis of the acquired assets were unchanged by the acquisition.[33] Accordingly, the deferred tax liabilities associated with the difference between the GAAP book basis and the tax basis of the acquired assets, including acquired intangible assets, were disclosed to investors and recorded on Mattel's GAAP based financial statements at the time of the acquisition and in subsequent financial statements.[34]

### 3.    Mattel's Accounting Error in the Third Quarter of 2017

37.    As of December 31, 2016, Mattel had gross deferred tax assets of $870.1 million and gross deferred tax liabilities of $296.0 million.[35] In the third quarter of 2017, Mattel determined that the book value of its U.S. based deferred tax assets overstated the value of those assets and that it should record a valuation allowance, a "book" based reserve used to offset the book value of the deferred tax assets. The valuation allowance reduced the net book value of the deferred tax assets reflected on Mattel's balance sheet, but did not impact Mattel's ability to use the deferred tax assets.

38.    In the third quarter of 2017, Mattel reported a discrete, noncash valuation allowance on deferred tax assets of $561.9 million.[36] This amount represented a net figure

---

[33] Stock Purchase Agreement, Section 8.15(b).

[34] As a result of the Hit Entertainment acquisition, Mattel disclosed that it recognized $510.7 million of identifiable intangible assets (primarily related to intellectual property rights), $38.9 million of net liabilities assumed (primarily related to deferred tax liabilities), and $242.5 million of goodwill, which was not deductible for tax purposes. Mattel also disclosed that $495 million of the $510.7 million in identifiable intangible assets was nonamortizable.(see Mattel's 10-Q for the quarterly period ended March 31, 2012, pp. 8 and 9). Mattel also disclosed that gross deferred tax liabilities associated with intangibles increased by approximately $147.3 million during fiscal year 2012, from $132.3 million as of December 31, 2011 to $279.6 million as of December 31, 2012 (see Mattel's 10-K for the fiscal year ended December 31, 2012, p. 66).

[35] Mattel's 10-K for the fiscal year ended December 31, 2016, p. 64.

[36] Third Quarter 2017 10-Q, p. 43.

which had been erroneously reduced by $109 million. The $109 million reduction was an error due to the inappropriate treatment of the U.S. based Thomas DTL which was associated with a nonamortizable identifiable (i.e., indefinite lived) intangible asset as of September 30, 2017.

39.    As of September 30, 2017, the Thomas IP was classified by Mattel as a nonamortizable (i.e., indefinite lived) intangible asset. Therefore, the Thomas DTL was associated with an indefinite lived intangible asset as of September 30, 2017. Deferred tax liabilities associated with indefinite lived intangibles typically cannot be used to reduce the amount of a valuation allowance against deferred tax assets (at least definite lived deferred tax assets) because the timing of the reversal of the GAAP based liability is unknown.[37]

40.    To correct the error, Mattel's third quarter 2017 financial statements were restated by recording the $109 million U.S. based Thomas DTL under other noncurrent liabilities and increasing the valuation allowance for that quarter by the same amount. The $109 million increase to the valuation allowance is reflected as an increase to the provision for income taxes; therefore, the net loss for the third quarter of 2017 also increased by $109 million.

41.    From the perspective of an investor in an efficient market, this restatement does not affect operating income or cash flows for the third quarter of 2017. Furthermore, the book balances of deferred income tax assets, $75.7 million, and nonamortizable identifiable intangible assets, $462.4 million, reported under other noncurrent assets on Mattel's balance sheet as of September 30, 2017 were correctly reported in the Third Quarter 2017 10-Q.[38]

---

[37] ASC 740-10-30-18.

[38] Third Quarter 2017 10-Q, p. 9.

18

#### 4.    Mattel's Accounting Error in the Fourth Quarter of 2017

42.    Prior to filing its financial statements for the year ending December 31, 2017, Mattel determined that the Thomas IP should no longer be classified as nonamortizable. Rather, Mattel determined that the asset should be reclassified as a definite lived intangible as of October 1, 2017 and should be amortized for GAAP purposes starting in the fourth quarter of 2017, that is, the Thomas IP was no longer an indefinite lived asset.[39]   Therefore, the $109 million U.S. based Thomas DTL appropriately reduced the reported valuation allowance for the twelve-month period ended December 31, 2017. Accordingly, there was no restatement needed for Mattel's full year results due to the error.

43.    However, because the reclassification of the Thomas IP was as of October 1, 2017 (that is, the first day of the fourth quarter), not as of or prior to September 30, 2017 (that is, the last day of the third quarter), Mattel's financial results for the three months ended December 31, 2017 were restated to reflect the proper timing of the reclassification. Specifically, the $109 million increase to other noncurrent liabilities recorded in connection with the restatement of the third quarter's financial statements was reversed in the fourth quarter. Since the amounts reflected on Mattel's fourth quarter balance sheet were as of December 31, 2017, the restatement did not affect the year-end balance sheet as of the same date. The restatement affected the income statement for the three months ended December 31, 2017 because the removal of the $109 million U.S. based Thomas DTL decreased the provision for income taxes and the net loss by $109 million for that three-month period. But again, the restatement of the error did not affect operating income or cash flows for the fourth quarter of 2017 and had no impact on expected future cash flows in an efficient market.

---

[39] 2017 10-K, p. 45.

44.    Furthermore, although the Thomas IP was reclassified as a definite-lived intangible asset as of October 1, 2017, it was not impaired at that time, i.e., its fair value was greater than its book value.  This information was disclosed to investors in Mattel's 10-K for the fiscal year ended December 31, 2017.  Specifically, Mattel disclosed:

> In the fourth quarter of 2017, Mattel determined a triggering event had occurred due to a change in brand strategy, which resulted in lower forecasted revenue attributable to the nonamortizable intangible asset. As a result, Mattel performed an interim impairment test which determined that the fair value was in excess of its carrying value, with an estimated fair value approximately 1.05x its carrying value. As such, Mattel determined that the intangible asset should no longer be designated as a nonamortizable intangible asset, but should be amortized starting in the fourth quarter of 2017.[40]

45.    After this disclosure, this information was reflected in Mattel's stock price. Notably, the restatement did not affect the reclassification of the Thomas IP as a definite-lived asset or the timing of that reclassification. Furthermore, the restatement did not change the estimated fair value of the asset as the fourth quarter of 2017.

### 5.    Mattel's Accounting Errors in the Third and Fourth Quarters of 2017 Did Not Affect Investor Expectations or Mattel's Stock Price

46.    Under certain circumstances, the size of a valuation allowance may provide investors with information regarding a company's future expectations; however, that was not the case here. In the Third Quarter 2017 10-Q, Mattel disclosed the basis for its decision to record the third quarter 2017 valuation allowance, stating:

> In evaluating the need for a valuation allowance, Mattel considered its recent operating results which resulted in a cumulative net operating loss in the U.S. for the 36-month period ending September 30, 2017. The 36-month cumulative U.S. loss from operations is considered strong negative evidence and outweighs other positive subjective evidence, such as projections of future income. As a result, in the third quarter Mattel established a valuation allowance on its U.S. federal and state deferred tax assets. This results in a discrete charge to the quarter of $561.9 million for the balance of these net deferred tax assets as of December 31, 2016.

---

[40] *Id.*

Further, Mattel has provided zero tax benefit in the year-to-date tax expense for items such as the year-to-date U.S. operating loss and other effects occurring in the current year.[41]

47.     In addition to disclosing that it had incurred a cumulative net operating loss in the U.S. for the 36-month period ending September 30, 2017, Mattel disclosed that its decision to record a valuation allowance and the size of the valuation allowance was based primarily on the negative evidence resulting from its 36-month cumulative U.S. loss from operations which included the reversal of approximately $43 million in net sales attributable to the North America segment in the third quarter of 2017 due to the Toys 'R' Us bankruptcy filing in September 2017.[42] ASC 740-10-30-21 and ASC 740-10-30-23 highlight the importance of the cumulative loss in Mattel's evaluation of the need for a valuation allowance: "[f]orming a conclusion that a valuation allowance is not needed is difficult when there is negative evidence such as cumulative losses in recent years"[43] and "[a] cumulative loss in recent years is a significant piece of negative evidence that is difficult to overcome."[44] In addition to the rationale for the valuation allowance, Mattel also disclosed that it was recording a valuation allowance equal to the balance of net U.S. deferred tax assets and that it provided zero tax benefit in the year-to-date tax expense for items such as the year-to-date U.S. operating loss. The combination of these disclosures informed investors that Mattel's valuation allowance was reducing the book value of the net U.S. deferred tax assets to zero primarily due to disclosed historical results, not Mattel's expectations of future taxable income.

---

[41] Third Quarter 2017 10-Q, p. 22.

[42] *Id.*, p. 32.

[43] ASC 740-10-30-21.

[44] ASC 740-10-30-23.

48.     Accordingly, in this case, the understatement of the valuation allowance and "book" tax expense in the third quarter of 2017 due to the incorrect treatment of the Thomas DTL provided no new information regarding Mattel's expectations for future U.S. taxable income, its operations, or cash flows and had no implications for expected future cash flows available to Mattel's equity holders. Furthermore, the overstatement of the valuation allowance and "book" tax expense for the three months ended December 31, 2017 due to the incorrect treatment of the Thomas DTL provided no new information regarding Mattel's expectations for future U.S. taxable income, its operations, or cash flows and had no implications for expected future cash flows available to Mattel's equity holders. The connection between the valuation allowance, "book" tax expense, and the reported net loss is simply a function of GAAP accounting unrelated to cash flow: a $109 million increase in Mattel's reported net loss for the third quarter of 2017 flows directly from the $109 million understatement of the valuation allowance for that period, and a $109 million decrease in Mattel's reported net loss for the three months ended December 31, 2017 flows directly from the $109 million overstatement of the valuation allowance for that period. Since the valuation allowance has no impact on Mattel's operations or cash flows, its impact on the reported net loss for either period also has no impact on Mattel's operations or cash flows.

49.     Mattel's stock traded in an efficient market where investors are aware of the cash flow implications of accounting information. As such, investors were aware of each of Mattel's disclosures, the nature of and amount of Mattel's deferred tax liabilities and assets, the GAAP requirements and guidelines relating to the valuation allowance against deferred tax assets, the noncash nature of the valuation allowance against Mattel's deferred tax assets, and the relationship between the valuation allowance and the reported net loss. Mattel's stock price reflected all publicly available information, including the fact that the nature of the valuation

allowance on Mattel's U.S. deferred tax assets, and the treatment of the Thomas DTL, had no effect on Mattel's operations or future cash flows. Because the alleged misrepresentations regarding the error had no cash flow implications, they had no price impact on Mattel's stock.

### C.    Analysts' Behavior and Reports

#### 1.    Analysts' Behavior Confirms Mattel's Accounting Errors in the Third and Fourth Quarters of 2017 Did Not Affect Investor Expectations or Mattel's Stock Price

50.    Direct qualitative evidence that the accounting errors at issue did not matter to investors is available from inspection of analyst behavior at earnings conference calls during the putative class period. After the market close on October 26, 2017, Mattel held an earnings conference call to discuss its results for the third quarter of 2017. I have reviewed a transcript of that call which is available on Mattel's investor relations website. The valuation allowance on U.S. deferred tax assets is mentioned once, at the commencement of the call by Whitney Steininger, Mattel's investor relations representative on the call. Regarding the valuation allowance, Ms. Steininger states:

> To help guide our discussion today, we have provided you with a slide presentation. Our discussion and our slide presentation will reference non-GAAP financial measures such as gross sales, adjusted gross margins and adjusted gross profit, adjusted selling and administrative expenses, adjusted operating income or loss, adjusted earnings or loss per share from which we exclude the impact of a $562 million noncash charge related to the establishment of a valuation allowance on U.S. deferred tax assets and constant currency.[45]

51.    At the conclusion of Mattel's presentation, analysts participating in the third quarter earnings call were given the opportunity to ask questions of Mattel's management. There were no questions regarding the valuation allowance on Mattel's U.S. deferred tax assets, but multiple questions regarding Mattel's turnaround and potential cost savings associated with

---

[45] October 26, 2017, Q3 2017 Mattel Inc. Earnings Call transcript, p. 2.

the turnaround, e.g., items relevant to Mattel's operations and future expected cash flows. As discussed above, the lack of questions regarding the valuation allowance is consistent with the lack of relevance to investors of a noncash, non-operational charge. Furthermore, the lack of questions regarding a $562 million charge reveals that the size of the valuation allowance was also not material to investors' expectations for Mattel. This direct evidence of lack of investor concern is consistent with my fundamental analysis and the nature of the valuation allowance.

52.     After the market close on February 1, 2018, Mattel held an earnings conference call to discuss its results for the fourth quarter of 2017. I have reviewed a transcript of that call which is available on Mattel's investor relations website. Once again, the valuation allowance on U.S. deferred tax assets is mentioned at the commencement of the call by Ms. Steininger to explain that the "noncash charge related to the establishment of a valuation allowance on U.S. deferred tax assets" is excluded from the adjusted earnings or loss per share included in Mattel's slide presentation for the fourth quarter. On this call, the valuation allowance is also discussed by Joseph J. Euteneuer, Mattel's Chief Financial Officer ("CFO"), in connection with his discussion of Mattel's income tax provision. Specifically, Mr. Euteneuer stated:

> In the fourth quarter, our income tax provision was $39.6 million, excluding the impact of U.S. tax reform. As I mentioned on our third quarter earnings call, we booked a onetime noncash charge of $561.9 million to record a valuation allowance for a significant portion of our deferred tax assets. To account for U.S. tax reform, an estimated noncash benefit of $105.3 million in Q4.

> We anticipate finalizing and recording the full impact of tax reform including the liability for the mandatory repatriation tax within a year of its enactment. While we do not have an estimate of the mandatory repatriation tax to share today, the cash tax impact is not expected to be material to our annual cash flows because we will use foreign tax credit and significant deferred tax assets such as loss carryforwards and credits that we have on our balance sheet to offset the cash tax payment. The valuation allowance does not impact Mattel's ability to utilize these deferred tax assets under the applicable tax laws.

> Overall, total tax expense for the full year was $548.8 million, inclusive of all noncash charges, current estimated impact from U.S. tax reform and the effects

of our operations in 2017. Cash tax payments for 2017 were $117.7 million as compared to $113 million for 2016. Cash tax payments for 2018 should remain relatively constant before taking into account any incremental cash tax liabilities resulting from U.S. tax reform.[46]

53.     After Mattel's presentation, analysts were again provided the opportunity to ask questions of Mattel's management. There were no questions regarding the valuation allowance on deferred tax assets or the tax provision, indicating these were not material to investors' expectations for Mattel's future cash flows and did not affect Mattel's stock price.

54.     After the market closed on October 29, 2019, Mattel held an earnings conference call to discuss its results for the third quarter of 2019, the results of the independent investigation regarding the whistleblower letter, and the departure of Mr. Euteneuer, Mattel's CFO. I have reviewed a transcript of that call which is available on Mattel's investor relations website. The opening remarks of Mr. Kreiz, Mattel's Executive Chairman and CEO, discuss the whistleblower letter and Mr. Euteneuer's departure. Specifically, Mr. Kreiz stated:

> Before we get into further detail on our results for the quarter, I would like to briefly discuss the 2 other announcements we made today. As you know, in August this year, Mattel was made aware of a whistleblower letter. The letter, which had been sent to our external auditors, PwC, questioned whether there were accounting errors in historical periods and whether PwC was independent. In response, Mattel's Audit Committee launched an independent investigation into the allegations. That investigation is now complete and it determined that, in terms of financial impact, income tax expense was understated by $109 million in the third quarter of 2017 and overstated by $109 million in the fourth quarter of 2017, with no impact for the full year. Accordingly, we will amend our 2018 Form 10-K to restate the last 2 quarters of 2017 and certain related information. Please refer to the press release for more detail.
>
> The error was noncash, did not affect operating income or EBITDA, and had no impact on our full year financials for 2017 or subsequent periods.
>
> As a result of the investigation, the company has also determined that it has certain material weaknesses in its internal control over financial reporting. The company is taking remedial actions to address these issues as well.

---

[46] February 1, 2018, Q4 2017 Mattel Inc. Earnings Call transcript, pp. 2 and 8.

As to the question of PwC's independence, the Audit Committee concluded that the objectivity and impartiality of PwC has not been impaired, and that PwC can continue as our independent auditor. PwC agrees with that conclusion.

We also announced today that our Chief Financial Officer, Joe Euteneuer, will be leaving the company after a transition period of up to 6 months. We are conducting a search for his successor as CFO. We appreciate Joe's important contributions to the company since he joined 2 years ago and look forward to continuing to work with him during the transition period.

With that, let me now turn to Mattel's performance for the quarter.[47]

55.     Prior to taking questions, Mr. Zbojniewicz, Mattel's VP of Investor Relations, informed participants that Mattel would "not be addressing detailed accounting questions related to the whistleblower investigation" during the call, that Mattel would file an amended 2018 10-K on or before November 12, 2019, and that Mattel would schedule a subsequent call to answer questions regarding the amended 10-K. Mr. Zbojniewicz then opened the call for questions.

56.     Although Mattel stated detailed accounting questions related to the whistleblower investigation would not be addressed during the call, Mattel did not suggest general questions regarding the results of the independent investigation, the whistleblower letter, the restatement, or the disclosure of material weaknesses in Mattel's internal controls would not be addressed.  However, participants did not ask any questions regarding these topics during the call, indicating these items were not material to investors' expectations for Mattel's future cash flows and did not affect Mattel's stock price.

57.     After the market closed on November 12, 2019, Mattel filed the 2018 10-K/A which included restated financial statements for the third quarter of 2017 and the three months ended December 31, 2017 based on the findings of the independent investigation. Prior to the

---

[47] October 29, 2019, Q3 2019 Mattel Inc Earnings Call transcript, p. 3.

market open on November 15, 2019, Mattel hosted a conference call to address detailed accounting questions related to the conclusions of the independent investigation. Given the technical nature of the accounting questions, Mattel had solicited questions ahead of time and prepared pre-recorded answers. As noted by both Mr. Kreiz and Mr. Zbojniewicz, Mattel received very few questions for the conference call.[48]

58.    The conference call was limited to three questions. The first question asked for a description of the progress Mattel was making in addressing the remaining material weakness disclosed in Mattel's filings. Yoon Hugh, Mattel's Senior Vice President and Corporate Controller, answered this question, stating:

> In light of the investigation's conclusions, management determined there were material weaknesses that existed at the time of the preparation of our financial statements for the third and fourth quarters of 2017.
>
> One of those material weaknesses related to the control over the review of income tax valuation allowance analysis. This material weakness was remediated during the 3 months ended December 31, 2018, after enhancements in the design of the control were made and were operating effectively for a sufficient period of time as of December 31, 2018.
>
> The second material weakness related to a deficiency in monitoring control activities. Management determined this material weakness still existed as of December 31, 2018. As disclosed in our latest filings, management developed and is executing a remediation plan to address this second material weakness, including the following:
>
> As part of its Q3 2019 10-Q process, the company developed, designed, and executed more robust procedures relating to its disclosure committee controls and procedures.
>
> In addition, during the fourth quarter, the company will formalize its policy relating to the assessment, documentation, and disclosure of accounting errors, and will implement more robust procedures. Mattel is also supplementing its policy and training with respect to auditor independence.

---

[48] Thomson Reuters Street Events, Edited Transcript, MAT – Mattel Inc to Address Accounting Questions Related to the Conclusions of Independent Investigation – Conference Call, November 15, 2019.

27

As you would expect, we are moving rapidly to implement these enhancements. But, it's also important to note that once implemented, additional time is still needed to demonstrate the effectiveness of the remediation efforts. The material weakness cannot be considered remediated until the enhanced controls have been operating for a sufficient period of time such that management can conclude, through testing, that they are designed and operating effectively.[49]

59.    The remaining two questions related to PwC and inquired as to PwC's status as Mattel's independent auditor and what services PwC was currently providing to Mattel. Ms. Hugh responded to these questions as well and the call was concluded.[50]

60.    The limited number of questions and Ms. Hugh's responses to them support the conclusion that the alleged misrepresentations were not material to investors' expectations for Mattel's future cash flows and did not affect Mattel's stock price. Notably, Ms. Hugh's responses indicate that Mattel had addressed or was actively addressing the material weaknesses and the remedial actions entail more robust procedures which do not materially impact expected cash flows.

> **2.    Analysts' Reports Confirm Mattel's Accounting Errors in the Third and Fourth Quarters of 2017 Did Not Affect Investor Expectations or Mattel's Stock Price**

61.    I have reviewed numerous analyst reports issued shortly after Mattel's earnings announcements for the third and fourth quarters of 2017. Selected information from the reports is included in Exhibit C. The reports include discussion of the "adjusted" EPS figures, $0.09 for the third quarter and $(0.72) for the fourth quarter, which exclude the impact of the valuation allowance against Mattel's U.S. deferred tax assets, not the "as reported" EPS

---

[49] *Id.,* pp. 3-4.

[50] *Id.,* pp. 4-4.

figures.[51] That is, given the choice between EPS figures that excluded and included the valuation allowance, analysts used the EPS figures that *excluded* the valuation allowance, confirming that it did not bear on their assessment of Mattel's value. Furthermore, the analyst reports include detailed discussions of Mattel's operating performance and its turnaround plans. They do not include discussion of the valuation allowance on Mattel's U.S. deferred tax assets.

62.     Since the valuation allowance on Mattel's U.S. deferred tax assets was a noncash charge with no impact on current or future operations, it did not impact investors' expectations or the value of Mattel's stock price. Analysts disregarded the reported EPS figures because the adjusted EPS figures, which excluded the impact of the valuation allowance on deferred tax assets, provided the best data regarding Mattel's actual operations, that is, the data that was relevant to Mattel's fundamental valuation.

### 3.     Analysts' Reports Confirm Mattel's Material Weaknesses in Internal Controls Did Not Affect Investor Expectations or Mattel's Stock Price

63.     Mattel's internal control issues also had no impact on cash flows and therefore no impact on Mattel's stock price. Analyst reports published shortly after the October 29, 2019 and November 12, 2019 announcements support the conclusion that Mattel's disclosures regarding control weaknesses were not value-relevant with respect to Mattel's stock price. As

---

[51] I have reviewed the slide presentations referenced by Ms. Steininger for the third and fourth quarters of 2017. Each presentation includes a slide on adjusted EPS. As stated by Ms. Steininger, to arrive at the adjusted EPS figures, $0.09 for the third quarter of 2017 and $(0.72) for the fourth quarter of 2017, the impact of the valuation allowance on Mattel's U.S. deferred tax assets as well as other items are removed from the "as reported" EPS. See Mattel, Inc. Earnings Conference Call Third Quarter 2017 (Unaudited Results), October 26, 2017, p. 12 and Mattel, Inc. Earnings Conference Call Fourth Quarter 2017 (Unaudited Results), February 1, 2018, p. 13.

29

shown in Exhibit D, analysts generally included the $109 million accounting error and the findings regarding internal control weaknesses in their reports, but reacted positively to the October 29, 2019 announcement. In fact, several analysts disclosed they expected a positive price reaction from the disclosures. For example, MKM Partners' analyst report dated October 30, 2019 states:

> Whistleblower issue is settled, which removes a major overhang. In our opinion, last night's 20% increase in Mattel's shares in after-hours trading was a direct result of the company resolving its outstanding whistleblower complaint. Management revealed its whistleblower letter pertained to material weakness in Mattel's internal controls over financial reporting. Specifically, income tax expense was overstated in 3Q17 by $109mn and then understated by the same amount in 4Q17. Bulls were relieved the issue was far less severe than feared and the financial impact is non-cash. Although the company did not draw a direct link, we believe news that CFO, Joe Euteneuer will be stepping down after a transition period of up to 6-months is the most significant fallout from the complaint.[52]

64.      Another example is Jefferies's analyst report dated October 30, 2019, which included as a Key Takeaway: "[w]e expect a relief rally that whistleblower claims of accounting errors & weak internal controls have been disclosed and addressed."[53] Another analyst reported that the "mystery" and "overhang" associated with whistleblower letter were "no more" and characterized the accounting issues in 2017 as "benign."[54] Based on my review to date, I am unaware of any analyst lowering her or his price target on Mattel's stock due to

---

[52] Eric Handler, "Mattel, Inc. (MAT, Neutral, $14.00): Making Progress Towards Profit Restoration; Whistleblower Resolution Removes Big Overhang." MKM Partners, October 30, 2019, p. 1.

[53] Stephanie Wissink, Ashley Helgans, and Sebastian Barbero, "Mattel, Inc.: Model Update: Whistleblower Resolved; Progress on Sales & Costs But Q4 Giveback." Jefferies: Equity Research, October 30, 2019, p. 1.

[54] Felicia R. Hendrix and Edward Wendell, "Mattel, Inc.: Too Soon to Declare Victory." Barclays: Equity Research, October 30, 2019, p. 3.

Mattel's disclosures regarding material weaknesses. This is direct evidence that the disclosures were not relevant to the determination of Mattel's stock price in an efficient market.

**4.    Lead Plaintiffs' Investment Manager Confirms Mattel's Accounting Errors in the Third and Fourth Quarters of 2017 and Mattel's Material Weaknesses in Internal Controls Did Not Affect Investor Expectations or Mattel's Stock Price**

65.    I understand lead plaintiffs' investments in Mattel common stock were managed by Southeastern Asset Management, an employee-owned, global investment management firm founded in 1975 and the investment adviser to the Longleaf Partners Funds, a series of funds created in 1987 "as a way for our employees to invest alongside our clients."[55]

66.    Southeastern prepares commentaries for the Longleaf Partner Funds which are maintained on its website at https://southeasternasset.com/mutual-fund-commentaries/. I have reviewed the commentaries for the third and fourth quarters of 2017, the first quarter of 2018, and the third and fourth quarters of 2019. The commentaries for two Longleaf Partners funds, the Longleaf Partners Fund ("LLPF"), and the Longleaf Partners Small-Cap Fund ("LLSC"), contain discussions of Mattel. Comments made by Southeastern regarding Mattel are consistent with my conclusion that the alleged misrepresentations did not affect Mattel's expected future cash flows or Mattel's stock price.

67.    Mattel is not discussed in the commentaries for the third quarter of 2017; however, Mattel does appear in the fourth quarter of 2017 commentaries for LLPF and LLSC. Those commentaries disclose that the funds began buying Mattel stock late in the third quarter of 2017 and that Mattel's stock had risen due to a rumored takeover by Hasbro. The commentaries state the Mattel board of directors appropriately dismissed any low ball offers

---

[55] See: https://southeasternasset.com. Accessed on June 29, 2021.

and that Southeastern was confident in Mattel's "plan to restore margins and do more with the company's leading franchises in a growing industry.[56] Mattel is discussed again in the LLPF and LLSC commentaries for the first quarter of 2018, dated April 12, 2018. In those commentaries, Southeastern notes that Mattel negatively impacted the funds' results and discusses the Toys 'R' Us bankruptcy and liquidation and that Mattel's CEO had "cut costs, improved advertising, and released promising new toys."[57] Neither the fourth quarter of 2017 nor the first quarter of 2018 commentaries mention the valuation allowances on deferred tax assets disclosed by Mattel on October 26, 2017 and February 1, 2018.

68.    Although Mattel represented 6.3% of LLPF's holdings and 5.1% of LLSC's holdings as of September 30, 2019, neither fund's commentary for the third quarter of 2019, dated October 8, 2019, discusses Mattel. Notably, there is no discussion regarding Mattel's August 8, 2019 disclosure of the whistleblower letter and the termination of the debt offering.[58]

69.    Mattel is discussed in the fourth quarter of 2019 commentaries, dated January 13, 2020, for LLPF and LLSC.[59] In the commentary for LLPF, Southeastern notes that Mattel's stock price increased 19% in the quarter and more than 30% for the year and states that "[a]s Mattel cuts costs and generates more revenue from its trove of intellectual property (IP), the

---

[56] Longleaf Partners Fund Commentary, 4Q17, p. 3 and Longleaf Partners Small-Cap Fund Commentary, 4Q17, p. 3.

[57] Longleaf Partners Fund Commentary, 1Q18, pp. 3 and Longleaf Partners Small-Cap Fund Commentary, 1Q18, pp. 2-3.

[58] Longleaf Partners Fund Commentary, 3Q19, percentage of holdings shown at p. 9 and Longleaf Partners Small-Cap Fund Commentary, 3Q19, percentage of holdings shown at p. 6.

[59] Longleaf Partners Fund Commentary, 4Q19, pp. 5-6 and Longleaf Partners Small-Cap Fund Commentary, 4Q19, pp. 2 and 4.

market will come to recognize that this is a company driven by power brands and that Ynon Kreiz is the right person to lead it."[60]

70.    Southeastern's discussions in these commentaries focus on Mattel's operations and its ability to generate cash flows in the future. This is consistent with fundamental valuation theory and my conclusion that the alleged misrepresentations in this matter did not affect Mattel's expected future cash flows or Mattel's stock price.

71.    Regarding the whistleblower letter and accounting error, in the commentary for LLPF Southeastern stated:

> Mattel (36%, 2.32%, 19%, 1.24%), the classic toy company, was another top contributor in the quarter and the year, after the company resolved a non-material whistleblower complaint over historical accounting errors, which delayed a debt offering that the company subsequently completed in November. Like GE, the headline fears and uncertainty surrounding the complaint weighed heavily on the stock price in the short term but did not impact the long-term value of the company. Sales increased in the quarter, while management took further necessary steps towards decreasing operating costs and improving gross margins. Barbie, Hot Wheels, action figures and games all sold well during the last quarter, while American Girl and Fisher Price declined moderately. Earnings before interest, taxes, depreciation and amortization (EBITDA) appears on track to have exceeded expectations in 2019 at $400 million or better and is expected to approach or exceed $600 million in 2020, which would meaningfully reduce the company's leverage ratios, thereby addressing one of the key issues that has depressed the stock price for the last several years. We believe that CEO Ynon Kreiz has done a wonderful job with the turnaround after inheriting a difficult situation, while actively pursuing the substantial upside presented by streaming and film demand for Mattel's brand.[61]

The commentary for LLSC contained a virtually identical statement:

> Mattel (36%, 1.77%, 19%, 1.01%), the classic toy company, was also a large contributor in the quarter and the year, after the company resolved a non-material whistleblower complaint over historical accounting errors, which delayed a debt offering that the company subsequently completed in November. The headline fears and uncertainty surrounding the complaint weighed heavily on the stock

---

[60] Longleaf Partners Fund Commentary, 4Q19, p. 5.

[61] *Id.,* p. 6.

price in the short term but did not impact the long-term value of the company. Sales increased in the quarter, while management took further necessary steps towards decreasing operating costs and improving gross margins. Barbie, Hot Wheels, action figures and games all sold well during the last quarter, while American Girl and Fisher Price declined moderately. EBITDA appears on track to have exceeded expectations in 2019 at $400 million or better and is expected to approach or exceed $600 million in 2020, which would meaningfully reduce the company's leverage ratios, thereby addressing one of the key issues that has depressed the stock price for the last several years. We believe that CEO Ynon Kreiz has done a wonderful job with the turnaround after inheriting a difficult situation, while actively pursuing the substantial upside presented by streaming and film demand for Mattel's brands.[62]

Southeastern's comment that the headline fears and uncertainty surrounding the whistleblower complaint did not impact the long-term value of the company is consistent with my conclusion based on fundamental valuation analysis and market evidence that the alleged misrepresentations in this matter did not affect Mattel's expected future cash flows or Mattel's stock price.

## V.   MARKET EVIDENCE SHOWS THE ALLEGED MISREPRESENTATIONS AT ISSUE HERE DID NOT AFFECT MATTEL'S STOCK PRICE

### A.   Overview of Market Evidence

72.   Mattel's stock price was essentially unchanged between August 8, 2019 – the end of the putative class period and last day on which Mattel's stock price allegedly was artificially inflated – and October 30, 2019, the first trading day after a fully corrective disclosure. This is true whether we examine the stock price on its own or, using an event study, after controlling for market and industry price movements.

73.   A corrective disclosure "corrects" a past misrepresentation by revealing the facts necessary to understand the implications, if any, that the alleged misrepresentation had

---

[62] Longleaf Partners Small-Cap Fund Commentary, 4Q19, p. 4.

for security prices. In this case, Plaintiffs allege that the alleged misrepresentations concealed (1) that Mattel's financial statements were not in accordance with GAAP with respect to accounting for a valuation allowance on deferred tax assets; and (2) that Mattel's internal controls were inadequate to prevent that accounting error. Plaintiffs allege that this inflated Mattel's stock price from August 2, 2017 through August 8, 2019.

74.    Mattel made a fully corrective disclosure as to these alleged misrepresentations on October 29, 2019 after the market closed. Mattel filed an 8-K disclosing the fact of the accounting misrepresentations and their magnitude, disclosing "that income tax expense was understated by $109 million in the third quarter of 2017, and overstated by $109 million in the fourth quarter of 2017, with no impact on the full year" and "that Mattel has certain material weaknesses in its internal control over financial reporting." Mattel also disclosed that it would "undertake a series of remedial actions, including the amendment of the Company's 2018 Form 10-K to restate the last two quarters of 2017, and certain related information, and the strengthening of its internal control over financial reporting."[63]

75.    Prior to October 29, 2019, there appears to be no public information concerning either Mattel's accounting misrepresentations or the fact of its internal control issues. However, Mattel had issued a previous statement that must be considered together with the October 29, 2019 corrective disclosure in examining market evidence for price impact. That previous statement occurred on August 8, 2019 after the market closed. Mattel filed the August 8, 2019 8-K) that stated:

> On August 6, 2019, Mattel, Inc. (the "Company") was made aware of an anonymous whistleblower letter. To provide the Company with an opportunity to investigate the matters set forth in the letter, the offering of the Company's 6.00% Senior Notes due 2027 that was scheduled to close on August 8, 2019 has been

---

[63] October 29, 2019 8-K, Exhibit 99.2.

terminated. The Company intends to refinance its 4.350% Senior Notes due October 2020 prior to maturity.[64]

76.     The August 8, 2019 8-K did not provide any disclosure of the alleged misrepresentations at issue. Rather, the August 8, 2019 announcement revealed only (1) the fact of a whistleblower letter, the contents and subject matter of which were not disclosed; (2) the fact of a terminated senior note offering\; (3) the fact that the company stated its intent "to investigate the matters set forth in the letter"; and (4) the fact of Mattel's statement that it intended to refinance a 2020 debt maturity in the future. As such, the August 8, 2019 announcement was a warning that some further disclosure would likely be forthcoming, but did not (and could not, given its very limited statements) allow the market to "correct" any possible price inflation from the alleged misrepresentations at issue.

77.     The August 8, 2019 announcement required market participants to reprice Mattel stock for an unfathomable number of possibilities that had nothing to do with the actual subject of the whistleblower letter. The August 8, 2019 announcement provided no detail regarding the contents of the whistleblower letter; it disclosed only the existence of the letter. This caused market participants to speculate regarding the contents of the whistleblower letter and Mattel's stock price reaction reflected that speculation. For example, a UBS Global Research report dated August 9, 2019 speculated that the whistleblower letter might relate to a recent Fisher-Price recall, stating: "it is unclear as to whether the letter is regarding the Fisher-Price recent recall being worse than expected or another issue perhaps similar in nature."[65] That was, of course, incorrect, but illustrates the inability of the August 8, 2019 disclosure to be

---

[64] August 8, 2019 8-K, Item 7.01 Regulation FD Disclosure.

[65] Kockaryan, A. and Farley, R., "Mattel, Inc Thoughts on Bond Termination."  UBS: Global Research, August 9, 2019, p. 1.

corrective of the alleged misrepresentations at issue here. Other analysts acknowledged a "wide range of speculation as to what the claim entails,"[66] and noted that the investing public had a lack of information about the whistleblower's allegations.[67]

78. Not surprisingly given the uncertainty associated with the announcement and the huge range of potentially negative news that might be forthcoming depending on the nature and veracity of the whistleblower letter and its relation to the cancelled debt offering, the August 8, 2019 disclosure was followed by a price decline of 15.8% by the end of day August 9, 2019, to $11.31 from $13.43 at market close on August 8, 2019.

79. When the market learned the actual nature of the alleged misrepresentations at issue here nearly three months later – on October 29, 2019 – this uncertainty lifted, and the price of Mattel stock rallied. On the morning of October 30, 2019, Mattel's common stock opened 20.7% higher than its October 29, 2019 close ($12.75/share compared to $10.56/share) and had an intraday high on October 30, 2019 of $13.22/share, just 21 cents below the closing price on August 8, 2019 and above the low price on August 8, 2019 of $12.97/share. Thus, the

---

[66] Conder, T., Torrente, M., and Tan, K., "MAT: Pulls Bond Deal Amid Revealed Whistleblower Letter." Wells Fargo Securities, August 9, 2019, p.1.

[67] See, for example, Casella, C., "HY Consumer Checkup." J.P. Morgan North America Credit Research, August 9, 2019 ("…the uncertainty behind the content of the whistleblower letter moves us to the sideline."); Hendrix, F. and Wendell, E., "Mattel, Inc. We Wait…" Barclays, August 14, 2019 ("What to do? We are not sure there is anything to do; there are too many unknowns. The list of hypotheticals ranges from the benign to the extreme."); Wissink, S., Helgans, A., and Barbero S., "Consumer Products Readthrough: Potential Implications of HAS Acquisition of eOne on Peers." Jefferies Equity Research, August 23, 2019 ("Key topics of interest among investors…lack of clarity surrounding the whistleblower letter…").

share price had rebounded to within the range of normal daily volatility in the stock's price compared to August 8, 2019.[68]

80.    The following chart shows the open, low, high, and closing prices for Mattel's stock on various dates of interest here:



81.    The chart starts with August 8, 2019. Prices fall on August 9, 2019 as described above. By October 29, 2019, prices have fallen farther, partly as a result (as described below) of poor earnings from Hasbro, Inc., which the market took as relevant for the toy industry and thus for Mattel. When the corrective disclosure occurs on October 29th and is priced on October

---

[68] A 21 cent decline from the August 8, 2019 close price of $13.43 represents a 1.56% decline. Based on my regression analysis shown in Exhibit E, a 1.56% one day decline equates to a t-score of approximately -0.6, *i.e.,* 0.156/0.264, well below typical statistically significant levels.

30th, prices rebound strongly and stay in that rebounded range through the various November dates highlighted in Plaintiffs' Amended Complaint. That is, there is no evidence that the post-October 29th disclosures mattered to Mattel investors on the issues raised here.

82.     The absence of a price impact is also evident from comparing price behavior before the corrective disclosure with price behavior after the corrective disclosure over longer periods of time. Plaintiffs allege that the price of Mattel's common stock was inflated from August 2, 2017 through August 8, 2019. However, Mattel's stock prices in the three months before August 9, 2019 – the day the market reacted to the August 8, 2019 whistleblower disclosure – were statistically <u>lower</u> than Mattel's stock prices in the months after the October 29, 2019 corrective disclosure. Using, for example, a 60 day window before and after, the following table sets out the minimum, median, mean, and maximum prices for Mattel common stock before August 9, 2019 and after the October 29, 2019 corrective disclosure.

| MAT Stock Price | 60 days prior to August 9, 2019 | 60 days after October 29, 2019 |
|---|---|---|
| Minimum | $9.65 | $11.16 |
| Median | $11.41 | $12.56 |
| Mean | $11.69 | $12.84 |
| Maximum | $14.60 | $14.68 |

No matter which price statistic we examine – minimum, median, mean, or maximum – prices in the 60-trading day period before the alleged fraud was revealed are lower than after the corrective disclosure. The following chart illustrates this fact as well. The same directional result holds for a 90-day window. There is no detectable price impact.



## B.    Event Study Analysis Shows No Statistically Significant Stock Price Impact

83.    Event study analysis confirms what is already suggested by the straightforward comparison of prices on August 8, 2019 and October 30, 2019. While the simple comparisons of prices on August 8, 2019 and October 30, 2019 and in the 90 days before and after those dates are powerful on their own, the event study methodology allows us to control for the effect of industry and market factors in returns and compare the resulting returns statistically by using information on the volatility of returns to judge whether the return on October 30, 2019 is large enough to infer a price impact after the corrective disclosure. Specifically, we can test whether the combination of returns on August 9, 2019 and October 30, 2019 provides any evidence of a price impact.

84.    To isolate moves in Mattel's stock price that are not linearly related to the broader market or industry, I use the S&P 500 Index return for the market and the return on a

40

close competitor, Hasbro, Inc. ("Hasbro"), to proxy for the toy business.[69] Exhibit E presents the event study results using the S&P 500 and Hasbro as controls for market and industry returns over the period January 1, 2017 to October 30, 2019. The event study results show that the abnormal negative return for August 9, 2019 is approximately 14.2% and the abnormal positive return for October 30, 2019 is approximately 13.3%. Both abnormal returns are statistically significant at the 95% confidence interval, that is, both have t-scores well in excess of 1.96. However, the t-score for the combined returns for August 9, 2019 and October 30, 2019, approximately -0.225,[70] is statistically indistinguishable from zero at a conventional statistical significance level of 95 percent.[71] The event study evidence confirms the already obvious fact that the price of Mattel stock after the corrective disclosure was unaffected compared to the price on the last day of the putative class period.

---

[69] Plaintiffs' expert Professor S.P. Kothari performed an event study for Mattel using the Standard & Poor's 500 Index ("SP500") as a measure of the market return and the Standard & Poor's 1500 Leisure Product Index ("SP1500LP") as a proxy for Mattel's industry. However, the SP1500LP is not an appropriate industry benchmark. Other than Mattel and Hasbro, the SP1500LP contains six other companies during the relevant period, but those companies are not toy companies. Rather, they make products ranging from guns, to treadmills, to boats which have nothing to do with children's toys. Not surprisingly, while Hasbro's returns are strongly linked to Mattel's, regression analysis on the other members of the SP1500LP demonstrates that the other six companies Professor Kothari relies on do not have returns that covary significantly with Mattel's. Accordingly, it is appropriate to eliminate the six companies without significant covariance with Mattel and rely solely on Hasbro as the industry proxy for regression analysis.

[70] I calculate the combined t-score as: (Abn. Ret. Obs. 1 + Abn. Ret. Obs. 2) / (St. Err. * $n^{(1/2)}$) = (-0.1415 + 0.1331) / (0.0264 x $2^{0.5}$) = -0.225, where n is the number of observations in the numerator. A t-score of -0.225 indicates a statistical significance level below 60%.

[71] The same finding holds if net abnormal returns are calculated for the three-day periods August 9, 2019, October 30, 2019, and November 12, 2019, or August 9, 2019, October 30, 2019, and November 15, 2019, or the four day period August 9, 2019, October 30, 2019, November 13, 2019, and November 15, 2019.

85.     Given the limitations of the event study methodology to parse same-day firm-specific news, attempting to use this methodology to demonstrate a detectable price impact from the alleged misrepresentations based on Mattel's stock price movement on October 30, 2019 may be futile because Mattel also released earnings on October 29, 2019. Financial economists have long recognized that there is no fully reliable, mathematically precise way to decompose a single-firm stock-price return into components related to different news.[72] Given that limited utility, the most reliable way to determine price impact or lack thereof is to use whatever reliable stock price return evidence is available alongside the other available evidence relevant to price impact, including fundamental valuation principles and the analyst reactions discussed above.

### C.     Mattel Does Not Underperform Its Close Comparable Hasbro from the End of the Putative Class Period Through the Corrective Disclosure

86.     As stated above, Hasbro is a close comparable for Mattel for purposes of stock market return analysis. Together, they are the only two sizable U.S. public companies in the toy business. During the putative class period (August 2, 2017 through August 8, 2019), the correlation of the returns to Mattel and Hasbro common stock was 0.48, a very high correlation on par with that between General Motors and Ford over the same time, 0.59. The high positive correlation between Mattel and Hasbro allows us to make another test of whether Mattel's stock price on August 8, 2019 was inflated by the alleged misrepresentations.

87.     Under Plaintiffs' theory, a hypothetical $1 investment in Mattel on August 8, 2019 is inflated relative to a hypothetical $1 investment in Hasbro the same day, because, under

---

[72] Alon Brav & J.B. Heaton, Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias, 93 Wash. U. L. Rev. 583 (2015).

42

Plaintiffs' theory, Mattel's stock price is inflated by the effect of the alleged misrepresentations. If Plaintiffs were correct, we would expect a gap between the investment in Mattel and an investment in Hasbro after the corrective disclosure, reflecting the fact that investors would require damages to bring them back to where they would have been without the alleged price inflation.

88.     The following figure plots the value of a $1 investment over time, in each of Mattel (blue line), Hasbro (red line), and, for comparison, the S&P 500 Index (green line) from August 8, 2019 through December 31, 2019.



89.     On August 8, 2019, the value of all three investments is the same. The sharp drop on August 9, 2019 following the whistleblower letter announcement is visible, creating a large gap down in Mattel's stock price compared with Hasbro's and the S&P 500 Index. From there the high correlation between the two toy companies remains apparent as their prices move in very similar ways before late October 2019, consistent with their high positive correlation. Notably, when Hasbro announced disappointing earnings on October 22, 2019, its price fell

43

16.8% and Mattel's price fell 6.5% by virtue of the implications for Mattel of this new information from Hasbro.

90.    After the October 29, 2019 announcement unambiguously identified the alleged misrepresentations at issue here, resolving uncertainty about the whistleblower letter along with additional announcements concerning Mattel's earnings, the value of the investment in Mattel rebounds strongly. The entire disparity generated after the August 8, 2019 announcement disappears. Indeed, an investment in Mattel at the end of the putative class period on August 8, 2019 is actually worth slightly more than the same investment in Hasbro. This is consistent with the absence of price inflation from the alleged misrepresentations at issue. There is no detectable price impact.

## VI.    ACADEMIC LITERATURE REGARDING PRICE IMPACT OF DISCLOSURES REGARDING INTERNAL CONTROLS IS CONSISTENT WITH MY FINDINGS

91.    My findings are consistent with the academic literature regarding material weaknesses and price impacts. Specifically, the lack of a price impact from Mattel's announcement of material internal control weaknesses is consistent with the tendency of such announcements to be positive, not negative, in a large percentage of cases.[73] The failure to detect a price impact from the disclosure of internal control weaknesses is consistent with this literature's finding that the price reaction in those samples was influenced by the specific nature of the announcement and weaknesses.

92.    The academic literature reports that while the average stock price reaction in the samples was negative, many individual firms did not have negative reactions. For example, Beneish, Billings, and Hodder (2008) found that 40.3% of their full sample (n = 330) and 36.1%

---

[73] The academic articles I have reviewed on this subject are included in Exhibit B.

44

of their uncontaminated sample (n = 180) – that is, the sample involving only disclosures of material weaknesses and not other issues – experienced positive price reactions in the period immediately surrounding disclosure of material internal control weaknesses.[74] This result is consistent with findings of Parveen P. Gupta and Nandkumar Nayar which showed 35.5%, 32 of their full sample (n=90), and between 31.1% and 35.5%, 14 and 16 of their clean sample (n=45), had positive abnormal returns in the period immediately after the announcement of material internal control weaknesses.[75] Mattel's price reaction on October 30, 2019 is consistent with the positive categories of the full samples.

93.     The academic literature also supports the finding that specific characteristics regarding the nature of the internal control weakness, the company, and its auditors impact whether a disclosure will result in a negative stock price reaction and, if so, the size of that reaction. For example, Hammersley et al. (2007) found that auditability and whether the firm engages a Big Four auditor were significant factors, Gupta et al. (2007) found that whether the firm engages a Big Four auditor and takes remedial actions were significant, and Beneish et al. (2008) found that whether a firm is an accelerated filer is significant.[76]

94.     Mattel's disclosures of internal control material weaknesses in this matter possess both negative and positive factors identified by the articles. For example, the

---

[74] Messod Daniel Beneish, Mary Brooke Billings, and Leslie D. Hodder, Internal Control Weaknesses and Information Uncertainty, 83 Acctg. Rev. 665 (2008), at Table 4.

[75] Parveen P. Gupta and Nandkumar Nayar, Information content of control deficiency disclosures under the Sarbanes-Oxley Act: An empirical investigation,  4 Int'l J. Disclosure and Governance 3 (2007), at Table 4.

[76] Jacqueline S. Hammersley, Linda A. Myers, and Catherine Shakespeare, Market Reactions to the Disclosure of Internal Control Weaknesses and to the Characteristics of those Weaknesses under Section 302 of the Sarbanes Oxley Act of 2002, 13 Rev. Acctg. Stud. (2008) at 141, 163-164; Gupta et al. at 19; Beneish et al. at  697-698.

weaknesses resulted in a restatement of net income and included the fact that the error was not reported to the CEO and audit committee (a "less auditable" weakness)[77] – negative factors identified by the articles.[78] However, multiple positive factors identified in the articles are present – including that: (i) the error resulting in the restatement involved tax accounting issues (a "more auditable" weakness),[79] (ii) Mattel is a large, accelerated filer, (iii) Mattel uses a Big-Four auditor, and (iv) Mattel announced remedial actions.[80]

95.    Notably, the articles do not address the significance of the error resulting in the restatement having no impact on the firm's cash flows or operations. As discussed above, this factor is critical for this matter and is consistent with the observation that Mattel's stock price did not react negatively to the October 30, 2019 disclosures regarding internal control weaknesses. It is consistent with fundamental valuation theory that if an error is value-irrelevant, that would be a positive factor pointing against a negative market reaction.

## VII.  CONCLUSION

96.    Not all misrepresentations impact stock prices. Price impact in an efficient market depends on a misrepresentation having implications for expected future cash flows. Here, the alleged misrepresentations at issue did not result in any detectable price impact, whether we look at prices before and after the corrective disclosure or performance relative to a close comparable. This makes sense, because the alleged misrepresentations concerned

---

[77] Hammersley, et al. at Table 3.

[78] See, for example, Jarry, Kimberly M., "The Progression of Financial Restatements: Causes and Market Reaction" (2013). *Honors Theses and Capstones. 133.* https://scholars.unh.edu/honors/133, p. 31; and Hammersley et al. at 163-164.

[79] See, for example, Gupta and Nayar at 17-18; Beneish et al. at 685-693 and 697-698; Hammersley et al. at 163-164.

[80] Beneish et al. at 697-698; Gupta et al. at 19; Hammersley et al. at 163-164.

accounting and internal control matters that had no implications for expected future cash flows. Analyst reaction is fully consistent with a lack of price impact. As such, and as market efficiency requires, the alleged misrepresentations did not impact Mattel's stock price.

97.     I declare under penalty of perjury that the foregoing is true to the best of my knowledge.


Signed: July 12, 2021

_____
J.B. Heaton, J.D., M.B.A., Ph.D.

**Exhibit A**

July 2021

J.B. HEATON
One Hat Research LLC
Chicago, Illinois
(312) 257-3900
jb@onehatr.com

## EDUCATION

University of Chicago Graduate (now Booth) School of Business, 1992-1999.
     Ph.D. (finance), 1999; M.B.A., 1999.

University of Chicago Law School, 1996-1999.
     J.D., 1999. Bradley Fellow in Law and Economics, 1998-99.

University of Illinois Urbana-Champaign
     A.B., 1990. Phi Beta Kappa. *Magna Cum Laude*. Edmund J. James Scholar. Robert W. Rogers Scholar in Liberal Arts and Sciences

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| April 2019 – Present | One Hat Research LLC<br>Managing Member (2019-present). Financial Analytics. |
| November 2017 – October 2020 | J.B. Heaton, P.C.<br>President. Legal consulting. |
| September 1999 – October 2017 | Bartlit Beck LLP<br>Litigation Partner (2004-2017). |

## SCHOLARLY PUBLICATIONS

"Hedge Fund Activism and Financial Performance," forthcoming in *The Oxford Handbook of Hedge Funds* (Douglas Cumming and Geoffrey Wood, eds.)

"Misleading Omissions: A Bayesian Framework," *Journal of Law, Economics & Policy* 15, 201-210 (2020).

"The Altman Z Score Does Not Predict Bankruptcy," *AIRA Journal*, 33(3), 32-34 (2020).

"Kill *Cammer*: Securities Litigation Without Junk Science," *William & Mary Business Law Review*, 11, 417-477 (2020).

"The Siren Song of Litigation Funding," *Michigan Business & Entrepreneurial Law Review*, Vol 9(1), 139-155 (2020).

"Distance to Insolvency," 32(4) AIRA (Association of Insolvency and Restructuring Advisors) Journal (2020).

"Synthetic Financial Data: An Application to Regulatory Compliance for Broker-Dealers" (with Jan Hendrik Witte), *Journal of Financial Transformation*, November 2019, 32-37 (2019).

"The Social Costs of Dividends and Share Repurchases," *Journal of Business, Entrepreneurship & the Law*, Vol 12, 77-96 (2019).

"Managerial Optimism: New Observations on the Unifying Theory," *European Financial Management*, Vol. 25(5),1150-1167 (2019). (peer-reviewed)

"Litigation Funding: An Economic Analysis," *American Journal of Trial Advocacy*, Vol 42, 307-330. (2019).

"The Unfulfilled Promise of Hedge Fund Activism," *Virginia Law & Business Review*, Vol. 13, 317-333 (2019).

"Insolvency Detection Using Publicly-Traded Debt and Equity," 32 AIRA (Association of Insolvency and Restructuring Advisors) Journal (2019).

"How Active Management Survives" (with Ginger L. Pennington), *Financial Planning Review* (2019). (peer-reviewed)

"Corporate Governance and the Cult of Agency," *Villanova Law Review*, Vol. 64(2), 201-221 (2019).

"Just This Once: A More Plausible Model of Addiction and Its Policy Implications," 87 *UMKC Law Review* (2019), 817-826.

"Simple Insolvency Detection for Publicly-Traded Firms," *Business Lawyer,* Vol 74(3), 723-734 (2019). (peer-reviewed)

"Debt and Insolvency," *Review of Banking and Financial Law* Vol. 38, 363-388 (2019).

"Bias-Corrected Estimation of Price Impact in Securities Litigation" (with Taylor Dove and Davidson Heath), 21 *American Law and Economics Review*, Vol. 21(1), 184-208 (2019). (peer-reviewed)

"Too Much Insolvency: 'Unmatured Interest' and 'Debt' Under the Code," *American Bankruptcy Institute Law Review*, Vol 27, 45-49 (2018). (peer-reviewed)

"Failed Anti-Activist Legislation: The Curious Case of the Brokaw Act" (with Alon Brav and Jonathan Zandberg), 11 *Journal of Business, Entrepreneurship & the Law* 329-352 (2018).

"Risk Aversion as Risk-Neutral Pessimism: A Simple Proof," *International Review of Law & Economics*, Vol. 56, 70-72 (2018). (peer-reviewed)

2

"What Injures a Corporation? Toward Better Understanding Corporate Personality," *Business Lawyer* Vol. 73(4), 1031-1050 (2018). (peer-reviewed)

"Worthless Companies," 24 *European Financial Management*, 721-727 (2018). (peer-reviewed)

"Quantitative Investing and the Limits of (Deep) Learning from Financial Data," 47 *Journal of Financial Transformation*, 117-122 (2018).

"Positive Equity Prices with Insolvency Under Legal Solvency Tests," 23 *Journal of Forensic Economics*, Vol 23, 63-70 (2018). (peer-reviewed)

"The 'Long Term' in Corporate Law," *Business Lawyer*, Vol. 72 (2), 353-366 (2017). (peer-reviewed)

"Why Indexing Works," *Applied Stochastic Models in Business and Industry,* 2017, 33(6) (with Nick Polson and Jan Hendrik Witte). (peer-reviewed)

"Rejoinder to 'Deep learning for finance: deep portfolios'" *Applied Stochastic Models in Business and Industry* 33 (1), 2017, 19-21 (with Nick Polson and Jan Hendrik Witte). (peer-reviewed)

"Deep learning for finance: deep portfolios," *Applied Stochastic Models in Business and Industry* 33 (1), 2017, 3-12 (with Nick Polson and Jan Hendrik Witte). (peer-reviewed)

"Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," 93 *Washington University Law Review* pp. 583-614 (2015) (with Alon Brav).

"Overconfidence, Compensation Contracts, and Capital Budgeting," *Journal of Finance*, Vol. 66, No. 5, pp. 1725-77 (2011) (with Simon Gervais and Terry Odean). (peer-reviewed)

"The Limits of the Limits of Arbitrage," *Review of Finance*, 14(1):157-187 (2010) (with Alon Brav and Si Li), runner-up for the 2010 Deutsche Bank Prize in Financial Economics for Best Paper in the Review of Finance. (peer-reviewed)

"The Economics of Naked Short Selling," *Regulation*, Vol. 31, No. 1, 46-51 (2008) (with Christopher L. Culp).

"Solvency Tests," *Business Lawyer*, Vol. 62, No. 3, 983-1006 (2007). (peer-reviewed)

"Settlement Pressure," *International Review of Law and Economics*, Vol. 25, pp. 264-275 (2005). (peer-reviewed)

"Deepening Insolvency," *The Journal of Corporation Law*, Vol. 30, No. 3, pp. 465-500 (2005).

"The Uses and Abuses of Finite Risk Reinsurance," *Journal of Applied Corporate Finance*, Vol. 17, No. 3, pp. 18-31 (2005) (with Christopher L. Culp).

"The Rational-Behavioral Debate in Financial Economics," *Journal of Economic Methodology*, 11(4) 2004 (Lead Article) (with Alon Brav and Alexander Rosenberg). (peer-reviewed)

"Market Indeterminacy," *The Journal of Corporation Law*, Vol. 28, No. 4, pp. 517-539 (2003) (with Alon Brav, Duke University).

"Managerial Optimism and Corporate Finance," *Financial Management*, Vol. 31, pp. 33-45 (Summer 2002). (peer-reviewed)

"Competing Theories of Financial Anomalies," *The Review of Financial Studies*, Vol. 15, No. 2, pp. 475-506 (2002) (with Alon Brav, Duke University). Winner, Barclays Global Investors (BGI) Michael Brennan Award for the best paper published in The Review of Financial Studies. (peer-reviewed)

"Incomplete Financial Contracts and Non-Contractual Legal Rules: The Case of Debt Capacity and Fraudulent Conveyance Law," *Journal of Financial Intermediation*, Vol. 9, pp. 169-183 (2000). (peer-reviewed)

## OTHER PUBLICATIONS

"GameStop Hype Exposes Securities Litigation Theory's Flaws," *Law360.com*, March 11, 2021.

"Hertz's Aborted Ch. 11 Stock Sale Smacks Of Securities Fraud," *Law360.com*, June 19, 2020.

"PG&E's Bankruptcy Plan Should Not Be Approved," *Law360.com*, January 24, 2020.

"2 Overlooked Advantages Of Hourly Fees," *Law360.com*, January 3, 2020.

"PG&E Bankruptcy Will Test Shareholder Capitalism," *Law360.com*, September 16, 2019.

"How To Identify Insolvent Publicly Traded Companies," *Law360.com*, August 15, 2019.

"Securities Litigation Should Not Be Based on Junk Science," *Law360.com*, July 23, 2019.

"Sex, Drugs, and Rock 'N' Roll: Some Observations of Life on a Trial Team," 64 *South Dakota Law Review* (2019), 175-182 (Lead Article).

"Jury Trials are in Decline for Good Reasons," *Law360.com*, April 18, 2019.

"Judge Shines Needed Light on Expert Qualifications," *Law360.com*, March 26, 2019.

"Hedge Fund Activism Delivers Unimpressive Impact," *Law360.com*, March 6, 2019.

"The Problem With 'Optimal' Diversity," *Law360.com*, February 19, 2019.

"Sanders and Schumer (Mostly) Right on Share Repurchases," *Law360.com*, February 8, 2019.

"Law Schools Should Be More Like Medical Centers," *Law360.com*, January 24, 2019.

"Market Evidence Will Likely Be Key in Sears Bankruptcy," *Law360.com*, October 15, 2018.

"One Pill Makes You Larger: Flaws in Sisk's Westlaw Methodology Illustrated with Leiter's Citations," 2018 *Wisconsin Law Review Forward*, 27-33 (2018).

"Akorn Could Alter 'Material Adverse Effect' Law in Delaware," *Law360.com*, October 4, 2018.

"The Challenges of Valuing Litigation-Driven Equities," *Law360.com*, August 30, 2018 (with Alexander Burger).

"Judges Shouldn't Force Attorneys on Absent Class Members," *Law360.com*, August 3, 2018.

"It's Not All About the Benjamins, Baby (Lawyer)," *Law360.com*, July 13, 2018.

"Analyzing the Economics of Litigation Funding," *Law360.com*, May 29, 2018.

"Alternative Fees: My Experience at Bartlit Beck," *Law360.com*, December 15, 2017.

"Why Stock Prices of Insolvent Firms Can Still Be Positive," *Law360.com*, December 5, 2017.

"The Psychology of Hourly Fee Arrangements," *Law360.com*, August 31, 2017.

"Petrobras Strikes Heavy Blow Against Use of Event Studies," *Law360.com*, July 11, 2017.

"Returns, Risk, and Financial Due Diligence," Chapter 5 in *Finance Ethics: Critical Issues in Theory and Practice*, J. Boatright, ed. (Robert W. Kolb Series) (with Christopher L. Culp).

## TEACHING EXPERIENCE (ADJUNCT/LECTURER)

University of Chicago Booth School of Business, Lecturer, 2000-2001, 2005.
Duke University Fuqua School of Business, Adjunct, 2001-2003 (Winner, Excellence in Teaching Award in the Weekend Executive M.B.A. Program).
Northwestern University Pritzker School of Law, Lecturer, 2008.
University of Chicago Law School, Lecturer, 2008-2010; Business Law Fellow, Fall 2018.
Duke University School of Law, Lecturer, 2016.

## BAR ADMISSIONS

Illinois (Active, admitted in 1999); New York (Active, admitted 2012)

## EXPERT TESTIMONY

CenterPoint Energy Res. Corp. v. Comm'r of Revenue, No. 9252-R and 9358-R (Minn. Tax). Expert for the Commissioner of Revenue of the State of Minnesota on valuation and cost of capital. Deposition March 31, 2021.

CenterPoint Energy Res. Corp. v. Comm'r of Revenue, No. 9125-R (Minn. Tax July 15, 2020). Expert for the Commissioner of Revenue of the State of Minnesota on cost of capital. Deposition and trial testimony. Reported decision at 2020 WL 4045620 and 2020 Minn. Tax LEXIS 36.

Sean Rad v. IAC InteractiveCorp, NY Supreme Court, 0654038/2018.  Sealed affidavit for plaintiffs.

6

**Exhibit B**
**Materials Relied Upon**

<u>**Articles, Books, and Public Documents:**</u>

Alok Kumar, Dynamic Style Preferences of Individual Investors and Stock Returns, 44 J. Fin. Quant. Analysis 607, 610 (2009).

Alon Brav & J.B. Heaton, Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias, 93 Wash. U.L. Rev. 583, 613 (2015).

ASC 350-20-35-1.

ASC 350-30-35-11.

ASC 350-30-35-18

ASC 350-30-35-19.

ASC 740-10-30-18.

ASC 805-20-30-1.

ASC 805-740-25-2

ASC 805-740-25-3.

Asher Curtis, A Fundamental-Analysis-Based Test for Speculative Prices, 87 Acctg. Rev. 121 (2012).

BDO KNOWS: ASC 740, BDO, August 2014.

Eugene F. Fama, Efficient Capital Markets: II, 46 J. Fin. 1575, 1575 (1991)

Hollis Ashbaugh-Skaife, Daniel W. Collins, William R. Kinney Jr., and Ryan LaFond, The Effect of Sox Internal Control Deficiencies on Firm Risk and Cost of Equity, Journal of Accounting Research, Vol. 47 No. 1 (2009).

Jacqueline S. Hammersley, Linda A. Myers, and Catherine Shakespeare, Market Reactions to the Disclosure of Internal Control Weaknesses and to the Characteristics of those Weaknesses under Section 302 of the Sarbanes Oxley Act of 2002, 13 Rev. Acctg. Stud. (2008).

Jarry, Kimberly M., "The Progression of Financial Restatements: Causes and Market Reaction" (2013). *Honors Theses and Capstones. 133.* https://scholars.unh.edu/honors/133.

Jeffrey S. Abarbanell and Brian J. Bushee, Fundamental Analysis, Future Earnings, and Stock Prices, 35 J. Acctg. Res. 1 (1997).

Jeffrey S. Abarbanell and Brian J. Bushee, Abnormal Returns to a Fundamental Analysis Strategy, 73 Acctg. Rev. 19 (1998).

1

John H. Cochrane, Presidential Address: Discount Rates, Journal of Finance, 66(4), 1047-1108 (2011).

Longleaf Partners Fund Commentary, 3Q17, September 30, 2017.

Longleaf Partners Fund Commentary, 4Q17, December 31, 2017.

Longleaf Partners Fund Commentary, 1Q18, April 12, 2018.

Longleaf Partners Fund Commentary, 3Q19, October 8, 2019.

Longleaf Partners Fund Commentary, 4Q19, January 13, 2020.

Longleaf Partners Small-Cap Fund Commentary, 3Q17, September 30, 2017.

Longleaf Partners Small-Cap Fund Commentary, 4Q17, December 31, 2017.

Longleaf Partners Small-Cap Fund Commentary, 1Q18, April 12, 2018.

Longleaf Partners Small-Cap Fund Commentary, 3Q19, October 8, 2019.

Longleaf Partners Small-Cap Fund Commentary, 4Q19, January 13, 2020.

Mattel, Inc., Earnings Conference Call Transcript, Third Quarter 2017, October 26, 2017.

Mattel, Inc., Earnings Conference Call Transcript, Fourth Quarter 2017, February 1, 2018.

Mattel, Inc., Earnings Conference Call Transcript, Third Quarter 2019, October 29, 2019.

Mattel, Inc., Earnings Press Release, Third Quarter 2017, October 26, 2017.

Mattel, Inc., Earnings Press Release, Fourth Quarter 2017, February 1, 2018.

Mattel, Inc., Earnings Slide Presentation, Third Quarter 2017, October 26, 2017.

Mattel, Inc., Earnings Slide Presentation, Fourth Quarter 2017, February 1, 2018.

Mattel, Inc., Form 10-K for the fiscal year ended December 31, 2012.

Mattel, Inc., Form 10-K for the fiscal year ended December 31, 2013.

Mattel, Inc., Form 10-K for the fiscal year ended December 31, 2014.

Mattel, Inc., Form 10-K for the fiscal year ended December 31, 2015.

Mattel, Inc., Form 10-K for the fiscal year ended December 31, 2016.

Mattel, Inc., Form 10-K for the fiscal year ended December 31, 2017.

Mattel, Inc., Form 10-K for the fiscal year ended December 31, 2020.

Mattel, Inc., Form 10-K/A for the fiscal year ended December 31, 2018.

Mattel, Inc., Form 10-Q for the quarterly period ended March 31, 2012.

Mattel, Inc., Form 10-Q for the quarterly period ended September 30, 2017.

Mattel, Inc., Form 10-Q for the quarterly period ended September 30, 2019.

Mattel, Inc., Form 8-K, October 24, 2011.

Mattel, Inc., Form 8-K, August 8, 2019.

2

Mattel, Inc., Form 8-K, October 29, 2019.

Messod Daniel Beneish, Mary Brooke Billings, and Leslie D. Hodder, Internal Control Weaknesses and Information Uncertainty, 83 Acctg. Rev. 665 (2008).

Mollie T. Adams, Kerry K. Inger; Michele D. Meckfessel, Will Intangibles Trip You Up? Strategic Finance, October 30, 2015.

Parveen P. Gupta and Nandkumar Nayar, Information content of control deficiency disclosures under the Sarbanes-Oxley Act: An empirical investigation,   4 Int'l J. Disclosure and Governance 3 (2007).

Tim Koller, Marc Goedhart, and David Wessels, Valuation: Measuring and Managing the Value of Companies 6th Ed. 373 (2015).

Thomson Reuters Street Events, Edited Transcript, MAT – Mattel Inc to Address Accounting Questions Related to the Conclusions of Independent Investigation – Conference Call, November 15, 2019.

Tuomo Vuolteenaho, What Drives Firm-Level Stock Returns? 57 J. Fin. 233, 233 (2002).

Yongtae Kim, Myung Seok Park, Market uncertainty and disclosure of internal control deficiencies under the Sarbanes-Oxley Act, J. Account. Public Policy 28 (2009) 419-445.


**Analyst Reports:**

Arpine Kockaryan and Robin M. Farley, "Mattel, Inc: Thoughts on Bond Termination."  UBS: Global Research, August 9, 2019.

Arpine Kockaryan and Robin M. Farley, "Mattel, Inc: Lowering Price Target: Operating Cash Flow Improvement and Issue." UBS: Global Research, September 4, 2019.

Arpine Kockaryan and Robin M. Farley, "Toy Industry: Channel Checks – Sales Pull-forward with Longer Trade Terms." UBS: Global Research, October 14, 2019.

Arpine Kockaryan and Robin M. Farley, "Mattel, Inc: What Hasbro Results Mean for Mattel." UBS: Global Research, October 25, 2019.

Arpine Kockaryan and Robin M. Farley, "Mattel, Inc: Dissecting POS vs. Shipment." UBS: Global Research, October 29, 2019.

3

Arpine Kockaryan and Robin M. Farley, "Mattel, Inc: Sit-down with Management: Addressing Top Investor Concerns." UBS: Global Research, November 7, 2019.

Audit Analytics, "Accounting Quality Insights - Restatement and Internal Investigation Alert: Mattel Inc. [MAT]." Audit Analytics, October 30, 2019.

Brett Andress and Daniel Charrow, "Mattel, Inc. MAT: 3Q17 Recap, Reiterate SW Rating." KeyBanc Capital Markets, October 27, 2017.

Brett Andress, "Mattel, Inc. MAT: 2Q19 Recap; Reiterate SW Rating." KeyBanc Capital Markets, August 4, 2019.

Brett Andress, "Mattel, Inc. MAT: 3Q19 Recap; Reiterate SW Rating." KeyBanc Capital Markets, November 12, 2019.

Camilla Yanushevsky, "Mattel, Inc. Symbol: MAT: CFRA Maintains Hold Opinion on Shares of Mattel, Inc." CFRA, October 30, 2019.

Carla Casella, "HY Consumer Checkup Earnings check out mostly OK through the crunch." J.P. Morgan: North America Credit Research, August 9, 2019.

Drew E. Crum and David Pang, "Mattel, Inc.: 3Q Results Disappointment, Quarterly Dividend Suspended." Stifel, October 27, 2017.

Drew E. Crum and David Pang, "Mattel, Inc.: Mattel Reports Weak Holiday Sales." Stifel, February 2, 2018.

Drew E. Crum and David Pang, "Toy Snapshot." Stifel, August 5, 2019.

Drew E. Crum and David Pang, "Mattel, Inc.: 3Q Preview; Modest Sales Decline Expected For Mattel." Stifel, October 1, 2019.

Drew E. Crum and David Pang, "Toy Snapshot." Stifel, October 7, 2019.

Drew E. Crum and David Pang, "Mattel, Inc.: Mattel Reports Better-Than-Expected 3Q Results, Resolves Whistleblower Issue." Stifel, October 30, 2019.

Drew E. Crum and David Pang, "Mattel, Inc.: Updating Model + Estimates Following 3Q Earnings, Maintaining Hold Rating." Stifel, November 4, 2019.

Eric Handler, "Mattel, Inc. (MAT, Neutral, $13.00): Big Miss In 3Q; More Cost Cuts Identified But Revenue Growth Remains Biggest Challenge." MKM Partners, October 27, 2017.

Eric Handler, "Mattel, Inc. (MAT, Neutral, $13.00): 4Q Proved Bumpier Than Expected; Big Plans For 2018 But We've Seen This Story Before." MKM Partners, February 2, 2018.

4

Ex. 1

Eric Handler, "Mattel, Inc. (MAT, Neutral, $14.00): 3Q Results Should Be Fine but There Are Other Issues to Consider."  MKM Partners, October 8, 2019.

Eric Handler, "Mattel, Inc. (MAT, Neutral, $14.00): Making Progress Towards Profit Restoration; Whistleblower Resolution Removes Big Overhang." MKM Partners, October 30, 2019.

Felicia R. Hendrix and Edward Wendell, "Mattel, Inc.: We Wait…" Barclays: Equity Research, August 14, 2019.

Felicia R. Hendrix and Edward Wendell, "Mattel, Inc.: Too Soon to Declare Victory." Barclays: Equity Research, October 30, 2019.

Gerrick L. Johnson, Tristan M. Thomas-Martin, and James Rowen, "Mattel: Not Quite the Kitchen Sink, But Close." BMO Capital Markets, October 27, 2017.

Gerrick L. Johnson, Tristan M. Thomas-Martin, and James Rowen, "Recovery on Track With Better 2Q Results." BMO Capital Markets, July 26, 2019.

Gerrick L. Johnson, Tristan M. Thomas-Martin, and James Rowen, "Toys & Leisure: 301 Round 4 Tariff Impact on Toys, Games, and Leisure." BMO Capital Markets, August 6, 2019.

Gerrick L. Johnson, Tristan M. Thomas-Martin, and James Rowen, "Mattel: Notes From the Road With Mattel Management." BMO Capital Markets, September 12, 2019.

Gerrick L. Johnson, Tristan M. Thomas-Martin, and James Rowen, "Toys: Toy Scout Report: First Look at 2019 Holiday Season." BMO Capital Markets, October 14, 2019.

Gerrick L. Johnson, Tristan M. Thomas-Martin, and James Rowen, "Mattel: Mattel 3Q19 Quick Take." BMO Capital Markets, October 29, 2019.

Greg Bagishkanian, "Quick takeaways from Jim Silver of TTPM…" Email, Citi Research, October 9, 2019.

Jaime M. Katz, "Mattel Inc: Mattel's Turnaround Hits a Toys 'R' Us Speedbump; Shares Under Review to Assess Cost Savings Plan." Morningstar Equity Research, October 26, 2017.

Jaime M. Katz, "Mattel Inc: Barbie and Challenger Categories Drive Sales at Mattel, While Excess Savings Increase Profitability." Morningstar Equity Research, August 9, 2019.

5

Jaime M. Katz, "Mattel Inc: Mattel Escapes Tariff Fallout, Generates Sales and Profit Improvement; Shares Undervalued." Morningstar Equity Research, October 29, 2019.

Jefferson Research & Management, "Jefferson Financial Mattel Inc.: Our Evaluation of MAT", Jefferson Research & Management, August 9, 2019.

Jefferson Research & Management, "Jefferson Financial Mattel Inc.: Our Evaluation of MAT", Jefferson Research & Management, November 1, 2019.

Linda Bolton Weiser and Daniel Stauder, "Mattel, Inc.: Even Our Below-Consensus Expectations Were Too High." D/A Davidson: Institutional Equity Research, October 27, 2017.

Linda Bolton Weiser, "Mattel, Inc.: Everything But the Kitchen Sink." D/A Davidson: Institutional Equity Research, February 2, 2018.

Linda Bolton Weiser and Cindy Ding, "Health & Beauty/Leisure: Toy Industry Update: Which Toy Companies Are Best Positioned to Navigate Tariffs?" D/A Davidson: Institutional Equity Research, August 2, 2019.

Linda Bolton Weiser and Cindy Ding, "Mattel, Inc.: Maintain NEUTRAL, But Stock Could Trade Higher in the Near-Term." D/A Davidson: Institutional Equity Research, September 10, 2019.

Linda Bolton Weiser and Cindy Ding, "Health & Beauty/Leisure: Toy Industry Update: Davidson Proprietary Data – Holiday Toy Survey, Part 1." D/A Davidson: Institutional Equity Research, October 1, 2019.

Linda Bolton Weiser and Cindy Ding, "Mattel, Inc.: Lowering 4Q19E EBITDA by 19%; Maintaining $11.50 PT." D/A Davidson: Institutional Equity Research, October 30, 2019.

"Mattel Inc: 3Q 2019 Earnings Reaction Summary." Nasdaq.com and Nasdaq.

Michael A. Swartz, M. and Anna Glaessgen, "Mattel, Inc. (MAT): Holidays end before they start; 3Q miss/Dividend Suspended. Hold." SunTrust Robinson Humphrey, October 26, 2017.

Michael A. Swartz, "Mattel, Inc. (MAT): Santa Nowhere to be Found; Lowering Estimates. Hold." SunTrust Robinson Humphrey, February 1, 2018.

Michael A. Swartz and Lucas Servera, "Mattel, Inc. (MAT): Highlights From El Segundo; Lowering PT to $12/Hold." SunTrust Robinson Humphrey, September 11, 2019.

6

Michael A. Swartz and Lucas Servera, "Mattel, Inc. (MAT): 3Q Defies Tariff Concerns/W'blower saga Resolved. PT to $13." SunTrust Robinson Humphrey, October 29, 2019.

Michael Ng, "Mattel Inc. (MAT): 4Q17 First Take: Revenue and margin miss for the holidays." Goldman Sachs: Equity Research, February 1, 2018.

Michael Ng, "Mattel Inc. (MAT): 4Q17 review: Brand & inventory challenges drive miss." Goldman Sachs: Equity Research, February 2, 2018.

Michael Ng and Garrett Clark, "2Q19 review: Top-line momentum and cost initiatives drive beat." Goldman Sachs: Equity Research, July 26, 2019.

Michael Ng and Garrett Clark, "Americas Toys: Estimating impact of new US tariffs on Chinese imports for HAS/MAT." Goldman Sachs: Equity Research, August 1, 2019.

Michael Ng and Alberto Him, "Mattel Inc. (MAT): GS 28th Annual Communacopia Conference – Key Takeaways." Goldman Sachs: Equity Research, September 18, 2019.

Michael Ng and Alberto Him, "Americas Toys: 3Q19 earnings preview for Hasbro, Mattel, and Funko." Goldman Sachs: Equity Research, October 9, 2019.

Michael Ng and Alberto Him, "Mattel Inc. (MAT): 3Q19 review: Barbie & Wheels drive beat and raise; CFO departs." Goldman Sachs: Equity Research, October 30, 2019.

Michael Ng and Alberto Him, "Mattel Inc. (MAT): CEO and CFO investor meeting takeaways." Goldman Sachs: Equity Research, November 1, 2019.

Raymond L. Stochel and Corey A. Chaff, "Entertainment: NERF Competition, MTG Trends, Mattel Cost Cuts: Data Update Heading Into 3Q19 Results." Consumer Edge Research, October 8, 2019.

Raymond L. Stochel and Corey A. Chaff, "Mattel: Earnings Above Street, Guidance Raised, CFO Change, Whistleblower Addressed: 3Q19 Results." Consumer Edge Research, October 30, 2019.

Stephanie Wissink and Ashley Helgans, "Mattel, Inc.: Rough Q3; Felt Like Reset But Cost Cuts/Reinvestment Ratio Seems Unrealistic." Jefferies: Equity Research Americas, October 27, 2017.

Stephanie Wissink and Ashley Helgans, "Mattel, Inc.: S&P Downgrades Mattel's Debt to Junk; Covenant Waiver Likely Needed for Q4." Jefferies: Equity Research Americas, October 27, 2017.

7

Ex. 1

63

Stephanie Wissink and Ashley Helgans, "Mattel, Inc.: Rough & Tumble; Q4 Miss Sets Recovery Starting Point Much Lower; $12.50PT." Jefferies: Equity Research Americas, February 2, 2018.

Stephanie Wissink and Ashley Helgans, "Mattel, Inc.: Thesis Update: Debt Deal Terminated Due to Whistleblower Letter." Jefferies: Equity Research, August 8, 2019.

Stephanie Wissink, Ashley Helgans, and Sebastian Barbero, "Consumer Products: Readthrough: Potential Implications of HAS Acquisition of eOne on Peers." Jefferies: Equity Research, August 23, 2019.

Stephanie Wissink, Ashley Helgans, and Sebastian Barbero, "Consumer Products: Event Takeaways: Annual LA Toy & Entertainment Fieldtrip." Jefferies: Equity Research, September 18, 2019.

Stephanie Wissink and Ashley Helgans, "Mattel, Inc.: Thesis Update: New Doll Line Launced; Whistleblower and Refi Remain Overhang." Jefferies: Equity Research, September 25, 2019.

Stephanie Wissink, Ashley Helgans, and Sebastian Barbero, "Consumer Products: Q3 Toy Preview: Content Catalysts, Dolls Competition & Tariffs Top of Mind." Jefferies: Equity Research, October 15, 2019.

Stephanie Wissink, Ashley Helgans, and Sebastian Barbero, "Mattel, Inc.: Thesis Update: Increased Headline Risk Around FP; Our –MSD Estimate at Risk." Jefferies: Equity Research, October 18, 2019.

Stephanie Wissink, Ashley Helgans, and Sebastian Barbero, "Mattel, Inc.: Model Update: Whistleblower Resolved; Progress on Sales & Costs But Q4 Giveback." Jefferies: Equity Research, October 30, 2019.

Stephanie Wissink, Ashley Helgans, and Sebastian Barbero, "Mattel, Inc.: Model Update: Debt Refi at 6%; Larger Deal & Prem Rate; Sales Back in Focus." Jefferies: Equity Research, November 18, 2019.

Stephen Biggar and Kristina Ruggeri, "Mattel Inc." Argus, October 31, 2019.

Timothy Conder, Marc Torrente, and Karen Tan, "Leisure List 4 Tariff Exposure Concentrated." Wells Fargo Securities: Equity Research, August 1, 2019.

Timothy Conder, Marc Torrente, and Karen Tan, "MAT: Pulls Bond Deal Amid Revealed Whistleblower Letter." Wells Fargo Securities: Equity Research, August 9, 2019.

8

Timothy Conder, Marc Torrente, and Karen Tan, "MAT: Beat & Raise on Strong Ongoing Progress. Minimal Tariff Impact." Wells Fargo Securities: Equity Research, October 30, 2019.

Watchdog Research, Inc., "Mattel Inc. MAT (NASDAQ Global)." Watchdog Research, Inc., August 13, 2019.

William M. Reuter, Michael P. Walsh, Mary E. Gresla, "Mattel, Inc: MAT still in our (Hot) Wheelhouse; Maintain Overweight." Bank of America Merrill Lynch, October 29, 2019.

Zacks Investment Research, "Mattel, Inc. (MAT)." Zacks Investment Research, October 31, 2019.

**Case Documents:**

*In re Mattel, Inc. Securities Litigation*, Amended Class Action Complaint for Violations of the Federal Securities Laws, Case No. 19-CV-10860-AB (PLAx).

**Data Sources:**

Bloomberg Terminal

**Web Sites:**

https://www.sec.gov/Archives/edgar/data/63276/000162828019013975/0001628280-19-013975-index.htm, accessed on June 28, 2021

https://southeasternasset.com, accessed on June 29, 2021.

https://southeasternasset.com/mutual-fund-commentaries/, accessed on June 29, 2021.

https://www.brunswick.com/our-company/our-history, accessed on July 3. 2021.

https://callawaygolf.gcs-web.com/, accessed on July 3, 2021.

https://hasbro.gcs-web.com/, accessed on July 3, 2021.

https://corporate.mattel.com/en-us/about, accessed on July 3, 2021.

https://www.nautilusinc.com/brands/, accessed on July 3, 2021.

https://www.polaris.com/en-us/about/, accessed on July 3, 2021.

https://www.ruger.com/, accessed on July 3, 2021.

https://vistaoutdoor.com/corporate-overview/, accessed on July 3, 2021.

9

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| 10/02/17 | 15.43 | 15.47 | 14.94 | 15.38 | | |
| 10/03/17 | 15.46 | 15.71 | 15.33 | 15.68 | | |
| 10/04/17 | 15.78 | 15.78 | 15.64 | 15.72 | | |
| 10/05/17 | 15.75 | 15.77 | 15.46 | 15.56 | | |
| 10/06/17 | 15.47 | 15.62 | 15.44 | 15.55 | | |
| 10/09/17 | 15.60 | 15.74 | 15.47 | 15.60 | | |
| 10/10/17 | 15.57 | 15.73 | 15.33 | 15.51 | | |
| 10/11/17 | 15.45 | 15.68 | 15.41 | 15.66 | | |
| 10/12/17 | 15.66 | 15.69 | 15.47 | 15.62 | | |
| 10/13/17 | 15.67 | 15.83 | 15.64 | 15.74 | | |
| 10/16/17 | 15.73 | 15.84 | 15.69 | 15.75 | | |
| 10/17/17 | 15.74 | 15.77 | 15.50 | 15.59 | | |
| 10/18/17 | 15.64 | 15.69 | 15.58 | 15.63 | | |
| 10/19/17 | 15.61 | 15.83 | 15.55 | 15.81 | | |
| 10/20/17 | 15.83 | 16.09 | 15.77 | 15.97 | | |
| 10/23/17 | 15.40 | 15.56 | 15.07 | 15.46 | | |
| 10/24/17 | 15.43 | 15.53 | 15.17 | 15.40 | | |
| 10/25/17 | 15.43 | 15.47 | 15.21 | 15.45 | | |
| 10/26/17 | 15.46 | 15.62 | 15.29 | 15.37 | Mattel, Inc.: News Release | Mattel Reports Third Quarter 2017 Financial Results |

Third Quarter Highlights[1]

· Worldwide net sales down 13% as reported, and down 14% in constant currency; worldwide gross sales down 13% as reported, and down 15% in constant currency.
· Sales performance negatively impacted by Toys "R" Us filing for bankruptcy, tighter retailer inventory management and challenges with certain underperforming brands.
· Company announced a significantly expanded initiative to structurally simplify business and right-size cost structure in alignment with strategy; Company plans to eliminate at least $650 million in net costs over the next two years.
· Suspended quarterly dividend beginning in the fourth quarter of 2017 in order to increase financial flexibility, strengthen balance sheet and facilitate strategic investments.
· Reported loss per share was $1.75, which was negatively impacted by a non-cash charge related to a valuation allowance on U.S. deferred tax assets of $561.9 million, and adjusted earnings per share was $0.09.

Our Q3 performance was clearly disappointing, led by compression in North America driven by Toys "R" Us filing for bankruptcy, tighter retail inventory management and challenges with certain underperforming brands," said Margo Georgiadis, CEO of Mattel. "Despite these challenges, we are making strong progress against our transformation plan, which we believe will deliver step change revenue growth and profitability...

Reported operating income was $85.7 million, and adjusted operating income was $159.7 million. Reported loss per share was $1.75, which was negatively impacted by a non-cash charge related to a valuation allowance on U.S. deferred tax assets of $561.9 million, and adjusted earnings per share was $0.09.

[1] Please refer to Non-GAAP Financial Measures for a glossary of non-GAAP financial measures used herein, including gross sales, adjusted net sales, adjusted gross profit, adjusted gross margin, adjusted other selling and administrative expenses, adjusted operating income (loss), adjusted earnings (loss) per share and constant currency.

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | Morningstar | Mattel's Turnaround Hits a Toys 'R' Us Speedbump; Shares Under Review to Assess Cost Savings Plan |
| | | | | | | While we thought it would take some time for narrow-moat Mattel's turnaround to play out, Toys 'R' Us' bankruptcy filing put the firm on a delayed path to improvement....We are placing shares under review to fully assess the cost savings plan into our outlook, which now calls for $650 million in sustainable saving over the next two years--from $150 million to $200 million, at the cost of $170 million focused on improving omnichannel, emerging markets, IT, and content and gaming--but plan to reduce our former $28.50 fair value by about 10%. |
| | | | | | | On the surface, the restructuring plan sounds well thought, and the team clearly articulated its forward focus on core\ brands, SKU rationalization (paring back underperforming Toy Box brands with low volumes, where SKUs rose 64% from 2015 to 2017) and supply chain... |
| 10/27/17 | 12.90 | 14.05 | 12.71 | 14.00 | BMO Capital Markets | Bottom Line: Mattel reported a big earnings miss and suspended its dividend. TRU bankruptcy was blamed for a lot of the weakness (but not all of it). Weak financials were expected, but the magnitude was not. However, when the dust settles, MAT's sales weakness was isolated to North America, and global POS was up LSD in all regions. The new management team spent much time on its call presenting what we thought was a compelling turnaround plan.<br><br>Key Points<br><br>• MAT reported a 3Q17 EPS of $0.09 ex items (items included a $47 million charge related to TRU receivables), falling well short of our $0.61 estimate and consensus of $0.58.<br><br>• The company's conference call was focused on the new management team's turnaround plan, which involves SKU rationalization, process improvement, and infrastructure investments.<br><br>• Investor focus seems to be on an anticipated $650mm of cost savings over two years, with $170mm of savings reinvested in new investments. We think the most important point is not the actual dollar amounts, but the change in processes that will be implemented to get these savings and the plans for reallocating resources.<br><br>Rating: Outperform (Unchanged), Price Target: $23.00 (Unchanged)<br>(Note: Rating established 01/26/17 or prior and Price Target established 09/05/17) |

Ex. 1
67

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | D/A/Davidson: Institutional Equity Research | Even Our Below-Consensus Expectations Were Too High<br><br>Very weak 3Q17 results, with sales -11% and operating profit -51%. Results were even worse than our below-consensus expectations, with the Toys "R" Us (TRU) bankruptcy accounting for half of the North American sales decline of 22%. MAT eliminated its $0.60/share dividend and announced an aggressive 2-year $650M cost reduction plan, with $170M to be reinvested. We are cutting our 2018E EPS to $0.45 from $0.60 and maintaining our 2019E EPS of $0.80. We are lowering our target P/E to 15x from 16x to reflect higher financial leverage; we estimate year-end debt-to-EBITDA could be 4.9x, higher than MAT's credit facility maximum allowable leverage of 4.5x. MAT is rated UNDERPERFORM, and we are lowering our PT to $12 from $13, based on 15x 2019E EPS of $0.80.<br><br>3Q17 highlights. EPS was $0.09 vs. $0.70; consensus was $0.57 and our estimate was $0.47. The tax rate was abnormally high, impacting EPS by ~$0.22. Operating profit was $160M vs. $324M, below consensus of $261M and our $227M. Adjusted net sales were $1,604M, -11% Y/Y, or -12% in constant currency (CC); consensus was $1,805M. Gross-to-net sales adjustments were -17% Y/Y. International net sales were +1% or -1% in CC. North American net sales were -22%, with ~1/2 of the decline due to the TRU bankruptcy, ~1/4 due to retailer inventory tightening, and ~1/4 due to underperforming Toy Box (licensed) and other certain brands (like Thomas & Friends). Operating cash flow YTD was $(740)M vs. $(331)M.<br><br>Rating: Underperform (Unchanged), Price Targets: 12-18 month: $12.00 (Lowered), 5-year: $18.00<br>(Note: Rating established on 08/03/17, Prior 12-18 month Price Target of $13.00 established on 09/22/17) |
| | | | | | Jefferies: Equity Research | Rough Q3; Felt Like Reset But Cost Cuts/Reinvestment Ratio Seems Unrealistic<br><br>Key Takeaway<br>The Q3 print was rough - sales of $1.56B vs. $1.82B consensus; persistent HSD/LDD declines in core brands; GMs -700bps; EPS $0.09 vs. $0.58 consensus; dividend suspended. A $650M 2-year net cost savings program will fund a $170M 2-year investment plan; goal for sales stability in 2 years. Reflecting on several cost programs to-date, we are handicapping assumptions; less saves/more reinvestment seem likely.<br><br>Lowering Estimates & PT: We are basing the model in FY17 at break-even EPS. We assume partial success in stabilizing sales in FY18 (as the year progresses) and cutting expenses, with EPS of $0.34; FY19 has slightly accel Y/Y progress to EPS of $0.70. We need several quarters of gains (overall) to model full cost to investment benefits. Execution risk remains very high.<br><br>Rating: Hold (Unchanged), Price Target: $12.50 (Lowered)<br>(Note: Rating established 06/08/17, Prior Price Target of $14.00 established 09/21/17) |
| | | | | | Jefferies: Equity Research | S&P Downgrades Mattel's Debt to Junk; Covenant Waiver Likely Needed for Q4<br><br>S&P downgraded MAT's debt two notches to junk following the company's massive Q3 miss. The rating change from BBB- to BB will limit Mattel's access to the commercial paper market; the primary way MAT funds seasonality...<br><br>S&P Downgrades Mattel's Debt to Junk: Following Mattel's Q3 announcement and dividend suspension, S&P downgraded MAT's debt by two notches to junk levels. S&P based the downgrade on the underperformance in the third quarter, significant margin and cash flow deterioration, and continued risk of further operating deterioration.<br><br>Rating: Hold (Unchanged), Price Target: $12.50 (Lowered same day)<br>(Note: Rating established 06/08/17, Prior Price Target of $14.00 established 09/21/17) |

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | KeyBanc: Capital Markets | 3Q17 Results Well Below Expectations. MAT reported adjusted 3Q17 EPS of $0.09, below our $0.62 estimate (consensus $0.57) on sales of $1.604B, below our $1.843B est. (consensus $1.810B). Gross margins of 43.0% came in 297 bps below our 46.0% est. (consensus 45.5%). While MAT does not formally guide, mgmt. expects to see FY17 gross sales decline MSD (implies ~flat 4Q17). Further, MAT suspended future payments of its $0.15 dividend, and expanded its cost initiative to eliminate $650M+ in net costs ($150M-$200M prior) over the next two years.<br><br>Rating: Sector Weight, Price Target: NA<br>(Note: Rating established 08/30/17) |
| | | | | | MKM Partners | Challenges seem never ending as Mattel continues its search for revenue growth. Mattel's 3Q fell significantly below expectations as revenue was negatively impacted by Toys R Us, shrinking North American inventory levels and ongoing declines from Monster High, Ever After High, Thomas the Train and Mega. The company also elected to halt its 4Q dividend payment to help preserve cash. To address these issues, Mattel is expanding upon its turnaround plan outlined at this past summer's investor meeting. A deeper level of cost cuts have been outlined with net savings of $650mn identified over a two year period. The most significant issue though remains consistent revenue growth. Management believes it is on the right path with Barbie, Hot Wheels and Fisher Price but the biggest problem areas remain concerns, in our view. With a reduced outlook for 2017 and 2018 we are lowering our FV estimate to $13 from $17 based on 14x our 2018E EPS.<br><br>3Q17 results proved ugly. Revenue and adjusted EPS of $1.56bn (-13%) and $0.09 (-88%), respectively, finished far short of our consensus estimates of $1.82bn/$1.81bn and $0.57/$0.57. The biggest issues were seen in North America, where revenue fell 22%, whereas International contributions were flat. The domestic decline was attributable 50% to the Toys R Us bankruptcy, 25% to tighter inventory controls and 25% to the ongoing problem brands. Gross margin was down 430bps to 44.2% versus our 44.5% forecast (consensus was higher at 45.4%) due to an unfavorable products mix, freight and distribution headwinds, lower licensing income and higher royalty expenses. Adjusted operating margin of 10.2% fell sharply from 18.0% last year and finished well short of consensus of 14.4% (we were at 15.1%).<br><br>Rating: Neutral (Unchaged), Fair Value Estimate: $13.00 (Lowered)<br>(Note: Rating established 01/26/17, Prior Fair Value or $17.00 established 10/24/17) |
| | | | | | Stifel | On Thursday evening, Mattel reported its seasonally important 3Q which came in materially below expectations, with adj. EPS of $0.09 vs. our estimate of $0.58 and consensus at $0.61, while revenue fell -13% to $1.561 billion (vs. Stifel est. $1.803 billion), and gross margin plummeted -700 bps to 41.5%. Results reflected a host of factors impacting the company's North American biz, including the Toys 'R' Us (TRU) bankruptcy, "tighter" retail inventory management, and weakness across select brands.<br><br>3Q adj. EPS of $0.09 (vs. $0.70) came in materially below our estimate ($0.58) and consensus ($0.61).<br><br>The company announced plans to reduce net costs by "at least" $650 million over the next 2 years or an incremental $450 million-$500 million vs. previous guidance (approx. $170 million of this will be re-invested back into the biz), through structural simplification initiatives (i.e., SKU rationalization).<br><br>Rating: Hold (Unchaged), Price Target: $17.00 (Unchanged)<br>(Note: Rating established 04/05/16, Price Target established 10/16/17) |

Ex. 1
69

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | SunTrust Robinson Humphrey | We are lowering our estimates and PT to $14 (6x 2018E EBITDA) following a considerable 3Q sales/EPS miss. While partially a function of the TRU bankruptcy, MAT's complex cost structure and stale product portfolio have become painfully obvious. MAT will embark on much broader cost reduction ($650mm in NET savings by 2020) and investment programs, but has elected to suspend its dividend to give it greater financial bandwidth. With virtually no near-term earnings visibility we cannot recommend the name to investors. The Quarter - Mattel reported disappointing 3Q results including adj. EPS of $0.09 on sales of $1.56B; well below both our ($0.59/$1.83B) and Street estimates ($0.57/$1.81B), respectively. Rating: Hold (Unchanged), Price Target: $14.00 (Lowered) (Note: Rating established 01/30/15 or prior, Prior Price Target of $17.00 established 10/09/17) |
| 10/30/17 | 13.87 | 15.68 | 13.74 | 15.58 | | |
| 10/31/17 | 15.51 | 15.54 | 14.02 | 14.12 | | |
| 11/01/17 | 14.18 | 14.34 | 13.54 | 13.55 | | |
| 11/02/17 | 13.60 | 13.60 | 12.99 | 13.04 | | |
| 11/03/17 | 13.17 | 13.29 | 12.95 | 13.12 | | |
| 11/06/17 | 13.21 | 13.81 | 13.02 | 13.06 | | |
| 11/07/17 | 13.01 | 13.18 | 12.94 | 13.06 | | |
| 11/08/17 | 13.06 | 13.42 | 12.93 | 13.30 | | |
| 11/09/17 | 13.24 | 14.34 | 13.24 | 13.93 | | |
| 11/10/17 | 13.91 | 14.69 | 13.63 | 14.62 | | |
| 11/13/17 | 17.90 | 18.04 | 17.27 | 17.64 | | |
| 11/14/17 | 17.56 | 18.82 | 17.51 | 18.54 | | |
| 11/15/17 | 18.40 | 18.86 | 17.77 | 18.32 | | |
| 11/16/17 | 18.02 | 18.54 | 18.00 | 18.22 | | |
| 11/17/17 | 18.18 | 18.81 | 18.11 | 18.68 | | |
| 11/20/17 | 18.56 | 19.21 | 18.43 | 18.73 | | |
| 11/21/17 | 18.74 | 18.75 | 18.20 | 18.53 | | |
| 11/22/17 | 18.50 | 19.00 | 18.48 | 18.81 | | |
| 11/24/17 | 18.98 | 18.98 | 18.43 | 18.51 | | |
| 11/27/17 | 18.50 | 18.63 | 18.12 | 18.23 | | |
| 11/28/17 | 18.25 | 18.40 | 17.99 | 18.24 | | |
| 11/29/17 | 18.20 | 18.40 | 18.06 | 18.24 | | |
| 11/30/17 | 18.22 | 18.40 | 18.03 | 18.25 | | |
| 12/01/17 | 18.29 | 18.42 | 17.23 | 17.26 | | |
| 12/04/17 | 17.43 | 17.49 | 16.81 | 16.85 | | |
| 12/05/17 | 16.79 | 16.81 | 15.64 | 15.95 | | |
| 12/06/17 | 15.87 | 15.90 | 15.13 | 15.16 | | |
| 12/07/17 | 15.18 | 15.49 | 15.08 | 15.39 | | |
| 12/08/17 | 15.45 | 15.48 | 14.85 | 15.04 | | |
| 12/11/17 | 14.93 | 15.64 | 14.88 | 15.37 | | |
| 12/12/17 | 15.02 | 15.06 | 14.59 | 14.62 | | |
| 12/13/17 | 14.63 | 15.62 | 14.56 | 15.59 | | |
| 12/14/17 | 15.61 | 16.45 | 15.61 | 16.24 | | |
| 12/15/17 | 16.18 | 16.74 | 15.33 | 15.48 | | |
| 12/18/17 | 15.48 | 15.68 | 14.76 | 14.84 | | |

Ex. 1 70

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| 12/19/17 | 14.90 | 15.16 | 14.54 | 15.10 | | |
| 12/20/17 | 15.11 | 15.35 | 14.98 | 15.12 | | |
| 12/21/17 | 15.05 | 15.90 | 15.04 | 15.71 | | |
| 12/22/17 | 15.66 | 15.86 | 15.49 | 15.84 | | |
| 12/26/17 | 15.84 | 16.03 | 15.61 | 15.72 | | |
| 12/27/17 | 15.71 | 16.02 | 15.55 | 15.62 | | |
| 12/28/17 | 15.61 | 15.81 | 15.25 | 15.34 | | |
| 12/29/17 | 15.31 | 15.59 | 15.31 | 15.38 | | |
| 01/02/18 | 15.42 | 16.26 | 15.42 | 16.02 | | |
| 01/03/18 | 16.00 | 16.26 | 15.89 | 16.14 | | |
| 01/04/18 | 16.13 | 16.18 | 15.87 | 15.91 | | |
| 01/05/18 | 15.97 | 16.30 | 15.75 | 16.26 | | |
| 01/08/18 | 16.25 | 16.59 | 15.76 | 15.81 | | |
| 01/09/18 | 15.86 | 16.16 | 15.70 | 15.82 | | |
| 01/10/18 | 15.72 | 15.86 | 15.44 | 15.68 | | |
| 01/11/18 | 15.59 | 15.61 | 15.09 | 15.48 | | |
| 01/12/18 | 15.50 | 15.55 | 15.07 | 15.29 | | |
| 01/16/18 | 15.32 | 15.39 | 15.01 | 15.12 | | |
| 01/17/18 | 15.15 | 15.53 | 15.06 | 15.16 | | |
| 01/18/18 | 15.13 | 15.57 | 14.79 | 15.23 | | |
| 01/19/18 | 15.21 | 16.26 | 15.04 | 16.14 | | |
| 01/22/18 | 16.08 | 16.21 | 15.82 | 16.09 | | |
| 01/23/18 | 16.09 | 18.88 | 15.72 | 17.76 | | |
| 01/24/18 | 17.59 | 17.96 | 16.96 | 17.27 | | |
| 01/25/18 | 17.19 | 17.45 | 16.46 | 16.64 | | |
| 01/26/18 | 16.70 | 16.93 | 16.35 | 16.57 | | |
| 01/29/18 | 16.38 | 16.42 | 15.96 | 16.12 | | |
| 01/30/18 | 16.03 | 16.34 | 15.77 | 15.99 | | |
| 01/31/18 | 16.06 | 16.08 | 15.73 | 15.84 | | |

Ex. 1
71

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 02/01/18 | 15.74 | 15.90 | 15.07 | 15.32 | Mattel, Inc. | MATTEL REPORTS FULL YEAR AND FOURTH QUARTER 2017 FINANCIAL RESULTS[1]<br><br>• Strongest brand growth in Q4 from Barbie® (up 9% in Q4 as reported and up 6% in constant currency), and the launch of Disney's Cars 3.<br>• Barbie delivered third year in a row of mid- to high-single digit POS growth globally.<br>• Full year net sales down 11% as reported and in constant currency. In line with revised guidance provided in December 2017, full year gross sales down 9% as reported and down 10% in constant currency.<br>• Lower sales in the North American Region (full year net sales and gross sales down 17% as reported and in constant currency), partially offset by the International Region sales performance (full year net sales flat as reported and down 1% in constant currency; gross sales up 2% as reported and flat in constant currency).<br>• Company progressing well against transformation plan, targeting to achieve a greater proportion of $650 million net cost elimination initiative in 2018, and announcing partnerships to accelerate key adjacencies to unlock IP value in gaming and content.<br><br>For the year, net sales were down 11% as reported and in constant currency, versus the prior year. Gross sales were down 9% as reported, and down 10% in constant currency. Reported operating loss was $342.8 million, and adjusted operating loss was $167.1 million. Reported loss per share was $3.07, which was negatively impacted by a net non-cash charge of $457 million related to a valuation allowance on U.S. deferred tax assets and U.S. tax reform, and adjusted loss per share was $1.08.<br><br>For the fourth quarter of 2017, net sales were down 12% as reported, and down 14% in constant currency, versus the prior year's fourth quarter. Gross sales were down 8% as reported, and down 10% in constant currency. Reported operating loss was $252.8 million, and adjusted operating loss was $164.8 million. Reported loss per share was $0.82 and adjusted loss per share was $0.72. |
| | | | | | Goldman Sachs: Equity Research | Mattel Inc. (MAT): 4Q17 First Take: Revenue and margin miss for the holidays<br><br>MAT's 4Q17 EPS of -$0.72 missed GS/consensus (StreetAccount) of $0.14/$0.16 reflecting a revenue and gross profit miss, as well as higher-than-expected SG&A, interest expense, and taxes. Although gross revenue of $1.92 bn only modestly missed consensus of $1.94 bn, net sales of $1.61 bn missed consensus of $1.69 bn by 5% due to higher-than-expected promotional allowances.<br><br>Rating: Neutral (Unchanged), Price Target: $13.00 (Unchanged)<br>(Note: Rating established 02/13/17, Price Target establishment date unclear) |
| 02/02/18 | 14.44 | 16.95 | 14.32 | 16.53 | D/A/Davidson: Institutional Equity Research | An ugly quarter, as expected. MAT reported 4Q17 EPS of $(0.72) vs. $0.52, far below consensus of $0.16 and our $0.24...<br><br>Estimates. We are lowering our 2018E EPS to $0.34 from $0.45 mainly due to higher interest expense. We are raising our profit margin estimates, with 2018E/2019E operating profit increased to $314M/$515M from $287M/$441M.<br><br>A few encouraging items. Management now expects to achieve 40% of the $650M of cost savings planned over two years vs. 1/3 previously. They will unveil more specific plans on Feb. 16th, including giving guidance on some items...<br><br>Rating: Neutral, Price Targets: 12-18 month: $12.00 (Unchanged), 5-year: $18.00<br>(Note: Rating established on 11/03/17, 12-18 month Price Target established 10/27/17) |

Ex. 1
72

Case 2:19-cv-10860-MCS-PLA   Document 93-2   Filed 07/12/21   Page 71 of 106   Page ID #:2032

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

Case 2:19-cv-10860-MCS-PLA   Document 93-2   Filed 07/12/21   Page 72 of 106   Page ID #:2033

Ex. 1 73

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | Goldman Sachs: Equity Research | MAT's 4Q17 EPS of -$0.72 missed GS/consensus (StreetAccount) of $0.14/$0.16, reflecting a revenue and gross profit miss, as well as higher-than-expected SG&A, interest expense, and taxes. MAT's 4Q17 EBIT of -$165 mn missed GS/consensus (StreetAccount) of $86/$110 mn driven by a revenue miss and worse-than-expected margins. |
| | | | | | | Cost savings plan pacing better than expected. We were encouraged that MAT's cost savings plan is going better than expected, with 40% of the $650 mn of cost savings expected to be realized in 2018 (v. 1/3 prior). These savings are being largely driven by the consolidation of manufacturing plants, delayering the organization, SKU rationalization, zero-based budgeting, and vendor optimization. That said, Mattel will realize $160 mn of additional implementation costs (in addition to the $170 mn investments of which 80% is opex and 20% is capex) over the next 2 years to realize those cost savings. Mattel is cutting its capex by 1/3 (about $100 mn) in 2018. |
| | | | | | | Rating: Neutral (Unchaged), Price Target: $14.00 (Increased)<br>(Note: Rating established 02/13/17, Prior Price Target of $13.00, but date established is not clear) |
| | | | | | Jefferies: Equity Research | Rough & Tumble; Q4 Miss Sets Recovery Starting Point Much Lower; $12.50 PT |
| | | | | | | Key Takeaway<br>We are revising our model lower following the Q4 report, which proved to be far worse than even our Street low estimates. Sales, spreads, product margins, spend levels, and costs of capital were all negatively outside of est. ranges. The stock is due for a rerating; it's unclear if this event will be the cause. It's still difficult for us to see a clear pathway to sales recovery - ultimately what lends to confidence in EBITDA trajectory (and debt service). |
| | | | | | | Q4 Challenged By Soft Takeaway: Q4 sales of $1.61B were $80M below expectations and alongside a dramatic 17% product margin hit and fixed cost deleverage, the LPS of ($0.72) compared to consensus EPS at $0.16. Skepticism surrounding the turnaround remains. The co. aggressively worked down channel inventory (-20%) but takeaway lagged, lending to buyer caution in growing order flow. Balance sheet inventories were -LSD; sales were -12%; and EBITDA fell materially short, even ex-items. |
| | | | | | | Rating: Hold (Unchanged), Price Target: $12.50 (Lowered)<br>(Note: Rating established 06/08/17, Prior Price Target of $14.00 established 12/11/17) |
| | | | | | MKM Partners | 4Q17 was ugly but management believes it served a purpose for improved results in 2018; Now it's time to execute. Mattel finished off another disappointing year with its weakest 4Q revenue and EPS performance in at least the last 10-years (our model only goes back to 2007). Both revenue and EPS came in below our previously lowered numbers and we are cutting our 2018 EPS to a loss of $0.08 from our prior view of $0.20. That said, management laid out what appears to be a reasonable strategy for 2018 and beyond, noting 4Q writedowns/asset impairments/inventory liquidations/restructuring charges position Mattel well for improved y/y profitability. Having been head faked several times over the last 5-years, we need to see clear evidence of a turnaround, most particularly with revenue, in order to take a more constructive view. Our fair value estimate remains $13, based on P/E multiples for 2018E/2019E of 26x/13x. |
| | | | | | | 4Q17 turns in a big EPS miss. An EPS loss of $0.72 (vs EPS of $0.52 last year) came in well below our/ consensus projections for positive EPS of $0.13/$0.17 as a result of lower than expected revenue, substantial gross margin compression and higher operating expenses. |
| | | | | | | Rating: Neutral (Unchanged), Fair Value Estimate: $13.00 (Unchanged)<br>(Note: Rating established 01/26/17, Fair Value established 10/27/17) |

**Exhibit C**

**Selected Analyst Reports: Third and Fourth Quarter 2017**

Ex. 1
74

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | Stifel | Thursday evening, Mattel reported its seasonally important 4Q which came in below our recently reduced assumptions, with an adj. loss per share of $0.72 (vs. Stifel est. $0.08). The negative variance was largely due to a top line shortfall, with a host of factors impacting the company's North American biz. There were some positives with this update including growth for Barbie, better retail inventory for key "power brands" entering '18, and efforts to accelerate cost cutting initiatives. 4Q may have been the fundamental bottom for Mattel, but the degree by which the business has fallen over the last few years is discouraging, and we'd expect shares to reflect this in Friday trading.<br><br>4Q adj. loss per share was $0.72 vs. $0.52 last year and our recently reduced estimate of $0.08 ~ the negative variance was based on a top line shortfall, and also included charges related to tax reform ($0.30) which we did NOT account for.<br><br>Opinion/rating: management suggested progress concerning its turnaround efforts, and we'd expect to gain a better understanding of this and plans for '18 (and beyond) at the company's event at Toy Fair in 2 weeks. 4Q may have been the fundamental bottom for Mattel, but the degree by which the business has fallen over the last few years is discouraging, leaving us with very limited confidence in our assumptions, at least over the near-term, and thus we remain Hold rated on the shares.<br><br>Rating: Hold (Unchaged), Price Target: $16.00 (Unchanged)<br>(Note: Rating established 04/05/16, Price Target established 01/29/18) |
| | | | | | SunTrust Robinson Humphrey | A tough 4Q was exacerbated by MAT's decision to aggressively manage inventory (which we applaud). That said, this is yet another reminder of the volatility that could persist as MAT executes against an ambitious turnaround plan. With limited visibility/retail challenges, we prefer to wait on the sidelines. We are lowering our 2018/2019E EPS and maintain our Hold rating/$14 PT (14x 2018E EBITDA).<br><br>The Quarter – Mattel reported disappointing 4Q results including adj. EPS of $(0.72) on sales of $1.61B; below both STRH ($0.23/$1.78B) and Street estimates ($0.16/$1.69B), respectively. These results are all the more surprising as MAT had provided preliminary 4Q/2017 estimates in conjunction with its debt refinancing in mid-December.<br><br>Rating: Hold (Unchanged), Price Target: $14.00 (Unchanged)<br>(Note: Rating established 01/30/15 or prior, Price Target established 10/26/17) |
| 02/05/18 | 16.40 | 17.19 | 16.20 | 16.23 | | |
| 02/06/18 | 15.97 | 17.04 | 15.72 | 16.85 | | |
| 02/07/18 | 16.67 | 17.55 | 16.62 | 17.00 | | |
| 02/08/18 | 16.97 | 17.05 | 15.83 | 16.00 | | |
| 02/09/18 | 16.04 | 17.42 | 15.95 | 17.27 | | |
| 02/12/18 | 17.12 | 18.02 | 16.93 | 17.36 | | |
| 02/13/18 | 17.24 | 17.51 | 16.30 | 16.36 | | |
| 02/14/18 | 16.26 | 16.58 | 15.98 | 16.51 | | |
| 02/15/18 | 16.54 | 17.15 | 16.29 | 16.96 | | |
| 02/16/18 | 16.88 | 17.09 | 15.95 | 16.55 | | |
| 02/20/18 | 16.48 | 16.78 | 16.24 | 16.47 | | |
| 02/21/18 | 16.44 | 17.24 | 16.43 | 17.02 | | |
| 02/22/18 | 17.05 | 17.33 | 16.60 | 16.64 | | |
| 02/23/18 | 16.77 | 17.14 | 16.45 | 16.64 | | |
| 02/26/18 | 16.20 | 16.40 | 15.21 | 16.08 | | |
| 02/27/18 | 16.06 | 16.28 | 15.65 | 15.97 | | |
| 02/28/18 | 16.02 | 16.17 | 15.84 | 15.90 | | |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 07/01/19 | 11.30 | 11.49 | 11.02 | 11.41 | | |
| 07/02/19 | 11.43 | 11.45 | 11.24 | 11.30 | | |
| 07/03/19 | 11.31 | 11.55 | 11.27 | 11.52 | | |
| 07/05/19 | 11.44 | 11.74 | 11.41 | 11.63 | | |
| 07/08/19 | 11.54 | 11.93 | 11.54 | 11.80 | | |
| 07/09/19 | 11.69 | 11.98 | 11.65 | 11.88 | | |
| 07/10/19 | 11.87 | 11.94 | 11.54 | 11.60 | | |
| 07/11/19 | 11.60 | 11.67 | 11.36 | 11.55 | | |
| 07/12/19 | 11.61 | 12.11 | 11.47 | 11.96 | | |
| 07/15/19 | 11.70 | 12.08 | 11.70 | 12.00 | | |
| 07/16/19 | 12.03 | 12.24 | 11.99 | 12.07 | | |
| 07/17/19 | 12.00 | 12.16 | 11.79 | 11.79 | | |
| 07/18/19 | 11.77 | 11.99 | 11.64 | 11.93 | | |
| 07/19/19 | 12.00 | 12.25 | 11.93 | 11.99 | | |
| 07/22/19 | 12.00 | 12.07 | 11.70 | 11.72 | | |
| 07/23/19 | 11.81 | 12.38 | 11.69 | 12.26 | | |
| 07/24/19 | 12.21 | 12.64 | 12.19 | 12.49 | | |
| 07/25/19 | 12.54 | 12.93 | 12.46 | 12.51 | | |
| 07/26/19 | 13.39 | 14.27 | 13.01 | 14.17 | | |
| 07/29/19 | 14.31 | 14.54 | 14.04 | 14.51 | | |
| 07/30/19 | 14.37 | 14.54 | 14.24 | 14.47 | | |
| 07/31/19 | 14.50 | 14.75 | 14.37 | 14.60 | | |
| 08/01/19 | 14.71 | 14.77 | 13.54 | 13.59 | Goldman Sachs: Equity Research | On August 1, the United States announced it would impose a 10% tarriff on an additional $300 billion worth of Chinese imports starting on September 1... |

Our analysis implies a 10% tariff on toy imports from China, if implemented, would reduce EBIT margins for HAS/MAT by 130/170 bps in 2020 assuming no mitigating factors...

Although the above analysis assumes that the cost of tariffs will be completely borne by Hasbro and Mattel, we believe that those costs would likely be shared throughout the entire supply chain...

Mattel
We are Neutral rated with a 12-month price target of $13 reflecting 16X our normalized earnings per share estimate (~$0.80).

Key risks include greater/less toy demand, disruptive innovation, global trade disruptions, high customer concentration, product recalls, toy license loss.

Rating: Neutral (Unchanged), Price Target: $13.00 (Unchanged)
(Note: Rating established 02/13/17, Price Target established 07/26/19)

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

Ex. 1
76

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | Wells Fargo Securities: Equity Research | Toys Most List 4 Exposed<br><br>We have examined our Leisure coverage in light of the Aug 1st announcement by the Trump Administration of 10% tariffs on $300B of Chinese imports (Section 301 List 4) effective Sept 1st. We note that List 4 largely consists of goods directly sold to consumers vs. Lists 1-3 that are largely tariffs on wholesale components. Based on our analysis of U.S. sales exposure China sourcing and assumptions, we have calculated exposure for each of our covered Leisure companies under both a 10% and 25% List 4 tariff rate scenarios. The largest exposure is in the Toy sector – Hasbro (HAS) and Mattel (MAT) followed by camping retail - Camping World Holdings (CWH) and Golf – Acushnet (GOLF). |
| 08/02/19 | 13.53 | 13.67 | 12.69 | 13.14 | D/A/Davidson: Institutional Equity Research | Which Toy Companies Are Best Positioned to Navigate Tariffs?<br><br>On August 1st, the White House announced a 10% traiff on $300B of Chinese goods, effective September 1st. To date, toys have not been subjected to Trump's tariffs, so this represents a new blow to the industry…All the companies have plans in place to mitigate financial impacts, and we are maintaining our BUY ratings on HAS, TOY, and Funko (FNKO) and our NEUTRAL rating on MAT, based on the underlying fundamentals.<br><br>Rating: Neutral (Unchanged), Price Target: $13.00 (Unchanged)<br>(Note: Rating established 07/27/18, Price Target established 07/26/19) |
| 08/04/19 | | | | | KeyBanc: Capital Markets | MAT's 2Q19 results on July 25 came in above expectations on both the top and bottom lines, driven largely by Barbie, Toy Story, and continued cost savings. The FY19 guide was reiterated (expected), but it is now an outlook that feels more realistic than conservative given last week's List 4 tariff news, which we estimate could create a ~$30M 2H19 profit hurdle that now needs swift mitigating. All in, despite the strong start of the year, this new tariff uncertainty on top of MAT's fragile (but thus far successful) turnaround keep us SW rated. Rating: Sector Weight, Price Target: NA, Price: $13.14, Bull Case: $20 (+52%), Bear Case: $8 (-39%)<br><br>Rating: Sector Weight, Price Target: NA<br>(Note: Rating established 08/30/17) |
| 08/05/19 | 12.52 | 12.74 | 12.33 | 12.63 | Stifel | Toy Snapshot<br><br>Valuation - Toy stocks currently trade at 17.6x (+6% premium to the S&P 500) and 1.87x forward consensus EPS and revenue estimates, respectively…Debt issuance - Mattel is offering $250 million in senior notes due 2027 at 6% and plans to use the proceeds to redeem all of its 4.35% senior notes. |
| 08/06/19 | 12.69 | 12.93 | 12.40 | 12.89 | BMO Capital Markets | Bottom Line: Last Thursday President Trump tweeted that a 10% tariff on the remaining $300 billion of goods imported from China (i.e., List 4) would go into effect on September 1. Toys are included in the consumer goods on list 4, and the toy companies we cover could see a meaningful impact with ~two-thirds of sourcing from China and ~55% of sales to the U.S.<br><br>Based on our analysis, it appears that the stock market has overreacted to the potential tariff impact on the companies we cover<br><br>Mattel (MAT, Outperform $20 Target)…With MAT stock declining over -13% since the tariffs were announced, it seems the move could be a bit of an overreaction.<br><br>Rating: Outperform (Unchanged), Price Target: $20.00 (Unchanged)<br>(Note: Rating established 01/26/17 or prior, Price Target established 02/26/19) |
| 08/07/19 | 12.58 | 13.28 | 12.58 | 13.12 | | |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| 08/08/19 | 12.99 | 13.46 | 12.97 | 13.43 | Jefferies: Equity Research | Thesis Update: Debt Deal Terminated Due to Whistleblower Letter. Key Takeaway: Shares traded down sharply in the after market following a filing indicating MAT's $250M debt private placement has been terminated in response to an anonymous whistleblower letter. The filing provided little detail, so we are left to believe that the significance of the claims & relation to the company's financials were material enough to prevent vs. simply delay a deal...Based on the limited disclosure in today's filing, on August 6, Mattel was made aware of an anonymous whistleblower letter. Two days later, after an initial assessment, the deal was terminated. The filing noted that ending the deal would provide MAT with an opportunity to investigate the claims in the letter...Could Be Anything, But Would Need To Be Meaningful & Material To Stop A Deal: Given limited experience with whistleblower events, we sought insight from a panel of legal experts. The scope of whistleblower claims can vary widely from financial disclosures/representation to breaches of HR policy, general operating integrity, contract matters, product safety, etc. We can only espouse from the timing of the filing that a legal test was conducted and determination made that the matters contained in the letter were meaningful enough to affect an investor's ability to assess merit & risk...Expect Stock Volatility.<br><br>Rating: Hold (Unchanged), Price Target: $12.00 (Unchanged)<br>(Note: Rating established 04/11/18, Price Target established 04/03/19) |
| 08/09/19 | 11.91 | 12.14 | 11.23 | 11.31 | J.P. Morgan: North America Credit Research | We are downgrading Mattel (MAT) and its 6.75% 2025 guaranteed notes to Neutral from Overweight after the company cancelled the 2027 6% bond issue. Mattel posted an 8K on Thursday night disclosing an anonymous whistleblower letter (no further detail on the content). Due to the letter, it terminated the bond offering (which was set to close Thursday). The proceeds from the $250mn bond offering were slated to be used to pay down MAT $250mn 4.35% notes due 2020. While we believe MAT has ample cash and liquidity to pay down those 2020 notes (and it says it will return to the market to refinance them at a later date, but before maturity), the uncertainty behind the content of the whistleblower letter moves us to the sideline. The upside risk to our rating is that more detail could come out next week that is immaterial to the company's cash flow or financial outlook. The downside risk is that the letter could disclose a more serious issue that makes refinancing the 2020 bonds more difficult.<br><br>Rating: Neutral (Lowered), Price Target: N/A<br>(Note: Prior Rating: Overweight established 06/04/19, Rating change applied to both common stock and 6.75% 2025 guaranteed notes) |
| | | | | | UBS: Global Research | Thoughts on Bond Termination. What Happened?: Mattel has terminated its $250M, 6.00% senior note offering due 2027, scheduled to close August 8th, as the company was made aware of an anonymous whistleblower letter. Details of the letter have not been released.<br><br>We caught up with management: We caught up with management following the disclosure and they are conveying that - because management did not have sufficient time to investigate with a day and a half remaining before deal close, a decision was made to terminate the bond deal. More importantly, the company's message is that terminating the deal may not necessarily be indicative of the materiality of the potential issue. We however believe for Mattel management and the company's bankers to make a decision to pull out of the bond market, the issue at hand must have been important. Depending on the outcome, should Mattel decide to proceed with a similar sized bond offering, we believe it could be more costly for them to get the deal done when they come back to market (assuming no change in Fed rate).<br><br>Recall Issue: At this point, it is unclear as to whether the letter is regarding the Fisher-Price recent recall being worse than expected or another issue perhaps similar in nature. We note that with the stock down roughly -11% intraday, or roughly -$1.50, that it would imply an EPS loss of $0.08-$0.09 based on 18-19x EPS. While we do not know the subject matter concerning the disclosure, we have published a scenario for Fisher-Price recall of $0.10-0.15 here vs. MAT's earlier disclosure of $0.08-0.09 impact YTD through June.<br><br>Rating: Neutral (Unchanged), Price Target: $13.00 (Unchanged)<br>(Note: Rating established 06/18/18, Price Target established 05/07/19.) |

Case 2:19-cv-10860-MCS-PLA    Document 93-2    Filed 07/12/21    Page 77 of 106    Page ID #:2038

Ex. 1
78

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | Wells Fargo Securites: Equity Research | Flash Comment…MAT: Pulls Bond Deal Amid Revealed Whistleblower Letter…Post-close August 8th MAT announced the termination of its $250MM bond deal scheduled to close the same day, taking a cautionary approach with investigation into a whistleblower letter received on August 6th. Obviously without futher detail, there is wide range of speculation as to what the claim entails. We believe management will provide additional color as soon as possible. MAT intends to come back to market with the deal subsequent to the conclusion of the planned expedient investigation. |
| | | | | | | The bond deal, originally announced August 1st, was for $250MM aggregate principal amount of 6.00% Senior Notes due 2027.  The proceeds of the deal were to be used to refinance all of its 4.35% Senior Notes due October 2020. The company still intends to refinance the 2020 Notes prior to maturity. |
| | | | | | | Rating Basis Information: MAT Thesis: Correcting the process of executing the monetization of Mattel's portfolio of diversified owned brands and key licensed brands should drive a turnaround in sales and profitability. Key is more focus on core brands and new product introductions with more favorable ROIC profiles which should drive earnings recovery over the next 2-3 years. |
| | | | | | | MAT: Price target risks: (1) weaker than expected consumer toy spending, (2) Unsuccessful turnaround execution, (3) loss of key license relationships, (4) loss of a major customer, (5) significant decline in Barbie, Fisher-Price or Hot Wheels, (6) significant input cost inflation, and (7) significant strengthening of the US$. |
| | | | | | | Rating: Outperform, Price Target: $17 <br>(Note: Rating established 08/02/16 or prior, Price Target established 07/31/19) |
| 08/12/19 | 11.25 | 11.27 | 10.84 | 11.00 | | |
| 08/13/19 | 10.89 | 12.45 | 10.81 | 11.51 | | |
| 08/14/19 | 11.23 | 11.37 | 10.94 | 11.07 | Barclays: Equity Research | We Wait…We are updating our model following 2Q19 earnings on 7/25. Since then, the company filed an 8K on 8/8 terminating a bond deal due to an anonymous whistleblower letter. Once we have more details, we will comment further. |
| | | | | | | As a point of background, MAT reported better than expected 2Q19 earnings driven by higher revenues and better cost savings. In addition, the company increased its Structural Simplification cost savings goal by $200mn, bringing the overall savings target to $845mn. MAT shares appreciated 13% the next day (S&P500 1%), reflecting the market's renewed optimism in the company's turn-around. Further, the bond offering, announced on 8/1 ($250mn Senior Notes due 2027), would strengthen the balance sheet as the new debt would replace $250mn of 4.35% Senior Notes due 10/1/20...However, the 8/8 8K now adds a further level of uncertainty to a story that is already highly scrutinized. |
| | | | | | | On 8/8, MAT pulled its bond deal (the same day the deal was set to close), citing an anonymous whistleblower letter in an 8K.  MAT said it needed time to investigate the contents of the letter, but provided no details.  The 8K did state that the 4.35% Notes will be refinanced prior to maturity.  Given the continued lack of information, the stock is down 14% (S&P flat) following the announcement, or 8% below where it was prior to 2Q19 earnings (inclusive of tariff-driven stock and market declines). |
| | | | | | | What to do?  We are not sure there is anything to do; there are too many unknowns.  The list of hypotheticals ranges from the benign to the extreme.  We also note this is certainly not the first time a high yield bond deal has been terminated.  According to our HY Research team, there have been almost a dozen such transactions over the past 25 years where a high yield deal has been canceled after pricing but before settlement. In most cases, however, the rationale was immediately disclosed in an 8K. |
| | | | | | | Rating: Underweight (Unchanged), Price Target: $10.00 (Unchanged) <br>(Note: Rating established 03/09/18, Price Target established 11/14/18) |
| 08/15/19 | 11.18 | 11.18 | 10.63 | 10.74 | | |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 08/16/19 | 10.80 | 10.93 | 10.73 | 10.73 | | |
| 08/19/19 | 10.90 | 10.92 | 10.60 | 10.61 | | |
| 08/20/19 | 10.51 | 10.61 | 10.40 | 10.49 | | |
| 08/21/19 | 10.34 | 10.65 | 10.34 | 10.62 | | |
| 08/22/19 | 10.42 | 10.66 | 10.13 | 10.14 | | |
| 08/23/19 | 9.72 | 9.76 | 9.39 | 9.44 | Jefferies: Equity Research | Readthrough: Potential Implications of HAS Acquisition of eOne on Peers<br><br>Key Takeaway: We are trimming multiples and PTs across peer toy cos. in response to HAS' acquisition of eOne (note link). MAT likely had a floor valuation ascribed to the potential of a strategic takeover by HAS which is now unlikely...<br><br>MAT: Lowering PT to $10.50; Stock Focus Back to Core Ops Improvement: We are lowering our multiple by 2x to recognize an estimated 10-15% valuation factor embedded in shares for a possible HAS-MAT merger - a combination that has be speculated many times over 10+ years and as recently as Q417.  The stock thesis returns to the core operations and prospects for improvement through sales firming and a $750M+ gross cost savings program. Our FY 19 adj-EBITDA remains in the guided $350M-$400M range although sales are below consensus, reflecting topline growth inversion in 2H offset by ~$100M of incremental savings (~$50M reclassified; ~$50M new).  Key topics of interest among investors: gross vs. net savings; stiff composition in dolls for holiday 2019 w/ Frozen 2 and LOL OMG trending; lack of clarity surrounding the whistleblower letter that mgmt became aware of on 8/6 (disclosed in 8-K on 8/8); outstanding $250M debt deal (Aug 8 deal terminated for time to investigate whistleblower assertions); and recently launched House of Reps subcommittee investigation into Fisher Price recall.  PT = $10.50 on 11x FY20E EBITDA of $520M; no change to model.<br><br>Comapny Valuation/Risks...Mattel, Inc. Our $10.50 PT is based on 11x FY20 Adj. EBITDA; debatable premium to historical range an 10x. Risks: competition, FX, turnover, COGS variability, brand fatigue, & distribution.<br><br>Rating: Hold (Unchanged), Price Target: $10.50 (Lowered)<br>(Note: Rating established 04/11/18, Prior Price Target of $12.00 established 04/03/19) |
| 08/26/19 | 9.57 | 9.66 | 9.21 | 9.28 | | |
| 08/27/19 | 9.36 | 9.40 | 9.16 | 9.20 | | |
| 08/28/19 | 9.16 | 9.48 | 9.06 | 9.20 | | |
| 08/29/19 | 9.33 | 9.64 | 9.25 | 9.51 | | |
| 08/30/19 | 9.55 | 9.84 | 9.48 | 9.80 | | |
| 09/03/19 | 9.72 | 9.79 | 9.20 | 9.35 | | |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 09/04/19 | 9.49 | 9.91 | 9.47 | 9.74 | UBS: Global Research | Lowering Price Target: Operating Cash Flow Improvement an Issue<br><br>Lowering price target on lower cost saves flow-through<br>We are lowering our PT for Mattel to $10, down from $13 prev., primarily driven by lower aggregate cost save flow-through by '21. Our prior est. of $730M+ in op. profit improvement by '21 vs. '17 loss of $167M is now closer to ~$600M. And we continue to see risk to estimates. Mattel says there is $200M+ upside to its previously announced cost saving program of $650M, while also indicating most of the benefit occurs in 2020, and does not impact 2019 P&L. Any cost improvement from Mattel's transformation of its manufacturing footprint to a capital light model would be incremental to the $854M of run rate cost savings management expects exiting 2019. But even for 2020, it sounds as if there are several offsetting factors that would prevent operating profit in 2020 from showing even $500M of net improvement from 2017A operating loss of -$167M on run rate basis.<br><br>Lack of operating cash flow improvement<br>Beyond the uncertainty surrounding whistle-blower headlines that could likely cap upside for MAT in the near-term, we believe MAT would need to show YOY operating cash flow improvement in H2'19 vs. H2'18 to alleviate investor concern around working capital improvement, given the company's access to commercial paper market is now challenged. Recall that despite more than $370M of full year savings from its structural simplification program in '18, MAT showed no improvement in op. cash flow YOY. We believe op. cash flow improvement could become a more critical factor for MAT's investment debate over the next 12-24 months. For '19, Mattel is guiding to $270M of realized cost savings, yet op. profit is still guided to turn slightly positive for the yr, indicating less than $100m of flow-through of that $270M in '19 vs '18.<br><br>Valuation: Neutral, PT $10 (down from $13 previously)<br>PT based on present value of ~19x '21E EPS of $0.62 to give Mattel the benefit of its cost saves/structural simplification program.<br><br>Upside (US$16) Mattel is able to stablize and grow top line, achieving most of the cost cuts announced, with market assigning a higher multiple for growth vs. EPS accretion from cost cuts. Roughly 3pts of better than expected top line growth, coupled with 100bps of margin outperformance could garner a turn higher P/E multiple, leading to upside valuation of $16/share.<br><br>Base (US$10) Currently our model is pricing in +2.1% sales growth in 2021E, with 2019E declining -4% and 2020E recovering +4% (so flattish top line in 2019-2020) and gross margins approaching 47% range by 2021E, on P/E multiple of ~19x 2021E earnings of $0.62. We value Mattel on 2021E earnings - discounted back to today - to give the company the benefit of its cost saves/structural simplification program.<br><br>Downside (US$4) Mattel's management cannot right the ship and top line continues to decelerate: roughly 3pts of lower expected top line growth, coupled with 100bps of lower margins and P/E multiple contracting by 3x (significant discount to Hasbro given top line deceleration),, we arrive at a downside scenario valuation of $4/share.<br><br>Valuation Method and Risk Statement<br>Risks to Mattel and the toy industry include an overall macro slowdown negatively impacting consumer spending, delays in manaufacturing or distribution during the period leading up to year end can have a significantly negative impact on total sales due to the highly seasonal nature of retail toy sales centered around year-end holiday sales (September through December), and the potential for toy companies not to gain product acceptance in the highly dynamic toy market. We value Mattel on P/E and DCF basis.<br><br>Rating: Neutral (Unchanged), Price Target: $10.00 (Lowered)<br>(Note: Rating established 06/18/18, Prior Price Target of $13.00 established 05/07/19) |
| 09/05/19 | 9.91 | 10.03 | 9.49 | 9.81 | | |
| 09/06/19 | 9.85 | 10.12 | 9.72 | 9.93 | | |
| 09/09/19 | 10.00 | 10.14 | 9.88 | 10.09 | | |

Ex. 1
80

# Exhibit D

## Selected Analyst Reports: August 1, 2019 through November 18, 2019

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| 09/10/19 | 10.08 | 10.73 | 10.07 | 10.68 | D/A/Davidson: Institutional Equity Research | Maintain NEUTRAL, But Stock Could Trade Higher in the Near-Term<br><br>We hosted a meeting with CEO Ynon Kreiz. He laid out his strategy to unlock the value of MAT's IP and hone its competencies in franchise management. He drew an analogy to Marvel, a comic book company until Disney (DIS) bought it and extracted value from its IP library. We think MAT could trade higher in the near-term upon clarification of whistleblower allegations (fear and uncertainty have pressured the stock) and 3Q19 results that we believe could exceed consensus. We are lowering our PT to $11.50 from $13 and maintaining our NEUTRAL--financial leverage<br>is high and could still be >4x in 2020, even if free cash flow turns positive next year.<br><br>Whistleblower allegations. Management had nothing to say on the topic, but the company will make disclosures when the investigation is completed, and will likely again seek to complete a bond offering to refinance debt due in late 2020.<br><br>Lowering our PT to $11.50 from $13. Toy stock valuations have contracted since announcementof the List 4 tariffs, which will include toys for the first time, effective December 15, 2019. We are lowering our target EV-to-EBITDA to 10.5x from 11.5x and our PT to $11.50 from $13, based on 10.5x 2020E EBITDA of $591M.<br><br>Rating: Neutral (Unchanged), Price Target: $11.50 (Lowered)<br>(Note: Rating established 07/27/18, Prior Price Target of $13.00 established 07/26/19) |
| 09/11/19 | 10.71 | 10.95 | 10.54 | 10.92 | SunTrust Robinson Humphrey | Highlights From El Segundo; Lowering PT to $12/Hold<br><br>What's Incremental To Our View<br>We came away with more comfort that MAT's turnaround continues to progress; however, the stock remains a "show me" story. We view risk/reward as balanced, at current, with clear positives to the story (cost simplification, stabilization of top line) offset by N-T risk factors (tariffs, doll competition, whistleblower claim, etc.). Our PT moves to $12 (13.5x 2020E EBITDA), representing ~14% upside.<br><br>Earlier this week we had a chance to sit down with Mattel CEO Ynon Kreiz and CFO Joe Euteneuer at Mattel HQ in El Segundo, CA. MAT continues to progress along its multi-year cost/growth plan; however, we remain cautious N-T given question marks/concerns incl. the recent whistleblower drama (no further color offered in our meeting), a particularly competitive doll category for the '19 holidays and potential tariff headwinds that could mute 2020 earnings power...<br><br>Much of the meeting was spent delving into the main pillars of MAT's LT strategic reset incl. reorganization of brand/commercial teams, its nascent content strategy, and streamlining of the cost structure. Our sense is that MAT remains on-track to achieve previously stated 2019 goalposts (flat constant-FX sales, $350-400mm in EBITDA, $850mm+ in gross run rate cost savings by CYE); rather investor focus continues to center on MAT earnings power in 2020 and beyond (incl. the ultimate flow-through of Simplification savings) and timing of when many of the go-to-market enhancements and content initiatives should begin to drive sustainable topline growth.<br><br>Valuation and Risks<br>Our $12 price target is derived from a ~13.5x multiple, inline with MAT's 5 year historical range of 10-18x, on our 2020 EBITDA estimate of $507mm.<br><br>Rating: Hold (Unchanged), Price Target: $12.00 (Lowered)<br>(Note: Rating established 01/30/15 or prior, Prior Price Target of $15.00 established 02/07/19) |
| 09/12/19 | 10.84 | 11.67 | 10.74 | 11.58 | | |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 09/13/19 | 11.61 | 11.75 | 11.30 | 11.32 | BMO Capital Markets | Notes From the Road With Mattel Management<br><br>Bottom Line: We recently spent time with Mattel's (MAT) management team: CEO Ynon Kreiz, CFO Joe Euteneuer, and VP of Investor Relations Dave Zbojniewicz. Management's comments centered around progress made in its restructuring and long-term outlook; near-term toy trends were not part of the conversation. We think management told a compelling story about its path to profitable growth. Any questions regarding the "whistle blower letter," were off the table and referred to the company's 8K filing.<br><br>Rating: Outperform (Unchanged); Price Target: $20.00 (Unchanged)<br>(Note: Rating established 01/26/17 or prior, Price Target established 02/26/19) |
| 09/16/19<br>09/17/19<br>09/18/19 | 11.20<br>11.42<br>11.21 | 11.55<br>11.62<br>11.99 | 11.09<br>11.35<br>11.02 | 11.39<br>11.57<br>11.42 | Goldman Sachs: Equity Research | Bottom Line: Mattel continues to make strides to transform the company into a high-performing IP company. First, MAT reiterated its expectation of $850+ mn of run-rate annual savings exiting 2019 with the expectation of more savings in 2020 through its capital light initiatives. Notably, MAT said it will likely retain its Hot Wheels manufacturing capabilities. Second, potential toy tariffs will have a minimal impact to MAT in 2019 and the company believes it can mitigate impacts by spreading costs out through the supply chain (internal and external). Third, Mattel will be more aggressive in competing for and winning third-party toy IP rights. For 2019, Fisher-Price and Hot Wheels should see new product innovation in 2H including 4 new product lines and a new marketing strategy for Fisher-Price, as well as the broader distribution of Hot Wheels ID. MAT intends to go to market to address its upcoming debt maturities following the resolution of the whistle-blower letter issue.<br><br>Debt deal terminated due to the whistle-blower letter. MAT intends to go back to the market when the issues created by letter are resolved.<br><br>Key risks include greater/less toy demand, disruptive innovation, global trade disruptions, high customer concentration, product recalls, toy license loss.<br><br>Rating: Neutral (Unchanged), Price Target: $13 (Unchanged)<br>(Note: Rating established 02/13/17, Price Target established 07/26/19) |
| 09/19/19 | 11.48 | 11.66 | 11.35 | 11.51 | Jefferies: Equity Research | Exogenous Factors<br>• Management spoke to factors that they see as exogenous to the business performance: 1) Fisher Price recall and related federal congressional investigation; and 2) the whistleblower letter.<br>• Re: whistleblower letter, there wasn't much more shared (as we expected) but a couple of comments struck us. The letter was not delivered to Mattel; it was anonymous and via a third party. The CEO was initially notified via phone of the letter and its contents. An investigation has been underway since the letter surfaced (Aug 6). Following a preliminary review and consultation with its lawyers and banks, the decision was made to terminate the debt deal due to close on Aug 8. The debt deal prompted the disclosure; CFO noted had the deal not been due to close, the company may have been able to investigate the letter without disclosing. Speculation remains wide in terms of possible claims and outcomes from the letter. The binary nature does create a stock overhang until cleared or clarified. We don't see the investigation hampering the company's quarterly cadence of reporting but it's possible additional risk disclosure is offered in the 10-Q if the investigative process is still underway.EBITDA guideposts for the year at $350M-$400M were continuously referenced in the meeting with reiteration around timing of inflation, FP recall drag on sales, and planned 2H investments. Our model is toward the midpoint but we were surprised that consensus has crept above the high end. Our model assumes greater Q4 sales variability vs consensus and resulting EBITDA cap, esp if the relative weakness is in high margin dolls.<br><br>Rating: Hold (Unchanged), Price Target: $10.50 (Unchanged)<br>(Note: Rating established 04/11/18, Price Target established 08/23/19) |

Page 8 of 23

Ex. 1
82

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 09/20/19 | 11.51 | 11.61 | 11.26 | 11.35 | | |
| 09/23/19 | 11.23 | 11.49 | 11.19 | 11.20 | | |
| 09/24/19 | 11.20 | 11.46 | 10.89 | 10.99 | | |
| 09/25/19 | 11.04 | 11.27 | 10.98 | 10.99 | Jefferies: Equity Research | Key Takeaway<br><br>MAT's IR efforts over the last 2 weeks are notable - several in-house and conf meetings. The key topics / debates exiting these meetings include: 1) dolls competition (Frozen 2; LOL OMG) and new MAT dolls brand with launch of Creatable World; 2) whistleblower letter - contents still opaque & speculated; 3) cost actions - high confidence re: execution; and 4) debt refi - timing tied to #2, rate tied to #1 & #3.<br><br>Our $10.50 PT is based on 11x FY20 Adj. EBITDA; debatable premium to historical range at 10x. Risks: competition, FX, turnover, COGS variability, brand fatigue, & distribution.<br><br>Rating: Hold (Unchanged), Price Target $10.50 (Unchanged)<br>(Note: Rating established 04/11/18, Price Target established 08/23/19) |
| 09/26/19 | 10.74 | 11.14 | 10.65 | 10.92 | | |
| 09/27/19 | 11.05 | 11.38 | 11.04 | 11.26 | | |
| 09/30/19 | 11.32 | 11.50 | 11.27 | 11.39 | | |
| 10/01/19 | 11.47 | 11.58 | 11.21 | 11.33 | D/A/Davidson: Institutional Equity Research | In Part 1 of our proprietary annual holiday toy survey, we analyze the toy companies' positions on the Hot Toy lists of key retailers. Spin Master (TOY-TSE) stands out, with 36% of the 11 hottest toys, up from 18% last year. Mattel (MAT) had no toys on multiple lists vs. three last year.<br><br>We are bullish into earnings for all four companies we follow - our operating profit estimates exceed consensus for NEUTRAL-rated MAT and BUY-rated Hasbro (HAS) and FNKO.<br><br>Rating: Neutral (Unchanged); Price Target $11.50 (Unchanged)<br>(Note: Rating established 07/27/18, Price Targe established 09/10/19) |

Ex. 1
83

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | Stifel | 3Q Preview; Modest Sales Decline Expected For Mattel<br>Summary<br>We expect Mattel to report 3Q results on or around October 24th. Our AEBITDA estimate is $200 million (vs. $233 million last year) ~ upside is expected to be muted by re-investment (spending). For net revenue we forecast $1.416 billion (-2%; slightly below the Street) with most brands down y/y. Based on our online checks, trends were flattish y/y in both North America and the Euro 5, with Uno, Fisher-Price, and Barbie serving as best-sellers. With that said, there are no changes to estimates at this point. For most of the year, we've had a positive bias for improving fundamentals, although the whistleblower situation creates uncertainty over the near-term. And we're still less confident in top line performance, and hence continue to rate the shares Hold.<br><br>MAT trades at 14.7x and 11.8x 2019-'20E AEBITDA, respectively ~ multiples remain elevated relative to peers since they're based on arguably trough financials. For most of the year, we've had a positive bias for improving fundamentals, although this enthusiasm has been somewhat tempered (more recently) by the whistleblower situation, which creates uncertainty over the near-term. And we're still less less confident in top line performance, and positive FCF generation seems scarce which makes valuation challenging. Accordingly, we continue to rate the shares Hold, with a target price objective of $13.50, which is based on a blended methodology.<br><br>'19 year-end cash is projected at $400 million-$500 million (vs. Stifel est. $549 million and $595 million last year) which implies Mattel will "burn" cash in '19. And our estimate does NOT assume any re-financing of debt ($250 million of 4.35% notes mature in Oct '20) occurs during the fiscal period. Management's recent commentary suggests the company will re-enter the capital markets to refinance this debt, once the whistleblower issue is resolved.<br><br>Target Price Methodology/Risks<br>Our $13.50/share target price objective is based on a blended methodology. Principal risks to our target price on Mattel include: (1) maintaining popularity of the product line; (2) exposure to consumer spending and susceptibility to economic weakness; (3) rising input costs; (4) competition across the leisure/entertainment category; (5) seasonality; and (6) customer concentration among retailers.<br><br>Rating: Hold (Unchanged), Price Target: $13.50 (Lowered)<br>(Note: Rating established 04/05/16, Prior Price Target of $14.00 established 07/29/19) |
| 10/02/19 | 11.21 | 11.21 | 10.61 | 10.65 | | |
| 10/03/19 | 10.64 | 10.94 | 10.37 | 10.85 | | |
| 10/04/19 | 10.79 | 11.06 | 10.69 | 11.03 | | |
| 10/07/19 | 11.04 | 11.25 | 10.83 | 11.20 | Stifel | Toy Snapshot<br><br>Valuation - Toy stocks currently trade at 16.7x (-1% discount to the S&P 500) 1.84x, and 10.3x forward consensus EPS, revenue, and EBITDA estimates, respectively. |

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 10/08/19 | 11.01 | 11.20 | 10.65 | 10.96 | Consumer Edge Research | **MAT 3Q19 THOUGHTS**<br><br>We understand the most important short-term discussion has been about the whistleblower letter. Mattel was unable to raise debt in August due to a whistleblower report. We have no specific insight into the outcome or potential outcomes of this whistleblower report (a wide variety of outcomes). Investors are focused on this report in our conversations and sentiment & the eventual outcome may be more important over the short-term than reported results. We also believe it makes sense for Mattel to de-risk and extend their maturities (can only be done after fully investigating this whistleblower report). We would expect Mattel to be range-bound until this is resolved.<br><br>We are above Street and model $0.18 vs. $0.16 Street but below on EBITDA. While we understand concerns around Frozen 2 for Barbie – expectations look reasonable (adjusted EBITDA down y/y in our model for 3Q19 – we are below Street on adjusted EBITDA and may different from Street on the assumed tax rate). We continue to believe Street may overlook the potential changes to long-term guidance and models with a more capital light approach – the greater risk is revenue headwinds as cost cuts likely continue. As we've discussed before, MAT has 13 plants – the same as roughly 5 years ago with $1 bn more in revenue (and has discussed recent progress here). MAT has new cost savings goals after achieving their prior targets. We think $500 mm to $600 mm in FY20 EBITDA is not unreasonable as incremental cost savings layer in (Mattel still more non-manufacturing employees than Hasbro ex. eOne). We think an ~8% FY21 operating margin goal would be within view (on an adjusted basis) after all these changes are made and there's greater potential for brand momentum with major film releases (unlikely to be a major FY20 tailwind). Investors are paying near peak multiples for near trough earnings and a deleveraging story. This may be a better story than Street expectations (though longer-term in nature than short-term trends and risks).<br><br>MAT risks: We believe MAT risks include (a) current financial leverage, (b) a razor / razor blade business model for a number of product lines, and (c) potential to take cost cuts too far.<br><br>Rating: Equalweight; Price Target $15.00: Bear to Bull Scenario Range: $6 - $22 |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

Ex. 1
86

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | MKM Partners | 3Q Results Should Be Fine but There Are Other Issues to Consider<br><br>Outperformance with 3Q results seems likely but there are other key issues to consider. In our view, a relatively low bar should allow Mattel to report better-than-projected 3Q results. Continued positiveresults from Barbie, Hot Wheels and Mega should drive the upside performance. Despite our nearterm, fundamental optimism, it is very difficult to get excited about the company's shares given a lack of information regarding the recent whistleblower letter, the 55%+ of overall revenue which is still in decline, a high level of net leverage and our lack of confidence in a return to positive free cash flow in 2020. Our fair value estimate remains $14, which is based on a steep 22x our 2021E EPS.<br><br>A whistleblower letter update could remove a major overhang. It has been nearly two months since Mattel filed an 8K which made public news that management had received a copy of an anonymous whistleblower letter. In our view, the lack of information regarding the letter has made Mattel an uninvestable stock. The company has given no indications about the contents of the letter or when investors might receive some clarity regarding the situation. We do believe Mattel has hired an outside investigator to address the letter's claims, though it is unknown how long it could take to come up with a resolution.<br><br>Risks:<br>MAT: There are always risks that the target price for any security will not be realized. In addition to general market and macroeconomic risks, for MAT, these risks include, among other things: (1) Weakness in consumer spending and changes in consumer tastes; (2) Loss of key licensing relationships such as Disney and Warner Bros.; (3) Rising prices for raw materials and labor; (4) Appreciation in the U.S. dollar.<br><br>Rating: Neutral (Unchanged); Fair Value Estimate: $14.00 (Unchanged)<br>(Note: Rating established 01/26/17, Fair Value Estimate established 04/26/19) |
| 10/09/19 | 11.04 | 11.05 | 10.37 | 10.65 | Goldman Sachs: Equity Research | 3Q19 earnings preview for Hasbro, Mattel, and Funko<br><br>Mattel: Our 3Q19 Mattel (MAT, Neutral) EPS of $0.16 is in-line with FactSet consensus. We expect continued growth in Barbie and Hot Wheels and are modeling Fisher-Price to realize revenue growth for the first time since 3Q16 driven by new product innovation. We seek increased clarity on the impact of tariffs, the whistleblower letter, and MAT's efforts in addressing its upcoming October 2020 maturities.<br><br>We are seeking an update post the whistleblower letter. Following MAT's cancellation of a new bond issue after receipt of a whistleblower letter, we seek increased clarity into the issue at hand and when MAT intends to return to market to address its $250 mn October 2020 maturity.<br><br>Estimate changes<br>We reduce our 2019/20/21 EPS to -$0.44/$0.06/$0.12 largely driven by unfavorable forex.<br><br>Price target<br>We are Neutral rated with a 12-month price target of $12 ($13 prior) reflecting 16X (unchanged) our normalized earnings per share estimate (~$0.78). The reduction in our target price reflects a $0.05 reduction in normalized earnings due to a more tempered margin outlook (12% EBIT margins v. 12.5% prior).<br><br>Key risks include greater/less toy demand, disruptive innovation, global trade disruptions, high customer concentration, product recalls, toy license loss.<br><br>Rating: Neutral (Unchanged), Price Target: $12.00 (Lowered)<br>(Note: Rating established 02/13/17, Prior Price Target of $13.00 established 07/26/19) |

Case 2:19-cv-10860-MCS-PLA   Document 93-2   Filed 07/12/21   Page 86 of 106   Page ID #:2047

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | Email, Citi Research | Mattel<br>• Mattel appears to be well positioned for a turnaround, but the timing is likely to be largely a 2020 event vs 2H19.<br><br>• Barbie appears positioned for another good year (much of the LOL Surprise impact is centered on the collectable category); Jim is also upbeat on Hot Wheels heading into 4Q.<br><br>• Fisher Price turnaround remains a 2020 story but we could see some YoY benefits in terms of marketing / advertising in 2019.<br><br>• Jim was upbeat on Jamie Cygielman's ability to turnaround American Girl, but it could be a year or two until we see signs of progress.<br><br>• We could see additional cost cuts going forward as the company works to streamline its workforce / factory footprint. click here |
| 10/10/19 | 10.63 | 11.16 | 10.63 | 11.10 | | |
| 10/11/19 | 11.33 | 11.83 | 11.23 | 11.67 | | |
| 10/14/19 | 11.64 | 11.71 | 11.33 | 11.53 | BMO Capital Markets | Toy Scout Report: First Look at 2019 Holiday Season<br><br>Key Points<br>While we have spoken with several companies that are optimistic about the season ahead, for most there is a high level of trepidation. There is more uncertainty than ever, a bold statement when compared to last year when Toys "R" Us went out of business and liquidated.<br><br>The Whistleblower Letter<br>The investment thesis in Mattel seems to have hit the pause button as the company investigates accusations laid out in a whistleblower letter the company was first notified about on 8/6. We don't know what the letter is about, but the general consensus seems to be that it is related to the Rock 'n' Play sleeper recall. With its 3Q earnings release coming up on 10/29, we hope the issue is resolved before then otherwise potential good fundamental news will have a very muted impact on the stock price.<br><br>Rating: Outperform (Unchanged), Price Target: $20.00 (Unchanged)<br>(Note: Rating established 01/26/17 or prior, Price Target established 02/26/19) |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

Ex. 1
88

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | UBS: Global Research | Toy Industry<br>Channel Checks - Sales Pull-forward with Longer Trade Terms<br><br>Our checks indicate sales pull-forward with longer trade terms<br>We believe U.S. toy retail is up +4-6% in Q3, with 2-year stack down low single digits % YOY, as we start to lap easier YOY comps, after outsized growth in H1'18, driven by TRU liquidation. Internationally, toy retail a tad weaker, with UK a meaningful drag (retail down more than -20% in Q3).<br><br>Mattel: Barbie is slowing; Toy Story strong<br>Barbie growth has slowed into Q3, partly a function of tougher comps, as well as a more competitive fashion doll market. Additionally, last year Mattel had successful inventory placements for Barbie in the value and non-traditional channels that might not see a similar pattern this year. Hot Wheels still holding up well, and Toy Story line-up has been strong, fuelled by home entertainment window. Despite recent TV marketing push, Fisher-Price still under pressure, continuing to lose market share to Vtech. Fisher-Price has not been able to match Vtech's value to the consumer. Also, according to trade, Vtech offers better margin for retailers. More on Mattel estimates here.<br><br>Valuation Method and Risk Statement<br>Risks to Mattel, Hasbro and the toy industry include an overall macro slowdown negatively impacting consumer spending, delays in manufacturing or distribution during the period leading up to year end can have a significantly negative impact on total sales due to the highly seasonal nature of retail toy sales centered around year-end holiday sales (September through December), and the potential for toy companies not to gain product acceptance in the highly dynamic toy market.<br><br>We value Mattel and Hasbro on P/E and DCF basis.<br><br>Rating: Neutral (Unchanged); Price Target: $10.00 (Unchanged)<br>(Note: Rating established 06/18/18, Price Target established 09/04/2019) |
| 10/15/19 | 11.58 | 11.59 | 11.38 | 11.40 | Jefferies: Equity Research | Q3 Toy Preview: Content Catalysts, Dolls Competition & Tariffs Top of Mind<br><br>Key Takeaway<br>Next week kicks off the Sept-Q reporting cycle for toy & entertainment products companies. We expect a seq accel in Q3 vs. 1H, as timing of content catalysts coincide with easier comparisons on a 1- & 2-Yr basis. Key debates remain surrounding: 1) scale of content drivers on global basis; 2) intense competition in dolls; 3) consolidation post-TRU; and 4) tariffs & related rev rec timing. Retail checks point to Q/Q growth step-up for HAS, FNKO, and JAKK.<br><br>MAT terminated a necessary debt deal in early Aug as a result of a still unresolved whistleblower letter and is motivated to execute a recapitalization; while sales may be softer given intensifying competition for Barbie and Hot Wheels slowing, we expect cost cuts to progress on/ahead of plan.<br><br>Rating: Hold (Unchanged); Price Target $10.50 (Unchanged)<br>(Note: Rating established 04/11/18, Price Target established 08/23/19) |
| 10/16/19 | 11.38 | 11.89 | 11.32 | 11.50 | | |
| 10/17/19 | 11.61 | 11.68 | 11.07 | 11.12 | | |

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 10/18/19 | 11.12 | 11.38 | 11.01 | 11.23 | Jefferies: Equity Research | Thesis Update: Increased Headline Risk Around FP (Fisher-Price); Our -MSD Estimate at Risk<br><br>Key Takeaway<br>Multiple major news services (inc. Washington Post) are headlining a new study on inclined sleepers conducted by the Consumer Product Safety Commission (CPSC). The study concluded that the design of the FP Rock 'N Play and other inclined sleepers was the cause of deaths. At the time of the FP Rock 'N Play recall the CPSC was aware of 32 deaths; reported deaths are now 59. Our model assumes FP (ex. recall) -LSD vs. -MSD 1H, which may be at risk.<br><br>Our $10.50 PT is based on 11x FY20 Adj. EBITDA; debatable premium to historical range at 10x. Risks: competition, FX, turnover, COGS variability, brand fatigue, & distribution.<br><br>Rating: Hold; (Unchanged) Price Target: $10.50 (Unchanged)<br>(Note: Rating established 04/11/18, Price Target established 08/23/19) |
| 10/21/19 | 11.33 | 11.42 | 11.11 | 11.30 | | |
| 10/22/19 | 10.87 | 10.87 | 10.21 | 10.56 | | |
| 10/23/19 | 10.62 | 10.62 | 10.07 | 10.19 | | |
| 10/24/19 | 10.23 | 10.30 | 9.93 | 10.07 | | |
| 10/25/19 | 10.05 | 10.25 | 9.99 | 10.17 | UBS: Global Research | What Hasbro Results Mean for Mattel<br><br>Where product is sourced from matters more than ownership of manufacturing<br>We have been getting questions about whether Mattel's ownership of manufacturing vs. sourcing products from third parties is a positive read-through given customer cancellations of direct import programs.<br><br>Mattel doesn't have as strong of a balance sheet vs. Hasbro to navigate…<br>…a much riskier working capital environment, given significant shifts in DOSs and need to hold more inventory on its balance sheet. Mattel currently does not have access to commercial paper market, and its leverage could be hand-tying.<br><br>Valuation: Neutral, PT $10 based on PV of ~19x '21E EPS of $0.62<br>…to give Mattel the benefit of its cost saves/structural simplification program.<br><br>Rating: Neutral (Unchanged), Price Target: $10.00 (Unchanged)<br>(Note: Rating established 06/18/18, Price Target established 09/04/19) |
| 10/28/19 | 10.20 | 10.53 | 10.20 | 10.30 | | |

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 10/29/19 | 10.04 | 10.58 | 9.92 | 10.56 | Bank of America Merrill Lynch | Mattel reported 3Q19 Adj EBITDA that was above our estimates due to strong sales of key brands such as Barbie and Hot Wheels, and savings from Structural Simplification. |
| | | | | | | Whistleblower Investigation completed<br>Mattel announced that the Audit Committee of its Board of Directors has completed an independent investigation into the whistleblower letter. The investigation determined that the 3Q17 income tax expense was understated by $109 million and the 4Q17 income tax expense was overstated by $109 million. The errors had no impact on Mattel's gross profit, operating income, Adj EBITDA or cash flow for FY17. The committee concluded that the objectivity of Mattel's outside auditor has not been impaired and that the outside auditor can continue as its independent auditor. |
| | | | | | | However, as a negative, the investigation determined that Mattel has material weakness in its internal control over financial reporting. |
| | | | | | | CFO to depart<br>Mattel announced that CFO Joe Euteneuer will leave the company after a transition period of up to six months. The company is conducting a search for its next CFO. |
| | | | | | | Rating: Overweight (Unchanged), Price Target: N/A<br>(Note: Rating established 10/25/18, rating relates to debt, it does not appear to include common stock) |
| | | | | | BMO Capital Markets | Bottom Line: Mattel (MAT) had an eventful evening. The company announced it completed the whistleblower investigation, with the resolution being restatements of incorrectly recorded income tax in 2017, much less significant an issue than feared. MAT also announced a CFO transition plan. The company posted 3Q results that beat the Street and were much better than investors feared, especially after Hasbro's big miss last week. MAT also shrugged off tariff impacts and raised its 2019 full-year guidance. |
| | | | | | | MAT reported adjusted 3Q19 EPS of $0.26, GAAP of $0.20, compared to an adjusted EPS of $0.18, GAAP of $0.02, in 3Q18. This result was below our $0.31 estimate but above the consensus of $0.16. |
| | | | | | | Rating: Outperform (Unchanged), Price Target: $20.00 (Unchanged)<br>(Note: Rating established 01/26/17 or prior, Price Target established 02/26/19) |
| | | | | | Morningstar | Mattel Escapes Tariff Fallout, Generates Sales and Profit Improvement; Shares Undervalued |
| | | | | | | Narrow-moat Mattel's 2019 third-quarter print indicates that its focused push on power brands Barbie and Hot Wheels continues to pay off. |
| | | | | | | Mattel provided further clarity on the whistleblower concerns with its results, noting that the initial letter, which was sent to Mattel's external auditors raised question around accounting errors and the independence of auditors. With an independent investigation concluded, it was determined that income tax expense was understated in the third quarter of 2017 by $109 million and overstated by the same amount in the fourth quarter of 2017, rendering no change for the full year. The investigation also suggested no concerns around the objectivity and impartiality of its outside auditor. |
| | | | | | | The firm also indicated it would be seeking a replacement for current CFO Joe Euteneuer, who is expected to stay with the company through a transition period of up to six months. We expect Mattel will be expeditious in its CFO search given its position in the ongoing turnaround, and for now plan to maintain our standard stewardship rating as the firm continues to extract solid economics from its structural simplification plan. |
| | | | | | | Rating: N/A, Fair Value: $21.00 (Unchanged)<br>(Note: Fair Value established prior to 01/01/2019) |

Case 2:19-cv-10860-MCS-PLA   Document 93-2   Filed 07/12/21   Page 90 of 106   Page ID #:2051

Ex. 1
91

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | SunTrust Robinson Humphrey | 3Q was another step forward as revenue/EBITDA came in well ahead of expectations, '19 guidance was raised and the whistleblower case was resolved. We remain encouraged with the turnaround, but remain on the sideline given N-T risks. We are raising our 2019-2021 EBITDA estimates and PT to $13 (vs. $12). Maintain Hold.<br><br>The Quarter - MAT posted solid 3Q19 results including adj. EBITDA of $248mm on revenue of $1.48B. Each were above our Street-matching $217mm and $1.43B estimates, respectively. Adj. EPS of $0.26 also exceeded our $0.21 estimate and the Street's $0.16.<br><br>Whistleblower saga resolved/CFO to depart - Finally, we were pleased to hear that Mattel has concluded the outstanding whistleblower investigation (originally disclosed 8/19). The claims pertained to potential accounting misstatements and the independence of MAT's outside auditor. MAT indicated that upon examination of its financials it did identify errors in the calculation of income tax expense during 3Q17/4Q17. While the company plans to amend its 2018 10-K, these errors had NO material impact on FY17 numbers and did not affect operating income or EBITDA. Mattel's audit committee also confirmed the independence of its outside auditor. Separately, MAT announced that CFO Joe Euteneuer plans to depart within the next six months (he will remain through a transition period as MAT searches for a replacement). Recall, Mr. Euteneuer joined the company in late 2017 and has been an architect of its multi-year Simplification program.<br><br>...The conclusion of the whistleblower case is also likely to be received favorably by investors....<br><br>Rating: Hold (Unchanged), Price Targer $13.00 (Increased)<br>(Note: Rating established 01/30/15 or prior, Prior Price Target or $12.00 established 09/11/19) |
| | | | | | UBS: Global Research | Mattel reported overall results that came in better than expectation, primarily driven by top line, with Q3 shipment up +3% (+4% const. FX)...<br><br>Rating: Neutral (Unchanged), Price Target: $10.00 (Unchanged)<br>(Note: Rating established 06/18/18, Price Target established 09/04/19) |
| 10/30/19 | 12.75 | 13.22 | 11.37 | 12.02 | Audit Analytics | On October 30, 2019, Mattel Inc. [Nasdaq: MAT] disclosed several notable events, including: a non-reliance restatement determined to be necessary following an independent investigation stemming from a whistleblower letter, internal control weakness, auditor independence issues with its lead audit engagement partner, and the impending departure of the Chief Financial Officer.<br><br>Regarding the non-reliance restatement, Mattel disclosed that financial statements for the third and fourth quarters of 2017 can no longer be relied upon due to material errors related to income tax expense. It was determined that income tax expense was understated by $109 million in the third quarter of 2017, and overstated by $109 million in the fourth quarter of 2017, with no impact for the full year. The errors had no impact on Mattel's full year financial results for 2017 or subsequent periods.<br>...<br><br>The investigation of the whistleblower letter found errors in Mattel's financial statements, in addition to failures to properly disclose errors to the then-CEO and the Audit Committee once they became known. Mattel's management identified the 2017 accounting error during its accounting closing procedures for the quarter ended December 31, 2017, but the error was not appropriately assessed, and the findings were not documented. |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | Barclays: Equity Research | It is hard for us to provide a definitive takeaway following MAT's results…As such, we would view significant share price appreciation as premature.<br><br>Now that MAT's whistleblower issue is in the past, we expect the company to return to the bond market to raise $250mn; we assume these results could bolster the traction of a future offering.  Separately, we gleaned that the CFO transition is not due to the accounting errors, but is a function of the company nearing the end of its restructuring program.  Joe Euteneuer was hired for his turnaround capabilities and will move on after the transition; MAT will search for a CFO who can drive growth and leverage the company's IP.  We have enjoyed working with Joe and wish him the best.<br><br>Rating: Underweight (Unchanged), Price Target: $10.00 (Unchanged)<br>(Note: Rating established 03/09/18, Price Target established 11/14/18) |
| | | | | | CFRA: Research Note | We keep our 12-month target at $12, a forward P/S multiple of 0.9x our '19 sales per share estimate, below peers. We keep our '19 EPS estimate at -$0.20 and 2020's at $0.16. MAT posts Q3 EPS $0.26 vs. $0.18, beating consensus. Net sales rose 3% to $1.48B, beating consensus, with strength in Barbie (which we see pressured in Q4 by rivals Frozen 2 and L.O.L) and Hot Wheels. Despite solid top and bottom beats year-to-date, investors should stay sidelined. Beats we think reflect deep cost cuts, conservative guidance and easier YoY comparisons --- not sustainable value creation. Headwinds from Rock n' Play Sleeper were evident (infant, toddler & preschool down 11%) and we expect these challenges (sales and reputational) to persist through holiday and 2020. While MAT's dedication to capturing the full value of its intellectual property via Mattel Films is admirable, heightened financial vulnerabilities makes execution risk of recently announced collaborations skewed heavily to the downside.<br><br>Rating: Hold (Unchanged), Price Target: $12.00 (Unchanged) |
| | | | | | Consumer Edge Research | Mattel (Equalweight, $15 target) Most important is moving past the whistleblower overhang and investors can now take a second look at the turnaround story. We heard a wide range of speculation from investors and understood the concern given the wide variety of potential outcomes. Moving forward, the focus is back on MAT's operational performance.<br><br>CFO change: CFO Joe Euteneuer will leave the firm after a transition period of up to six months. Mr. Euteneuer has a history with turnarounds (brought in with that in mind) and was not initially brought in by the current CEO. We believe Mr. Euteneuer is excited to hand the baton off as the company transitions from turnaround & restructuring back towards growth and value unlocks.<br><br>Whistleblower Allegations Addressed: MAT issued an additional press release detailing the allegations of the whistleblower letter they received & following events. The ensuing investigation found MAT understated 3Q17 income tax expense by $109 mm & overstated 4Q17 income tax expense by $109 mm due to an error in calculating its tax valuation allowance. The misstatements had no impact on cash, operating income, EBITDA, FY17 results or operating results beyond FY17. The tax valuation allowance accounting error was discovered during 3Q17, but not disclosed to then-CEO Margaret Georgiadis nor the Audit Committee. The investigation also found MAT has certain material weaknesses in its internal control over financial reporting. The Audit Committee concluded the objectivity of MAT's outside auditor was not impaired & they can continue to serve as MAT's auditor. Remedial actions include: (1) MAT will restate their 2018 10-K to restate 3Q17 and 4Q17 financials, (2) MAT's outside auditor has replaced its lead audit engagement partner & certain other members of its audit team for its audit engagement with MAT, (3) MAT hired a new Controller and Senior VP of Tax & is currently searching for a new CFO, and (4) MAT is implementing a more robust procedure relating to the documentation & disclosure of accounting errors and reviewing its disclosure committee controls & procedures. MAT agrees with the Audit Committees findings & conclusions.<br><br>Rating: Equalweight (Unchanged), Price Target: $15.00 (Unchanged): Bear to Bull Scenario Range: $6 - $23 (Low end unchanged, High end increased)<br>(Note: Rating, Price Target, and Bear Scenario established 10/8/19 or prior, Prior Bull Scenario of $22 established 10/8/19 or prior.) |

Ex. 1
92

Ex. 1
93

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|------|------|------|-----|-------|--------|-------|
| | | | | | D/A/Davidson: Institutional Equity Research | MAT was up ~17% in after-hours trading on a 3Q19 upside surprise and increase in 2019 EBITDA guidance to $400M-$425M from $350M-$400. We are lowering our 2019E EBITDA to $426M from $462M on higher advertising and promotion (A&P), trimming our target EV-to-EBITDA to 9.5x from 10.5x, and maintaining our $11.50 PT, based on 9.5x 2021E EBITDA of $656M, a new estimate. We are maintaining our NEUTRAL rating because: (1) upside vs. our above-guidance estimates is getting smaller (3Q19 EBITDA beat us by <$2M); (2) MAT's 3Q shipment growth was higher than POS; and (3) even with optimism built in, we estimate financial leverage of ~5x at year-end 2020.<br><br>Whistleblower investigation concluded. MAT made only one accounting change regarding timing of 2H17 tax expense. Separately, it made immaterial revisions to 2019 for out-of-period adjustments. The CFO will step down, with a six-month transition period once the new CFO joins.<br><br>Rating: Neutral (Unchanged), Price Target: $11.50 (Unchanged)<br>(Note: Rating established 07/27/18, Price Target established 09/10/19) |
| | | | | | Goldman Sachs: Equity Research | MAT's 3Q results were better-than-expected with solid beat on revenue and margins. In contrast to peers (e.g., HAS), the threat of tariffs had no discernible negative impact on 3Q and actually resulted in a revenue pull-forward from 4Q (e.g., direct imports increased).<br><br>Mattel noted that the whistleblower letter was concerned with an income tax expense accounting error in FY17 but was found to have no net impact on the full-year's bottom line. An internal investigation determined that income tax expense was understated by $109 mn in 3Q17 and overstated by the same amount in 4Q17, with a net neutral impact for the full-year. As a result, MAT announced that it would file an amendment of its 2018 10-K to restate the last two quarters of 2017. In addition, Mattel said it plans to return to the debt markets to refinance its $250 mn October 2020 maturity after it files its amended 10-K. The company noted that it feels confident about having sufficient liquidity to run its business and continue to make strategic investments.<br><br>MAT increased its FY2019 guidance for revenue growth of slightly up yoy ex. forex (v. flat prior) and EBITDA of $400-$425 (v. $350-$400 prior).<br><br>Rating: Neutral (Unchanged), Price Target: $13.00 (Increased)<br>(Note: Rating established 02/13/17, Prior Price Target of $12.00 established 10/09/19) |
| | | | | | Jefferies: Equity Research | Key Takeaway<br>We expect a relief rally that whistleblower claims of accounting errors & weak internal controls have been disclosed & addressed...<br><br>What We Liked About The Quarter: 1) Whistleblower resolution - revealed accounting errors in tax reporting, material weakness in internal controls, and questioned indep of external auditor. With this hurdle cleared, we expect a revisit to the $250M debt refinancing...<br><br>Rating: Hold (Unchanged), Price Target: $11.00 (Increased)<br>(Note: Rating established 04/11/18, Prior Price Target of $10.50 established 08/23/19) |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| | | | | | MKM Partners | 3Q outperformance, whistleblower resolution are significant positives steps. Mattel continues to make progress as it continues to make significant strides towards restoring profitability and regaining top line momentum. The better than expected 3Q results were made notable as revenue increased for a second consecutive quarter for the first time in six years and EPS saw y/y improvement for a fifth consecutive quarter. The company's recovery efforts are taking hold in 2019 and we are becoming more comfortable with a return to positive EPS in 2020. However, we remain concerned about the ability to achieve consistent revenue growth (especially for Fisher Price to turn the corner and grow), the slope of Mattel's EPS growth curve over the next two years and our FCF expectations will remain negative in 2020. Our fair value estimate remains $14, which is based on a steep 22x our 2021E EPS.<br><br>Whistleblower issue is settled, which removes a major overhang. In our opinion, last night's 20% increase in Mattel's shares in after-hours trading was a direct result of the company resolving its outstanding whistleblower complaint. Management revealed its whistleblower letter pertained to material weakness in Mattel's internal controls over financial reporting. Specifically, income tax expense was overstated in 3Q17 by $109mn and then understated by the same amount in 4Q17. Bulls were relieved the issue was far less severe than feared and the financial impact is non-cash. Although the company did not draw a direct link, we believe news that CFO, Joe Euteneuer will be stepping down after a transition period of up to 6-months is the most significant fallout from the complaint.<br><br>Rating: Neutral (Unchanged), Price Target: $14.00 (Unchanged)<br>(Note: Rating established 01/26/17 or prior, Price Target established 04/26/19) |
| | | | | | Stifel | AEBITDA of $248 million (vs. $233 million) beat our estimate ($200 million) and consensus ($218 million) ~ the upside reflected top-line outperformance.<br><br>Mattel's Audit Committee concluded its whistleblower investigation, which uncovered errors in the company's financial statements and a failure to disclose such errors, though it did not result in any material impact on its financial performance.<br><br>Tuesday's announcements provided two positive updates for Mattel including 1) betterthan- expected 3Q results; and 2) resolution with the whistleblower issue, which we think removes an overhang on the shares. We were encouraged by solid performances across key brands, along with operational improvement as the company makes further progress around its structural simplification plan. With that said, we still have limited confidence in our assumptions and remain Hold rated on the shares. Our target price objective is currently $13.50, which is based on a blended methodology.<br><br>Rating: Hold (Unchanged), Price Target: $13.50 (Unchanged)<br>(Note: Rating established 04/05/16 or prior, Price Target established 10/01/19) |
| | | | | | Wells Fargo Securites: Equity Research | MAT: Beat & Raise On Strong Ongoing Progress. Minimal Tariff Impact Investor Confidence Should Continue To Build<br><br>MAT Q319 was another solid quarter with sales/EBITDA upside and cost savings again tracking better than expected...Additionally, the whistleblower case overhang has been removed (Q3/Q417 tax rebalancing, agreement to tighten internal financial control oversight).<br><br>Earning Estimates Revised Up<br><br>Rating: Outperform/V, Price Target: $17<br>(Note: Rating established prior to 01/01/17; Price Target established 7/31/19) |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 10/31/19 | 12.03 | 12.13 | 11.61 | 11.94 | Argus Research Company | We are maintaining our HOLD rating on Mattel Inc. (NGS: MAT). While Mattel has shown improvement over the past five quarters in adjusted gross margin, adjusted EBITDA, and operating profit, we remain concerned about its high debt. In addition, the recent recall of the Rock 'n Play Sleeper and the changing retail landscape in the absence of Toys 'R' Us present near-term challenges for Mattel. As such, we believe that new CEO Ynon Kreiz will need a few more quarters to complete a turnaround.<br><br>Our long-term rating remains BUY, reflecting our favorable view of the company's licensing agreements, new film franchise, and cost-saving efforts.<br><br>During the quarter, an employee whistleblower raised questions about accounting errors in 2017. Upon investigation, management determined that 3Q17 income tax expense was understated by $109 million and that 4Q19 income tax expense was overstated by $109 million. No fraud was detected. Management announced, however, that the respective financial statements would be restated, that remedial actions would be taken to strengthen internal controls, and that CFO Joseph Euteneuer would leave the company after a transition period. The whistleblower letter also delayed a planned bond sale of $250 million in senior notes intended to refinance debt due in 2020.<br><br>Rating: 12 month - Hold (Unchanged), 5 Year - Buy, Price Target: N/A<br>(Note: 12 month Rating established approximately 04/15/17) |
|  |  |  |  |  | Zacks | Summary<br>Shares of Mattel have outperformed the industry in the past six months. The trend is likely to continue following the company's better-than-expected third-quarter 2019 results. While the bottom line beat the consensus estimates for the fifth straight quarter, the top line surpassed the same for the fourth consecutive quarter.<br><br>Rating: Long Term: 6-12 Months - Neutral, Short Term: 1-3 Months - 2-Buy, Price Target (6-12 Months): $13.00 |
| 11/01/19 | 11.96 | 12.10 | 11.75 | 11.89 | Goldman Sachs: Equity Research | We hosted an investor meeting on October 31 at Mattel's headquarters with CEO, Ynon Kreiz; CFO, Joe Euteneuer; and head of investor relations, David Zbojniewicz. Our key takeaways from the meeting follow.<br><br>MAT plans to return to the debt markets following the filing of its amended 10-K and 10-Q, no later than November 12. MAT expects to return to the debt markets to refinance its $250 mn October 2020 maturity and is currently evaluating whether it's appropriate to raise capital in excess of that level. MAT is confident it has sufficient liquidity to run its business and make strategic investments.<br><br>Rating: Neutral (Unchanged), Price Target: $13.00 (Unchanged)<br>(Note: Rating established 02/13/17, Price Target established 10/30/19) |
|  |  |  |  |  | Jefferson Research | Mattel Inc. is showing strong Earnings Quality and Operating Efficiency, and Valuation suggests a lower amount of price risk, but Balance Sheet Quality and Cash Flow Quality are both weak. When combined, MAT deserves a HOLD rating.<br><br>Rating: Hold, Price Target: N/A |

Ex. 1
95

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 11/04/19 | 11.98 | 12.36 | 11.89 | 12.15 | Stifel | Last week, Mattel reported 3Q results, with AEBITDA of $248 million (+7%) which beat our estimate ($200 million) and consensus ($218 million). The upside reflected top-line outperformance, with net revenue at $1.482 billion (+3%; vs. Stifel est. $1.416 billion)...Separately, the company's Audit Committee concluded its whistleblower investigation without any material adverse affect on financials. We've made modest upward adjustments to estimates, but are maintaining our Hold rating on the shares.<br><br>Mattel provided two positive updates here, including 1) better-than-expected 3Q results; and 2) resolution of the whistleblower issue (we think removes an overhang on the shares). We were encouraged by solid performances across key brands, along with operational improvement as the company makes further progress around its structural simplification plan. With that said, we still have limited confidence in our assumptions and remain Hold rated on the shares. Our target price objective is $13, and based on a blended methodology (which we describe in detail below).<br><br>Rating: Hold (Unchanged), Price Target: $13.00 (Lowered)<br>(Note; Rating established 04/05/16, Prior Price Target of $13.50 established 10/01/19) |
| 11/05/19 | 12.19 | 12.44 | 12.18 | 12.33 | | |
| 11/06/19 | 12.19 | 12.25 | 11.89 | 12.00 | | |
| 11/07/19 | 12.26 | 12.45 | 12.11 | 12.14 | UBS: Global Research | Sit-down with Management: Addressing Top Investor Concerns<br><br>Many investors have been concerned about shipment vs. retail trends out of Q3 and\what it implies for Q4 growth….<br><br>Tariff impact not in the numbers: While MAT has contingency plans in place…<br>… in case tariffs are implemented in Dec, FY margin guide of 43.9% does not include any tariff impact...<br><br>Remain cautious into Q4<br>We raise our price target for MAT to $13, from $10 previously, driven by Q3 beat, and slightly better Q4 rev ests and flow-through into'20/'21. While Q4 consensus EPS could be low, tariff risk will remain an overhang amid an already uncertain holiday season that is 6 days shorter YOY (period from Thanksgiving to Christmas). We view risk/reward as fairly balanced, and reiterate our Neutral rating on the stock. We believe Mattel could get back to capital markets to refinance its '20 $250M maturity before year end.<br><br>Valuation: Neutral, PT $13 (up from $10) based on PV of 19x '21E EPS of $0.73<br>…from $0.62) to give MAT benefit of its cost saves/structural simplification program.<br><br>Rating: Neutral (Unchanged), Price Target: $13.00 (Increased)<br>(Note: Rating established 06/18/18, Prior Price Target of $10.00 established 09/04/19) |
| 11/08/19 | 12.20 | 12.30 | 11.99 | 12.16 | | |
| 11/11/19 | 12.05 | 12.17 | 11.88 | 12.11 | | |

**Exhibit D**

**Selected Analyst Reports: August 1, 2019 through November 18, 2019**

| Date | Open | High | Low | Close | Source | Event |
|---|---|---|---|---|---|---|
| 11/12/19 | 12.02 | 12.23 | 11.95 | 12.01 | KeyBanc: Capital Martkets | MAT's 3Q19 results came in above muted expectations, owing to a culmination of a sales and EBITDA beat, an increase in the FY19 guidance, tariff impacts that were quantified as minimal, and the overdue removal of the whistleblower overhang. That said, 3Q19 sales benefited from a timing shift and the bulk of the guidance increase reflects FY20 savings flowing into FY19. As such, our FY20 outlook remains unchanged as MAT continues to execute its turnaround, though downside risk factors lessen from here. Reiterate Sector Weight rating. <br><br> Tariff Uncertainty Subdued, Whistleblower Overhang Removed. MAT cited minimal tariff disruption, and in fact experienced a 1-2% benefit from direct import orders in the quarter (shift from 4Q19 into 3Q19), though uncertainty into FY20 holiday remains a key risk should tariffs prevail into mid-FY20. While we (and investors) had been bracing for a worse outcome related to the whistleblower matter, this now removes a clear overhang <br> on the stock. We raise our FY19E EBITDA to $415M (from $375M), in line with MAT's updated guidance, though we only slightly increase our FY20E to $490M (from $480M), as the bulk of the EBITDA raise seemingly benefited from a shift in cost savings into FY19 from FY20; our sales outlook remains essentially unchanged. <br><br> Rating: Sector Weight, Price Target: NA <br> (Note: Rating established 08/30/17) |
| 11/13/19 | 11.97 | 12.03 | 11.80 | 11.97 | | |
| 11/14/19 | 11.96 | 12.37 | 11.90 | 12.32 | | |
| 11/15/19 | 12.35 | 12.39 | 11.74 | 11.76 | | |
| 11/18/19 | 11.82 | 11.82 | 11.43 | 11.73 | Jefferies: Equity Research | Debt Restructuring Completed:MAT announced via press release this morning its intent to offer $600M of senior unsecured notes to repay its outstanding $250M 2020 (4.35%) and $350M 2021 (2.35%) notes. In addition, Mattel noted it is looking to extend their ABL maturity for 3 years (currently June 2021). The $600M offering was priced at 5.88%; annual interest expense will increase by ~$16M. Post the deal, MAT will have $1.75B in total debt due in the next 5 years including $250M (2023) and $1.5B (2025). <br><br> Model Adjustments: We made minor tweaks to our model for the updated debt pricing. We had already built in a $15M step-up in interest expense, as we expected the company to refi the $250M and $350M by FY20. Our PT remains $11 based on 11x FY20E EBITDA of $560M; 10-year historical average FY2 EV/EBITDA is 9x. <br><br> Rating: Hold (Unchanged), Price Target: $11.00 (Unchanged) <br> (Note: Rating established 04/11/18, Prior Price Target established 10/30/19) |
| 11/19/19 | 11.76 | 11.80 | 11.64 | 11.69 | | |
| 11/20/19 | 11.61 | 11.72 | 11.43 | 11.57 | | |
| 11/21/19 | 11.55 | 11.63 | 11.43 | 11.43 | | |
| 11/22/19 | 11.53 | 11.81 | 11.47 | 11.67 | | |
| 11/25/19 | 11.68 | 11.87 | 11.68 | 11.74 | | |
| 11/26/19 | 11.72 | 11.76 | 11.54 | 11.62 | | |
| 11/27/19 | 11.66 | 11.86 | 11.59 | 11.81 | | |
| 11/29/19 | 11.80 | 11.87 | 11.69 | 11.70 | | |

## Exhibit E
## Event Study Regressions

1.      My first event study includes the August 8, 2019 and October 29, 2019 disclosures. I use R, a widely used, open-source statistics software program, and report the output below.  I use daily returns for Mattel, Inc.'s ("Mattel") common stock, the S&P 500 index, and Hasbro Inc.'s ("Hasbro") common stock for the period January 3, 2017 through October 30, 2019.[1] The daily returns for the S&P 500 index and Hasbro are used as control variables. This regression model is expressed as:

$$MATRET = (intercept) + \beta_{SPXRET}SPXRET + \beta_{HASRET}HASRET$$

$$+ \beta_{AUG3019}AUG919 + \beta_{OCT3019}OCT3019$$

Where:

MATRET is the daily return on Mattel common stock;

SPXRET is the daily return on the S&P 500 index;

HASRET is the daily return on Hasbro common stock;

AUG919 is a dummy variable equal to 1 for August 9, 2019 and zero otherwise;

OCT3019 is a dummy variable equal to 1 for October 30, 2019 and zero otherwise;

and the individual betas are regression coefficients.

---

[1] Daily return data was obtained from Bloomberg Terminal.

1

2.      The results of this regression are summarized by R as:

```
MODEL INFO:
Observations: 712
Dependent Variable: y
Type: OLS linear regression

MODEL FIT:
F(4,707) = 70.216, p = 0.000
R² = 0.284
Adj. R² = 0.280

Standard errors: OLS
-------------------------------------------------------------------
                         Est.     2.5%    97.5%   t val.        p
-----------------  --------- -------- -------- -------- -------
(Intercept)          -0.128   -0.323    0.067   -1.289   0.198
xSPXRET               0.449    0.194    0.703    3.463   0.001
xHASRET               0.674    0.564    0.784   12.009   0.000
xAUG919             -14.149  -19.334   -8.964   -5.358   0.000
xOCT3019             13.312    8.132   18.493    5.045   0.000
-------------------------------------------------------------------
```



2

3.    My second event study extends the period of analysis through November 15, 2019 rather than October 30, 2019. I again use daily returns for Mattel, Inc.'s ("Mattel") common stock, the S&P 500 index, and Hasbro Inc.'s ("Hasbro") common stock, this time for the period January 3, 2017 through November 15, 2019. This regression model is expressed as:

$$MATRET = (intercept) + \beta_{SPXRET}SPXRET + \beta_{HASRET}HASRET$$

$$+ \beta_{AUG919}AUG919 + \beta_{OCT3019}OCT3019 + \beta_{NOV1319}NOV1319$$

$$+ \beta_{NOV1519}NOV1519$$

Where:

MATRET is the daily return on Mattel common stock;

SPXRET is the daily return on the S&P 500 index;

HASRET is the daily return on Hasbro common stock;

AUG919 is a dummy variable equal to 1 for August 9, 2019 and zero otherwise;

OCT3019 is a dummy variable equal to 1 for October 30, 2019 and zero otherwise;

NOV1319 is a dummy variable equal to 1 for November 13, 2019 and zero otherwise;

NOV1519 is a dummy variable equal to 1 for November 15, 2019 and zero otherwise;

and the individual betas are regression coefficients.

3

**Ex. 1**
**100**

4.    The results of this regression are summarized by R as:



```
MODEL INFO:
Observations: 724
Dependent Variable: y
Type: OLS linear regression

MODEL FIT:
F(6,717) = 47.929, p = 0.000
R² = 0.286
Adj. R² = 0.280

Standard errors: OLS
------------------------------------------------------------------
                          Est.      2.5%    97.5%   t val.        p
------------------- --------- --------- -------- --------- -------
(Intercept)             -0.120    -0.313    0.072   -1.227    0.220
xSPXRET                  0.448     0.196    0.701    3.486    0.001
xHASRET                  0.674     0.565    0.783   12.106    0.000
xAUG919                -14.157   -19.315   -8.998   -5.388    0.000
xOCT3019                13.305     8.150   18.459    5.068    0.000
xNOV1319                 0.039    -5.115    5.193    0.015    0.988
xNOV1519                -4.835    -9.992    0.322   -1.841    0.066
------------------------------------------------------------------
```



4

5.    I then perform two regressions to determine the correlation of Mattel to the companies comprising the S&P1500 Leisure Products index ("S&P1500 LP") used by Professor Kothari to represent the industry portfolio in his event study regressions.  During the alleged class period, August 2, 2017 through August 8, 2019, the S&P1500 LP consisted of the eight companies: Brunswick Corporation; Callaway Golf Company; Hasbro; Mattel; Nautilus, Inc.; Polaris, Inc.; Sturm, Ruger & Company, Inc.; and Vista Outdoor, Inc.[2] Nautilus, Inc. was removed from the S&P1500 LP on September 23, 2019, but the other companies remained in the index through October 30, 2019. I keep Nautilus in my data set for the two regressions.

6.    These two regressions analyze the correlation of the daily returns on Mattel's common stock to the daily returns on the common stock of each company within the S&P1500LP and the S&P 500 index during the periods: (a) August 2, 2017 through August 9, 2019, with the daily return for August 9, 2019 treated as a dummy variable and (b) January 3, 2017 through October 30, 2019, with the daily returns for August 9, 2019 and October 30, 2019 treated as dummy variables.

---

[2] Brunswick Corporation is "the world's leader in recreational boats, marine engines and marine parts and accessories" (https://www.brunswick.com/our-company/our-history, accessed on July 3, 2021); "Callaway Golf Company (NYSE: ELY) is an unrivaled tech-enabled golf company delivering leading golf equipment, apparel and entertainment, with a portfolio of global brands including Callaway Golf, Topgolf, Odyssey, OGIO, TravisMathew and Jack Wolfskin" (https://callawaygolf.gcs-web.com/, accessed on July 3, 2021); "Hasbro (NASDAQ: HAS) is a global play and entertainment company committed to making the world a better place for all children, fans and families" (https://hasbro.gcs-web.com/, accessed on July 3, 2021); "Mattel is a leading global toy company and owner of one of the strongest catalogs of children's and family entertainment franchises in the world" (https://corporate.mattel.com/en-us/about, accessed on July 3, 2021); "Nautilus, Inc. is a leader in digitally connected fitness solutions for the home" (https://www.nautilusinc.com/brands/, accessed on July 3, 2021); Polaris, Inc. is a "global leader with more than 30 brands and multiple services responsible for the company's growth into a major influencer on powersports and beyond" including snowmobiles, ATVs, and 3-wheel moto-roadsters (https://www.polaris.com/en-us/about/, accessed on July 3, 2021); "Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market" (https://www.ruger.com/, accessed on July 3, 2021); and "Vista Outdoor Inc. is a leading global designer, manufacturer and marketer of consumer products in the outdoor sports and recreation markets" including "ammunition, primers, components and related equipment products" for "sport-shooting enthusiasts, devoted hunters, federal and local law enforcement agencies, and the military" and "personal hydration solutions, outdoor cooking solutions, optics and accessories including products such as binoculars, laser rangefinders, hydration systems, action sports helmets and goggles, footwear and cycling accessories, ebikes, speakers and golf rangefinders" (https://vistaoutdoor.com/corporate-overview/, accessed on July 3, 2021).

5

7.    The regression model for the period August 2, 2017 through August 9, 2019 is expressed as:

$$MATRET = (intercept) + \beta_{SPXRET}SPXRET + \beta_{HASRET}HASRET + \beta_{BCRET}BCRET$$

$$+ \beta_{ELYRET}ELYRET + \beta_{NLSRET}NLSRET + \beta_{PIIRET}PIIRET$$

$$+ \beta_{RGRRET}RGRRET + \beta_{VSTORET}VSTORET + \beta_{AUG919}AUG919$$

Where:

MATRET is the daily return on Mattel common stock;

SPXRET is the daily return on the S&P 500 index;

HASRET is the daily return on Hasbro common stock;

BCRET is the daily return on Brunswick common stock;

ELYRET is the daily return on Callaway common stock;

PIIRET is the daily return on Polaris common stock;

RGRRET is the daily return on Sturm, Ruger common stock;

VSTORET is the daily return on Vista Outdoor common stock;

AUG919 is a dummy variable equal to 1 for August 9, 2019 and zero otherwise;

and the individual betas are regression coefficients.

6

**Ex. 1**

**103**

8.    The results of the regression are summarized by R as:



```
MODEL INFO:
Observations: 509
Dependent Variable: y
Type: OLS linear regression

MODEL FIT:
F(9,499) = 21.676, p = 0.000
R² = 0.281
Adj. R² = 0.268

Standard errors: OLS
-------------------------------------------------------------------
                      Est.      2.5%     97.5%    t val.         p
-------------------------------------------------------------------
(Intercept)         -0.054    -0.298     0.190    -0.435     0.664
xSPXRET              0.165    -0.184     0.514     0.930     0.353
xHASRET              0.729     0.578     0.879     9.490     0.000
xBCRET               0.094    -0.059     0.246     1.207     0.228
xELYRET              0.031    -0.107     0.169     0.438     0.662
xNLSRET              0.037    -0.028     0.101     1.118     0.264
xPIIRET              0.057    -0.072     0.187     0.868     0.386
xRGRRET              0.000    -0.124     0.124     0.002     0.998
xVSTORET             0.007    -0.078     0.092     0.154     0.877
xAUG919            -14.137   -19.767    -8.506    -4.933     0.000
-------------------------------------------------------------------
```



7

9. The regression model for the period January 3, 2017 through October 30, 2019 is expressed as:

$$MATRET = (intercept) + \beta_{SPXRET}SPXRET + \beta_{HASRET}HASRET + \beta_{BCRET}BCRET$$

$$+ \beta_{ELYRET}ELYRET + \beta_{NLSRET}NLSRET + \beta_{PIIRET}PIIRET$$

$$+ \beta_{RGRRET}RGRRET + \beta_{VSTORET}VSTORET + \beta_{AUG919}AUG919$$

Where:

MATRET is the daily return on Mattel common stock;

SPXRET is the daily return on the S&P 500 index;

HASRET is the daily return on Hasbro common stock;

BCRET is the daily return on Brunswick common stock;

ELYRET is the daily return on Callaway common stock;

PIIRET is the daily return on Polaris common stock;

RGRRET is the daily return on Sturm, Ruger common stock;

VSTORET is the daily return on Vista Outdoor common stock;

AUG919 is a dummy variable equal to 1 for August 9, 2019 and zero otherwise;

OCT3019 is a dummy variable equal to 1 for October 30, 2019 and zero otherwise;

and the individual betas are regression coefficients.

8

10.    The results of the regression are summarized by R as:

```
MODEL INFO:
Observations: 712
Dependent Variable: y
Type: OLS linear regression

MODEL FIT:
F(10,701) = 29.710, p = 0.000
R² = 0.298
Adj. R² = 0.288

Standard errors: OLS
---------------------------------------------------------------
                        Est.     2.5%    97.5%   t val.        p
---------------- --------- -------- -------- -------- -------
(Intercept)           -0.115   -0.310    0.079   -1.163    0.245
xSPXRET                0.174   -0.131    0.479    1.122    0.262
xHASRET                0.643    0.532    0.754   11.344    0.000
xBCRET                 0.071   -0.058    0.200    1.083    0.279
xELYRET                0.055   -0.060    0.169    0.934    0.351
xNLSRET                0.024   -0.025    0.073    0.957    0.339
xPIIRET                0.102   -0.003    0.208    1.899    0.058
xRGRRET                0.002   -0.102    0.105    0.031    0.975
xVSTORET               0.026   -0.042    0.094    0.758    0.449
xAUG919              -14.283  -19.574   -8.993   -5.301    0.000
xOCT3019              13.583    8.418   18.748    5.164    0.000
---------------------------------------------------------------
```



**Ex. 1**

**106**

R CODE:

The R Code for the regressions:

```
[load data]
library(jtools)
library(broom)
library(broom.mixed)
library(ggstance)
y <- cbind([dependent])
x <- cbind([independent variables, comma separated])
OLS <- lm(y~x)
summary(OLS)
summ(OLS, confint = TRUE, digits = 3)
plot_summs(OLS)
```

10

**Ex. 1**
**107**