THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
D. SCOTT CARLTON (SB# 239151)
scottcarlton@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendant
JOSHUA ABRAHAMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Mattel, Inc. Securities Litigation | Case No. 2:19-CV-10860-MCS (PLA)<br><br>**DEFENDANT JOSHUA ABRAHAMS'S JOINDER TO MATTEL'S AND PWC'S OPPOSITIONS TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:    Mark C. Scarsi<br><br>Hearing Date:    September 20, 2021<br>Hearing Time:    9:00 a.m.<br>Courtroom:        7C<br><br>Trial Date:  None Set |

On April 30, 2021, Plaintiffs moved the Court to certify a class of investors who purchased Mattel, Inc.'s common stock from August 2, 2018 to August 8, 2019 inclusive, and who were purportedly damaged thereby.  *See* ECF No. 90 at 6. Defendant Joshua Abrahams, by and through his attorneys of record, Paul Hastings LLP, hereby joins in both defendant Mattel, Inc.'s Opposition to Plaintiffs' Motion for Class Certification ("Mattel's Opposition") and defendant PricewaterhouseCoopers LLP's Opposition to Plaintiffs' Motion for Class Certification ("PwC's Opposition").  Mr. Abrahams concurs in the arguments set forth in both Mattel's Opposition and PwC's Opposition, and adopts and incorporates them in full.

DATED:  July 12, 2021

Respectfully submitted,

PAUL HASTINGS LLP

By: /s/ *D. Scott Carlton*

    D. SCOTT CARLTON

Attorneys for Defendant
JOSHUA ABRAHAMS

PAUL HASTINGS LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

DEFENDANT JOSHUA ABRAHAMS'S JOINDER TO MATTEL'S AND PWC'S OPPOSITIONS TO PLAINTIFFS' MOTION FOR CLASS CERT. – CASE NO. 2:19-CV-10860-AB-PLA