Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448

*Lead Counsel for Lead Plaintiffs and the Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM PRICEWATERHOUSECOOPERS LLP** <br><br> Date: August 11, 2021 <br> Time: 10:00 a.m. <br> Ctrm: 780, 7th Floor <br><br> Discovery Cutoff: December 3, 2021 <br> Pretrial Conf.: Not Set <br> Trial Date: Not Set <br><br> The Honorable Paul L. Abrams <br><br> **DISCOVERY MATTER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 11, 2021 at 10:00 a.m. or at the Court's earliest convenience, before the Honorable Paul L. Abrams, Chief Magistrate Judge, Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA, 90012, Courtroom 780, 7th Floor, Court-appointed Lead Plaintiffs DeKalb County Employees Retirement Plan and New Orleans Employees' Retirement System will, and hereby do, respectfully move this Court for an order compelling Defendant PricewaterhouseCoopers LLP ("PwC") to: (i) search for and produce documents dated between May 2017 and July 31, 2017 that are responsive to Plaintiffs' document requests ; (ii) search for and produce emails and quarterly workpapers dated between March 2, 2018 and August 2019; and (iii) supplement its responses to Plaintiffs' Interrogatory No. 4 by providing the requested information about its oral presentations to the Securities Exchange Commission and Department of Justice concerning the fraud at issue.

The motion is supported by the following Joint Stipulation detailing the parties' respective positions, including the accompanying Declaration of John Rizio-Hamilton in Support of Joint Stipulation Regarding Plaintiffs' Motion to Compel Discovery from PricewaterhouseCoopers LLP and all exhibits attached thereto. This motion is made following conferences of counsel pursuant to Local Rules 7-3 and 37-1, including on April 30, 2021; May 21, 2021; and June 7, 2021.

| | | |
|---|---|---|
| 1 | Dated: July 16, 2021 | Respectfully submitted, |
| 2 | | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 3 | | |
| 4 | | */s/ John Rizio-Hamilton*<br>Jonathan D. Uslaner (Bar No. 256898) |
| 5 | | jonathanu@blbglaw.com<br>Lauren M. Cruz (Bar No. 299964) |
| 6 | | lauren.cruz@blbglaw.com<br>2121 Avenue of the Stars, Suite 2575 |
| 7 | | Los Angeles, CA 90067<br>Tel: (370) 819-3480 |
| 8 | | |
| 9 | | John Rizio-Hamilton (admitted *pro hac vice*) |
| 10 | | johnr@blbglaw.com<br>Matthew Traylor (admitted *pro hac vice*) |
| 11 | | matthew.traylor@blbglaw.com<br>1251 Avenue of the Americas |
| 12 | | New York, New York 10020<br>Telephone: (212) 554-1400 |
| 13 | | Facsimile: (212) 554-1444 |