Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448

*Lead Counsel for Lead Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx) <br><br> **DECLARATION OF JOHN RIZIO-HAMILTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM PRICEWATERHOUSECOOPERS LLP** <br><br> Date: August 11, 2021 <br> Time: 10:00 a.m. <br> Ctrm: 780, 7th Floor <br><br> Discovery Cutoff: December 3, 2021 <br> Pretrial Conf.: Not Set <br> Trial Date: Not Set <br><br> The Honorable Paul L. Abrams <br><br> **DISCOVERY MATTER** |

I, JOHN RIZIO-HAMILTON, declare as follows:

1. I am an attorney licensed to practice law in the State of New York. I am a partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"). BLB&G serves as counsel for Lead Plaintiffs DeKalb County Employees Retirement Plan and New Orleans Employees' Retirement System (together, "Plaintiffs"), and Lead Counsel in the above-captioned action (the "Action"). I have personal knowledge of the following facts and, if called as a witness, could and would testify competently to them.

2. Attached as **Exhibit 1** is a true and correct copy of the Court's Order Setting Dates, dated March 12, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' First Request for the Production of Documents Directed to PricewaterhouseCoopers and Joshua Abrahams, dated February 12, 2021.

4. Attached as **Exhibit 3** is a true and correct copy of Defendant PricewaterhouseCoopers LLP's Responses and Objections to Plaintiffs' First Request for the Production of Documents, dated April 14, 2021.

5. Attached as **Exhibit 4** is a true and correct copy of the Amended Class Action Complaint for Violations of the Federal Securities Laws, dated May 29, 2020.

6. Attached as **Exhibit 5** is a true and correct copy of a document produced in this Action with the bates stamp, PWC_00271_SEC_00000011 – PWC_00271_SEC_00000013. **[Filed under Seal pursuant to the Stipulated Protective Order entered by the Court in this action on April 30, 2021 (ECF No. 89) ("Protective Order") and Local Rule 79-5.]**

7. Attached as **Exhibit 6** is a true and correct copy of the First Supplemental Responses and Objections of Defendants Mattel, Inc., Margaret Georgiadis, Joseph Euteneuer, and Kevin Farr to Plaintiffs' First Set of Interrogatories Directed to All Defendants, dated June 3, 2021.

8. Attached as **Exhibit 7** is a true and correct copy of a document produced in this Action with the bates stamp, PWC_00271_SEC_00132062 – PWC_00271_SEC_00132064. **[Filed under Seal pursuant to the Protective Order and Local Rule 79-5.]**

9. Attached as **Exhibit 8** is a true and correct copy of the Order Denying Motions to Dismiss and Granting Leave to File Surreply [39-41, 67], dated January 26, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 16, 2021, in New York, NY.

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton