# Exhibit 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re Mattel Inc Securities Litigation

Case No. CV 19-10860 MCS (PLAx)

**ORDER SETTING DATES**

The Court has reviewed the parties' Joint Rule 26(f) Report and sets the dates below. Any proposed changes to the discovery rules set forth in the Federal Rules of Civil Procedure are to be heard before the magistrate judge. The Court will set additional dates, including pretrial and trial dates, after a ruling on class certification has been issued.

| Event | Date |
| --- | --- |
| Non-Expert Discovery Cut-Off | December 3, 2021 |
| Expert Disclosure (Initial) | December 22, 2021 |
| Expert Disclosure (Rebuttal) | February 3, 2022 |

1

| | |
|---|---|
| Expert Discovery Cut-Off | March 14, 2022 |
| Deadline to File a Motion for Class Certification | April 30, 2021 |
| Deadline to File an Opposition to the Motion for Class Certification | July 12, 2021 |
| Deadline to File a Reply | August 23, 2021 |
| Hearing Date on Motion for Class Certification | September 20, 2021 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: March 12, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE