# Exhibit 6

JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
LAUREN C. BARNETT (SBN 304301)
lauren.barnett@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for MATTEL, INC.,
MARGARET H. GEORGIADIS,
JOSEPH J. EUTENEUER,
and KEVIN FARR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTEL, INC.<br>SECURITIES LITIGATION | Case No. 19-CV-10860-MCS (PLAx)<br><br>**FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS OF DEFENDANTS MATTEL, INC., MARGARET GEORGIADIS, JOSEPH EUTENEUER, AND KEVIN FARR TO PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO ALL DEFENDANTS** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendants Mattel, Inc., Margaret Georgiadis, Joseph Euteneuer, and Kevin Farr (collectively "the Mattel Defendants") hereby supplement certain of their May 6, 2021 responses and objections (the "Prior Responses") to the First Set of Interrogatories Directed to All Defendants ("Plaintiffs' Interrogatories").

## SUPPLEMENTAL RESPONSES TO INTERROGATORIES

The following supplemental responses to Plaintiffs' Interrogatories expressly incorporate the Mattel Defendants' Prior Responses, including all objections raised generally or specifically. By providing these supplemental responses, the Mattel Defendants do not intend in any way to waive any objections previously asserted, or supersede any previous response made to Plaintiffs' Interrogatories.

-1-

**INTERROGATORY NO. 1:**

Identify who is, or who You have believed or opined is or may be, the Whistleblower(s).

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

The Mattel Defendants supplement their prior response as follows: the Mattel Defendants have no opinions or beliefs regarding the identity of the Whistleblower.

**INTERROGATORY NO. 2:**

Identify any communications, public relations or crisis management Firm(s) that You used or retained to provide advice or assistance Concerning Communications or statements to investors or the public, including Concerning Mattel's Internal Controls, the Whistleblower, the Whistleblower Letter, Mattel's financial statements, the investigation by Mattel's Audit Committee, or the Restatement.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

The Mattel Defendants supplement their prior response as follows: the Mattel Defendants direct Plaintiffs to certain documents previously produced to Plaintiffs. *See* MATTEL0071322-23.

**INTERROGATORY NO. 3:**

Identify the Persons upon whom You are asserting that You relied in Your Reliance Affirmative Defenses.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

The Mattel Defendants supplement their prior response as follows: PricewaterhouseCoopers staff and partners, including Joshua Abrahams, Chip Lightfoot, and John Brierley.

1  Dated:  June 3, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By:  _____/s/ Lauren C. Barnett_____
         LAUREN C. BARNETT; BRIAN R.
                  BOESSENECKER

Attorneys for MATTEL, INC., MARGARET H.
GEORGIADIS, JOSEPH J. EUTENEUER,
and KEVIN FARR

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document has been served via electronic mail on June 3, 2021, on counsel of record for Plaintiffs and the other Defendants. I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 3, 2021                         */s/ Brian R. Boessenecker*
                                             Brian R. Boessenecker

1

## <u>VERIFICATION</u>

2      I,  Michael Orroth, am Senior Vice President of Global Product Development and Innovation

3  of Mattel Inc.     The  contents  of  the  **FIRST  SUPPLEMENTAL  RESPONSES  AND**

4  **OBJECTIONS OF DEFENDANTS MATTEL, INC., MARGARET GEORGIADIS, JOSEPH**

5  **EUTENEUER,    AND    KEVIN    FARR    TO    PLAINTIFFS'    FIRST    SET    OF**

6  **INTERROGATORIES DIRECTED TO ALL DEFENDANTS** are accurate as of this time to the

7  best of my knowledge, information and belief.  To the extent that certain factual matters stated in

8  the  **FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS OF DEFENDANTS**

9  **MATTEL,  INC.,  MARGARET  GEORGIADIS,  JOSEPH  EUTENEUER,  AND  KEVIN**

10  **FARR TO PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO ALL**

11  **DEFENDANTS** are not within my personal knowledge, the information has been assembled by

12  authorized representatives or employees of Mattel, Inc.  As to any such matters, I am informed and

13
believe them to be true and correct based on information and belief.  I declare under penalty of

14
perjury under the laws of the United States of America that the foregoing is true and correct.

15
16      Executed on June <u>1,</u> 2021 at Manhattan Beach, CA.

17

18

19

20

21      *Michael Orroth*
Michael Orroth

22

23

24

25

26

27

28

-5-