# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx) |
| | **ORDER APPROVING STIPULATION FOR CONSOLIDATED REPLY BRIEF IN SUPPORT OF CLASS-CERTIFICATION MOTION** |

UPON STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that:

Lead Plaintiffs DeKalb County Employees Retirement Plan and New Orleans Employees' Retirement System may file a consolidated reply brief not to exceed 20 pages in support of their motion for class certification.

**IT IS SO ORDERED.**

Dated: August 10, 2021

The Honorable Mark C. Scarsi
United States District Court Judge

- 1 -