# Exhibit A

REDACTED VERSION OF DOCUMENT PROPOSED TO BE

FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| |
|---|
| IN RE Mattel Inc. Securities Litigation |
| **Case No. 19-CV-10860-MCS (PLAx)** |

## REPLY REPORT OF PROFESSOR S.P. KOTHARI

Professor S.P. Kothari
MIT Sloan School of Management
100 Main Street, E62-662
Cambridge, MA 02142

Exhibit A

Page 2

TABLE OF CONTENTS

**Page**

**I. RULE 26 EXPERT DISCLOSURES AND MATERIALS CONSIDERED.............1**

**II. ASSIGNMENT AND SUMMARY OF CONCLUSIONS......................................... 1**

**III. EMPIRICAL ANALYSIS OF THE AUGUST 8 AND OCTOBER 29, 2019 DISCLOSURES DEMONSTRATES PRICE IMPACT .................................................3**

**IV. ADDITIONAL QUALITATIVE AND QUANTITATIVE ANALYSIS CONFIRMS THAT THE ALLEGED MISREPRESENTATIONS WERE MATERIAL AND IMPACTED MATTEL'S STOCK PRICE....................................25**

## I.     RULE 26 EXPERT DISCLOSURES AND MATERIALS CONSIDERED

1.     I, S.P. Kothari, am the Gordon Y Billard Professor of Accounting and Finance at the Sloan School of Management of Massachusetts Institute of Technology ("MIT"). I previously provided an expert report in this matter on April 30, 2021. My curriculum vitae and expert testimony over the last four years are provided in my previous report.

2.     The documents that I have considered in this report, not already cited in my previous report, are listed in Appendix A.

3.     I bill at my customary rate of $1,300 per hour for my work on this matter, and the rates of those working under my supervision and direction range from $175 to $1,050. I have no financial interest in the outcome of this litigation. Payment for my work and those working under my supervision and direction on this matter is not contingent on the opinions I express or the outcome of this matter.

## II.    ASSIGNMENT AND SUMMARY OF CONCLUSIONS

4.     I have been retained by counsel for Lead Plaintiffs to provide expert testimony in response to the expert report provided by Dr. J.B. Heaton, dated July 12, 2021 ("The Heaton Report"). The Heaton Report concludes that the alleged misrepresentations made by Mattel did not impact Mattel's stock price.[1]  His conclusion is based on two set of analyses in his report:

- A quantitative and qualitative fundamental analysis of the accounting errors, related restatements of those accounting errors, and the related internal control weaknesses, and

- A quantitative analysis of the market evidence examining whether the alleged misrepresentations involve expected future cash flows and whether the alleged misrepresentations impacted Mattel's stock price.

5.     In response to the analyses contained in the Heaton Report, I have performed my own economic and statistical analyses to form an opinion on whether the alleged misrepresentations impacted Mattel's stock price.

6.     I form the following opinions in response to the Heaton Report.

a.     Empirical analysis shows that, after controlling for confounding news, the disclosures on August 8 and October 29, 2019 caused a net statistically significant decline in Mattel's stock price, which demonstrates that Defendants' alleged misrepresentations impacted Mattel's stock price.

---

[1] See paragraph 2 of the Heaton Report, July 12, 2021.

b. A qualitative review of the actions taken by Mattel's management and analysts' reactions is consistent with the conclusion of price impact.

c. My conclusion that the alleged misrepresentations were material and impacted Mattel's stock price is also consistent with findings in the academic literature, which provide evidence that such misrepresentations result in a decrease in expected cash flows and an increase in the discount rate, both of which should reduce Mattel's stock price.

7. My report is structured in two sections. First, I investigate the price impact evidence provided by Dr. Heaton, which focuses mainly on stock price movements for Mattel and its competitor, Hasbro. In my opinion, Dr. Heaton's market reaction analysis commits a fatal flaw by not properly accounting for the impact of confounding news disclosed by Mattel on October 29, 2019 as well as bad news disclosed by Hasbro on October 22, 2019. This flaw results in a misestimated effect of the disclosures on Mattel's stock price. Once I properly account for the confounding news, clear evidence of price impact due to Mattel's disclosures emerges.

8. Second, I investigate whether, conceptually, the alleged misrepresentations were material and impacted Mattel's share price.  Based on my review of the scientific literature on the accounting for deferred taxes, internal control weaknesses, and related restatements, the evidence clearly supports Plaintiffs' assertions that the alleged misrepresentations were material and, if revealed, were likely to impact the stock price of Mattel.

9. The key conceptual distinction between the arguments in the Heaton Report and my analysis in this section of my report is that I explain why non-cash accounting charges such as valuation allowances and disclosures of the presence of internal control deficiencies and restatements affect investors' expectations of *future* cash flows and discount rates, even if these are non-cash charges/disclosures that do not affect *current* cash flow.

10. This report represents my current opinions based on the materials I have reviewed and analyzed to date. If additional relevant material or information comes to my attention, I reserve the right to revise or supplement this report. I also reserve the right to respond to the opinions of other expert witnesses in this matter and to modify or supplement my opinions accordingly.

11. The remainder of my report develops the arguments and analyses in support of these opinions.

### III.    EMPIRICAL ANALYSIS OF THE AUGUST 8 AND OCTOBER 29, 2019 DISCLOSURES DEMONSTRATES PRICE IMPACT

12.    Dr. Heaton's Report uses stock price data to opine on whether the August 8 and October 29 disclosures affected Mattel's stock price. Dr. Heaton concludes:

"Mattel's stock price was essentially unchanged between August 8, 2019 – the end of the putative class period and last day on which Mattel's stock price allegedly was artificially inflated – and October 30, 2019, the first trading day after a fully corrective disclosure. This is true whether we examine the stock price on its own or, using an event study, after controlling for market and industry price movements."[2]

13.    As I elaborate below, the empirical analysis in the Heaton Report suffers from three flaws. First, the raw stock price data used in the Heaton Report (and confirmed in my analysis below) shows a stock price decline for Mattel of $1.415, or 10.5%, from a closing price of $13.43 on August 8, 2019, which is prior to the disclosure of the whistleblower letter, to a closing stock price of $12.015 on October 30, 2019.[3] This simple fact contradicts the statement that "Mattel's stock price was essentially unchanged"[4] and it is consistent with my opinion that Mattel's stock price was impacted by the alleged misrepresentations.

14.    Second, the Heaton Report makes no attempt to control for the confounding good news disclosed by Mattel on October 29, 2019. Rather, Dr. Heaton dismisses this crucial issue by stating:

"…attempting to use this methodology to demonstrate a detectable price impact from the alleged misrepresentations based on Mattel's stock price movement on October 30, 2019 may be futile because Mattel also released earnings on October 29, 2019. Financial economists have long recognized that there is no fully reliable, mathematically precise way to decompose a single-firm stock-price return into components related to different news."[5]

15.    As I discuss below, for decades the academic literature has used econometric techniques such as (i) event studies to isolate firm-specific news and (ii) price-earnings regressions to attribute a portion of the observed firm-specific stock price variation on an event date, e.g., an earnings announcement, to earnings news.

---

[2] See paragraph 72 of the Heaton Report, July 12, 2021.

[3] The daily closing prices are obtained from CRSP.

[4] See paragraph 72 of the Heaton Report, July 12, 2021.

[5] See paragraph 85 of the Heaton Report, July 12, 2021.

16. Such an analysis is critical in this matter because Mattel disclosed positive news after the market closed on October 29, 2019, which accounts for at least a substantial portion of the stock price increase on October 30. In particular, Mattel's earnings exceeded analysts' consensus expectations by $0.09 ($0.26 actual EPS minus $0.17 the latest median analyst forecast according to I/B/E/S) – or more than 50%.[6] Mattel also provided the market with new guidance estimates, suggesting that future revenues, gross margins, EBITDA, cash flows and earnings were likely to be greater than the market's expectations. Mattel also announced that they expected 2019 cash flow from operations to be positive for the first time in three years.

17. Using established event study methodologies in the academic literature, I show that while the net abnormal stock price movement in Mattel's stock price on August 9, 2019 and October 30, 2019 equals -$0.51, the net abnormal stock price decline on these dates that is attributable to the revelation of the alleged misrepresentations equals -$1.46. This decrease is statistically significant at a confidence level of 99%, and it strengthens my conclusion that Mattel's stock price was impacted by the alleged misrepresentations.

18. The third flaw in Dr. Heaton's empirical analysis relates to the stock price comparison between Mattel's and Hasbro's (Mattel's closest competitor) stock. This analysis not only fails to control for confounding positive earnings news disclosed by Mattel on October 29, 2019 (the issue raised above), but it also fails to control for the confounding negative news disclosed by Hasbro on October 22, 2019. As such, this analysis is an "apples to oranges" comparison because it compares an overstated stock price for Mattel to an understated stock price for Hasbro.

19. Specifically, Hasbro's stock price dropped by $20.14 following Hasbro's announcement of its 2019 Q3 revenue and EPS, both of which missed the market's expectations.[7] This is a 16.76% price drop from a closing price of $120.16 on October 21, 2019 to a closing price of $100.02 on October 22, 2019. For the purpose of comparing Hasbro's stock price performance to Mattel's, the price drop for Hasbro that is driven by firm-specific earnings news and unrelated to the issues in this matter should not be included in this analysis (nor should the firm-specific good news disclosed by Mattel on October 29, 2019). Once I adjust for these two confounding news events, I find a differential return of 14% between Mattel's and Hasbro's stock prices from August 9, 2019 to October 30, 2019.

---

[6] In our analyses we use the median analyst forecast of $0.17 because it is more commonly used in the literature. We could also use the mean forecast which was $0.16 and often quoted in media articles. If I used the mean analyst expectation the market response due to confounding news would be even larger, and inference of price impact due to the alleged misrepresentations would be stronger.

[7] See "Hasbro Reports Third Quarter 2019 Financial Results," Business Wire, October 22, 2019.

20.   Overall, the inferences from my three analyses relying on (i) Mattel's stock price drop from August 8, 2019 to October 30, 2019, (ii) an event study on August 9, 2019 and October 30, 2019 that considers Mattel's disclosure of favorable earnings news on October 29, 2019, as well as (iii) a peer stock price comparison between Mattel and Hasbro that considers confounding news, are consistent with my opinion that the alleged misrepresentations negatively impacted Mattel's stock price.

21.   I elaborate on these points below. In addition, I reply to a methodological criticism raised by Dr. Heaton in his report and show that it has no merit and does not affect my conclusions.

## A.   Disclosure event dates at issue

### A.1   The disclosure on August 8, 2019

22.   On August 8, 2019, Mattel filed a Form 8-K with the SEC disclosing that it had received an anonymous whistleblower letter and that it would initiate an investigation. In addition, Mattel announced that as a result of the receipt of the whistleblower letter it would cancel its bond offering scheduled for the same day. Specifically, Mattel stated that:

> "On August 6, 2019, Mattel, Inc. (the "Company") was made aware of an anonymous whistleblower letter. To provide the Company with an opportunity to investigate the matters set forth in the letter, the offering of the Company's 6.00% Senior Notes due 2027 that was scheduled to close on August 8, 2019 has been terminated. The Company intends to refinance its 4.350% Senior Notes due October 2020 prior to maturity."[8]

23.   Although the disclosure on August 8, 2019 did not provide further details on the whistleblower letter, Mattel's management team expected the disclosure to trigger a significant stock price reaction. [redacted].[9]

24.   In my market efficiency report, I document a statistically significant abnormal return of -14.54% on August 9, 2019 (the first trading day after Mattel's August 8, 2019 disclosure) consistent with Mr. Steininger's expectation of a sharp stock price decline.

---

[8] See Mattel's August 8, 2019 8-K, Item 7.01 Regulation FD Disclosure.
[9] [redacted]

Exhibit A
Page 8

25.  Analysts also expressed concern in their reports following Mattel's August 8, 2019 disclosures. For example, UBS reached out to Mattel's management and received a message that "terminating the deal may not necessarily be indicative of the materiality of the potential issue." However, the analyst noted in the report that:

> "[w]e however believe for Mattel management and the company's bankers to make a decision to pull out of the bond market, *the issue at hand must have been important*. Depending on the outcome, should Mattel decide to proceed with a similar sized bond offering, we believe it could be more costly for them to get the deal done when they come back to market (assuming no change in Fed rate)."[10] (emphasis added)

26.  Dr. Heaton argues the disclosure on August 8, 2019 was not "corrective" because it did not provide information about the alleged misrepresentations. Rather, Dr. Heaton argues that the "The August 8, 2019 announcement provided no detail regarding the contents of the whistleblower letter; it disclosed only the existence of the letter. This caused market participants to speculate regarding the contents of the whistleblower letter and Mattel's stock price reaction reflected that speculation."[11] In addition, Dr. Heaton argues that "… when the market learned the actual nature of the alleged misrepresentations at issue here nearly three months later – on October 29, 2019 – this uncertainty lifted, and the price of Mattel stock rallied."[12]

27.  It is important to note that, if Dr. Heaton were right that the stock price decline on August 9, 2019 was unrelated to the issues in this case and instead was due to speculation about something else (e.g., a product recall as illustrated by Dr. Heaton)[13], then the stock price would have rebounded on October 30, 2019 to the pre-disclosure level to reflect the resolution of the uncertainty once this speculation did not pan out (that is, that it was not a product recall). As I discuss in Section III.B below, when I examine the abnormal price movements on August 9, 2019 and October 30, 2019, I find that Mattel's stock price does not return to the pre-disclosure level. Rather, my evidence shows that, after controlling for confounding news, there is clear evidence of a statistically significant decline in Mattel's stock price.

### A.2    The disclosure on October 29, 2019

---

[10] "Mattel Inc: Thoughts on Bond Termination," UBS, August 9, 2019.

[11] See paragraph 76 of the Heaton Report, July 12, 2021.

[12] See paragraph 79 of the Heaton Report, July 12, 2021.

[13] See paragraph 77 of the Heaton Report, July 12, 2021.

28.   On October 29, 2019, after the close of the market, Mattel announced (i) the results of its operations (4:05 pm)[14], (ii) the results of the whistleblower investigation (4:06 pm)[15] and (iii) the departure of the CFO (4:07 pm).[16]

29.   For the purpose of isolating the effect of the alleged misrepresentations in this case, I consider Mattel's results of its operations to be confounding good news (i.e., unrelated to the issues in this case), whereas the results of the investigation and the termination of the CFO are directly related to the alleged misrepresentations in this case. As such, my analysis in this section nets out the estimated price increase due to the confounding good news from the total price change on October 30, 2019.

### A.2.1   Mattel's positive earnings news

30.   With respect to Mattel's positive earnings news, Mattel's earnings on October 29, 2019 exceeded the market's expectations by $0.09 per share (actual earnings of $0.26 per share minus analyst's expectations of $0.17 per share). This translates into $0.09 of unexpected earnings.  My analysis uses Mattel's positive earnings news, and considers investors' historical reactions to Mattel's unexpected earnings to estimate the expected stock price impact of this earnings beat.

31.   In addition to the better-than-expected earnings, Mattel provided positive information regarding its cost cutting program. During the conference call held on October 29, 2019, Joseph J. Euteneuer, CFO of Mattel, introduced that: "we have already achieved $826 million of Structural Simplification run-rate savings, exceeding our target of $650 million -- well ahead of schedule. And we expect to achieve more than $854 million of run-rate savings by the end of 2019... As a result, we expect to benefit from $303 million of realized Structural Simplification savings this year, of which $272 million will benefit adjusted EBITDA."[17]

32.   Importantly, Mattel highlighted that 1–2% of the 3% sales growth benefited from direct import sales. In the opening remarks at the earnings call on October 29, 2019, Mattel's CFO Joseph Euteneuer commented "[w]e believe growth in direct imports reflects retailers' confidence in our product innovation and service levels, as well as their improved visibility into the retail environment post Toys "R" Us."[18] The market was relieved by

---

[14] See "Mattel Reports Third Quarter 2019 Financial Results," Business Wire, October 29, 2019.

[15] See "Mattel Completes Internal Investigation of Whistleblower Letter and Announces Remedial Actions," Business Wire, October 29, 2019.

[16] See "Mattel Announces CFO Transition Plan," Business Wire, October 29, 2019.

[17] See "Q3 2019 Mattel Inc Earnings Call," Thomson Reuters StreetEvents, October 29, 2019.

[18] See "Q3 2019 Mattel Inc Earnings Call," Thomson Reuters StreetEvents, October 29, 2019.

Mattel's increased direct import revenue, especially after the disappointing earnings announcement of Hasbro on October 22, 2019.[19]

33.    Many media articles noted that Mattel's share price jumped after it announced the favorable earnings news. For example:

> ""Barbie, K-pop's BTS power Mattel's surprise revenue rise; shares jump…. Mattel Inc reported a surprise jump in quarterly revenue on Tuesday…The U.S. toymaker's shares rose nearly 20% in extended trading." (Reuters News, October 29, 2019)[20]

> "Mattel shares surge 20% on big revenue, earnings beat….Shares of the toy maker … surged 20% in after-hours trading Tuesday after it reported third-quarter results that breezed past Wall Street analysts' estimates." (MarketWatch, October 29, 2019)[21]

> "Mattel Stock Is Soaring After Earnings. Wall Street Still Has Doubts….Mattel stock was soaring on Wednesday, a day after the toymaker's upbeat third-quarter earnings report." (Barron's Online, October 30, 2019)[22]

> "Toymaker Mattel, Inc. reported a marked increase in third-quarter earnings supported by a 3% growth in sales. The results also exceeded the consensus forecast, sending the stock sharply higher during Tuesday's after-hours session." (AlphaGraphs, October 29, 2019)[23]

> "[E]arnings for the toy company's third quarter of 2019 have MAT stock soaring in after-hours trading on Tuesday." (InvestorPlace, October 29, 2019)[24]

> "Mattel shares shot up in after-hours trading as the company reported better-than-expected earnings for the third quarter…" (Los Angeles Business Journal, October 29, 2019)[25]

---

[19] On October 22, 2019, Hasbro announced its financial results for Q3 2019 that missed both market expectations of revenue and earnings. The CEO of Hasbro blamed the impact of tariffs for the poor financial performance. The market reacted with a decline of nearly 17% in Hasbro's stock price on October 22, 2019, and at the same time Mattel's stock price dropped by 6.5%.

[20] "Barbie, K-pop's BTS power Mattel's surprise revenue rise; shares jump," Reuters News, October 29, 2019.

[21] "Mattel shares surge 20% on big revenue, earnings beat," MarketWatch, October 29, 2019.

[22] "Mattel Stock Is Soaring After Earnings. Wall Street Still Has Doubts," Barron's Online, October 30, 2019.

[23] "Mattel (MAT) Q3 earnings beat estimates on strong overseas sales; stock soars," AlphaGraphs, October 29, 2019.

[24] "Mattel Earnings: MAT Stock Climbs 14% Higher on Q3 Earnings Beat," InvestorPlace, October 29, 2019.

[25] "Mattel Shares Rise on Strong Quarter, New CFO," Los Angeles Business Journal, October 29, 2019.

"Mattel +13% after earnings smasher." (SeekingAlpha, October 29, 2019)[26]

"Mattel Inc., helped by the resurgence of Barbie and other iconic toys, on Tuesday reported third-quarter results that handily beat analysts' forecasts…Its stock soared 19% in after-market trading Tuesday." (US News, October 29, 2019)[27]

34.    Analysts indicated in their reports issued on or immediately after October 29, 2019 that the Q3 2019 financial results were better than their estimates. For example:

BMO: "[t]he company posted 3Q results that beat the Street and were much better than investors feared, especially after Hasbro's big miss last week."[28]

BofA Merrill Lynch: "Mattel reported 3Q19 Adj EBITDA that was above our estimates due to strong sales of key brands such as Barbie and Hot Wheels, and savings from Structural Simplification."[29]

The Motley Fool: "Mattel's stock recently popped after the toy maker posted strong third-quarter numbers that topped Wall Street's expectations. Its revenue rose 3% annually (4% in constant currency terms) to $1.48 billion, clearing estimates by $40 million and marking its second straight quarter of growth on a reported basis."[30]

35.    Both analysts and the media were pleased that Mattel did not suffer from the implementation of tariffs and thought favorably of Mattel's 1–2% sales growth in direct import. For example:

Goldman Sachs: "Mat's 3Q results were better-than-expected with solid beat on revenue and margins. In contrast to peers (e.g., HAS), the threat of tariffs had no discernible negative impact on 3Q and actually resulted in a revenue pull-forward from 4Q (e.g., direct imports increased)."[31]

---

[26] "Mattel +13% after earnings smasher," SeekingAlpha, October 29, 2019.

[27] "A Resurgence in Barbie Sales Helps Lift Mattel's 3Q Results. Mattel's reports strong 3Q results, helped by resurgence of iconic Barbie." US News, October 29, 2019.

[28] See "Mattel 3Q19 Quick Take," BMO Capital Markets, October 29, 2019.

[29] See "MAT still in our (Hot) Wheelhouse; Maintain Overweight," Bank of America Merrill Lynch, October 29, 2019.

[30] "Is It Finally Time to Buy Mattel? The toy maker's business stabilizes for a second straight quarter." The Motley Fool, November 1, 2019.

[31] See "3Q19 review: Barbie & Wheels drive beat and raise; CFO departs," Goldman Sachs, October 30, 2019.

MarketWatch: "Mattel Inc., unlike its chief rival Hasbro Inc., said import tariffs, resulting from the U.S. - China trade dispute, only played a tiny role in its better-than-expected third-quarter results."[32]

36.     Collectively, the evidence shows that Mattel released positive earnings news on October 29, 2019. This is important because Dr. Heaton fails to account for Mattel's (confounding) earnings news on October 29, 2021, which leads to an incorrect estimate of the relevant price impact of the disclosures on that date.[33]

### A.2.2   Mattel's conclusions of whistleblower investigation

37.     As for the result of its whistleblower investigation, Mattel disclosed the following information regarding the accounting errors from 2017 and the existence of internal control deficiencies in its 2017 Q3 10-Q and 2017 10-K:[34]

> "The Audit Committee's investigation found errors in publicly-filed Mattel financial statements for the last two quarters of 2017, failures to properly consider and disclose such errors to the then-Chief Executive Officer ("CEO"), Margaret Georgiadis, and the Audit Committee once they became known, and violations of auditor independence rules."

> "Mattel's 10-Q for the Quarter Ended September 30, 2017 ("Q3 2017 10-Q") and 10-K for the Year Ended December 31, 2017 ("2017 10-K") Contain Errors…"

> "In light of the above findings of the investigation, Mattel determined that there were material weaknesses in its internal control over financial reporting at the time of the preparation of its financial statements for the quarters ending on September 30, 2017 and December 31, 2017."

---

[32] "Mattel, unlike Hasbro, says import tariffs only had a small impact on quarterly results," MarketWatch, October 31, 2019.

[33] I offer no legal opinion on whether Defendants are or should be permitted under the law to point to a stock price rebound months after the Class Period in an attempt to show a lack of price impact. I also do not purport to provide a legal opinion as to whether, in measuring damages, Defendants are entitled (or not entitled) under the law to benefit from a stock price rebound that occurs months after the Class Period.

[34] See "Mattel Completes Internal Investigation of Whistleblower Letter and Announces Remedial Actions," Business Wire, October 29, 2019.

38.   In addition, Mattel disclosed that, as a result of the Audit Committee investigation, it would restate its 2017 financials, as well as replace its CFO and the lead audit partner from PWC:[35]

"Mattel has been and is continuing to work on addressing the issues identified in the Audit Committee's investigation.

First, Mattel, in consultation with the Audit Committee, determined that it is appropriate to amend the Company's 2018 Annual Report on Form 10-K to: (1) restate the Company's financial results for the third and fourth quarters of 2017 and certain related information; and (2) identify material weaknesses in its internal control over financial reporting for the third and fourth quarters of 2017. Mattel has discussed the restatements with its outside auditor and is working diligently to prepare and file the amended report by November 12, 2019. Investors should no longer rely upon Mattel's previously released financial statements and internal control conclusions for the third and fourth quarters of 2017. Similarly, related press releases, earnings releases, and investor communications describing Mattel's financial statements for these periods should no longer be relied upon.

Second, Mattel's outside auditor has replaced its lead audit engagement partner and certain other members of its audit team for its audit engagement with Mattel. The Audit Committee and Mattel's management support this decision.

Third, after Mattel filed its 2017 10-K but before receiving the Letter, Mattel hired a new Controller and a new Senior Vice President of Tax, and it outsourced Mattel's internal audit function to a third party service provider. Furthermore, Mattel today announced a CFO transition plan and is conducting a search for a new CFO, as reflected in a separate press release that can be found on Mattel's website www.mattel.com."

39.   It is important to note that Mattel had previously replaced the controller and the head of the tax department. Thus, on the date that Mattel disclosed the results of the investigation, it also disclosed that those responsible for the accounting errors, internal control weaknesses and restatements, including the CFO, the controller, and the tax manager, were replaced. Relatedly, Mattel's external auditor (PWC) (i) reissued its audit report to reflect an adverse opinion on the Company's internal control over financial reporting

---

[35] See "Mattel Completes Internal Investigation of Whistleblower Letter and Announces Remedial Actions," Business Wire, October 29, 2019.

as of December 31, 2018,[36] (ii) replaced its lead partner, and (iii) rotated off the members of the engagement staff of the client.[37]

40.    These actions suggest that Mattel's management considered the accounting errors, internal control weaknesses and restatements to be significant to investors, so much so, that they deemed it was important to inform investors of the turnover of the senior members of the accounting staff responsible for these actions. ███████████████████████████████████



[38]

41.    Mattel also decided to not discuss the accounting issues that surfaced through the investigation of the whistleblower letter or take questions about these issues during the earnings call on October 29, 2019. Specifically, David Zbojniewicz, Head of IR, stated in the earnings call on October 29, 2019:

> "I want to point out that we will not be addressing detailed accounting questions related to the whistleblower investigation at this time. We will file an amended 2018 10-K addressing these accounting matters, as well as the 2019 Q3 10-Q, on or before the November 12 filing deadline for the 10-Q. As Ynon mentioned, information regarding the accounting matters can be found in the press release made available today. We will schedule a call to answer any questions you may have addressing the amended 10-K after its filing."[39]

Instead, management asked analysts to submit questions to the firm, and the firm accumulated these questions and reformatted them into themes and

---

[36] See Mattel's August 8, 2019 8-K, Item 7.01 Regulation FD Disclosure.

[37] As I elaborate in the next section of my report, academic research provides ample evidence of the relation between alleged misrepresentations and stock prices. In terms of PWC's actions, research on auditors' adverse internal control opinions by Lopez, Vandervelde, and Wu (2009) finds that an adverse audit opinion regarding internal controls over financial reporting relative to an unqualified opinion is significantly associated with investors assigning a higher risk of financial statement misstatement, higher risk of a future financial statement restatement, higher information asymmetry, lower financial statement transparency, higher risk premium, higher cost of capital, lower sustainability of earnings, and lower earnings predictability.

[38] ████████████████████████████████████████████

[39] See "Q3 2019 Mattel Inc Earnings Call," Thomson Reuters StreetEvents, October 29, 2019.

**Exhibit A**

[12]    **Page 15**

then answered the reformatted questions with scripted answers in a separate conference call that ultimately occurred on November 15, 2019.

42.     Thus, management disallowed analysts from directly questioning the CFO, the CEO or other members of the management team about the errors. Management also prevented analysts from ferreting out other information about the severity of the errors, weaknesses, and restatements on the October 29th conference call, and forced analysts to wait until November 15, 2019. They effectively delayed the complete incorporation of information about the accounting issues into prices on October 29, 2019.

43.     Despite Mattel's effort to limit the discussion about the outcomes of the investigation on October 29, 2019, the concerns lingered on for several weeks. ██████████████████████████████████████ ████████████████████████████████████████ ████████████████ [40] Further, a former investment analyst commented that

> "Investors look for whether a company has control over its operations, whether it is being frank with investors and if they can trust the numbers. More importantly, Mattel is prone to quarterly swings in its earnings and stock price and the ability to track those quarterly patterns is crucial to investors…"[41]

44.     As noted, on October 29, 2019 Mattel announced the departure of its CFO Joe Euteneuer:

> "Mattel, Inc. (NASDAQ: MAT) today announced that Chief Financial Officer Joseph J. Euteneuer will leave the Company after a transition period of up to six months. Mattel is conducting a search for its next CFO."[42]

45.     Although Mattel did not provide further details or commentary on the reason of the CFO turnover in its press release, the market seemed to view this event as resulting from the whistleblower investigation. For example, in a report dated October 31, 2019 BMO indicated that:

> "In our conversations with the company, it appears the reasoning for Mr. Euteneuer's departure was that the restructuring and cost cutting portion of the company's turnaround was complete and now it is time for MAT to bring in a more growth-oriented CFO. While this rationale makes sense, we think it will be difficult for investors to believe it

---

[40] ███████████████████████████████████████████████████████████████████

[41] "Mattel Probe Refreshes Questions About PwC Auditor Independence," Bloomberg, November 14, 2019.

[42] See "Mattel Announces CFO Transition Plan," Business Wire, October 29, 2019.

does not have to do with the accounting and control issues uncovered by the whistleblower letter."[43]

46. As discussed further below,

[44]

47.

[45]

[46]

48. In addition, the media directly linked the departure of Mattel's CFO with its accounting issues. For example;

"Mattel's CFO to depart after audit errors found," Financial Times, October 29, 2019.

"Mattel CFO to depart after whistleblower probe reveals accounting "weaknesses"," Hollywood Reporter, October 29, 2019.

"Mattel CFO to step down after whistleblower investigation," CFO.com, October 30, 2019.

"Mattel will move to replace CFO: Toymaker acts following report on financial lapses," Los Angeles Business Journal, November 4, 2019.

---

[43] "3Q2019 Results Clean as a Whistle," BMO Capital Markets, October 31, 2019.

[44] ███████████████████████████████████████████.

[45] ███████████████████████████████████████

[46] ███████████████████████████████████████████

This further suggests that the market believed that the issues raised by the whistleblower letter were so serious that they led to the dismissal of the CFO.

### A.3    *Mattel's disclosure on November 15, 2019*

49.    Despite the analysts' and the media's continued inquiry for more information about the investigation, at the conference call on November 15, 2019 David Zbojniewicz, Mattel's head of investor relations, communicated that:

> "Given the technical nature of the accounting questions intended to be addressed on this call, Mattel solicited questions ahead of time and prepared pre-recorded answers. As Ynon mentioned, we received very few questions, and those relating specifically to the accounting issues were related to 3 topics. Accordingly, we consolidated the questions in the following Q&A format, where Yoon Hugh, Mattel's Senior Vice President and Corporate Controller, will provide the answers. As for the other questions received, they are addressed in our press release dated October 29, 2019, and our recent filings on November 12, 2019."[47]

50.    Thus, instead of holding a live Q&A session, Mattel's management pre-selected questions from analysts only on three topics and pre-recorded answers: progress made on addressing the material weaknesses, the rationale for keeping PWC as the firm's auditor, and the types of services currently provided by PWC.

51.    However, it is not true that market participants' questions and concerns were restricted to these three topics.



[47] See "Mattel Inc to Address Accounting Questions Related to the Conclusions of Independent Investigation – Conference call," Thomson Reuters StreetEvents, November 15, 2019.

[48] 

[49]



52.



53.     To sum up, substantial anecdotal evidence suggests that the stock price increase on October 30, 2019 was largely driven by the strong earnings performance Mattel reported the day before.

54.     In addition, evidence shows that the media and analysts considered the results of the allegations to be important and continued to have several unanswered questions after Mattel's disclosure of the outcomes of the whistleblower investigation on October 29, 2019. This evidence is in sharp contrast to Dr. Heaton's conclusion that "there is no evidence that the post-October 28th disclosures mattered to Mattel investors on the issues raised here."[52]

**B.     Empirical price impact evidence**

55.     In my market efficiency report, I conduct an event study to provide evidence on whether Mattel's stock price reacted promptly to new information. One of the event dates in my report is Mattel's disclosure concerning the whistleblower letter on August 8, 2019. I document a statistically significant abnormal return of -14.54% on August 9, 2019 with a t-statistic of -7.34 (p-value < 0.0001). This implies that an abnormal return of -14.54% is statistically significant at a 99% confidence level.

56.     Dr. Heaton does not challenge the statistical significance of the stock price decline on August 9, 2019. He also does not attempt to show that the market reaction was caused by anything other than the whistleblower letter. Thus,

---



[52] See paragraph 81 of the Heaton Report, July 12, 2021.

there does not appear to be a question on whether the disclosure concerning the whistleblower letter impacted Mattel's share prices.

57. In the analyses that follow I focus on the approaches used by Dr. Heaton to study whether there was a price impact associated with Mattel's disclosures made on August 8, 2019 and October 29, 2019. In all cases I conclude that there is clear evidence of price impact.

### B.1   *Mattel's stock price from August 8, 2019 to October 30, 2019*

58. Dr. Heaton's initial analysis is a simple presentation of Mattel's stock price from August 8, 2019, the date on which Mattel disclosed the receipt of the whistleblower letter, to October 30, 2019, the first trading day following the disclosure in which the outcome of the investigation of the whistleblower letter was revealed to the market.

59. Such an analysis is naïve and deficient as it does not account for any confounding news unrelated to the alleged misrepresentations in this case such as economy-wide, industry-specific or Mattel-specific news unrelated to the alleged fraud. Nonetheless, since Dr. Heaton included this analysis in his report, I note important observations from this analysis that were neglected in the Heaton Report.

60. Figure 1 presents Mattel's stock price from August 8, 2019 to October 30, 2019 (normalized to a $1 value in the beginning of the period). It is clear from the picture that Mattel's stock price declined by 10.5% during this period (i.e., a decline from a closing price of $13.43 on August 8, 2019 to a closing stock price of $12.015 on October 30, 2019). In comparison, during the same time period the return on S&P 500 Index was 4.15%.

61. While Dr. Heaton uses ad-hoc statistics such as the "maximum" and "minimum" intraday price and longer windows of 60-days before and after the two disclosures, the simple fact is that Mattel's stock price dropped by more than 10% (and almost 15% relative to the S&P500 Index) from the corrective disclosure on August 8, 2019 to the disclosure of the resolution of the investigation of the whistleblower letter on October 29, 2019.

62. The behavior of Mattel's raw stock price flatly contradicts Dr. Heaton's statement that "Mattel's stock price was essentially unchanged." Instead, the evidence is consistent with my opinion that Mattel's stock price declined in response to the alleged misrepresentations, demonstrating price impact.

### B.2   *Controlling for the impact of Mattel's unrelated good news on October 30, 2019*

63. An important flaw in Dr. Heaton's analysis is that it ignores that Mattel disclosed positive earnings news on October 29, 2019. The positive earnings news is likely to have increased Mattel's stock price as investors

revised upward their expectations of future cash flows. However, the stock price increase due to the earnings news confounds the assessment of the price impact due to the revelation of the results of the whistleblower investigation. As such, it is imperative to control for this confounding news, which Dr. Heaton neglected to do in his report.

64.     To highlight the importance of controlling for the confounding good news, I start my analysis by performing an event study on August 9, 2019 and October 30, 2019 using the same methodology described in my market efficiency report. Specifically, I estimate a regression model using a 120-trading-day window ending the day prior to the event. I calculate the expected returns (*EXPRET*) on each event date as follows:

$$EXPRET_K = \hat{\alpha}_K + \hat{\beta}_K \times RET\_SP500_K + \hat{\gamma}_K \times RET\_SP1500LP_K,$$
$$K = 8/9/2019 \text{ or } 10/30/2019$$

Where $\hat{\alpha}_K$ is the estimated intercept from the regression for event K, $\hat{\beta}_K$ is the estimated slope coefficient for the return on the S&P 500 and $\hat{\gamma}_K$ is the estimated slope coefficient for the return on the S&P 1500 Leisure Product Index. I then deduct the expected return from Mattel's raw return on the event date to obtain a measure of the abnormal return (*ABRET*).

65.     Exhibit 2 presents abnormal returns for August 9, 2019 and October 30, 2019. For each date I also report a t-statistic and two-tailed p-value from a statistical test of whether the abnormal return is significantly different from zero. As I reported in my market efficiency report, there was a statistically significant negative market reaction on August 9, 2019 with an abnormal return of -14.54%, which represents an abnormal stock price decline of $1.95.

66.     Exhibit 2 also shows a significant positive market reaction of 13.61% on October 30, 2019, which represents an abnormal stock price increase of $1.44. Thus, without any adjustment for the price impact of confounding news on October 30, 2019, the net price impact of the two event dates is a price drop of $0.51 with a t-statistic of -1.612 and a two-tailed p-value of 0.107, or confidence level of 89.3%.[53]

67.     As stated above, the abnormal price increase of $1.44 on October 30, 2019 cannot be solely attributed to the news concerning the Audit Committee

---

[53] I conduct a bootstrap analysis to determine whether the sum of the two-day price is statistically significant. To implement the bootstrap approach, I randomly select two observations, one for August 9, 2019 and one for October 30, 2019, from the 120-day window used to estimate the market model for each event date. I then sum up the abnormal price changes (i.e., $13.43×*ABRET* of the random observation for 8/9/2019 + $10.56×*ABRET* of the random observation for 10/30/2019). I repeat this process 1,000 times to derive an empirical distribution of the sum. I then assess how the sum of the price changes on August 9, 2019 and October 30, 2019 compares to the distribution of the 1,000 simulations. Based on this bootstrap test, the t-statistic is -1.612 with a two-tailed p-value of 0.107.

findings and restatement because of the confounding positive earnings news disclosed by Mattel on the same date. Dr. Heaton does not attempt to quantify the portion of the market reaction that occurred on October 30 that is attributable to the Audit Committee findings/restatement versus the earnings news disclosed on that date. Instead, Dr. Heaton argues that: "[g]iven the limitations of the event study methodology to parse same-day firm specific news, attempting to use this methodology to demonstrate a detectable price impact from the alleged misrepresentations based on Mattel's stock price movement on October 30, 2019 may be futile because Mattel also released earnings on October 29, 2019. Financial economists have long recognized that there is no fully reliable, mathematically precise way to decompose a single-firm stock-price return into components related to different news."[54] He instead relies on available stock return data and some content analysis to determine price impact.

68.    I disagree with Dr. Heaton's decision to ignore the confounding good news. There is an extensive literature in accounting, finance and economics that uses the market reaction to unexpected earnings to isolate the effect of earnings news on a firm's stock price. This literature is summarized in Kothari (2001). Intuitively, one can use well-established econometric techniques to isolate the effect of earnings news on a firm's stock price, and then use this calculation to apportion the abnormal return into (i) earnings news and (ii) the resolution of the investigation of the whistleblower letter disclosed on the same date.

69.    More importantly, legal studies acknowledge the application of an Earnings Response Coefficient (ERC) analysis in securities litigation cases. Bruegger and Dunbar (2009, p. 31) use examples to illustrate "[h]ow a response coefficient can be used to separate the stock price impact of an announcement concerning the financial results of a company from the impact of other announcements made simultaneously: This application of response coefficients intends to separate the portion of a price reaction attributable to quantified financial results from the portion attributable to either quantitative or qualitative, confounding news." In addition, Fisch, Gelbach and Klick (2018, p. 616) comment that "[e]xperts might be able to use historical price and earnings data for the firm to estimate the relationship between earnings news and the firm's stock price. If this study controlled appropriately for market expectations concerning the firm's earnings (say, using analysts' predictions), it might provide a plausible way to separate out the component of the event date's estimated excess return that could reasonably be attributed to the earnings news, with the rest being due to the alleged corrective disclosure related to regulatory news."

70.    The importance to separate confounding news is also noted in a recent study by Korsmo (2021) who finds growing evidence that managers bundle

_____

[54] See paragraph 85 of the Heaton Report, July 12, 2021.

negative news with merger announcements which contain positive news, allegedly to make it more difficult to establish loss causation. The author calls for regulators' attention to this type of disclosure timing strategy and proposes that certain litigation-related disclosures should be released "in standalone, unbundled fashion."

71.    In order to separate the effect of Mattel's earnings news from the resolution of the whistleblower letter, I first estimate the impact of Mattel's good earnings news disclosures on October 29, 2019 on its stock price using an ERC methodology. Specifically, I estimate a time-series regression based on 40 Mattel's earnings announcements during the 10-year period ending on the day prior to the corrective disclosure (8/8/2009 – 8/7/2019):

$$ABRET_t = \alpha + \beta\, UE_t + \gamma\, Good\ News_t + \delta\, UE \times Good\ News_t + \varepsilon_t,$$
$$t = 1, 2, ...40.$$

where *ABRET* is the abnormal return estimated from the 120-day rolling window as calculated in the market efficiency report. *UE* is the unexpected earnings, calculated as the realized earnings per share minus the analyst consensus. Both realized earnings per share and analyst consensus are obtained from I/B/E/S Unadjusted Summary Database, and analyst consensus is the latest median forecast prior to the earnings announcement. I deflate unexpected earnings by the closing price of the last trading day prior to the earnings announcement date t.

72.    Prior research examines the market reaction to earnings with positive news versus negative news and finds different ERCs.[55] To capture this differential reaction, I interact the unexpected earnings variable with an indicator *Good News* if the earnings announcement contains positive earnings news. I identify 13 earnings announcements with positive news if the realized earnings per share was more than 2 cents above the analyst consensus.[56] The remaining 27 earnings announcements either contain negative earnings news or no news.[57]

73.    The estimated ERC for non-good news earnings $\hat{\beta}$ is -0.25 while the incremental market reaction to good news earnings announcement $\hat{\gamma}$ is 10.84. This implies that the earnings response coefficient ("ERC") to good news earnings announcements is 10.59 (=10.84 minus 0.25). Given that, the scaled earnings surprise on 10/30/2019 equals 0.0085 ($0.09 earnings

---

[55] For example, Hayn (1995) shows that reported profits are more informative than losses in firm valuation. Losses are likely to be viewed as transitory by the investors and only weakly associated with returns.

[56] Earnings announcements with EPS realization no more than 2 cents above the consensus forecast are normally classified as containing no news (*See, e.g.*, Payne J. and W. Thomas, "The Torpedo Effect: Myth or Reality," 26 *Journal of Accounting, Auditing & Finance* 255, 255–278 (2011)).

[57] I identify 22 earnings announcements as containing negative news if the realized earnings per share is below the analyst consensus, and 5 as no news.

surprise deflated by $10.56 closing price on 10/29/2019). This implies a 9% ($10.59 \times 0.0085$) or $0.95 ($10.56 \times 9\%$) market reaction to the unexpected earnings on October 30, 2019. In other words, while the total stock price reaction on October 30, 2019 was $1.44, my methodology shows that $0.95 of the stock price increase of $1.44 represents confounding good news. As a result, only the remaining $0.49 is reflective of the revelation of the outcome of the whistleblower investigation.

74.     Exhibit 2 shows that, after parsing out the price impact due to the confounding news on October 30, 2019, the net price change of the two event dates is -$1.46 which equals the stock price decline of $1.95 on August 8, 2019 minus the relevant stock price rebound of $0.49 on October 30, 2019. A bootstrap analysis shows that this negative price reaction is statistically significant at the 1% level (t-statistic = -4.57, two-tailed p-value < 0.0001), or at the 99% confidence level, consistent with my opinion that Mattel's stock price was impacted by the alleged misrepresentations.

75.     I also considered different specifications of the ERC analysis and summarize the analysis results in Exhibit 3. In addition to the ERC analysis based on Mattel's 40 earnings announcements over the 10-year period 8/8/2009 – 8/7/2019, I also restrict this analysis to a five-year period from 8/8/2014 to 8/7/2019 (20 earnings announcements) and the Class Period (8 earnings announcements). In addition, I collected data of 63 earnings announcements made by the S&P 1500 Leisure Product firms during the Class Period and run a pooled ERC regression. Exhibit 3 shows that ERC conducted over the 10-year period prior to the corrective disclosure on August 8, 2019 yields the most conservative estimate of the price impact attributable to positive earnings news. In each scenario the price impact attributable to the confounding earnings news is at least $0.95.

**B.3     *Comparing Mattel to Hasbro - Controlling for the impact of Mattel's good news on October 30, 2019 and Hasbro's bad news on October 22, 2019.***

76.     In his price impact analysis, Dr. Heaton also compares Mattel and Hasbro's stock price performance. The rationale for this analysis is explained in the Heaton Report as follows:

> "Hasbro is a close comparable for Mattel for purposes of stock market return analysis. Together, they are the only two sizable U.S. public companies in the toy business…
>
> … Under Plaintiffs' theory, a hypothetical $1 investment in Mattel on August 8, 2019 is inflated relative to a hypothetical $1 investment in Hasbro the same day, because, under Plaintiffs' theory, Mattel's stock price is inflated by the effect of the alleged misrepresentations.

If Plaintiffs were correct, we would expect a gap between the investment in Mattel and an investment in Hasbro after the corrective disclosure, reflecting the fact that investors would require damages to bring them back to where they would have been without the alleged price inflation.

On August 8, 2019, the value of all three investments is the same. The sharp drop on August 9, 2019 following the whistleblower letter announcement is visible, creating a large gap down in Mattel's stock price compared with Hasbro's and the S&P 500 Index… Notably, when Hasbro announced disappointing earnings on October 22, 2019, its price fell 16.8% and Mattel's price fell 6.5% by virtue of the implications for Mattel of this new information from Hasbro. After the October 29, 2019 announcement unambiguously identified the alleged misrepresentations at issue here… the entire disparity generated after the August 8, 2019 announcement disappears.

This is consistent with the absence of price inflation from the alleged misrepresentations at issue. There is no detectable price impact."[58]

77. The peer comparison in the Heaton report again suffers from the lack of consideration for confounding news unrelated to the issues in this matter. The first confounding news was described in the prior section and pertains to the positive earnings news disclosure by Mattel on October 29, 2019.

78. The second confounding news is the negative earnings news disclosed by Hasbro on October 22, 2019. Specifically, before the market opened on October 22, 2019, Hasbro issued a press release reporting financial results for the third quarter of 2019. It reported an EPS of $1.84, below the market consensus of $2.21; it also reported $1.58 billion in revenue, below the market expectation of $1.76 billion. The big miss of Hasbro deepened the market's concerns over the impact of tariffs. Brian Goldner, CEO of Hasbro, commented during the earnings call: "[t]he threat of and the implementation of tariffs in certain instances impacted our shipments and our ability to fully meet demand. … and yet the prospect had our retailers canceled major direct import program orders and rewrite many of those orders as domestic shipments."[59] By the time of market close, Hasbro's stock price went down by nearly 17%, and Mattel's price dropped by 6.5%.[60]

---

[58] See paragraphs 86-90 of the Heaton Report, July 12, 2021.

[59] See "Q3 2019 Hasbro Inc Earnings Call – Final," CQ FD Disclosure, October 22, 2019.

[60] The differential market reaction between Hasbro and Mattel were explained by a UBS analyst as resulting (among other things) from differential risk exposure: "Currently, around ~65% of product coming into U.S. for HAS is manufactured in China, and this compares to 60% for Mattel. So slightly less exposure… Mattel also has more diversified manufacturing, with facilities located in Canada, Indonesia, Malaysia, Mexico and Thailand, so Mattel

79.    To illustrate the impact of this confounding news, I repeat the peer comparison analysis in the Heaton Report but make a few adjustments. First, I exclude the 16.8% price decrease for Hasbro due to the negative earnings news on October 22, 2019. Since this disclosure is entirely unrelated to the allegations in this matter, I attribute 100% of the price drop for Hasbro to confounding news. To be consistent, I also exclude the 6.5% price drop for Mattel on that date because it reflects a price movement unrelated to the alleged misrepresentations. Second, I follow the procedure described above and consider the market's reaction to Mattel's positive financial results on October 30, 2019 to be confounding news. Based on my ERC analysis, I attribute a stock return of 9% to Mattel's earnings news. As such, I deduct 9% from Mattel's stock return on October 30, 2019 when making the peer comparison.[61]

80.    Figure 2 presents the peer comparison after adjusting for confounding news. As shown in Heaton's figure on p. 46, the value difference for $1 investment in Hasbro's and Mattel's stocks is $0.14 after the receipt of the whistleblower's letter was revealed to the market on August 8, 2019. Most importantly, after parsing out the impact of confounding news, Figure 2 shows that the value gap stays the same as of October 30, 2019 after Mattel announced the investigation results of the whistleblower's letter. Specifically, on October 30, Hasbro's adjusted investment value is $1.02, close to S&P 500's $1.04, while Mattel's adjusted investment value is only $0.88. That is, relative to its closest rival, Mattel's stock is $0.14 (13.7% relative to Hasbro's investment value) lower due to the revelation of the alleged misrepresentations.

## C.    Methodological issue raised in the Heaton Report

129.    In my market efficiency report, I used the S&P 1500 Leisure Product Index (SP 1500 LP) as a control proxying for Mattel's industry. Dr. Heaton argues that this choice of industry benchmark is inappropriate because, except for Mattel and Hasbro, the other six companies in the S&P 1500 Leisure Product Index are not toy manufacturers. Since the co-movement between the return of the S&P 1500 Leisure Product Index and the return of Mattel is not significant, he suggests excluding the six companies and relying on Hasbro only as the industry proxy.[62]

---

could potentially shift capacity to other geographies more easily…" ("Mattel Inc: What Hasbro Results Mean for Mattel," UBS, October 25, 2019).

[61] I did not make a similar adjustment to Hasbro's buy-and-hold raw return on October 30, 2019, because I view the positive earnings news of Mattel as firm-specific rather than industry-wide. Many analysts and the media compared Mattel's unexpected earnings to the big miss of Hasbro one week ago, and complimented Mattel on its achievements on direct import and cost savings program. In fact, Hasbro's raw return on October 30, 2019 is merely 0.66%, suggesting that there is no evidence of a spillover effect from Mattel's earnings announcement to Hasbro. Nonetheless, if I were to adjust Hasbro's price by the 0.66% price movement on that day it would not change my conclusion from this analysis.

[62] See footnote 69 and paragraph 84 of the Heaton Report, July 12, 2021.

130.  I find Dr. Heaton's argument unfounded for two reasons. First, in my market efficiency report, I estimate a market model using a 120-trading-day window ending one day prior to the corporate event K to determine expected returns:

$$EXPRET_K = \hat{\alpha}_K + \hat{\beta}_K \times RET\_SP500_K + \hat{\gamma}_K \times RET\_SP1500LP_K.$$

$\hat{\gamma}_K$ is the estimated slope coefficient for the return on the S&P 1500 Leisure Product Index excluding Mattel, and it captures the covariance of SP1500LP with Mattel. On August 9, 2019 and October 30, 2019, the estimated coefficient $\hat{\gamma}_K$ is 0.816 and 1.036 (with a t-statistic of 5.85 and 7.15), respectively, showing that the return of Mattel is highly correlated with that of the industry index on the two event dates. Second, it is very uncommon to have only one peer firm in the industry benchmark group. Mattel states in its annual report that its competitors in the North America segment include several large toy companies, many smaller toy companies, as well as manufacturers of video games and consumer electronics (Mattel's 2019 Form 10-K, p. 6). Similarly, the analysts following Mattel include companies other than Hasbro in their competitor analysis. Exhibit 4 summarizes the companies in the S&P 1500 Leisure Product Index and the major competitors identified by the analysts.

131.  Nevertheless, I repeat the event study analysis and include the return of Hasbro as the industry proxy. Specifically, I estimate the following market model using a 120-trading-day window ending one day prior to each corporate event K:

$RET_K = \alpha_K + \beta_K \times RET\_SP500_K + \gamma_K \times RET\_HAS_K + \Sigma(\delta_{K,\ i=1\ to\ 5} \times Corporate\ Events_{K,\ i=1\ to\ 5}) + \varepsilon_K$, K = 8/9/2019 or 10/30/2019

where $RET\_HAS$ is Hasbro's stock return and the other variables are defined above.

I focus on the two event dates: August 9, 2019 and October 30, 2019. Exhibit 5 compares the abnormal returns estimated from the original market model in my previous report (controlling for the returns of S&P 500 and S&P 1500 Leisure Product) to the abnormal returns from the revised model (controlling for the returns of S&P 500 and Hasbro). The comparison reveals negligible differences between the abnormal returns estimated from these two models. For instance, the abnormal return on August 9, 2019 estimated from the original market model is -14.54% with a t-statistic of -7.34, while the abnormal return estimated from the revised model is -14.07% with a t-statistic of -6.90. Both are significant at the 1% level (i.e., 99% confidence level). Overall, it suggests that the inferences of my event study analysis are not changed by the choice of the industry proxy.

**D.     Concluding opinion from the price impact analysis**

132.    Overall, my analysis presents clear evidence of price impact based on the significant negative impact caused by the disclosures on August 8, 2019 and October 29, 2019 on Mattel's stock price. Specifically, this conclusion is unchanged whether I focus on a simple stock return comparison to the S&P500 index during the window of August 9, 2019 and October 30, 2019, or whether I use sophisticated econometric techniques to isolate firm-specific events and parse out confounding news on those event dates.

**IV.     ADDITIONAL QUALITATIVE AND QUANTITATIVE ANALYSIS CONFIRMS THAT THE ALLEGED MISREPRESENTATIONS WERE MATERIAL AND IMPACTED MATTEL'S STOCK PRICE**

133.    The first part of Dr. Heaton's report focuses on what he terms as a "quantitative and qualitative fundamental analysis" of whether the alleged misrepresentations in this case have any implications for investor's expectations of future cash flows.[63]

134.    The fundamental analysis contained in the Heaton Report is based on a standard valuation model in which a firm's stock price equals the discounted present value of expected future cash flows. In finance this is termed as "Discounted Cash Flow" or "DCF" formula:[64]

$$P_0 = \sum_{t=1}^{\infty} \frac{CF_t^e}{(1 + r_e)^t}$$

Where:

   $P_0$ represents the current stock price,

   $CF_t^e$ represents the rationally expected cash flows available to equity holders

   for period t, and

   $r_e$ represents the expected return on equity capital.

135.    Dr. Heaton focuses on the numerator of this ratio, which represents investors' expectations of Mattel's future cash flows. He suggests that if a company specific event affects investors' expectations of future cash flows,

---

[63] See paragraph 21 of the Heaton Report, July 12, 2021.

[64] See Brealey, Richard A., Stewart C. Myers, and Franklin Allen. 2020. Principles of corporate finance. New York, NY: McGraw-Hill/Irwin.

then it will affect the price and, conversely, if a company specific event does not affect investors' expectations of future cash flows, it will not affect the price. For instance, Dr. Heaton argues that the decision to restate the firm's financial statements will not affect Mattel's share price as "the restatement of the error did not affect operating income or cash flows for the fourth quarter of 2017 and had no impact on expected future cash flows in an efficient market."[65]

136. The denominator of this ratio represents the discount rate applicable to the cash flows to equity holders, i.e., the cash flows in the numerator of the formula. Dr. Heaton argues that while changes in the discount rate also affect security prices, in this case since the alleged misrepresentations concern only Mattel-specific facts, they could not have affected the discount rate, and thus could not have affected stock prices through the denominator.[66]

137. The fundamental analysis in the Heaton Report suffers from two deficiencies. First, I disagree with Dr.'s Heaton's conclusion that the alleged misrepresentations do not influence investors' expectations of future cash flows. The evidence I provide below is unequivocal about the importance of valuation allowances and internal controls, and it provides a direct link between the alleged misrepresentations and investors' expectations of future cash flows, which would affect Mattel's stock price under Dr. Heaton's framework.

138. Second, Dr. Heaton incorrectly assumes that the alleged misrepresentation could not have affected the stock price via a revision in the discount rate (the denominator in the DCF equation). A voluminous theoretical and empirical academic literature establishes a link between the type of alleged misrepresentations in this case and the discount rate. Dr. Heaton ignores both the theoretical and empirical research suggesting that attributes of a firm's accounting system such as valuation allowance charges and the presence of internal control deficiencies or restatements can impact a firm's share prices via an increase in a firm's cost of capital.

139. To elaborate on this point, one of the seminal theoretical papers on this topic is by Lambert, Leuz, and Verrecchia (2007).[67]   They develop a model of a multi-security economy that is consistent with the Capital Asset Pricing Model (CAPM) and add an information structure to this model which allows for firms' accounting reports to act as an information source about future cash flows. This allows for the quality of a firm's accounting

---

[65] See paragraph 43 of the Heaton Report, July 12, 2021.  A similar discussion is made in paragraph 41 as it relates to the restatement of 2017 Q3 results.

[66] See footnote 24 and paragraphs 26-29 of the Heaton Report, July 12, 2021.

[67] To motivate their model, Lambert et al. (2007) cite anecdotes by regulators such as the SEC and the FASB which suggest a relationship between the quality of a firm's information system and its cost-of-capital.

information system to influence a firm's cost-of-capital. Specifically, in their model, the precision of accounting information can affect a firm's cost-of-capital by affecting the covariance between the firm and other firms' cash flows. Importantly, this effect is *not* diversifiable. As a result, if firms provide higher quality disclosures, their cost-of-capital decreases, and there is a positive impact on their share prices.

140.    The study by Lambert et al. (2007) has been extensively cited by academics and other researchers according to Google Scholar.[68] Researchers have applied the insights from Lambert et al. (and related models) to numerous settings.[69] In my report, I focus on evidence that directly pertains to the alleged misrepresentations in this case. Of particular importance is the research showing accounting restatements that are a result of an accounting error increase firms' cost-of-capital, and internal control deficiencies that are material weaknesses increase firms' cost-of-capital. I review this literature in the next sub-sections where I provide a conceptual link for why the alleged misrepresentations should affect Mattel's stock prices.

141.    Summarizing, I disagree with Dr. Heaton's opinion that the disclosures in this case are unlikely to have affected the denominator of the DCF model (i.e., the firm's discount rate).  Thus, when I summarize the research investigating the stock price effect of the valuation allowance, accounting errors, the restatement of accounting reports due to accounting errors, and the identification and reporting of material weaknesses in internal controls, I discuss whether the effect could arise either through a reduction in expected cash flows (the numerator of the DCF model), an increase in the discount rate (the denominator of the DCF model), or both. From a theoretical perspective, each of these is expected to result in a lower share price.

A.    **The conceptual relation between valuation allowance and firm prices**

142.    Dr. Heaton contends that because the accounting errors recorded by Mattel affected deferred tax assets, deferred tax liabilities, and the related valuation allowance accounts, they do not impact investors' assessment of future cash flows. Dr. Heaton indicates that Mattel's financial statements are prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), and investors "care about taxes paid on a cash flow basis, not on a book basis."[70]

---

[68] As of July 19, 2021, Lambert et al. (2007) was cited 2,737 times on Google Scholar.

[69] For instance, while I focus on the seminal work by Lambert et al. (2007), other studies such as Easley and O'Hara (2004), Hughes, Liu and Liu (2007), and Lambert, Leuz and Verrecchia (2012) have also contributed to the literature. For a survey of this literature see Bertomeu and Cheynel (2016).

[70] See paragraph 31 of the Heaton Report, July 12, 2021.

143.    Dr. Heaton supplements this opinion by indicating that "under certain circumstances, the size of a valuation allowance may provide investors with information regarding a company's future expectations." [71] The circumstances he is referring to are that the decision to take a valuation allowance depends on both the firm's historical performance and its projections of future income.[72] Dr. Heaton suggests that the facts in this case are such that the valuation allowance is unlikely to be informative of future cash flows.

144.    I disagree with this conclusion. I believe that the valuation allowances recorded by Mattel in 2017 were clearly indicative of the firm's prospects of generating future cash flows. For instance, Dr. Heaton highlights the following disclosure made by Mattel in the third quarter of 2017:

> "In evaluating the need for a valuation allowance, Mattel considered its recent operating results which resulted in a cumulative net operating loss in the U.S. for the 36-month period ending September 30, 2017. *The 36-month cumulative U.S. loss from operations is considered strong negative evidence and outweighs other positive subjective evidence, such as projections of future income.* As a result, in the third quarter Mattel established a valuation allowance on its U.S. federal and state deferred tax assets. This results in a discrete charge to the quarter of $561.9 million for the balance of these net deferred tax assets as of December 31, 2016. Further, Mattel has provided zero tax benefit in the year-to-date tax expense for items such as the year-to-date U.S. operating loss and other effects occurring in the current year."[73] (emphasis added)

145.    Based on this disclosure, Dr. Heaton concludes that "(t)he combination of these disclosures informed investors that Mattel's valuation allowance was reducing the book value of the net U.S. deferred tax assets to zero primarily due to disclosed historical results, not Mattel's expectations of future taxable income. Accordingly, in this case, the understatement of the valuation allowance and 'book' tax expense in the third quarter of 2017 due to the incorrect treatment of the Thomas DTL provided no new information regarding Mattel's expectations for future U.S. taxable income, its operations, or cash flows and had no implications for expected future cash flows available to Mattel's equity holders."[74]

146.    My assessment of the quote cited in Dr. Heaton's report is the exact opposite of his assessment. In coming to his conclusion, Dr. Heaton fails to discuss the process that firms go through when weighing evidence in determining

---

[71] See paragraph 46 of the Heaton Report, July 12, 2021.

[72] See paragraph 46 of the Heaton Report, July 12, 2021.

[73] See paragraph 46 of the Heaton Report, July 12, 2021.

[74] See paragraphs 47–48 of the Heaton Report, July 12, 2021.

whether to take a valuation allowance or not. For example, the Financial Accounting Standards Board ("FASB") indicates that:

> "Future realization of the tax benefit of an existing deductible temporary difference or carryforward **ultimately** depends on the existence of sufficient taxable income of the appropriate character (for example, ordinary income or capital gain) within the carryback, carryforward period available under the tax law." [75] (emphasis added)

147.    Thus, the FASB indicates that the availability of *future* taxable income *ultimately* determines whether a deferred tax asset is realizable (has value) and the need to take a valuation allowance. In my opinion, FASB's standard highlights that when firms decide to take a valuation allowance, reducing the net value of their deferred tax assets, they inform market participants about the firm's prospects for future income and future cash flows, as these future profits determine whether a valuation allowance is needed.

148.    Relatedly, as PWC discussed in its podcast on valuation allowance, firms must weigh all of the positive and negative evidence in deciding whether to take a valuation allowance.[76] Ms. Kassie Bauman, a managing director in PWC's national office, highlights that while having cumulative losses over a 36-month period is strong evidence indicative of the need to take a valuation allowance, it is not a "zero or one variable".[77]  That is, there are firms that have cumulative losses over a 36-month period and don't take a valuation allowance, because other evidence like objectively verifiable indications of future profitability, outweigh this evidence.

149.    Ms. Bauman also discusses on the podcast how the context of the cumulative losses matters.  For example, if firms have restructuring charges, like Mattel, that caused cumulative losses, then it is possible for the firm to not have to take a valuation allowance. Specifically, if the restructuring charges are one-time charges, and they have no implications for future profits, and the firm has objectively verifiable evidence that these are one-time charges, then the firm does not have to record a valuation allowance.

150.    The examples in the PWC podcast, and the plain language provided for in the FASB's rules related to when a valuation allowance is needed, highlight that Mattel's disclosure regarding its valuation allowance does have

---

[75] See FASB Accounting Standards Codification (ASC) 740-10-30-18 (https://asc.fasb.org/section&trid=2144696).

[76] I cite this podcast as PWC was the auditor for Mattel, and thus their guidance on how to apply the accounting rules as it relates to the valuation allowance likely reflects the approach they took when evaluating Mattel's decisions in 2017.  The podcast can be found at: https://viewpoint.pwc.com/dt/us/en/pwc/podcasts/podcasts_US/Valuation_Allowance.html.

[77] A discussion of this issue is at the 5:00 time stamp of the podcast.

implications for future cash flows. Specifically, by taking the valuation allowance, Mattel signaled to the market that it did not have objectively verifiable evidence of future profitability that is significant enough to overcome the evidence of cumulative losses. In addition, by taking the valuation allowance during a restructuring, Mattel signaled to investors that the cumulative losses were not due to one-time restructuring charges, but rather were indicative of Mattel's expectations of a lack of future profits.

151.    Consistent with this opinion,



[78]

152.    Dr. Heaton's assertion that investors do not care about valuation allowance is also at odds with Mattel's own behavior. Specifically, if Dr. Heaton's views are correct, then I would expect to see Mattel either not discuss the valuation allowance at all in its conference calls or limit the discussion to the Q3 2017 and Q4 2017 disclosures, where it initially recorded the valuation allowance, and increased the size of the valuation allowance. If instead the valuation allowance and related "book" tax entries provide value relevant information to investors that is expected to affect share prices, then I would expect Mattel to update investors regarding book tax expense, and whether the valuation allowance has been reduced or increased over time.

153.    Consistent with my belief that the valuation allowances are likely to affect a firm's stock price, as displayed in Exhibit 6, Mattel discussed the book tax expense in 11 of the 13 earnings conference calls for financial results between Q4 2017 and Q1 2021, and the term valuation allowance was mentioned in 10 of the 13 conference calls.[79]

154.    To demonstrate the importance of this discussion, I analyze the CFO's commentary at the opening of the conference call by measuring the proportion of words devoted to tax issues and the valuation allowance relative to the total number of words spoken by the CFO. There is a low of 1.31% in the Q1 2021 conference call and a high of almost 23% in Q1 2019. Thus, almost 18 months after the initial valuation allowance was taken,

---

[78] ████████████████████████████████████████████████████████

[79] I omit the October 29, 2019 conference call, as at the start of the call, David Zbojniewicz, Head of Investor Relations indicated that senior management would not be discussing the whistle blower letter and related accounting errors during the conference call.

Mattel's CFO was still using a substantial portion of time in his opening remarks to discuss the valuation allowance and its implications for Mattel's performance. This evidence is consistent with my belief that valuation allowance is important to investors and in determining share prices.

155.    Focusing on the Q1 2019 conference call, CFO Joe Euteneuer indicated the following:

> "As I have said, the 2017 U.S. valuation allowance impacts the way we record taxes in two ways. During periods of U.S. taxable loss, we don't record an income tax benefit. And during periods of U.S. taxable income, we don't record an income tax expense because the valuation allowance is released to cover the related expense. And because of the valuation allowance, we do not believe that we will be able to record any benefit from U.S. losses in the foreseeable future."[80]

156.    This discussion reinforces the importance of the valuation allowance and its implications for future cash flows. Almost 18 months after the initial recording of the valuation allowance, the CFO is updating investors about the valuation allowance, and the likelihood that the deferred tax assets will be utilized. The magnitude of the initial valuation allowance, and subsequent revision, were sufficiently large that 18 months after the valuation allowance was recorded Mattel informed investors that it was still unable "to record any benefit from U.S. losses in the foreseeable future." If this is not value relevant to investors, then it is unclear why the CFO is discussing this in the conference call.

### A.1. Mattel Experienced Downgrades after Recording the Valuation Allowance, which affected Mattel's Cash Flows

157.    Dr. Heaton argues that because valuation allowances represent non-cash charges, they should not affect investors' expectations of future cash flows. As I argue above, this is not true.

158.    To provide a concrete example of the impact of Mattel's valuation allowance charges on future cash flows, I focus on Mattel's borrowing costs. After Mattel announced their third quarter results in October 2017, and forecasted further deterioration in December 2017, rating agencies downgraded Mattel's debt from investment grade to non-investment grade. For example, on October 27, 2017, after Mattel announced earnings, S&P

---

[80] See "MAT – Q1 2019 Mattel Inc Earnings Call," Thomson Reuters StreetEvents, April 25, 2019.

downgraded Mattel's debt from BBB- to BB, moving their debt from investment grade to below investment grade.[81,82]

159.    These downgrades are important for two reasons. First, when a rating agency, like S&P or Moody's, downgrades a firm's debt, it affects both the firm's future borrowing costs, and the firm's ability to access financing.[83] In the case of Mattel, an analyst at Jefferies forecasted the effect of ratings downgrades on the $1 billion debt offering made on December 18, 2017:

> "Mattel received downgrades from both S&P Global and Moody's following the company's 8-K outlining a worse than expected Q4 and FY17. S&P downgraded MAT's corporate credit rating from BB to BB- and assigned a negative outlook on the rating. Moody's downgraded MAT's senior unsecured bonds down by three notches to junk; Ba3 from Baa3. We estimated the 6-7% proposed rate on $1B debt offering equates to a $40M incremental step-up in annual interest expense."[84]

160.    Second, changes in credit ratings depend on a variety of different sources of information. Of particular importance in this case is the research that establishes a relationship between changes in the valuation allowance and changes in credit ratings.  For example, Edwards (2017, p. 57), hypothesizes that:

> "Under the provisions of SFAS No. 109, a firm records a deferred tax asset provided it expects to generate sufficient taxable income to realize the asset in the form of tax savings in the future. If a firm does not expect to generate sufficient taxable income to realize the asset, then a valuation allowance is created to reduce the balance. As a result, the valuation allowance indicates management's expectation of future taxable income, which could be informative in

---

[81] See "S&PGR Downgrades Mattel To 'BB' Fr 'BBB-'; Otk Neg; CP Rtg To 'B'", Dow Jones Institutional News, October 27, 2017.

[82] I also note that on December 11, 2017, Mattel provided investors with additional warnings about deteriorating profitability, and a proposed refinancing of their debt obligations. S&P further downgraded their debt from BB to BB- and both Fitch and Moody's downgraded their debt to below investment grade ratings. See "Business News: Mattel's Troubles Increase --- Toy maker expects to take write-down on weak holiday sales; debt rating is lowered", Wall Street Journal, December 12, 2017.

[83] An analyst at Jefferies noted that the "junk" rating was likely to limit Mattel's ability to access the commercial paper market. See "$1B High Yield Lifeline Secured; Int. Exp. Step-Up Expected Upon Issuance," Jefferies, December 17, 2017.

[84] See "Mattel, Inc. Debt Downgrades from S&P and Moody's; Increased Interest Expense Headwind to EPS," Jefferies, December 11, 2017.

predicting the ability of the firm to make future interest and principal payments on debt."[85]

161.    To test his hypothesis, he focuses on how S&P ratings react to changes in valuation allowance. He finds "a negative association between material increases in the valuation allowance and contemporaneous and future changes in credit ratings, evidence that is consistent with the valuation allowance providing a summary measure of a decline in firms' creditworthiness." Thus, when a firm increases its valuation allowance, ratings agencies reduce the firm's credit rating, signaling a deterioration in credit quality.

162.    Bringing these observations together, after Mattel announced its performance in October 2017, with a change in the valuation allowance of over $500 million, at least one ratings agency firm downgraded Mattel's rating below investment grade (S&P). Research establishes a correlation between changes in the valuation allowance and rating downgrades, as the valuation allowance can be relied on as a "summary measure" of a decline in creditworthiness. This is particularly important as Mattel planned to raise $1 billion in new debt in the fourth quarter of 2017. As such, due to the change in investment grade status, analysts expected an increase in interest costs, and reduced access to cheaper sources of financing.

163.    Based on these observations, I conclude that an increase in the valuation allowance suggests management's expectations of lower future cash flows, which in turn leads to credit rating downgrades by the ratings agencies. This results in the firm incurring increased interest costs and facing diminished access to debt capital. Mattel experienced all of these effects in the aftermath of its taking the valuation allowance.

### *A.2. Research establishes that changes in the valuation allowance impact firm prices*

164.    A large body of academic literature supports my view (and is inconsistent with Dr. Heaton's view) that valuation allowances affect market expectations of future cash flows.

165.    Kumar and Visvanathan (2003) is an early study of the implications of valuation allowance for share prices. They examine the market reaction to disclosures of changes in valuation allowances, and the information in these disclosures about future earnings. They find that the market reacts to changes in the valuation allowance, and that these changes also lead market

---

[85] Edwards, A., 2017. The Deferred Tax Asset Valuation Allowance and Firm Creditworthiness. *Journal of The American Taxation Association* 40 (1): 57–80.

participants to change their estimates of future earnings.[86] They conclude that "investors use Valuation Allowance ("VA") disclosures to infer management's expectations about DTA, its realizability, and future taxable income available for realization."[87]

166.    Similar to Kumar and Visvanathan (2003), Jung and Pulliam (2006) examine the mechanism through which changes in the valuation allowance affect share prices, by focusing on whether changes in the valuation allowance provide incremental information about future income and cash flows. They find that "in the valuation allowance for deferred tax assets contains incremental information (e.g., the manager's private information) beyond publicly available information in predicting one- and two-year-ahead income and cash flows."[88]

167.    Another stream of research examines whether firms' market values themselves are associated with firms' tax accounts (like the deferred tax assets, deferred tax liabilities and the valuation allowance).[89] The research typically interprets a significant association as information is "value relevant", meaning investors price the valuation allowance information. A representative study in this stream of research is Ayers (1998). He finds that deferred tax assets, liabilities and the related valuation allowance are all value relevant.[90]

168.    Finally, two survey papers by Hanlon and Heitzman (2010) and Graham, Raedy, and Shackleford (2012) discuss the research investigating whether, in general, the information in GAAP tax accounts is useful to investors. Graham et al. (2012) conclude that "In general, the evidence is consistent with the market impounding financial statement information about taxes" while noting that there are some papers providing inconsistent evidence. Similarly, Hanlon and Heitzman (2010) conclude that "The evidence to date suggests that book-tax differences provide information about current and future earnings (e.g., earnings persistence and future earnings)."

169.    Summarizing, my review of the research investigating whether GAAP tax accounts provide useful information to investors, and thus are likely to impact share prices, suggests that investors find the information in these accounts to be useful.  Thus, transactions affecting deferred tax assets, deferred tax liabilities, and the valuation allowance are likely to impact

---

[86] In terms of the magnitude of the market response, the manuscript focuses on both positive and negative revisions in the valuation allowance, and find a mean effect of -1.5% with an inter quartile range between -7.8% and positive 3.4%.

[87] See page 471 of Kumar and Visvanathan (2003).

[88] See page 51 of Jung and Pulliam (2006).

[89] This is in contrast to evidence of stock price reaction to valuation allowance disclosures.

[90] Related work by Legoria and Sellers (2005) conduct similar tests and find similar results. Specifically, deferred tax assets, liabilities and the related valuation allowance are predictive of future cash flows.

share prices. The conclusions from this research contradict the opinions provided by Dr. Heaton.

170. While the academic literature is unequivocal in establishing a relation between valuation allowances and future cash flows, the alleged misrepresentations in this case go beyond valuation allowance effects. In particular, the incorrect valuation allowance charge in the 2017 Q3 and the reversal of the charge in Q4 reflect (what was later revealed to the market in 2019) a lack of internal controls that compromised the integrity of Mattel's financial statements, required Mattel to restate its financial statements and resulted in the departure of Mattel's CFO. In the following sub-sections I discuss the academic literature on the relation between internal control deficiencies and restatements and stock prices.

## B. Research establishes that restatements (especially those related to fraud) impact firm prices

171. Dr. Heaton suggests that Mattel's decision to restate its financial statements did not impact Mattel's future cash flows and did not affect the discount rate in the DCF model, and thus could not impact Mattel's share price, from a theoretical perspective.

172. Dr. Heaton discusses the restatements first in the context of the disclosures made in October 2017 and February 2018. He indicates that the restatements did not affect operating income or cash flows for the third quarter of 2017.[91] He also indicates that the restatement of the error did not affect operating income or cash flows for the fourth quarter of 2017.[92] He then concludes that the restatement "had no impact on expected future cash flows in an efficient market."[93]

173. Because the net effect of the valuation allowance errors was zero, one might be tempted to conclude (as Dr. Heaton did) that the net zero effect would not affect Mattel's stock price. However, the understatement of the allowance in a quarter and the correction in the subsequent quarter raise the question of whether the "error" was simply a mistake, or whether it was a deliberate choice to manipulate financial statements and related disclosures.

174. Plaintiffs allege that the accounting errors and related restatements of those errors are, in part, due to Mattel's management intentionally recording transactions that they knew were incorrect.[94] A recent survey of the fraud and restatement literature by Amiram, Bozanic, Cox, Dupont, Karpoff, and Sloan (2018, p. 734) refers to these types of restatements as financial

---

[91] See paragraph 41 of the Heaton Report, dated July 12, 2021.

[92] See paragraph 43 of the Heaton Report, dated July 12, 2021.

[93] See paragraph 43 of the Heaton Report, dated July 12, 2021.

[94] See Amended Class Action Complaint (hereafter Complaint) ¶¶8–22.

irregularities, which they classify as a form of financial reporting misconduct. They survey the literature on financial reporting misconduct and conclude that "(a) significant body of research shows that financial reporting misconduct is associated with an array of negative consequences. These include loss of future sales, stock price declines, increases in the cost of capital, and—perhaps most important—the loss of reputation and trust."[95]

175. Consistent with this literature, part of the restatement literature discussed above covers financial irregularities and it generally finds that restatements that are due to financial irregularities are associated with a negative price impact (e.g., Palmrose, Richardson and Scholz (2004) and Hennes, Leone and Miller (2008)). An avenue through which restatements can impact share prices is through investors' reassessment of expected future cash flows after the restatement has been disclosed. Hribar and Jenkins (2004) suggest that once investors learn of a restatement, they rely less on past earnings in projecting future earnings, resulting in a downward revision in investors' expectations of future cash flows, and find evidence consistent with this thesis.

176. More broadly, my review of the research on restatements indicates a preponderance of evidence that restatement announcements lower share prices. For example, Palmrose et al. (2004) find an average reaction of negative 9.2% to restatements of earnings, and a reaction to restatements due to fraud of approximately -20%. Similarly, Anderson and Yohn (2002) find an average market reaction of -8% for a period from three days before the restatement announcement through three days after the restatement filing, and a -14% reaction if a firm restates due to fraudulent accounting issues. Hennes et al. (2008) find a negative 14% market reaction to restatements that are due to irregularities over days [-7, +7] surrounding the restatement announcement. In addition, the stock price declines by 13% on average over days [-90, -8] when many firms likely disclosed the possibility of restatement before the formal announcement. Thus, existing research shows a material negative impact of corporate restatement announcements.

177. In addition to evidence of the effect of restatements on stock prices, prior research also investigates the channel through which restatements can affect prices. One set of research papers shows that restatements can affect share prices through investors' revisions of the discount rate. For instance, Kravet and Shevlin (2010, p. 265) suggest that "when firms restate their financial statements, investors reassess their perceptions about the quality of those

---

[95] Dan Amiram, Zahn Bozanic, James D. Cox, Quentin Dupont and Jonathan M. Karpoff, 2018, "Financial reporting fraud and other forms of misconduct: a multidisciplinary review of the literature," *Review of Accounting Studies* 23 (2), 732-783.

firms' financial information."[96] They predict that restatements will lead investors to decrease their perceptions of the credibility of management and increase their concerns that management is opportunistically making accounting decisions. Consistent with this intuition, they find that restatements lead to an on average increase in the cost-of-capital of 86 basis points. Similarly, Hribar and Jenkins (2004) find that restatements lower the expectations of future earnings and increase the cost-of-capital.

178.    Overall, the existing literature provides compelling evidence of a link between restatements and stock prices that suggests information in restatements is material to investors and affects a firm's stock price.

C.    **Research establishes that the disclosure of internal control weaknesses impacts share prices**

179.    In his quantitative fundamental analysis, Dr. Heaton treats internal control deficiencies differently than the accounting rules as they relate to the valuation allowance and restatements. My interpretation of Dr. Heaton's report is that while he does not offer an explicit opinion on whether, theoretically, internal control weaknesses impact a firm's future cash flows, his conclusion that "none of the alleged misrepresentations have consequences for cash flows or investor expectations of future cash flows." (p. 14) suggests he does not expect cash flow effects flowing from internal control weaknesses. Furthermore, I interpret Dr. Heaton's discussion about the discount rate to imply that internal control weaknesses do not affect firms' discount rates.[97]

180.    This is particularly important, because analysts appear to be interested in the effect of the internal control deficiencies on future cash flows. ███████ ███████████████████████████████████████████████ ████████████████████████████████████[98] Dr. Heaton's analysis does not discuss whether the internal control weaknesses are expected to affect future cash flows, nor does he cite this evidence where

---

[96] See Todd Kravet and Terry Shevlin, 2010, "Accounting restatements and information risk," *Review of Accounting Studies* 15 (2), 264-294.

[97] In footnote 24 of his report date July 12, 2019, Dr. Heaton states that "…a change in the discount rate requires that the covariance of the firm's cash flows change with respect to risk factors… Here, the alleged misrepresentations concern only Mattel-specific facts that could not impact its systematic risk and therefore could not affect the discount rate." Interestingly, in the Material Relied on Disclosure (Exhibit B) Dr. Heaton also cites a paper by Ashbaugh-Skaife, Collins, Kinney, and LaFond (2009) that finds the disclosure of internal control weaknesses have a negative impact on firms' discount rates, but he does not discuss the implication of the findings in this paper in his report.

[98] ███████████████████████████████████████████████████████ ████████

analysts questioned the firm about the effects of the internal control weakness on future cash flows.

181.    Instead, Dr. Heaton discusses three empirical papers about the market reaction to firms' disclosures of material weaknesses under the provisions of the Sarbanes Oxley Act. Dr. Heaton then concludes that Mattel's positive stock price movement on October 30 is consistent with the academic literature on the disclosure of material weaknesses of internal controls.[99] His opinion appears to be predicated on the observation that in some sub-samples of these studies, there are positive reactions to the disclosure of internal control weaknesses, and the market appears to have had a positive reaction after the disclosure made on October 29, 2019.[100] Dr. Heaton also provides the opinion that the circumstances in Mattel's disclosures of material weaknesses in internal controls are similar to the circumstances surrounding the positive reactions identified in the literature cited in his report.[101]

182.    I reviewed the research on the market price reaction to the disclosure of internal control weaknesses. Among the many research papers on these topics, two of the more highly cited papers are by Beneish, Billings and Hodder (2008) and Ashbaugh-Skaife et al. (2009). Specifically, both papers discuss the importance of investor expectations when examining the effects of the disclosure of internal control weaknesses on future cash flows, the cost of capital, and ultimately share prices.

183.    Beneish et al. (2008) claim that internal control weaknesses can affect a firm's cost of capital through investors' expectations of future cash flows. Specifically, they contend that "(r)educed expected future cash flows can be related to costs directly associated with the material weakness (e.g., expected costs of remediating the control weakness, expected increased audit fees, etc.). Costs can also be indirect, if the material weakness leads customers, suppliers, and other stakeholders to question the firm's ability to fulfill its implied commitments (Bowen et al. 1995; Matsumoto 2002)." Consistent with this, they find that announcements of internal control deficiencies lead to reductions in investors' expectations of future cash flows. These observations are consistent with the analyst questioning the costs of remediating the internal control weaknesses I discuss above.

184.    Ashbaugh-Skaife et al. (2009) find that firms with internal control deficiencies have significantly higher idiosyncratic risk, systematic risk, and cost of equity capital. They also find that that auditor-confirmed changes in internal control effectiveness (including remediation of

---

[99] See paragraphs 91-95 of the Heaton Report, July 12, 2021.

[100] See paragraphs 83-85 and 91-95 of the Heaton Report, July 12, 2021.

[101] See paragraphs 91-95 of the Heaton Report, July 12, 2021.

previously disclosed internal control deficiencies) are followed by significant changes in the cost of equity that range from 50 to 150 basis points.[102]

185. Summarizing, the literature shows that the disclosure of material weaknesses in internal controls may negatively impact prices, whether through the reduction of future cash flows, or through an increase in the discount rate.

### D. Concluding thought and Opinions from my quantitative fundamental analysis

186. Based on my review of the academic evidence surrounding the valuation allowance, restatements, financial irregularities, and internal control weaknesses, each of these elements are likely to have material negative impacts on firms' share prices, either through the numerator or through the denominator of a DCF model. That evidence supports my economic analysis that Defendants' misstatements negatively impacted Mattel's stock price.

---

[102] Other papers examine the effect of internal control weaknesses on the cost of capital including: Lobo, Wang, Yu and Zhao (2020) find that firms that report deficiencies in internal controls face increases in the cost-of-capital through increases in crash risk. Kim, Song and Zhang (2011) find that firms that report internal control weaknesses are charged a higher cost-of-capital by banks (28 basis points), and if it is a firm level weakness, e.g., the failure to have procedures that address accounting errors, the cost-of-capital effect is even larger.

I declare under the penalty of the perjury that the foregoing is true and correct.

*RESPECTFULLY SUBMITTED THIS 23rd DAY of AUGUST 2021*

—————————————————
S.P. Kothari, Ph.D.

## Appendix A – Materials Reviewed or Considered

### 1. Court Documents

- Amended Class Action Complaint, filed on May 29, 2020

### 2. Expert Reports

S. P. Kothari.  April 30, 2021. Expert Report of Professor S.P. Kothari: *In Re Mattel Inc. Securities Litigation* (Case No. 19-CV-10860-MCA (PLAx).

J. B. Heaton. July 12, 2021. Expert Report of J.B. Heaton: *In Re: Mattel, Inc. Securities* Litigation (Case No. 19-CV-10860-MCA (PLAx).

### 3. SEC Filings

Form 8-K, dated August 8, 2019

2019 Form 10-K, dated February 25, 2020

### 4. News Articles

"Mattel (MAT) Q3 earnings beat estimates on strong overseas sales; stock soars," AlphaGraphs, October 29, 2019.

"Mattel Stock Is Soaring After Earnings. Wall Street Still Has Doubts," Barron's Online, October 30, 2019.

"Mattel Probe Refreshes Questions About PwC Auditor Independence," Bloomberg, November 14, 2019.

"Hasbro Reports Third Quarter 2019 Financial Results," Business Wire, October 22, 2019.

"Mattel Reports Third Quarter 2019 Financial Results," Business Wire, October 29, 2019.

"Mattel Completes Internal Investigation of Whistleblower Letter and Announces Remedial Actions," Business Wire, October 29, 2019.

"Mattel Announces CFO Transition Plan," Business Wire, October 29, 2019.

"S&PGR Dwngrds Mattel to 'BB' Fr 'BBB-'; Otk Neg; CP Rtg To 'B'," Dow Jones Institutional News, October 27, 2017.

"Mattel Earnings: MAT Stock Climbs 14% Higher on Q3 Earnings Beat," InvestorPlace, October 29, 2019.

"Mattel Shares Rise on Strong Quarter, New CFO," Los Angeles Business Journal, October 29, 2019.

"Mattel shares surge 20% on big revenue, earnings beat," MarketWatch, October 29, 2019.

"Mattel, unlike Hasbro, says import tariffs only had a small impact on quarterly results," MarketWatch, October 31, 2019.

"Barbie, K-pop's BTS power Mattel's surprise revenue rise; shares jump," Reuters News, October 29, 2019.

"Mattel +13% after earnings smasher," SeekingAlpha, October 29, 2019.

"A Resurgence in Barbie Sales Helps Lift Mattel's 3Q Results. Mattel's reports strong 3Q results, helped by resurgence of iconic Barbie." US News, October 29, 2019.

"Business News: Mattel's Troubles Increase --- Toy maker expects to take write-down on weak holiday sales; debt rating is lowered", Wall Street Journal, December 12, 2017.


## 5. Conference Call Transcripts

Thomson Reuters StreetEvents, February 1, 2018. "MAT – Q4 2017 Mattel Inc Earnings Call."

Thomson Reuters StreetEvents, April 26, 2018. "MAT – Q1 2018 Mattel Inc Earnings Call."

Thomson Reuters StreetEvents, July 25, 2018. "MAT – Q2 2018 Mattel Inc Earnings Call."

Thomson Reuters StreetEvents, October 25, 2018. "MAT – Q3 2018 Mattel Inc Earnings Call."

Thomson Reuters StreetEvents, February 7, 2019. "MAT – Q4 2018 Mattel Inc Earnings Call."

Thomson Reuters StreetEvents, April 25, 2019. "MAT – Q1 2019 Mattel Inc Earnings Call."

Thomson Reuters StreetEvents, July 25, 2019. "MAT – Q2 2019 Mattel Inc Earnings Call."

Thomson Reuters StreetEvents, October 29, 2019. "MAT – Q3 2019 Mattel Inc Earnings Call."

Thomson Reuters Streetevents, November 15, 2019. "Mattel Inc to Address Accounting Questions Related to the Conclusions of Independent Investigation – Conference call."

CQ FD Disclosure, October 22, 2019. "Q3 2019 Hasbro Inc Earnings Call – Final."

CQ FD Disclosure, February 13, 2020. "Q4 2019 Mattel Inc Earnings Call – Final."

CQ FD Disclosure, May 5, 2020. "Q1 2020 Mattel Inc Earnings Call – Final."

CQ FD Disclosure, July 23, 2020. "Q2 2020 Mattel Inc Earnings Call – Final."

CQ FD Disclosure, October 22, 2020. "Q3 2020 Mattel Inc Earnings Call – Final."

CQ FD Disclosure, February 9, 2021. "Q4 2020 Mattel Inc Earnings Call – Final."

CQ FD Disclosure, April 22, 2021. "Q1 2021 Mattel Inc Earnings Call – Final."

## 6. Analyst Reports

BMO Capital Markets, October 29, 2019. "Mattel 3Q19 Quick Take."

BMO Capital Markets, October 31, 2019. "3Q2019 Results Clean as a Whistle."

Bank of America Merrill Lynch, October 29, 2019. "MAT still in our (Hot) Wheelhouse; Maintain Overweight."

Goldman Sachs, October 30, 2019. "3Q19 review: Barbie & Wheels drive beat and raise; CFO departs."

Jefferies, December 11, 2017. "Mattel, Inc. Debt Downgrades from S&P and Moody's; Increased Interest Expense Headwind to EPS."

Jefferies, December 17, 2017. "$1B High Yield Lifeline Secured; Int. Exp. Step-Up Expected Upon Issuance."

The Motley Fool, November 1, 2019. "Is It Finally Time to Buy Mattel? The toy maker's business stabilizes for a second straight quarter."

UBS, August 9, 2019. "Mattel Inc: Thoughts on Bond Termination."

UBS, October 25, 2019. "Mattel Inc: What Hasbro Results Mean for Mattel."

## 7. Discovery Files



## 8. Textbook

Brealey, Richard A., Stewart C. Myers, and Franklin Allen. 2020. Principles of corporate finance. New York, NY: McGraw-Hill/Irwin.

## 9. Academic Studies

Amiram, D., Z. Bozanic, J. D. Cox, Q. Dupont, J. M. Karpoff, and R. Sloan. 2018. "Financial reporting fraud and other forms of misconduct: a multidisciplinary review of the literature," *Review of Accounting Studies* 23 (2), 732–783.

Anderson, K. L., and T. L. Yohn. 2002. "The Effect of 10-K Restatements on Firm Value, Information Asymmetries, and Investors' Reliance on Earnings," Working Paper, Georgetown University.

Ashbaugh-Skaife, H., D. Collins, W. Kinney, and R. LaFond. 2009. "The Effect of SOX Internal Control Deficiencies on Firm Risk and Cost of Equity," *Journal of Accounting Research* 47 (1), 1-43.

Ayers, B. C. 1998. "Deferred Tax Accounting under SFAS No. 109: An Empirical Investigation of Its Incremental Value-Relevance Relative to APB No. 11," *The Accounting Review* 73 (2), 195–212.

Beneish, M. D., M. Billings, and L Hodder. 2008. "Internal control weaknesses and information uncertainty," *The Accounting Review* 83 (3), 665-703.

Bertomeu, J., and E. Cheynel. 2016. "Disclosure and the Cost of Capital: A Survey of the Theoretical Literature," *Abacus* 52 (2), 221–258.

Bruegger, E., and F. C. Dunbar. 2009. "Estimating Financial Fraud Damages with Respose Coefficients," *The Journal of Corporation Law* 35 (1), 11–70.

Easley, D., and M. O'Hara. 2004. "Information and the Cost of Capital," *Journal of Finance* 59 (4), 1553–1583.

Edwards, A., 2017. The Deferred Tax Asset Valuation Allowance and Firm Creditworthiness. *Journal of The American Taxation Association* 40 (1): 57–80.

Fisch, J. E., J. B. Gelbach, and J. Klick. 2018. "The Logic and Limits of Event Studies in Securities Fraud Litigation," *Texas Law Review* 96 (3), 553–618.

Graham, J. R., J. S. Raedy, and D. A. Shackelford. 2012. "Research in accounting for income taxes," *Journal of Accounting and Economics* 53, 412–434.

Hanlon, M., and S. Heitzman. 2010. "A review of tax research," *Journal of Accounting and Economics* 50, 127–178.

Hayn, C. 1995. "The information content of losses," *Journal of Accounting and Economics* 20, 125–153.

Hennes, K. M., A. J. Leone, and B. P. Miller. 2008. "The Importance of Distinguishing Errors from Irregularities in Restatement Research: The Case of Restatements and CEO/CFO Turnover," *The Accounting Review* 83 (6), 1487–1519.

Hribar, P., and N. T. Jenkins. 2004. "The Effect of Accounting Restatements on Earnings Revisions and the Estimated Cost of Capital," *Review of Accounting Studies* 9 (2-3), 337–356.

Hughes, J. S., J. Liu, and J. Liu. 2007. "Information Asymmetry, Diversification, and Cost of Capital," *The Accounting Review* 82 (3), 705–729.

Jung, D., and D. Pulliam. 2006. "Predictive ability of the valuation allowance for deferred tax assets," *Academy of Accounting and Financial Studies Journal* 10 (2), 49–70.

Kim, J., B. Y. Song, and L. Zhang. 2011. "Internal Control Weakness and Bank Loan Contracting: Evidence from SOX Section 404 Disclosures," *The Accounting Review* 86 (4), 1157–1188.

Korsmo, C. R. 2021. "Information Bundling, Disclosure, and Judicial Deference to Market Valuations," *Boston College Law Review* 62 (2), 571–613.

Kothari, S. P. 2001. "Capital markets research in accounting," *Journal of Accounting and Economics* 31, 105–231.

Kravet, T., and T. Shevlin. 2010. "Accounting restatements and information risk," *Review of Accounting Studies* 15 (2), 264–294.

Kumar, K. R., and G. Visvanathan. 2003. "The Information Content of the Deferred Tax Valuation Allowance," *The Accounting Review* 78 (2), 471–490.

Lambert, R., C. Leuz, and R. E. Verrecchia, 2007. "Accounting Information, Disclosure, and the Cost of Capital," *Journal of Accounting Research* 45 (2), 385–420.

Lambert, R., C. Leuz, and R. E. Verrecchia, 2012. "Information Asymmetry, Information Precision, and the Cost of Capital," *Review of Finance* 16 (1), 1–29.

Legoria, J., and K. F. Sellers. 2005. "The Analysis of SFAS No. 109's Usefulness in Predicting Future Cash Flows from a Conceptual Framework Perspective," *Research in Accounting Regulation* 18, 143–161.

Lobo, G., C. Wang, X. Yu, and Y. Zhao. 2020. "Material Weakness in Internal Controls and Stock Price Crash Risk," *Journal of Accounting, Auditing & Finance* 35 (1), 106–138.

Lopez, T. J., S. D. Vandervelde, and Y. Wu. 2009. "Investor perceptions of an auditor's adverse internal control opinion," *Journal of Accounting and Public Policy* 28 (3), 231–250.

Palmrose, Z., V. J. Richardson, and S. Scholz. 2004. "Determinants of market reactions to restatement announcements," *Journal of Accounting and Economics* 37, 59–89.

Payne, J., and W. Thomas. 2011. "The Torpedo Effect: Myth or Reality." *Journal of Accounting, Auditing & Finance* 26 (2), 255–278.

## 10. Websites/Webpages

FASB Accounting Standards Codification (ASC) 740-10-30-18 (https://asc.fasb.org/section&trid=2144696)

PWC's podcast of their guidance on accounting for valuation allowance (https://viewpoint.pwc.com/dt/us/en/pwc/podcasts/podcasts_US/Valuation_Allowance.html)

## 11. Databases

- Historical data on stock price and returns from the Center for Research in Security Prices database (CRSP) and Bloomberg
- Historical data on analyst forecast from the Institutional Brokers Estimate System (I/B/E/S)
- Historical data on S&P 1500 Leisure Product membership from Bloomberg
- Mattel's SEC filings and forms downloaded from EDGAR
- Mattel's news headlines and articles downloaded from the Dow Jones Factiva Database

- Mattel's conference call transcripts from Thomson One Analytics and Dow Jones Factiva Database
- Mattel's Analyst reports from Thomson One Analytics



Figure 1
$1 Investment in Stocks of Mattel and S&P 500 Index Based on Raw Returns
8/8/2019 - 12/31/2019

Mattel's value on August 8, 2019: $1

Mattel's value on October 29, 2019: $0.895

48



Figure 2
$1 Investment in Stocks of Mattel, Inc., Hasbro, Inc., and S&P 500 Index Based on
Raw Returns Excluding the Price Impact of Confounding News
8/8/2019 - 12/31/2019

Exhibit A
Page 52

**EXHIBIT 1**



*(Continued on the next page)*

*(Exhibit 1 continued)*



51

## EXHIBIT 2
## Mattel Inc.
### Net Price Impact on August 9, 2019 and October 30, 2019

For August 9, 2019 and October 30, 2019, I estimate the following regression model using a 120-trading-day window prior to each day:

$$RET_{K,t} = \alpha_K + \beta_K \times RET\_SP500_{K,t} + \gamma_K \times RET\_SP500LP_{K,t} + \Sigma(\delta_{K, i=1 \text{ to } 5} \times Corporate\ Events_{K, i=1 \text{ to } 5}) + \varepsilon_{K,t}, \ t = \text{-120, -119..., -1, K = 8/9/2019 or 10/30/2019}$$

$RET_{K,t}$ is Mattel's stock return on day t. $RET\_SP500_{K,t}$ is the return of the market portfolio on day t, as proxied by the S&P 500 Index, while $RET\_SP1500LP_{K,t}$ is the return of the industry portfolio on day t, as proxied by the S&P 1500 Leisure Product Index excluding Mattel. I define the indicator variable $Corporate\ Event_{K,i=1 \text{ to } 5}$ to be one if any corporate event, such as an earnings announcement or a corrective disclosure, occurs during the estimation window. I then compute abnormal return (*ABRET*) on event date as:

$$ABRET_K = RET_K - (\hat{\alpha} + \hat{\beta}_K \times RET\_SP500_{K,t} + \hat{\gamma}_K \times RET\_SP1500LP_{K,t}), \ K = \text{8/9/2019 or 10/30/2019}$$

where $\hat{\alpha}$, $\hat{\beta}$ and $\hat{\gamma}$ are estimated parameters obtained from the 120-trading-day rolling regression. T-statistic is computed as *ABRET* divided by the root mean squared error of the 120-trading-day estimation window. I use the degrees of freedom from the 120-day rolling regression to derive the p-value and consider two-tailed p-value of less than or equal to 5% to be statistically significant. * and ** represent statistical significance at two-tailed 0.05 and 0.01 levels, respectively.

| (A) | (B) | | | (C) | (D) = (B) × (C) | (E) | (F) = (E) × (C) |
|---|---|---|---|---|---|---|---|
| Event date | ABRET | t-statistic | Two-tailed p-value | Closing Price at Day t-1[a] | Per Share Price Change W/O Adjustment for Confounding News | ABRET Adjusted for Confounding News[b] | Per Share Price Change W/ Adjustment for Confounding News |
| | | | | | | | |
| August 9, 2019 | -14.54% | -7.34** | <0.0001 | $13.43 | -$1.95 | -14.54% | -$1.95 |
| October 30, 2019 | 13.61% | 6.61** | <0.0001 | 10.56 | 1.44 | 4.61% | 0.49 |
| | | | | | | | |
| Sum | | | | | -$0.51 | | -$1.46 |

### EXHIBIT 3

---

[a] Source: CRSP.

[b] From the ERC analysis I derive an ERC coefficient to good news earnings announcements to be 10.59. Multiplying 10.59 with the scaled earnings surprise on October 30, 2019, 0.008523, I obtain a 9% (or $0.95 = $10.56 × 9%) market reaction to the positive earnings news. Therefore, the remaining 4.61% (13.61% - 9%) market reaction on October 30, 2019 is attributable to the (reversal of) corrective disclosure.

52

**Exhibit A**
**Page 55**

**Mattel, Inc.**
**Summary of ERC Analysis**

The ERC analysis is conducted on Mattel's earnings announcements during the examination windows. Specifically, I estimate the following regression:

$ABRET_t = \alpha + \beta\, UE_t + \gamma\, Good\,News_t + \delta\, UE \times Good\,News_t + \varepsilon_t$, $t$ = Mattel's earnings announcement date.

*ABRET* is the abnormal return estimated from the 120-day rolling window as calculated in the market efficiency report. *UE* is the unexpected earnings, calculated as the realized earnings per share minus the analyst consensus. Both realized earnings per share and analyst consensus are obtained from I/B/E/S Unadjusted Summary Database, and analyst consensus is the latest median forecast prior to the earnings announcement. I deflate unexpected earnings by the closing price of that last trading day prior to the earnings announcement date t. *Good News* is an indicator if the earnings announcement contains positive news. I identify positive earnings news if the realized earnings per share is more than two cents above the analyst consensus.

I perform the ERC analysis in four scenarios: 1) all Mattel's earnings announcements over a 10-year period ending on August 7, 2019; 2) all Mattel's earnings announcements over a 5-year period ending on August 7, 2019; 3) all Mattel's earnings announcements during the Class Period (August 2, 2017 – August 8, 2019); and 4) All earnings announcements made by S&P 1500 Leisure Product firms during the Class Period. The *ERC* coefficient of good news is calculated as $\hat{\beta} + \hat{\delta}$, where $\hat{\beta}$ and $\hat{\delta}$ are estimated parameters obtained from the above regression. I calculate the price impact attributable to earnings news as *ERC × Earnings Surprise*. On October 30, 2019 the earnings surprise is $0.09 ($0.26 realized EPS subtracting $0.17 analyst consensus), while the abnormal price change is $1.44 (*ABRET* 14.54% × closing price $10.56 on October 29, 2019).

| | ERC of good news earnings announcements | Price inflation attributed to positive earnings news on 10/30/2019 | Price change attributed to disclosure on 10/30/2019 |
|---|---|---|---|
| 1) 40 earnings announcements between 8/2/2009 – 8/8/2019 | 10.59 | 10.59 × (0.26 – 0.17) = $0.95 | $1.44 – 0.95 = $0.49 |
| 2) 20 earnings announcements between 8/2/2014 – 8/8/2019 | 15.34 | 15.34 × (0.26 – 0.17) = $1.38 | $1.44 – 1.38 = $0.06 |
| 3) 8 earnings announcements during the Class Period | 56.15 | 56.15 × (0.26 – 0.17) = $5.50 | $0 |
| 4) 63 earnings announcements of S&P 1500 Leisure Product firms during the Class Period | 13.05 | 13.05 × (0.26 – 0.17) = $1.17 | $1.44 – 1.17 = $0.27 |

53

**EXHIBIT 4**
**Mattel, Inc.**
**Companies in the S&P 1500 Leisure Product Index and Mattel's Major Competitors Identified by the Analysts**

| S&P 1500 Leisure Product Index | SADIF | BMO | WRIGHT | GlobalData | CFRA | Argus |
|---|---|---|---|---|---|---|
| Nautilus Inc | Hasbro Inc | LEGO | Fitbit Inc | Bandai Co Ltd | Acushnet Holdings Corp. | Lululemon Athletica Inc |
| Callaway Golf Co | Take Two Interactive Software | Spin Master | Spectrum Brands Holdings | Hasbro, Inc. | American Outdoor Brands Corporation | Tractor Supply Co |
| Sturm Ruger & Co Inc | Summer Infant Inc | MGA | Acushnet Holdings Corp | JAKKS Pacific Inc | BRP Inc. | Thor Industries Inc |
| Polaris Inc | Gravity Co Ltd | Just Play | | LeapFrog Enterprises, Inc. | Brunswick Corporation | Ralph Lauren Corp |
| Hasbro Inc | JAKKS Pacific Inc | | | LEGO Holding A/S | Callaway Golf Company | Williams-Sonoma Inc |
| Vista Outdoor Inc | | | | MGA Entertainment Inc | Polaris Industries Inc. | Tupperware Brands Corporation |
| Brunswick Corp | | | | VTech Holdings Limited | Spin Master Corp. | Bed Bath & Beyond Inc |
| | | | | | Sturm, Ruger & Company, Inc. | |
| | | | | | Vista Outdoor Inc. | |
| | | | | | Yamaha Corporation | |

54

Exhibit A
Page 57

**EXHIBIT 5**
**Mattel, Inc.**
**Comparison of Market Models of Controlling for Return of S&P 1500 Leisure Product Index v. Controlling for Return of Hasbro, Inc.**

This exhibit compares the abnormal returns on August 9, 2019 and October 30, 2019 estimated from two regression models:

(A)  $RET_{K,t} = \alpha_K + \beta_K \times RET\_SP500_{K,t} + \gamma_K \times RET\_SP500LP_{K,t} + \Sigma(\delta_{K, i=1 \text{ to } 5} \times Corporate\ Events_{K, i=1 \text{ to } 5}) + \varepsilon_{K,t}$, t = -120, -119…, -1, K = 8/9/2019 or 10/30/2019, and

(B)  $RET_{K,t} = \alpha_K + \beta_K \times RET\_SP500_{K,t} + \gamma_K \times RET\_HAS_{K,t} + \Sigma(\delta_{K, i=1 \text{ to } 5} \times Corporate\ Events_{K, i=1 \text{ to } 5}) + \varepsilon_{K,t}$, t = -120, -119…, -1, K = 8/9/2019 or 10/30/2019.

$RET_{K,t}$ is Mattel's stock return on day t. $RET\_SP500_{K,t}$ is the return of the market portfolio on day t, as proxied by the S&P 500 Index, while $RET\_SP1500LP_{K,t}$ is the return of the industry portfolio on day t, as proxied by the S&P 1500 Leisure Product Index excluding Mattel. I define the indicator variable $Corporate\ Event_{K,i=1 \text{ to } 5}$ to be one if any corporate event, such as an earnings announcement or a corrective disclosure, occurs during the estimation window. In model (B) I replace $RET\_SP500LP_{K,t}$ with $RET\_HAS_{K,t}$, which is the return of Hasbro, Inc. $ABRET$ is estimated as $RET_K - (\hat{\alpha} + \hat{\beta}_K \times RET\_SP500_{K,t} + \hat{\gamma}_K \times RET\_SP1500LP_{K,t})$ or $RET_K - (\hat{\alpha} + \hat{\beta}_K \times RET\_SP500_{K,t} + \hat{\gamma}_K \times RET\_HAS_{K,t})$ on each event date. T-statistic is computed as $ABRET$ divided by the root mean squared error of the 120-trading-day estimation window. I use the degrees of freedom from the 120-day rolling regression to derive the p-value and consider two-tailed p-value of less than or equal to 5% to be statistically significant. * and ** represent statistical significance at two-tailed 0.05 and 0.01 levels, respectively.

| Event Date | Raw Return | Market Model Controlling for Returns of S&P 500 and S&P 1500 Leisure Product | | | Market Model Controlling for Returns of S&P 500 and Hasbro | | |
|---|---|---|---|---|---|---|---|
| | | ABRET | t-statistic | Two-tailed p-value | ABRET | t-statistics | Two-tailed p-value |
| | | | | | | | |
| August 9, 2019 | -15.79% | -14.54% | -7.34** | <0.0001 | -14.07% | -6.90** | <0.0001 |
| October 30, 2019 | 13.78% | 13.61% | 6.61** | <0.0001 | 13.16% | 6.06** | <0.0001 |

* and ** represent statistical significance at two-tailed 0.05 and 0.01 levels, respectively.

55

Exhibit A
Page 58

**EXHIBIT 6**
**Mattel, Inc.**
**Discussions of Tax and Valuation Allowance in Conference Calls**

Mattel discussed Mattel's book taxes and the valuation allowance as part of his opening remarks at each conference call. Below is a summary of Mattel's CFO's comments on taxes and valuation allowance, with a percentage of word counts in parentheses. The percentage is calculated as the number of words about taxes and valuation allowance relative to the total number of opening remarks words spoken by the CFO during each conference call.

**Joseph Euteneuer, CFO, at the Earnings call on February 1, 2018:** [a]

"In the fourth quarter, our income tax provision was $39.6 million, excluding the impact of U.S. tax reform. As I mentioned on our third quarter earnings call, we booked a onetime noncash charge of $561.9 million to record a valuation allowance for a significant portion of our deferred tax assets. To account for U.S. tax reform, an estimated noncash benefit of $105.3 million was recorded in Q4.

…The valuation allowance does not impact Mattel's ability to utilize these deferred tax assets under the applicable tax laws.

Overall, total tax expense for the full year was $548.8 million, inclusive of all noncash charges, current estimated impact from U.S. tax reform and the effects of our operations in 2017." (117/1,950 = 6.00%)

**Joseph Euteneuer, CFO, at the Earnings call on April 26, 2018:** [b]

"Now let me give you an update on taxes. In the first quarter, our income tax benefit was $2.7 million. Our overall 2018 effective tax rate may vary significantly from quarter-to-quarter due to the level and mix of income or losses in our foreign jurisdictions and due to the fact that we established a valuation allowance on our U.S. deferred tax assets in the third quarter of 2017. In the U.S., during periods of taxable loss, we would record no income tax benefit. And during periods of income, we would record no income tax expense as the valuation allowance is released.

In the first quarter of 2018, we provided no income tax benefit for any U.S. losses and recorded an income tax benefit on our net foreign losses in jurisdictions with no valuation allowance or in jurisdictions that don't provide a benefit for losses." (144/2,495 = 5.77%)

**Joseph Euteneuer, CFO, at the Earnings Call on July 25, 2018:** [c]

"Now let me give you an update on taxes. Our income tax expense was $6.9 million in the second quarter and $4.3 million year-to-date. Our overall 2018 effective tax rate may vary significantly from quarter-to-quarter due to, first, the level and mix of income or losses in our foreign jurisdictions; second, the fact that we have a full valuation allowance on our U.S. deferred tax assets.

In the U.S., during periods of taxable loss, we would record no income tax benefit, and during periods of income, we would record no income tax expense as the valuation allowance is released to cover the related expenses.

In the second quarter of 2018, we provided no income tax benefit for any U.S. losses and recorded an income tax benefit on our net foreign losses in jurisdictions with no valuation allowance." (137/2,246 = 6.10%)

*(Continued on the next page)*

Exhibit A
Page 59

*(Exhibit 6 continued)*

**Joseph Euteneuer, CFO, at the Earnings Call on October 25, 2018:** [d]

"Now let me give you an update on taxes. Our income tax expense was $66 million in the third quarter and $71 million year-to-date. Our overall 2018 effective tax rate may vary significantly from quarter-to-quarter due to the level and mix of income or losses in our foreign jurisdictions and due to the full valuation allowance on our U.S. deferred tax assets.

As a result of the valuation allowance, in the third quarter of 2018, we did not recognize an income tax benefit for any U.S. losses since we released the valuation allowance to cover the related expenses but recorded an income tax expense on our net foreign income in certain jurisdictions. …

With regards to the Tax Act, in the third quarter, we recorded a provisional tax of $9 million associated with the deemed repatriation of accumulated foreign earnings. Additionally, in order to enhance Mattel's access to foreign earnings, we changed our indefinite reinvestment assertion on a portion of our foreign earnings and recorded a tax expense of $15 million related to this change.

Assuming no changes in tax laws and excluding discrete tax items, Mattel anticipates that our fourth quarter tax expense should be less than $30 million based on our current projections." (205/1,468 = 13.96%)

**Joseph Euteneuer, CFO, at the Earnings Call on February 7, 2019:** [e]

"Now let me give you an update on taxes. Our 2018 income tax expense was $41 million in the fourth quarter and $112 million for the full year, which was $11 million higher than the guidance we provided you on our third quarter earnings call as a result of higher sales and profit than previously forecasted. … With regards to the Tax Act, in the fourth quarter, we adjusted our previously recorded provisional tax associated with the deemed repatriation of accumulated foreign earnings from $27 million to $4 million. Additionally, as a result of the Tax Act, we reevaluated and changed our indefinite reinvestment assertion on a portion of our foreign earnings to enhance our access to foreign earnings and recorded a tax expense of $15 million related to this change. As we stated in 2018, the overall effective tax rate may vary significantly from quarter-to-quarter due to the level and mix of income or losses in our foreign jurisdictions and due to the full valuation allowance on our U.S. deferred tax assets which will also be true in 2019." (180/1,329 = 13.54%)

**Joseph Euteneuer, CFO, at the Earnings Call on April 25, 2019:** [f]

"I wanted to update you on our full year outlook on taxes, recognizing the difficulty in estimating our full year tax expense given the changes in the U.S. and global tax laws and taking into consideration the continuing impact of the valuation allowance primarily against U.S. deferred tax assets we booked in 2017. Forecasting our tax as quarterly is even more challenging because our tax expense may be either positively impacted or negatively impacted by discrete tax items, which are difficult to predict from both a timing and an outcome perspective.

When calculating our tax expense, discrete tax items must be individually determined and recognized in the period in which they occur. For example, they may relate to a reassessment of prior year tax liabilities because of a tax audit or newly enacted tax law. In addition, the quarterly tax rate may also vary because of the level and mix of income or losses in our foreign jurisdictions.

*(Continued on the next page)*

57

Exhibit A
Page 60

*(Exhibit 6 continued)*

As I have said, the 2017 U.S. valuation allowance impacts the way we record taxes in 2 ways. During periods of U.S. taxable loss, we don't record an income tax benefit. And during periods of U.S. taxable income, we don't record an income tax expense because the valuation allowance is released to cover the related expense. And because of the valuation allowance, we do not believe that we will be able to record any benefit from U.S. losses in the foreseeable future. The income tax expense recorded in our P&L primarily reflects income tax expense in international jurisdictions where we are not in a pretax loss position. And this is why you will see, as we did in 2018, a tax expense recorded even though we had a worldwide pretax loss.

Having said all this, based on our current outlook, we anticipate our income tax expense to be approximately $75 million to $100 million. And as I mentioned earlier, this outlook may be impacted by discrete tax items from a tax audit or unplanned changes in the tax law. Going forward, due to the seasonal nature of our operating results and the potential outsized impact that discrete tax items may have on any individual quarter, we will continue to provide a general full year tax outlook and update you accordingly." (378/1,651 = 22.90%)

**Joseph Euteneuer, CFO, at the Earnings Call on July 25, 2019:** [g]

"Our income tax expense was $12 million in the second quarter.

As it relates to taxes, the guidance we discussed in our Q1 earnings call hasn't changed. We still expect income tax expense of approximately $75 million to $100 million." (40/1,559 = 2.57%)

**Earnings Call on October 29, 2019 is not coded:** [h]

There were no discussions regarding the book taxes or valuation allowance. David Zbojniewicz, Head of IR, specifically made a statement in the opening remarks:

"Before we begin Q&A, I want to point out that we will not be addressing detailed accounting questions related to the whistleblower investigation at this time. We will file an amended 2018 10-K addressing these accounting matters, as well as the 2019 Q3 10-Q, on or before the November 12 filing deadline for the 10-Q. As Ynon mentioned, information regarding the accounting matters can be found in the press release made available today. We will schedule a call to answer any questions you may have addressing the amended 10-K after its filing."

**Joseph Euteneuer, CFO, at the Earnings Call on February 13, 2020:** [i]

"Moving to taxes. Last year, we discussed the challenge in estimating our full year tax expense given the changes in the U.S. and global tax laws, and the impact of valuation allowances, primarily against U.S. deferred tax assets. In 2019, we benefited from favorable discrete one-time tax items, including the release of foreign valuation allowances and the reassessment of certain tax liabilities. As a result, our 2019 tax provision was much lower than anticipated, with $9 million booked in the quarter, and $55 million booked for the year. Please note that going forward, our overall effective tax rate may vary significantly from quarter-to-quarter, due to the level and mix of income or losses in our foreign jurisdictions and due to the full valuation allowance on our U.S. deferred tax assets." (130/3,253 = 3.40%)

**Joseph Euteneuer, CFO, at the Earnings Call on May 5, 2020:** [j]

"Moving to Taxes. In the first quarter, our Income Tax expense was $11.9 million. We continue to expect that going forward, our overall effective tax rate may vary significantly from quarter-to-quarter due to the level and mix of income or losses in our foreign jurisdictions and due to the full valuation allowance on our U.S. deferred tax assets." (58/2,147 = 2.70%)

*(Continued on the next page)*

*(Exhibit 6 continued)*

Exhibit A
Page 61

**Joseph Euteneuer, CFO, at the Earnings Call on July 23, 2020:** [k]

"Moving to taxes. In the second quarter, our income tax expense was $13 million. We continue to expect that, going forward, our overall effective tax rate may vary significantly from quarter-to-quarter due to the level and mix of income or losses in our foreign jurisdictions and the full valuation allowance on our U.S. deferred tax assets." (56/1,592 = 3.52%)

**Anthony DiSilvestro, CFO, at the Earnings Call on October 22, 2020:** [l]

No book taxes or valuation allowance was discussed (0/1,613 = 0.00%)

**Anthony DiSilvestro, CFO, at the Earnings Call on February 9, 2021:** [m]

No book taxes or valuation allowance was discussed (0/1,876 = 0.00%)

In responding to the question of an analyst with JPMorgan, Anthony DiSilvestro said: "…we're not providing specific guidance around the tax line. But I don't think it would be meaningfully different than where we've been in the recent past."

**Anthony DiSilvestro, CFO, at the Earnings Call on April 22, 2021:** [n]

"Given our valuation allowance, we do not expect to incur any incremental taxes associated with these savings in the near term." (21/1,604 = 1.31%)

[a] Thomson Reuters StreetEvents, February 1, 2018. "MAT – Q4 2017 Mattel Inc Earnings Call."
[b] Thomson Reuters StreetEvents, April 26, 2018. "MAT – Q1 2018 Mattel Inc Earnings Call."
[c] Thomson Reuters StreetEvents, July 25, 2018. "MAT – Q2 2018 Mattel Inc Earnings Call."
[d] Thomson Reuters StreetEvents, October 25, 2018. "MAT – Q3 2018 Mattel Inc Earnings Call."
[e] Thomson Reuters StreetEvents, February 7, 2019. "MAT – Q4 2018 Mattel Inc Earnings Call."
[f] Thomson Reuters StreetEvents, April 25, 2019. "MAT – Q1 2019 Mattel Inc Earnings Call."
[g]Thomson Reuters StreetEvents, July 25, 2019. "MAT – Q2 2019 Mattel Inc Earnings Call."
[h]Thomson Reuters StreetEvents, October 29, 2019. "MAT – Q3 2019 Mattel Inc Earnings Call."
[i] CQ FD Disclosure, February 13, 2020. "Q4 2019 Mattel Inc Earnings Call – Final."
[j] CQ FD Disclosure, May 5, 2020. "Q1 2020 Mattel Inc Earnings Call – Final."
[k] CQ FD Disclosure, July 23, 2020. "Q2 2020 Mattel Inc Earnings Call – Final."
[l] CQ FD Disclosure, October 22, 2020. "Q3 2020 Mattel Inc Earnings Call – Final."
[m] CQ FD Disclosure, February 9, 2021. "Q4 2020 Mattel Inc Earnings Call – Final."
[n] CQ FD Disclosure, April 22, 2021. "Q1 2021 Mattel Inc Earnings Call – Final."

**Exhibit A**
**Page 62**