# Exhibit B

PROPOSED TO BE FILED UNDER SEAL

# Document Filed Under Seal