# Exhibit G

| | |
|---|---|
| 1 | Jonathan D. Uslaner (Bar No. 256898) |
| 2 | jonathanu@blbglaw.com<br>**BERNSTEIN LITOWITZ BERGER &** |
| 3 | **GROSSMANN LLP**<br>2121 Avenue of the Stars, Suite 2575 |
| 4 | Los Angeles, CA 90067<br>Telephone: (310) 819-3470 |
| 5 | John Rizio-Hamilton (admitted *pro hac vice*) |
| 6 | johnr@blbglaw.com<br>**BERNSTEIN LITOWITZ BERGER &** |
| 7 | **GROSSMANN LLP**<br>1251 Avenue of the Americas |
| 8 | New York, New York 10020<br>Telephone: (212) 554-1400 |
| 9 | Facsimile: (212) 554-1448 |
| 10 | *Lead Counsel for Lead Plaintiffs and the Class* |
| 11 | [Additional counsel appear on signature page.] |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| 15 | | Case No. 19-CV-10860-AB (PLAx) |
| 16 | *In re Mattel, Inc. Securities Litigation* | **AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| 17 | | |
| 18 | | |
| 19 | | **JURY TRIAL DEMANDED** |

AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS
Case No. 19-CV-10860-AB (PLAx)

1 for which it is more likely than not that a tax benefit will not be realized . . . . The
2 valuation allowance shall be sufficient to reduce the deferred tax asset to the amount
3 that is more likely than not to be realized." ASC 740-10-30-24. As noted above,
4 the recognition of a valuation allowance (or a change in the valuation allowance
5 from one period to another) is charged, or in the case of a reduction, credited, to the
6 company's income for that reporting period.

7     85. As Mattel was preparing its third quarter 2017 financial statements
8 during the first few weeks of October, Mattel had approximately $600 million of
9 deferred tax assets on its books, and any material reduction in value of those assets
10 was of great consequence for Mattel, especially given the landscape of Mattel's
11 business at this time.

12     86. As noted above, recording a valuation allowance against Mattel's
13 deferred tax assets would have negatively impacted Mattel's earnings for the quarter
14 and the year, and threatened to "absolutely tank" the Company's financial
15 performance, Whitaker reported. Importantly, recording the valuation allowance
16 would also have communicated to investors that the Company would likely not make
17 money in the near term. According to Whitaker, this kind of action "tells investors
18 that you do not see the ship turning around any time soon. It is very indicative of
19 the future state of things, and you want to avoid that at all costs."

20
21

125. Whitaker assessed the impact of the error as approximately $109 million.

126. The following Monday morning, January 15, 2018, Whitaker scheduled a meeting at Wong's request with Mattel's SVP of Accounting, Joe Johnson; VP of accounting, Lew; VP of Internal Audit, Beverly Lively; Director of Internal Audit, Vladimir Marinescu; Assistant Controller, Nathan Yoo; Wong; Whitaker; and Martin.

127. During the January 15 meeting, all attendees agreed that this was a serious error in Mattel's financial statements. "Everybody understood it. There was no conflict or confusion on that," Whitaker reported.

128. There was discussion about whether and to what extent it constituted an internal control deficiency. Lively and Marinescu believed that this constituted a material weakness based on the fact that it was so significant, and it was the second time in one quarter that an issue like this was discovered.

129. Whitaker reported that by the end of the meeting, "there was no conflict that this was a material weakness. One, this was so material. Two, this was not the first time we had this error."

130. Despite this collective conclusion, Johnson, Mattel's SVP of Accounting who reported directly to CFO Euteneuer, protested that, "We cannot have a material weakness. That would be the kiss of death."

1    131.    Whitaker explained that he understood Johnson's remark to mean that the market would react very poorly to Mattel admitting that its financial statements were materially misstated and that it had a material weakness in its internal controls, particularly given the many challenges the Company was already facing. "Our company [was] tanking. To then go out and say we have no sufficient controls, as an investor, you would read that and say, what else don't you have control over?" In addition, the Company was a defendant in a securities class action suit at the time, and Martin expressed the view that these types of admission would "add fuel to the fire," Whitaker noted. Also, Mattel had just secured new debt on December 20, 2017. Given the material error in the valuation allowance, there was concern over the fact that the financial information Mattel had provided to secure that debt was incorrect. "Those kinds of things were at the tops of peoples' minds at the meeting," Whitaker reported.

132.    The agreement leaving that meeting was, "this was a clear-cut material weakness," Whitaker said, but the team was holding out a thin sliver of hope that perhaps Mattel might be able to find a way to characterize it differently.

133.    Lew then researched ways to avoid restating financial results and admitting a material weakness. On the afternoon of January 15, 2018, she sent an email to Whitaker, Johnson, Wong, Martin, and others containing Ernst & Young's interpretation of certain guidance suggesting that, in certain circumstances, a