# Exhibit H

Home   Capabilities   Deals   Publications   Material weakness disclosures in an IPO

# Material weakness disclosures in an IPO

*October 2020*

When a public company first identifies and discloses material weaknesses (MWs) in its Internal Control over Financial Reporting (ICFR), consequences may include, negative press, loss of investor confidence, lower analyst ratings and increased costs, which may lead to declines in share price and, potentially, company value. Newly public companies are especially vulnerable because, without a long history of stock market performance, their market value is more sensitive to surprises.

Since 2015, an average of 39% of companies going public have disclosed at least one MW before going public. Furthermore, disclosure of MWs has increased significantly in the last few years with 44% of companies disclosing a MW in 2019 and 45% in 2018, up from 31% in 2017, and 50% of companies disclosing an MW in the first half of 2020. The frequency with which pre-IPO companies are disclosing MWs indicates there is some market expectation that companies have an understanding of their internal controls prior to their IPO.

PwC researched MW disclosures in domestic and foreign issuer IPOs since 2015. Explore the trends in MW disclosures as your company prepares for an IPO.



## With you when the bell rings

To create a clear path forward, you need the confidence that comes from working with a team of straight-talking advisors and actionable insights from a team of dedicated professionals. Find out how we can guide you through each step of the readiness assessment process and beyond.

**Contact us**

Mike Bellin
IPO Services Co-Leader, PwC US
Email

David Ethridge
IPO Services Co-Leader, PwC US
Email

Audit and assurance   Consulting   Tax services   Newsroom   Alumni

US offices   Contact us

© 2017 - 2021 PwC. All rights reserved. PwC refers to the US member firm or one of its subsidiaries or affiliates, and may sometimes refer to the PwC network. Each member firm is a separate legal entity. Please see www.pwc.com/structure for further details.

Privacy   Privacy Shield   Cookies info   Legal   Terms and conditions

Site provider   Site map   Do Not Sell My Personal Information