# Exhibit J

# D|A|DAVIDSON

## Mattel, Inc.
MAT - NASDAQ

**Institutional Equity Research**
October 30, 2019

### Lowering 4Q19E EBITDA by 19%; Maintaining $11.50 PT

**Neutral**

| Price Target | $11.50 |
| --- | --- |
| Price (10/29/19) | $10.56 |
| Industry | CONSUMER |

MAT was up ~17% in after-hours trading on a 3Q19 upside surprise and increase in 2019 EBITDA guidance to $400M-$425M from $350M-$400. We are lowering our 2019E EBITDA to $426M from $462M on higher advertising and promotion (A&P), trimming our target EV-to-EBITDA to 9.5x from 10.5x, and maintaining our $11.50 PT, based on 9.5x 2021E EBITDA of $656M, a new estimate. We are maintaining our **NEUTRAL** rating because: (1) upside vs. our above-guidance estimates is getting smaller (3Q19 EBITDA beat us by <$2M); (2) MAT's 3Q shipment growth was higher than POS; and (3) even with optimism built in, we estimate financial leverage of ~5x at year-end 2020.

**Valuation & Performance**

| Total Debt/Total Capital | 87.2% |
| --- | --- |
| Cash per share (9/30/19) | $0.63 |
| BV Per Share (9/30/19) | $1.62 |
| Dividend | $0.00 (0.0%) |
| Return on Equity (T-T-M) | (41.8)% |

**3Q19 highlights.** MAT reported net sales +3% to $1,482M, exceeding consensus of $1,435M. Sales benefited by 1%-2% from a shift of FOB sales to 3Q19 from 4Q19. In constant currency (CC), net sales were +4%. Gross sales were +3%, or +4% in CC. Operating profit was $174M vs. $153M, beating consensus of $134M and our estimate of $171M. EBITDA was $248M vs. $232M, higher than consensus of $225M and our estimate of $246M. Operating cash flow was $(114)M vs. $(175)M, better than our $(170)M estimate. EPS was $0.26 vs. $0.18, higher than consensus of $0.19 and our estimate of $0.21.

**Trading Data**

| Shares Outstanding (M) | 345.5 |
| --- | --- |
| Market Capitalization ($M) | $3,648.9 |
| 52-week range | $9.06 - $17.27 |
| Avg. Volume (3-mth.) (K) | 4,427.4 |

**Linda Bolton Weiser**
MD, Senior Research Analyst
212-223-5404
lweiser@dadco.com

**Whistleblower investigation concluded.** MAT made only one accounting change regarding timing of 2H17 tax expense. Separately, it made immaterial revisions to 2019 for out-of-period adjustments. The CFO will step down, with a six-month transition period once the new CFO joins.

**Cindy Ding**
Research Associate
212-576-1847
cding@dadco.com

**Cost savings pulled into 2019 from 2020.** At the end of 3Q19, MAT had achieved run-rate cost savings of $826M, with $854M projected exiting 2019. Cost savings realized in the P&L in 2019 are expected to be $303M ($246M achieved YTD), with $178M to be realized in 2020. MAT had previously expected to realize $270M in 2019 and $212M in 2020; some of the savings previously expected to be realized in 2020 will now be accelerated into the 2019 P&L. Strategic investments YTD were $50M ($36M in the P&L, $14M in capex), with $50M budgeted for 4Q19.

**Company Description**

El Segundo, CA - Mattel, Inc. designs, manufactures, and markets a wide range of toy products globally. The company operates within three segments: North America, International, and American Girl. Mattel's toy products include dolls, vehicles, play sets, games, puzzles, and more. Some of the company's notable brands include Barbie, Hot Wheels, Fisher-Price, and American Girl. Mattel sells its products through its website and proprietary retail stores, and directly to retailers such as chain stores and department stores.

**Key brands.** *Barbie* global gross sales were +10% (+5% exp.), with North America +6% (+5% exp.). *Hot Wheels* was +25% (+3% exp.), *Fisher-Price/Thomas* was -3% (-6% exp.), *American Girl* was -14% (-30% exp.), and "Other" (the former Toy Box) was -5% (+3% exp.). Within "Other," growth was driven by *Toy Story 4*, *MEGA*, *Polly Pocket*, and the new *BTS* dolls, more than offset by declines in *Cars* and *Jurassic World*. Gross-to-net sales adjustments were +4% and were 10.6% of gross sales vs. 10.5% in 3Q18. Global POS was down low-single digits in 3Q19.

**Margins.** Gross margin was 46.9% vs. 43.0% (consensus was 42.9%), primarily due to $84M of cost savings. The SG&A ratio was 23.7% vs. 20.9% (19.7% exp.), with a Y/Y increase of $51M, including $23M of cost savings. The A&P ratio was 11.5% vs. 11.5%.

**Outlook for 2019.** Gross sales guidance was raised to slightly up in CC from flat. We are maintaining our 4Q19E CC net sales of +1.2%, but worsening our FX to -1.0% from 0.0%. Gross margin guidance for 2019 is ~43.9%; we are raising our estimate to 44.0% from 42.7%. SG&A expense is expected to be slightly >$1.3B. The A&P ratio is expected to be 12%-13%; we are raising our estimate to 12.0% from 11.7%, with a 4Q19 increase to 14.6% from 13.6%. The stock is trading at 10.7x our 2020E EBITDA, which we view as an optimistic estimate (+30% Y/Y).

| FY (Dec) | | 2018A | 2019E | Previous | Cons. | 2020E | Previous | Cons. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **EBITDA** | Q1 (Mar) | $(161.4) | **$(25.7)A** | - | $(25.7) | **$(8.7)E** | NC | $(11.6) |
| ($M) | Q2 (Jun) | $(59.3) | **$45.2A** | - | $45.2 | **$68.5E** | NC | $61.8 |
| | Q3 (Sep) | $232.4 | **$247.7A** | $246.4 | $247.7 | **$295.4E** | $290.1 | $280.5 |
| | Q4 (Dec) | $186.2 | **$158.4E** | $195.9 | $169.4 | **$197.6E** | $240.7 | $249.0 |
| | | $197.9 | **$425.7E** | $461.8 | $406.8 | **$552.9E** | $590.6 | $578.3 |
| EV/EBITDA | | 30.0x | 14.0x | | | 10.7x | | |
| **Revenue** | Q1 (Mar) | $708.4 | **$689.2A** | - | $689.2 | **$709.9E** | NC | $687.7 |
| ($M) | Q2 (Jun) | $840.7 | **$860.1A** | - | $860.1 | **$885.9E** | NC | $837.6 |
| | Q3 (Sep) | $1,437.5 | **$1,481.6A** | $1,437.3 | $1,481.6 | **$1,526.0E** | $1,480.4 | $1,494.0 |
| | Q4 (Dec) | $1,524.3 | **$1,528.0E** | $1,543.1 | $1,494.8 | **$1,573.9E** | $1,589.4 | $1,542.2 |
| | | $4,510.9 | **$4,558.9E** | $4,529.6 | $4,483.9 | **$4,695.7E** | $4,665.5 | $4,564.2 |
| EV/Sales | | 1.3x | 1.3x | | | 1.3x | | |

Adjusted EBITDA

**Price Performance**
NASDAQ: MAT



Exhibit J
Page 122

Please refer to pages 6 - 7 of this report for detailed disclosure and certification information.

D.A. Davidson & Co. Member SIPC

**Mattel, Inc.**
**Annual Balance Sheet, 2012-2021E**

($ millions, except per share amounts)                                                                                     December fiscal year end

|  | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash & cash equivalents | 1,335.7 | 1,039.2 | 971.7 | 892.8 | 869.5 | 1,079.2 | 594.5 | 591.3 | 603.3 | 594.5 |
| Total debt | 1,509.8 | 1,604.3 | 2,100.0 | 2,116.9 | 2,326.4 | 3,123.1 | 2,855.9 | 2,883.3 | 2,683.3 | 2,383.3 |
| Shareholders' equity | 3,067.0 | 3,251.6 | 2,949.1 | 2,633.3 | 2,407.8 | 1,257.5 | 669.5 | 435.4 | 479.1 | 598.0 |
| Net debt | 174.1 | 565.1 | 1,128.4 | 1,224.1 | 1,456.9 | 2,043.9 | 2,261.4 | 2,292.0 | 2,080.0 | 1,788.8 |
| **Total debt / total cap.** | **33.0%** | **33.0%** | **41.6%** | **44.6%** | **49.1%** | **71.3%** | **81.0%** | **86.9%** | **84.9%** | **79.9%** |
| Net debt / total cap. | 5.4% | 14.8% | 27.7% | 31.7% | 37.7% | 61.9% | 77.2% | 84.0% | 81.3% | 74.9% |
| Average Capital | 3,020.3 | 3,528.9 | 3,947.0 | 3,967.4 | 3,861.0 | 3,583.0 | 3,116.1 | 2,829.2 | 2,643.3 | 2,473.0 |
| Working capital | 1,840.8 | 2,330.6 | 2,097.0 | 1,551.3 | 1,434.5 | 1,487.8 | 1,099.8 |  |  |  |
| Working capital, ex. cash | 505.1 | 1,291.3 | 1,125.4 | 658.5 | 565.0 | 408.6 | 505.4 |  |  |  |
| Working capital, specially defined | 948.0 | 1,323.3 | 1,144.1 | 994.1 | 776.9 | 668.1 | 519.6 | 516.4 | 516.4 | 516.4 |
| Working capital / sales | 28.7% | 35.9% | 34.8% | 27.2% | 26.3% | 30.5% | 24.4% |  |  |  |
| Working capital, ex. cash / sales | 7.9% | 19.9% | 18.7% | 11.5% | 10.4% | 8.4% | 11.2% |  |  |  |
| Working cap., specially defined / sales | 14.8% | 20.4% | 19.0% | 17.4% | 14.2% | 13.7% | 11.5% | 11.3% | 11.0% | 10.7% |
| Total assets | 6,526.8 | 6,439.6 | 6,722.0 | 6,552.7 | 6,493.8 | 6,238.5 | 5,243.5 |  |  |  |
| Asset turnover ratio | 1.1x | 1.0x | 0.9x | 0.9x | 0.8x | 0.8x | 0.8x |  |  |  |
| Period-end accounts receivable | 1,226.8 | 1,260.1 | 1,093.2 | 1,145.1 | 1,115.2 | 1,128.6 | 970.1 |  |  |  |
| Days sales outstanding (DSOs) | 69.3 | 69.0 | 70.3 | 70.7 | 74.6 | 82.7 | 83.7 |  |  |  |
| Period-end inventories | 465.1 | 568.8 | 562.0 | 587.5 | 613.8 | 600.7 | 542.9 |  |  |  |
| Inventory turnover ratio | 6.3x | 5.8x | 5.3x | 5.0x | 4.8x | 5.0x | 4.7x |  |  |  |
| ROA | 14.2% | 14.0% | 8.6% | 6.6% | 5.7% | -6.6% | -7.0% |  |  |  |
| ROE | 30.4% | 28.6% | 18.2% | 15.6% | 14.6% | -22.9% | -41.8% | -24.8% | 9.5% | 22.1% |
| ROIC | 30.8% | 27.3% | 15.7% | 12.6% | 11.3% | -8.1% | -5.3% | 9.6% | 7.1% | 10.7% |

*Sources: Company financial statements and D.A. Davidson estimates.*

**Mattel, Inc.**
**Annual Cash Flow Statement, 2012-2021E**

($ millions, except per share amounts)                                                                                                December fiscal year end

| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATIONS** | | | | | | | | | | |
| Net income (loss), contin. ops. | 776.5 | 903.9 | 498.9 | 369.4 | 318.0 | (1,053.8) | (531.0) | (234.0) | 43.6 | 118.9 |
| Noncash restructuring/asset impairments | 0.0 | 14.0 | 0.0 | 0.0 | 0.0 | 699.5 | 36.5 | 6.8 | 0.0 | 0.0 |
| (Gain) loss on sale of bus./investments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Depreciation & amortization | 174.3 | 196.4 | 248.7 | 265.4 | 262.3 | 274.8 | 271.9 | 248.3 | 254.6 | 261.0 |
| *Depreciation* | *157.5* | *179.3* | *207.7* | *233.0* | *235.8* | *240.8* | *232.8* | *209.0* | *215.2* | *221.7* |
| *Amortization* | *16.7* | *17.1* | *41.0* | *32.4* | *26.5* | *33.9* | *39.1* | *39.3* | *39.3* | *39.3* |
| Share-based compensation | 63.3 | 61.7 | 52.0 | 56.7 | 54.0 | 67.1 | 48.9 | 53.1 | 54.7 | 56.3 |
| Tax benefits from share-based comp. | (35.8) | (50.4) | (21.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Bad debt expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.9 | 2.5 | 0.0 | 0.0 |
| Inventory obsolescence | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 75.0 | 35.4 | 0.0 | 0.0 |
| Changes in assets & liabilities | 297.4 | (427.2) | 110.2 | 43.0 | (39.8) | (15.2) | 30.5 | (3.1) | 0.0 | 0.0 |
| **Contin. op. activities** | **1,275.7** | **698.4** | **888.6** | **734.6** | **594.5** | **(27.6)** | **(27.3)** | **108.9** | **352.9** | **436.3** |
| | | | | | | | | | | |
| **INVESTING** | | | | | | | | | | |
| Capital expenditures | (219.0) | (252.1) | (260.5) | (254.2) | (262.2) | (297.2) | (152.4) | (126.0) | (140.9) | (145.1) |
| *Purchases of tools, dies, & molds* | *(108.1)* | *(128.1)* | *(147.2)* | *(142.4)* | *(140.1)* | *(128.9)* | *(74.7)* | | | |
| *Purchases of other property, plant, & equipment* | *(111.0)* | *(124.0)* | *(113.2)* | *(111.8)* | *(122.1)* | *(168.2)* | *(77.8)* | | | |
| Investment in other long-term assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other, net | 0.0 | (2.9) | (4.9) | 33.2 | (10.5) | 0.5 | 10.3 | 0.5 | 0.0 | 0.0 |
| **Investing activities** | **(219.0)** | **(255.0)** | **(265.3)** | **(221.0)** | **(272.7)** | **(296.7)** | **(142.1)** | **(125.5)** | **(140.9)** | **(145.1)** |
| | | | | | | | | | | |
| **FINANCING** | | | | | | | | | | |
| Exercise of stock options & tax benefit | 158.1 | 184.9 | 64.5 | 15.0 | 34.1 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 |
| Payment of dividends | (423.4) | (494.4) | (514.8) | (515.1) | (518.5) | (312.0) | 0.0 | 0.0 | 0.0 | 0.0 |
| Other, net | (30.7) | (23.4) | (46.4) | (17.1) | (22.3) | (27.8) | (11.1) | (0.2) | 0.0 | 0.0 |
| **Financing activities** | **(296.0)** | **(332.9)** | **(496.8)** | **(517.1)** | **(506.7)** | **(338.0)** | **(11.1)** | **(0.2)** | **0.0** | **0.0** |
| Net cash used for discontinued ops. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Effect of exchange rate changes on cash | 2.0 | (12.9) | (20.3) | (30.7) | (24.4) | 14.5 | (11.5) | 3.2 | 0.0 | 0.0 |
| **FREE CASH FLOW, TOTAL** | **762.6** | **97.7** | **106.2** | **(34.2)** | **(209.3)** | **(647.8)** | **(192.1)** | **(13.5)** | **212.0** | **291.2** |
| **PER SHARE** | **$2.20** | **$0.28** | **$0.31** | **($0.10)** | **($0.61)** | **($1.89)** | **($0.56)** | **($0.04)** | **$0.61** | **$0.84** |
| **FREE CASH FLOW, CONT. OPS.** | **762.6** | **97.7** | **106.2** | **(34.2)** | **(209.3)** | **(647.8)** | **(192.1)** | **(13.5)** | **212.0** | **291.2** |
| **PER SHARE** | **$2.20** | **$0.28** | **$0.31** | **($0.10)** | **($0.61)** | **($1.89)** | **($0.56)** | **($0.04)** | **$0.61** | **$0.84** |
| **TOTAL FCF, BEFORE DIVIDENDS** | **1,186.0** | **592.1** | **621.1** | **480.8** | **309.2** | **(335.8)** | **(192.1)** | **(13.5)** | **212.0** | **291.2** |
| **PER SHARE** | **$3.43** | **$1.70** | **$1.82** | **$1.42** | **$0.90** | **($0.98)** | **($0.56)** | **($0.04)** | **$0.61** | **$0.84** |
| | | | | | | | | | | |
| *Uses of Free Cash Flow* | | | | | | | | | | |
| (Acquisitions) | (685.0) | 0.0 | (423.3) | 0.0 | (33.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Divestitures & sales of assets | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from sale of invests. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Purchases of long-term investments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Issuance (repurchase) of treasury stock | (66.7) | (492.7) | (177.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Increase (decrease) in debt | (48.2) | 85.7 | 446.6 | 16.9 | 225.3 | 796.5 | (274.0) | 27.4 | (200.0) | (300.0) |
| Proceeds from/(payments on) FX contracts | 3.0 | 12.8 | (19.9) | (61.5) | (6.1) | 61.0 | (18.6) | (17.1) | 0.0 | 0.0 |
| **Net change in cash** | **(33.4)** | **(296.5)** | **(67.6)** | **(78.8)** | **(23.3)** | **209.7** | **(484.7)** | **(3.2)** | **12.0** | **(8.8)** |
| | | | | | | | | | | |
| Cap. expend. as % of sales | 3.4% | 3.9% | 4.3% | 4.5% | 4.8% | 6.1% | 3.4% | 2.8% | 3.0% | 3.0% |
| Cap. expend. as % of D&A | 125.7% | 128.3% | 104.7% | 95.8% | 99.9% | 108.1% | 56.0% | 50.7% | 55.3% | 55.6% |

*Sources: Company financial statements and D.A. Davidson estimates.*

**Mattel, Inc.**
**Income Statement, 2018-2020E**
($ millions, except per share amounts)                                                                              December fiscal year end

| | 1QA | 2QA | 3QA | 4QA | 2018A | 1QA | 2QA | 3QA | 4QE | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 708.4 | 840.7 | 1,437.5 | 1,524.3 | 4,510.9 | 689.2 | 860.1 | 1,481.6 | 1,528.0 | 4,558.9 | 4,695.7 |
| Cost of sales | 486.5 | 584.7 | 818.7 | 814.7 | 2,704.6 | 427.5 | 516.6 | 786.0 | 825.1 | 2,555.2 | 2,566.1 |
| Gross profit | 221.9 | 256.0 | 618.8 | 709.6 | 1,806.3 | 261.7 | 343.5 | 695.6 | 702.9 | 2,003.7 | 2,129.5 |
| Advertising & promo. exp. | 70.8 | 82.4 | 165.3 | 207.9 | 526.5 | 69.5 | 84.5 | 170.4 | 223.7 | 548.1 | 564.6 |
| Other selling & admin. exp. | 398.3 | 307.9 | 300.4 | 388.4 | 1,395.1 | 292.6 | 289.5 | 351.4 | 394.4 | 1,328.0 | 1,320.8 |
| Operating income | (247.3) | (134.3) | 153.0 | 113.3 | (115.3) | (100.4) | (30.4) | 173.7 | 84.8 | 127.6 | 244.1 |
| | | | | | | | | | | | |
| Net interest exp. (inc.) | 38.0 | 41.8 | 47.4 | 48.4 | 175.6 | 44.7 | 44.7 | 46.9 | 46.7 | 183.0 | 183.0 |
| *Interest expense* | *41.1* | *43.5* | *48.2* | *49.2* | *182.0* | *47.0* | *46.2* | *47.7* | *47.5* | *188.4* | *188.4* |
| *Interest income* | *(3.1)* | *(1.7)* | *(0.8)* | *(0.8)* | *(6.4)* | *(2.3)* | *(1.5)* | *(0.8)* | *(0.8)* | *(5.4)* | *(5.4)* |
| Other non-op. exp. (inc.), net | (0.6) | 3.1 | 1.9 | 3.0 | 7.4 | 1.9 | (0.3) | 1.3 | 3.0 | 5.9 | 5.9 |
| Pretax income | (284.7) | (179.2) | 103.7 | 61.9 | (298.3) | (147.0) | (74.8) | 125.5 | 35.1 | (61.3) | 55.2 |
| Income taxes | 9.0 | 6.6 | 41.3 | 47.2 | 104.1 | 6.2 | 12.2 | 34.4 | 23.0 | 75.8 | 11.6 |
| Inc, bef. one-time items | (293.7) | (185.8) | 62.4 | 14.7 | (402.4) | (153.2) | (87.0) | 91.1 | 12.1 | (137.1) | 43.6 |
| One-time items | (17.6) | (55.1) | (56.1) | 0.2 | (128.6) | (30.5) | (21.0) | (20.5) | (25.0) | (97.0) | 0.0 |
| Discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income | (311.3) | (240.9) | 6.3 | 14.9 | (531.0) | (183.7) | (108.0) | 70.6 | (12.9) | (234.1) | 43.6 |
| | | | | | | | | | | | |
| Basic shares out. | 344.4 | 344.6 | 345.3 | 345.7 | 345.0 | 345.9 | 345.9 | 346.7 | 346.7 | 346.3 | 346.7 |
| Diluted shares out. | 344.4 | 344.6 | 345.7 | 345.8 | 345.0 | 345.9 | 345.9 | 348.5 | 348.5 | 347.2 | 348.5 |
| | | | | | | | | | | | |
| **Diluted EPS, before one-time items** | **($0.85)** | **($0.54)** | **$0.18** | **$0.04** | **($1.17)** | **($0.44)** | **($0.25)** | **$0.26** | **$0.03** | **($0.39)** | **$0.13** |
| One-time items | ($0.05) | ($0.16) | ($0.16) | $0.00 | ($0.37) | ($0.09) | ($0.06) | ($0.06) | ($0.07) | ($0.28) | $0.00 |
| Discontinued operations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Diluted EPS, as reported | ($0.90) | ($0.70) | $0.02 | $0.04 | ($1.54) | ($0.53) | ($0.31) | $0.20 | ($0.04) | ($0.67) | $0.13 |
| | | | | | | | | | | | |
| **EBITDA** | **(161.4)** | **(59.3)** | **232.4** | **186.2** | **197.9** | **(25.7)** | **45.2** | **247.7** | **158.4** | **425.7** | **552.9** |
| EBITDA per share | ($0.47) | ($0.17) | $0.67 | $0.54 | $0.57 | ($0.07) | $0.13 | $0.71 | $0.45 | $1.23 | $1.59 |
| EBITDA margin | -22.8% | -7.1% | 16.2% | 12.2% | 4.4% | -3.7% | 5.3% | 16.7% | 10.4% | 9.3% | 11.8% |
| Debt/EBITDA | | | | | 14.4x | | | | | 6.8x | 4.9x |
| | | | | | | | | | | | |
| **MARGIN / RATIO ANALYSIS** | | | | | | | | | | | |
| **Gross profit margin** | **31.3%** | **30.5%** | **43.0%** | **46.6%** | **40.0%** | **38.0%** | **39.9%** | **46.9%** | **46.0%** | **44.0%** | **45.4%** |
| Advertising & promotion expenses | 10.0% | 9.8% | 11.5% | 13.6% | 11.7% | 10.1% | 9.8% | 11.5% | 14.6% | 12.0% | 12.0% |
| Other selling & admin. expenses | 56.2% | 36.6% | 20.9% | 25.5% | 30.9% | 42.5% | 33.7% | 23.7% | 25.8% | 29.1% | 28.1% |
| **Operating income margin** | **-34.9%** | **-16.0%** | **10.6%** | **7.4%** | **-2.6%** | **-14.6%** | **-3.5%** | **11.7%** | **5.5%** | **2.8%** | **5.2%** |
| Net interest exp. (inc.) | 5.4% | 5.0% | 3.3% | 3.2% | 3.9% | 6.5% | 5.2% | 3.2% | 3.1% | 4.0% | 3.9% |
| *Interest expense* | *5.8%* | *5.2%* | *3.4%* | *3.2%* | *4.0%* | *6.8%* | *5.4%* | *3.2%* | *3.1%* | *4.1%* | *4.0%* |
| *Interest income* | *-0.4%* | *-0.2%* | *-0.1%* | *-0.1%* | *-0.1%* | *-0.3%* | *-0.2%* | *-0.1%* | *-0.1%* | *-0.1%* | *-0.1%* |
| Other non-op. exp. (inc.), net | -0.1% | 0.4% | 0.1% | 0.2% | 0.2% | 0.3% | 0.0% | 0.1% | 0.2% | 0.1% | 0.1% |
| Pretax income margin | -40.2% | -21.3% | 7.2% | 4.1% | -6.6% | -21.3% | -8.7% | 8.5% | 2.3% | -1.3% | 1.2% |
| Effective tax rate | -3.2% | -3.7% | 39.8% | 76.3% | -34.9% | -4.2% | -16.3% | 27.4% | 65.6% | -123.7% | 21.0% |
| **Net inc., before one-time items** | **-41.5%** | **-22.1%** | **4.3%** | **1.0%** | **-8.9%** | **-22.2%** | **-10.1%** | **6.2%** | **0.8%** | **-3.0%** | **0.9%** |

*Sources: Company financial statements and D.A. Davidson estimates.*

**Mattel, Inc.**
**Income Statement, 2019E-2021E**
($ millions, except per share amounts)     December fiscal year end

| | 1QA | 2QA | 3QA | 4QE | 2019E | 1QE | 2QE | 3QE | 4QE | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net sales** | **689.2** | **860.1** | **1,481.6** | **1,528.0** | **4,558.9** | **709.9** | **885.9** | **1,526.0** | **1,573.9** | **4,695.7** | **4,836.6** |
| Cost of sales | 427.5 | 516.6 | 786.0 | 825.1 | 2,555.2 | 430.4 | 519.7 | 788.2 | 827.8 | 2,566.1 | 2,594.8 |
| **Gross profit** | **261.7** | **343.5** | **695.6** | **702.9** | **2,003.7** | **279.5** | **366.2** | **737.8** | **746.0** | **2,129.5** | **2,241.8** |
| Advertising & promo. exp. | 69.5 | 84.5 | 170.4 | 223.7 | 548.1 | 71.6 | 87.0 | 175.6 | 230.4 | 564.6 | 581.5 |
| Other selling & admin. exp. | 292.6 | 289.5 | 351.4 | 394.4 | 1,328.0 | 294.3 | 289.3 | 346.7 | 390.5 | 1,320.8 | 1,320.8 |
| **Operating income** | **(100.4)** | **(30.4)** | **173.7** | **84.8** | **127.6** | **(86.4)** | **(10.1)** | **215.6** | **125.1** | **244.1** | **339.5** |
| Net interest exp. (inc.) | 44.7 | 44.7 | 46.9 | 46.7 | 183.0 | 44.7 | 44.7 | 46.9 | 46.7 | 183.0 | 183.0 |
| *Interest expense* | *47.0* | *46.2* | *47.7* | *47.5* | *188.4* | *47.0* | *46.2* | *47.7* | *47.5* | *188.4* | *188.4* |
| *Interest income* | *(2.3)* | *(1.5)* | *(0.8)* | *(0.8)* | *(5.4)* | *(2.3)* | *(1.5)* | *(0.8)* | *(0.8)* | *(5.4)* | *(5.4)* |
| Other non-op. exp. (inc.), net | 1.9 | (0.3) | 1.3 | 3.0 | 5.9 | 1.9 | (0.3) | 1.3 | 3.0 | 5.9 | 5.9 |
| Pretax income | (147.0) | (74.8) | 125.5 | 35.1 | (61.3) | (133.0) | (54.5) | 167.4 | 75.4 | 55.2 | 150.6 |
| Income taxes | 6.2 | 12.2 | 34.4 | 23.0 | 75.8 | (27.9) | (11.4) | 35.1 | 15.8 | 11.6 | 31.6 |
| **Inc, bef. one-time items** | **(153.2)** | **(87.0)** | **91.1** | **12.1** | **(137.1)** | **(105.1)** | **(43.0)** | **132.2** | **59.5** | **43.6** | **118.9** |
| One-time items | (30.5) | (21.0) | (20.5) | (25.0) | (97.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income | (183.7) | (108.0) | 70.6 | (12.9) | (234.1) | (105.1) | (43.0) | 132.2 | 59.5 | 43.6 | 118.9 |
| Basic shares out. | 345.9 | 345.9 | 346.7 | 346.7 | 346.3 | 346.7 | 346.7 | 346.7 | 346.7 | 346.7 | 346.7 |
| Diluted shares out. | 345.9 | 345.9 | 348.5 | 348.5 | 347.2 | 348.5 | 348.5 | 348.5 | 348.5 | 348.5 | 348.5 |
| **Diluted EPS, before one-time items** | **($0.44)** | **($0.25)** | **$0.26** | **$0.03** | **($0.39)** | **($0.30)** | **($0.12)** | **$0.38** | **$0.17** | **$0.13** | **$0.34** |
| One-time items | ($0.09) | ($0.06) | ($0.06) | ($0.07) | ($0.28) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Discontinued operations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Diluted EPS, as reported | ($0.53) | ($0.31) | $0.20 | ($0.04) | ($0.67) | ($0.30) | ($0.12) | $0.38 | $0.17 | $0.13 | $0.34 |
| **EBITDA** | **(25.7)** | **45.2** | **247.7** | **158.4** | **425.7** | **(8.7)** | **68.5** | **295.4** | **197.6** | **552.9** | **656.3** |
| EBITDA per share | ($0.07) | $0.13 | $0.71 | $0.45 | $1.23 | ($0.02) | $0.20 | $0.85 | $0.57 | $1.59 | $1.88 |
| EBITDA margin | -3.7% | 5.3% | 16.7% | 10.4% | 9.3% | -1.2% | 7.7% | 19.4% | 12.6% | 11.8% | 13.6% |
| Debt/EBITDA | | | | | 6.8x | | | | | 4.9x | 3.6x |
| *MARGIN / RATIO ANALYSIS* | | | | | | | | | | | |
| **Gross profit margin** | **38.0%** | **39.9%** | **46.9%** | **46.0%** | **44.0%** | **39.4%** | **41.3%** | **48.3%** | **47.4%** | **45.4%** | **46.4%** |
| Advertising & promotion expenses | 10.1% | 9.8% | 11.5% | 14.6% | 12.0% | 10.1% | 9.8% | 11.5% | 14.6% | 12.0% | 12.0% |
| Other selling & admin. expenses | 42.5% | 33.7% | 23.7% | 25.8% | 29.1% | 41.5% | 32.7% | 22.7% | 24.8% | 28.1% | 27.3% |
| **Operating income margin** | **-14.6%** | **-3.5%** | **11.7%** | **5.5%** | **2.8%** | **-12.2%** | **-1.1%** | **14.1%** | **7.9%** | **5.2%** | **7.0%** |
| Net interest exp. (inc.) | 6.5% | 5.2% | 3.2% | 3.1% | 4.0% | 6.3% | 5.0% | 3.1% | 3.0% | 3.9% | 3.8% |
| *Interest expense* | 6.8% | 5.4% | 3.2% | 3.1% | 4.1% | 6.6% | 5.2% | 3.1% | 3.0% | 4.0% | 3.9% |
| *Interest income* | -0.3% | -0.2% | -0.1% | -0.1% | -0.1% | -0.3% | -0.2% | -0.1% | -0.1% | -0.1% | -0.1% |
| Other non-op. exp. (inc.), net | 0.3% | 0.0% | 0.1% | 0.2% | 0.1% | 0.3% | 0.0% | 0.1% | 0.2% | 0.1% | 0.1% |
| Pretax income margin | -21.3% | -8.7% | 8.5% | 2.3% | -1.3% | -18.7% | -6.1% | 11.0% | 4.8% | 1.2% | 3.1% |
| Effective tax rate | -4.2% | -16.3% | 27.4% | 65.6% | -123.7% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| **Net inc., before one-time items** | **-22.2%** | **-10.1%** | **6.2%** | **0.8%** | **-3.0%** | **-14.8%** | **-4.9%** | **8.7%** | **3.8%** | **0.9%** | **2.5%** |

*Sources: Company financial statements and D.A. Davidson estimates.*

**D.A. Davidson & Co.**
222 SW Columbia Street, Suite 1400 • Portland, Oregon 97201 • (800) 755-7848 • www.davidsoncompanies.com/ecm

Copyright D.A. Davidson & Co., 2019. All rights reserved.

## Potential Risks

- **Competitive Environment:** The toy industry is highly competitive with low barriers to entry. This makes it difficult for the company to achieve, maintain, or build upon its successful brands and products. Another challenge for the company due to high levels of competition is securing, maintaining, and renewing licenses for popular entertainment products. Without these licenses, the company could face declines in profits and sales.
- **Seasonality Risk**: Mattel's business is highly seasonal and its operating performance relies heavily on sales during the brief holiday season. Any disruptions to the company's results during this time, such as underproduction of popular toys and the overproduction of toys that are less popular with consumers, would negatively impact the company's sales.
- **Aligning with Consumer Interest**: Consumer interests in the toy industry are rapidly changing which makes it difficult to design toys that will be popular with children and families. This challenge is compounded by the increasing sophistication of technology and entertainment that is available to children today.

## Required Disclosures

D.A. Davidson & Co. makes a market in Mattel, Inc. and Hasbro, Inc..

D.A. Davidson & Co, or any of its affiliates, does or seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

D.A. Davidson & Co. is a full service investment firm that provides both brokerage and investment banking services. Linda Bolton Weiser and Cindy Ding, the research analysts principally responsible for the preparation of this report has received and is eligible to receive compensation, including bonus compensation, based on D.A. Davidson's overall operating revenues, including revenues generated by its investment banking and institutional equities activities. D.A. Davidson & Co.'s analysts, however, are not directly compensated for involvement in specific investment banking transactions.

We, Linda Bolton Weiser and Cindy Ding, attest that (i) all the views expressed in this research report accurately reflect our personal views about the common stock of the subject company, and (ii) no part of our compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

### Rating Information
**D.A. Davidson & Co.'s Institutional Research Rating Scale Definitions** (maintained since October 10, 2017); information regarding our previous definitions is available upon request:

**BUY:** Expected to produce a total return of over 15% on a risk adjusted basis over the next 12-18 months
**NEUTRAL:** Expected to produce a total return of -15% to +15% on a risk adjusted basis over the next 12-18 months
**UNDERPERFORM:** Expected to lose value of over 15% on a risk adjusted basis over the next 12-18 months

| Rating Distribution (as of 9/30/19) | Coverage Universe Distribution | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
| | IR | WMR | Combined | IR | WMR | Combined |
| BUY (Buy) | 57% | 87% | 59% | 12% | 0% | 10% |
| NEUTRAL (Hold) | 42% | 13% | 40% | 6% | 0% | 6% |
| UNDERPERFORM (Sell) | 1% | 0% | 1% | 0% | 0% | 0% |

*IR denotes Institutional Research; WMR denotes Wealth Management Research whose rating scale is Buy/Add, Neutral, Sell/Reduce. Investment Banking Distribution denotes companies from whom D.A. Davidson & Co. has received compensation in the last 12 months.*



Confidential

MATTEL-SL-0003177



Target prices are our Institutional Research Department's evaluation of price potential over the next 12 months, based upon our assessment of future earnings and cash flow, comparable company valuations, growth prospects and other financial criteria. Certain risks may impede achievement of these price targets including, but not limited to, broader market and macroeconomic fluctuations and unforeseen changes in the subject company's fundamentals or business trends.

## Other Disclosures

Information contained herein has been obtained by sources we consider reliable, but is not guaranteed and we are not soliciting any action based upon it. Any opinions expressed are based on our interpretation of data available to us at the time of the original publication of the report. These opinions are subject to change at any time without notice. Investors must bear in mind that inherent in investments are the risks of fluctuating prices and the uncertainties of dividends, rates of return and yield. Investors should also remember that past performance is not necessarily an indicator of future performance and D.A. Davidson & Co. makes no guarantee, express or implied, as to future performance. Investors should note this report was prepared by D.A. Davidson & Co.'s Institutional Research Department for distribution to D.A. Davidson & Co.'s institutional investor clients and assumes a certain level of investment sophistication on the part of the recipient. Readers, who are not institutional investors or other market professionals, should seek the advice of their individual investment advisor for an explanation of this report's contents, and should always seek such advisor's advice before making any investment decisions. Consensus estimates are obtained from Capital IQ. Further information and elaboration will be furnished upon request.

## Other Companies Mentioned in this Report

| Company Name | Ticker | Rating | Price |
|---|---|---|---|
| Hasbro, Inc. | HAS | BUY | $98.64 |