# Exhibit K

### *Mattel shares surge 20% on big revenue, earnings beat*

MarketWatch

October 29, 2019

Copyright 2019 Factiva ®, from Dow Jones
All Rights Reserved



Copyright 2019 MarketWatch, Inc. All Rights Reserved.



**Section:** NEWS & COMMENTARY

**Length:** 415 words

**Byline:** Jon Swartz

## Body

*Mattel* Inc. still has game.

Shares of the toy maker - which is undergoing a restructuring plan - surged 20% in after-hours trading Tuesday after it reported third-quarter results that breezed past Wall Street analysts' estimates.

*Mattel* (MAT, US)  said it earned $70.6 million, or 20 cents a share, in the quarter, compared with $6.3 million, or 2 cents a share, in the  year-ago period .

Adjusted for one-time items, the toy maker said it earned 26 cents a share, compared with 18 cents a share a year ago.

Revenue rose to $1.48 billion from $1.438 billion a year ago. Hot Wheels toys drove a 13% jump in worldwide gross sales for vehicles to $346.9 million. Sales of Barbie increased 10%, but declined 14% for American Girl.

Analysts surveyed by FactSet had expected adjusted earnings of 16 cents a share on revenue of $1.43 billion.

The company also announced the audit committee of its board of directors completed an independent investigation into allegations of accounting errors from a *whistleblower* letter in August. The committee concluded the "objectivity and impartiality of *Mattel*'s outside auditor has not been impaired, and that *Mattel*'s outside auditor can continue as its independent auditor," the company said in a statement. "*Mattel*'s outside auditor agrees with that conclusion."

Additionally, *Mattel*  said Chief Financial Officer Joseph J. Euteneuer will leave after a transition period of up to six months. The El Segundo, Calif.-based company is conducting a search for its next CFO.

The accounting errors came during the CEO tenure of Margaret Georgiadis, who was succeeded by Ynon Kreiz in April 2018.

In the run-up to its results, *Mattel*'s stock had dipped 9% since mid-October.

Hasbro Inc. (HAS, US) reported third-quarter results last week, blaming the trade war with China for its earnings misfire in its fiscal third quarter.

Read more:Hasbro says tariffs are to blame for earnings miss

*Mattel*'s turnaround game plan has succeeded of late despite continued declines in brands like American Girl and Fisher-Price.

In July, *Mattel* reported a narrower quarterly loss and sales that topped Wall Street views, sending its shares up 6%. *Mattel* benefited from an expanded licensing deal with Walt Disney Co. (DIS, US) for Pixar film characters, and strong performances from product lines such as Barbie and Hot Wheels.

*Mattel* shares are up nearly 6% this year. The S&P 500 index (SPX, US)  has gained 21% this year.

Read more:*Mattel* stock rises after toy maker's quarterly loss narrows

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** October 30, 2019

**End of Document**