# Exhibit M

CONFIDENTIAL

```
 1        UNITED STATES DISTRICT COURT
 2       CENTRAL DISTRICT OF CALIFORNIA
 3       Case No.  2:19-cv-10860-MCS-PLA
 4
 5   IN RE: MATTEL, INC.
 6   SECURITIES LITIGATION.
 7   ---------------------x
 8
          ***********************************
 9                 ***CONFIDENTIAL***
            ZOOM VIDEOTAPED DEPOSITION OF
10                 JESSE EVANS, JR.
                    July 7, 2021
11                    8:00 PST
          ***********************************
12
     TAKEN BY:
13      LAUREN BARNETT, ESQ.
        ATTORNEY FOR PLAINTIFF
14
15   REPORTED BY:
16      BELLE VIVIENNE, CRR
        CERTIFIED STENOGRAPHIC REALTIME
17      COURT REPORTER
18      JOB NO. 4688791
19
20
21
22
23
24
25
                                         Page 1
```

CONFIDENTIAL

```
 1           A P P E A R A N C E S
 2
     ATTORNEYS FOR PLAINTIFFS AND WITNESS:
 3
 4      BERNSTEIN LITOWITZ BERGER & GROSSMANN
        RICH GLUCK, ESQ.
 5      2121 Avenue of the Stars
        Suite 2575
 6      Los Angeles, CA 90067
        310.819.3470
 7      rich.gluck@blbg.com
 8   ATTORNEYS FOR MATTEL, INC.,
     MARGARET H. GEORGIADIS,
 9   JOSEPH J. EUTENEUER,
     and KEVIN FARR:
10
        MUNGER, TOLLES & OLSON LLP
11      LAUREN C. BARNETT, ESQ.
        BRIAN R. BOESSENECKER, ESQ.
12      350 South Grand Avenue, 50th Floor
        Los Angeles, California 90071
13      213.683.9100
        Lauren.Barnett@mto.com
14      Brian.Boessenecker@mto.Com
15   ATTORNEYS FOR PRICEWATERHOUSECOOPERS:
16      WILMER CUTLER PICKERING
        HALE AND DORR LLP
17      JOSHUA VITTOR, ESQ.
        350 South Grand Avenue, Suite 2400
18      Los Angeles, California 90071
        213.443.5300
19      joshua.vittor@wilmerhale.com
20      WILMER CUTLER PICKERING
        HALE AND DORR LLP
21      TIMOTHY J. PERLA, ESQ.
        60 State Street
22      Boston, Massachusetts 02109
        617.526.6000
23      Timothy.Perla@wilmerhale.com
24
25
                                              Page 2
```

CONFIDENTIAL

```
 1        A P P E A R A N C E S (Continued.)
 2
 3    ATTORNEYS FOR JOSHUA ABRAHAMS:
 4
          PAUL HASTINGS LLP
 5        D. SCOTT CARLTON, ESQ.
          515 South Flower Street
 6        Twenty-Fifth Floor
          Los Angeles, California 90071-2228
 7        213.683.6000
          scottcarlton@paulhastings.com
 8
      THE VIDEOGRAPHER:
 9        Cassia Leet
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

| | | |
|---|---|---|
| 1 | | |
| 2 | THE VIDEOGRAPHER: Good morning. | 10:00:06 |
| 3 | We are going on the record at | 10:00:07 |
| 4 | 10:00 a.m. on July 7, 2021. | 10:00:09 |
| 5 | Please note that the microphones | 10:00:14 |
| 6 | may pick up background noise, | 10:00:16 |
| 7 | conversations and interference if | 10:00:19 |
| 8 | unmuted. Remember to unmute to speak. | 10:00:21 |
| 9 | Audio and video recording will | 10:00:24 |
| 10 | continue to take place unless all | 10:00:29 |
| 11 | parties agree to go off the record. | 10:00:31 |
| 12 | This is media unit 1 of the | 10:00:32 |
| 13 | video-recorded deposition of | 10:00:33 |
| 14 | New Orleans Employees' Retirement | 10:00:36 |
| 15 | System 30(b)(6) Jesse Evans, Jr., | 10:00:39 |
| 16 | taken by counsel for defendants in the | 10:00:44 |
| 17 | matter of In Re: Mattel, Inc., | 10:00:46 |
| 18 | Securities Litigation, filed in the | 10:00:50 |
| 19 | United States District Court, Central | 10:00:51 |
| 20 | District of California, Case Number | 10:00:57 |
| 21 | 2:19-cv-10860-MCS-PLA. | 10:00:58 |
| 22 | This deposition is being | 10:01:08 |
| 23 | conducted using Veritext Virtual | 10:01:09 |
| 24 | technology, and all participants are | 10:01:12 |
| 25 | attending remotely. My name is | 10:01:14 |

| | | |
|---|---|---|
| 1 | Cassia Leet from Veritext Legal | 10:01:16 |
| 2 | Solutions, and I am the videographer. | 10:01:19 |
| 3 | The court reporter is Belle | 10:01:21 |
| 4 | Vivienne -- Vivienne of Veritext Legal | 10:01:24 |
| 5 | Solutions.  I am not related to any | 10:01:30 |
| 6 | party in this action nor am I | 10:01:32 |
| 7 | financially interested in the outcome. | 10:01:34 |
| 8 |         Will counsel please state their | 10:01:36 |
| 9 | appearances and affiliations for the | 10:01:37 |
| 10 | record. | 10:01:40 |
| 11 |         MS. BARNETT:  Good morning. | 10:01:40 |
| 12 | Lauren Barnett from Munger, Tolles & | 10:01:41 |
| 13 | Olson representing the Mattel | 10:01:44 |
| 14 | defendants, here with my colleague, | 10:01:47 |
| 15 | Brian Boessenecker. | 10:01:48 |
| 16 |         MR. CARLTON:  Scott Carlton on | 10:01:56 |
| 17 | behalf of defendant, Joshua Abrahams. | 10:02:00 |
| 18 |         MR. PERLA:  Tim Perla on behalf | 10:02:03 |
| 19 | of PricewaterhouseCoopers. | 10:02:04 |
| 20 |         MR. VITTOR:  Joshua Vittor on | 10:02:07 |
| 21 | behalf of PwC. | 10:02:10 |
| 22 |         MR. GLUCK:  Richard Gluck, | 10:02:12 |
| 23 | Berstein, Litowitz, Berger & | 10:02:14 |
| 24 | Grossmann, for the plaintiffs. | 10:02:15 |
| 25 |         THE VIDEOGRAPHER:  Thank you. | 10:02:17 |

| | | |
|---|---|---|
| 1 | Would the court reporter please swear | 10:02:17 |
| 2 | in the witness. | 10:02:18 |
| 3 | JESSE EVANS, JR., | |
| 4 | having been first duly sworn by the | |
| 5 | Certified Stenographic Realtime Reporter, | |
| 6 | testified as follows: | |
| 7 | EXAMINATION | |
| 8 | BY MS. BARNETT: | |
| 9 | Q.   Good morning, Mr. Evans. | 10:02:33 |
| 10 | A.   Good morning. | 10:02:36 |
| 11 | Q.   Could you please state your full | 10:02:37 |
| 12 | name for the record? | 10:02:40 |
| 13 | A.   Jesse Evans, Jr. | 10:02:41 |
| 14 | Q.   Mr. Evans, have you been deposed | 10:02:43 |
| 15 | before? | 10:02:46 |
| 16 | A.   Yes, I have. | 10:02:47 |
| 17 | Q.   Approximately how many times? | 10:02:48 |
| 18 | A.   Approximately three -- three or | 10:02:52 |
| 19 | four.  I'm -- yeah. | 10:02:55 |
| 20 | Q.   Have you ever done a deposition | 10:02:57 |
| 21 | in the virtual format? | 10:02:59 |
| 22 | A.   I have not. | 10:03:01 |
| 23 | Q.   Have you testified under oath | 10:03:01 |
| 24 | before in a courtroom? | 10:03:05 |
| 25 | A.   I have. | 10:03:10 |

Page 11

|    |    |    |
|----|----|----|
| 1  | statement, all managers are given an index | 11:25:48 |
| 2  | of some sort in which they will be | 11:25:52 |
| 3  | measured by.  I don't know the exact one | 11:25:55 |
| 4  | that was utilized for Southeastern. | 11:25:57 |
| 5  | BY MS. BARNETT: | 11:26:01 |
| 6  |      Q.    Did NOMERS pay a discounted fee | 11:26:01 |
| 7  | to Southeastern in order to have a | 11:26:10 |
| 8  | separately managed account? | 11:26:13 |
| 9  |      A.    I am not aware of a discounted | 11:26:18 |
| 10 | fee, no. | 11:26:20 |
| 11 |      Q.    To your knowledge, did | 11:26:21 |
| 12 | Southeastern have any relationship with | 11:26:26 |
| 13 | Mattel's executives or Mattel's board? | 11:26:29 |
| 14 |      A.    Not to my knowledge, no. | 11:26:34 |
| 15 |      Q.    Are you aware of any discussions | 11:26:36 |
| 16 | between Mattel and Southeastern? | 11:26:40 |
| 17 |      A.    No. | 11:26:45 |
| 18 |      Q.    Is Southeastern Asset still one | 11:26:46 |
| 19 | of NOMERS' investment managers? | 11:26:52 |
| 20 |      A.    No. | 11:26:56 |
| 21 |      ==Q.    When did Southeastern stop being== | 11:26:56 |
| 22 | ==one of NOMERS' investment managers?== | 11:27:00 |
| 23 |      ==A.    Southeastern was terminated in== | 11:27:05 |
| 24 | ==2019.== | 11:27:08 |
| 25 |      Q.    So if I have that right, was | 11:27:08 |

Page 69

CONFIDENTIAL

CERTIFICATION

I, BELLE VIVIENNE, a Nationally Certified Realtime Reporter, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of July 2021.

*Belle Vivienne*

BELLE VIVIENNE, CRR, CCR, RPR

\*   \*   \*