Jenny Pelaez (Bar No. 326765)
jenny.pelaez@wilmerhale.com
Joshua Vittor (Bar No. 326221)
joshua.vittor@wilmerhale.com
Wilmer Cutler Pickering Hale and
Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
(213) 443-5300 Telephone
(213) 443-5400 Facsimile

Matthew T. Martens (*pro hac vice*)
Wilmer Cutler Pickering Hale and
Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6921 Telephone
(202) 663-6363 Facsimile
matthew.martens@wilmerhale.com

Timothy J. Perla (*pro hac vice*)
timothy.perla@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000 Telephone
(617) 526-5000 Facsimile

Counsel for Defendant PricewaterhouseCoopers LLP

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| In re Mattel, Inc. Securities Litigation | Case No. 19-CV-10860-MCS (PLAx) <br><br> **DECLARATION OF MATTHEW T. MARTENS IN RESPONSE TO AUGUST 4, 2021 ORDER [ECF NO. 117]** <br><br> Judge: Hon. Paul L. Abrams |

1. I, Matthew T. Martens, hereby declare under penalty of perjury as follows:

2. 1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant PricewaterhouseCoopers LLP ("PwC"). I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein. If called as a witness, I could and would competently testify thereto.

3. 2. I submit this Declaration in response to Magistrate Judge Abrams's Order dated August 4, 2021 (ECF No. 117) (the "August 4 Order"), which directed PwC to submit a declaration regarding documents and information provided by PwC to the United States Securities and Exchange Commission ("SEC") and the United States Department of Justice ("DOJ") relating to this matter.

4. 3. PwC has produced to Plaintiffs[1] all documents that it produced to the SEC or DOJ, whether in response to a subpoena or otherwise.

5. 4. PwC (including its in-house or outside counsel) has not provided any whitepapers, written proffers or admissions, memos, or other written work product to the SEC or DOJ, whether in response to a subpoena or otherwise.

6. 5. PwC (including its in-house or outside counsel) has, in oral conversations, conveyed certain information to the SEC and/or DOJ. Because, as set forth in paragraph 4 above, PwC has not made any written submissions to the SEC or DOJ, PwC (including its in-house or outside counsel) has not orally conveyed any information to the SEC or DOJ contained in whitepapers, written proffers or admissions, memos, or other written work product provided to the SEC or DOJ.

7. 6. PwC (including its in-house or outside counsel) has not provided the

---

[1] For the purposes of this Declaration, "Plaintiffs" refers to Lead Plaintiffs DeKalb County Employees Retirement Plan and New Orleans Employees' Retirement System. *See* August 4 Order at 1.

SEC or DOJ with oral summaries of any witness interviews it conducted in connection with its internal investigation.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed in Vienna, Virginia, this 25th day of August 2021.

                                                 */s/ Matthew T. Martens*
                                                 Matthew T. Martens