**DENIED**

BY ORDER OF THE COURT

Dated:  9/1/2021

*Mark C. Scarsi*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| In re Mattel, Inc. Securities Litigation | Case No. 19-CV-10860-MCS (PLAx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Mark C. Scarsi |

Upon stipulation of the parties, and for good cause shown, it is hereby **ORDERED** that:

1.    The hearing on Lead Plaintiffs' Motion for Class Certification (ECF No. 90) is CONTINUED from September 20, 2021 to October 4, 2021, at 9:00 a.m.

**IT IS SO ORDERED.**

**DENIED**

BY ORDER OF THE COURT

DATED: _____    _____

Hon. Mark C. Scarsi
United States District Judge

- 1-

PROPOSED ORDER
Case No. 19-cv-10860-MCS (PLAx)