# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTEL, INC. SECURITIES LITIGATION | Case No. 19-CV-10860-MCS (PLAx) |
| | **ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE SURREPLY TO ADDRESS NEW ARGUMENT AND EVIDENCE REGARDING PRICE IMPACT (ECF No. 131)** |

Upon consideration of the Mattel Defendants' Ex Parte Application for Leave to File Surreply to Address New Argument and Evidence Regarding Price Impact ("Application") and any opposition thereto, and good cause shown, IT IS HEREBY ORDERED that the Mattel Defendants' Application is GRANTED.   The Defendants shall file Exhibits 1 and 2 to the Application. Plaintiffs may file a response not to exceed four (4) pages that is strictly confined to rebuttal of Exhibits 1 and 2 of the Application by September 15, 2021.

DATED:  September 9, 2021

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE SURREPLY