**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John Rizio-Hamilton
johnr@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

*Lead Counsel for Lead Plaintiffs and the Class*

**MUNGER, TOLLES & OLSON LLP**
JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
JOHN M. GILDERSLEEVE (SBN 284618)
john.gildersleeve@mto.com
LAUREN C. BARNETT (SBN 304301)
lauren.barnett@mto.com
ROWLEY J. RICE (SBN 313737)
rowley.rice@mto.com
BRIAN R. BOESSENECKER (SBN 331409)
brian.boessenecker@mto.com
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Counsel for Defendants Mattel, Inc., Margaret H. Georgiadis, Joseph J. Euteneuer, and Kevin Farr*

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MATTEL, INC. SECURITIES LITIGATION | Case No. 19-CV-10860-MCS (PLAx) <br><br> **JOINT STIPULATION TO STAY ACTION AND REPORT REGARDING OUTCOME OF SETTLEMENT DISCUSSIONS** |

Pursuant to the Court's order referring the Parties[1] to private mediation and directing the Parties to file a joint report no later than seven days after the mediation regarding the outcome of the settlement discussions, the likelihood of possible further discussions, and any help the Court may provide with regard to settlement negotiations [ECF 140, 141], the Parties are pleased to provide the following joint report and stipulation to stay the action:

On October 25, 2021, Plaintiffs, the Mattel Defendants, and PwC participated in a mediation with the mediator, former U.S. District Court Judge Layn Phillips. Following the conclusion of the mediation, the Parties reached an agreement in principle to resolve this action and Lead Plaintiffs and Defendants executed a binding term sheet setting forth the material terms associated with resolution of this action. The Parties expect to execute a formal Settlement Agreement within fourteen days. Lead Plaintiffs will file a motion for preliminary approval within five business days of execution of the Settlement Agreement.

In the interests of efficiency and to enable the Parties to focus on the settlement process, the Parties hereby stipulate and agree that, subject to the Court's approval, all deadlines set by the Court including those in ECF 138 and 139 shall be stayed.

If no motion for preliminary approval is filed by November 24, 2021, the Parties will file a further status report with the Court.

The Parties thank the Court for its attention to this matter.

IT IS SO STIPULATED.

Dated: November 1, 2021                    Respectfully submitted,

---

[1] The Parties consist of Lead Plaintiffs, Additional Named Plaintiff Houston Municipal Employees Retirement System, and Defendants Mattel, Inc., Margaret H. Georgiadis, Joseph J. Euteneuer, Kevin Farr (the "Mattel Defendants"), PricewaterhouseCoopers LLP ("PwC"), and Joshua Abrahams.

-2-
JOINT STIPULATION TO STAY ACTION AND REPORT REGARDING SETTLEMENT

By: /s/ John Rizio-Hamilton
JOHN RIZIO-HAMILTON (pro hac vice)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400 Telephone
(212) 554-1444 Facsimile

JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, California
(310) 819-3470 Telephone

*Lead Counsel for Lead Plaintiffs and Proposed Class*

JACOB A. WALKER (SBN 271217)
jake@blockleviton.com
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 Telephone
(617) 507-6020 Facsimile

*Additional Counsel for Named Plaintiff Houston Municipal Employees Pension System*

By: /s/ John W. Spiegel
JOHN W. SPIEGEL
**MUNGER, TOLLES & OLSON LLP**

*Counsel for Defendants Mattel, Inc., Margaret H. Georgiadis, Joseph J. Euteneuer, and Kevin Farr*

By: /s/ Timothy J. Perla
JENNY PELAEZ (Bar No. 326765)
jenny.pelaez@wilmerhale.com
JOSHUA VITTOR (Bar No. 326221)
joshua.vittor@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
(213) 443-5300 Telephone
(213) 443-5400 Facsimile

TIMOTHY J. PERLA (pro hac vice)
timothy.perla@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000 Telephone
(617) 526-5000 Facsimile

MATTHEW T. MARTENS (pro hac vice)
matthew.martens@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6921 Telephone
(202) 663-6363 Facsimile

*Counsel for Defendant PricewaterhouseCoopers LLP*

By:    */s/ Thomas A. Zaccaro*
THOMAS A. ZACCARO (Bar No. 183241)
thomaszaccaro@paulhastings.com
DANIEL SCOTT CARLTON (Bar No. 239151)
scottcarlton@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6000 Telephone
(213) 627-0705 Facsimile

*Counsel for Defendant Joshua Abrahams*

-4-
JOINT STIPULATION TO STAY ACTION AND REPORT REGARDING SETTLEMENT

**<u>Attestation</u>**

Pursuant to Local Rule 5-4.3.4, I, John W. Spiegel, hereby attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

Dated:  November 1, 2021

By:    */s/ John W. Spiegel*
JOHN W. SPIEGEL

JOINT STIPULATION TO STAY ACTION AND REPORT REGARDING SETTLEMENT