UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE MATTEL, INC. SECURITIES LITIGATION | Case No. 19-CV-10860-MCS (PLAx) |
|---|---|
| | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION** |

Upon stipulation, and for good cause shown, it is hereby **ORDERED** that all deadlines set by the Court including those in ECF 138 and 139 shall be stayed.

DATED: _____, 2021

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY ACTION