UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:19-cv-10860-MCS-PLA** | Date   November 2, 2021 |
| Title | ***In re Mattel, Inc. Sec. Litig.*** | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER RE: JOINT STIPULATION (ECF NO. 141)**

The parties represent that they have reached an agreement on the terms of a settlement that will resolve this action in its entirety. (J. Stip. to Stay, ECF No. 141.) The Court vacates all dates and deadlines previously set. (*See* Order Re: Jury Trial, ECF No. 139.) Lead Plaintiffs shall file a motion for preliminary approval of the settlement by November 24, 2021.

**IT IS SO ORDERED.**