Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Lead Counsel for Lead Plaintiffs and*
*the Class*

[Additional counsel appear on signature page]

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx) |
| | **REPLY AND NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |
| | Judge:      Hon. Mark C. Scarsi |
| | Courtroom: 7C, 7th Floor |
| | Date:       December 27, 2021 |
| | Time:       9:00 a.m. |

On November 24, 2021, Lead Plaintiffs DeKalb County Employees Retirement System and New Orleans Employees' Retirement System filed an unopposed motion for preliminary approval of the proposed Settlement in this Action (ECF No. 143) (the "Motion").  As stated in the Motion, Defendants do not oppose the Motion.

Any opposition to the Motion was due by December 6, 2021.  No opposition was filed, and therefore, the Motion remains unopposed.  Accordingly, the Motion is fully briefed, and ready for disposition.  Given that the motion is unopposed, Lead Plaintiffs respectfully submit that the Motion can be decided at this time without a hearing.

As noted in the Motion, Lead Plaintiffs request that the Court schedule the final approval hearing for 100 calendar days after entry of the Preliminary Approval Order, or as soon thereafter as the Court can schedule.

Dated: December 7, 2021                    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton (admitted *pro hac vice*)
johnr@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Richard D. Gluck (Bar No. 151675)
rich.gluck@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067

REPLY AND NOTICE OF NON-OPPOSITION
TO LEAD PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 19-cv-10860-MCS (PLAx)

Telephone: (310) 819-3470

*Lead Counsel for Lead Plaintiffs and the Class*

Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street
Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jake@blockleviton.com

*Additional Counsel for Additional Named
Plaintiff Houston Municipal Employees
Pension System*

REPLY AND NOTICE OF NON-OPPOSITION
TO LEAD PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO. 19-cv-10860-MCS (PLAx)