# Exhibit 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx)<br><br>**DECLARATION OF ROBBIE ROBERTSON, RETIREE REPRESENTATIVE AND VICE CHAIRMAN OF THE DEKALB COUNTY EMPLOYEES RETIREMENT SYSTEM, IN SUPPORT OF: (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**<br><br>Judge:        Hon. Mark C. Scarsi<br>Courtroom: 7C, 7th Floor<br>Date:         May 2, 2022<br>Time:         9:00 a.m. |

I, Robbie Robertson, hereby declare under penalty of perjury as follows:

1.    I am the Retiree Representative and Vice Chairman of the DeKalb County Employees Retirement System ("DeKalb"), one of the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action").[1]  I submit this declaration in support of: (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes DeKalb's request to recover the reasonable costs and expenses incurred in connection with its representation of the Class in this litigation.

2.    I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have knowledge of the matters set forth in this Declaration based on my personal knowledge and discussions with other DeKalb employees who have been involved in monitoring and overseeing the prosecution of the Action and the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.    DEKALB'S OVERSIGHT OF THE LITIGATION

3.    DeKalb is a defined benefit pension fund founded in 1949 and headquartered in Decatur, Georgia with approximately $1.5 billion in assets under management.  DeKalb serves all permanent officers, full and part-time employees, elected officials, and deputies of DeKalb County, Georgia.  DeKalb purchased Mattel common stock during the Class Period and suffered losses when Mattel's stock price declined following the disclosure alleged in the Complaint.

4.    On February 24, 2020, the Court issued an Order appointing DeKalb as one of the Lead Plaintiffs in the Action pursuant to the PSLRA, and approved Lead

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated November 23, 2021 (ECF No. 143-1).

DECLARATION OF ROBBIE ROBERTSON
Case No. 2:19-cv-10860-MCS (PLAx)

Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G" or "Lead Counsel") as Lead Counsel for the class.

5.      DeKalb has closely supervised and monitored the Action and was actively involved in all material aspects of the prosecution and resolution of the Action, through the active involvement of myself and other DeKalb employees. Throughout the course of this Action, I and other DeKalb personnel:  (a) regularly communicated with Lead Counsel BLB&G by email and telephone calls regarding the posture and progress of the case; (b) reviewed all significant pleadings and briefs filed in the Action; (c) searched for and produced documents in response to Defendants' discovery requests; (d) consulted with BLB&G concerning the settlement negotiations as they progressed; and (e) evaluated and approved the proposed Settlement.  In addition, I spent time preparing for my deposition and having my deposition taken by Defendants on July 8, 2021.  I also attended both full-day mediation sessions, which were held by remote videoconference, on June 24, 2021 and October 25, 2021.

**II.    DEKALB STRONGLY ENDORSES APPROVAL OF THE SETTLEMENT**

6.      Based on its involvement throughout the prosecution and resolution of the claims asserted in the Action, DeKalb believes that the proposed Settlement is fair, reasonable, and adequate to the Class.  DeKalb believes that the Settlement provides an excellent recovery for the Class, in light of the substantial risks of continuing to prosecute the claims in this case and in recovering a judgment larger than the proposed Settlement.  Therefore, DeKalb strongly endorses approval of the Settlement by the Court.

**III.   DEKALB SUPPORTS LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

7.      DeKalb believes that the request for an award of attorneys' fees in the amount of 25% of the Settlement Fund net of Litigation Expenses is fair and

-2-

reasonable.  DeKalb takes seriously its role as a Lead Plaintiff to ensure that attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Lead Counsel for the work involved and the substantial risks counsel undertook.  The fee requested is consistent with a retention agreement that DeKalb entered into with BLB&G at the outset of the Action.  Following the agreement to settle the Action, DeKalb again reviewed the proposed fee and believes it is fair and reasonable in light of the work performed by Lead Counsel, the risks of the litigation, and the substantial recovery obtained for the Class.

8.    DeKalb further believes that Lead Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the institution, prosecution, and resolution of the claims in the Actions.  Based on the foregoing, and consistent with its obligation to the Class to obtain the best result at the most efficient cost, DeKalb fully supports Lead Counsel's motion for attorneys' fees and Litigation Expenses.

9.    DeKalb understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA.  For this reason, in connection with Lead Counsel's request for Litigation Expenses, DeKalb seeks reimbursement for the costs and expenses that DeKalb incurred directly relating to its representation of the Class.

10.    DeKalb seeks reimbursement in the amount of $5,515.00 for time that other DeKalb staff devoted to this Action as follows:

| Edmund J. Wall | Chairman | $200 | 9.50 | $1,900.00 |
|---|---|---|---|---|
| Robbie Robertson | Retiree Representative & Vice Chairman | $100 | 26.75 | $2,675.00 |
| Kenny Pinkerton | Pension Administrator | $40 | 4.00 | $160.00 |
| Berry Puckett | Deputy Director of Infrastructure | $60 | 13.00 | $780.00 |
| | | **TOTALS:** | **53.25** | **$5,515.00** |

I and other DeKalb staff spent time, among other things, communicating with BLB&G, reviewing court filings, responding to discovery requests, preparing for

DECLARATION OF ROBBIE ROBERTSON
Case No. 2:19-cv-10860-MCS (PLAx)

and sitting for my deposition, and participating in the settlement negotiations and the mediation process. The time that we devoted to the representation of the Class in this Action was time that we otherwise would have spent on other work for DeKalb and, thus, represented a cost to DeKalb.

## IV.    CONCLUSION

11.    In conclusion, DeKalb was closely involved throughout the prosecution and settlement of the claims in this Action, strongly endorses the Settlement as fair, reasonable, and adequate, and believes that the Settlement represents a significant recovery for the Class. DeKalb further supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Class, the substantial work conducted, and the litigation risks. And finally, DeKalb requests reimbursement for certain of its expenses under the PSLRA as set forth above. Accordingly, DeKalb respectfully requests that the Court approve: (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief, and that I have authority to execute this Declaration on behalf of DeKalb.

Executed this 25th of March, 2022.

_____
Robbie Robertson
Retiree Representative
    and Vice Chairman
*DeKalb County Employees Retirement System*

#3087649

DECLARATION OF ROBBIE ROBERTSON
Case No. 2:19-cv-10860-MCS (PLAx)