# Exhibit 4

# EXHIBIT 4

*In re Mattel, Inc. Securities Litigation*
Case No. 2:19-cv-10860-MCS (PLAx)

## SUMMARY OF PLAINTIFFS' COUNSEL'S LODESTAR AND EXPENSES

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|-----|------|-------|----------|----------|
| 4A | Bernstein Litowitz Berger & Grossmann LLP | 18,175.25 | $8,733,906.25 | $1,135,047.35 |
| 4B | Block & Leviton LLP | 500.1 | $343,932.50 | $4,283.38 |
| | **TOTAL:** | **18,675.35** | **$9,077,838.75** | **$1,139,330.73** |