# Exhibit 5

**EXHIBIT 5**

*In re Mattel, Inc. Securities Litigation*
Case No. 2:19-cv-10860-MCS (PLAx)

**BREAKDOWN OF PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $      4,031.25 |
| Service of Process | 562.05 |
| PSLRA Notice Cost | 1,345.00 |
| On-Line Factual Research | 20,673.21 |
| On-Line Legal Research | 34,303.53 |
| Document Hosting & Management | 7,825.84 |
| Telephone | 326.13 |
| Postage & Express Mail | 505.99 |
| Local Transportation | 1,226.38 |
| Internal Copying & Printing | 84.00 |
| Outside Copying & Printing | 6,455.67 |
| Out-of-Town Travel | 2,946.86 |
| Working Meals | 1,887.32 |
| Court Reporting & Transcripts | 3,395.25 |
| Experts & Consultants | 1,000,590.75 |
| Mediation Costs | 53,171.50 |
|  |  |
| **TOTAL EXPENSES:** | **$1,139,330.73** |