# Exhibit 6

**EXHIBIT 6**

*In re Mattel, Inc. Securities Litigation*
Case No. 2:19-cv-10860-MCS (PLAx)

**SUPPORT FOR REQUESTED PSLRA AWARDS**

**DeKalb County Employees Retirement System**

| Name | Title | Hourly Rate | Hours | Award Requested |
|------|-------|-------------|-------|-----------------|
| Edmund J. Wall | Chairman | $200 | 9.50 | $1,900.00 |
| Robbie Robertson | Retiree Representative & Vice Chairman | $100 | 26.75 | $2,675.00 |
| Kenny Pinkerton | Pension Administrator | $40 | 4.00 | $160.00 |
| Berry Puckett | Deputy Director of Infrastructure | $60 | 13.00 | $780.00 |
| | | **TOTALS:** | **53.25** | **$5,515.00** |

**New Orleans Employees' Retirement System**

| Name | Title | Hourly Rate | Hours | Award Requested |
|------|-------|-------------|-------|-----------------|
| Jesse Evans, Jr. | Director | $50 | 62.00 | $3,100.00 |
| | | **TOTALS:** | **62.00** | **$3,100.00** |