# Exhibit 7

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS   (Bar No. 178428)
blairn@blbglaw.com
NIKI L. MENDOZA   (Bar No. 214646)
nikim@blbglaw.com
BENJAMIN GALDSTON   (Bar No. 211114)
beng@blbglaw.com
JON F. WORM   (Bar No. 248260)
jonw@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (Bar No. 75484)
jtabacco@bermandevalerio.com
NICOLE LAVALLEE (Bar No. 165755)
nlavallee@ bermandevalerio.com
KRISTIN J. MOODY (Bar No. 206326)
kmoody@bermandevalerio.com)
JULIE J. BAI (Bar No. 227047)
jbai@ bermandevalerio.com
One California Street, Suite 900
San Francisco, CA 94111
Tel:   (415) 433-3200
Fax:   (415) 433-6382

NOTE: CHANGES MADE BY THE COURT

*Attorneys for Co-Lead Plaintiffs*
*General Retirement System of the City of Detroit*
*and Massachusetts Laborers' Pension Fund*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL RECTIFIER CORPORATION SECURITIES LITIGATION | Case No. CV 07-02544-JFW (VBKx) |
| | **ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |
| | **Date:  February 8, 2010** |
| | **Time:  1:30 p.m.** |
| | **Courtroom:  16** |

Lead Counsel's Application For Attorneys' Fees And Reimbursement Of Litigation Expenses ("Fee And Expenses Application") duly came before the Court for hearing on February 8, 2010. The Court has considered the Fee And Expense Application and all supporting and other related materials, including any objections and all matters presented at the February 8, 2010 hearing. Due and adequate notice having been given to the Class as required by the Court's Order Preliminarily Approving Settlement And Providing For Notice (Docket No. 293), and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the proceedings and good cause appearing therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Consolidated Action and over all parties to the Consolidated Action, including all members of the Class.

3. The Fee And Expense Application filed in connection with the Settlement is hereby GRANTED.

4. The objections to the Fee And Expenses Application are overruled.

5. The Court hereby awards attorneys' fees of $22,329,915.24 (25% of the $90,000,000 Settlement Fund net of expenses), payable to Lead Counsel. The Court also grants Lead Counsel's request for reimbursement of litigation expenses in the amount of $680,339.03.

6. Pursuant to Paragraph 17 of the Stipulation, the attorneys' fees and expenses awarded herein shall be paid to Lead Counsel from the Settlement Fund immediately upon entry of this Order, notwithstanding the existence of any timely filed objections thereto, or potential for appeal therefrom, or collateral attack on the Settlement or any part thereof.

-1-                          ORDER APPROVING FEES AND EXPENSES
                             Case No. CV 07-02544-JFW (VBKx)

7. The Court finds that an award of attorneys' fees of 25% of the net Settlement Fund is consistent with the Ninth Circuit's "benchmark," and is fair and reasonable in light of the following factors, among others: the contingent nature of the case; the quality of the legal services rendered; the benefits derived by the Class; the institutional Lead Plaintiffs' support of the Fee And Expense Application; and the reaction of the Class.

8. The Court further finds that the request for reimbursement of litigation expenses is reasonable in light of Lead Counsel's prosecution of this action against the Defendants on behalf of the Class.

9. There is no just reason for delay in the entry of this Order, and immediate entry of this Order by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: February 8, 2010

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE