James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003
703-941-4694
jjhayes@toast.net



FILED
CLERK, U.S. DISTRICT COURT

APR 11 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

April 8, 2022

Hon. Mark C, Scarsi
U.S. District Court,
Central District of California
First Street Courthouse
350 W. First Street
Los Angeles, California

*In re Mattel, Inc. Securities Litigation*    Case No. 2:19-CV-10860 (C.D. Cal.)

### Objection to the Allocation Plan, and the Motion for Attorney Fees

Dear Judge Scarsi:

The attached brokerage confirmations for the purchase of 1,200 Mattel shares on February 11, 2019, for $12.35 per share, and their sale on November 8, 2019, for $11.50 per share demonstrate class membership.

History shows that U.S. financial markets are increasingly efficient in valuing corporate equity, which is vital for improving national wealth. For example, a significant drop or increase in a company's stock market price following an earnings announcement indicates an efficient market. By contrast, securities class action litigation is inefficient and ineffective in recovering investor fraud losses due to the failure to define a cohesive class of defrauded investors. The objection works around the problem by allocating 100 percent of the Recognized Loss to purchasers in 2019, beginning with the purchasers of Mattel on **August 8, 2019**.

### Objection to the Allocation Plan

Lead Counsel's proposed Allocation Plan is not fair, reasonable, or adequate. It does not provide 100 percent of Recognized Losses for stock purchased in 2019 and no recovery for Mattel's August 2019 call and put options holders. Purchasers of the stock and call options and sellers of put options in July and August 2019 have an infinitely better case of proving loss causation and damages than shares purchased in 2017 and 2018.

1

After adjusting for price changes attributable to market or industry forces, the Lead Plaintiffs' damage expert calculated a Recognized Loss of **$1.95 per share**. Then the fair, reasonable, and adequate allocation to the 2019 Authorized Claimants is the lessor of $1.95 per share or the transactional loss. For those Claimants holding Mattel shares **on August 8, 2019**, the transactional loss assumes a sale price found in Table A of the Notice. This allocation continues for purchasers **on August 7** and preceding days until the remaining funds cannot pay a full day's claims. At this point, a new calculation would reduce the per-share allocations pro-rata based on the ratio of funds to claims for the two earliest distribution dates. Finally, the objector's allocation plan does not provide distributions to those purchasing Mattel stock in 2017 and 2018.

### Objection to Lead Counsel's Attorney Fee Motion

The Lead Plaintiffs' Counsel applied for an attorney fee award of **$24.5 million**. However, this amount is excessive under the circumstances. The Lead Plaintiffs filed their Amended Class Action Complaint on May 29, 2020. The Complaint alleges materially misleading statements in Mattel's third and fourth quarter 2017 financial statements caused artificial inflation of Mattel's stock price. The Lead Plaintiffs further allege that corrective information released **on August 8, 2019**, removed the artificial inflation that the Lead Plaintiffs' damages expert estimated at **$1.95 per share**.

Plaintiffs' Counsel selected August 2, 2017, as the beginning of artificially inflated Mattel stock prices. Based on this date, the Lead Plaintiff's damage expert estimated the class members' average damage recovery from the Settlement at **$0.34 per share**. The Lead Plaintiffs and the Lead Counsels stated that their principal reason for entering the Settlement is the immediate cash benefit. But this statement obscures that the Lead Plaintiffs and Lead Plaintiffs' Counsel have significant conflicts with class members purchasing Mattel shares in 2019 with those buying shares in 2017 and 2018. The diverse interests are evidenced by the high disparity between Plaintiffs' expert's estimate of average damage recovery of $0.34 per share and the $1.95 per share of artificial inflation **on August 8, 2019**. However, there is no basis for starting the Class Period **on August 2, 2017**, or Mattel stock's alleged artificial price inflation in 2017 or 2018, much less than the defendants caused that inflation.

Mattel shares closed at **$15.37 per share** on October 26, 2017, but they opened lower at $12.90 on the 27th after Mattel missed the consensus analysts' earnings by $0.48 per share. However, on October 30, Mattel closed at **$15.58 per share**, $0.21 higher than before the earnings miss. But on July 25, 2019, Mattel reported Q2 2019 earnings that beat analysts' consensus by $0.146 per share; Mattel's stock price increased by $1.66 per share to $14.17, but $1.41 less than on October 27, 2017! Notwithstanding the price decline in 2017 and 2018, the Lead Plaintiffs' Counsel created the false narrative that artificial inflation began on August 2, 2017. However, the Lead Counsel s most serious mistake was not to include traders in Mattel's August 2019 Call and Put options damaged by the corrective disclosure **on August 8, 2019**. Consequently, the Court should reduce the attorney fee award requested by Lead Plaintiffs' Counsel to $9.8 million.

## Summary and Conclusions

The Court's approval of the objector's allocation plan, including payments to options holders, provides the precedent needed to reform the corrupt class action litigation practice, increasing market efficiency and national wealth.

Respectfully,

_____

James J. Hayes
Objecting Class Member

c.
John Rizio-Hamilton
John W. Spiegel
Timothy J. Perla



**E✲TRADE**
**FINANCIAL®**
Trading · Investing · Banking

**E✲TRADE Securities**

**Investment Account**

## TRADE CONFIRMATION

**Account Number:** XXXX-1485

**Account Name:**
JAMES J HAYES

**E✲TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Visit the E✲TRADE Tax Center to access tax forms (when available), plus tips and tools to help with your tax preparation. Bookmark etrade.com/tax today.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/07/19 | 02/08/19 | 3 1 | | SELL | 1 | $5.20 | Margin | PRINCIPAL | $520.00 |
| PUT MHK | 02/15/19 | | 125 MOHAWK INDUSTRIES INC | | | | | COMMISSION | $15.00 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0.02 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$504.97** |
| 02/07/19 | 02/11/19 | 6 1 | MAT | BUY | 1,200 | $12.3466 | Margin | PRINCIPAL | $14,815.92 |
| MATTEL INC | | | | | | | | COMMISSION | $5.00 |
| | | | | | | | | **NET AMOUNT** | **$14,820.92** |
| 02/07/19 | 02/08/19 | 3 1 | | SELL | 5 | $1.90 | Margin | PRINCIPAL | $950.00 |
| PUT SKX | 02/08/19 | | 27.50 SKECHERS U S A INC CLASS A | | | | | COMMISSION | $15.00 |
| OPEN CONTRACT | | | | | | | | FINRA TAF | $0.01 |
| | | | | | | | | OPT REG FEE | 0.09 |
| | | | | | | | | FEE | 0.02 |
| | | | | | | | | **NET AMOUNT** | **$934.88** |

▲ DETACH HERE

JAMES J HAYES
4024 ESTABROOK DRIVE
ANNANDALE VA  22003-2411

DETACH HERE ▲

**Use This Deposit Slip**     **Acct: XXXX-1485**

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ  07303-0484

**Please do not send cash**

| **Dollars** | **Cents** |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

020720190001  900556514850



**E✱TRADE Securities**

Investment Account

# TRADE CONFIRMATION

**Account Number:** XXXX-1485

**Account Name:**
JAMES J HAYES

**E✱TRADE Securities LLC**
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Keep your information up to date. Check that your profile is current and correct for security purposes. Visit etrade.com/myprofile to review your account info.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/19 | 11/13/19 | 3 1 | MAT | SELL | 1,200 | $11.50 | Margin | PRINCIPAL | $13,800.00 |
| **MATTEL INC** | | | | | | | | FINRA TAF | $0.14 |
| AS OF 11/08/19 | | | | | | | | FEE | $0.29 |
| OPTION ASSIGNMENT | | | | | | | | **NET AMOUNT** | **$13,799.57** |
| CALL MAT 11/08/19 11.50 | | | | | | | | | |
| | | | | | | | | | |
| 11/11/19 | 11/12/19 | 3 1 | | SELL | 1 | $6.90 | Margin | PRINCIPAL | $690.00 |
| **PUT AAP** | 11/15/19 | **170 ADVANCE AUTO PARTS INC** | | | | | | COMMISSION | $0.50 |
| OPEN CONTRACT | | | | | | | | OPT REG FEE | $0.02 |
| | | | | | | | | FEE | 0.02 |
| | | | | | | | | **NET AMOUNT** | **$689.46** |
| | | | | | | | | | |
| 11/11/19 | 11/12/19 | 3 4 | | SELL | 3 | $1.24 | Margin | PRINCIPAL | $372.00 |
| **PUT DHI** | 11/15/19 | **51.50 D R HORTON INC** | | | | | | COMMISSION | $1.50 |
| OPEN CONTRACT | | | | | | | | FINRA TAF | $0.01 |
| | | | | | | | | OPT REG FEE | 0.05 |
| | | | | | | | | FEE | 0.01 |
| | | | | | | | | **NET AMOUNT** | **$370.43** |

▲ DETACH HERE

JAMES J HAYES
4024 ESTABROOK DRIVE
ANNANDALE VA 22003-2411

DETACH HERE ▲

**Use This Deposit Slip**     **Acct: XXXX-1485**

Please do not send cash

| **Dollars** | **Cents** |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSIT**

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

111120190001  900556514850



