Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Lead Counsel for Lead Plaintiffs and the Class*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx)<br><br>**SUPPLEMENTAL DECLARATION OF JOHN RIZIO-HAMILTON**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C, 7th Floor<br>Date: May 2, 2022<br>Time: 9:00 a.m. |

I, JOHN RIZIO-HAMILTON, declare as follows:

1.    I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G").  BLB&G serves as Lead Counsel for the Class and counsel for Lead Plaintiffs DeKalb County Employees Retirement System and New Orleans Employees' Retirement System in the above-captioned action.  I submit this declaration in further support of: (i) Lead Plaintiffs' motion for final approval of the proposed Settlement and the proposed Plan of Allocation; and (ii) Lead Counsel's motion for attorneys' fees and litigation expenses.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    Supplemental Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion Received

Exhibit 2:    *Hayes v. Harmony Gold Mining Co.*, No. 13-635, Order (2d Cir. Dec. 16, 2013), ECF No. 141

Exhibit 3:    David Golvin, *'Vexatious' Geologist Makes Class-Action Fights His Business,* Bloomberg, Nov. 10, 2011

Exhibit 4:    [Proposed] Judgment Approving Class Action Settlement

Exhibit 5:    [Proposed] Order Approving Plan of Allocation of Net Settlement Fund

Exhibit 6:    [Proposed] Order Awarding Attorneys' Fees and Litigation Expenses

I declare, under penalty of perjury, that the foregoing is true and correct. Executed April 25, 2022.

        */s/ John Rizio-Hamilton*
        John Rizio-Hamilton

SUPPLEMENTAL DECLARATION
OF JOHN RIZIO-HAMILTON
CASE NO. 19-cv-10860-MCS (PLAx)

## CERTIFICATE OF SERVICE

I certify that, on April 25, 2022, I caused the foregoing Supplemental Declaration of John Rizio-Hamilton and its exhibits to be served on all counsel of record via the ECF filing system and on the following individual by FedEx overnight delivery service:

> James J. Hayes
> 4024 Estabrook Drive
> Annandale, VA 22003

Date: April 25, 2022

                    */s/ John Rizio-Hamilton*
                    John Rizio-Hamilton