# Exhibit 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx) <br><br> **SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED** <br><br> Judge:       Hon. Mark C. Scarsi <br> Courtroom: 7C, 7th Floor <br> Date:        May 2, 2022 <br> Time:        9:00 a.m. |

I, Luiggy Segura, declare as follows:

1.     I am the Vice President of Securities Operations at JND Legal Administration ("JND").  Pursuant to the Court's Order Re: Motion for Preliminary Approval of Class Action Settlement, dated January 18, 2022 (ECF No. 146) (the "Preliminary Approval Order"), JND was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated March 28, 2022 (ECF No. 149-3) (the "Initial Mailing Declaration"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## CONTINUED MAILING OF THE NOTICE PACKET

2.     Since the execution of my Initial Mailing Declaration, JND has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Class Members and nominees.  Through April 22, 2022, JND has mailed a total of 194,424 Notice Packets to potential Class Members and nominees.

## TELEPHONE HELPLINE AND WEBSITE

3.     JND continues to maintain the toll-free telephone number, 1-877-379-5987 and interactive voice response system to accommodate any inquiries from potential members of the Class with questions about the Action and the Settlement. JND also continues to maintain the settlement website, (www.MattelSecuritiesLitigation.com) to assist members of the class.  On March

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated November 23, 2021 (ECF No. 143-1) (the "Stipulation").

SUPPLEMENTAL DECLARATION OF
LUIGGY SEGURA
Case No. 2:19-cv-10860-MCS (PLAx)

29, 2022, JND posted to the website copies of the of the papers filed in support of Lead Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's motion for attorneys' fees and expenses. JND will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

4.      The Notice informs potential Class Members that requests for exclusion from the Class were to be mailed or otherwise delivered, addressed to *Mattel Securities Litigation*, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91434, Seattle, WA 98111, such that they were received by no later than April 11, 2022. JND has been monitoring all mail delivered to that post office box. JND has received 12 requests for exclusion. A list of the names of the persons and entities who submitted requests for exclusion from the Class and their respective cities and states is set forth in Exhibit 1.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25 of April 2022, at New Hyde Park, New York.

_____
Luiggy Segura

SUPPLEMENTAL DECLARATION OF
LUIGGY SEGURA
Case No. 2:19-cv-10860-MCS (PLAx)

2

**Exhibit 1**

1.  Carollee E. Brue
    Brodheadsville, PA

2.  Barbara Buchanan
    Etowah, NC

3.  Emily M. Clayton, Trustee
    Bosque Farms, NM

4.  Bruce A. Dauzat
    Leesville, LA

5.  Roger D. Deminna
    Salem, OR

6.  Cynthia A. Hach
    Mazomanie, WI

7.  Steven J. Hermsen
    Hudson, WI

8.  James J. Loftus & Maryann Loftus Trust 10/23/2015
    Loftus Living Trust
    Bowie, MD

9.  Julio A. Lopez
    Pembroke Pines, FL

10. Estate of Linda Susan Luckjohn
    by Larry L. Luckjohn
    Jackson, WI

11. Charles L. Kersey
    Las Vegas, NV

12. Joshua S. Mayer
    Colorado Springs, CO

SUPPLEMENTAL DECLARATION OF
LUIGGY SEGURA
Case No. 2:19-cv-10860-MCS (PLAx)