UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-10860-MCS-PLA | Date | May 2, 2022 |
| Title | *In re Mattel Inc Securities Litigation* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| | Brian Rivas Boessenecker |
| Jonathan D. Uslaner | Lauren C. Barnett |
| John Rizio-Hamilton | Thomas A. Zaccaro |
| Lauren M. Cruz | Jonathan A. Vittor |
| | Timothy J. Perla |

**Proceedings:  Motion for Settlement Approval of Proposed Class Action Settlement and Plan of Allocation (ECF No. 147) and Motion for Attorney Fees and Litigation Expenses (ECF No. 148)**

The motion hearing is held.  The Court states its tentative views that it is inclined to grant the motions.  Counsel address the Court.  The Court adheres to its tentative views and orders the motions GRANTED.  A separate and more detailed order will be issued.

IT IS SO ORDERED.