Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Lead Counsel for Lead Plaintiffs and the Class*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx) |
| | **MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

Lead Counsel respectfully moves for leave to file a Notice of Supplemental Authority ("Notice") to (1) alert the Court to a recent fee decision in the Northern District of California, *Maldonado v. Apple, Inc.*, No. 3:16-cv-04067-WHO, slip op. (N.D. Cal. Apr. 29, 2022), awarding a fee of approximately 28% of a $95 million settlement, with a 3.5 lodestar multiplier, and (2) provide documents referenced during yesterday's final approval hearing and in further support of Lead Counsel's fee application.  The Notice is attached hereto as Exhibit A.

Dated:  May 3, 2022

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (admitted *pro hac vice*)
johnr@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Richard D. Gluck (Bar No. 151675)
rich.gluck@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Lead Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I certify that, on May 3, 2022, I caused the foregoing Motion for Leave to File Notice of Supplemental Authority and its exhibits to be served on all counsel of record via the ECF filing system and on the following individual by FedEx overnight delivery service:

> James J. Hayes
> 4024 Estabrook Drive
> Annandale, VA 22003

Date: May 3, 2022

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton
