# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICKY MALDONADO, et al.,

          Plaintiffs,

   v.

APPLE, INC, et al.,

          Defendants.

Case No. 3:16-cv-04067-WHO

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT; AWARDING ATTORNEY'S FEES, COSTS, AND SERVICE AWARDS**

Re: Dkt. Nos. 332, 335

This matter comes before the Court to determine whether to approve Plaintiffs Vicky Maldonado and Justin Carter's settlement with Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC, Inc. and Plaintiffs' Plan of Allocation. The Court, having reviewed Plaintiffs' Motion for Final Approval of Settlement ("Motion"), Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative Incentive Awards, the Settlement Agreement, the pleadings and other papers on file in this action, and the statements of counsel and the parties, including at the Fairness Hearing, hereby finds that the Settlement and Plan of Allocation should be approved. Accordingly, the Court enters this Order of Final Approval.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Court has jurisdiction over the subject matter of this litigation, and all actions within this litigation (collectively, the "Action") and over the parties to the Settlement Agreement, including all members of the Certified Class and Defendants.

2. For purposes of this Order, except as otherwise set forth herein, the Court incorporates the definitions contained in the Settlement Agreement. Berman Final App. Decl., Ex. A, Settlement Agreement (ECF No. 321-1). The Court hereby finally approves and confirms the settlement set forth in the Settlement Agreement, and finds that said settlement is fair, reasonable,

United States District Court
Northern District of California

and adequate to the Settlement Class under Rule 23 of the Federal Rules of Civil Procedure.

3. The following "Certified Class" was previously certified pursuant to Rule 23 of the Federal Rules of Civil Procedure:

All individuals who purchased AppleCare or AppleCare+, either directly or through the iPhone Upgrade Program, on or after July 20, 2012, and received a remanufactured replacement Device.

4. The Class period cutoff date is September 30, 2021.

5. Pursuant to Federal Rule of Civil Procedure 23(g), the Court previously appointed Hagens Berman Sobol Shapiro, LLP as Class Counsel, and the named Plaintiffs, Vicky Maldonado and Justin Carter, as the Class Representatives on behalf of the Certified Class.

6. Plaintiffs' notice of the Class Settlement to the Certified Class was the best notice practicable under the circumstances. The notice satisfied due process and provided adequate information to the Certified Class of all matters relating to the Class Settlement, and fully satisfied the requirements of Federal Rules of Civil Procedure 23(c)(2) and (e)(1).

7. 153 members of the Certified Class timely and validly requested exclusion from the Certified Class, and are excluded from those Certified Class identified. These persons are reflected in the attached Exhibit A to this order. Such persons are not included in or bound by this Order as it relates to the specific settlement for which they opted-out. Such persons are not entitled to any recovery of the settlement proceeds obtained through the Class Settlement.

8. No valid objections were filed regarding the Class Settlement.

9. The Court finds that Plaintiffs' proposed Plan of Allocation, proposing to pay Settlement Class members an equal amount per remanufactured replacement device they received, is fair, reasonable, and adequate. Noll v. eBay, Inc., 309 F.R.D. 593, 601, 607 (N.D. Cal. 2015). The Plan of Allocation does not unfairly favor any Class member, or group of Class members, to the detriment of others.

10. The Court awards to Class Counsel:

a. Costs in the amount of $1,397,165.53; and

b. Attorneys' Fees in the amount of $26,876,027.50.

2

11. The Court awards to Class Representatives:

    a. An incentive award to Vicky Maldonado in the amount of $15,000; and

    b. An incentive award to Justin Carter in the amount of $12,500.

12. Without affecting the finality of this Order in any way, this Court hereby retains continuing jurisdiction over:

    a. implementation of this settlement and any distribution to members of the Class pursuant to further orders of this Court;

    b. disposition of the Settlement Fund;

    c. determining attorneys' fees, costs, expenses, and interest;

    d. the Action until Final Judgment contemplated hereby has become effective and each and every act agreed to be performed by the parties all have been performed pursuant to the Settlement Agreement;

    e. hearing and ruling on any matters relating to the plan of allocation of settlement proceeds; and

    f. all parties to the Action and Releasing Parties, for the purpose of enforcing and administering the Settlement Agreement and the mutual releases and other documents contemplated by, or executed in connection with the Agreement.

13. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that Final Judgment of Dismissal with prejudice as to the Defendants ("Judgment") should be entered forthwith and further finds that there is no just reason for delay in the entry of the Judgment, as Final Judgment, in accordance with the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: April 29, 2022



William H. Orrick
United States District Judge

3

# EXHIBIT A

epIQ

**Maldonado v Apple**

Class Certification Request for Exclusion Report

| Opt Out Count | First Name | Middle Name | Last Name | Business Name | Representative Name |
|---|---|---|---|---|---|
| 1 | Joseph | | Floro | | |
| 2 | Matt | | Marks | | |
| 3 | Celeste | | Marks | | |
| 4 | Corinne | | Satterfield | | |
| 5 | Robert | L | Evola | | |
| 6 | Richard | | Kirk | | |
| 7 | Khine | | Williams | | |
| 8 | Nicholas | | Sivo | | |
| 9 | Edward | | Cho | | |
| 10 | Nv | | Ga | | |
| 11 | Sharon | A | Stubblebine | | |
| 12 | Rebecca | H | Watkins Colantonio | | |
| 13 | Joanne | | Angel | | |
| 14 | Colin | | Black | | |
| 15 | Brett | | Parker | | |
| 16 | Robert | | Horen | | |
| 17 | Besnik | | Gjoka | | |
| 18 | Ivalina | | Chervenkova | | |
| 19 | Joel | S | Elson | | |
| 20 | Patricia | A | Macha | | |
| 21 | Linda | | Mitchell | | |
| 22 | Milton | A | Carlson | | |
| 23 | Nathan | W | Grubb | | |
| 24 | Elizabeth | | Guerra | | |
| 25 | John | | Queeney | | |
| 26 | Erik | T | Potter | | |
| 27 | Susan | J | Mardos | | |
| 28 | Liz | | Rab | | |
| 29 | Gilbert | | Peck | | |
| 30 | Joan | M | Eident | | |
| 31 | James | H | Thessin | | |
| 32 | | | | Nevada Trucking Association | Paul  J. Enos |
| 33 | Darius | | Gilder | | |
| 34 | Viktor | | Hristov | | |
| 35 | Amanda | M | Bowers | | |
| 36 | John | C | Taylor | | |
| 37 | Vlad | | Karpinsky | | |
| 38 | Brenden | | Konnagan | | |
| 39 | Zoe | M | de Lellis | | |
| 40 | Eduardo | | Cisneros | | |
| 41 | Daniel | j | Kocher | | |
| 42 | Cuauhtemoc | | Hernandez | | |
| 43 | Carl | A | McKinney | | |
| 44 | Tracey | | McCarter | | |
| 45 | Henry | | Hu | | |

| | | | | | |
|---|---|---|---|---|---|
| 46 | Carl | L | Zimmerman | | |
| 47 | Stavros | | Filargyropoulos | | |
| 48 | Garrett | | Prehatney | | |
| 49 | Shlomo | | Rosenberg | | |
| 50 | Jordan | | McShane | | |
| 51 | Bruno | | Pinotti | | |
| 52 | Derek | | Stutsman | | |
| 53 | Ed | A | Alexander | | |
| 54 | Joe | | Fritts | | |
| 55 | Gary | H | Hsueh | | |
| 56 | Brian | | Goodman | | |
| 57 | Shira | | Goodman | | |
| 58 | Erik | | Brown | | |
| 59 | Damian | | Raszewski | | |
| 60 | Jeremy | | Abbott | | |
| 61 | Jared | | Ewing | | |
| 62 | john | S | Buckley | | |
| 63 | Victoria | | Raschke | | |
| 64 | steve | | peskin | | |
| 65 | Janet | | Brandt | | |
| 66 | James | V | WIlliams | | |
| 67 | Mark | E | Huber | | |
| 68 | Leslie | Q | Brown | | |
| 69 | Paul | C | Hixson | | |
| 70 | Lisa | K | Timm | | |
| 71 | Kelly | M | Dakin | | |
| 72 | Gary | B | Strong | | |
| 73 | Kyros | | Porres | | |
| 74 | Arthur | | Prelle | | |
| 75 | George | | Cheuk | | |
| 76 | Jason | R | Schneider | | |
| 77 | Xavier | | Quinones | | |
| 78 | Peaches | | Hood | | |
| 79 | Josiah | | Lewis | | |
| 80 | David | | DeLaune | | |
| 81 | Ivette | | Perez | | |
| 82 | Samuel | E | Davies | | |
| 83 | Whitney | | Westerfield | | |
| 84 | Josselin | | Guichard | | |
| 85 | Martin | | Kuffel | | |
| 86 | Denecia | | Watkins | | |
| 87 | Jason | P | Lecht | | |
| 88 | Nelly | R | Unger | | |
| 89 | Andrew | | Liu | | |
| 90 | Aykut | | Zidanoglu | | |
| 91 | Lief | | Fox | | |
| 92 | Christopher | | Book | | |
| 93 | Erik | | Allen | | |

**Maldonado v Apple**
Class Certification Request for Exclusion Report

| 94 | Russ | | Hatcher | | |
|---|---|---|---|---|---|
| 95 | Ed | | Kozerka | | |
| 96 | Dustin | | Reischman | | |
| 97 | Andrew | | Law | | |
| 98 | Abhishek | | Bachhan | | |
| 99 | Alan | R | Schwartz | | |
| 100 | Timothy | C | Tyson | | |
| 101 | Ryan | | Stavely | | |
| 102 | David | | Hull | | |
| 103 | Lucien | | Dupont | | |
| 104 | Troy | | Gaul | | |
| 105 | Sachin | | Prakash | | |
| 106 | Sebastian | | Lofaro | | |
| 107 | Jungwan | | Uhm | | |
| 108 | | | | Cavell Inc | John White |
| 109 | Shawn | | Takatsu | | |
| 110 | Andrew | N | Feaster | | |
| 111 | Paola | L | Yanez | | |
| 112 | Gary | | Massey | | |
| 113 | Corena | | Nunez | | |
| 114 | Andrew | W | Greenman | | |
| 115 | Michael | J | Oria | | |
| 116 | Jeremiah | J | Schwartz | | |
| 117 | MARIA | | MOREIRA | | |
| 118 | OMAR | | AGUIRRE | | |
| 119 | Emily | | Mueller | | |
| 120 | Dan | | Lewis | | |
| 121 | Albert | K | Brigoli | | |
| 122 | Wesley | A | Templeton | | |
| 123 | Akos | | Kokai | | |
| 124 | Jeremy | | Goetzinger | | |
| 125 | Steven | | Palmen | | |
| 126 | Africa | | Piury Marassi | | |
| 127 | Sally | | Dewan | | |
| 128 | Ann | | Vrabel | | |
| 129 | Joseph | | Olschewski | | |
| 130 | Herbert | H | Chau | | |
| 131 | Stiljan | | Nika | | |
| 132 | Fook Mun | | Lam | | |
| 133 | Jon | N | Hohol | | |
| 134 | konstantinos | | kokkinos | | |
| 135 | Christi | | Ellwanger | | |

epiq

**Maldonado v. Apple**

Settlement Request for Exclusion Report

| Opt Out Count | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1 | Cynthia | | Williams |
| 2 | Kathleen | | Yeaton |
| 3 | Marvin | | Kirsner |
| 4 | Christian | | Dulu |
| 5 | Jaime | | Burns-France |
| 6 | Julia | | Karakozoff |
| 7 | Alexandra | | Walker |
| 8 | Matthew | | Marks |
| 9 | Kathleen | | Miller |
| 10 | Monica | | Garcia |
| 11 | Lauren | B | Pena |
| 12 | Bruce | | Harrington |
| 13 | Arni | | Sumarlidason |
| 14 | Thomas | | Reyes |
| 15 | Craig | | Alvarez |
| 16 | Patricia | | Kerr |
| 17 | Saylee | | Parab |
| 18 | Jayson | J | Estrada |