# Exhibit 2

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
Email: michellak@hbsslaw.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.,<br><br>                  Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cc-01619-WHO<br><br>PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor<br>Complaint Filed: July 20, 2016 |

MOTION FOR ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS - 3:16-cv-04067-WHO
010637-11/1785514 V1

## I.     INTRODUCTION

After four years of hard-fought litigation, Class Counsel have settled this case for $95 million for the Certified Class. Because of the substantial risks and complex issues surmounted in achieving the $95 million recovery, Plaintiffs respectfully request from the recovery funds: (1) an award of $27,550,000 in attorneys' fees, a percentage recovery four points above the benchmark; (2) reimbursement of expenses fronted by Class Counsel in litigating this matter ($1,397,165.53); and (3) service awards for each of the class representatives based on their contributions and efforts.

The $95 million settlement fund represents an excellent result for the Class. Opposing one of the world's largest corporations and two sets of the country's most sophisticated defense counsel (with the support and resources of three of the nation's leading firms), Plaintiffs faced the challenge of proving Apple's remanufactured iPhones and iPads were not equivalent to new in performance and reliability, as promised in its AppleCare/AppleCare+ ("AppleCare") contracts. Class Counsel, on behalf of Plaintiffs, had to hire multiple experts, including engineers, a statistician, and economists, to prove their case and measure damages, and adjust to and fend off strategies that changed over the course of the litigation. Plaintiffs certified the Class, survived a motion to dismiss, a motion for summary judgment, a motion to decertify the class, and *Daubert* motions on all their case-in-chief experts. Class Counsel conducted significant fact and expert discovery—reviewing over 30,000 documents, issuing and responding to hundreds of discovery requests, and taking and defending over thirty depositions. Plaintiffs were just weeks away from trial when this case settled. Class Counsel's work resulted in a substantial recovery for the Class.

The $95 million common fund represents between 13 to 25% of estimated damages according to Plaintiffs' experts. Given the risks that persisted right up to the end, the difficulty and unique nature of the harm, and the work required to achieve this settlement, this is a strong result for the Class. The requested fee award is reasonable compared to awards in similar class actions, where class counsel undertook comparable risks and litigation efforts. The reasonableness of the requested award is further confirmed by a "lodestar cross-check." Class Counsel's total lodestar for the case is $7,678,865.00. An award of 29% results in a current multiplier of 3.58, well within the

MOTION FOR ATTORNEYS' FEES, EXPENSES,
AND SERVICE AWARDS - 3:16-cv-04067-WHO
010637-11/1785514 V1

- 1 -