# Exhibit 5

BRAD BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:     (213) 683-9100
Facsimile:     (213) 683-3702

*Attorneys for Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **FINAL FEE APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR CERTAIN MATTERS FROM JANUARY 29, 2019 THROUGH JULY 1, 2020** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | <u>**Hearing: Not Set**</u> Objection Deadline: September 15, 2020 |

# EXHIBIT C

## Exhibit C

### Voluntary Rate Disclosures

Below is the blended hourly rate (billed amount / billed hours) by timekeeper category that was billed to the Debtors during the Fee Period from January 29, 2019 through July 1, 2020.

| Fees Billed by date Worked | | |
|---|---|---|
| | **Blended Hourly Rates** | |
| **Timekeeper Category** | **Billed in this Fee Application 1/29/19-7/1/20 (PG&E Timekeepers)** | |
| Partner | $ | 1,142 |
| Of Counsel | $ | 894 |
| Associate | $ | 661 |
| eDiscovery Attorney | $ | 575 |
| Staff Attorney | $ | 426 |
| **Attorneys Total** | $ | 768 |
| Paralegal | $ | 353 |
| ALS | $ | 415 |
| Case Clerk | $ | 110 |
| Litigation Analyst | $ | 110 |
| Library | $ | 279 |
| **Paraprofessionals Total** | $ | 372 |
| **Grand Total** | $ | **727** |

# EXHIBIT D

Exhibit D

**Summary of Timekeepers for the period**
**Jan. 29, 2019 - July 1, 2020**

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | 2019 HOURLY RATE | 2019 TOTAL HOURS BILLED | 2019 COMPENSATION | 2020 HOURLY RATE | 2020 TOTAL HOURS BILLED | 2020 COMPENSATION | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 552.8 | $525,160.00 | $1,020.00 | 864.2 | $881,484.00 | 1,417.0 | $1,406,644.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,421.32 | 679.3 | $965,500.00 | $1,500.00 | 380.7 | $571,050.00 | 1,060.0 | $1,536,550.00 | Litigation |
| Zachary M. Briers | Partner | 2012 | $860.00 | 0.9 | $774.00 | | | | 0.9 | $774.00 | Litigation |
| Jennifer C. Broder | Partner | 2011 | $860.00 | 0.2 | $172.00 | | | | 0.2 | $172.00 | Corporate |
| Erin J. Cox | Partner | 2009 | $895.00 | 268.4 | $240,218.00 | $950.00 | 343.4 | $326,230.00 | 611.8 | $566,448.00 | Litigation |
| Robert L. Dell Angelo | Partner | 1992 | | | | $1,060.00 | 10.2 | $10,812.00 | 10.2 | $10,812.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 1,807.2 | $1,798,164.00 | $1,060.00 | 439.5 | $465,870.00 | 2,246.7 | $2,264,034.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 1,559.4 | $2,027,220.00 | $1,320.00 | 735.1 | $970,332.00 | 2,294.5 | $2,997,552.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 507.0 | $504,465.00 | $1,150.00 | 6.9 | $7,935.00 | 513.9 | $512,400.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 373.7 | $371,831.50 | $1,060.00 | 95.6 | $101,336.00 | 469.3 | $473,167.50 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 26.5 | $26,367.50 | $1,150.00 | 32.7 | $37,605.00 | 59.2 | $63,972.50 | Taxation |
| Seth Goldman | Partner | 2002 | $995.00 | 194.0 | $193,030.00 | $1,150.00 | 599.7 | $689,655.00 | 793.7 | $882,685.00 | Restructuring |
| Bryan H. Heckenlively | Partner | 2009 | $895.00 | 60.7 | $54,326.50 | | | | 60.7 | $54,326.50 | Litigation |
| Jeffrey A. Heintz | Partner | 1985 | $950.00 | 1.5 | $1,425.00 | | | | 1.5 | $1,425.00 | Real Estate |
| Miriam Kim | Partner | 2002 | $895.00 | 314.1 | $281,119.50 | $950.00 | 90.7 | $86,165.00 | 404.8 | $367,284.50 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 6.9 | $7,590.00 | $1,220.00 | 36.4 | $44,408.00 | 43.3 | $51,998.00 | Corporate |
| Kelly L.C. Kriebs | Partner | 1999 | $1,100.00 | 9.5 | $10,450.00 | $1,150.00 | 127.0 | $146,050.00 | 136.5 | $156,500.00 | Corporate |
| Jeremy A. Lawrence | Partner | 2010 | | | | $920.00 | 4.6 | $4,232.00 | 4.6 | $4,232.00 | Litigation |
| C. David Lee | Partner | 1999 | | | | $1,220.00 | 41.7 | $50,874.00 | 41.7 | $50,874.00 | Corporate |
| Joseph D. Lee | Partner | 1982 | $995.00 | 6.3 | $6,268.50 | | | | 6.3 | $6,268.50 | Litigation |
| Cary B. Lerman | Partner | 1972 | | | | $1,320.00 | 6.1 | $8,052.00 | 6.1 | $8,052.00 | Litigation |
| Luis Li | Partner | 1991 | $1,300.00 | 401.9 | $522,470.00 | $1,400.00 | 0.4 | $560.00 | 402.3 | $523,030.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $895.00 | 632.1 | $565,729.50 | $950.00 | 0.4 | $380.00 | 632.5 | $566,109.50 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 611.3 | $547,113.50 | $920.00 | 65.7 | $60,444.00 | 677.0 | $607,557.50 | Appellate |
| Fred A. Rowley, Jr. | Partner | 1997 | $995.00 | 2.4 | $2,388.00 | $1,060.00 | 6.7 | $7,102.00 | 9.1 | $9,490.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $995.00 | 546.8 | $544,066.00 | $1,060.00 | 467.7 | $495,762.00 | 1,014.5 | $1,039,828.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 55.1 | $77,140.00 | $1,500.00 | 17.0 | $25,500.00 | 72.1 | $102,640.00 | Appellate |
| Thomas B. Walper | Partner | 1980 | $1,400.00 | 4.4 | $6,160.00 | | | | 4.4 | $6,160.00 | Restructuring |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 1,627.7 | $2,116,010.00 | $1,400.00 | 1,310.9 | $1,835,260.00 | 2,938.6 | $3,951,270.00 | Litigation |
| Jeffrey R. Wu | Partner | 2007 | | | | $950.00 | 42.3 | $40,185.00 | 42.3 | $40,185.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $895.00 | 13.1 | $11,724.50 | $990.00 | 24.7 | $24,453.00 | 37.8 | $36,177.50 | Appellate |
| Patrick J. Cafferty | Of Counsel | 1976 | $995.00 | 1.2 | $1,194.00 | | | | 1.2 | $1,194.00 | Environmental / Litigation |
| Kimberly A. Chi | Of Counsel | 2006 | | | | $920.00 | 11.0 | $10,120.00 | 11.0 | $10,120.00 | Finance |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 495.5 | $440,995.00 | $890.00 | 1,302.9 | $1,159,581.00 | 1,798.4 | $1,600,576.00 | Litigation |
| Alan V. Friedman | Of Counsel | 1966 | $890.00 | 0.9 | $801.00 | | | | 0.9 | $801.00 | Appellate |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 60.6 | $53,934.00 | | | | 60.6 | $53,934.00 | Corporate / Real Estate |
| Bradley R. Schneider | Of Counsel | 2004 | $890.00 | 69.3 | $61,677.00 | $950.00 | 127.4 | $121,030.00 | 196.7 | $182,707.00 | Restructuring |
| Matthew S. Schonholz | Of Counsel | 2005 | | | | $920.00 | 30.2 | $27,784.00 | 30.2 | $27,784.00 | Taxation |
| Shannon Aminirad | Associate | 2018 | $460.00 | 114.8 | $52,808.00 | | | | 114.8 | $52,808.00 | Litigation |
| Grant R. Arnow | Associate | 2017 | $535.00 | 1,236.5 | $661,527.50 | $665.00 | 13.4 | $8,911.00 | 1,249.9 | $670,438.50 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 2,351.9 | $1,822,722.50 | $845.00 | 839.8 | $709,631.00 | 3,191.7 | $2,532,353.50 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 1,508.7 | $942,937.50 | $725.00 | 318.1 | $230,622.50 | 1,826.8 | $1,173,560.00 | Litigation |
| Sean P. Barry | Associate | 2018 | $460.00 | 655.7 | $301,622.00 | | | | 655.7 | $301,622.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 635.1 | $435,043.50 | $780.00 | 512.4 | $399,672.00 | 1,147.5 | $834,715.50 | Litigation |
| Wesley T.L. Burrell | Associate | 2011 | $810.00 | 329.9 | $267,219.00 | | | | 329.9 | $267,219.00 | Litigation |
| Graham B. Cole | Associate | 2014 | | | | $820.00 | 309.1 | $253,462.00 | 309.1 | $253,462.00 | Litigation |

**Exhibit D**

**Summary of Timekeepers for the period**

**Jan. 29, 2019 - July 1, 2020**

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | 2019 HOURLY RATE | 2019 TOTAL HOURS BILLED | 2019 COMPENSATION | 2020 HOURLY RATE | 2020 TOTAL HOURS BILLED | 2020 COMPENSATION | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Anne K. Conley | Associate | 2015 | $685.00 | 7.6 | $5,206.00 | | | | 7.6 | $5,206.00 | Litigation |
| Allison M. Day | Associate | 2015 | $685.00 | 311.4 | $213,309.00 | $780.00 | 2.9 | $2,262.00 | 314.3 | $215,571.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $460.00 | 170.0 | $78,200.00 | $490.00 | 671.6 | $329,084.00 | 841.6 | $407,284.00 | Litigation |
| Matthew K. Donohue | Associate | 2015 | $750.00 | 0.3 | $225.00 | | | | 0.3 | $225.00 | Litigation |
| Nicholas D. Fram | Associate | 2012 | | | | $860.00 | 43.3 | $37,238.00 | 43.3 | $37,238.00 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 324.6 | $243,450.00 | $820.00 | 117.2 | $96,104.00 | 441.8 | $339,554.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $535.00 | 693.5 | $371,022.50 | $665.00 | 315.4 | $209,741.00 | 1,008.9 | $580,763.50 | Litigation |
| Skylar B. Grove | Associate | 2015 | $685.00 | 196.2 | $134,397.00 | $780.00 | 534.4 | $416,832.00 | 730.6 | $551,229.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 1,863.1 | $1,276,223.50 | $780.00 | 411.2 | $320,736.00 | 2,274.3 | $1,596,959.50 | Litigation |
| Jan W. Jorritsma | Associate | 2018 | $460.00 | 392.8 | $180,688.00 | | | | 392.8 | $180,688.00 | Litigation |
| Erinma E. Kalu | Associate | 2019 | $460.00 | 293.8 | $135,148.00 | | | | 293.8 | $135,148.00 | Litigation |
| Natalie A. Karl | Associate | 2017 | | | | $665.00 | 343.1 | $228,161.50 | 343.1 | $228,161.50 | Corporate |
| Lloyd Marshall | Associate | 2018 | $460.00 | 254.7 | $117,162.00 | $565.00 | 528.0 | $298,320.00 | 782.7 | $415,482.00 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $535.00 | 337.0 | $180,295.00 | $665.00 | 681.1 | $452,931.50 | 1,018.1 | $633,226.50 | Litigation |
| Michele C. Nielsen | Associate | 2016 | $625.00 | 485.0 | $303,125.00 | $725.00 | 2.6 | $1,885.00 | 487.6 | $305,010.00 | Litigation |
| Alexandra Peacock | Associate | 2016 | | | | $725.00 | 4.9 | $3,552.50 | 4.9 | $3,552.50 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 108.4 | $67,750.00 | | | | 108.4 | $67,750.00 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 594.4 | $407,164.00 | $780.00 | 677.6 | $528,528.00 | 1,272.0 | $935,692.00 | Litigation |
| Lauren Ross | Associate | 2016 | $625.00 | 336.5 | $210,312.50 | | | | 336.5 | $210,312.50 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 1,606.0 | $1,003,750.00 | $725.00 | 1,122.5 | $813,812.50 | 2,728.5 | $1,817,562.50 | Litigation |
| Tori N. Stilwell | Associate | 2019 | $315.00 | 63.3 | $19,939.50 | | | | 63.3 | $19,939.50 | Litigation |
| Trevor N. Templeton | Associate | 2016 | $685.00 | 665.7 | $456,004.50 | | | | 665.7 | $456,004.50 | Litigation |
| Cobus van der Ven | Associate | 2017 | | | | $665.00 | 113.3 | $75,344.50 | 113.3 | $75,344.50 | Litigation |
| David W. Walchak | Associate | 2018 | $460.00 | 218.3 | $100,418.00 | | | | 218.3 | $100,418.00 | Litigation |
| Bobby Malhotra | eDiscovery Attorney | 2008 | $575.00 | 1.9 | $1,092.50 | | | | 1.9 | $1,092.50 | N/A |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 1,026.2 | $389,956.00 | $405.00 | 116.2 | $47,061.00 | 1,142.4 | $437,017.00 | N/A |
| Lisa A. Clark | Staff Counsel | 2001 | $460.00 | 94.5 | $43,470.00 | | | | 94.5 | $43,470.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 815.4 | $330,237.00 | $430.00 | 93.3 | $40,119.00 | 908.7 | $370,356.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 299.9 | $137,954.00 | $490.00 | 76.7 | $37,583.00 | 376.6 | $175,537.00 | N/A |
| Eric J. Kananen | Staff Counsel | 2001 | $460.00 | 20.2 | $9,292.00 | | | | 20.2 | $9,292.00 | N/A |
| Kevin Y. Kim | Staff Counsel | 2018 | $405.00 | 117.6 | $47,628.00 | | | | 117.6 | $47,628.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 561.7 | $213,446.00 | $405.00 | 45.1 | $18,265.50 | 606.8 | $231,711.50 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 834.2 | $316,996.00 | $405.00 | 114.9 | $46,534.50 | 949.1 | $363,530.50 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 750.4 | $345,184.00 | $490.00 | 124.8 | $61,152.00 | 875.2 | $406,336.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 694.0 | $319,240.00 | $490.00 | 178.1 | $87,269.00 | 872.1 | $406,509.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 345.3 | $131,214.00 | $405.00 | 44.6 | $18,063.00 | 389.9 | $149,277.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 205.0 | $94,300.00 | $490.00 | 51.4 | $25,186.00 | 256.4 | $119,486.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 854.8 | $346,194.00 | $430.00 | 23.5 | $10,105.00 | 878.3 | $356,299.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 547.8 | $251,988.00 | $490.00 | 97.8 | $47,922.00 | 645.6 | $299,910.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 566.4 | $260,544.00 | $490.00 | 114.0 | $55,860.00 | 680.4 | $316,404.00 | N/A |
| Allison E. Rector | Staff Counsel | 2018 | $405.00 | 235.2 | $95,256.00 | $430.00 | 109.8 | $47,214.00 | 345.0 | $142,470.00 | N/A |
| Jarett D. Reid | Staff Counsel | 2010 | $405.00 | 398.1 | $161,230.50 | $430.00 | 54.7 | $23,521.00 | 452.8 | $184,751.50 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 273.0 | $110,565.00 | $430.00 | 42.8 | $18,404.00 | 315.8 | $128,969.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 725.0 | $333,500.00 | $490.00 | 103.0 | $50,470.00 | 828.0 | $383,970.00 | N/A |
| Steven D. Valentine | Staff Counsel | 1997 | $460.00 | 204.8 | $94,208.00 | | | | 204.8 | $94,208.00 | N/A |
| Francoise Baldwin | Paralegal | N/A | $270.00 | 55.9 | $15,093.00 | | | | 55.9 | $15,093.00 | N/A |
| Alicia Barlow | Paralegal | N/A | $325.00 | 26.6 | $8,645.00 | | | | 26.6 | $8,645.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | | | | $345.00 | 965.9 | $333,235.50 | 965.9 | $333,235.50 | N/A |

**Exhibit D**
**Summary of Timekeepers for the period**
**Jan. 29, 2019 - July 1, 2020**

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | 2019 HOURLY RATE | 2019 TOTAL HOURS BILLED | 2019 COMPENSATION | 2020 HOURLY RATE | 2020 TOTAL HOURS BILLED | 2020 COMPENSATION | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jennifer Galindo | Paralegal | N/A | $380.00 | 152.9 | $58,102.00 | $395.00 | 15.1 | $5,964.50 | 168.0 | $64,066.50 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 170.5 | $46,035.00 | $345.00 | 155.1 | $53,509.50 | 325.6 | $99,544.50 | N/A |
| Arn Jacobsen | Paralegal | N/A | $380.00 | 89.2 | $33,896.00 | $395.00 | 13.5 | $5,332.50 | 102.7 | $39,228.50 | N/A |
| Michael J. Lamb | Paralegal | N/A | $380.00 | 429.3 | $163,134.00 | $395.00 | 0.7 | $276.50 | 430.0 | $163,410.50 | N/A |
| Melissa Lee-Segovia | Paralegal | N/A | $325.00 | 45.2 | $14,690.00 | | | | 45.2 | $14,690.00 | N/A |
| Gary LeGault | Paralegal | N/A | $270.00 | 28.0 | $7,560.00 | | | | 28.0 | $7,560.00 | N/A |
| Nicholas Martin | Paralegal | N/A | $325.00 | 16.5 | $5,362.50 | | | | 16.5 | $5,362.50 | N/A |
| Danny R. Munson | Paralegal | N/A | $380.00 | 43.1 | $16,378.00 | $395.00 | 21.4 | $8,453.00 | 64.5 | $24,831.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 174.9 | $56,842.50 | $345.00 | 220.1 | $75,934.50 | 395.0 | $132,777.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 265.8 | $101,004.00 | $395.00 | 254.8 | $100,646.00 | 520.6 | $201,650.00 | N/A |
| Steven Shao | Paralegal | N/A | $380.00 | 0.7 | $266.00 | | | | 0.7 | $266.00 | N/A |
| Justin A. Wilson | Paralegal | N/A | $325.00 | 21.3 | $6,922.50 | | | | 21.3 | $6,922.50 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 541.0 | $189,350.00 | $370.00 | 58.9 | $21,793.00 | 599.9 | $211,143.00 | N/A |
| Lawrence Jayme | ALS | N/A | $350.00 | 11.6 | $4,060.00 | | | | 11.6 | $4,060.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 590.3 | $253,829.00 | $455.00 | 210.5 | $95,777.50 | 800.8 | $349,606.50 | N/A |
| Bryan D. Loper | ALS | N/A | $430.00 | 66.8 | $28,724.00 | | | | 66.8 | $28,724.00 | N/A |
| Phillip E. Nickels, Jr. | ALS | N/A | $430.00 | 119.8 | $51,514.00 | | | | 119.8 | $51,514.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 854.1 | $367,263.00 | $455.00 | 149.9 | $68,204.50 | 1,004.0 | $435,467.50 | N/A |
| Marissa E. Andrea | Library | N/A | $245.00 | 25.2 | $6,174.00 | $345.00 | 4.3 | $1,483.50 | 29.5 | $7,657.50 | N/A |
| Agnes O. Villero | Library | N/A | $245.00 | 37.3 | $9,138.50 | $345.00 | 19.1 | $6,589.50 | 56.4 | $15,728.00 | N/A |
| Alan S. Shaw-Krivosh | Litigation Analyst | N/A | $110.00 | 29.4 | $3,234.00 | | | | 29.4 | $3,234.00 | N/A |
| Benjamin J. Shin | Litigation Analyst | N/A | $110.00 | 9.3 | $1,023.00 | | | | 9.3 | $1,023.00 | N/A |
| Nicholas C. Wiley | Litigation Analyst | N/A | $110.00 | 18.0 | $1,980.00 | | | | 18.0 | $1,980.00 | N/A |
| Noemi Contreras | Case Clerk | N/A | $110.00 | 3.0 | $330.00 | | | | 3.0 | $330.00 | N/A |
| Milagros R. D'Albert | Case Clerk | N/A | $110.00 | 4.3 | $473.00 | | | | 4.3 | $473.00 | N/A |
| Nelson Marinero | Case Clerk | N/A | $110.00 | 60.5 | $6,655.00 | | | | 60.5 | $6,655.00 | N/A |
| Jennifer C. Mendoza | Case Clerk | N/A | $110.00 | 17.2 | $1,892.00 | $115.00 | 9.6 | $1,104.00 | 26.8 | $2,996.00 | N/A |
| Frank G. Rivera | Case Clerk | N/A | $110.00 | 4.0 | $440.00 | | | | 4.0 | $440.00 | N/A |
| **Total Professionals:** | | | | **40,129.0** | **$27,446,658.50** | | **18,273.3** | **$15,040,115.00** | **58,402.3** | **$42,486,773.50** | |
| Credit (Adjustment of hourly rate from January 29, 2019 through May 31, 2019 by $100 (14.48 hours). | | | | | | | | | | -$14,480.00 | |
| Credit (Kelly LC Kriebs 5/1/20 - 5/31/20) | | | | | | | | | | -$30,446.96 | |
| Credit (Kelly LC Kriebs 6/1/20 - 7/1/20) | | | | | | | | | | -$40,322.64 | |
| Interim Fee Reductions | | | | | | | | | | -$1,390,000.00 | |
| **TOTAL HOURS AND FEES** | | | | | | | | | | **$41,011,523.90** | |

Case: 19-30088  Doc# 8943-4  Filed: 08/31/20  Entered: 08/31/20 16:23:02  Page 4 of 6

**Exhibit D**

**Summary of Timekeepers for the period**

**June 1, 2020 – July 1, 2020**

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 84.1 | $85,782.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 57.7 | $86,550.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 45.3 | $43,035.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 27.1 | $28,726.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 133.0 | $175,560.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 0.5 | $575.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 9.6 | $10,176.00 | Appellate |
| Seth Goldman | Partner | 2002 | $1,150.00 | 141.9 | $163,185.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 2.6 | $2,470.00 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,220.00 | 30.6 | $37,332.00 | Corporate |
| Kelly LC Kriebs | Partner | 1999 | $1,150.00 | 52.6 | $60,490.00 | Corporate |
| Jeremy A. Lawrence | Partner | 2010 | $920.00 | 4.6 | $4,232.00 | Litigation |
| C. David Lee | Partner | 2000 | $1,220.00 | 10.6 | $12,932.00 | Corporate |
| Fred A. Rowley, Jr. | Partner | 1997 | $1,060.00 | 0.2 | $212.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $1,060.00 | 41.4 | $43,884.00 | Litigation |
| Donald B. Verilli | Partner | 1983 | $1,500.00 | 3.2 | $4,800.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 154.1 | $215,740.00 | Litigation |
| Jeffrey Y. Wu | Partner | 2007 | $950.00 | 16.4 | $15,580.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $990.00 | 0.9 | $891.00 | Appellate |
| Kimberly A. Chi | Of Counsel | 2006 | $920.00 | 8.2 | $7,544.00 | Finance |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 234.3 | $208,527.00 | Litigation |
| Nick Axelrod | Associate | 2013 | $845.00 | 120.0 | $101,400.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 45.9 | $35,802.00 | Litigation |
| Graham B. Cole | Associate | 2015 | $820.00 | 77.6 | $63,632.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 129.7 | $63,553.00 | Litigation |
| Nicholas D. Fram | Associate | 2012 | $860.00 | 5.4 | $4,644.00 | Litigation |

Case: 19-30088    Doc# 8943-4    Filed: 08/31/20    Entered: 08/31/20 16:23:02    Page 5 of 6

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Brendan Gants | Associate | 2016 | $820.00 | 13.6 | $11,152.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 0.5 | $332.50 | Litigation |
| Skylar B. Grove | Associate | 2015 | $780.00 | 18.8 | $14,664.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $780.00 | 17.6 | $13,728.00 | Litigation |
| Natalie A. Karl | Associate | 2017 | $665.00 | 50.8 | $33,782.00 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 13.5 | $7,627.50 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 6.7 | $4,455.50 | Litigation |
| Alexandra Peacock | Associate | 2017 | $725.00 | 2.8 | $2,030.00 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 15 | $11,700.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 91.2 | $66,120.00 | Litigation |
| Cobus van der Ven | Associate | 2017 | $665.00 | 2.8 | $1,862.00 | Litigation |
| Michael Y. Doko | Staff Counsel | 1998 | $430.00 | 16.0 | $6,880.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $490.00 | 22.9 | $11,221.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $490.00 | 3.0 | $1,470.00 | N/A |
| Allison E. Rector | Staff Counsel | 2018 | $430.00 | 5.2 | $2,236.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 139.2 | $48,024.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 7.7 | $2,656.50 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 1.3 | $448.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 8.8 | $3,476.00 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 12.9 | $5,869.50 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 2.5 | $1,137.50 | N/A |
| **Total Professionals:** | | | | **1,890.3** | **$1,728,126.50** | |
| Kelly LC Kriebs (Credit for May 1, 2020-May 31, 2020 fee period.) | Partner | 1999 | | | -$30,446.96 | |
| Kelly LC Kriebs (Credit for June 1, 2020-July 1, 2020 fee period.) | Partner | 1999 | | | -$40,322.64 | |
| **Total Hours and Fees** | | | | **1,890.3** | **$1,657,356.90** | |