# Exhibit 6

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**SUMMARY SHEET FOR COMBINED SEVENTEENTH MONTHLY FEE STATEMENT AND FINAL FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| **Name of Applicant:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case:** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | November 25, 2019 *nunc pro tunc* to September 15, 2019 |
| **Monthly Period for which Compensation and Expenses is Sought:** | March 1, 2021 through March 5, 2021[2] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] WilmerHale's representation of the Debtors ended as of March 5, 2021.

## COMPENSATION BY PROFESSIONAL

## FINAL APPLICATION PERIOD

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,355.00 | 10.10 | 13,685.50 |
| | | 1,550.00 | 133.40 | 206,770.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 850.00 | 86.00 | 73,100.00 |
| | | 965.00 | 392.30 | 378,569.50 |
| | | 1,025.00 | 23.90 | 24,497.50 |
| George W. Shuster, Jr. | Partner; admitted to MA Bar since 2001 and NY Bar since 2010; Bankruptcy & Financial Restructuring | 1,060.00 | 3.10 | 3,286.00 |
| Aaron Zebley | Partner; admitted to NY Bar since 1997 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 168.30 | 173,180.70 |
| | | 1,080.45 | 4.20 | 4,537.92 |
| **Partners Total** | | | **821.30** | **$877,627.12** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 775.00 | 48.40 | 37,510.00 |
| | | 940.00 | 8.80 | 8,272.00 |
| | | 955.00 | 0.30 | 286.50 |
| Kaitlyn A. Ferguson | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 17.10 | 16,330.50 |
| Sean A. Hayes | Counsel; admitted to DC Bar since 2006; Regulatory and Government Affairs. | 825.00 | 3.10 | 2,557.50 |

---

[2] WilmerHale increased its billing rates on January 1, 2020 and January 1, 2021 for all professionals and on September 1, 2020 for certain professionals and negotiated a reduction of those rates with the Debtors. This summary chart includes multiple entries for certain professionals and paraprofessionals to reflect the different rates.

3

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Isley Gostin | Counsel; admitted to NY and IL Bars since 2011 and DC Bar since 2012; Bankruptcy & Financial Restructuring. | 850.00 | 0.50 | 425.00 |
| Lauren Lifland | Counsel; admitted to NY Bar since 2012; Bankruptcy & Financial Restructuring. | 1,040.00 | 3.90 | 4,056.00 |
| Nancy L. Manzer | Special Counsel; admitted to NY and DC Bar since 1989 and VA Bar since 2002; Bankruptcy & Financial Restructuring. | 990.00 | 34.70 | 34,353.00 |
| **Counsel Total** | | | **116.80** | **$103,790.50** |
| **Associates & Attorneys** | | | | |
| Ridge M. Blanchard | Associate; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 525.00 | 2.50 | 1,637.50 |
| | | 730.00 | 127.20 | 92,856.00 |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 475.00 | 88.50 | 42,037.50 |
| | | 525.00 | 47.30 | 24,832.50 |
| | | 555.00 | 11.40 | 6,327.00 |
| Lydia M. Lichlyter | Associate; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 23.20 | 15,196.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 590.00 | 153.30 | 90,447.00 |
| | | 815.00 | 71.20 | 58,028.00 |
| | | 860.00 | 169.40 | 145,684.00 |
| | | 965.00 | 10.00 | 9,650.00 |
| Meredith Moriarty | Discovery Attorney; admitted to OH Bar since 2010; Discovery Solutions. | 90.00 | 4.60 | 414.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 16.80 | 9,996.00 |
| | | 690.00 | 6.40 | 4,416.00 |
| | | 797.50 | 0.90 | 717.75 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 495.00 | 35.80 | 17,721.00 |
| | | 550.00 | 294.80 | 162,140.00 |
| | | 638.00 | 10.90 | 6,954.20 |

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey Schomig | Attorney; admitted to MD Bar since 1997 and DC Bar since 2000; Litigation / Controversy. | 700.00 | 0.90 | 630.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 121.10 | 36,330.00 |
| | | 315.00 | 0.30 | 94.50 |
| **Associates & Attorneys Total** | | | **1,196.50** | **$726,108.95** |
| **Paraprofessionals** | | | | |
| Clara Cabrera | Research & Reference Supervisor; Library and Research Services. | 505.00 | 0.40 | 202.00 |
| Jeremiah Chandler | Co-op Student; Discovery Solutions. | 135.00 | 1.60 | 216.00 |
| Truong Chau | Litigation Support Coordinator; Litigation Support. | 480.00 | 4.80 | 2,304.00 |
| Russell Coker | Paralegal; Litigation / Controversy. | 445.00 | 6.40 | 2,848.00 |
| Leighton Crawford | Sr. Paralegal; Litigation / Controversy. | 465.00 | 0.50 | 232.50 |
| Jeffrey Dillard | Reference Coordinator; Library and Research Services. | 415.00 | 1.10 | 456.50 |
| Eric Robert Dolce | Project Assistant; Litigation / Controversy. | 310.00 | 0.90 | 279.00 |
| Wendi Hoffenberg | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.60 | 303.00 |
| William E. Lannon | Paralegal; Regulatory and Government Affairs. | 280.00 | 11.40 | 3,192.00 |
| | | 385.00 | 45.90 | 17,671.50 |
| | | 420.00 | 2.10 | 882.00 |
| Allyson Lazarre | Co-op Student; Litigation Support. | 155.00 | 0.90 | 139.50 |
| Kevin Le | Litigation Support Coordinator; Litigation Support. | 430.00 | 2.90 | 1,247.00 |
| | | 480.00 | 3.70 | 1,776.00 |
| | | 505.00 | 9.50 | 4,797.50 |
| Paul J. Maher | Sr. Research and Reference Specialist; Library and Research Services. | 455.00 | 0.20 | 91.00 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 375.00 | 1.40 | 525.00 |
| | | 415.00 | 3.10 | 1,286.50 |

5

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Erica Rhodes | Legislative Assistant; Regulatory and Government Affairs. | 310.00 | 2.20 | 682.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 245.00 | 42.40 | 10,388.00 |
| | | 275.00 | 130.90 | 35,997.50 |
| | | 290.00 | 26.30 | 7,627.00 |
| Karen Rutherford | Research and Reference Specialist; Library and Research Services. | 415.00 | 0.20 | 83.00 |
| Megan I. Scanlon | Sr. Research and Reference Specialist; Library and Research Services. | 505.00 | 0.30 | 151.50 |
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 245.00 | 44.50 | 10,902.50 |
| | | 275.00 | 31.50 | 8,662.50 |
| Yolande Thompson | Sr. Paralegal; Bankruptcy & Financial Restructuring. | 425.00 | 55.90 | 23,757.50 |
| | | 545.00 | 145.40 | 79,243.00 |
| | | 575.00 | 15.20 | 8,740.00 |
| Saige Wenik | Paralegal; Regulatory and Government Affairs. | 325.00 | 39.90 | 12,967.50 |
| | | 345.00 | 0.50 | 172.50 |
| Edgar Zoz | Legislative and Public Policy Manager; Regulatory and Government Affairs. | 470.00 | 1.80 | 846.00 |
| **Paraprofessionals Total** | | | **634.40** | **$238,669.50** |
| **TOTAL** | | | **2,769.00** | **$1,946,196.07** |
| **Less Agreed Reduction** | | | | **-$283,399.75** |
| **GRAND TOTAL** | | | **2,769.00** | **$1,662,796.32** |

| | |
|---|---|
| **Total Attorney Hours for Final Fee Period:** | **2,134.60** |
| **Total Attorney Compensation for Final Fee Period:** | **$1,707,526.57** |
| **Attorney Blended Hourly Rate for Final Fee Period:** | **799.93** |
| **Total Paraprofessional Hours for Final Fee Period:** | **634.40** |
| **Total Paraprofessional Compensation for Final Fee Period:** | **$238,669.50** |
| **Paraprofessional Blended Hourly Rate for Final Fee Period:** | **$376.21** |
| **All Professionals Blended Hourly Rate for Final Fee Period:** | **702.85** |