# Exhibit 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-12836 (JTD) |
| CRED INC., *et al.*, | ) | |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

## SUMMARY OF SIXTH MONTHLY APPLICATION OF PAUL HASTINGS LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2021 THROUGH APRIL 30, 2021

| | |
|---|---|
| Name of Applicant: | Paul Hastings LLP ("Paul Hastings") |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors in possession (collectively, the "Debtors") |
| Date of Retention: | January 7, 2021 effective as of  November 7, 2020 [Docket No. 327] |
| Period for which compensation and reimbursement are sought: | April 1, 2021 through April 30, 2021 (the "Fee Period") |
| Amount of Compensation sought as actual, reasonable, and necessary: | $182,582.00 |
| Amount of Compensation sought to be paid: | $146,065.60   (80% of $182,582.00) |
| Amount of Fees Voluntarily Waived: | $0.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4,422.42 |

This is a(n):  _X_  monthly      ___ interim      ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are as follows: Cred Inc. (8268), Cred (US) LLC (5799), Cred Capital, Inc. (4064), Cred Merchant Solutions LLC (3150), and Cred (Puerto Rico) LLC (3566).  The Debtors' mailing address is 3 East Third Avenue, Suite 200, San Mateo, California 94401.

This application includes approximately 12.2 hours and associated fees of approximately $13,338.50 in connection with the preparation of fee applications.

## MONTHLY APPLICATION HISTORY

| Application | Date Filed / Docket No. | Period Covered | Requested Amounts | | | Certificate of No Objection |
|---|---|---|---|---|---|---|
| | | | **Fees 100%** | **Fees 80%** | **Expenses 100%** | |
| First Monthly | 1/8/21 Docket No. 340 | 11/7/20 – 11/30/20 | $783,393.00 | $626,714.40 | $1,231.33 | Docket No. 439 |
| Second Monthly | 2/2/21 Docket No. 461 | 12/1/20 – 12/31/20 | $1,476,836.50 | $1,181,469.20 | $7,540.57 | Docket No. 564 |
| Third Monthly | 3/3/21 Docket No. 581 | 1/1/21- 1/31/21 | $1,118,345.00 | $894,767.00 | $17,168.75 | Docket No. 682 |
| Fourth Monthly | 3/31/21 Docket No. 696 | 2/1/21- 2/28/21 | $1,136,960.50 | $909,568.40 | $7,909.80 | Docket No. 736 |
| Fifth Monthly | 4/16/21 Docket No. 710 | 3/1/21- 3/31/21 | $632,100.00 | $505,680.00 | $4,479.83 | Docket No. 762 |

## COMPENSATION BY INDIVIDUAL DURING FEE PERIOD

| Name of Individual | Position, Year of Obtaining License to Practice Law, Department | Hourly Billing Rate (including changes)[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| D. Scott Carlton | Partner, 2005, Litigation | $1,400.00 | 2.20 | $3,080.00 |
| James T. Grogan | Partner, 2000, Corporate | $1,425.00 | 55.40 | $78,945.00 |
| Michael L. Zuppone | Partner, 1989, Corporate | $1,600.00 | 9.70 | $15,520.00 |
| Peter M. Stone | Partner, 1992, Litigation | $1,450.00 | 0.30 | $435.00 |
| | | **Partners** | **67.60** | **$97,980.00** |
| Avi E. Luft | Of Counsel, 2000, Corporate | $1,350.00 | 13.30 | $17,955.00 |
| Katherine A. Traxler | Of Counsel, 1990, Corporate | $920.00 | 5.00 | $4,600.00 |
| Scott C. Shelly | Of Counsel, 1994, Corporate | $1,250.00 | 0.30 | $375.00 |

---

[2]  As noted in the *Notice of Change in Hourly Rates* [Docket No. 341], Paul Hastings adjusted its hourly rates effective February 1, 2021.  In the *Debtors' Application for Entry of an Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Debtors, Effective as of the Petition* Date [Docket No. 64], the Debtors acknowledged that Paul Hastings periodically adjusts its rates to reflect economic and other conditions and consented to such adjustments so long as Paul Hastings charges its regular hourly rates in effect at the time.

2

| Name of Individual | Position, Year of Obtaining License to Practice Law, Department | Hourly Billing Rate (including changes)[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | **Of Counsel** | **18.60** | **$22,930.00** |
| Austin M. Prouty | Associate, 2019, Litigation | $765.00 | 3.30 | $2,524.50 |
| Bryant P. Lin | Associate, 2016, Litigation | $1,035.00 | 0.60 | $621.00 |
| Mack Wilson | Associate, 2016, Corporate | $955.00 | 53.60 | $51,188.00 |
| Will Clark Farmer | Associate, 2017, Corporate | $955.00 | 0.50 | $477.50 |
| | | **Associates** | **58.00** | **$54,811.00** |
| Irena M. Goldstein | Attorney, 1988, Corporate | $905.00 | 4.10 | $3,710.50 |
| | | **Attorney** | **4.10** | **$3,710.50** |
| Jocelyn Kuo | Paralegal | $495.00 | 2.60 | $1,287.00 |
| Terrence G. Boyle | Paralegal | $495.00 | 3.10 | $1,534.50 |
| Winnie Wu | Case Assistant | $235.00 | 1.40 | $329.00 |
| | | **Paraprofessionals** | **7.10** | **$3,150.50** |
| **Grand Total** | | | **155.40** | **$182,582.00** |
| **Blended Hourly Rate[3]** | | | **$1,175** | |

---

[3]   The blended rate reflects the total fees billed divided by the total hours incurred.