# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, et al. | 2:19–cv–10860–MCS–PLA |
| Plaintiff(s), | |
| v. | |
| MATTEL, INC., et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 5/3/2022 | 156 | NOTICE OF MOTION AND MOTION for Leave to file Notice of Supplemental Authority filed by Plaintiffs |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.


Clerk, U.S. District Court

Dated: May 4, 2022

By: /s/ *Stephen Montes*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*


G–112B (01/07)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**