UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT

7/6/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EEE___ DEPUTY

In re Mattel Inc. Securities, Litigation ) Case No. 2:19-cv-10860-MCS

NOTICE OF APPEAL

**NOTICE:** James J. Hayes, the pro se objector in the above-captioned case, now appeals to the United States Court of Appeals for the Ninth Circuit the court's Order Granting Motion For Final Approval Of Settlement And Plan Of Allocation (ECF 160). On June 10, 2022, Hayes filed a timely Motion For Reconsideration Of Order Approving Plan Of Allocation under Rule 59 (ECF 147). The court denied the motion on June 16, 2022.

Dated: July 6, 2022

*/s/ James J. H*ayes
James J. Hayes
Pro Se Objector
4024 Estabrook Dr.
Annandale, VA 22003
(703) 941-4694
jjhayes@toast.net