

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

July 18, 2022

| | |
|---|---|
| No.: | 22-55686 |
| D.C. No.: | 2:19-cv-10860-MCS-PLA |
| Short Title: | Houston Municipal Employees Pension System, et al v. Mattel, Inc., et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency may result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:

MATTEL INC SECURITIES
LITIGATION,

------------------------------

HOUSTON MUNICIPAL
EMPLOYEES PENSION SYSTEM,
individually and on behalf of all others
similarly situated; DEKALB COUNTY
EMPLOYEES RETIREMENT
SYSTEM, lead Plaintiff; NEW
ORLEANS EMPLOYEES
RETIREMENT SYSTEM,

        Plaintiffs - Appellees,

  v.

JAMES J. HAYES,

        Objector - Appellant,

  v.

MATTEL, INC.; MARGARET H.
GEORGIADIS; JOSEPH J.
EUTENEUER; KEVIN M. FARR;
YNON KREIZ;
PRICEWATERHOUSECOOPERS
LLP,

        Defendants - Appellees.

No. 22-55686

D.C. No. 2:19-cv-10860-MCS-PLA
U.S. District Court for Central
California, Los Angeles

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., August 16, 2022** | Transcript shall be ordered. |
| **Thu., September 15, 2022** | Transcript shall be filed by court reporter. |
| **Mon., October 24, 2022** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Fri., November 25, 2022** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7