UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  MATTEL INC SECURITIES LITIGATION.<br><br>------------------------------<br><br> HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, individually and on behalf of all others similarly situated; et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>JAMES J. HAYES,<br><br>Objector-Appellant,<br><br>v.<br><br>MATTEL, INC.; et al.,<br><br>Defendants-Appellees. | No.   22-55686<br><br>D.C. No. 2:19-cv-10860-MCS-PLA Central District of California, Los Angeles<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's motion for leave to file allocation plan in the district court

(Docket Entry No. 20) is treated as a request for a limited remand to allow the

district court to consider objector's allocation plan.  The motion is denied without

at/MOATT

prejudice to filing a renewed motion once appellant has sought, and obtained, an indicative ruling from the district court.  *See* Fed. R. App. P. 12.1(b).

The opening brief is due December 28, 2022.  The answering brief is due January 27, 2023.  The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record.  *See* 9th Cir. R. 30-1.3.  If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief."  *See id.*