# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC. , et al.<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–10860–MCS–PLA<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

_12/15/2022_ / _172_ / JAMES J HAYES PRO–SE MOTION TO APPROVE THE OBJECTOR'S ALLOCATION PLAN filed by Objector James J. Hayes.

*Date Filed*    *Doc. No.*    *Title of Document*

__ / __ / __

*Date Filed*    *Doc. No.*    *Title of Document*

Title page is missing.

Proposed Document was not submitted as separate attachment.

Hearing information is missing, incorrect, or not timely.

Other:
Local Rule 7–3 compliance statement missing.

Dated: _December 20, 2022_      By: _/s/ Mark C. Scarsi_
                                        U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)