UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  MATTEL INC SECURITIES LITIGATION, | No.    22-55686 |
| ------------------------------ | D.C. No. 2:19-cv-10860-MCS-PLA Central District of California, Los Angeles |
| HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, individually and on behalf of all others similarly situated; et al., | ORDER |
| Plaintiffs-Appellees, | |
| v. | |
| JAMES J. HAYES, | |
| Objector-Appellant, | |
| v. | |
| MATTEL, INC.; et al., | |
| Defendants-Appellees. | |

Appellant did not file the opening brief by the due date.  This appeal is dismissed for failure to prosecute.  *See* 9th Cir. R. 42-1.

This order, served on the district court, will become the mandate of this court in 21 days.

LK/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo

2