# EXHIBIT D
# DISPUTED CLAIM

# PART I – CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

| Beneficial Owner's First Name | MI | Beneficial Owner's Last Name |
|---|---|---|
| ▮ | H | ▮ |

| Joint Beneficial Owner's First Name (*if applicable*) | MI | Joint Beneficial Owner's Last Name |
|---|---|---|
| | | |

If this claim is submitted for an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA, please include "IRA" in the "Last Name" box above (*e.g.*, Jones IRA).

**Entity Name (if Beneficial Owner is not an individual)**

**Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner**

**Last four digits of Social Security Number or Taxpayer Identification Number**
▮            JUN 1 3 2022

**Street Address**
▮

**Street Address (Second Line, if needed)**

| City | State/Province | Zip Code |
|---|---|---|
| ▮ | ▮ | ▮ |

| Foreign Postal Code (if applicable) | Foreign Country (if applicable) |
|---|---|
| | |

| Telephone Number (Day) | Telephone Number (Evening) |
|---|---|
| ▮ | —    — |

**Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)**
▮

**Account Number**
▮

**Type of Beneficial Owner** (specify one of the following):

☑ Individual(s)    ☐ Corporation    ☐ UGMA Custodian    ☐ IRA    ☐ Partnership

☐ Estate    ☐ Trust    ☐ Other (describe): _____

2

# PROOF OF CLAIM AND RELEASE FORM

**Mattel Securities Litigation**

**Toll-Free Number: 1-877-379-5987**

**Email: info@MattelSecuritiesLitigation.com**

**Website: www.MattelSecuritiesLitigation.com**

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the address below, or submit it online at www.MattelSecuritiesLitigation.com, with supporting documentation, *postmarked* **(or received by) no later than June 8, 2022**.

> **Mail to:**   **Mattel Securities Litigation**
> **c/o JND Legal Administration**
> **P.O. Box 91434**
> **Seattle, WA 98111**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to receive a payment from the Settlement.

**Do not mail or deliver your Claim Form to the Court, Lead Counsel, Defendants' Counsel, or any of the Parties to the Action. Submit your Claim Form only to the Claims Administrator at the address set forth above.**

# CONTENTS

**02**  I.   CLAIMANT INFORMATION

**03**  II.  GENERAL INSTRUCTIONS

**06**  III. SCHEDULE OF TRANSACTIONS IN MATTEL COMMON STOCK
      (MAT, CUSIP: 577081102)

**08**  IV.  RELEASE OF CLAIMS AND SIGNATURE

# PART III – SCHEDULE OF TRANSACTIONS IN MATTEL COMMON STOCK

Use this section to provide information on your holdings and trading of Mattel common stock during the requested time periods.  Mattel common stock trades on the NASDAQ under the symbol **MAT**, CUSIP: 577081102.  Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, ¶ 6 above.  Do not include information regarding securities other than Mattel common stock.

1. **HOLDINGS AS OF AUGUST 2, 2017** – State the total number of shares of Mattel common stock held as of the opening of trading on August 2, 2017.  (Must be documented.)  If none, write "zero" or "0."

| | |
|---|---|
| **HOLDINGS AS OF AUGUST 2, 2017** — 100 | **Confirm Proof of Holding Position Enclosed** ☑ |

2. **PURCHASES/ACQUISITIONS FROM AUGUST 2, 2017 THROUGH AUGUST 8, 2019, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of Mattel common stock from after the opening of trading on August 2, 2017 through and including the close of trading on August 8, 2019.  (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchases/ Acquisitions Enclosed |
|---|---|---|---|---|
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

3. **PURCHASES/ACQUISITIONS FROM AUGUST 9, 2019 THROUGH NOVEMBER 6, 2019, INCLUSIVE** – State the total number of shares of Mattel common stock purchased/acquired (including free receipts) from after the opening of trading on August 9, 2019 through and including the close of trading on November 6, 2019.  (Must be documented.) If none, write "zero" or "0."[1]

| | |
|---|---|
| | 0 |

---

[1] **Please note**:  Information requested with respect to your purchases/acquisitions of Mattel common stock from after the opening of trading on August 9, 2019 through and including the close of trading November 6, 2019 is needed in order to perform the necessary calculations for your claim; purchases/acquisitions during this period, however, are not eligible transactions and will not be used for purposes of calculating Recognized Loss Amounts pursuant to the Plan of Allocation.

11.     By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America.  The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

12.     If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing.  The claims process will take substantial time to complete fully and fairly.  Please be patient.

13.     **PLEASE NOTE:**  As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund.  If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

14.     If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator, JND Legal Administration, at the above address, by email at info@MattelSecuritiesLitigation.com, or by toll-free phone at 1-877-379-5987, or you can visit the Settlement website, www.MattelSecuritiesLitigation.com, where copies of the Claim Form and Notice are available for downloading.

15.     NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the *mandatory* electronic filing requirements and file layout, you may visit the Settlement website at www.MattelSecuritiesLitigation.com or you may email the Claims Administrator's electronic filing department at MATSecurities@JNDLA.com.  **Any file not in accordance with the required electronic filing format will be subject to rejection.**  The *complete* name of the beneficial owner of the securities must be entered where called for (*see* ¶ 7 above).  No electronic files will be considered to have been submitted unless the Claims Administrator issues an email to that effect.  **Do not assume that your file has been received until you receive this email.  If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at MATSecurities@JNDLA.com to inquire about your file and confirm it was received.**

## IMPORTANT:  PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD.  THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM WITHIN 60 DAYS OF YOUR SUBMISSION.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, CONTACT THE CLAIMS ADMINISTRATOR TOLL FREE AT 1-877-379-5987.**

**4. SALES FROM AUGUST 2, 2017 THROUGH NOVEMBER 6, 2019, INCLUSIVE –** Separately list each and every sale/disposition (including free deliveries) of Mattel common stock from after the opening of trading on August 2, 2017 through and including the close of trading on November 6, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (not deducting taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 06 / 11 / 2018 | 100 | $ 16.99 | $ 1699.00 | ☑ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |
| / / | | $ | $ | ☐ |

**5. HOLDINGS AS OF NOVEMBER 6, 2019** – State the total number of shares of Mattel common stock held as of the close of trading on November 6, 2019. (Must be documented.) If none, write "zero" or "0."

| 0 |
|---|

**Confirm Proof of Position Enclosed** ☑

☐ IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.

# PART IV – RELEASE OF CLAIMS AND SIGNATURE

**YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW
AND SIGN ON PAGE 9 OF THIS CLAIM FORM.**

I (we) hereby acknowledge that, pursuant to the terms set forth in the Stipulation and Agreement of Settlement dated November 23, 2021, without further action by anyone, upon the Effective Date of the Settlement, I (we), on behalf of myself (ourselves) and my (our) (the claimant(s)') heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claim against Defendants and the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

## CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1. that I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the claimant(s) is a (are) Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Class as set forth in the Notice;

3. that the claimant(s) did *not* submit a request for exclusion from the Class;

4. that I (we) own(ed) the Mattel common stock identified in the Claim Form and have not assigned the claim against any of the Defendants or any of the other Defendants' Releasees to another;

5. that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

6. that the claimant(s) has (have) not submitted any other claim covering the same purchases of Mattel common stock and knows (know) of no other person having done so on the claimant's (claimants') behalf;

7. that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the releases set forth herein;

8. that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

9. that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the determination by the Court of the validity or amount of this claim, and waives any right of appeal or review with respect to such determination;

10. that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

8

11.     that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (i) the claimant(s) is (are) exempt from backup withholding or (ii) the claimant(s) has (have) not been notified by the IRS that he, she, or it is subject to backup withholding as a result of a failure to report all interest or dividends or (iii) the IRS has notified the claimant(s) that he, she, or it is no longer subject to backup withholding.  **If the IRS has notified the claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____          6/7/2022
                                                                          Date

Print claimant name here

_____          _____
Signature of joint claimant, if any                                  Date

_____
Print joint claimant name here

***If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:***

_____          _____
Signature of person signing on behalf of claimant          Date

_____
Print name of person signing on behalf of claimant here

_____
Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc.  (Must provide evidence of authority to act on behalf of claimant – see ¶ 9 on page 4 of this Claim Form.)

# REMINDER CHECKLIST



1. Sign the above release and certification. If this Claim Form is being made on behalf of joint claimants, then both must sign.

2. Attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.





3. Do not highlight any portion of the Claim Form or any supporting documents.

4. Keep copies of the completed Claim Form and documentation for your own records.

5. The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days of your submission. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll free at 1-877-379-5987.**





6. If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7. If you have any questions or concerns regarding your claim, contact the Claims Administrator at the address below, by email at info@MattelSecuritiesLitigation.com, or by toll-free phone at 1-877-379-5987, or you may visit www.MattelSecuritiesLitigation.com. DO NOT call Mattel or its counsel with questions regarding your claim.



THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL **POSTMARKED (OR SUBMITTED ONLINE AT WWW.MATTELSECURITIESLITIGATION.COM) NO LATER THAN JUNE 8, 2022.** IF MAILED, THE CLAIM FORM SHOULD BE ADDRESSED AS FOLLOWS:

**Mattel Securities Litigation**
**c/o JND Legal Administration**
**P.O. Box 91434**
**Seattle, WA 98111**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before June 8, 2022 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms. Please be patient and notify the Claims Administrator of any change of address.



**MAKING SENSE OF INVESTING**

Account Holder(s) ████████████
Account Number ████████████
Account Type Single, TOD
Financial Advisor ████████████
████████████

Statement Date Jul 29 - Aug 25, 2017     Page 1 of 4

## Single Account

████████████

## Open Enrollment

If your employer offers open enrollment for insurance benefits, consider meeting with your financial advisor before making any decisions. He or she can explain your options and tailor a solution that's right for you. (Edward Jones is a licensed insurance producer in all states and Washington, D.C., through Edward D. Jones & Co. L.P. and in CA, NM and MA through Edward Jones Insurance Agency of CA, LLC; Edward Jones Insurance Agency of NM, LLC; and Edward Jones Insurance Agency of MA, LLC.)

## Single, TOD
### Portfolio Objective - Account: All Equity Focus

**Account Value**

**Value of Your Account**

**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

# Edward Jones
## MAKING SENSE OF INVESTING



**Account Holder(s)** █████████████
**Account Number** ████████████
**Account Type** Single, TOD
**Financial Advisor** ██████████████

**Statement Date** Jul 29 - Aug 25, 2017

**Page** 2 of 4

## Asset Details (as of Aug 25, 2017)

additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

| | Current Yield/Rate | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|---|

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| Mattel Inc | 16.47 | 100 | 2,391.24 | -744.24 | **1,647.00** |

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss incurred on the sale or other disposition of a security. Cost basis is not a measure of performance. The cost basis amounts in your statement should not be relied upon for tax preparation purposes. Please refer to your official tax documents for more information about reporting cost basis to the IRS. You should consult your attorney or qualified tax advisor regarding your situation. If you believe any of this cost basis information is inaccurate, please call our Client Relations department.



# **Edward Jones**

## TRADE CONFIRMATION

### RETAIN FOR YOUR PERMANENT TAX RECORDS



YOUR FINANCIAL ADVISOR:

BRANCH NUMBER :
FINANCIAL ADVISOR #:
ANY QUESTIONS CALL

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE INFORMATION, DISCLOSURES, AND TERMS ON THE FRONT AND REVERSE SIDES OF THIS DOCUMENT:

IN YOUR CASH ACCOUNT

| | | | | |
|---|---|---|---|---|
| ON TRADE DATE | 06/11/2018 | FOR SETTLEMENT DATE | 06/13/2018 | |
| YOU SOLD | 100 SHARES | PRICE | $ | 16.9900 |
| DESCRIPTION: **MATTEL INC COM SOLICITED** | | PRINCIPAL AMOUNT | $ | 1,699.00 |
| | | COMMISSION | | 15.00 |
| | | TOTAL | $ | 1,684.00 |

ORDER **365539028**    PROCESSED ON **06/11/2018**@ **08:30:17CT**  CUSIP  **577081102** **(MAT)**

**WE EXECUTED THIS TRANSACTION AS YOUR AGENT.**

- If the phrase "average price" appears on this confirmation, details regarding the actual execution prices are available on request.

**THANK YOU FOR ALLOWING EDWARD JONES THE OPPORTUNITY TO SERVE YOU.**

PAGE 1 OF 2

It is agreed between Edward Jones ("Broker") and the client

- That all orders are received and executed subject to the rules and customs of the market or exchange (and its clearing house, if any) where order is executed.

- All securities purchased or received for the client's account and not paid for in full may be loaned by the Broker or used by it in making deliveries or substitutions, or may be pledged by the Broker either separately or together with other client securities for the sum due hereon without further notice to the client.

- Should payment for purchases or delivery of sold securities be delayed beyond the settlement date or when in the Broker's judgment it appears necessary for its protection, the Broker at its option, without notice to the client may cancel, sell out or buy in the described security and the client shall be held liable for any loss incurred.

- All statements of account rendered to the client from time to time are acknowledged by the client to be correct unless written notice of exception thereto be given Edward Jones within five days after their receipt.

- Unless you indicate your non-acquiescence in writing, this agreement shall also inure to the benefit of the successors of Edward Jones.

Please note the following:

- When Edward Jones is acting in a principal capacity in a fixed income transaction, it will charge you a mark-up on a purchase or a mark-down on a sale. The mark-up or mark-down represents the difference between the price you paid or received and the prevailing market price of the security at the time of your transaction. It is expressed as a total dollar amount and as a percentage of the security's prevailing market price. Edward Jones' mark-up or mark-down percentages are determined by its Secondary Bond Markup/Markdown Guidelines and Term Schedules. The mark-up or mark-down amount is retained by Edward Jones with a percentage paid to your financial advisor. The firm may have earned or lost additional amounts as a result of the market gain or losses in the security prior to your order being placed. Edward Jones' compensation from newly issued securities is incorporated into the public offering and is not expressed as mark-up or mark-down.

- We confirm the above transaction subject to the disclosures on the front and reverse side. This confirm shall be deemed correct in all aspects unless written notice of any inaccuracy is promptly sent to us. Failure to notify us constitutes your acceptance of this transaction.

- When we execute your bond or CD transaction as principal, you either purchased from or sold to our inventory or the inventory of a third party.

- If the phrase "unsolicited" appears on this confirmation, the transaction was conducted pursuant to an unsolicited order to buy or sell placed by the client.

- For odd-lot transactions, an odd-lot differential may have been charged and such amount will be furnished upon request.

- For agency transactions, the following information will be provided upon written request: (1) the name of the other broker or party to the transaction and (2) the source and amount of any remuneration received from other sources in connection with the transaction.

- For asset backed security transactions, the actual yield of the security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. A statement concerning the factors that affect yield (including estimated yield, weighted average life and prepayment assumptions underlying yield) will be furnished upon request.

- The time at which this transaction was executed will be furnished upon written request.

- For purchases of asset-backed securities issued by Fannie Mae, Freddie Mac and Ginnie Mae, additional pool information is available at edwardjones.com/mbs or from the appropriate issuer:
  Fannie Mae:  1-800-232-6643 or fanniemae.com/portal/funding-the-market/mbs
  Freddie Mac: 1-800-336-3672 or freddiemac.com/mbs
  Ginnie Mae:  1-800-234-4662 or ginniemae.gov/doing_business_with_ginniemae/investor_resources

## Edward Jones
### MAKING SENSE OF INVESTING

Account Holder(s)
Account Number
Financial Advisor

**Statement Date** May 26 - Jun 29, 2018

**Page 1 of 5**



### Walk to End Alzheimer's

Edward Jones is proud to serve as National Presenting Sponsor of the Alzheimer's Association Walk to End Alzheimer's®. You can help by joining an Edward Jones team, serving as captain of your own team or walking as an individual at a Walk to End Alzheimer's event in your community. You'll be doing your part to help support the Alzheimer's Association® in its fight to end Alzheimer's disease. Sign up at www.alz.org/edwardjones.

## Single, TOD
### Portfolio Objective - Account: All Equity Focus

**Account Value**

**Value of Your Account**

**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

**Rate of Return**



**Edward Jones**
MAKING SENSE OF INVESTING

Account Holder(s)
Account Number
Financial Advisor

**Statement Date** May 26 - Jun 29, 2018                    **Page** 2 of 5

---

## Rate of Return (continued)

**Your Personal Rate of Return:** Your Personal Rate of Return measures the investment performance of your account. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing Your Personal Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan.1, 2009. This also includes investments you owned during this time period but have since sold. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit www.edwardjones.com/rateofreturn.

---

## Asset Details (as of Jun 29, 2018)                    additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

| | Current Yield/Rate | Beginning Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|---|
| | | | | | |

* The average yield on the money market fund for the past seven days.

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| | | | | | |

**Edward Jones**
MAKING SENSE OF INVESTING

Account Holder(s) ▓▓▓▓▓
Account Number ▓▓▓▓▓
Financial Advisor ▓▓▓▓▓

Statement Date May 26 - Jun 29, 2018          Page 3 of 5

## Asset Details (continued)

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| | | | | | |

| Total Account Value | | | | | |
|---|---|---|---|---|---|

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss upon sale or other disposition of a security. It is not a measure of performance. The cost basis amounts on your statement should not be relied upon for tax preparation purposes. Cost basis information may be from outside sources and has not been verified for accuracy. Refer to your official tax documents for information about reporting cost basis. Consult a qualified tax advisor or an attorney regarding your situation. If you believe the cost basis information is inaccurate, contact Client Relations.

## Summary of Realized Gain/Loss

Summary totals may not include proceeds from uncosted securities or certain corporate actions.

## Detail of Realized Gain/Loss from Sale of Securities

| | Purchase Date | Sale Date | Quantity | Cost Basis | Proceeds | Realized Gain/Loss | |
|---|---|---|---|---|---|---|---|
| Mattel Inc | 05/19/2015 | 06/11 | 100 | $2,391.24 | $1,684.00 | -$707.24 | LT |

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss upon sale or other disposition of a security. It is not a measure of performance. The cost basis amounts on your statement should not be relied upon for tax preparation purposes. Cost basis information may be from outside sources and has not been verified for accuracy. Refer to your official tax documents for information about reporting cost basis. Consult a qualified tax advisor or an attorney regarding your situation. If you believe the cost basis information is inaccurate, contact Client Relations.

## Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|---|---|---|---|
| | | | |
| 6/13 | Sell Mattel Inc @ 16.99 | -100 | 1,684.00 |

**Edward Jones**
MAKING SENSE OF INVESTING



Account Holder(s)
Account Number
Financial Advisor

**Statement Date** Jul 27 - Aug 30, 2019                    **Page** 1 of 5



## Refocus on Your Financial Goals

The approach of fall brings familiar routines. It also provides an opportunity to refocus on reaching your long-term financial goals. Your financial advisor can meet with you to review your financial strategy and priorities to help make sure they're still in sync and you're still on track. And with the end of the year edging closer, now may be a good time to review your portfolio to help move your family toward your financial goals. Call for an appointment.

## Single, TOD
## Portfolio Objective - Account: All Equity Focus

**Account Value**



**Value of Your Account**



**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

www.edwardjones.com
Member SIPC

## Edward Jones
**MAKING SENSE OF INVESTING**

Account Holder(s) ▮▮▮▮▮▮▮▮
Account Number ▮▮▮▮▮▮▮
Financial Advisor ▮▮▮▮▮▮▮▮▮

**Statement Date** Jul 27 - Aug 30, 2019                      **Page** 2 of 5



## Asset Details (as of Aug 30, 2019)                additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

\* The average yield on the money market fund for the past seven days.

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|

**Edward Jones**
MAKING SENSE OF INVESTING



Account Number
Account Number
Financial Advisor



## Season's Greetings

This holiday season, we want to thank you for your business and extend our wishes for a wonderful holiday. May you enjoy good health and prosperity throughout the new year. Happy holidays!

## Single, TOD
## Portfolio Objective - Account: All Equity Focus

**Account Value**

**Value of Your Account**



**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

# Edward Jones
## MAKING SENSE OF INVESTING

Account Holder(s) ███████████
Account Number ███████████
Financial Advisor ███████████



**Statement Date** Oct 26 - Nov 29, 2019                    **Page** 2 of 5

## Asset Details (as of Nov 29, 2019)                    additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

████████████████████████████████████████

\* The average yield on the money market fund for the past seven days.

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|--------|-------|----------|------------|---------------------|-------|
| | | | | | |



JUN 1 3 2022

Mattel Securities Litigation
C/o JND Legal Administration
P.O. Box 91434
Seattle, WA 98111



 LEGAL ADMINISTRATION

OCT 0 3 2022

Claim ID: DETYR24FLN

*In re Mattel, Inc. Securities Litigation*
c/o JND Legal Administration
P.O. Box 91434
Seattle, WA 98111

Email: info@MattelSecuritiesLitigation.com
Toll-Free Number: 877-379-5987
Settlement Website: www.MattelSecuritiesLitigation.com



UNITED STATES

Mailing Date: 9/8/2022
Response Due Date: 09/28/2022

Claim ID: DETYR24FLN

Eligible Security: Mattel common stock

Class Period: August 2, 2017, to August 8, 2019, inclusive

## NOTICE OF DEFICIENT/INELIGIBLE CLAIM SUBMISSION

Dear Claimant:

We received and processed the Proof of Claim and Release Form ("Claim" or "Claim Form") you submitted in the above-referenced securities litigation Settlement. We have determined, based on our review of your Claim, that the Claim is deficient or ineligible for the reason(s) identified below. In order to resolve the deficiencies, you must submit a written response with any required documentation, as specified below, postmarked no later than the response due date printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the response due date set forth above, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. This is the only notice you will receive with respect to this Claim.**

Reason for deficiency/ineligibility (Please see below for explanation):
**NO PURCHASE(S) WERE CLAIMED IN THE CLASS PERIOD**

 LEGAL ADMINISTRATION                                    Claim ID:  DETYR24FLN

**Explanation of Claim Deficiency/Ineligibility:**

**NO PURCHASE(S) WERE CLAIMED IN THE CLASS PERIOD**

This Claim does not contain any purchases of Mattel common stock during the Class Period, i.e., from August 2, 2017, through August 8, 2019, inclusive. (See Notice, Page 7, Paragraph 31).

**How To Fix:**

You can only resolve this deficiency by submitting documentation supporting purchases or acquisitions of Mattel common stock during the Class Period.

Please Note: If you have purchase transactions of Mattel common stock during this period, you must also provide this and all other information and supporting documentation called for in the Proof of Claim and Release Form with respect to your holdings of and transactions in Mattel common stock.

 LEGAL ADMINISTRATION                    Claim ID: DETYR24FLN

**Please note, even if you cure the noted deficiencies, your Claim must then calculate to a Recognized Claim under the Plan of Allocation in order to be included in the list of eligible Claims presented to the Court for approval.** If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review, you must send a letter to the Claims Administrator at the address indicated above no later than the response deadline set forth above. Your letter, which must be signed, must: (1) specifically state that you request that the Court review the full or partial rejection of your Claim; (2) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (3) include any and all documentation supporting your argument(s). A copy of this letter must be included with your request for Court review. If your disputed Claim is presented to the Court, your Claim Form and supporting documentation will be partially redacted to protect your privacy. PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM.

If you have any questions about this notice or any of the noted deficiencies, or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the telephone number or email address noted above.

Sincerely,

JND Legal Administration



OCT 0 3 2022

September 26, 2022

In re Mattel, Inc. Securities Litigation
c/o JND Legal Administration
P.O. Box 91434
Seattle, WA  98111

RE:  Claim ID # DETYR24FLN

I am writing to request a court review of my Claim ID # DETYR24FLN. I received the attached notice of a deficient claim submission due to the number of shares not balancing and am enclosing the notice per your instructions. Also per your instructions, I am supplying a list of transactions below for the court to review.

Beginning Holdings as of 08/02/2017:  100 shares (one hundred)

Purchases/Acquisitions from 08/02/2017-08/08/2019:  0 shares

Purchases/Acquisitions from 08/09/2019-11/06/2019:  0 shares

Sales from 08/02/2017-11/06/2019:  100 shares (one hundred)
        Date of Sale:  06/11/2018
        Number of Shares Sold:  100 shares
        Sale Price Per Share:  $16.99
        Total Sale Price:  $1,699.00

Holdings as of 11/06/2019:  0 shares

The attached statements and trade confirmation are the documentation that supports the transactions history listed above.

Thank you for giving this your attention.

                              Sincerely,
                              

Enclosures

# Edward Jones
## MAKING SENSE OF INVESTING

Account Holder(s) ████████████████
Account Number ████████████████
Account Type Single, TOD
Financial Advisor ████████████████
████████████████████████████████



**Statement Date** Jul 29 - Aug 25, 2017

**Page** 1 of 4

## Single Account



## Open Enrollment

If your employer offers open enrollment for insurance benefits, consider meeting with your financial advisor before making any decisions. He or she can explain your options and tailor a solution that's right for you. (Edward Jones is a licensed insurance producer in all states and Washington, D.C., through Edward D. Jones & Co. L.P. and in CA, NM and MA through Edward Jones Insurance Agency of CA, LLC; Edward Jones Insurance Agency of NM, LLC; and Edward Jones Insurance Agency of MA, LLC.)

## Single, TOD
## Portfolio Objective - Account: All Equity Focus

**Account Value**



**Value of Your Account**



**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

# Edward Jones
### MAKING SENSE OF INVESTING

## Asset Details (as of Aug 25, 2017)

additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

\* The average yield on the money market fund for the past seven days.

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| Mattel Inc | 16.47 | 100 | 2,391.24 | -744.24 | 1,647.00 |

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss incurred on the sale or other disposition of a security. Cost basis is not a measure of performance. The cost basis amounts in your statement should not be relied upon for tax preparation purposes. Please refer to your official tax documents for more information about reporting cost basis to the IRS. You should consult your attorney or qualified tax advisor regarding your situation. If you believe any of this cost basis information is inaccurate, please call our Client Relations department.

EDWARD JONES

**Edward Jones**



## TRADE CONFIRMATION

### RETAIN FOR YOUR PERMANENT TAX RECORDS

YOUR FINANCIAL ADVISOR:



BRANCH NUMBER :    27582
FINANCIAL ADVISOR #:
ANY QUESTIONS CALL

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE INFORMATION, DISCLOSURES, AND TERMS ON THE FRONT AND REVERSE SIDES OF THIS DOCUMENT:

IN YOUR CASH ACCOUNT

| | ON TRADE DATE | 06/11/2018 | FOR SETTLEMENT DATE | 06/13/2018 |
|---|---|---|---|---|
| **YOU SOLD** | **100** SHARES | PRICE | $ | 16.9900 |

DESCRIPTION:
**MATTEL INC
COM
SOLICITED**

| | |
|---|---|
| PRINCIPAL AMOUNT | $    1,699.00 |
| COMMISSION | 15.00 |
| TOTAL | $    1,684.00 |

ORDER    **365539028**        PROCESSED ON    **06/11/2018**@ **08:30:17CT**   CUSIP   **577081102** **(MAT)**

**WE EXECUTED THIS TRANSACTION AS YOUR AGENT.**

- If the phrase "average price" appears on this confirmation, details regarding the actual execution prices are available on request.

**THANK YOU FOR ALLOWING EDWARD JONES THE OPPORTUNITY TO SERVE YOU.**

PAGE 1 OF 2

It is agreed between Edward Jones ("Broker") and the client

- That all orders are received and executed subject to the rules and customs of the market or exchange (and its clearing house, if any) where order is executed.

- All securities purchased or received for the client's account and not paid for in full may be loaned by the Broker or used by it in making deliveries or substitutions, or may be pledged by the Broker either separately or together with other client securities for the sum due hereon without further notice to the client.

- Should payment for purchases or delivery of sold securities be delayed beyond the settlement date or when in the Broker's judgment it appears necessary for its protection, the Broker at its option, without notice to the client may cancel, sell out or buy in the described security and the client shall be held liable for any loss incurred.

- All statements of account rendered to the client from time to time are acknowledged by the client to be correct unless written notice of exception thereto be given Edward Jones within five days after their receipt.

- Unless you indicate your non-acquiescence in writing, this agreement shall also inure to the benefit of the successors of Edward Jones.

Please note the following:

- When Edward Jones is acting in a principal capacity in a fixed income transaction, it will charge you a mark-up on a purchase or a mark-down on a sale. The mark-up or mark-down represents the difference between the price you paid or received and the prevailing market price of the security at the time of your transaction. It is expressed as a total dollar amount and as a percentage of the security's prevailing market price. Edward Jones' mark-up or mark-down percentages are determined by its Secondary Bond Markup/Markdown Guidelines and Term Schedules. The mark-up or mark-down amount is retained by Edward Jones with a percentage paid to your financial advisor. The firm may have earned or lost additional amounts as a result of the market gain or losses in the security prior to your order being placed. Edward Jones' compensation from newly issued securities is incorporated into the public offering and is not expressed as mark-up or mark-down.

- We confirm the above transaction subject to the disclosures on the front and reverse side. This confirm shall be deemed correct in all aspects unless written notice of any inaccuracy is promptly sent to us. Failure to notify us constitutes your acceptance of this transaction.

- When we execute your bond or CD transaction as principal, you either purchased from or sold to our inventory or the inventory of a third party.

- If the phrase "unsolicited" appears on this confirmation, the transaction was conducted pursuant to an unsolicited order to buy or sell placed by the client.

- For odd-lot transactions, an odd-lot differential may have been charged and such amount will be furnished upon request.

- For agency transactions, the following information will be provided upon written request: (1) the name of the other broker or party to the transaction and (2) the source and amount of any remuneration received from other sources in connection with the transaction.

- For asset backed security transactions, the actual yield of the security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. A statement concerning the factors that affect yield (including estimated yield, weighted average life and prepayment assumptions underlying yield) will be furnished upon request.

- The time at which this transaction was executed will be furnished upon written request.

- For purchases of asset-backed securities issued by Fannie Mae, Freddie Mac and Ginnie Mae, additional pool information is available at edwardjones.com/mbs or from the appropriate issuer:
  Fannie Mae: 1-800-232-6643 or fanniemae.com/portal/funding-the-market/mbs
  Freddie Mac: 1-800-336-3672 or freddiemac.com/mbs
  Ginnie Mae: 1-800-234-4662 or ginniemae.gov/doing_business_with_ginniemae/investor_resources

# Edward Jones
### MAKING SENSE OF INVESTING



Account Number
Financial Advis

**Statement Date** May 26 - Jun 29, 2018

Page 1 of 5



## Walk to End Alzheimer's

Edward Jones is proud to serve as National Presenting Sponsor of the Alzheimer's Association Walk to End Alzheimer's®. You can help by joining an Edward Jones team, serving as captain of your own team or walking as an individual at a Walk to End Alzheimer's event in your community. You'll be doing your part to help support the Alzheimer's Association® in its fight to end Alzheimer's disease. Sign up at www.alz.org/edwardjones.

## Single, TOD
### Portfolio Objective - Account: All Equity Focus

**Account Value**

**Value of Your Account**

**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

**Rate of Return**

# Edward Jones
## MAKING SENSE OF INVESTING

Account Holder (
Account Number
Financial Advisor

Statement Date May 26 - Jun 29, 2018

Page 2 of 5

## Rate of Return (continued)

**Your Personal Rate of Return:** Your Personal Rate of Return measures the investment performance of your account. It incorporates the timing of your additions and withdrawals and reflects commissions and fees paid. Reviewing Your Personal Rate of Return is important to help ensure you're on track to achieving your financial goals.

The performance of your investments is tracked since they have been held in the current account, but no earlier than Jan.1, 2009. This also includes investments you owned during this time period but have since sold. Certain events, including a transfer of an investment between accounts, share class conversion, or change in an investment's identification code (CUSIP) caused by a corporate action, will impact the time frame over which the investment's rate of return is calculated.

Information used to calculate performance may have been obtained from third parties and Edward Jones cannot guarantee the accuracy of such information.

For the most current information, contact your financial advisor or visit www.edwardjones.com/rateofreturn.

## Asset Details (as of Jun 29, 2018)

additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

\* The average yield on the money market fund for the past seven days.

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|--------|-------|----------|------------|---------------------|-------|
| | | | | | |

www.edwardjones.com
Member SIPC



## Edward Jones
**MAKING SENSE OF INVESTING**

Account Holder
Account Number
Financial Advisor

Statement Date May 26 - Jun 29, 2018

**Page** 3 of 5

---

### Asset Details (continued)

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss upon sale or other disposition of a security. It is not a measure of performance. The cost basis amounts on your statement should not be relied upon for tax preparation purposes. Cost basis information may be from outside sources and has not been verified for accuracy. Refer to your official tax documents for information about reporting cost basis. Consult a qualified tax advisor or an attorney regarding your situation. If you believe the cost basis information is inaccurate, contact Client Relations.

### Summary of Realized Gain/Loss

Summary totals may not include proceeds from uncosted securities or certain corporate actions.

### Detail of Realized Gain/Loss from Sale of Securities

|  | Purchase Date | Sale Date | Quantity | Cost Basis | Proceeds | Realized Gain/Loss |  |
|---|---|---|---|---|---|---|---|
| Mattel Inc | 05/19/2015 | 06/11 | 100 | $2,391.24 | $1,684.00 | -$707.24 | LT |

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss upon sale or other disposition of a security. It is not a measure of performance. The cost basis amounts on your statement should not be relied upon for tax preparation purposes. Cost basis information may be from outside sources and has not been verified for accuracy. Refer to your official tax documents for information about reporting cost basis. Consult a qualified tax advisor or an attorney regarding your situation. If you believe the cost basis information is inaccurate, contact Client Relations.

### Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 6/13 | Sell Mattel Inc @ 16.99 | -100 | 1,684.00 |



# Edward Jones
## MAKING SENSE OF INVESTING



Account Holder(s)
Account Number
Financial Advisor

**Statement Date** Jul 27 - Aug 30, 2019

**Page** 1 of 5

## Refocus on Your Financial Goals

The approach of fall brings familiar routines. It also provides an opportunity to refocus on reaching your long-term financial goals. Your financial advisor can meet with you to review your financial strategy and priorities to help make sure they're still in sync and you're still on track. And with the end of the year edging closer, now may be a good time to review your portfolio to help move your family toward your financial goals. Call for an appointment.

## Single, TOD
## Portfolio Objective - Account: All Equity Focus



**Account Value**



**Value of Your Account**

**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

# Edward Jones
## MAKING SENSE OF INVESTING

**Account Holder(s)**
**Account Number**
**Financial Advisor**



**Statement Date** Jul 27 - Aug 30, 2019

**Page** 2 of 5

## Asset Details (as of Aug 30, 2019)

additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

\* The average yield on the money market fund for the past seven days.

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|--------|-------|----------|------------|----------------------|-------|
| | | | | | |



**Edward Jones**
MAKING SENSE OF INVESTING

Account Holder
Account Number
Financial Advisor

**Statement Date** Oct 26 - Nov 29, 2019                 **Page** 1 of 5

## Season's Greetings

This holiday season, we want to thank you for your business and extend our wishes for a wonderful holiday. May you enjoy good health and prosperity throughout the new year. Happy holidays!

## Single, TOD
## Portfolio Objective - Account: All Equity Focus

**Account Value**

**Value of Your Account**

**Value Summary**

For more information regarding the Value Summary section, please visit www.edwardjones.com/mystatementguide.

# Edward Jones
## MAKING SENSE OF INVESTING

Account Holder(s)
Account Number
Financial Advisor

**Statement Date** Oct 26 - Nov 29, 2019

**Page** 2 of 5

## Asset Details (as of Nov 29, 2019)

additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

\* The average yield on the money market fund for the past seven days.

| Stocks | Price | Quantity | Cost Basis | Unrealized Gain/Loss | Value |
|---|---|---|---|---|---|
| | | | | | |



IN RE MATTEL, INC. SECURITIES LITIG
C/o JND LEGAL ADMINISTRATION
P.O. BOX 91434
SEATTLE, WA 98111

**From:** CA - info@MattelSecuritiesLitigation.com <info@MattelSecuritiesLitigation.com>
**Sent:** Tuesday, November 1, 2022 6:37 PM
██████████████████████████████████████████████
**Cc:** CA - info@MattelSecuritiesLitigation.com <info@MattelSecuritiesLitigation.com>

**Subject:** Mattel Securities Litigation - Court Review Request - Claim DETYR-24FLN

Dear Claimant,

I am following up from my earlier call and voicemail regarding your claim in the Mattel Securities Litigation. We have received your deficiency response and request for Court review and reviewed your claim accordingly.

As previously explained, in order for a claim to be considered eligible to participate in this settlement and potentially receive payment from the Net Settlement Fund, a purchase of Mattel common stock must have been made during the relevant Class Period: August 2, 2017 through August 8, 2019. For further details, please also see the Class description in the Notice (available on the settlement website below). According to the documentation you provided, the only purchases of Mattel common stock in your claim were made in 2012 and are outside of the Class Period. As such, your claim is unfortunately ineligible in this matter.

Please let us know if this explanation satisfies your request for court review and if we can withdraw your request. We appreciate your time and patience in this matter.

Please feel free to respond to this email or call me at ██████████ if you have any additional questions.
Regards,

Claims Administrator ███
In re Mattel, Inc. Securities Litigation
1-877-379-5987
www.MattelSecuritiesLitigation.com

---

**From:** CA - info@MattelSecuritiesLitigation.com <info@MattelSecuritiesLitigation.com>
**Sent:** Monday, November 7, 2022 12:41 PM
**To:** ████████████████████████████████████████ CA - info@MattelSecuritiesLitigation.com <info@MattelSecuritiesLitigation.com>

**Subject:** Re: Mattel Securities Litigation - Court Review Request - Claim DETYR-24FLN

Dear Claimant,

I am following up again regarding your claim in the Mattel Securities Litigation as we have not yet received your response.

As previously explained and as stated in the email below, in order for a claim to be considered eligible to participate in this settlement and potentially receive payment from the Net Settlement Fund, a purchase of Mattel common stock must have been made during the relevant Class Period: August 2, 2017 through

August 8, 2019. For further details, please also see the Class description in the Notice (available on the settlement website below). According to the documentation you provided, the only purchases of Mattel common stock in your claim were made in 2012 and are outside of the Class Period. As such, your claim is unfortunately ineligible in this matter.

**As we are currently working to wrap up administration in this matter, please let us know if this explanation satisfies your request for court review and if we can withdraw your request.**

Please feel free to reach out with any questions.
Regards,

Claims Administrator ▇
In re Mattel, Inc. Securities Litigation
1-877-379-5987
www.MattelSecuritiesLitigation.com

---

**From:** CA - info@MattelSecuritiesLitigation.com <info@MattelSecuritiesLitigation.com>
**Sent:** Monday, November 21, 2022 3:09 PM
**To:** ▇

**Subject:** Re: Mattel Securities Litigation - Court Review Request - Claim DETYR-24FLN

Dear Claimant,

On September 26th we received a letter from you indicating a schedule of transactions in the Mattel Securities litigation responding to the deficiency letter we had sent you indicating your claim was out of balance. Upon reviewing your response, there are no purchases in the class period, which would render your claim ineligible for payment (as the class required the shares be purchased or otherwise acquired between August 2, 2017 through August 8, 2019).

As your response appears to indicate that you have requested court review, **please confirm receipt of this email and if the explanation above satisfies your request and we can withdraw your request for Court Review.**

Regards,

Claims Administrator ▇
In re Mattel, Inc. Securities Litigation
1-877-379-5987
www.MattelSecuritiesLitigation.com