# EXHIBIT H

# INVOICES



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

**PAID 09/29/2022**

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/25/2022 | 143296 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (Inception - January 31, 2022) | | |
| | | | |
| | FEES: | | |
| 1 | Initial Set-Up Fee | 7,500.00 | 7,500.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 0.87 | IVR Minutes | 0.32 | 0.28 |
| 3 | Website Hosting Fee | 200.00 | 600.00 |
| 2.75 | Broker Mailing (not including broker fees) | 95.00 | 261.25 |
| 6 | Contact Center Agent (shared)/hour | 60.00 | 360.00 |
| 28.25 | Interactive Website | 125.00 | 3,531.25 |
| 38 | Project Management | 170.00 | 6,460.00 |
| 6.75 | Quality Assurance and Fraud Review | 265.00 | 1,788.75 |
| 5.25 | Summary Notice "Production Costs" | 265.00 | 1,391.25 |
| 14 | Working with DTC/Brokers | 95.00 | 1,330.00 |
| | | | |
| | EXPENSES: | | |
| 3 | PO Box | 150.00 | 450.00 |
| 28,538 | Electronic Data Storage | 0.006 | 171.23 |
| | Broker Reimbursement | 981.70 | 981.70 |
| | Domain Charges | 867.72 | 867.72 |
| | | | |
| | | **Invoice Total** | **$25,743.43** |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/28/2022 | 143620 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (February 1 - 28, 2022) | | |
| | | | |
| | FEES: | | |
| 12.5 | Broker Mailing (not including broker fees) | 95.00 | 1,187.50 |
| 25 | Project Management | 170.00 | 4,250.00 |
| 2.75 | Summary Notice Production Costs | 265.00 | 728.75 |
| 75 | Working with DTC/Brokers | 95.00 | 7,125.00 |
| 50,000 | Print 30-page Notice Packet | 0.61 | 30,500.00 |
| 15.75 | Bank, Broker, Nominee and Fulfillment Expenses | 95.00 | 1,496.25 |
| 12.25 | Broker Outreach | 95.00 | 1,163.75 |
| 1.5 | Building and Testing Database Calculation Module | 250.00 | 375.00 |
| 2 | Exclusion Processing | 150.00 | 300.00 |
| 1 | IVR Set-Up | 1,900.00 | 1,900.00 |
| 2,775.37 | IVR Minutes | 0.32 | 888.12 |
| 25 | Contact Center Agent (shared)/hour | 60.00 | 1,500.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 10.25 | Class Member Communications | 95.00 | 973.75 |
| 1 | Website Set-Up | 800.00 | 800.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 90.5 | Interactive Website (Online Claim Filing) | 125.00 | 11,312.50 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 71,383 | Electronic Data Storage | 0.006 | 428.30 |
| | Postage | 20,134.74 | 20,134.74 |

| | **Invoice Total** |
|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 3/28/2022 | 143620 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
| --- | --- |
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | The Wall Street Journal | 15,430.00 | 15,430.00 |
| | PR Newswire | 2,175.00 | 2,175.00 |
| | FedEx and Shipping | 757.52 | 757.52 |
| | Copies | 1,641.40 | 1,641.40 |
| | Supplies | 0.63 | 0.63 |

**Invoice Total** $105,468.21



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/25/2022 | 143841 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2022) | | |
| | | | |
| | FEES: | | |
| 14.25 | Broker Mailing (not including broker fees) | 95.00 | 1,353.75 |
| 46.25 | Project Management | 170.00 | 7,862.50 |
| 49.25 | Working with DTC/Brokers | 95.00 | 4,678.75 |
| 250,000 | Print 30-page Notice Packet | 0.54 | 135,000.00 |
| 1 | Bank, Broker, Nominee and Fulfillment Expenses | 95.00 | 95.00 |
| 2.5 | Building and Testing Database Calculation Module | 250.00 | 625.00 |
| 0.75 | Exclusion Processing | 150.00 | 112.50 |
| 4,025.03 | IVR Minutes | 0.32 | 1,288.01 |
| 31.75 | Contact Center Agent (shared)/hour | 60.00 | 1,905.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 45 | Interactive Website (Online Claim Filing) | 125.00 | 5,625.00 |
| 1 | Claims Processing - Paper Claims | 2.50 | 2.50 |
| 2,242 | Claims Processing - Electronic Claims | 1.95 | 4,371.90 |
| 1,624 | Advance Address Updates | 0.05 | 81.20 |
| 8.5 | Escalated Communications | 95.00 | 807.50 |
| 3 | Quality Assurance and Fraud Review | 265.00 | 795.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 104,786 | Electronic Data Storage | 0.006 | 628.72 |
| | Postage | 40,036.93 | 40,036.93 |
| | FedEx and Shipping | 157.29 | 157.29 |

| | Invoice Total |
|---|---|
| | |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/25/2022 | 143841 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Copies | 375.00 | 375.00 |
| | Supplies | 467.19 | 467.19 |
| | Broker Reimbursement | 8,614.79 | 8,614.79 |

| | **Invoice Total** $215,283.53 |
|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 5/19/2022 | 144080 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
| --- | --- |
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (April 1 - 30, 2022) | | |
| | | | |
| | FEES: | | |
| 0.25 | Broker Mailing (not including broker fees) | 95.00 | 23.75 |
| 34 | Project Management | 170.00 | 5,780.00 |
| 15 | Working with DTC/Brokers | 95.00 | 1,425.00 |
| 3.5 | Building and Testing Database Calculation Module | 250.00 | 875.00 |
| 1 | Exclusion Processing | 150.00 | 150.00 |
| 2,881.9 | IVR Minutes | 0.32 | 922.21 |
| 21.5 | Contact Center Agent (shared)/hour | 60.00 | 1,290.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 0.75 | Interactive Website (Online Claim Filing) | 125.00 | 93.75 |
| 637 | Claims Processing - Paper Claims | 2.50 | 1,592.50 |
| 1,581 | Claims Processing - Electronic Claims | 1.95 | 3,082.95 |
| 8.5 | Quality Assurance and Fraud Review | 265.00 | 2,252.50 |
| 22.5 | Class Member Communications | 95.00 | 2,137.50 |
| 1.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 255.00 |
| 4.25 | Working with Institutions, Brokers and Other Electronic Filers | 150.00 | 637.50 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 150,073 | Electronic Data Storage | 0.006 | 900.44 |
| | Postage | 687.34 | 687.34 |

| | Invoice Total |
| --- | --- |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/19/2022 | 144080 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Copies | 504.20 | 504.20 |
| | Supplies | 138.24 | 138.24 |
| | Broker Reimbursement | 99,376.73 | 99,376.73 |

| | **Invoice Total** $122,524.61 |
|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/23/2022 | 144359 |

**BILL TO**

Bernstein Litowitz Berger & Grossman
Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2022) | | |
| | | | |
| | FEES: | | |
| 2.75 | Broker Mailing (not including broker fees) | 95.00 | 261.25 |
| 22.5 | Project Management | 170.00 | 3,825.00 |
| 9.5 | Working with DTC/Brokers | 95.00 | 902.50 |
| 2,049.91 | IVR Minutes | 0.32 | 655.97 |
| 16.25 | Contact Center Agent (shared)/hour | 60.00 | 975.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 1.75 | Interactive Website (Online Claim Filing) | 125.00 | 218.75 |
| 1,977 | Claims Processing - Paper Claims | 2.50 | 4,942.50 |
| 5,387 | Claims Processing - Electronic Claims | 1.95 | 10,504.65 |
| 11.75 | Quality Assurance and Fraud Review | 265.00 | 3,113.75 |
| 4.5 | Class Member Communications | 95.00 | 427.50 |
| 2 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 340.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 13 | Box Storage/box | 1.50 | 19.50 |
| 199,290 | Electronic Data Storage | 0.006 | 1,195.74 |
| | Postage | 12,519.12 | 12,519.12 |
| | Copies | 609.20 | 609.20 |
| | Supplies | 44.23 | 44.23 |
| | Broker Reimbursement | 2,644.34 | 2,644.34 |

| | **Invoice Total** | $43,599.00 |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/26/2022 | 144555 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2022) | | |
| | | | |
| | FEES: | | |
| 1.25 | Broker Mailing (not including broker fees) | 95.00 | 118.75 |
| 41.25 | Project Management | 170.00 | 7,012.50 |
| 2.75 | Working with DTC/Brokers | 95.00 | 261.25 |
| 2,528.31 | IVR Minutes | 0.32 | 809.06 |
| 18.25 | Contact Center Agent (shared)/hour | 60.00 | 1,095.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 660 | Claims Processing - Paper Claims | 2.50 | 1,650.00 |
| 15,389 | Claims Processing - Electronic Claims | 1.95 | 30,008.55 |
| 10.5 | Quality Assurance and Fraud Review | 265.00 | 2,782.50 |
| 15.75 | Class Member Communications | 95.00 | 1,496.25 |
| 6.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 1,147.50 |
| 1.25 | Bank, Broker, Nominee and Fulfillment Expenses | 95.00 | 118.75 |
| 2 | Building and Testing Database Calculation Module | 250.00 | 500.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 150.00 | 150.00 |
| 17 | Box Storage/box | 1.50 | 25.50 |
| 243,285 | Electronic Data Storage | 0.006 | 1,459.71 |
| | Postage | 771.00 | 771.00 |
| | Copies | 766.00 | 766.00 |
| | Supplies | 38.89 | 38.89 |

| | **Invoice Total** |
|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/26/2022 | 144555 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Broker Reimbursement | 3,533.36 | 3,533.36 |
| | | **Invoice Total** | $53,994.57 |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/30/2022 | 144993 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2022) | | |
| | | | |
| | FEES: | | |
| 12 | Project Management | 170.00 | 2,040.00 |
| 529.45 | IVR Minutes | 0.32 | 169.42 |
| 3.5 | Contact Center Agent (shared)/hour | 60.00 | 210.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 20 | Claims Processing - Paper Claims | 2.50 | 50.00 |
| 31,340 | Claims Processing - Electronic Claims | 1.95 | 61,113.00 |
| 10 | Quality Assurance and Fraud Review | 265.00 | 2,650.00 |
| 2.75 | Class Member Communications | 95.00 | 261.25 |
| 2 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 340.00 |
| | | | |
| | EXPENSES: | | |
| | PO Box | 150.00 | 150.00 |
| 17 | Box Storage | 1.50 | 25.50 |
| 277,746 | Electronic Data Storage | 0.006 | 1,666.48 |
| | Photocopies | 7.00 | 7.00 |

| | Invoice Total | $68,932.65 |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/30/2022 | 145190 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY 10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2022) | | |
| | FEES: | | |
| 29.5 | Project Management | 170.00 | 5,015.00 |
| 270.67 | IVR Minutes | 0.32 | 86.61 |
| 2 | Contact Center Agent (shared)/hour | 60.00 | 120.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 1 | Broker Mailing | 95.00 | 95.00 |
| 2.5 | Working with DTC/Brokers | 95.00 | 237.50 |
| 6 | Claims Processing - Paper Claims | 2.50 | 15.00 |
| 4 | Claims Processing - Electronic Claims | 1.95 | 7.80 |
| 14 | Quality Assurance and Fraud Review | 265.00 | 3,710.00 |
| 14.5 | Class Member Communications | 95.00 | 1,377.50 |
| 11.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 1,997.50 |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 17 | Box Storage | 1.50 | 25.50 |
| 278,065 | Electronic Data Storage | 0.006 | 1,668.39 |
| | Photocopies | 108.40 | 108.40 |
| | Postage | 140.97 | 140.97 |
| | Supplies | 1.50 | 1.50 |

| | Invoice Total | $15,021.67 |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 10/28/2022 | 145432 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
| --- | --- |
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (September 1 - 30, 2022) | | |
| | FEES: | | |
| 46.5 | Project Management | 170.00 | 7,905.00 |
| 5,112.32 | IVR Minutes | 0.32 | 1,635.94 |
| 40.75 | Contact Center Agent (shared)/hour | 60.00 | 2,445.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 9 | Claims Processing - Paper Claims | 2.50 | 22.50 |
| 83 | Claims Processing - Electronic Claims | 1.95 | 161.85 |
| 24 | Quality Assurance and Fraud Review | 265.00 | 6,360.00 |
| 37.25 | Class Member Communications | 95.00 | 3,538.75 |
| 24.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 4,165.00 |
| | EXPENSES: | | |
| | PO Box | 165.00 | 165.00 |
| 18 | Box Storage | 1.50 | 27.00 |
| 283,200 | Electronic Data Storage | 0.006 | 1,699.20 |
| | Postage | 1,688.31 | 1,688.31 |
| | Supplies | 575.30 | 575.30 |
| | | **Invoice Total** | $30,638.85 |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2022 | 145638 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - 31, 2022) | | |
| | | | |
| | FEES: | | |
| 27.75 | Project Management | 170.00 | 4,717.50 |
| 1,294.16 | IVR Minutes | 0.32 | 414.13 |
| 20 | Contact Center Agent (shared)/hour | 60.00 | 1,200.00 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 3,224 | Print/Mail Postcard Acknowledgement | 0.08 | 257.92 |
| 1,567 | Process Undeliverables | 0.25 | 391.75 |
| 23.75 | Quality Assurance and Fraud Review | 265.00 | 6,293.75 |
| 21.25 | Class Member Communications | 95.00 | 2,018.75 |
| 3,167 | Print and Mail Deficiency and Rejection Letters | 0.35 | 1,108.45 |
| 3 | Fraud Review/Research | 200.00 | 600.00 |
| 88 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 14,960.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 284,905 | Electronic Data Storage | 0.006 | 1,709.43 |
| | Postage | 119.05 | 119.05 |
| | Supplies | 48.66 | 48.66 |
| | FedEx & Shipping | 1,443.94 | 1,443.94 |
| | Copy Charges | 317.75 | 317.75 |

| | **Invoice Total** | **$36,063.58** |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/30/2022 | 147044 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (November 1 - 30, 2022) | | |
| | | | |
| | FEES: | | |
| 19.25 | Project Management | 170.00 | 3,272.50 |
| 436.73 | IVR Minutes | 0.32 | 139.75 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 4 | Quality Assurance and Fraud Review | 265.00 | 1,060.00 |
| 1 | Class Member Communications | 95.00 | 95.00 |
| 758 | Print and Mail Deficiency and Rejection Letters | 0.35 | 265.30 |
| 45 | Claims Processing - Electronic Claims | 1.95 | 87.75 |
| 1 | Claims Processing - Paper Claims | 2.50 | 2.50 |
| 22.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 3,825.00 |
| 3.5 | Building and Testing Database Calculation Module | 250.00 | 875.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 285,221 | Electronic Data Storage | 0.006 | 1,711.33 |
| | Postage | 647.59 | 647.59 |
| | Supplies | 123.91 | 123.91 |
| | Copy Charges | 758.75 | 758.75 |

| | **Invoice Total** | **$13,326.88** |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/2/2023 | 148575 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (December 1, 2022 - January 31, 2023) | | |
| | FEES: | | |
| 89.75 | Project Management | 170.00 | 15,257.50 |
| 42.25 | Contact Center Agent | 60.00 | 2,535.00 |
| 1,261.06 | IVR Minutes | 0.32 | 403.54 |
| 2 | IVR Maintenance Fee | 50.00 | 100.00 |
| 2 | Website Hosting Fee | 200.00 | 400.00 |
| 87 | Claims Processing - Electronic Claims | 1.95 | 169.65 |
| 30.5 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 5,185.00 |
| 12.75 | Quality Assurance and Fraud Review | 265.00 | 3,378.75 |
| | EXPENSES: | | |
| 2 | PO Box | 165.00 | 330.00 |
| 38 | Box Storage | 2.50 | 95.00 |
| 572,054 | Electronic Data Storage | 0.006 | 3,432.32 |
| | FedEx | 13.92 | 13.92 |

| | **Invoice Total** | **$31,300.68** |
|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 3/22/2023 | 148734 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
| --- | --- |
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| | Billing Period (February 1 - 28, 2023) | | |
| | | | |
| | FEES: | | |
| 22.5 | Project Management | 170.00 | 3,825.00 |
| 7.25 | Contact Center Agent | 60.00 | 435.00 |
| 223.44 | IVR Minutes | 0.32 | 71.50 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 86 | Print/Mail Postcard Acknowledgement | 0.08 | 6.88 |
| 1 | Claims Processing - Paper Claims | 2.50 | 2.50 |
| 55 | Claims Processing - Electronic Claims | 1.95 | 107.25 |
| 11 | Process Undeliverables | 0.25 | 2.75 |
| 4.25 | Class Member Communications | 95.00 | 403.75 |
| 1 | Print and Mail Deficiency and Rejection Letters | 0.35 | 0.35 |
| 16.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 2,847.50 |
| 2.75 | Wire Process | 150.00 | 412.50 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 286,140 | Electronic Data Storage | 0.006 | 1,716.84 |
| | FedEx | 20.22 | 20.22 |
| | Copy Charges | 0.20 | 0.20 |

| | | **Invoice Total** | $10,314.74 |
| --- | --- | --- | --- |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/26/2023 | 148997 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (March 1 - 31, 2023) | | |
| | FEES: | | |
| 23.5 | Project Management | 170.00 | 3,995.00 |
| 5 | Contact Center Agent | 60.00 | 300.00 |
| 117.14 | IVR Minutes | 0.32 | 37.48 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 0.5 | Interactive Website | 125.00 | 62.50 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 5 | Claims Processing - Electronic Claims | 1.95 | 9.75 |
| 5 | Class Member Communications | 95.00 | 475.00 |
| 18 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 3,060.00 |
| 1.75 | Wire Process | 150.00 | 262.50 |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 286,144 | Electronic Data Storage | 0.006 | 1,716.86 |
| | Postage | 2.88 | 2.88 |

| | | **Invoice Total** | **$10,384.47** |
|---|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/31/2023 | 149312 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (April 1 - 30, 2023) | | |
| | FEES: | | |
| 42 | Project Management | 170.00 | 7,140.00 |
| 4 | Contact Center Agent | 60.00 | 240.00 |
| 184.47 | IVR Minutes | 0.32 | 59.03 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 5 | Claims Processing - Electronic Claims | 1.95 | 9.75 |
| 2.5 | Class Member Communications | 95.00 | 237.50 |
| 6.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 1,062.50 |
| 35.75 | Quality Assurance and Fraud Review | 265.00 | 9,473.75 |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 286,149 | Electronic Data Storage | 0.006 | 1,716.89 |

| | | **Invoice Total** | $20,401.92 |
|---|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/27/2023 | 149450 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (May 1 - 31, 2023) | | |
| | FEES: | | |
| 47.75 | Project Management | 170.00 | 8,117.50 |
| 5 | Contact Center Agent | 60.00 | 300.00 |
| 119.63 | IVR Minutes | 0.32 | 38.28 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 3 | Claims Processing - Paper Claims | 2.50 | 7.50 |
| 3 | Claims Processing - Electronic Claims | 1.95 | 5.85 |
| 4 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 680.00 |
| 6.75 | Quality Assurance and Fraud Review | 265.00 | 1,788.75 |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 286,237 | Electronic Data Storage | 0.006 | 1,717.42 |

**Invoice Total**  $13,117.80

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite #300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/13/2023 | 149544 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (June 1 - 30, 2023) | | |
| | FEES: | | |
| 24 | Project Management | 170.00 | 4,080.00 |
| 3 | Contact Center Agent | 60.00 | 180.00 |
| 202 | IVR Minutes | 0.32 | 64.64 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 225 | Claims Processing - Electronic Claims | 1.95 | 438.75 |
| 6.75 | Class Member Communications | 95.00 | 641.25 |
| 5.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 892.50 |
| 5 | Quality Assurance and Fraud Review | 265.00 | 1,325.00 |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 1.50 | 28.50 |
| 286,462 | Electronic Data Storage | 0.006 | 1,718.77 |
| | | **Invoice Total** | $9,784.41 |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/22/2023 | 149845 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (July 1 - 31, 2023) | | |
| | FEES: | | |
| 27 | Project Management | 170.00 | 4,590.00 |
| 1 | Contact Center Agent | 60.00 | 60.00 |
| 114.52 | IVR Minutes | 0.32 | 36.65 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 2.25 | Class Member Communications | 95.00 | 213.75 |
| 3 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 510.00 |
| 3.5 | Quality Assurance and Fraud Review | 265.00 | 927.50 |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 286,462 | Electronic Data Storage | 0.006 | 1,718.77 |

| | | **Invoice Total** | $8,519.17 |
|---|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/15/2023 | 170021 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (August 1 - 31, 2023) | | |
| | | | |
| | FEES: | | |
| 14 | Project Management | 170.00 | 2,380.00 |
| 3.25 | Contact Center Agent | 60.00 | 195.00 |
| 182.3 | IVR Minutes | 0.32 | 58.34 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 4.5 | Class Member Communications | 95.00 | 427.50 |
| 4.75 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 807.50 |
| 5 | Claims Processing - Electronic Claims | 1.95 | 9.75 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 286,471 | Electronic Data Storage | 0.006 | 1,718.83 |

| | | **Invoice Total** | $6,059.42 |
|---|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/11/2023 | 170230 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (September 1 - 30, 2023) | | |
| | | | |
| | FEES: | | |
| 27.25 | Project Management | 170.00 | 4,632.50 |
| 0.75 | Contact Center Agent | 60.00 | 45.00 |
| 38.21 | IVR Minutes | 0.32 | 12.23 |
| 1 | IVR Maintenance Fee | 50.00 | 50.00 |
| 1 | Website Hosting Fee | 200.00 | 200.00 |
| 8.25 | Class Member Communications | 95.00 | 783.75 |
| 4.25 | Working with Claimants to cure deficiencies, including instituting BLBG eclaim procedures | 170.00 | 722.50 |
| 1 | Claims Processing - Electronic Claims | 1.95 | 1.95 |
| 7 | Quality Assurance and Fraud Review | 265.00 | 1,855.00 |
| | | | |
| | EXPENSES: | | |
| 1 | PO Box | 165.00 | 165.00 |
| 19 | Box Storage | 2.50 | 47.50 |
| 286,476 | Electronic Data Storage | 0.006 | 1,718.86 |
| | FedEx | 334.40 | 334.40 |

| | | **Invoice Total** | $10,568.69 |
|---|---|---|---|



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/13/2023 | 149546 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Distribution Estimate  (Assumes Nine Months) | | |
| | | | |
| | FEES: | | |
| 7,500 | Check Printing, including reissues | 0.21 | 1,575.00 |
| 7,500 | Check Processing Fee | 0.10 | 750.00 |
| 5 | Reissue Distribution Checks | 150.00 | 750.00 |
| 15 | Coordinate and Wire Disbursement (6,225 claims over 25 wires) | 150.00 | 2,250.00 |
| 20 | Uncashed Check Outreach | 95.00 | 1,900.00 |
| 40 | Bank Account Reconciliation (Positive Pay Uploads & Check Exception Review) | 170.00 | 6,800.00 |
| 9 | Distribution Bank Account Fees | 200.00 | 1,800.00 |
| 80 | Coordinate Distribution/Project Management/Audit Review | 170.00 | 13,600.00 |
| 10,000 | IVR Minutes | 0.32 | 3,200.00 |
| 20 | Contact Center Services | 60.00 | 1,200.00 |
| 20 | Claimant Communication | 95.00 | 1,900.00 |
| 9 | IVR Maintenance Fee | 50.00 | 450.00 |
| 9 | Website Monthly Maintenance Fee | 200.00 | 1,800.00 |
| 591 | Print/ Mail De Minimis Postcards | 0.08 | 47.28 |
| 1 | OFAC Search (approx 13,000 anticipated payees) | 5,000.00 | 5,000.00 |
| | | | |
| | EXPENSES: | | |
| 7,500 | Check Postage, including reissues | 0.60 | 4,500.00 |
| 591 | Postage for De Minimis Postcards | 0.48 | 283.68 |



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/13/2023 | 149546 |

**BILL TO**

Bernstein Litowitz Berger & Grossmann LLP
c/o Catherine van Kampen
1251 Avenue of the Americas
New York, NY  10020

| PROJECT | TERMS |
|---|---|
| MAT - In re Mattel, Inc. Securities Litig | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,575,296 | Electronic Data Storage (110,592 records/images stored for 9 months) | 0.006 | 15,451.78 |
| 171 | Box Storage (19 boxes stored for 9 months) | 2.50 | 427.50 |
| | FedEx | 400.00 | 400.00 |
| 1 | Supplies | 150.00 | 150.00 |
| | Copy Charges | 200.00 | 200.00 |
| 9 | PO Box | 165.00 | 1,485.00 |

| | **Invoice Total** | $65,920.24 |
|---|---|---|