Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 819-3470

John Rizio-Hamilton (*pro hac vice*)
johnr@blbglaw.com
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400

*Lead Counsel for Lead Plaintiffs and the Class*

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| *In re Mattel, Inc. Securities Litigation* | Case No. 2:19-cv-10860-MCS (PLAx) |
| | **LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR APPROVAL OF DISTRIBUTION PLAN** |
| | Judge:        Hon. Mark C. Scarsi |
| | Courtroom: 7C, 7th Floor |
| | Date:         November 20, 2023 |
| | Time:         9:00 a.m. |

LEAD PLAINTIFFS' REPLY ISO MOTION FOR
APPROVAL OF DISTRIBUTION PLAN

CASE NO. 2:19-cv-10860-MCS (PLAx)

Lead Plaintiffs and Class Representatives DeKalb County Employees Retirement System and New Orleans Employees' Retirement System (the "Lead Plaintiffs") respectfully submit this reply brief in further support of their Motion for Approval of the Distribution Plan.[1]

In their Motion, Lead Plaintiffs advised the Court that there is only one Claimant who disputes the Court-authorized Claims Administrator JND's administrative determination to reject their Claim ("Disputing Claimant"). *See* ECF No. 183 at ii, 4. The Motion further advised the Court that upon filing the Motion, Lead Counsel would send the Disputing Claimant a copy of the Motion, along with the supporting Declaration of Luiggy Segura of JND ("Segura Declaration"), Exhibit D to the Segura Declaration (addressing the Claim at issue), and the proposed Order Approving Distribution Plan. *Id*. at ii.

On October 13, 2023, Lead Counsel sent these documents to the Disputing Claimant by both Express Mail and email. In their accompanying correspondence, Lead Counsel informed the Disputing Claimant that they did not need to take any further action to have the Court consider their dispute; however, if they wished to make an additional submission with respect to their Claim, they should direct it to the Court's attention with a copy to Lead Counsel by no later than October 27, 2023.

The deadline for the Disputing Claimant to provide an additional submission has now passed. To date, Lead Counsel has not received any additional correspondence or information from the Disputing Claimant. Thus, the Motion is now ripe for the Court's determination. Accordingly, for the reasons set forth in the Motion, Lead Plaintiffs respectfully request that the Court grant the Motion in its entirety and enter the proposed Order Approving Distribution Plan previously filed with the Court (ECF No. 183-1) so that the Net Settlement Fund may be distributed

---

[1] Unless otherwise indicated in this reply, all terms with initial capitalization shall have the meanings ascribed to them in the Motion.

promptly to Authorized Claimants.

Dated:  November 2, 2023

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

/s/ *John Rizio-Hamilton*

John Rizio-Hamilton (admitted *pro hac vice*)
johnr@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Lead Counsel for Lead Plaintiffs and the Class*
Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
260 Franklin Street
Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jake@blockleviton.com

*Additional Counsel for Additional Named
Plaintiff Houston Municipal Employees
Pension System*