FEE PAID

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| In re Mattel Inc. Securities Litigation ) | Case No. 2:19-cv-10860-MCS |
| ) | |
| ) | |
| ) | |
| ) | **NOTICE OF APPEAL** |
| ) | |
| ) | |

**NOTICE:** James J. Hayes, the pro se objector in the above-captioned class action, appeals to the United States Court of Appeals for the Ninth Circuit the district court Order (ECF 192) striking Hayes' amended motion to disqualify Class Counsel for conflicted representation and to rescind the part of its Order Approving Distribution Plan (ECF 189) that directs the Claims Administrator to conduct the Initial Distribution of the Net Settlement Fund. The district court struck Hayes' motion on December 26, 2023.

Dated: January 13, 2024

*James J. Hayes*

James J. Hayes
Pro Se Objector
4024 Estabrook Dr.
Annandale, VA 22003
(703) 941-4694
jjhayes@toast.net



4024 Estabrook Dr.
Annandale, VA 22003

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 22 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOVA 220
16 JAN 24   PM 03

U.S. District Court
Central District of CA
Office of the Clerk
255 East Temple St. Room 180
Los Angeles, CA 90012

90012-333299



FOREVER

000796

