UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, individually and on behalf of all others similarly situated, et al.;

Plaintiffs - Appellees,

Mr. JAMES HAYES,

Objector - Appellant,

v.

MATTEL, INC., et al.;

Defendants - Appellees.

No. 24-555

D.C. No. 2:19-cv-10860-MCS-PLA
Central District of California, Los Angeles

ORDER

Before: CANBY, TASHIMA, and KOH, Circuit Judges.

Upon a review of the record and the parties' filings in this court, we conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard). The cross-motion for summary affirmance (Docket Entry No. 3) is granted.

All other pending motions are denied as moot.

**AFFIRMED.**