UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM, individually and on behalf of all others similarly situated, et al.;<br><br>Plaintiffs - Appellees,<br><br>Mr. JAMES HAYES,<br><br>Objector - Appellant,<br><br>v.<br><br>MATTEL, INC., et al.;<br><br>Defendants - Appellees. | No. 24-555<br><br>D.C. No. 2:19-cv-10860-MCS-PLA<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered May 24, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT